**Douglas Vern Hulstedt**
**% 2511 Garden Road, Building - C # 100**
**Monterey, California 93940**
**Tel: (831) 899-5900**
*Claimant/Witness/Beneficiary*




**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **Douglas Vern Hulstedt**<br>*Claimant/Witness/Beneficiary; Adversely Affected and Aggrieved*<br>*Vs.*<br>**Robert Andres Bonta, Attorneys, #202668, Laurie Rose Lubiano, Attorneys #152171, STATE BAR OF CALIFORNIA *[CHARTER]* =** ***Insurance-Guarantors by the Bar # Policies,***<br>*Defendants et.al;*<br>**Does/Roes 1-25;** | **Case No. C 23 02003;** NC<br>**[COMPLAINT-VERIFIED]**<br>**CLAIM FOR RELIEF BY THE DECLARATORY JUDGEMENT BY THE RIGHT OF REVIEW BY THE 5 U.S.C. § 702-706 OTHER THAN MONEY BUT FOR THE REVIEW AND WRITTEN DETERMINATION ON DUE PROCESS AND CONSTITUTIONAL RIGHTS, IMMEDIATE INTERVENTION REQUIRED AS PERJURY OF OATH IS ONGOING BY THE ATTEMPTS TO OVERTHROW THE GOVERNMENT BY SWORN FIDUCIARY OFFICERS CAUSING CONTINUAL LEGAL WRONGS PER ADMINISTRATIVE PROCEDURES ACT 1946, REFERENCE CASE NO. 800-2021-079497, CALIFORNIA MEDICAL BOARD *ET.AL*, EXHIBITS 1-4;** |

***<u>To All Officers and employees of the UNITED STATES DISTRICT COURTS; I, a man in the Name of Lord Almighty I accept your oath(s), bind you to the same and command you do justice. I waive all customary rules of law and other procedural impediments, I am not an attorney nor am I trained in law and I expect my rights to be protected by thee Public-Fiduciaries……..</u>***

***TAKE JUDICIAL NOTICE FOR THE REVIEW*** ***<u>by the Beneficiary having the Right to Claim about Wrongs being Committed by Attorneys/Trustees</u>*** *and* by accepting the "Valid" "Oath of Office" of any Public-Fiduciary-Trustee or "**Placeholder**" concerning this matter for the equal protections of the law with my Adoption of the Bill of Rights for the Due-Processes and by accepting the public record **"Official Bond"** or any other insurance-policies that may apply concerning fraud or employee misconduct/dishonesty and by entering and the making of this "**Judicial-Review"** before this Court of Record as the Claimant/Witness/Beneficiary to protect my Beneficial Property Rights against Trespass or Breach of Fiduciary-Trust, with <u>intended-damage-done</u> "I", Douglas Vern Hulstedt, *a man* stake this Claim for **"Judicial-Review",** by the <u>Knowledge</u>, **EXHIBITS 1, 2, 3, 4** and Method of Process for the "**Due-Process"** *<u>Guaranteed by the Bill of Rights</u>*. **NOTE:** The citation of state and federal statutes, codes, rules, regulations, and court citations, within any document-contract created by me and not copyrighted by me, is only to notice my servants that which is applicable to them and is not intended, nor shall be construed, to mean that I confer, submit to, claim rights to or have entered into any jurisdiction alluded to thereby, by the following, **CLAIM FOR RELIEF BY THE DECLARATORY JUDGEMENT BY THE RIGHT OF REVIEW BY THE 5 U.S.C. § 702-706 OTHER THAN MONEY BUT FOR THE REVIEW AND WRITTEN DETERMINATION ON**

**DUE PROCESS AND CONSTITUTIONAL RIGHTS, IMMEDIATE INTERVENTION REQUIRED AS PERJURY OF OATH IS ONGOING BY THE ATTEMPTS TO OVERTHROW THE GOVERNMENT BY SWORN FIDUCIARY OFFICERS CAUSING CONTINUAL LEGAL WRONGS PER ADMINISTRATIVE PROCEDURES ACT 1946, REFERENCE CASE NO. 800-2021-079497, CALIFORNIA MEDICAL BOARD *ET.AL.*, EXHIBITS 1-4;**

