1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 1

~ 11 ~

1  ROB BONTA
   Attorney General of California
2  MARY CAIN SIMON
   Supervising Deputy Attorney General
3  THOMAS OSTLY
   Deputy Attorney General
4  State Bar No. 209234
      455 Golden Gate Avenue, Suite 11000
5     San Francisco, CA  94102-7004
      Telephone:  (415) 510-3871
6     Facsimile:  (415) 703-5480
   *Attorneys for Complainant*

7

8                         **BEFORE THE**
                **MEDICAL BOARD OF CALIFORNIA**
9             **DEPARTMENT OF CONSUMER AFFAIRS**
                    **STATE OF CALIFORNIA**
10

11

12  In the Matter of the Accusation Against:      Case No. 800-2021-079497

13  **Douglas Vern Hulstedt, M.D.**               **A C C U S A T I O N**
    **2511 Garden Rd # C100**
14  **Monterey, CA 93940-5333**

15
    **Physician's and Surgeon's Certificate**
16  **No. A 42397,**

17                                Respondent.

18

19                         **PARTIES**

20       1.    William Prasifka (Complainant) brings this Accusation solely in his official capacity

21  as the Executive Director of the Medical Board of California, Department of Consumer Affairs

22  (Board).

23       2.    On or about December 30, 1985, the Medical Board issued Physician's and Surgeon's

24  Certificate Number A 42397 to Douglas Vern Hulstedt, M.D. (Respondent).  The Physician's and

25  Surgeon's Certificate was in full force and effect at all times relevant to the charges brought

26  herein and will expire on December 31, 2023, unless renewed.

27

28

                                    1

**FROM THE OFFICES OF
DOUGLAS VERN HULSTEDT, M.D.
2511 GARDEN ROAD, BUILDING-C #100
MONTEREY, CALIFORNIA 93940
TEL: (831) 899-5900**

## <u>NOTICE OF DEFENSE</u>

To: **Thomas Ostly,**
    **Deputy Attorney General**
    455 Golden Gate Avenue, Suite 11000
    San Francisco, California 94102
    **By Certified-Mail #** 7022 0410 0001 7454 1801

Dear Sir, I am in receipt of **STATEMENT TO RESPONDENT,** I am responding to your legal instrument as **ATTACHMENT "A",** 11 pages with this **NOTICE OF DEFENSE.**

I received this Monday August 1, 2022 as it had been signed for by one of the office personnel. My Medical assistant has been on vacation since Monday when I received the legal instrument. I will formally respond and attempt to find competent counsel concerning these accusations and would request 60 days or more to interview several attorneys. Also I hereby request a letter of acknowledgement in noting your understanding.

Sincerely,

By: _Douglas Vern Hulstedt all rights reserved_
    **Douglas Vern Hulstedt**

1

2

**Douglas Vern Hulstedt**
℅ **2511 Garden Road, Building-C #100**
**Monterey, California 93940**
**Tel: (831) 899-5900**
*Claimant/Witness/Beneficiary*
*Without Counsel at this Time*

*By-Registered-Mail #*
*RE52700872708/*

3

4

5

6

7

8

9

10

11

BEFORE THE
**MEDICAL BOARD OF CALIFORNIA**
**DEPARTMENT OF CONSUMER AFFAIRS**
**STATE OF CALIFORNIA**

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

In the Matter of the Accusation Against:

**DOUGLAS VERN HULSTEDT, M.D.**

*Respondent*

_____

**Douglas Vern Hulstedt**

*Claimant/Witness/Beneficiary*
*Third-Party-Rule*

_____

***NOTICE TO THE FIDUCIARIES; 18 U.S.C § 2071,***
*Concealment, removal, or mutilation generally (a)*
*Whoever, willfully and unlawfully conceals,*
*removes, mutilates, obliterates, or destroys, or*
*attempts to do so, or, with intent to do so takes and*
*carries away any record, proceeding, map, book,*
*paper, document, or other thing, filed or deposited*
*with any clerk of officer of any court of the United*
*States, shall be fined under this title or imprisoned*
*not more than three years, or both.*

_____

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

**Case No. 800-2021-079497**

**RE: STATEMENT TO RESPONDENT**
[Gov. Code §§ 1504, 11505(b)]

**"VERIFIED"**

**NOTICE OF REQUEST FOR
DISCLOSURES PRE HEARING TO
KNOW THE NATURE AND CAUSE
BY THE DUE PROCESS BY THE
NUMBER POINTS 1 THRU 28,
ADMISSIONS OR DENIALS,
REQUEST PLACED ON RECORD
BEFORE THE FIDUCIARIES, I.E.
ATTORNEYS MAKING CLAIMS
CONCERNING THIS MATTER
WHICH IS A MIS-UNDERSTANDING
BY BOTH SIDES AND
UNINTENTIONAL BY ME AS TO MY
BENEFICIAL INTERESTS**

Page 1

**CASE NO. 800-2021-079497 NOTICE OF REQUEST FOR DISCLOSURES PRE HEARING**
Copyrighted-Works this document by the Douglas Vern Hulstedt

1
**Douglas Vern Hulstedt**
2
**℅ 2511 Garden Road, Building-C #100**
**Monterey, California 93940**                    *By-Registered-Mail #*
3
**Tel: (831) 899-5900**                            *RE52700871505*
*Claimant/Witness/Beneficiary*
4
*Without Counsel at this Time*

5

6

7                              **BEFORE THE**
8            **MEDICAL BOARD OF CALIFORNIA**
            **DEPARTMENT OF CONSUMER AFFAIRS**
9                      **STATE OF CALIFORNIA**

10

11

12   In the Matter of the Accusation Against:  )    **Case No. 800-2021-079497**
                                           )
13   **DOUGLAS VERN HULSTEDT, M.D.**          )
                                           )    **RE: STATEMENT TO RESPONDENT**
14              *Respondent*                  )    [Gov. Code §§ 1504, 11505(b)]
                                           )
15                                            )
                                           )    **"VERIFIED"**
16  _____        )    **[MOTION/NOTICE]**
                                           )    **LAWFUL DIRECTION IN THE FORM**
17        **Douglas Vern Hulstedt**           )    **OF A MOTION DELIVERED TO**
                                           )    **THOMAS OSTLY AN ATTORNEY**
18    *Claimant/Witness/Beneficiary*          )    **FOR THE RETURN OF EVIDENCE**
          *Third-Party-Rule*                )    **ON THE RECORD TO PROVIDE**
19                                            )    **DUE-PROCESS AND PROVE THE**
                                           )    **ENACTING CLAUSES AS**
20  _____        )    **MANDATED BY THE CALIFORNIA**
                                           )    **CONSTITUTION FOR THE CLAIMS**
21  *NOTICE TO THE FIDUCIARIES; 18 U.S.C § 2071,* )  **MADE AGAINST MY BENEFICIAL**
22  *Concealment, removal, or mutilation generally (a)* )  **INTERESTS TO BE RETURNED**
    *Whoever, willfully and unlawfully conceals,* )  **WITHIN 15 DAYS WITH**
23  *removes, mutilates, obliterates, or destroys, or* )  **VERIFICATION BY THIS**
    *attempts to do so, or, with intent to do so takes and* )  **JURISDICTION INQUIRY**
24  *carries away any record, proceeding, map, book,* )
    *paper, document, or other thing, filed or deposited* )
25  *with any clerk of officer of any court of the United* )  **MEMORANDUM OF LAW**
    *States, shall be fined under this title or imprisoned* )
26  *not more than three years, or both.*         )
27  _____        )

