1  **Douglas Vern Hulstedt**
2  ℅ 2511 Garden Road, Building - C # 100
   Monterey, California 93940
3  Tel: (831) 899-5900
4  *Claimant/Witness/Beneficiary*

FILED
MAY 05 2023
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Douglas Vern Hulstedt** | :Case No: 23CV02003-NC; |
| *Claimant/Witness/Beneficiary;* *Adversely Affected and Aggrieved* | NOTICE OF MOTION "SUA-SPONTE" BY THE RULE 8 (b) REFERENCE TO A MAGISTRATE JUDGE, NATHANAEL COUSINS UNDER 28 U.S.C. § 636 (b), WRIT FOR HABEAS CORPUS AS ENTERED ON RECORD AS MANDATORY JUDICIALLY NOTICED EVIDENCE BY THE CONTINUAL DENIAL OF RIGHTS BY THE ATTORNEYS CAUSING UNREASONALBE DELAYS AND RESTRAINTS OF LIBERTIES, REQUEST FOR APPOINTMENT OF COUNSEL UNDER 18 U.S.C. § 3006A (l) LOSS OF LIBERTY BY WAY OF ROBERT ANDRES BONTA AN ATTORNEY WHO REFUSES TO PROTECT BY PERJURY OF HIS OATH |
| *Vs.* | |
| **Robert Andres Bonta, Attorneys, #202668, Laurie Rose Lubiano, Attorneys #152171, STATE BAR OF CALIFORNIA *[CHARTER]* =** | |
| *Insurance-Guarantors by the Bar # Policies,* | |
| *Defendants et.al;* | |
| **Does/Roes 1-25;** | JUDICIAL SIGNIFICANCE, |
| | EXHIBIT 1 = WRIT FOR HABEAS CORPUS, |
| | METHOD OF PROCESS; |

~ 1 ~

*<u>To All Officers and employees of the UNITED STATES DISTRICT COURTS; I, a man in the Name of Lord Almighty I accept your oath(s), bind you to the same and command you do justice. I waive all customary rules of law and other procedural impediments, I am not an attorney nor am I trained in law and I expect my rights to be protected by thee Public-Fiduciaries……..</u>*

*<u>TAKE JUDICIAL NOTICE FOR MOTION "SUA-SPONTE" by the Beneficiary having the Right to Claim about Wrongs being Committed by Attorneys/Trustees</u>* and by accepting the "Valid" "Oath of Office" of any Public-Fiduciary-Trustee or "**Placeholder**" concerning this matter for the equal protections of the law with my Adoption of the Bill of Rights for the Due-Processes and by accepting the public record **"Official Bond"** or any other insurance-policies that may apply concerning fraud or employee misconduct/dishonesty and by entering and the making of this "**Judicial-Review**" before this Court of Record as the Claimant/Witness/Beneficiary to protect my Beneficial Property Rights against Trespass or Breach of Fiduciary-Trust, with <u>intended-damage-done</u> "I", Douglas Vern Hulstedt, *a man* stake this Claim for "**Judicial-Review**", by the <u>Knowledge</u>, **EXHIBIT 1, WRIT** and Method of Process for the "**Due-Process**" *<u>Guaranteed by the Bill of Rights</u>*. **NOTE:** The citation of state and federal statutes, codes, rules, regulations, and court citations, within any document-contract created by me and not copyrighted by me, is only to notice my servants that which is applicable to them and is not intended, nor shall be construed, to mean that I confer, submit to, claim rights to or have entered into any jurisdiction alluded to thereby, by the following, **NOTICE OF MOTION "SUA-SPONTE" BY THE RULE 8 (b) REFERENCE TO A MAGISTRATE JUDGE, NATHANAEL COUSINS UNDER 28 U.S.C. § 636 (b), WRIT FOR HABEAS CORPUS AS ENTERED ON RECORD AS**

~ 2 ~

MANDATORY JUDICIALLY NOTICED EVIDENCE BY THE CONTINUAL DENIAL OF RIGHTS BY THE ATTORNEYS CAUSING UNREASONALBE DELAYS AND RESTRAINTS OF LIBERTIES, REQUEST FOR APPOINTMENT OF COUNSEL UNDER 18 U.S.C. § 3006A (l) LOSS OF LIBERTY BY WAY OF ROBERT ANDRES BONTA AN ATTORNEY WHO REFUSES TO PROTECT BY PERJURY OF HIS OATH, JUDICIAL SIGNIFICANCE, EXHIBIT 1 = WRIT FOR HABEAS CORPUS, METHOD OF PROCESS;

# JUDICIAL SIGNIFICANCE

An ongoing conspiracy to deprive rights is happening *in the* "Now-Time"

**ALL RIGHTS RESERVED WAIVE-NONE**
*RESERVATION FOR ALL WRITS*
*"FOR RESTRAINT OF LIBERTIES"*


Flag Title -4, Section -1- 3

**Verified by:** *Douglas Vern Hulstedt*
The United States of America
Claimant/Witness/Injured
Beneficiary-Claimant *for*
DOUGLAS VERN HULSTED, M.D.
**CORPORATION #3260008/A42397,**
"Copy-Right-Claimant".

~ 3 ~

Notice of Motion "Sua-Sponte" Writ for Habeas Corpus
Copyrighted-Works this Document-Contract by the Douglas Vern Hulstedt