1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 1

~ 4 ~

**Notice of Motion "Sua-Sponte" Writ for Habeas Corpus**
**Copyrighted-Works this Document-Contract by the Douglas Vern Hulstedt**

1
2    Douglas Vern Hulstedt
     % 2511 Garden Road, Building – C #
3    Monterey, California 93940
     Tel: (831) 899-5900
4    *Claimant/Witness*

*By-Registered-Mail #*
RE 527 008 752 US
:*Paid-Fee-Dock-et:*

FILED

JAN 13 2023

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

5
6
7
8

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND, CALIFORNIA 1301 CLAY STREET, 94612

9

10   ## Douglas Vern Hulstedt

11

12        *Claimant/Witness*

13

14            *Vs.*

15

16   **MEDICAL BOARD OF CALIFORNIA**

17   **DEPARTMENT OF CONSUMER**

18   **AFFAIRS** *as its* **TRUSTEES, STATE OF**

19   **CALIFORNIA** *as* **ROB BONTA,**

20   **ATTORNEY GENERAL**

21

22        *Defendants*

23        *Does, Roes 1-20*

24

25

26

27

28

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

**Case No. 22CV06688-HSG**

# WRIT FOR
# HABEAS CORPUS

### COVER PAGE

**(1)PETITION**
**(2)WRIT**
**(3) PRAECIPE TO THE CLERK**
**(4) HEARING NOTICE**
**(5) ORDER**

**METHOD OF PROCESSES**

Page 1

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### *A PLACE "WITH MY" TRUST*

-o0o-

## Pe-tition for Writ for *HABEAS-CORPUS* in the

### UNITED STATES DISTRICT COURT FOR THE NORTHERN;

## TRUST = Case Nos. 22CV06688/22CV07439-HSG;

-o0o-

### Douglas Vern Hulstedt, *a living man/sole-proprietor;*

Petitioner/Witness/Beneficiary *and the sole* Claimant
to the Rights of the DOUGLAS VERN HULSTEDT, M.D., *A TRUST;*
vs.

### Haywood Stirling Gilliam, Jr., *acting as* "Trustee"
*for the* Claimant/Respondents, *et.al, or his Successors for*
TRUST = Case Nos. 22CV06688/22CV07439-HSG;

-o0o-

## PETITIONED/CLAIMED BY THE *"RESTRAINED";*

## Douglas Vern Hulstedt, *a living man/sole-proprietor;*

-o0o-

**Douglas Vern Hulstedt**
℅ 2511 Garden Road, Building - C # 100
Monterey, California 93940
Tel: (831) 899-5900
**Claimant/Witness/Injured**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# PETITION

**WRIT FOR HABEAS CORPUS**
Copyrighted-Works this document by the Douglas Vern Hulstedt

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA
### *A PLACE "WITH MY" TRUST*

### INSURED-CLAIM # RE527008752US
*ACTION "WITH THE" COMMON LAW*

## Pe-tition *for* "Writ" for the *HABEAS-CORPUS*

In re:  Restraint of Liberties/Property/Rights *caused* by **Greg W.(?) Chambers,
"Attorneys" #237509** *acting with intent, acting in concert, acting after the fact
to intentionally-damage, et.al.,* D.B.A., THE STATE OF CALIFORNIA; DUNS
# 071549000 – D.B.A., The "United States" Government; DUNS # 052714196;

**Douglas Vern Hulstedt,** *a living-man/sole-proprietor* who is foreign to and
without the UNITED STATES CORPORATION(S)/STATE OF CALIFORNIA =
UN-IDENTIFIED-POSITIONS BY REFUSAL OF SUBJECT-MATTER BY
"ATTORNEYS" *et.al;*

### *vs.*

**Greg W.(?) Chambers, "Attorneys" #237509,** *acting as* Unknown-
Foreign-Agents/Tortfeasors *as the "Respondents"* who *act* in concert,
Court Registry Investment Systems = C.R.I. S., *et.al;*

Lawful Direction Delivered *for the;*
**Judge: Haywood Stirling Gilliam, Jr.**
*as the* **Placeholder-Fiduciary-Trustee,** *or his Successors;*
*by way of* TRUST-Case Nos. **22CV06688/22CV07439-HSG** *et.al;*
*By-The-Registered-Mail #* R f 108 58 / 32 / U S

## <u>*CLAIMANT/WITNESS/RESTRAINED* "TESTIFIES" *NOW*</u> by
*the* **Douglas Vern Hulstedt,** *a living-man/sole-proprietor,* <u>real-party in interest</u>
<u>*being*</u> the beneficial rightful owner of the Trust-Property-Corporation-Assets =
**DOUGLAS VERN HULSTEDT, M.D., TRUST** who is presently unlawfully
<u>**restrained**</u> of liberty, property and due-process, rights by said above Respondents,
said restraints being committed unlawfully upon the land/soil-jurisdiction within
the California [state] Republic and The United States of America

(*unincorporated*)/The "United States" as "Guarantors" *and* **SERVICE-PROVIDER-INSURERS** by way of [*and in concert with/as*] THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFONRIA *moved by and with Agents-Trustees-Attorneys "own hands" not having subject-matter-jurisdiction on "their" movements in the* **TRUST-Case Nos. 22CV06688/22CV07439-HSG** *et.al.*;

### <u>STAKED-CLAIM NOW BY THIS TESTIMONY</u> *of the* Douglas Vern Hulstedt, *a living-man/sole-proprietor* who is foreign to and without the UNITED STATES CORPORATION(S)/STATE OF CALIFORNIA = UN-IDENTIFIED-POSITIONS BY REFUSAL OF SUBJECT-MATTER BY "ATTORNEYS" *et.al. and* real-party in interest and *being* the beneficial rightful owner of the Trust-Property-Corporation-Assets = **DOUGLAS VERN HULSTEDT, M.D., TRUST** in this *instant-matter-contract*, appearing "specially" under "restricted appearance" *as a hue of a man* exercising my right for Pe-tition by *Postal-Contract-Writings* with the *Formal-Public-Entry* for a "**STAKED-CLAIM**" as a "True-Bill" by this *dock-et-manifest-post,* the general government servants who are paid by "*This Mortgagee*" to provide nineteen enumerated services for "We the People" for redress of grievance **Guaranteed** from the days of the Magna Carta and subsequent **Guarantees** of rights including the Constitution *for* The United States of America (*unincorporated-land/soil-jurisdiction*) a remedy provided by the extraordinary Writ for Habeas Corpus, the Great Writ for Liberty, which is within the collective heritage of the people of The United States of America (*unincorporated-land/soil-jurisdiction*) and England;

