1  Douglas Vern Hulstedt
2  ℅ 2511 Garden Road, Building - C # 100
   Monterey, California 93940
3  Tel: (831) 899-5900
   *Claimant/Witness/Beneficiary*
4



FILED
MAY 05 2023
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| **Douglas Vern Hulstedt** | ) :Case No: 23CV02003-NC; |
|---|---|
| *Claimant/Witness/Beneficiary;* *Adversely Affected and Aggrieved* | ) ) MANDATORY JUDICIALLY NOTICED EVIDENCE IN SUPPORT OF THIS REVIEW BY THE 5 U.S.C. § 702-706, ADMINISTRATIVE PROCEDURES ACT 1946 AS A VERIFIED-ACCUSATION-CLAIMS CONCERNING PERJURY OF OATHS AGAINST THE ATTORNEYS ET.AL. STATEMENT OF THE CLAIMS BY SWORN-VERIFICATION, JUDICIAL SIGNIFICANCE, EXHIBIT 1 = STATEMENT OF THE CLAIMS, METHOD OF PROCESS; |
| Vs. | |
| **Robert Andres Bonta, Attorneys, #202668, Laurie Rose Lubiano, Attorneys #152171, STATE BAR OF CALIFORNIA *[CHARTER]* =** *Insurance-Guarantors by the Bar # Policies,* Defendants et.al; | |
| Does/Roes 1-25; | |

~ 1 ~

**Mandatory Judicially Noticed Evidence in Support of this Review**
**Copyrighted-Works this Document-Contract by the Douglas Vern Hulstedt**

*To All Officers and employees of the UNITED STATES DISTRICT COURTS; I, a man in the Name of Lord Almighty I accept your oath(s), bind you to the same and command you do justice. I waive all customary rules of law and other procedural impediments, I am not an attorney nor am I trained in law and I expect my rights to be protected by thee Public-Fiduciaries........*

*TAKE JUDICIAL NOTICE FOR THE REVIEW by the Beneficiary having the Right to Claim about Wrongs being Committed by Attorneys/Trustees* and by accepting the "Valid" "Oath of Office" of any Public-Fiduciary-Trustee or "**Placeholder**" concerning this matter for the equal protections of the law with my Adoption of the Bill of Rights for the Due-Processes and by accepting the public record **"Official Bond"** or any other insurance-policies that may apply concerning fraud or employee misconduct/dishonesty and by entering and the making of this **"Judicial-Review"** before this Court of Record as the Claimant/Witness/Beneficiary to protect my Beneficial Property Rights against Trespass or Breach of Fiduciary-Trust, with intended-damage-done "I", Douglas Vern Hulstedt, *a man* stake this Claim for **"Judicial-Review"**, by the Knowledge, **EXHIBIT 1** and Method of Process for the **"Due-Process"** *Guaranteed by the Bill of Rights*. **NOTE:** The citation of state and federal statutes, codes, rules, regulations, and court citations, within any document-contract created by me and not copyrighted by me, is only to notice my servants that which is applicable to them and is not intended, nor shall be construed, to mean that I confer, submit to, claim rights to or have entered into any jurisdiction alluded to thereby, by the following, **MANDATORY JUDICIALLY NOTICED EVIDENCE IN SUPPORT OF THIS REVIEW BY THE 5 U.S.C. § 702-706, ADMINISTRATIVE**

~ 2 ~

PROCEDURES ACT 1946 AS A VERIFIED –ACCUSATION-CLAIMS CONCERNING PERJURY OF OATHS AGAINST THE ATTORNEYS ET.AL. STATEMENT OF THE CLAIMS BY SWORN-VERIFICATION, JUDICIAL SIGNIFICANCE, EXHIBIT 1 = STATEMENT OF THE CLAIMS, METHOD OF PROCESS;

## JUDICIAL SIGNIFICANCE

A 12 B 6 motion to dismiss does not apply concerning these matters, Statements of Claims have already been verified and entered on record along with service of process on the Attorneys *et.al.* **Robert Andres Bonta, Attorneys, #202668, refuses to stop and correct their violations against my beneficial interests causing my claim for "Dis-bar-ments" for their unconscionable acts** *ongoing*;

ALL RIGHTS RESERVED WAIVE-NONE
*RESERVATION FOR ALL WRITS*
*"FOR RESTRAINT OF LIBERTIES"*


Flag Title: 4, Section: 1-3

Verified by: *Douglas Vern Hulstedt*
The United States of America
Claimant/Witness/Injured
Beneficiary-Claimant *for*
DOUGLAS VERN HULSTED, M.D.
CORPORATION #3260008/A42397,
"Copy-Right-Claimant".

~ 3 ~

Mandatory Judicially Noticed Evidence in Support of this Review
Copyrighted-Works this Document-Contract by the Douglas Vern Hulstedt