# FOR THIS COURT OF RECORD

***Review of Process against Defendants et.al;***

***CLAIMS NOW*** *being ripe and ready for review by the Abbott test* ***[Abbott Laboratories v. Gardner, 387 U.S. 136 (1967)]*** after have been **REFUSED/DENIED/ RESTRAINED** Due-Process/Constitutional-Rights by the disobedience of due-process and the denial of lawful directions and for motion hearings (*denied*) by **Attorneys, *et al.*** concerning **800-2021-079497 Medical Board of California. A great concern for due process has risen, a written determination(s) by this administrative proceeding has a critical role to play in the subsequent imposition(s) by the complaint-trust 800-2021-079497, California Medical Board as constitutional rights/property are/is involved and a provide for relief is requested by this court of record to determine due-process. Time is of the necessity as a "type" of press-ganging continues against my interests as the Attorneys/Defendants *et.al.* continue to act in concert whilst the irreparable-damage has been done by the trampling of the 5th Amendment *et.al.* for Due-processes;**

# PLAIN STATEMENTS OF JURISDICTION

**By the following Jurisdictional Claims;** this matter should be deemed of the highest public policy significance and for the [civil] injunctive/declaratory reliefs not for myself alone, but also for the People of The United States of America, since it holds at bay the prospect of any "Honest-Court-Services" in the **STATE OF CALIFORNIA**, *a federal franchise who receives federal funding*;

**SUBJECT MATTER JURISDICTION:** That this Claimant/Witness/ Beneficiary hereby brings this action and invokes this **"Court of Record"** subject matter jurisdiction under authority of and reasonable expectations of protections of the trust/agency = **DOUGLAS VERN HULSTEDT, M.D, *TRUST*** by but not limited to;

**(a)** The Civil Rights Act of 1871;
**(b)** 18 U.S.C. §242 – Deprivation of rights under color of law;
**(c)** 18 U.S.C. § 1964(a) (c) – Civil remedies (R.I.C.O);
**(d)** 28 U.S.C. § 1331 – Federal Question;
**(e)** 28 U.S.C. § 1332(a) (1) – Diversity of citizenship; amount in controversy;
**(f)** 28 U.S.C. § 1343(3) (4) - Civil rights and elective franchises;
**(g)** 42 U.S.C. § 1983 – Civil action for deprivation of rights;
**(h)** 42 U.S.C. § 1988 – Proceedings in vindication of civil rights;
**(i)** U.S.A. Constitution, Article III, Section 2, First, Second, Fourth, Fifth, Sixth, Seventh thereto;
**(j)** 28 U.S.C. § 1391(e) – Suit against an Officer

**IN PERSONAM JURISDICTION:** That this Court of Record has jurisdiction subject to review over all Defendants as all Defendants are known to have committed the acts herein described with in the geographic boundaries of the California and being *federal franchisees* of The United States government;

**SUPPLEMENTAL JURISDICTION: STATE CLAIMS;** That this Claimant/Witness/Beneficiary also invokes supplemental jurisdiction of this Court of Record over his state claims against Defendants for common law violations pursuant to 28 U.S.C. § 1367 as the common law claims form part of the same case or controversy;

**DECLARATORY JUDGMENT:** That jurisdiction to grant declaratory judgment is conferred by 28 U.S.C. § 2201, §2202;

**VENUE:** is proper pursuant 28 U.S.C. § 1391(b) in that the Claimant/Witness/ Beneficiary Claims arose in California on the Land by way of the **STATE OF CALIFORNIA** which is a *sub-federal franchise/municipal* of The United States and also receiving federal funding;

**CLAIMANT:** That this ***Natural-Right-Claimant, Living-Breathing-Man, Competent-Fact-Witness*** = **Douglas Vern Hulstedt** who is now and always standing on the Land and by **"specially appearing/visitations-only"** into this foreign-port *on a vessel in dry-dock* [*court*] by my verification and bio-metric seal identification [*passport*] herein for the protection of my property assets and rights;

**That upon knowledge and belief, and at all times mentioned each Defendant is a "CITIZEN" OF THE STATE OF CALIFORNIA, FRANCHISEE OF THE FEDERAL GOVERNMENT who/they/it receives federal funding or a "FOREIGN CORPORATION/BAR-AGENT AS A PERSON" = *Non-Identified-Allegiances-Authority by the Bar-Agent-Attorneys = Diversity?*;**