28

**Douglas Vern Hulstedt**
℅ **2511 Garden Road, Building-C #100**
**Monterey, California 93940**
**Tel: (831) 899-5900**
*Claimant/Witness/Beneficiary*
*Without Counsel at this Time*

*By-Registered-Mail #*
*RE527008740US*

### BEFORE THE
### MEDICAL BOARD OF CALIFORNIA
### DEPARTMENT OF CONSUMER AFFAIRS
### STATE OF CALIFORNIA

In the Matter of the Accusation Against:

**DOUGLAS VERN HULSTEDT, M.D.**

*Respondent*

_____

**Douglas Vern Hulstedt**

*Claimant/Witness/Beneficiary*
*Third-Party-Rule*

_____

*NOTICE TO THE FIDUCIARIES; 18 U.S.C § 2071,*
*Concealment, removal, or mutilation generally (a)*
*Whoever, willfully and unlawfully conceals,*
*removes, mutilates, obliterates, or destroys, or*
*attempts to do so, or, with intent to do so takes and*
*carries away any record, proceeding, map, book,*
*paper, document, or other thing, filed or deposited*
*with any clerk of officer of any court of the United*
*States, shall be fined under this title or imprisoned*
*not more than three years, or both.*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

**Case No. 800-2021-079497**

**RE: STATEMENT TO RESPONDENT**
[Gov. Code §§ 1504, 11505(b)]

## JUDICIAL NOTICE OF ATTEMPTS TO RETAIN COUNSEL WITH NO AVAILABLITY TO CONTRACT FOR THE PROTECTION OF RIGHTS

## EXHIBITS 1-2

## METHOD OF PROCESS

Page 1

1

**Douglas Vern Hulstedt**
℅ 2511 Garden Road, Building-C #100
Monterey, California 93940
Tel: (831) 899-5900
*Claimant/Witness/Beneficiary*
*Without Counsel at this Time*

*By-Registered-Mail #*
R F 108 580 958 US

2

3

4

5

6

7

**BEFORE THE**
**MEDICAL BOARD OF CALIFORNIA**
**DEPARTMENT OF CONSUMER AFFAIRS**
**STATE OF CALIFORNIA**

8

9

10

11

12   In the Matter of the Accusation Against:

13   **DOUGLAS VERN HULSTEDT, M.D.**

14         *Respondent*

15

16

17         **Douglas Vern Hulstedt**

18      *Claimant/Witness/Beneficiary*
19         *Third-Party-Rule*

20

21   ***NOTICE TO THE FIDUCIARIES; 18 U.S.C § 2071,***
   *Concealment, removal, or mutilation generally (a)*
22   *Whoever, willfully and unlawfully conceals,*
   *removes, mutilates, obliterates, or destroys, or*
23   *attempts to do so, or, with intent to do so takes and*
   *carries away any record, proceeding, map, book,*
24   *paper, document, or other thing, filed or deposited*
   *with any clerk of officer of any court of the United*
25   *States, shall be fined under this title or imprisoned*
   *not more than three years, or both.*
26   *CalGovCode §6200/6201, CalPenCode § 135*

27

28

**Case No. 800-2021-079497**
**RE: UN-CERTIFIED ACCUSATIONS**

**CLAIM FOR GUARANTEES**

LAWFUL DIRECTION IN THE FORM OF
A MOTION FOR ROB BONTA AN
ATTORNEY TO CERTIFY ALL
ACCUSATIONS/CLAIMS CONCERNING
THIS MATTER, THIS IS IN FACT A
CLAIM AND EXERCISE OF MY
CONSTITUTIONAL RIGHTS FOR MY
BENEFICIAL INTERESTS OF MY
PROPERTY ASSETS, ITS COMMANDED
THAT PROOF OF CLAIMS ENTER IN
ON THIS RECORD, I.E. "ENACTING
CLAUSES" AND PROOF THAT THERE
IS NO ABSENSE OF REMEDY
OTHERWISE THE UNITED STATES
MUST INTERVENE AND CHARGE FOR
PERJURY OF OATH "HE ADMITS" =
15 DAYS FOR THE RETURN

**EXHIBITS 1, 2, 3, 4, 5,**

**METHOD OF PROCESS**

Page 1

**CASE NO. 800-2021-079497 CLAIM FOR GUARANTEES/INTERVENTION CHALLENGE**
**Copyrighted-Works this document by the Douglas Vern Hulstedt**

1   **Douglas Vern Hulstedt**
2   ℅ 2511 Garden Road, Building-C #100      *By-Registered-Mail #*
    Monterey, California 93940                R E Z 9 0 6 3 9 ___
3   Tel: (831) 899-5900
    *Claimant/Witness/Beneficiary*
4   *Without Counsel at this Time*

5

6

7                           **BEFORE THE**
8                 **MEDICAL BOARD OF CALIFORNIA**
                  **DEPARTMENT OF CONSUMER AFFAIRS**
9                      **STATE OF CALIFORNIA**

10

11

12   In the Matter of the Accusation Against:  )    **Case No. 800-2021-079497**
                                               )
13   **DOUGLAS VERN HULSTEDT, M.D.**            )
                                               )    **RE: STATEMENT TO RESPONDENT**
14              *Respondent*                    )    [Gov. Code §§ 1504, 11505(b)]
                                               )
15                                             )
                                               )    **EVIDENCE FOR THE RECORD**
16  ─────────────────────────────────────     )
                                               )    **NOTICE OF OBJECTION AND**
17          **Douglas Vern Hulstedt**           )    **DISQUALIFICATION OF THE ACTORS**
                                               )    **THOMAS OSTLY, ROB BONTA AND**
18      *Claimant/Witness/Beneficiary*          )    **DEBORAH LEHMAN, M.D., ALL THREE**
              *Third-Party-Rule*                )    **USING DECEPTIVE PRACTICES TO**
19                                             )    **EXTORT MY BENEFICIAL PROPERTY**
                                               )    **ASSETS, ALL THREE HAVE PERJURED**
20  ─────────────────────────────────────     )    **THEIR OATHS NOW HAVING**
    *NOTICE TO THE FIDUCIARIES; 18 U.S.C § 2071,* )  **UNCLEAN HANDS BUT YET THEIR**
21  *Concealment, removal, or mutilation generally (a)* )  **MOVEMENTS CONTINUE ON IN**
    *Whoever, willfully and unlawfully conceals,* )   **VIOLATION OF DUE PROCESS IN**
22  *removes, mutilates, obliterates, or destroys, or* )  **DIRECT CONFLICT OF THE**
    *attempts to do so, or, with intent to do so takes and* )  **BILL OF RIGHTS "THEY ADMIT"**
23  *carries away any record, proceeding, map, book,* )
    *paper, document, or other thing, filed or deposited* )
24  *with any clerk of officer of any court of the United* )  **EXHIBITS I, 2, 3, 4, 5**
    *States, shall be fined under this title or imprisoned* )
25  *not more than three years, or both.* )           **METHOD OF PROCESS**
    *CalGovCode §6200/6201, CalPenCode § 135* )
26                                             )
27                                             )

28

## SC-100

# Plaintiff's Claim and ORDER to Go to Small Claims Court

## Notice to the person being sued:

- You are the defendant if your name is listed in ② on page 2 of this form or on form SC-100A. The person suing you is the plaintiff, listed in ① on page 2.
- You and the plaintiff must go to court on the trial date listed below. If you do not go to court, you may lose the case. If you lose, the court can order that your wages, money, or property be taken to pay this claim.
- Bring witnesses, receipts, and any evidence you need to prove your case.
- Read this form and all pages attached to understand the claim against you and to protect your rights.