This Petitioner/Witness/Beneficiary/Claimant, *a living man/sole-proprietor* appearing "specially" as **Douglas Vern Hulstedt without the UNITED STATES CORPORATION(S)** asserts **in fact** that my liberty/rights/claims/benefits/property *has* and continues being restrained by **Greg W.(?) Chambers, "Attorneys" #237509** *acting with intent, acting in concert, acting after the fact to intentionally-damage, et.al.,* D.B.A., THE STATE OF CALIFORNIA; DUNS # 071549000 – D.B.A., The "United States" Government; DUNS # 052714196 = legal fictions, operating for profit and gain in an unlimited liability maritime insurance scheme. Petitioner/Witness/Beneficiary/Claimant has exhausted his administrative remedies in this matter, and there is no plain, speedy or adequate in law remedy available. <u>The actions *(her/his/theirs/it)* of Greg W.(?) Chambers, "Attorneys" #237509 *acting with intent, acting in concert, acting after the fact to intentionally-damage, et.al.,* have placed Douglas Vern Hulstedt *a living man/sole-proprietor* in jeopardy by harm, trespass and threat of extortion *and* without "Immediate-Intervention" by way of "BANKRUPTING THE BAR UNION" *(involuntary chapter 7)* the Policies/Bar #'s, *i.e.* "ATTORNEYS" *et.al.* by 'Their-Causes" who *using-gang-pressing* fraud type tactics *using* deceptive procedures and practices including "Perjury of Oaths" by refusing</u>

to protect rights-acting together with the continued false and fraudulent offers to DEFRAUD "The United States" by way of Trespass and Breach of Trust. For Denial/Non-Return of this CLAIM/WRIT = *"NOTICE OF BANKRUPTCY PROCEEDINGS NOW COMMENCES by the "INSURED-CLAIM # RE527008752US" FOR PERJURY OF OATH BY FAILURE TO PROTECT 5TH AMENDMENT RIGHTS FOR DUE-PROCESS BY/WITH INTENTIONAL-CONSPIRACY-TO-COMMIT-HARM. THIS WRIT "SHALL ISSUE" PAYMENT TO PAYEE BY THE "DURING THESE 90 DAYS WITH 3 DAY MAIL-DELIVERY-CUSHION, BANKRUPTCY-PROCEEDINGS" TRUST-Case Nos. 22CV06688/22CV07439-HSG et.al, UNLAWFUL REMOVAL/UNLAWFUL REPRESENTATIONS BY ATTORNEYS et.al., TORTUOUS ACTS, BY THE POLICY-INSURANCE-NUMBERS = AMERICAN BAR ASSOCIATION MEMBERS/NORTHERN TRUST COLLECTIVE TRUST SPECIFIED IN ITS CHARTER #'S; I.R.S. EMPLOYER IDENTIFICATION NO. 04-6691601, EMPLOYEE #'S AS FOLLOWS; #202668-BONTA, #209234- OSTLY, #279218-OVSEPYAN, #152171-SCHARF, #214401-COX, #222790-WILSON, #237509-CHAMBERS et.al;*

# JURISDICTION AND VENUE

1.  Petitioner/Witness/Beneficiary/Claimant, *a living man/sole-proprietor* appearing by "specially" as **Douglas Vern Hulstedt** is without the UNITED STATES CORPORATION(S)/STATE OF CALIFORNIA = UN-IDENTIFIED-POSITIONS BY REFUSAL OF SUBJECT-MATTER BY "ATTORNEYS" *et.al.* **TRUST-Case Nos. 22CV06688/22CV07439-HSG** *et.al;*

2.  The **"Federal Courts"** in California [state] Republic *and or (see Treaty of Guadalupe Hidalgo, 1848)* predate the "STATE OF CALIFORNIA", *a State of State (erected within a state) and Bankrupt Municipal Franchise, Inferior Corporation of the Federal Government who "funds" them/it* and have original cognizance of this matter, and are courts of general jurisdiction when proven, in this cases/contracts we have 5th Amendment "Tramplings" which is in fact under Federal Jurisdiction. Jurisdiction in this instant matter is guaranteed to the "Courts" by **"We the People"** as Sovereigns and *see the* **Supremacy Clause;**

3.  Per "C.R.I.S." (Court Registry Investment System) accounts, The United States Attorney's Office puts code numbers, N.A.I.C.S. (North American Identification Security Classification) said N.A.I.C.S. number enables The

United States Attorney's Office to trade globally all securities = **TRUST-Case Nos. 22CV06688/22CV07439-HSG** *et.al;*

4.    [A]ll United States Federal Courts are registered with the D.O.D. (Department of Defense), where they are registered with CCR (Contractors Central Registration)), under the D.O.D. (Department of Defense), which has another department called the D.L.I.S. (Defense Logistics Information Service), which issues a C.A.G.E. code (Commercial and Government Entity Code), where everything corresponds with their bank accounts. This is justification to notice the local district Provost Marshal to inform, that crimes against the government are taking place in real time for the intervention by the Military-Courts-Marshal *by referral* to the Judge-Advocate-General concerning its Officers and or *Imposters* by the insurance of the return on this Writ. Notice also provided for the Secretaries of States as "Postmasters" for the recording entries by this contract;

5.    The [United States Judges and United States Attorneys] are actually employees of the I.M.F. (International Monetary Fund) and have expatriated out of The United States. They are unregistered foreign agents under Title 22, which states all foreign agents must be registered;

6.    The Respondents, **Greg W.(?) Chambers, "Attorneys" #237509** *acting with intent, acting in concert, acting after the fact to intentionally-damage, et.al.* = D.B.A. as legal fictions *in concert* operating in commerce without immunity for profit and gain under a limited liability insurance scheme, whose places of business are **455 Golden Gate Avenue, Suite 11000, San Francisco, California = Federal Zip-Code 95060/1301 Clay Street, Oakland, California = Federal Zip-Code 94612/1515 Clay Street, Oakland, California = Federal Zip-Code 94612** is within the cognizance of this court for injury of a man;

7.    The restraint of liberty, property and due-process, rights by Respondents *et.al.* acting in concert conspiratorially, is **in fact** an ongoing restraint against Petitioner/Witness/Beneficiary/Claimant, within the jurisdiction and venue of the Federal Court as the Tortuous-Acts of Respondents *et.al.* continue to occur within Federal-Zip-Codes 95060, 94612 *et.al;*

# RESTRAINT OF LIBERTY

8.  Respondents *et.al.* are **in fact** restraining and conspiring to restrain the liberty, property and due-process, rights of Petitioner/Witness/Beneficiary/Claimant based on an unconscionable contract a **"Constructive-Trust-Case No. 800-2021-079497" = Medical Board of California** created by *a State of State, Bankrupt Municipal Franchise, Inferior Court of the Federal Government by the Martial-Law (no law = no remedy)*, an action alleged assumpsit, presumed and operated in fraud/fiction for profit and gain under an unlimited liability maritime insurance scheme. (*see California Rules of Civil Procedure = C. R. C. P. rule 29.5 questions of state law certified "Certified-Questions"/California Codes of Civil Procedure sections 387 – 388, INTERVENTION, Title 8 U.S.C. 1481= Foreign-Agents, Title 28 U.S.C. 1330 Actions against foreign states, Title 28 U.S.C. 1608 Immunity as a Corporation, Title 28 U.S.C. 1602-1611 Foreign Sovereign Immunities Act, Trinsey v. Pagliaro). Further under the F.R.C.P. 12b6 the prosecution has failed to provide adequate proof that the parties involved in this situation are actually corporate entities. I have provided ample proof that the prosecution and other foreign-agents are actually corporations. 1950 81st Congress Investigated the Lawyers Guild and determined that the B.A.R. Association by definition is founded and run by communists. Thus any elected official who is a member of the B.A.R. will only be loyal to the B.A.R. entity and never have allegiance to the people. Here we have individuals posing as Judicial Officers who refuse to identify……..);*