*
*
*
*

# RIGHT OF REVIEW CLAIMS

**(Subject to Amendments *by the* Copy-Right-Claimant)**

1. **On July 27, 2022 "Accusation" was made by Attorneys against my interests;**
2. **On August 8, 2022 NOTICE OF DEFENSE was responded;**
3. **On August 26, 2022 VERIFIED REQUEST FOR DISCLOSURES PRE HEARING 1-28 TO THOMAS OSTLY along with notice of adoption of the "Bill of Rights" was served by** Registered-Mail **(fee-paid)** RE527008721US **and by** Certified-Mail # 7019 1120 0001 1161 5527 = *Fiduciary review by written ruling findings of facts and conclusions of law as to why due-process*

*was denied by the non-answer of fiduciary agents per administrative procedures act of 1946;*

4. **On September 6, 2022 VERIFIED MOTION NOTICE TO THOMAS OSTLY TO PROVIDE DUE-PROCESS "ENACTING CLAUSES" was served by registered mail (fee-paid)** RE527008735US **and by** Certified-Mail # 7018 1830 0001 6246 5790 = *Fiduciary review by written ruling findings of facts and conclusions of law as to why due-process was denied by the non-answer of fiduciary agents per administrative procedures act of 1946;*

5. **On September 10, 2022 JUDICIAL NOTICE OF ATTEMPTS TO RETAIN COUNSEL TO THOMAS OSTLY TO PROVIDE DUE-PROCESS was served by registered mail (fee-paid)** RE527008749US **and by** Certified-Mail # 7017 1070 0000 2046 6225 = *Fiduciary review by written ruling findings of facts and conclusions of law as to why due-process was denied by the non-answer of fiduciary agents per administrative procedures act of 1946;*

6. **On October 3, 2022 CLAIM FOR GUARANTEES MOTION FOR CERTIFICATION TO ROB BONTA PROCESS "HE ADMITS" was served by registered mail (fee-paid)** RF108580958US **and by** Certified-Mail # 7022 0410 0001 7454 2065 = *Fiduciary review by written ruling findings of facts and conclusions of law as to why due-process was denied by the non-answer of fiduciary agents per administrative procedures act of 1946;*

7. **On October 3, 2022 NOTICE OF OBJECTION AND DISQUALIFICATION OF THOMAS OSTLY, ROB BONTA AND DEBORAH LEHMAN, M.D., "THEY ADMIT" was served by registered mail (fee-paid)** RF290639639US **and by** Certified-Mail # 7020 0090 0000 2683 2285 = *Fiduciary review by written ruling findings of facts and conclusions of law as to why due-process was denied by the non-answer of fiduciary agents per administrative procedures act of 1946;*

**8. On October 4, 2022 LAWSUIT FILED AGAINST THOMAS OSTLY, STATE OF CALIFORNIA AND United States *as Guarantors* for "agreements" in which Thomas Ostly perjured his oath of office by his total disregard for due-process by his deceptive practices and procedures acting in conspiracy with other actors/attorneys =** *suit is already agreed upon, now judgement entry is required;*

**9. On October 5, 2022 bar complaint response letter;**

**10. On October 8, 2022 DUE PROCESS CLAIM ENTRY OF W-9 TO IDENTIFIY WHO THE INJURED PARTY IS/VIOLATION OF SPENDING CLAUSE/15 DAY RETURN was served by registered mail (fee-paid)** RF108580961US **and by** Certified-Mail # 7022 0410 0001 7454 2102 = *Fiduciary review by written ruling findings of facts and conclusions of law as to why due-process was denied by the non-answer of fiduciary agents per administrative procedures act of 1946;*

**11. On October 9, 2022 MURGIA MOTION TO COMPEL DISCOVERY BY THE RESPONDENTS ROB BONTA, WILLIAM PRASIFKA/15 DAY RETURN was served by registered mail (fee-paid)** RF108580989US **and by** Certified-Mail # 7022 0410 0001 7454 2157 = *Fiduciary review by written ruling findings of facts and conclusions of law as to why due-process was denied by the non-answer of fiduciary agents per administrative procedures act of 1946;*