## Aviso al Demandado:

- Usted es el Demandado si su nombre figura en ② de la página 2 de este formulario, o en el formulario SC-100A. La persona que lo demanda es el Demandante, la que figura en ① de la página 2.
- Usted y el Demandante tienen que presentarse en la corte en la fecha del juicio indicada a continuación. Si no se presenta, puede perder el caso. Si pierde el caso, la corte podría ordenar que le quiten de su sueldo, dinero u otros bienes para pagar este reclamo.
- Lleve testigos, recibos y cualquier otra prueba que necesite para probar su caso.
- Lea este formulario y todas las páginas adjuntas para entender la demanda en su contra y para proteger sus derechos.

*Clerk stamps date here when form is filed.*

ENDORSED
FILED
ALAMEDA COUNTY

OCT - 4 2022

CLERK OF THE SUPERIOR COURT
By_____ *K Ghee*_____ Deputy

*Fill in court name and street address:*

**Superior Court of California, County of**
**Alameda Civil Small Claims**
**1225 Fallon Street**
**Oakland, California 94612**

**Tel: (510)-891-6003**

*Court fills in case number when form is filed.*

**Case Number:**
2 SC 0 1 8 9 2 7

**Case Name:**
**Douglas Vern Hulstedt vs.**
**Thomas Ostly et. al. Does 1-20**

## Order to Go to Court

**The people in ① and ② must attend court:** *(Clerk fills out section below.)*

| Trial Date | | Date | Time | Department | Name and address of court, if different from above |
|---|---|---|---|---|---|
| | 1. | 2/8/23 | 1:30pm | 105 | 661 Washington St, Oakland |
| | 2. | | | | |
| | 3. | | | | |

Date: OCT - 4 2022   Clerk, by _____ *K Ghee* _____ , Deputy

## Instructions for the person suing:

**Do not use this form to recover COVID-19 rental debt,** which is unpaid rent or other financial obligations under a tenancy due between March 1, 2020, and September 30, 2021. (See Code of Civil Procedure, §1179.02.) To recover COVID-19 rental debt, use form SC-500, *Plaintiff's Claim and ORDER to Go to Small Claims Court.*

- You are the plaintiff. The person you are suing is the defendant.
- **Before** you fill out this form, read form SC-100-INFO, *Information for the Plaintiff*, to know your rights. You can get form SC-100-INFO at any courthouse or county law library, or go to *www.courts.ca.gov/forms.*
- **Fill out pages 2, 3, and 4 of this form.** Make copies of all the pages of this form and any attachments—one for each party named in this case and an extra copy for yourself. Take or mail the original and the copies to the court clerk's office and pay the filing fee. The clerk will write the date of your trial in the box above. Your court may allow electronic filing. Check your local court website for information: *www.courts.ca.gov/find-my-court.htm.*
- You must have someone at least 18—not you or anyone else listed in this case—give each defendant a court-stamped copy of all pages of this form and any pages this form tells you to attach. There are special rules for "serving," or delivering, this form to public entities, associations, and some businesses. See forms SC-104, SC-104B, and SC-104C.
- **Go to court on your trial date listed above.** Bring witnesses, receipts, and any evidence you need to prove your case.

Judicial Council of California, www.courts.ca.gov
Rev. November 1, 2021, Mandatory Form
Code of Civil Procedure, §§ 116.110 et seq.,
116.220(c), 116.340(g)

**Plaintiff's Claim and ORDER**
**to Go to Small Claims Court**

**SC-100**, Page 1 of 6

→



# The State Bar
# *of California*

**OFFICE OF CHIEF TRIAL COUNSEL**

180 Howard Street, San Francisco, CA 94105

October 05, 2022

Douglas Vern Hulstedt
2511 Garden Road
Building C #100
Monterey CA 93940

RE:     Case Number:        22-O-13124 Thomas Andrew Ostly

Dear Douglas Vern Hulstedt:

We have received your complaint against one or more California attorney(s). We have assigned the number shown above to this matter; please reference this number in your communications with us.

Your complaint will first be reviewed by an attorney in the Intake Unit. If we need further information, we will contact you. We will also advise you of any determination in this matter. If you want to know the status of your complaint, you may contact us by calling the State Bar's toll-free complaint line at 800-843-9053.

Thank you for your patience.

Sincerely,


OFFICE OF CHIEF TRIAL COUNSEL/INTAKE


San Francisco Office
180 Howard Street
San Francisco, CA 94105

www.calbar.ca.gov

Los Angeles Office
845 S. Figueroa Street
Los Angeles, CA 90017

1
2  Douglas Vern Hulstedt
   % 2511 Garden Road, Building-C #100
3  Monterey, California 93940
   Tel: (831) 899-5900
4  *Claimant/Witness/Beneficiary*
   *Without Counsel at this Time*

*By-Registered-Mail #*


5
6
7                    **BEFORE THE**
8        **MEDICAL BOARD OF CALIFORNIA**
         **DEPARTMENT OF CONSUMER AFFAIRS**
9              **STATE OF CALIFORNIA**
10

11   In the Matter of the Accusation Against:      )      **Case No. 800-2021-079497**
                                                  )
12   **DOUGLAS VERN HULSTEDT, M.D.**               )
                                                  )      **FOR THE DUE PROCESS CLAIM**
13                                                 )      **ENTRY OF W-9 FORM FOR "COST**
          *Respondent*                             )      **RECOVERY" TO IDENTITFY WHO**
14                                                 )      **THE INJURED PARTY IS IF ANY**
                                                  )      **EXISTS AND THE MEDICAL BOARD**
15   _____        )      **TRUSTEES *ARE* TO TAKE LAWFUL**
                                                  )      **NOTICE THAT THEY ARE**
16                                                 )      **ATTEMPTING TO TAKE**
          **Douglas Vern Hulstedt**               )      **JURISIDICTION WITHOUT AN**
17                                                 )      **INJURED PARTY VIOLATING DUE**
       *Claimant/Witness/Beneficiary*             )      **PROCESSES UNDER FALSE**
18         *Third-Party-Rule*                      )      **ACCUSATIONS, AT THE SAME TIME**
                                                  )      **BENEFITING AND RECEIVING**
19   _____        )      **FEDERAL FUNDING IN VIOLATION**
                                                  )      **OF THE SPENDING CLAUSE, W-9 TO**
20   ***NOTICE TO THE FIDUCIARIES; 18 U.S.C § 2071*,** )   **BE PLACED INTO THIS RECORD**
     *Concealment, removal, or mutilation generally (a)* )  **UNDER PENALTIES OF PERJURY**
21   *Whoever, willfully and unlawfully conceals,* )     **BY THE SWORN TESTIMONY OF**
     *removes, mutilates, obliterates, or destroys, or* )  **ANY CLAIMANTS, 15 DAY RETURN**
22   *attempts to do so, or, with intent to do so takes and* )
     *carries away any record, proceeding, map, book,* )
23   *paper, document, or other thing, filed or deposited* )   **EXHIBIT 1, W-9**
     *with any clerk of officer of any court of the United* )
24   *States, shall be fined under this title or imprisoned* )   **METHOD OF PROCESS**
     *not more than three years, or both.* )
25   *CalGovCode §6200/6201, CalPenCode § 135* )
                                                  )
26                                                 )
27   _____
28