9.  Petitioner/Witness/Beneficiary/Claimant, who is without the UNITED STATES CORPORATION(S)/STATE OF CALIFORNIA = *governments defacto, absence of law, under war powers act, a State of State, Bankrupt Municipal Franchise, Inferior Court of the Federal Government by the Martial-Law (no law = no remedy)* is not an "Enemy of the State" as described in the USC Title 50, commonly known as the Trading with the Enemy Act, and is in fact at peace with everyone and everything;

10. Respondents *et.al.* are **in fact** restraining Petitioner/Witness/Beneficiary/Claimant based on "invisible/concealed/deceptive" contracts, all of which are adhesion contracts and unconscionable through deceit and fraud and **for failure of consideration and full disclosure of the nature and cause.** There is not now, nor has there ever been in the matters between Petitioner/Witness/Beneficiary/Claimant and Respondents *et.al.* *any justiciable issues/sworn or certified nor has jurisdiction been proven in the record on the part of the "Attorneys" and on my part they the*

*"Attorneys" have violated 5th Amendment and other violations of rights continually after the fact with intent therefore establishing jurisdiction on my interests for the duty of the public-trust to act and correct the fraud;*

11.   Respondents *et.al.* are **in fact** restraining the liberty and the right to my property assets as this Petitioner/Witness/Beneficiary/Claimant is forced **under color of law, without due process, without proof of standing, without jurisdiction, foreign-agents/attorneys without office** who are not under the Foreign Sovereigns Immunity Act (no immunity), under presumed agreements of assumpsit, where no debt in fact lies, and where Respondents *et.al.* **have no insurable interest** (see Federal False Claims Act) **and no bond posted in record by them for my immediate remedy, the facts are concealed by the actors = Attorneys *et.al*;**

# RESTRAINT OF LIBERTY IS UNLAWFUL

12.   Petitioner/Witness/Beneficiary/Claimant, without the UNITED STATES CORPORATION(S)/STATE OF CALIFORNIA, *a State of State (erected within a state) and Bankrupt Municipal Franchise, Inferior Corporation of the Federal Government who "funds" them* is **in fact** restrained under the unlimited liability of Respondents *et.al.* to convert a colorable fictional claim/removal, an unregistered quasi-security 'chose-in-action', into a security interest to the property ownership of the Petitioner/Witness/Beneficiary/Claimant, causing restraints for debt where no actual debt lies, the whole of the matter being in **Unlimited-Liability-Maritime-Insurance-Scheme by Attorneys *et.al.*,** color of law. Petitioner/Witness/Beneficiary/Claimant believes conversion of a fictional security and conspiracy to do so to be a felony (Misprision of Felony 18 USC 4);

13.   The actions of Respondents *et.al.* are unlawful in that Respondents *et.al.* can-not exert a "Blue Sky" remedy where there does not exist any cause of action and/or right of action **in fact**. There is no right of lien/removal in evidence **in fact** or by mutual agreement, hence there is no claim for relief available by the 12b (6) to Respondents *et.al.* in these instant matters as "they" *et.al.,* continue to act in fraud;

14.   Respondents *et.al.* continue to damage and are in bad faith with unclean hands and are attempting to overthrow The United States government;

Copyright/Copy-Claim by this Claimant/Author/Publisher

# EXHAUSTION OF REMEDY

15.     Petitioner/Witness/Beneficiary/Claimant has exhausted his administrative remedies (*to know the nature and cause of these proceedings*) and completed his due process in this matter having undergone extensive administrative procedures to gain discovery with continual denials on all levels even to the level of concealment of the record by the Clerk of the Court by the **Title 18 §2071 §2076** *being* ordered not to file my due-process contracts in **Case No. 22CV07439-HSG document 41**;

16.     Petitioner/Witness/Beneficiary/Claimant and Respondents *et.al.* have reached prior agreements, all of which have been filed in "this" public court of record with full knowledge and agreements of Respondents *et.al.* The agreements are stare decisis and res judicata, and Respondents are in collateral estoppel, but are moving past the estoppel in contempt of Respondents' own agreements and their refusal to answer/pay/return my claims with any meaningful response thereby failing/trampling due-process;

17.     Petitioner/Witness/Beneficiary/Claimant has no other plain, speedy, or adequate in law remedy available in this instant matter, Respondents refuse to deposit a remedy into the **Trust-Case-Nos. 22CV07439/22CV06688-HSG** one of which was created by them without due-process, this whole matter being totally in an unlimited liability and admiralty/maritime insurance doctrine;

18.     Petitioner/Witness/Beneficiary/Claimant is being and has been offered/extorted to "pay a debt" **"Constructive-Trust-Case No. 800-2021-079497" before the Medical Board of California where there is no debt in fact/no subject-matter-jurisdiction, <u>and the possibility of "paying a debt" is ludicrous in the extreme as all payment of debt is under the Common Law of England and the Constitution</u>** *for* <u>The United States of America, the remedies of which have been denied to Petitioner/Witness/Beneficiary/Claimant</u> by the Federal Government of the UNITED STATES CORPORATION(S)/ DISTRICT OF COLUMBIA/STATE OF CALIFORNIA, *a State of State (erected within a state) and Bankrupt Municipal Franchise, Inferior Corporation of the Federal Government who "funds" them* under the doctrine of House Joint Resolution 192 of June 5, 1933 and the subsequent bankruptcies of the UNITED STATES

CORPORATION(S)/STATE OF CALIFORNIA, *a State of State, Bankrupt Municipal Franchise, Inferior Court of the Federal Government* = fictional corporations acting for profit and gain in an unlimited liability maritime insurance scheme;

# CONCLUSION

19.  Petitioner/Witness/Beneficiary/Claimant knows of no other course of action as *a non-attorney not trained in law* in this instant matter except to issue a Writ for Habeas Corpus to determine the nature and cause of Respondents' *et.al.* actions under sworn testimony, **if there are any in fact**;

20.  **This issue of Writ for Habeas Corpus is <u>fundamental to a collateral attack</u>** on the Tortuous Actions of Respondents *et.al.*, and for <u>judicial review of the criminal acts</u> of Respondents *et.al*;

21.  **NOTICE:** For this court to refuse to issue the Great Writ would be a <u>suspension of the Writ with and by Prejudice</u>, *and* **<u>would work a tort upon</u> Petitioner/Witness/Beneficiary/Claimant, *a living man/sole-proprietor*;**

# VERIFICATION

I, **Douglas Vern Hulstedt**, *a man* Petitioner/Witness/Beneficiary/Claimant, on my own unlimited commercial liability, do affirm and foreswear against any foreign-agents that I have read the above Pe-tition/Claim for Writ of Habeas Corpus and do know the contents to be true, correct, and complete, and not misleading, the truth, the whole truth, and nothing but the truth, and <u>do believe the above/below described acts to have been committed contrary to law, reserving all rights, waiving-none;</u>

Verified by: ***Douglas Vern Hulstedt***
The United States of America
Claimant/Witness/Injured
Beneficiary-Agent *for*
DOUGLAS VERN HULSTEDT, M.D
Author/Publisher
*Mortgagee/Payee*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# WRIT