**12. On October 10, 2022 MANDATORY NOTICE BREACH OF MEDICAL BOARD GUIDELINES/CONSTITUTIONAL RIGHTS "PANOPLY" OF DUE-PROCESS THAT HAS BEEN TRIGGERED was served by registered mail (fee-paid)** RF108580992US **and by** Certified-Mail # 7022 0410 0001 7454 2195 = *Fiduciary review by written ruling findings of facts and*

*conclusions of law as to why due-process was denied by the non-answer of fiduciary agents per administrative procedures act of 1946;*

13. **On October 12, 2022 CHALLENGE NOTICE BY THE VOID OF PROBABLE CAUSE SUFFICIENT TO SUPPORT SUBPOENA FOR DOCUMENTS, NO CAUSE EXISTS was served by registered mail (fee-paid)** RF108580975US **and by** Certified-Mail # 7022 0410 0001 7454 2126 = *Fiduciary review by written ruling findings of facts and conclusions of law as to why due-process was denied by the non-answer of fiduciary agents per administrative procedures act of 1946;*

14. **On October 13, 2022 CHALLENGE NOTICE CLAIM ENTRY AS THE SPENDING CLAUSE/"LITTLE TUCKER ACT"/ADMININSTRATIVE PROCEDURES ACT OF 1946 was served by registered mail (fee-paid)** RF108581012US **and by** Certified-Mail # 7022 0410 0001 7454 2218 = *Fiduciary review by written ruling findings of facts and conclusions of law as to why due-process was denied by the non-answer of fiduciary agents per administrative procedures act of 1946;*

15. **On October 13, 2022 SUMMONS TO APPEAR ROB BONTA TO GIVE ORAL SWORN TESTIMONY AS A CRITICAL WITNESS, ROB BONTA "ADMITS"/PARTIAL TRANSCRIPT was served by registered mail (fee-paid)** RF198581026US **and by** Certified-Mail # 7022 0410 0001 7454 2256 = *Fiduciary review by written ruling findings of facts and conclusions of law as to why due-process was denied by the [non]-answer of fiduciary agents per administrative procedures act of 1946;*

16. **On October 28, 2022 TAKE NOTICE MEMBERS OF THE MEDICAL BOARD AND DEPARTMENT OF CONSUMER AFFAIRS I.E. PUBLIC FIDUCIARIES "ICAN" INFORMED CONSENT ACTION NETWORK was served by registered mail (fee-paid)** RF108581091US **and by** Certified-

Mail # 7022 0410 0001 7454 8401 = ***Fiduciary review by written ruling findings of facts and conclusions of law as to why due-process was denied by the non-answer of fiduciary agents per administrative procedures act of 1946;***

Respectfully claimed under my own Commercial-Liability as *believing* to be True and Correct; **Request is made for a Written Ruling in Law and Findings of Facts of all Matters (EXHIIBT 1) = 1 thru 16 above and for the right to correct or amend these Claims *if necessary* (EXHIBIT 2) = JUDICIAL NOTICE OF STATEMENT OF CLAIM (EXHIBIT 3) = Order written by an Attorney without due-process (EXHIBIT 4) Waiver of Service Form Provided/Served *upon Defendants et.al., and all supporting document-contracts to be entered as proof of claims by the due-process***;

# VERIFICATION

I, **Douglas Vern Hulstedt**, "One of the People" of California, makes this Verification based on personal knowledge of matters set forth herein and appearing as a man without waiving any rights or remedies, being competent in mind and body to testify, do hereby declare, verify and affirm that the facts stated herein are true, correct, and complete in all material fact, not misrepresented based on my own knowledge to the best of my current information, knowledge and belief under the penalty of perjury of the laws of The United States of America and the laws of California and is admissible as evidence in a court of law or equity, except as to those matters that are therein made upon information and belief, and as to those claims or facts, I believe them to be true and

admissible as evidence, and if called upon as a witness, I will testify as to the veracity of my verified-claims 1-16 by the **Right of Review, Administrative Procedures Act 1946**;

**ALL RIGHTS RESERVED WAIVE-NONE**

***RESERVATION FOR ALL WRITS***

***"FOR RESTRAINT OF LIBERTIES"***




**Verified by**: ***Douglas Vern Hulstedt***

The United States of America

Claimant/Witness/Injured

Beneficiary-Claimant *for*

DOUGLAS VERN HULSTED, M.D.

**CORPORATION #3260008/A42397,**

**"Copy-Right-Claimant".**