1
2  **Douglas Vern Hulstedt**
   ℅ 2511 Garden Road, Building-C #100
3  Monterey, California 93940
   Tel: (831) 899-5900
4  *Claimant/Witness/Beneficiary*
   *Without Counsel at this Time*
5

*By-Registered-Mail #*


6
7                    **BEFORE THE**
8            **MEDICAL BOARD OF CALIFORNIA**
           **DEPARTMENT OF CONSUMER AFFAIRS**
9                **STATE OF CALIFORNIA**

10
11  In the Matter of the Accusation Against:     )     **Case No. 800-2021-079497**
                                                )
12  **DOUGLAS VERN HULSTEDT, M.D.**              )     **CHALLENGE NOTICE BY THIS**
                                                )     **LAWFUL DIRECTION FOR DUE-**
13          *Respondent*                        )     **PROCESS IN THE "FORM" OF A**
                                                )     ***MURGIA* MOTION TO COMPEL**
14                                              )     **DISCOVERY BY THE RESPONDENTS**
                                                )     **ROB BONTA, WILLIAM PRASIFKA**
15  _____         )     **REQUIRED TO SUBSTANTIATE**
                                                )     **THEIR CLAIMS BY THEIR**
16      **Douglas Vern Hulstedt**               )     **UNFOUNDED SELECTIVE**
        *Counter-Claimant-Beneficiary*          )     **CONTINUED MALICIOUS**
17              *vs.*                            )     **PROSECUTION WHICH IS VOID OF**
        **Rob Bonta, William Prasifka**         )     **MANY DUE-PROCESSES, 15 DAY**
18                                              )     **RETURN ON THIS RECORD BEFORE**
        *Respondents as Actors in Concert*      )     **THIS MEDICAL BOARD AND ITS**
19                                              )     **FIDUCIARY TRUSTEES**
                                                )
20  _____         )
                                                )     **EXHIBIT 1**
21  ***NOTICE TO THE FIDUCIARIES; 18 U.S.C § 2071,*** )
22  *Concealment, removal, or mutilation generally (a)* )     **METHOD OF PROCESS**
    *Whoever, willfully and unlawfully conceals, removes,* )
23  *mutilates, obliterates, or destroys, or attempts to do so,* )
    *or, with intent to do so takes and carries away any* )
24  *record, proceeding, map, book, paper, document, or other* )
    *thing, filed or deposited with any clerk or officer of any* )
25  *court of the United States, shall be fined under this title or* )
    *imprisoned not more than three years, or both.* )
26  *CalGovCode §6200/6201, CalPenCode § 135* )

27
28

Page 1

_____
        CASE NO. 800-2021-079497 LAWFUL DIRECTION IN THE FORM OF A MURGIA MOTION
              **Copyrighted-Works this document by the Douglas Vern Hulstedt**

1
2
3
4

**Douglas Vern Hulstedt**
℅ 2511 Garden Road, Building-C #100
Monterey, California 93940
Tel: (831) 899-5900
*Claimant/Witness/Beneficiary*
*Without Counsel at this Time*

*By-Registered-Mail #*
RF108 580 99 JUSH

5
6
7
8
9

## BEFORE THE
## MEDICAL BOARD OF CALIFORNIA
## DEPARTMENT OF CONSUMER AFFAIRS
## STATE OF CALIFORNIA

10
11

In the Matter of the Accusation Against:                    )

**Case No. 800-2021-079497**

12

**DOUGLAS VERN HULSTEDT, M.D.**                    )

13
14

*Respondent*                    )

15
16

_____

**Douglas Vern Hulstedt**
*Counter-Claimant-Beneficiary*

17

*vs.*

18

**Rob Bonta, William Prasifka**

19

*Respondents as Actors in Concert*

20

_____

21
22
23
24
25
26
27

*NOTICE TO THE FIDUCIARIES; 18 U.S.C § 2071,*
*Concealment, removal, or mutilation generally (a)*
*Whoever, willfully and unlawfully conceals, removes,*
*mutilates, obliterates, or destroys, or attempts to do so,*
*or, with intent to do so takes and carries away any*
*record, proceeding, map, book, paper, document, or other*
*thing, filed or deposited with any clerk of officer of any*
*court of the United States, shall be fined under this title or*
*imprisoned not more than three years, or both.*
*CalGovCode §6200/6201, CalPenCode § 135*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

**MANDATORY NOTICE TO THE
MEDICAL BOARD OF CALIFORNIA
DEPARTMENT OF CONSUMER
AFFAIRS STATE OF CALIFORNIA
AND THE RESPONDENTS ROB
BONTA, WILLIAM PRASIFKA WHO
HAVE BREACHED THE MEDICAL
BOARDS GUIDELINES FOR DUE-
PROCESS ON THEIR UNFOUNDED
CLAIMS BUT YET CONTINUE TO
ACT AGAINST CONSTITUTIONAL
GUARANTEES AND "PANOPLY" OF
DUE-PROCESS THAT HAS BEEN
TRIGGERED CONCERNING THIS
MATTER BY THE UNVERIFIED
ACCUSATIONS OF WILLIAM
PRASIFKA "A TRAINED LAWYER"
= SANCTIONS ARE APPROPRIATE
BY THEIR PERJURED OATHS**

**EXHIBIT 1**

**METHOD OF PROCESS**

28

_____

**CASE NO. 800-2021-079497 MANDATORY NOTICE "PANOPLY" OF DUE-PROCESS**
**Copyrighted-Works this document by the Douglas Vern Hulstedt**

1
2   **Douglas Vern Hulstedt**
    ℅ 2511 Garden Road, Building-C #100
3   **Monterey, California 93940**
    **Tel: (831) 899-5900**
4   *Claimant/Witness/Beneficiary*
    *Without Counsel at this Time*

*By-Registered-Mail #*
RE108580 97?0??

5

6
7                   **BEFORE THE**
8           **MEDICAL BOARD OF CALIFORNIA**
           **DEPARTMENT OF CONSUMER AFFAIRS**
9                **STATE OF CALIFORNIA**

10
11  In the Matter of the Accusation Against:    )     **Case No. 800-2021-079497**
                                                )
12  **DOUGLAS VERN HULSTEDT, M.D.**             )
                                                )     **CHALLENGE NOTICE BY THE VOID**
13                                              )     **OF PROBABLE CAUSE SUFFICIENT**
         *Respondent*                           )     **TO SUPPORT THE SUBPOENA FOR**
14                                              )     **DOCUMENTS, NO CAUSE EXISTS FOR**
                                                )     **STANDARD OF CARE DEVIATION AS**
15  ─────────────────────────────              )     **STANDARD OF CARE WAS**
                                                )     **FOLLOWED "AT THAT TIME" SEE**
16       **Douglas Vern Hulstedt**              )     **WOLFSOHN CASE HEREIN,**
         *Counter-Claimant-Beneficiary*         )     **FURTHER NO EVIDENCE EXISTS AS**
17                *vs.*                          )     **TO THE MOTHERS RELEASE/RIGHTS**
         **Rob Bonta, William Prasifka**        )     **AS THE MOTHER WAS AN**
18                                              )     **INFORMANT/GUARDIAN ONLY, THE**
         *Respondents as Actors in Concert*     )     **FATHER IS NOW DECEASED IN**
19                                              )     **WHICH THE CHILD WAS PART OF**
                                                )     **HIS ESTATE THEREFORE THE STATE**
20                                              )     **OF CALIFORNIA MUST BE THE**
21  ─────────────────────────────              )     **CLAIMANT WHO HAS NO STANDING**
    *NOTICE TO THE FIDUCIARIES; 18 U.S.C § 2071,*  )  **OR CLAIM PER THE 5TH**
22  *Concealment, removal, or mutilation generally (a)*  )  **AMENDMENT ROB BONTA, WILLIAM**
    *Whoever, willfully and unlawfully conceals, removes,*  )  **PRASIFKA RESPONDENTS "ADMIT"**
23  *mutilates, obliterates, or destroys, or attempts to do so,*  )
    *or, with intent to do so takes and carries away any*  )
24  *record, proceeding, map, book, paper, document, or other*  )  **EXHIBITS 1, 2,**
    *thing, filed or deposited with any clerk of officer of any*  )
25  *court of the United States, shall be fined under this title or*  )
    *imprisoned not more than three years, or both.*  )  **METHOD OF PROCESS**
26  *CalGovCode §6200/6201, CalPenCode § 135*  )