**WRIT FOR HABEAS CORPUS**
Copyrighted-Works this document by the Douglas Vern Hulstedt

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### A PLACE "WITH MY" TRUST

## INSURED-CLAIM # RE527008752US
### ACTION "WITH THE" COMMON LAW

## "Writ" for the *HABEAS-CORPUS*

In re: Restraint of Liberties/Property/Rights *caused* by **Greg W.(?) Chambers,**
**"Attorneys" #237509** *acting with intent, acting in concert, acting after the fact*
*to intentionally-damage, et.al.,* D.B.A., THE STATE OF CALIFORNIA; DUNS
# 071549000 – D.B.A., The "United States" Government; DUNS # 052714196;

**Douglas Vern Hulstedt,** *a living-man/sole-proprietor* who is foreign to and
without the UNITED STATES CORPORATION(S)/STATE OF CALIFORNIA =
UN-IDENTIFIED-POSITIONS BY REFUSAL OF SUBJECT-MATTER BY
"ATTORNEYS" *et.al;*

### *vs.*

**Greg W.(?) Chambers, "Attorneys" #237509,** *acting as* **Unknown-**
**Foreign-Agents/Tortfeasors** *as the "Respondents"* who *act* in concert,
**Court Registry Investment Systems = C.R.I.S.,** *et.al;*

Lawful Direction Delivered *for the*;
**Judge: Haywood Stirling Gilliam, Jr.**
*as the* Placeholder-Fiduciary-Trustee, *or his Successors*;
*by way of* TRUST-Case Nos. 22CV06688/22CV07439-HSG *et.al;*
*By-The-Registered-Mail #* RF 108 581 321 US

## <u>WRIT FOR HABEAS-CORPUS</u>

**Robert Andres Bonta** *acting as* **Attorney-General** *and his* **Commissioned-**
**Officers = Greg W.(?) Chambers, "Attorneys" #237509** *as the*
**Respondents/Defendants acting in concert,** *et.al.,* you/they are hereby
commanded under this Writ for Habeas Corpus to appear in the following court at
the location of the **UNITED STATES DISTRICT COURT, NORTHERN**

Copyright/Copy-Claim by this Claimant/Author/Publisher

DISTRICT OF CALIFORNIA, 1301 Clay Street, Oakland, California with the Federal-Zip-Code 94612 by the <u>Date: 20 days</u> *additional-time* after dock-*et-filing date, to be noticed by the Clerk of the Court for the particulars* by this lawful direction served upon you and to **return** this Writ verified true, correct, and complete, and not misleading;

# <u>COMMANDS FOR WRIT AGAINST THE RESPONDENTS/DEFENDANTS "SETS"</u>
### <u>*Title 28 USC §2243 return within 20 days-additional-time for good cause;*</u>

1. **Robert Andres Bonta** *acting as* **Attorney-General, "Attorneys"** *et.al.,* you/they are hereby commanded under this Writ for Habeas Corpus to there and then produce and disclose the following **original signature/genuine/ certified/sworn documents** that lawfully justify your restraints of my liberty/rights/property/due-process denials in regards to "your" **Constructive-Trust-Case-No. Medical Board of California # 800-2021-079497** *and* **State Case No. Small-Claims # 22SC018927, Federal Case Nos. 22CV07438/ 22CV06688-HSG** as to the lawful nature and cause of the restraints of liberty/rights/property/due-process denials by the following **"Set-Commands" 1 thru 5** or *confess* to **"CHARGES"** *herein,* **RETURN DATE: Title 28 U.S.C. § 2243;**

2. **"<u>Set 1-Command</u>"** the first set of documents to be produced are the (1) certified copy of your **"Oath of Office"** that conforms to the official **California Constitutional Oath Article XX Section 3 <u>and by the Federal-Article 6/Title 4 U.S.C. §101</u>** proving your authority **"<u>*Quo-Warranto*</u>"**, or provide your FOREIGN RELATIONSHIP AND INTERCOURSE, as a Foreign-Agent information per USC Title 22 per Chapter 11 **or Robert Andres Bonta** *acting as* **Attorney-General, "Attorneys"** *et.al.,* **confesses** to be CHARGED with Breaches = **VIOLATION OF OATH OF OFFICE, 18 USC 3571, DENIED RIGHT OF REASONABLE DEFENSE ARGUMENTS, 18 USC 3571, DENIED DEFENSE EVIDENCE, DENIED RIGHT TO TRUTH, 18 USC 3571, SLAVERY (***Forced Compliance to Contracts not Held***), 18 USC 3571, DENIED PROVISIONS IN THE CONSTITUTION, 18 USC 3571, TREASON, 18 USC 3571, MISPRISION OF FELONY, 18 USC 4, CONSPIRACY, 18 USC 241, EXTORTION, 18 USC 872,**

FRAUD, 18 USC 1001, FALSIFICATION OF DOCUMENTS, 18 USC
1001, PERJURY, 18 USC 1621, SUBORNATION OF PERJURY, 18
USC 1622, *relying on but not limiting as a non-attorney and expecting
that fiduciary-judicial-officers will protect my interests as I am not
trained in law and without counsel as no attorney wants to [t] "ouch"
this*;

3.     "**Set 2-Command**" the second set of documents to be produced
are (**2**) answers and a finding of facts and written ruling in law as to the
**Subject-Matter-Jurisdiction** of this Court of Record in regards to
**Constructive-Trust-Case-No. Medical Board of California # 800-2021-
079497, State Case No. Small-Claims # 22SC018927, Federal Case Nos.
22CV07438/22CV06688-HSG** in which you are the "Placeholder" *i.e.*
Public-Trustee with duty to protect the law by your TRUSTEE Position,
prove that you are not in "total absence" of jurisdiction by your false
testimony/false witness and prove that you are not without immunity.
FRCP Rule 4, Rule 18.1 right to challenge Jurisdiction *or you* **Robert
Andres Bonta** *acting as* **Attorney-General, "Attorneys"** *et.al., confesses*
**to be CHARGED with Breaches = VIOLATION OF OATH OF
OFFICE, 18 USC 3571, DENIED RIGHT OF REASONABLE
DEFENSE ARGUMENTS, 18 USC 3571, DENIED DEFENSE
EVIDENCE, DENIED RIGHT TO TRUTH, 18 USC 3571, SLAVERY**
(*Forced Compliance to Contracts not Held*)**, 18 USC 3571, DENIED
PROVISIONS IN THE CONSTITUTION, 18 USC 3571, TREASON,
18 USC 3571, MISPRISION OF FELONY, 18 USC 4, CONSPIRACY,
18 USC 241, EXTORTION, 18 USC 872, FRAUD, 18 USC 1001,
FALSIFICATION OF DOCUMENTS, 18 USC 1001, PERJURY, 18
USC 1621, SUBORNATION OF PERJURY, 18 USC 1622,** *relying on
but not limiting as a non-attorney and expecting that fiduciary-judicial-
officers will protect my interests as I am not trained in law and without
counsel as no attorney wants to [t] "ouch" this*;