27

28

─────────────────────────────────────────────────────
        **CASE NO. 800-2021-079497 CHALLENGE CLAIM BY THE VOID OF PROBABLE CAUSE**
           **Copyrighted-Works this document by the Douglas Vern Hulstedt**

Page 1

1

**Douglas Vern Hulstedt**
2   ℅ 2511 Garden Road, Building-C #100
Monterey, California 93940
3   Tel: (831) 899-5900
*Claimant/Witness/Beneficiary*
4   *Without Counsel at this Time*

*By-Registered-Mail #*
RF 108 581 012 US
:Paid-Fee-Dock-et:

5

6

7                           **BEFORE THE**
**MEDICAL BOARD OF CALIFORNIA**
8             **DEPARTMENT OF CONSUMER AFFAIRS**
**STATE OF CALIFORNIA**
9

10

11   In the Matter of the Accusation Against:   )          **Case No. 800-2021-079497**
)
12   **DOUGLAS VERN HULSTEDT, M.D.**          )   **CHALLENGE NOTICE CLAIM ENTRY**
)   **ON THIS DOCK-ET AS THE SPENDING**
13          *Respondent*                      )   **CLAUSE ARTICLE 1 § 8 ALL CLAUSES,**
)   **TUCKER ACT OF 1887, 28 U.S.C. § §**
14                                            )   **1346(A), 1491, "LITTLE TUCKER ACT"**
)   **AND THE ADMINISTRATIVE**
15   _____  )   **PROCEDURES ACT OF 1946,**
)   **RESPONDENTS CONTINUE TO MOVE**
16      **Douglas Vern Hulstedt**             )   **FORWARD AFTER JURISDICTION WAS**
*Counter-Claimant-Beneficiary*           )   **LOST DUE TO THE MANY VIOLATIONS**
17              *vs.*                         )   **OF RIGHTS CAUSED BY THE**
**Rob Bonta, William Prasifka**          )   **RESPONDENTS ROB BONTA, WILLIAM**
18                                            )   **PRASIFKA WHOM ARE ATTEMPTING**
*Respondents as Actors in Concert*       )   **TO TAKE THE MEDICAL BOARD OF**
19                                            )   **CALIFORNIA INTO A SCHEME TO**
)   **EXTORT RIGHTS WITHOUT DUE-**
20   _____  )   **PROCESS = DEPRIVATION OF RIGHTS**
)   **UNDER THE COLOR OF LAW 18 U.S.C.**
21   *NOTICE TO THE FIDUCIARIES; 18 U.S.C § 2071,* )   **§241, § 242 "THEY ADMIT" AND**
*Concealment, removal, or mutilation generally (a)* )   **CANNOT MOVE FORWARD CASE**
22   *Whoever, willfully and unlawfully conceals, removes,* )   **MUST BE DISMISSED AS**
*mutilates, obliterates, or destroys, or attempts to do so,* )   **ACCUSATIONS ARE UNFOUNDED**
23   *or, with intent to do so takes and carries away any* )
*record, proceeding, map, book, paper, document, or other* )   **EXHIBITS 1, 2, 3**
24   *thing, filed or deposited with any clerk of officer of any* )
*court of the United States, shall be fined under this title or* )
25   *imprisoned not more than three years, or both.* )   **METHOD OF PROCESS**
*CalGovCode §6200/6201, CalPenCode § 135* )
26                                            )

27

28

Page 1

1

2

3

4

**Douglas Vern Hulstedt**
℅ 2511 Garden Road, Building-C #100
**Monterey, California 93940**
**Tel: (831) 899-5900**
*Claimant/Witness/Beneficiary*
*Without Counsel at this Time*

*By-Registered-Mail #*
RF 108581026D814
*:Paid-Fee-Dock-et:*

5

6

7

8

9

**BEFORE THE**
**MEDICAL BOARD OF CALIFORNIA**
**DEPARTMENT OF CONSUMER AFFAIRS**
**STATE OF CALIFORNIA**

10

11

12

13

14

15

In the Matter of the Accusation Against:

**DOUGLAS VERN HULSTEDT, M.D.**

*Respondent*

16

17

18

19

20

**Douglas Vern Hulstedt**
*Counter-Claimant-Beneficiary*
*vs.*
**Rob Bonta, William Prasifka**

*Respondents as Actors in Concert*

21

22

23

24

25

26

27

*NOTICE TO THE FIDUCIARIES; 18 U.S.C § 2071,*
*Concealment, removal, or mutilation generally (a)*
*Whoever, willfully and unlawfully conceals, removes,*
*mutilates, obliterates, or destroys, or attempts to do so,*
*or, with intent to do so takes and carries away any*
*record, proceeding, map, book, paper, document, or other*
*thing, filed or deposited with any clerk of officer of any*
*court of the United States, shall be fined under this title or*
*imprisoned not more than three years, or both.*
*CalGovCode §6200/6201, CalPenCode § 135*

) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )

**Case No. 800-2021-079497**

**SUMMONS**
**SUBPOENA AD TESTIFICANDUM TO**
**APPEAR ROB BONTA TO GIVE**
**ORAL SWORN TESTIMONY AT**
**HEARING OR TRIAL, IT IS**
**COMMANDED TO SHOW ON**
**NOVEMBER 8, 2022 AT 9:00 A.M.**
**VIRTUAL HEARING NO. 833 568 8864**
**CONFERENCE ID: 161 740 2173**
**CONTINUING ON A DAY TO DAY**
**BASIS ROB BONTA "ADMITS" THAT**
**HE IS A CRITICAL WITNESS**
**HAVING SERVED AS A CHAIRMAN**
**DURING 2015 SB 277 HEARINGS**
**ASSEMBLY MEMBER ROB BONTA**

**EXHIBIT 1 PARTIAL TRANSCRIPT**

**METHOD OF PROCESS**

Page 1

28

**CASE NO. 800-2021-079497 SUMMONS SUBPOENA AD TESTIFICANDUM ROB BONTA**
**Copyrighted-Works this document by the Douglas Vern Hulstedt**

1

**Douglas Vern Hulstedt**
**℅ 2511 Garden Road, Building-C #100**
2
**Monterey, California 93940**
**Tel: (831) 899-5900**
3
*Claimant/Witness/Beneficiary*
*Without Counsel at this Time*
4