4.     "**Set 3-Command**" the third set of documents to be produced are
the (**3**) the current insurance policy pertaining to public officials =
"**Officials Bond**" by the current policy number, name and address of
carrier/insurer/guarantor and copy of the certified entry on the public
record. Also produce any insurance Bond that may apply for my remedy
concerning Public-Malfeasance and or your private insurance policy by
your acts outside the scope of your position *or* Robert Andres Bonta
*acting as* Attorney-General *confesses* to be CHARGED with Breaches
= VIOLATION OF OATH OF OFFICE, 18 USC 3571, DENIED
RIGHT OF REASONABLE DEFENSE ARGUMENTS, 18 USC 3571,

DENIED DEFENSE EVIDENCE, DENIED RIGHT TO TRUTH, 18 USC 3571, SLAVERY (*Forced Compliance to Contracts not Held*), 18 USC 3571, DENIED PROVISIONS IN THE CONSTITUTION, 18 USC 3571, TREASON, 18 USC 3571, MISPRISION OF FELONY, 18 USC 4, CONSPIRACY, 18 USC 241, EXTORTION, 18 USC 872, FRAUD, 18 USC 1001, FALSIFICATION OF DOCUMENTS, 18 USC 1001, PERJURY, 18 USC 1621, SUBORNATION OF PERJURY, 18 USC 1622, *relying on but not limiting as a non-attorney and expecting that fiduciary-judicial-officers will protect my interests as I am not trained in law and without counsel as no attorney wants to [t] "ouch" this*;

5.    **"Set 4-Command"** the fourth set of documents to be produced are the (**4**) entries by the denials of rights on all the dock-*ets*/manifests for the lawful direction motion challenges by the due-process: **Constitutional Rights Motion, Enacting Clause Motion, Identity Motions, Certification Motion, 1-28 Discovery Motion and this Writ for Habeas Corpus** *et.al.* concerning these matters. **Failure to comply is your** ***confession of posing as a Judicial-Officers et.al. by way of Simulated-Legal-Processes with your Perjury of Oaths*** and **Robert Andres Bonta** *acting as* Attorney-General, "Attorneys" *et.al., also confesses to be* CHARGED with Breaches = VIOLATION OF OATH OF OFFICE, 18 USC 3571, DENIED RIGHT OF REASONABLE DEFENSE ARGUMENTS, 18 USC 3571, DENIED DEFENSE EVIDENCE, DENIED RIGHT TO TRUTH, 18 USC 3571, SLAVERY (*Forced Compliance to Contracts not Held*), 18 USC 3571, DENIED PROVISIONS IN THE CONSTITUTION, 18 USC 3571, TREASON, 18 USC 3571, MISPRISION OF FELONY, 18 USC 4, CONSPIRACY, 18 USC 241, EXTORTION, 18 USC 872, FRAUD, 18 USC 1001, FALSIFICATION OF DOCUMENTS, 18 USC 1001, PERJURY, 18 USC 1621, SUBORNATION OF PERJURY, 18 USC 1622, *relying on but not limiting as a non-attorney and expecting that fiduciary-judicial-officers will protect my interests as I am not trained in law and without counsel as no attorney wants to [t] "ouch" this*;

6.    **"Set 5-Command"** the fifth set of documents to be produced are the (**5**) verified authorities by the Oaths of Offices by the following Commissioned-Judicial-Officers *et.al.*, under your **BOND** *by the* "**Oath of Office**" that conforms to the official **California Constitutional Oath Article XX Section 3** *and by the* **Federal-Article 6/Title 4 U.S.C. §101**, per B.A.R. # insurance-policies as follows *a thru g*; [*for dis-bar and liquidation by the chapter 7 bankruptcy per agreement*]

(a) # 237509 = CHAMBERS;
(b) # 152171 = SCHARF;
(c) # 214401 = COX;
(d) # 209234 = OSTLY;
(e) # 279218 = OVSEPYAN;
(f) # 222790 = WILSON;
(g) # 202668 = BONTA, *et.al*;


**IT IS SO ORDERED FOR THE RETURN OF THIS WRIT;**


Verified by: *Douglas Vern Hulstedt*
The United States of America
Claimant/Witness/Injured
Beneficiary-Agent *for*
DOUGLAS VERN HULSTEDT, M.D
Author/Publisher
*Mortgagee/Payee*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# PRAECIPE

**WRIT FOR HABEAS CORPUS**
Copyrighted-Works this document by the Douglas Vern Hulstedt

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### *A PLACE "WITH MY" TRUST*

### INSURED-CLAIM # RE527008752US
#### *ACTION "WITH THE" COMMON LAW*

## "Praecipe" for the *HABEAS-CORPUS*

In re: Restraint of Liberties/Property/Rights *caused* by **Greg W.(?) Chambers,** **"Attorneys" #237509** *acting with intent, acting in concert, acting after the fact to intentionally-damage, et.al.,* D.B.A., THE STATE OF CALIFORNIA; DUNS # 071549000 – D.B.A., The "United States" Government; DUNS # 052714196;

**Douglas Vern Hulstedt,** *a living-man/sole-proprietor* who is foreign to and without the UNITED STATES CORPORATION(S)/STATE OF CALIFORNIA = UN-IDENTIFIED-POSITIONS BY REFUSAL OF SUBJECT-MATTER BY "ATTORNEYS" *et.al;*

### *vs.*

**Greg W.(?) Chambers, "Attorneys" #237509,** *acting as* **Unknown-Foreign-Agents/Tortfeasors** *as the "Respondents"* who *act* in concert, **Court Registry Investment Systems = C.R.I.S.,** *et.al;*

Lawful Direction Delivered *for the;*
**Judge: Haywood Stirling Gilliam, Jr.**
*as the* **Placeholder-Fiduciary-Trustee,** *or his Successors;*
*by way of* **TRUST-Case Nos. 22CV06688/22CV07439-HSG** *et.al;*
**By-The-Registered-Mail #** R F 108 581 321 US

## **PRAECIPE TO CLERK OF THE COURT**

### ***NOTICE NOW TO THE CLERK OF THE COURT*** by the **Douglas Vern Hulstedt,** *a living-man/sole-proprietor* who is foreign to and without the UNITED STATES CORPORATION(S)/STATE OF CALIFORNIA = UN-IDENTIFIED-POSITIONS BY REFUSAL OF SUBJECT-MATTER BY "ATTORNEYS" *et.al. and* real-party in interest and *being* the beneficial rightful owner of the Trust-Property-Corporation-Assets = **DOUGLAS VERN**

Copyright/Copy-Claim by this Claimant/Author/Publisher

**HULSTEDT, M.D., TRUST** in this *instant-matter-contract*, appearing "specially" under "restricted appearance" *as a hue of a man* exercising my right for Pe-tition by *Postal-Contract-Writings* with the *Formal-Public-Entry* for a "**STAKED-CLAIM**" as a "True-Bill" by this *dock-et-manifest-post,* the general government servants who are paid by "*This Mortgagee*" to provide nineteen enumerated services for "We the People" for redress of grievance **Guaranteed** from the days of the Magna Carta and subsequent **Guarantees** of rights including the Constitution *for* The United States of America (*unincorporated-land/soil-jurisdiction*) a remedy provided by the extraordinary Writ for Habeas Corpus, the Great Writ for Liberty, which is within the collective heritage of the people of The United States of America (*unincorporated-land/soil-jurisdiction*) and England;