*By-Registered-Mail #*
~~RF1085810910US~~
*:Paid-Fee-Docket:*

5

6

7
## BEFORE THE
## MEDICAL BOARD OF CALIFORNIA
8
## DEPARTMENT OF CONSUMER AFFAIRS
## STATE OF CALIFORNIA
9

10

11
In the Matter of the Accusation Against:   )

**Case No. 800-2021-079497**

12
**DOUGLAS VERN HULSTEDT, M.D.**  )
 )

**TAKE NOTICE**
13
*Respondent*  )
 )
**MEMBERS OF THE MEDICAL**
**BOARD AND DEPARTMENT OF**
14
 )
**CONSUMER AFFAIRS I.E. PUBLIC**
15 ────────────────────────────
 )
**FIDUCIARIES IN TRUST WITH**
**THE KNOWLEDGE OF**
16
**Douglas Vern Hulstedt**  )
**ICAN, INFORMED CONSENT**
*Counter-Claimant-Beneficiary* )
**ACTION NETWORK, THE**
17
*vs.*  )
**CDC'S STILL DISCUSSING**
**Rob Bonta, William Prasifka** )
**HOW TO RESPOND TO**
18
 )
**VACCINE SAFETY DEBATE**
*Respondents as Actors in Concert* )
**IT LOST TO ICAN OVER**
19
 )
**A YEAR PRIOR!**
20
 )
21 ────────────────────────────
 )
*NOTICE TO THE FIDUCIARIES; 18 U.S.C § 2071,* )
22
*Concealment, removal, or mutilation generally (a)* )

**EXHIBIT 1**
*Whoever, willfully and unlawfully conceals, removes,* )
23
*mutilates, obliterates, or destroys, or attempts to do so,* )
*or, with intent to do so takes and carries away any* )
24
*record, proceeding, map, book, paper, document, or other* )

**METHOD OF PROCESS**
*thing, filed or deposited with any clerk of officer of any* )
25
*court of the United States, shall be fined under this title or* )
*imprisoned not more than three years, or both.* )
26
*CalGovCode §6200/6201, CalPenCode § 135* )
 )
27 ────────────────────────────

28

Page 1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 2

~ 12 ~

**Right of Review by the 5 USC § 702-706, Denial of Due Process
Copyrighted-Works this Document-Contract by the Douglas Vern Hulstedt**

1

Douglas Vern Hulstedt

2   % 2511 Garden Road, Building – C # 100
    Monterey, California 93940

3   Tel: (831) 899-5900
    *Claimant/Witness*

4

*By-Registered-Mail #*

*RF 108 581 216US*

*:Paid-Fee-Dock-et:*

FILED

DEC 20 2022

CLERK, U.S. DISTRICT
NORTH DISTRICT OF CALIFORNIA

5

6                    **UNITED STATES DISTRICT COURT**

7             **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

8                  SAN FRANCISCO 450 GOLDEN GATE AVENUE

9

| | |
|---|---|
| 10   **Douglas Vern Hulstedt** | Case No. 22CV07439 *HSG* |
| *Claimant/Witness* | |
| 11 | **STATEMENT** |
| 12   *Vs.* | **OF THE CLAIM** |
| 13   **Thomas Andrew Ostly** | **"CURED"** |
| 14   **# 209234, *et. al.*** | |
| 15   *Defendants* | **EXHIIBT 1, STATEMENT** |
| 16   *Does, Roes 1-20* | **METHOD OF PROCESS** |
| 17 | |

18   **THE STATE BAR OF CALIFORNIA**

19         **c/o Leah Tamu Wilson # 222790**

20                   **180 Howard Street**

21         **San Francisco, California 94105**

22            *"Third-Party of Interest"*

23                *"Noticed-Witness"*

24         *"About Attorney Transgressions"*
    *#154284 Hinds, #152171 Scharf, #214401 Cox,*

25     *#202668 Bonta, #209234 Ostly,*

26         *#279218 Ovsepyan et. al.=*

27   *# Membership-Insurance-Policy-Numbers*

28

Page 1

**STATEMENT OF THE CLAIM "CURED", 22CV07439**
**Copyrighted-Work-Product this Document-Contract by the Douglas Vern Hulstedt**

# STATEMENT OF THE CLAIM "CURED"

***NOW THEN*** Douglas Vern Hulstedt, to propound his Testimony

### SUFFICIENT TESTIMONY
### FOR THE STATEMENT OF THE CLAIM
### IN THE FORM OF AFFIDAVIT

## VERIFICATION

I, **Douglas Vern Hulstedt** *as the* Claimant/Witness with my own unlimited commercial liability, do affirm that the following testimony in the form of affidavit under my biometric-seal by my belief and knowledge is true, correct, and complete, and not misleading, the truth, the whole truth, and nothing but the truth, and deliver this agreed on "staked" notice of Claim by the following;

Verified by: ***Douglas Vern Hulstedt***
Claimant/Witness
Beneficiary-Agent *for*
DOUGLAS VERN HULSTEDT, M.D

***CLAIMS NOW*** your "Affiant", Testimony of the **Douglas Vern Hulstedt**;

1. Your Affiant Testifies and makes these Claims by his //signature//verification and biometric-seal = thumb print;

2. Your Affiant makes this Testimony in the California state, Monterey county, on December 19, 2022;

3. Your Affiant Testifies that he provides the four **(4)** *elements that gives jurisdiction to the court/or appropriate officer to act* **(a)** who is the injured party **(b)** who is the identified that has breached a duty **(c)** what are the codes or violations that resulted in damages on the claimant as fact **(d)** the factual

Page 2

sufficiency of the claim(s) that only a witness can testify about authenticated evidence and subject to cross examination;

(a) **Douglas Vern Hulstedt** is the injured party/claimant/witness;

(b) **Thomas Andrew Oslty, #209234** *et. al.* **an Attorney(s);**

(c) Violations: DECEPTIVE PRACTICES AND PROCEDURES 15 USC § 45, PERJURY OF OATH 18 USC § 1621, HONEST SERVICES FRAUD 18 USC § 1346, SIMULATED LEGAL PROCESS CAL.CIV. CODE § 1788.16 VIA UNITED STATES POST OFFICE/WIRE 18 USC § 1343, DEPRIVATION OF RIGHTS UNDER COLOR OF LAW 18 USC § 241, 242, REFUSAL TO PROVIDE DUE PROCESS DISCOVERY 5th AMENDMENT VIOLATIONS SEE VERIFIED ATTACHMENTS 1-6, CONSPIRACY ACTING TO DEPRIVE RIGHTS 42 § 1985, Take Notice of 28 USC §§ 1346, 1491 and "Tucker Act of 1887" as Sovereign Immunity Waiver *et. al., Case No.800-2021-079497 Before the Medical Board of California, Department of Consumer Affairs, State of California;*

(d) **Douglas Vern Hulstedt,** *a man* and first-hand factual witness;

(e) Your Affiant now testifies that he will state the **factual sufficiency of claims 1 thru 7** = statement of claim/facts against **Thomas Andrew Oslty, #209234** *et. al.* **an Attorney(s);** by the following claim sets 1-7 including **EXHIBIT 1 STATEMENT;**

# CLAIM SETS 1-7 STATEMENTS

(1) **WHO DID WHAT** = **Thomas Andrew Oslty, #209234** *et. al.* **an Attorney(s)** has "Perjured his Oath of Office" in the ongoing movements *with* actors/attorneys in concert to **EXTORT** my beneficial interests and property assets, *see* above **(c)Violations;**