1.  The history of the Great Writ is encapsulated in the statement that: Every person restrained of his Liberty **under any pretense whatever,** may prosecute a Writ of Habeas Corpus to inquire into the cause of the restraint, and shall be delivered therefrom when found unlawful;

2.  The term "Liberty" means Freedom, exemption from extraneous control, the power of the will to follow the dictates of its unrestricted choice, and to direct the external acts of the individual without restrain, coercion, or control from other parties. The term "Liberty" includes and comprehends all personal rights and their enjoyment;

3.  The Great Writ can be used for judicial review of administrative processes or judicial processes;

4.  The Great Writ can be used as the first action for collateral attack on administrative or judicial processes;

5.  The Great Writ is used to determine the nature and cause of restraint by Respondents/Defendants;

6.  The Clerk of Court is **noticed** by way of the ancient Writ of Praecipe (*Writ of instruction to the Clerk of Court*) to take notice of the attached Pe-tition for a Writ for Habeas Corpus, Writ of Habeas Corpus and Notice of Hearing originating from Petitioner;

7.  The Clerk of Court is **noticed** to serve the Writ for Habeas Corpus on the Respondents/Defendants by whatever means is provided by the practices of the court, **without delay. Clerk of the Court as a Co-Postmaster of this Contract;**

8.   Petitioner/Witness/Beneficiary/Claimant **notices** the Clerk of Court that no
     Public Official is liable for civil action for obeying a Writ for Habeas
     Corpus or order of discharge made thereon;

9.   Petitioner/Witness/Beneficiary/Claimant **notices** the Clerk of Court of
     Article 1 sec 9 of the Constitution *for* The United States of America.
     **[Habeas-Corpus]** The privilege of the Writ of Habeas Corpus shall not be
     suspended, unless, in case of rebellion or invasion, the public safety
     requires it;

10.  Petitioner/Witness/Beneficiary/Claimant has no knowledge of rebellion or
     invasion in The United States of America, and this Writ for Habeas Corpus
     poses no threat to the public;

11.  Petitioner/Witness/Beneficiary/Claimant has no other plain, speedy or
     adequate remedy in law;

12.  Petitioner/Witness/Beneficiary/Claimant **notices** the Clerk of Court by way
     of the ancient Writ of Praecipe to take special notice that Petitioner/
     Witness/Beneficiary/Claimant's Pe-tition for a Writ for Habeas Corpus
     makes the Clerk of Court knowledgeable of the wrongs mentioned in 42
     USC 1985 and unless it can be shown in writing by the Clerk of Court that
     the conditions exist as prescribed by the Constitution *for* The United States
     of America, that is, that due to a national or state rebellion or invasion the
     Great Writ, Writ for Habeas Corpus, has been suspended, it is the duty and
     obligation of the Clerk of Court the **issue and deliver the attached Writ
     for Habeas Corpus without delay.** Failure to do so would create a
     dishonor of presentments of this Petitioner/Witness/Beneficiary/
     Claimant to the Court for the right of petition for redress of grievance, a
     denial of due-process giving rise to a Federal-Question. Failure to do so
     would establish the Clerk of Court in Non-Feasance of Office in Fact, and
     would be a Tort against **Douglas Vern Hulstedt,** *a living-man/sole-
     proprietor;*

          Verified by:            **_Douglas Vern Hulstedt_**
                                  The United States of America
                                  Claimant/Witness/Injured
                                  Beneficiary-Agent *for*
                                  DOUGLAS VERN HULSTEDT, M.D
                                  Author/Publisher
                                  *Mortgagee/Payee*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# HEARING

WRIT FOR HABEAS CORPUS
Copyrighted-Works this document by the Douglas Verr Hulstedt

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### *A PLACE "WITH MY" TRUST*

### INSURED-CLAIM # RE527008752US
*ACTION "WITH THE" COMMON LAW*

## Hearing *for* "Writ" for the *HABEAS-CORPUS*

In re:  Restraint of Liberties/Property/Rights *caused by* **Greg W.(?) Chambers,** "Attorneys" #237509 *acting with intent, acting in concert, acting after the fact to intentionally-damage, et.al.,* D.B.A., THE STATE OF CALIFORNIA; DUNS # 071549000 – D.B.A., The "United States" Government; DUNS # 052714196;

**Douglas Vern Hulstedt,** *a living-man/sole-proprietor* who is foreign to and without the UNITED STATES CORPORATION(S)/STATE OF CALIFORNIA = UN-IDENTIFIED-POSITIONS BY REFUSAL OF SUBJECT-MATTER BY "ATTORNEYS" *et.al;*

### *vs.*

**Greg W.(?) Chambers,** "Attorneys" #237509, *acting as* Unknown-Foreign-Agents/Tortfeasors *as the "Respondents"* who *act* in concert, **Court Registry Investment Systems = C.R.I. S.,** *et.al;*

Lawful Direction Delivered *for the;*
**Judge: Haywood Stirling Gilliam, Jr.**
*as the* **Placeholder-Fiduciary-Trustee,** *or his Successors;*
*by way of* TRUST-Case Nos. 22CV06688/22CV07439-HSG *et.al;*
*By-The-Registered-Mail #*RF 108 581 321 US

## NOTICE FOR IMMEDIATE HEARING OF NECESSITY

***NOTICE NOW TO THE CLERK OF THE COURT*** *by the* **Douglas Vern Hulstedt,** *a living-man/sole-proprietor* who is foreign to and without the UNITED STATES CORPORATION(S)/STATE OF CALIFORNIA = UN-IDENTIFIED-POSITIONS BY REFUSAL OF SUBJECT-MATTER BY "ATTORNEYS" *et.al.* and real-party in interest and *being* the beneficial rightful owner of the Trust-Property-Corporation-Assets = **DOUGLAS VERN**

**HULSTEDT, M.D., TRUST** in this *instant-matter-contract*, appearing "specially" exercising my right for petition/hearing by ***Postal-Contract-Writings*** with the ***Formal-Public-Entry*** for a **"STAKED-CLAIM"** as a "True-Bill" by this *dock-et-manifest-post,* the general government servants who are paid by ***"This Mortgagee"*** to provide nineteen enumerated services for "We the People" for redress of grievance **Guaranteed** from the days of the Magna Carta and subsequent **Guarantees** of rights including the Constitution *for* The United States of America (*unincorporated-land/soil-jurisdiction*) a remedy provided by the extraordinary Writ for Habeas Corpus, the Great Writ for Liberty, which is within the collective heritage of the people of The United States of America (*unincorporated-land/soil-jurisdiction*) and England;

1. Petitioner/Witness/Beneficiary/Claimant is suffering under continuous Tort and Restraints of Liberties and deprivation of rights under the color of law;

2. To allow the Tortuous-Actions of the Respondents/Defendants, **Greg W.(?) Chambers, "Attorneys" #237509** *acting with intent, acting in concert, acting after the fact to intentionally-damage, et.al.* = D.B.A. as legal fictions operating in commerce without immunity for profit and gain under a limited liability insurance scheme, who continue "their" restraints of the Liberties of this Petitioner/Witness/Beneficiary/Claimant will cause/has caused irreparable injury/damage to **Douglas Vern Hulstedt,** *a living-man/sole-proprietor* of the Trust-Estate-Property = **DOUGLAS VERN HULSTEDT, M.D., TRUST requiring a Hearing of Necessity;**