(2) **WHERE DID IT HAPPEN** = 455 Golden Gate Avenue, Suite 11000, San Francisco, California and Office of Administrative Hearings, 1515 Clay Street, Suite 206, Oakland, California;

(3) **WHEN DID IT HAPPEN** = August 1, 2022 ongoing;

(4) **HOW WAS IT DONE** = Deceptive practices and procedures, i.e. **FRAUD;**

Page 3

(5) **WHAT LAWS WERE VIOLATED** = DECEPTIVE PRACTICES AND PROCEDURES 15 USC § 45, PERJURY OF OATH 18 USC § 1621, HONEST SERVICES FRAUD 18 USC § 1346, SIMULATED LEGAL PROCESS CAL.CIV. CODE § 1788.16 VIA UNITED STATES POST OFFICE/WIRE 18 USC § 1343, DEPRIVATION OF RIGHTS UNDER COLOR OF LAW 18 USC § 241, 242, REFUSAL TO PROVIDE DUE PROCESS DISCOVERY 5th AMENDMENT VIOLATIONS SEE VERIFIED ATTACHMENTS 1-6, CONSPIRACY ACTING TO DEPRIVE RIGHTS 42 § 1985, Take Notice of 28 USC §§ 1346, 1491 and "Tucker Act of 1887" as Sovereign Immunity Waiver *et. al., Case No.800-2021-079497 Before the Medical Board of California, Department of Consumer Affairs, State of California;*

(6) **WHO IS THE VICTIM** = **Douglas Vern Hulstedt** *as Beneficiary;*

(7) **WHAT MAY BE SOME CAUSES OF ACTIONS AS TO LAWS VIOLATED** = Disbarment, Criminal Indictments, Damage Payments by the "Guarantors" *et. al;*

4.  Your Affiant Testifies that he has met the sufficiency of stating claims **1-7** against **Thomas Andrew Oslty, #209234** *et. al.* **an Attorney(s)** and it is now up to the public-trustees to apply the law accordingly by their public duties and public trust;

5.  Your Affiant Testifies that he made these claims freely;

6.  Your Affiant Testifies that these claims are true, complete, and not misleading by the best of my knowledge/beliefs;

7.  Your Affiant Testifies and has personal first-hand knowledge of all the facts/claims reasonable reliance's which are stated herein;

Page 4

**STATEMENT OF THE CLAIM "CURED", 22CV07439**
**Copyrighted-Work-Product this Document-Contract by the Douglas Vern Hulstedt**

# CONCLUSION

I Douglas Vern Hulstedt, with my reasonable belief conclude that it is clear and precise that my due process is and has been violated from the beginning and any person with reasonable comprehension would also conclude the same. I will not standby and allow the *unethical* **Thomas Andrew Oslty, #209234** *et. al.* **an Attorney(s) to deprive me of my 43 years plus life's work as a Medical Doctor without due-process. Further this matter by the EXHIBIT 1 STATEMENT has already been agreed upon, the statement of claim is now staked on this record. Also see Case No. 22CV06688-HSG, CLAIM FOR INJUNCTION;**

# VERIFICATION

I, **Douglas Vern Hulstedt**, "One of the People" of California, makes this Verification based on personal knowledge of matters set forth herein and appearing as a man without waiving any rights or remedies, being competent in mind and body to testify, do hereby declare, verify and affirm that the facts stated herein are true, correct, and complete in all material fact, not misrepresented based on my own knowledge to the best of my current information, knowledge and belief under the penalty of perjury of the laws of The United States of America (*unincorporated*) and the laws of California and is admissible as evidence in a court of law or equity, except as to those matters that are therein made upon information and belief, and as to those claims or facts, I believe them to be true and admissible as evidence, and if called upon as a witness, I will testify as to the veracity of this **STATEMENT OF THE CLAIM "CURED", EXHIBIT 1 STATEMENT, METHOD OF PROCESS, 22CV07439;**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ALL RIGHTS REVERVED WAIVE-NONE**

_**RESERVATION FOR WRIT FOR HABEAS CORPUS**_

_**"FOR RESTRAINT OF LIBERTIES"**_


Verified by: _**Douglas Vern Hulstedt**_
Claimant/Witness
Beneficiary-Agent _for_
DOUGLAS VERN HULSTEDT, M.D.

**STATEMENT OF THE CLAIM "CURED", 22CV07439**
Copyrighted-Work-Product this Document-Contract by the Douglas Vern Hulstedt

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 1

**STATEMENT OF THE CLAIM "CURED", 22CV07439**
**Copyrighted-Work-Product this Document-Contract by the Douglas Vern Hulstedt**

**DOUGLAS VERN HULSTEDT, MD**
c/o 2511 Garden Road, Building – C #100
Monterey, California 93940
Phone (831) 899-5900

## STATEMENT-PAST-DUE

**DATED:  September 24, 2022**

**Bill To:**
Thomas Ostly *an Attorney as Lien Debtor*
United States *as Guarantor*
State of California *as Guarantor*
455 Golden Gate Avenues, Suite 11000
San Francisco, California 94102
By Certified-Mail # 70220410000174541914

**Comments: Reference Cases # 800-2021-079497, <u>See 6 page Attachment-Admissions</u>**

| DESCRIPTION OF DISHONORABLE ACTS BY A FIDUCIARY | UNIT PRICE | AMOUNT |
|---|---|---|
| DECEPTIVE PRACTICES AND PROCEDURES 15 USC § 45 | | **$ 10,000.00** |
| PERJURY OF OATH 18 USC § 1621 | | |
| HONEST SERVICES FRAUD 18 USC § 1346 | | |
| SIMULATED LEGAL PROCESS CAL.CIV. CODE § 1788.16 VIA UNITED STATES POST OFFICE/WIRE 18 USC § 1343 | | |
| DEPRIVATION OF RIGHTS UNDER COLOR OF LAW 18 USC  § 241, 242 | | |
| REFUSAL TO PROVIDE DUE PROCESS DISCOVERY 5th AMENDMENT VIOLATIONS SEE VERIFIED ATTACHMENTS 1-6 | | |
| CONSPIRACY ACTING TO DEPRIVE RIGHTS 42 § 1985 | | |
| To: "United States" *as Guarantor* c/o Attorney General/Merrick Garland 950 Pennsylvania Ave., NW Washington, DC 20530 By Certified-Mail # 70220410000174542058 | | |
| To: "State of California" *as Guarantor* c/o Attorney General/Rob Bonta 1300 "I" Street Sacramento, California 95814 By Certified-Mail # 70220410000174542041 | | |
| | | |
| Take Notice of 28 USC §§ 1346, 1491 and "Tucker Act of 1887" as Sovereign Immunity Waiver | | |
| **PRE NOTICE ATTEMPT TO SETTLE FOR VIOLATION OF RIGHTS** | | |
| **TOTAL Past Due 3 Day Settlement-Agreement DUE upon Receipt** | | **$ 10,000.00** |
| **SEE ADDITIONAL NOTICED BY METHOD OF PROCESS** | | |

Make Payment to Douglas Vern Hulstedt
If you have any questions concerning this True-Bill/Invoice
Contact Douglas Vern Hulstedt *as Creditor* at **(831) 899-5900**

# METHOD OF PROCESS

In the California state, of the Monterey county. I, the undersigned, herein declare that I am over the age of eighteen years and NOT a party to the within entitled action. My business address is: *1180 Forest Ave #R Pacific Grove California 93950*