3. To enter the **Hearing of Necessity** immediately will pose no danger or injury to the public as a right of due-process;

4. This Court is noticed for an immediate hearing with the **UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, 1301 Clay Street, Oakland, California with the Federal-Zip-Code 94612** by the Date: 20 days *additional-time* after dock-*et*-filing date, to be noticed by the Clerk of the Court for the particulars;

5. **Title 28 USC §2243;**

**IT IS SO ORDERED.**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# ORDER

**WRIT FOR HABEAS CORPUS**
Copyrighted-Works this document by the Douglas Vern Hulstedt

# METHOD OF PROCESSES

In the California state, of the Monterey county. I, the undersigned, herein declare that I am over the age of eighteen years and NOT a party to the within entitled action. My business address is: 1180 Forest Ave #R Pacific Grove California 93950

I hereby declare under the penalty of perjury of the California Republic and The United States of America that I served the foregoing document as entitled: on the party(s) by mailing with the Post Office maintained by the United States, Postal Service with postage paid, titled and addressed as follows and or by file stamp/banking postmasters: **WRIT FOR HABEAS CORPUS;**

**UNITED STATES DISTRICT COURT**
**c/o Clerk of the Court, Mark B. Busby/Trustee/Witness**
1301 Clay Street
Oakland, California 94612
*By-Registered-Mail and or By-File-Stamp*
RE 527 008 752 US
**Haywood Stirling Gilliam, Jr. # 172732**
**United States District Judge/Placeholder-Fiduciary-Trustee**
1301 Clay Street
Oakland, California 94612
*By-Registered-Mail* RF 108 581 321 US ;

**"The State of California"**
**c/o Attorney General/Robert Andres Bonta #202668** *et.al.*
455 Golden Gate Avenues, Suite 11000
San Francisco, California 94102
*By-Registered-Mail #* RF 108 581 335 US ;

**"The United States"**
**c/o Attorney General/Merrick Garland** *et.al.*
950 Pennsylvania Ave., NW
Washington, DC 20530
*By-Registered-Mail #* RF 108 581 349 US ;

Page 7

**UNITED STATES COURTS FOR THE NINTH CIRCUIT**
**c/o Molly C. Dwyer, Clerk of the Court/Trustee/Witness**
95 7th Street
San Francisco, California 94103
*By-Certified-Mail #* 7022 0410 0001 7452 3255;

**Medical Board of California** *as its Trustees*
**c/o Office of Administrative Hearings**
1515 Clay Street, Suite 206
Oakland, California 94612
*By-Certified-Mail #* 7022 0410 0001 7452 3026;

**Greg W. (?) Chambers, # 237509, "Attorneys"** *et.al*
455 Golden Gate Avenues, Suite 11000
San Francisco, California 94102
*By Certified-Mail #* 7022 0410 0001 7452 3187;

**James A.(?) Scharf, # 152171, "Attorneys"** *et.al*
150 Almaden Boulevard, Suite 900
San Jose, California 95113
*By Certified-Mail #* 7022 0410 0001 7452 3033;

**Juliet Elizabeth Cox, # 214401, "Attorneys"** *et.al*
1515 Clay Street, Suite 206
Oakland, California 94612
*By Certified-Mail #* 7022 0410 0001 7452 3040;

**Thomas Andrew Ostly, # 209234, "Attorneys"** *et.al*
455 Golden Gate Avenue, Suite 11000
San Francisco, California 94102
*By Certified-Mail #* 7022 0410 0001 7452 3057;

**Iveta Ovsepyan, # 279218, "Attorneys"** *et.al*
300 South Spring Street, Suite 1702
Los Angeles, California 90013-1230
*By Certified-Mail #* 7022 0410 0001 7452 3064;

Page 8

**WRIT FOR HABEAS CORPUS**
**Copyrighted-Works this document by the Douglas Vern Hulstedt**

1

2   **Leah Tamu Wilson, # 222790, "Attorneys"** *et.al*
    180 Howard Street
    San Francisco, California 94105
3   *By Certified-Mail #*7022 0410 0001 7452 3071;

4

5   **Robert Andres Bonta, # 202668, "Attorneys"** *et.al*
    455 Golden Gate Avenues, Suite 11000
6   San Francisco, California 94102
    *By Certified-Mail #*7022 0410 0001 7452 3088 ;
7

8   **FEDERAL GRAND JURY**
9   **c/o Grand-Jury-Foreman, 17th Floor, Witnesses**
    450 Golden Gate Avenue
10  San Francisco, California 94102
    *By Certified-Mail #*7022 0410 0001 7452 3095  ;
11

12

13  **The United States**
    **c/o Chapter 7 Bankruptcy Trustee**
14  950 Pennsylvania Avenue, N.W.
    Washington, DC 20530
15  *By Certified-Mail #*7022 0410 0001 7452 3101;

16

17  **Office of the Provost Marshal General**
18  **The United States of America**
    **c/o Major General Duane R. Miller/Witness/Trustee**
19  2800 Army Pentagon
    Washington, DC 20310
20  *By Certified-Mail #*7022 0410 0001 7452 3118;

21

22

23  **California Secretary of State**
    **c/o Shirley N. Weber, Postmaster/Record-Keeper/Witness**
24  1500 11th Street
    Sacramento, California 95814
25  *By Certified-Mail #*7022 0410 0001 7452 3125  ;

26

27

28

Page 9

**WRIT FOR HABEAS CORPUS**
Copyrighted-Works this document by the Douglas Vern Hulstedt

**The United States Secretary of State**
**c/o Anthony J. Blinken, Postmaster/Record-Keeper/Witness**
**U.S. DEPARTMENT of STATE**
White House
Washington, DC 20530
*By Certified-Mail #7022 0410 0001 7452 3132   ;*

# NOTICE FOR THE WHISTLE-BLOWER-REPORTS

**Monterey County Weekly**
**c/o Pam Marino, Witness: *for her Testimony by the Proceedings/Writings***
668 Williams Avenue
Seaside, California 93955
*By Certified-Mail #7022 0410 0001 7452 3149   ;*

**NBC BAY AREA NEWS**
**c/o Robert Handa, Witness and Investigative Reporter**
**2450 North First Street**
**San Jose, California 95131**
*By Certified-Mail # 7022 0410 0001 7452 3156;*

I declare under the penalty of perjury of the Laws of the California Republic and The
United States of America that the foregoing is correct and complete to the best of my
knowledge, information and belief, and that this process is executed by the voluntary act
of my own hand on Monterey county and is dated below;

Date: *January 10. 2023*                    By: _____

Page 10

**WRIT FOR HABEAS CORPUS**
Copyrighted-Works this document by the Douglas Vern Hulstedt

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### A PLACE "WITH MY" TRUST

**RECEIVED**

## INSURED-CLAIM # RE527008752US
### *ACTION "WITH THE" COMMON LAW*

JAN 1 3 2023

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT ... CALIFORNIA

### Order *for* "Writ" for the *HABEAS-CORPUS*

In re:  Restraint of Liberties/Property/Rights *caused* by **Greg W.(?) Chambers,** **"Attorneys" #237509** *acting with intent, acting in concert, acting after the fact to intentionally-damage, et.al.,* D.B.A., THE STATE OF CALIFORNIA; DUNS # 071549000 – D.B.A., The "United States" Government; DUNS # 052714196;