I hereby declare under the penalty of perjury of the California Republic and The United States of America that I served the foregoing document as entitled: on the party(s) by mailing with the Post Office maintained by the United States, Postal Service with postage paid, titled and addressed as follows and or by file stamp/banking postmasters:
**STATEMENT OF THE CLAIM "CURED", EXHIBIT 1 STATEMENT, METHOD OF PROCESS;**

**UNITED STATES DISTRICT COURT**
**c/o Clerk of the Court, Mark B. Busby**
450 Golden Gate Avenue
San Francisco, California 94102
*Registered-Mail or By-File-Stamp*
*RR 108 581 216 US.*

**Medical Board of California** *as its Trustees*
**c/o Juliet Elizabeth Cox, Attorney # 214401**
1515 Clay Street, Suite 206
Oakland, California 94612
*By-First-Class-Mail*

**State of California**
**Robert Andres Bonta, Attorney-General #202668**
455 Golden Gate Avenues, Suite 11000
San Francisco, California 94102
*By-First-Class-Mail*

**Thomas Andrew Ostly, Attorney # 209234**
455 Golden Gate Avenue, Suite 11000
San Francisco, California 94102
*By-First-Class-Mail*

Page 8

**STATEMENT OF THE CLAIM "CURED", 22CV07439**
**Copyrighted-Work-Product this Document-Contract by the Douglas Vern Hulstedt**

**Iveta Ovsepyan #279218**
**Supervising Deputy Attorney General**
300 South Spring Street, Suite 1702
Los Angeles, California 90013-1230
*By-First-Class-Mail*

**United States**
**James A. (?) Scharf, Attorney # 152171**
150 Almaden Boulevard, Suite 900
San Jose, California 95113
*By-First-Class-Mail*

**THE STATE BAR OF CALIFORNIA**
**c/o Leah Tamu Wilson #222790 = Witness**
180 Howard Street
San Francisco, California 94105
*By-First-Class-Mail*

I declare under the penalty of perjury of the Laws of the California Republic and The United States of America that the foregoing is correct and complete to the best of my knowledge, information and belief, and that this process is executed by the voluntary act of my own hand on Monterey county and is dated below;

Date: _December 19, 2022_          By: _____

Page 9

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 3

~ 13 ~

**Right of Review by the 5 USC § 702-706, Denial of Due Process**
**Copyrighted-Works this Document-Contract by the Douglas Vern Hulstedt**

BEFORE THE
MEDICAL BOARD OF CALIFORNIA
DEPARTMENT OF CONSUMER AFFAIRS
STATE OF CALIFORNIA

In the Matter of the Accusation Against:

Douglas Vern Hulstedt, M.D.

Physician's and Surgeon's
Certificate No.  A 42397

Case No.  800-2021-079497

                        Respondent.

## DECISION

The attached Proposed Decision is hereby adopted as the Decision and Order of the Medical Board of California, Department of Consumer Affairs, State of California.

This Decision shall become effective at 5:00 p.m. on February 17, 2023.

IT IS SO ORDERED January 18, 2023.

MEDICAL BOARD OF CALIFORNIA

Laurie Rose Lubiano, J.D., Chair
Panel A

DCU'S5-(Pe2 07-2021)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 4

~ 14 ~

**Right of Review by the 5 USC § 702-706, Denial of Due Process**
**Copyrighted-Works this Document-Contract by the Douglas Vern Hulstedt**

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
### for the
### Northern District of California

| | |
|---|---|
| Douglas Vern Hulstedt | ) |
| *Plaintiff* | ) |
| v. | )    Civil Action No. |
| | ) |
| *Defendant* | ) |

## WAIVER OF THE SERVICE OF SUMMONS

To: Douglas Vern Hulstedt
      *(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: _____

 

_____
*Signature of the attorney or unrepresented party*

_____
*Printed name of party waiving service of summons*

_____
*Printed name*

_____
*Address*

_____
*E-mail address*

_____
*Telephone number*

---

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

# **METHOD OF PROCESS**

In the California state, of the Monterey county. I, the undersigned, herein declare that I am over the age of eighteen years and NOT a party to the within entitled action. My business address is: *1180 Forest Avenue #8 Pacific Grove California 93950*

I hereby declare under the penalty of perjury of the California Republic and The United States of America that I served the foregoing document as entitled: on the party(s) by mailing with the Post Office maintained by the United States, Postal Service with postage paid, titled and addressed as follows and or by file stamp/banking postmasters: **CLAIM FOR RELIEF BY THE DECLARATORY JUDGEMENT BY THE RIGHT OF REVIEW BY THE 5 U.S.C. § 702-706 OTHER THAN MONEY BUT FOR THE REVIEW AND WRITTEN DETERMINATION ON DUE PROCESS AND CONSTITUTIONAL RIGHTS, IMMEDIATE INTERVENTION REQUIRED AS PERJURY OF OATH IS ONGOING BY THE ATTEMPTS TO OVERTHROW THE GOVERNMENT BY SWORN FIDUCIARY OFFFICERS CAUSING CONTINUAL LEGAL WRONGS PER ADMINISTRATIVE PROCEDURES ACT 1946, REFERENCE CASE NO. 800-2021-079497, CALIFORNIA MEDICAL BOARD *ET.AL.,* EXHIBITS 1-4;**

**Robert Andres Bonta, Attorneys, #202668,**
**"DEFENDANTS"** *et.al;*
455 Golden Gate Avenues, Suite 11000
San Francisco, California 94102
By-Certified-Mail #
7022 0410 0001 7578 4709

**Laurie Rose Lubiano, Attorneys #256695,**
**"DEFENDANTS"** *et.al;*
2005 Evergreen Street, Suite 1200
Sacramento, California 95815
By-Certified-Mail #
7022 0410 0001 7578 4723

~ 15 ~

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**STATE BAR OF CALIFORNIA [CHARTER]**
**"DEFENDANTS" et.al;**
*c/o Fiduciary-Officer-"in"-Charge*
180 Howard Street
San Francisco, California 94105
By-Certified-Mail #
7022 0410 0001 7578 4730

*CC: Military-Post-Office; Office of the Counsel.*

I declare under the penalty of perjury of the Laws of the California Republic and The United States of America that the foregoing is correct and complete to the best of my knowledge, information and belief, and that this process is executed by the voluntary act of my own hand on Monterey county and is dated below;

Date: April 24-2023               By: _____

                                    Gloria Chavez

~ 16 ~

**Right of Review by the 5 USC § 702-706, Denial of Due Process**
**Copyrighted-Works this Document-Contract by the Douglas Vern Hulstedt**

# CUSTOMER'S RECEIPT

**UNITED STATES POSTAL SERVICE®**

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION

**NOT NEGOTIABLE**

Pay to _Clerk to United States District Court_

Address

KEEP THIS RECEIPT FOR YOUR RECORDS

| Serial Number | Year, Month, Day | Post Office | Amount | Clerk |
|---|---|---|---|---|
| 28271140920 | 2023-04-24 | 939400 | $402.00 | 38 |

---

# POSTAL MONEY ORDER

**UNITED STATES POSTAL SERVICE®**

Serial Number 28271140920

Year, Month, Day 2023-04-24   Post Office 939400

U.S. Dollars and Cents  **$402.00**

Amount  Four Hundred Two Dollars and 00/100 ************

Pay to _Clerk to United States District Court_   Clerk 38

Address

From

Address

Memo

SEE REVERSE WARNING • NEGOTIABLE ONLY IN THE U.S. AND POSSESSIONS

⑉000000800⑉  28271140920⑈