**Douglas Vern Hulstedt,** *a living-man/sole-proprietor* who is foreign to and without the UNITED STATES CORPORATION(S)/STATE OF CALIFORNIA = UN-IDENTIFIED-POSITIONS BY REFUSAL OF SUBJECT-MATTER BY "ATTORNEYS" *et.al;*

### *vs.*

**Greg W.(?) Chambers, "Attorneys" #237509,** *acting as* **Unknown-Foreign-Agents/Tortfeasors** *as the "Respondents"* who *act* in concert, **Court Registry Investment Systems = C.R.I. S.,** *et.al;*

Lawful Direction Delivered *for the;*
**Judge: Haywood Stirling Gilliam, Jr.**
*as the* **Placeholder-Fiduciary-Trustee,** *or his Successors*;
*by way of* TRUST-Case Nos. 22CV06688/22CV07439-HSG *et.al;*
**By-The-Registered-Mail #** *RF 108 581 321 US*

# <u>ORDER</u>

On this _____ day of the _____ month, 2023, **Douglas Vern Hulstedt,** *a living-man/sole-proprietor*, presented/claimed a verified Pe-tition for Writ for Habeas Corpus without the UNITED STATES CORPORATION(S), and on examination of the Pe-tition, this Court orders that such Writ be issued;

Copyright/Copy-Claim by this Claimant/Author/Publisher

It is therefore ordered that **Greg W.(?) Chambers, "Attorneys" #237509** *acting with intent, acting in concert, acting after the fact to intentionally-damage, et.al* produce a return on the Writ, verified true, correct, and complete, and not misleading, the truth, the whole truth and nothing but the truth, before this court at the location of the **UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, 1301 Clay Street, Oakland, California with the Federal-Zip-Code 94612** by the Date: 20 days *additional-time* after dock-et-filing date, to be noticed by the Clerk of the Court for the particulars; to show cause if any be had for lawful cause by the Restraints of Liberties against **Douglas Vern Hulstedt**, *a living-man/sole-proprietor*, his property/assets/benefits and concerns;

**Let the Writ issue accordingly;** _____

Judge:      Date:

Copyright/Copy-Claim by this Claimant/Author/Publisher







U.S. POSTAGE PAID
FCM LG ENV
MONTEREY, CA
93940
JAN 17, 23
AMOUNT

**$6.40**

R2305E124063-69

RDC 99

94102

7452 3095

RECEIVED

JAN 19 2023

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

INSPECTED BY

JAN 19 2023

U.S. MARSHAL SERVICE

FEDERAL GRAND JURY

Grand Jury foreman 1 7TH Floor Witnesses

0 Golden Gate Avenue

San Francisco California
                              94102

Doug H.
c/o 2511 Garden Rd Bldg C #100
Monterey California
93940

7022 0410 0001

# METHOD OF PROCESS

In the California state, of the Monterey county. I, the undersigned, herein declare that I am over the age of eighteen years and NOT a party to the within entitled action. My business address is: 1180 Forest Ave #B Pacific Grove CA 93950

I hereby declare under the penalty of perjury of the California Republic and The United States of America that I served the foregoing document as entitled: on the party(s) by mailing with the Post Office maintained by the United States, Postal Service with postage paid, titled and addressed as follows and or by file stamp/banking postmasters:
**NOTICE OF MOTION "SUA-SPONTE" BY THE RULE 8 (b) REFERENCE TO A MAGISTRATE JUDGE, NATHANAEL COUSINS UNDER 28 U.S.C. § 636 (b), WRIT FOR HABEAS CORPUS AS ENTERED ON RECORD AS MANDATORY JUDICIALLY NOTICED EVIDENCE BY THE CONTINUAL DENIAL OF RIGHTS BY THE ATTORNEYS CAUSING UNREASONALBE DELAYS AND RESTRAINTS OF LIBERTIES, REQUEST FOR APPOINTMENT OF COUNSEL UNDER 18 U.S.C. § 3006A (l) LOSS OF LIBERTY BY WAY OF ROBERT ANDRES BONTA AN ATTORNEY WHO REFUSES TO PROTECT BY PERJURY OF HIS OATH, JUDICIAL SIGNIFICANCE, EXHIBIT 1 = WRIT FOR HABEAS CORPUS, METHOD OF PROCESS;**

**Robert Andres Bonta, Attorneys, #202668,**
**"DEFENDANTS"** *et.al;*
455 Golden Gate Avenues, Suite 11000
San Francisco, California 94102
By-Certified-Mail #
7022 0410 0001 7441 7473;

**Laurie Rose Lubiano, Attorneys #256695,**
**"DEFENDANTS"** *et.al;*
2005 Evergreen Street, Suite 1200
Sacramento, California 95815
By-Certified-Mail #
7022 0410 0001 7447 7480;

~ 5 ~

**Greg W. (?) Chambers, Attorneys, # 237509,**
**"DEFENDANTS"** *et.al;*
455 Golden Gate Avenues, Suite 11000
San Francisco, California 94102
By-Certified-Mail #
70 2204/0 00217447 7497 ;


**STATE BAR OF CALIFORNIA** *[CHARTER]*
**"DEFENDANTS"** *et.al;*
**c/o** *Fiduciary-Officer-"in"-Charge*
180 Howard Street
San Francisco, California 94105
By-Certified-Mail #
7022 0410 000/ 7447 7503 ;


**Blanche Law**
**c/o Todd Blanche/TRUMP-ATTORNEY-WITNESSES**
**99 Wall Street**
**New York, New York 10005**
By-Certified-Mail #
7022 0410 000/ 7447 7570 ;


**Manhattan District Attorney's Office**
**c/o Alvin Bragg/TRUMP-ATTORNEY-PROSECUTOR-WITNESSES**
**One Hogan Place**
**New York, New York 10013**
By-Certified-Mail #
7022 0410 000 / 744775'27 ;


*CC:* Military-Post-Office; *Office of the Counsel.*


~ 6 ~

**Notice of Motion "Sua-Sponte" Writ for Habeas Corpus**
**Copyrighted-Works this Document-Contract by the Douglas Vern Hulstedt**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

### //ALSO A FRIENDLY-BUSINESS-SHOUT-OUT//

**The Baez Law Firm**
**c/o Jose A. Baez, Attorneys**
**250 N. Orange Ave. Suite # 750**
**Orlando, Florida 32801**
By-Certified-Mail #
7022 0410 0000 7447 7534;

*[From:] "a" :Witness of the Jose A. Baez/Product-Works i.e. Dr. William Husel/Medical-Industry et.al. WINK! WINK!* ☺

I declare under the penalty of perjury of the Laws of the California Republic and The United States of America that the foregoing is correct and complete to the best of my knowledge, information and belief, and that this process is executed by the voluntary act of my own hand on Monterey county and is dated below;

Date: 05/05/2023                    By: _____

*Gloria Chavez*

~ 7 ~

**Notice of Motion "Sua-Sponte" Writ for Habeas Corpus**
**Copyrighted-Works this Document-Contract by the Douglas Vern Hulstedt**