1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 1

~ 4 ~

**Mandatory Judicially Noticed Evidence in Support of this Review**
**Copyrighted-Works this Document-Contract by the Douglas Vern Hulstedt**

1  Douglas Vern Hulstedt
2  ℅ 2511 Garden Road, Building – C # 100
   Monterey, California 93940
3  Tel: (831) 899-5900
   *Relator/Claimant/Witness/Beneficiary*
4

FILED

MAR 16 2023

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

5
6
7          UNITED STATES DISTRICT COURT
8      FOR THE NORTHERN DISTRICT OF CALIFORNIA
       OAKLAND, CALIFORNIA 1301 CLAY STREET, 94612
9

10     **Douglas Vern Hulstedt**              )        Case No. 22CV06688-HSG
                                              )
11                                            )        **JUDICIALLY NOTICED**
       *Relator/Claimant/Witness/Beneficiary* )        **EVIDENCE TITLE 18 U.S.C. § 3332**
12                                            )        **BY THE POWERS AND DUTIES**
                                              )        **AS EXHIBIT 1, VERIFIED CLAIM**
13                                            )        **AS THE EXHIBIT 2,**
               *Vs.*                          )
14                                            )
                                              )        **JUDICIAL SIGNIFICANCE,**
15                                            )
16     **MEDICAL BOARD OF CALIFORNIA**        )
                                              )
17     **DEPARTMENT OF CONSUMER**             )
                                              )
18     **AFFAIRS** *as its* **TRUSTEES, STATE OF** )
                                              )        **METHOD OF PROCESS;**
19     **CALIFORNIA** *as* **ROBERT ANDRES**  )
                                              )
20     **BONTA, ATTORNEY GENERAL**            )
                                              )
21                                            )
                                              )
22             *Defendants*                   )
               *Does, Roes 1-20*              )
23                                            )
                                              )
24                                            )
                                              )
25                                            )
                                              )
26                                            )
                                              )
27                                            )

28

Page 1

**JUDICIALLY NOTICED EVIDENCE POWERS AND DUTIES, VERIFIED CLAIM**
**Copyrighted-Works this Document-Contract by the Douglas Vern Hulstedt, Author**

*__To All Officers and employees of the UNITED STATES DISTRICT COURTS; I, a__*
*__man in the Name of Lord Almighty I accept your oath(s), bind you to the same and__*
*__command you do justice. I waive all customary rules of law and other procedural__*
*__impediments, I am not an attorney nor am I trained in law and I expect my rights to be__*
*__protected by the Public-Fiduciaries........__*

*__TAKE JUDICIAL  NOTICE__* __by the Beneficiary having the Right to__
*__Complain about Wrongs being Committed by Attorneys/Trustees__* and by accepting the
"Valid" "Oath of Office" of any Public-Fiduciary-Trustee or **"Placeholder"** concerning
this matter for the equal protections of the law with my Adoption of the Bill of Rights for
the Due-Processes and by accepting the public record **"Official Bond"**  or any other
insurance-policies that may apply concerning fraud or employee misconduct/dishonesty
and by entering and the making of this **Judicial-Notice** before this Court of Record as the
Relator/Claimant/Witness/Beneficiary to protect my Beneficial Property Rights against
Trespass or Breach of Fiduciary-Trust, "I", Douglas Vern Hulstedt, *a man* stake this
Claim for **"Judicial-Notice"**, by the Knowledge, **EXHIBITS 1, 2** and Method of Process
for the **"Due-Process"** *Guaranteed by the Bill of Rights.* **NOTE:** The citation of state and
federal statutes, codes, rules, regulations, and court citations, within any document-
contract created by me and not copyrighted by me, is only to notice my servants that
which is applicable to them and is not intended, nor shall be construed, to mean that I
confer, submit to, claim rights to or have entered into any jurisdiction alluded to thereby,
by the following; JUDICIALLY NOTICED EVIDENCE TITLE 18 U.S.C. § 3332
**BY THE POWERS AND DUTIES AS EXHIBIT 1, VERIFIED CLAIM AS THE**
**EXHIBIT 2, JUDICIAL SIGNIFICANCE, METHOD OF PROCESS;**

**JUDICIALLY NOTICED EVIDENCE POWERS AND DUTIES, VERIFIED CLAIM**
**Copyrighted-Works this Document-Contract by the Douglas Vern Hulstedt, Author**

# JUDICIAL SIGNIFICANCE

Irreparable Damages to my Life's work as a Medical Doctor [43 years] has been committed by the Attorneys et.al. who have perjured their Oaths of Offices to Protect Constitutional Rights, the decision by the Medical Board must be reversed and damages awarded to this Relator/Claimant/Witness/Beneficiary for the Unconscionable Acts committed by Officers of the Court/Public-Fiduciaries/Attorneys; 1ST, 4TH, 5TH, Amendments *et. al.* have been trampled on by **Robert Andres Bonta #202668 *et.al.*, Unverified-Agents operating *without* Flags *without* Lawful Oaths of Offices by their refusal to identify themselves after being duly challenged on the subject-matter in case no.22CV07439;**

### ALL RIGHTS RESERVED WAIVE-NONE
*RESERVATION FOR ALL WRITS*
*"FOR RESTRAINT OF LIBERTIES"*



Flag Title-4, Section-1-3

Verified by: *Douglas Vern Hulstedt*
The United States of America
Relator/Claimant/Witness/Injured
Beneficiary-Claimant *for*
DOUGLAS VERN HULSTED, M.D.
**CORPORATION #3260008/A42397**

Page 3

**JUDICIALLY NOTICED EVIDENCE POWERS AND DUTIES, VERIFIED CLAIM**
**Copyrighted-Works this Document-Contract by the Douglas Vern Hulstedt, Author**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 1

**JUDICIALLY NOTICED EVIDENCE POWERS AND DUTIES, VERIFIED CLAIM**
**Copyrighted-Works this Document-Contract by the Douglas Vern Hulstedt, Author**

Page 4

# 18 U.S. Code § 3332 - Powers and duties

U.S. Code      Notes

**(a)** It shall be the duty of each such grand jury impaneled within any judicial district to inquire into offenses against the criminal laws of the United States alleged to have been committed within that district. Such alleged offenses may be brought to the attention of the grand jury by the court or by any attorney appearing on behalf of the United States for the presentation of evidence. Any such attorney receiving information concerning such an alleged offense from any other person shall, if requested by such other person, inform the grand jury of such alleged offense, the identity of such other person, and such attorney's action or recommendation.

**(b)** Whenever the district court determines that the volume of business of the special grand jury exceeds the capacity of the grand jury to discharge its

obligations, the district court may order an additional special grand jury for that district to be impaneled.

(Added Pub. L. 91–452, title I, § 101(a), Oct. 15, 1970, 84 Stat. 924.)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 2

JUDICIALLY NOTICED EVIDENCE POWERS AND DUTIES, VERIFIED CLAIM
Copyrighted-Works this Document-Contract by the Douglas Vern Hulstedt, Author

# CRIMINAL-CLAIMS

### *FOR THE CONVEINING OF A COURT OF INQUIRY AGAINST JUDICIAL-OFFICERS UNDER UCMJ ARTICLE 135 BY THE COURTS-MARTIAL AND FOR THE FEDERAL-GRAND-JURY-INDICTMENTS ET.AL;*

## :VERIFIED-ACCUSATION-CLAIMS CONCERNING PERJURY OF OATHS AGAINST:

### Robert Andres Bonta, #202668, Attorneys *et.al.* = Accused

*Verified-by;*

### Douglas Vern Hulstedt, *as the Relator-Beneficiary*
Claimant/Witness/Victim

FOR THE DELIVERY TO:

## Military-Post-Office
*c/o* **Adjutant-Staff-Officer** *for* **Special-Direction-Delivery**
*To the* **Office of Counsel** *in Charge by the* **Officer**
401 6th Avenue
Quantico, VA 22134
**By-Registered-Post #** <u>RE527008766US</u>

### CONCURRENT CLAIMS FOR FEDERAL-GRAND-JURY-INDICTMENTS *ET.AL.*

---

*TRUSTS: State Case No. Ref: Small Claims 22SC018927,*
*State Case No. Ref: Medical Board of California # 800-2021-079497,*
*Federal Case No. Ref: 22CV07439/Federal Case No. Ref: 22CV06688;*

*These above Trust-Matters concern Constitutional-Rights-Violations-Ongoing-Intentional*

---

*For the Contact-Relator-Beneficiary:*
**Douglas Vern Hulstedt**
℅ 2511 Garden Road, Building - C # 100
Monterey, California 93940
Tel: (831) 899-5900
**Claimant/Witness/Victim**

C r i m i n a l - C l a i m s   a g a i n s t   Robert Andres Bonta, Attorney-General *et. al. Copyright/Copy-Claim this Product-Works-Contract-Instrument by the Douglas Vern Hulstedt,* Page 1 | 16

# TESTIMONY NOTICE OF CRIMINAL-CLAIMS STATEMENT OF THE CLAIMS

I, **Douglas Vern Hulstedt**, *as the* Relator/Claimant/Witness/Victim, Deliver/Post the following **CRIMINAL-CLAIMS** *FOR THE CONVEINING OF A COURT OF INQUIRY AGAINST JUDICIAL-OFFICERS UNDER UCMJ ARTICLE 135 BY THE COURTS-MARTIAL AND FOR THE FEDERAL-GRAND-JURY-INDICTMENTS ET.AL. "CONCURRENTLY"*; that is a Verified and Registered Claim/Living Testimony in the form of an Affidavit (Claims) to **Adjutant-Staff-Officer** *for* **Special-Direction-Delivery** *to the* **Office of Counsel** *in Charge by the* **Officer** and to the **Federal-Grand-Jury** *for the* Guarantee of the Protection of Constitutional Rights for the *Special-Agents* by their Review and Intervention(s). All the Factual Claims/Accusations against said Attorneys *et.al.*, contained in this Claim are based upon my first-hand eyewitness accounts, information's, beliefs by **damages**, already and continuing to be caused. I, **Douglas Vern Hulstedt**, *as the* Relator/Claimant /Witness/Victim Stake and Post Notice to the *Special-Agents* by these **Verified-Sworn-Claims** against: **Robert Andres Bonta, Attorneys, #202668, et.al.** as follows: (1.) **Perjury of Oaths, 18 U.S.C. § 1621,** (2.) **18 U.S.C. § 3571,** (3.) 4th, 5th, 14th Constitutional-Amendments which have been violated in *'their'* attempts to *"Over-Throw"* The United States Government by the **18 U.S.C. §2385** (4.) **Mail-Fraud-Conveyance-Communications** by the **18 U.S.C. §1341** *scheme or artifice to defraud by simulations of legal processes,* (5.) *ET.AL...........ETC;*

The factual basis for this **CRIMINAL-CLAIMS/STATEMENT OF THE CLAIMS** is by first hand eyewitness accounts of Douglas Vern Hulstedt, as Relator/Claimant/Witness/Victim, having knowledge of court documents/instruments/conveyances/denials of rights delivered/imposed to/on me by **Robert Andres Bonta, Attorneys, #202668,** *et.al* (*their unidentified-representations void of due-process that have been challenged on record*) whereas due-process was/is trampled on and intentionally denied by the Fiduciary-Agents *et. al.* = "Attorneys" by "their" failure to "Identify" and prove authority, failed due-process by the 5th Amendment and failure to provide their Oath of Offices by the **Article 6/Title 4 U.S.C. §101** Constitutional requirement for Officers and other due-process-violations *etc;*

This **Relator/Claimant/Witness/Victim** delivering forth this **CRIMINAL-CLAIMS/STATEMENT OF THE CLAIMS** for insurance coverage by the "Insurer/Guarantor" (The United States) for the "Occurrences" ongoing to immediately intervene to stop and correct as this is of great public interest. This **Relator/Claimant/Witness/Victim** who is not trained in law, but who has the reasonable expectation of rights being protected relies on but not limited to the following added laws codes rules and regulations etc. that apply to **Robert Andres Bonta, Attorneys, #202668,** *et.al* "Respondents";

## REASONABLY RELIED ON BY A NON-ATTORNEY BY THE FOLLOWING;

1. **The Supremacy Clause of The United States** *(state constitutions subordinate);*

2. **Title 37** *(doctors as licensed-uniformed-officers-conscripts);*

3. **4th Amendment** *(no lawfully sworn warrant/claims by medical board trust-case 800-2021-079497, by fake subpoena etc.);*

4. **5th Amendment** *(no due processes in the trust-cases 22SC018927, 800-2021-079497, 22CV07439, 22CV06688);*

5. **14th Amendment** *(violations of due-process and no equal protections under the law);*

6. **Federal Tort Claims Act** *(petition disregarded for injunction in trust-case 22cv06688 federal);*

7. **Breach of Fiduciary Trust** *(perjury of oaths, attorneys et.al.);*

8. **Administrative-Procedures-Act 1946** *(no due-process in trust-case 800-2021-079497)*

9. **Simulated-Legal-Processes** *(no due-process/subject-matter in trust-case 800-2021-079497)*

10. **Ex Parte v. Young 209 U.S. 123 (1908)** *(If government officials attempt to enforce an unconstitutional law, sovereign immunity does not prevent people whom the law harms form suing those officials in their individual capacity for injunctive relief see trust-case 22cv06688 federal = __IGNORED__ and now the medical board has pulled the license causing damages);*

11. **Tucker Act, "Little Tucker Act"** *(Specifically but not limiting to the "Little Tucker Act" which allows this [court/tribunal-military] to entertain similar suits against The United States for Claims of less than $10,000.00 concurrently with the federal district courts.] Judicial Significance = Robert Andres Bonta, Attorneys et.al. #202668 is being sued for his Perjury of Oath(s) by his failure to protect rights specifically but not limiting to the 4th, 5th, 14th Amendments for Due-Process by the trust-case nos. 22SC018927, 800-2021-079497, 22CV07439, 22CV06688);*

12. **28 U.S.C. § 1346 The United States as Defendant** *(this is the belief and justification to make claim against The United States as they are the Guarantors/Insurers in which Robert Andres Bonta, Attorneys et.al. #202668 have __Oath of Offices__ to The United States and to The State of California both corporations under the Clearfield-Doctrine);*

13. **Clearfield Doctrine** *Governments have descended to the level of mere Private Corporations,*
    *Judicial Significance = The United States and to The State of California both being*
    *Corporations with DUNNS numbers #052714196, #071549000 causing them to not have any so-*
    *called "Immunity");*

14. **Case Removal** *(unlawful removal 22cv 07439 by <u>unknown-agent</u> who refuses to identify into a*
    *different venue with different rules, discrimination and unfair business practices, <u>subject-</u>*
    *<u>matter-jurisdiction-challenge-unanswered</u> after paid consideration was tendered);*

15. **United States Bankruptcy** *(The United States being in some sort of chapter 11 bankruptcy*
    *causing a loss of sovereignty, no-immunity see congressional record march 17 1993 vol. 33*
    *page h-1303 exhibit 3, and see the clearfield-doctrine);*

16. **"Panoply of Due-Process Triggered"** *(was not adhered-none given by the medical board in*
    *trust-case 800-2021-079497, now damages final for failure of fiduciaries, attorneys to correct*
    *their wrongs);*

17. **Writ for Habeas Corpus** *(petition disregarded in trust-case 22cv06688 federal, (suspended?);*

18. **Appeal** *(denial for interlocutory appeal and threats of any more filings for redresses to protect*
    *my beneficial interests, since attorneys will not do so in trust-case 22cv07439 federal);*

19. **Negligent Act by Fiduciaries** *(attorneys intentional refusal after the fact of knowledge-wrongs*
    *to protect rights by stopping and correcting);*

20. **Title 18 U.S.C. § 241, §242,** *(deprivation of rights/conspiracy);*

21. **Title 18 U.S.C. § 2071** *(concealment of the record no more filings for protections);*

22. **California Code Penal Code § 422.6** *(oppression etc);*

23. **Screws v. United States 325 US 91 (1945)** *(officials being held to high standard);*

24. **Penal Code Section 141(c)** *(prosecutorial misconduct);*

25. **Brady v. Maryland, 373 US 83 (1963)** *(disclosure of exculpatory evidence and identification);*

26. **California Code CIV § 3294** *(oppression and malice);*

27. **California Constitution Articles VI § 18 and 18.5** *(judicial misconduct without subject-*
    *matter);*

28. **California Penal Code § 1424.5 and 6068.7** *(zero tolerance for suppressed evidence*
    *"Oaths");*

29. **White-Washing** *(1) Ignore the Law, (2) Cite/Manipulate/Invalid Law, (3) Ignore the Facts, (4) Ignore Issues as no subject-matter, (5) Conceal Evidence, (6) Say Nothing in Orders (7) Block/Deny Motions and Evidence, (8) Violate and Ignore the Rules of Procedure, (9) Automatically Rule against Certain Classes of People (self-represented) (10) Order Monetary Sanctions against Parties they et.al. want to Damage (excessive or unfounded or undefined as to required <u>speci</u> of payment) (11) Refuse to Disqualify themselves, (12) Violate their Oath of Office (if any) and Code of Judicial Conduct, (13) Conspire with fellow Judges/Attorneys and Judicial Employees, (14) Allow and Condone Perjury while Witnessing the ongoing acts while failing to stop and correct, (15) Deny Hearing/Motions etc, (16) Allow Fraud on the Court by its Officers, (17) Simulated Legal Process with intent to extort);*

# STATEMENT OF THE CLAIMS

<u>NOW THEN</u> Douglas Vern Hulstedt to propound his Testimony

### SUFFICIENT TESTIMONY
### FOR THE STATEMENT OF THE CLAIMS
### IN THE FORM OF AFFIDAVIT

## SWORN-VERIFICATION

I, **Douglas Vern Hulstedt,** a man *as the* Relator/Claimant/Witness/Victim with my own unlimited commercial liability foreswear against all foreign-agents, do affirm that the following testimony in the form of affidavit under my biometric-seal by my belief and knowledge is true, correct, and complete, and not misleading, the truth, the whole truth, and nothing but the truth, and **CRIMINAL-CLAIMS/ STATEMENT OF THE CLAIMS** by the following;



Verified by: ***Douglas Vern Hulstedt***
The United States of America
Relator/Claimant/Witness/Victim

# CLAIMS NOW your "Affiant", Testimony of the Douglas Vern Hulstedt;

1. Your Affiant Testifies and makes these Claims by his //Signature//Verification and Biometric-Seal = Thumb Print;

2. Your Affiant makes this Testimony in the California state, Monterey county, on February 16, 2023;

3. Your Affiant Testifies that he provides the four (4) *elements that gives jurisdiction to the court/or appropriate officer to act* (a) who is the injured (b) who is the identified that has breached a duty (c) what are the codes or violations that resulted in damages on the claimant as fact (d) the factual sufficiency of the claim(s) that only a witness can testify about authenticated evidence and subject to cross examination;

    (a) **Douglas Vern Hulstedt**, *a man* is the Relator/Claimant/Witness/Victim;
    (b) **Robert Andres Bonta, Attorneys, #202668**, *et.al.* Whom Breached-Fiduciary-Duties;
    (c) **Violations of the Accused:** (1.) Perjury of Oaths, 18 U.S.C. § 1621, (2.) 18 U.S.C. § 3571, (3.) 4th, 5th, 14th **Constitutional-Amendments** which have been violated *in 'their" attempts to "Over-Throw" The United States Government* by the 18 U.S.C. §2385 (4.) **Mail-Fraud-Conveyance-Communications** by the 18 U.S.C. §1341 *scheme or artifice to defraud by simulations of legal processes,* (5.) *ET.AL..........ETC;*
    (d) Your Affiant now testifies that he will state the **factual sufficiency of claims 1 thru 7** = statement of claim/facts against **Robert Andres Bonta, Attorneys, #202668**, *et.al* by the following claim sets 1-7 including, **RELATOR CONCLUSION, VERIFICATION, and EXHIBITS 1 thru 4 and Method of Process Notices;**

# CLAIM SETS 1-7 STATEMENTS

    (1) **WHO DID WHAT** = **Robert Andres Bonta, Attorneys, #202668**, *et.al.* have "Perjured their Oath of Offices" in the ongoing movements *with* actors/attorneys in concert to **EXTORT** my beneficial interests and property assets, *see* above **Violations (c);**

    (2) **WHERE DID IT HAPPEN** = The United States by the Trust-Case *800-2021-079497et.al. initiated by the Medical Board of California.......*

(3) **WHEN DID IT HAPPEN** = November 23, 2022 ongoing;

(4) **HOW WAS IT DONE** = Perjury of Oaths *with the way of* **FRAUD AND DECEPTIVE PRACTICES AND REFUSAL TO PROTECT RIGHTS, REFUSAL TO IDENTIFY, REFUSAL OF DUE-PROCESS AFTER THE FACT AS PROVEN IN RECORD,** which will be brought forth and entered along with my Testimony before these Tribunals when called upon;

(5) **WHAT LAWS WERE VIOLATED** = (1.) **Perjury** of Oaths, 18 U.S.C. § 1621, (2.) 18 U.S.C. § 3571, (3.) 4th, 5th, 14th **Constitutional-Amendments which have been violated** *in 'their'* **attempts to** "Over-Throw" The **United States Government by the 18 U.S.C. §2385** (4.) **Mail-Fraud-Conveyance-Communications by the 18 U.S.C. §1341** *scheme or artifice to defraud by simulations of legal processes,* (5.) ET.AL...........ETC;

(6) **WHO IS THE VICTIM** = Douglas Vern Hulstedt, *a man as Beneficiary, Relator/Claimant/Witness/Victim;*

(7) **WHAT ARE THE CAUSES OF CLAIMS AS TO LAWS VIOLATED** = Charges to be determined by the Fiduciaries after all evidence is entered and further testimony is given. Damages in total will be calculated for Billing when concluded;

4. Your Affiant Testifies that he has met the sufficiency of stating of a claim 1-7 against **Robert Andres Bonta, Attorneys, #202668,** *et.al.* and it is now up to the Fiduciaries to **ACT** accordingly by their public duties and public trust to "Insure" or "Deny" CLAIMS by the Actors/Attorneys *et.al.* acting outside their scope of authority and employment in which they refuse to protect rights and due-process by the 5th Amendment and cause other non-faithful-performances and personal injuries against "One of the People" **Robert Andres Bonta, Attorneys, #202668,** *et.al.* to respond with their Oaths of Offices before these Tribunals/ Courts-Martial;

5. Your Affiant Testifies that for the investigation by the **duty** of the "Insurer/Guarantors" who are required to disclose/investigate to "Identify" the Individuals/facts above by the placement and notice to this Relator/Claimant/Witness/Victim the certified copies of the "Oaths of Offices' by the **Article 6/Title 4 U.S.C. §101** Constitutional Oath of Office for the proof of claim that they are not *imposing* as Judicial Officers, to check compliance by the mandated law and under The-General-Liabilities-Clause for insurance coverage by The United States *et.al.*;

6. Your Affiant Testifies that he made these claims freely;

7. Your Affiant Testifies that these claims are true, complete, and not misleading by the best of my knowledge/beliefs;

8. Your Affiant Testifies and has personal first-hand knowledge of all the facts/claims reasonable reliance's which are stated herein;

# RELATOR CONCLUSION

I, **Douglas Vern Hulstedt**, *a man* with my reasonable witnessing conclude that it is clear and precise that my due-process is and has been violated *ab initio* and any person with reasonable comprehension would also conclude the same. I will not standby and allow the *unethical* **Robert Andres Bonta, Attorneys, #202668,** *et.al.* to deprive me of my 43 years plus life's work as a **Medical Doctor** without Due-Process 5th Amendment *et.al. In my opinion this looks like Treason by way of Conspiracy to Overthrow The United States Government..........*

# VERIFICATION BY THE RELATOR

I, **Douglas Vern Hulstedt**, "One of the People" of California, makes this Verification based on personal knowledge of matters set forth herein and appearing as a man without waiving any rights or remedies, being competent in mind and body to testify, do hereby declare, verify and affirm that the claims stated herein are true, correct, and complete in all material fact, not misrepresented based on my own knowledge to the best of my current information, knowledge and belief under the penalty of perjury of the laws of The United States of America and the laws of California republic and is admissible as evidence in a court of law, equity or courts martial, except as to those matters that are therein made upon information and belief, and as to those claims or facts, I believe them to be true and admissible as evidence, and if called upon as a witness, I will testify as to the veracity of this;

**CRIMINAL-CLAIMS** *FOR THE CONVEINING OF A COURT OF INQUIRY AGAINST JUDICIAL-OFFICERS UNDER UCMJ ARTICLE 135 BY THE COURTS-MARTIAL AND FOR THE FEDERAL-GRAND-JURY-INDICTMENTS ET.AL. "CONCURRENTLY";*

ALL RIGHTS RESERVED WAIVE-NONE
RESERVATION FOR ALL WRITS
*"FOR RESTRAINT OF LIBERTIES"*



Verified by: **Douglas Vern Hulstedt**
The United States of America
Relator/Claimant/Witness/Victim

# EXHIBIT 1

# ATTORNEY'S OATH OF OFFICE

## CALIFORNIA BUSINESS AND PROFESSIONS CODE

**6067. Oath.** Every person on his admission shall take an oath to support the Constitution of the United States and the Constitution of the State of California, and faithfully to discharge the duties of any attorney at law to the best of his knowledge and ability. A certificate of the oath shall be indorsed upon his license.(Added by Stats. 1939, c 34. p. 354, Sec. 1.)

# EXHIBIT 2

BEFORE THE
MEDICAL BOARD OF CALIFORNIA
DEPARTMENT OF CONSUMER AFFAIRS
STATE OF CALIFORNIA

In the Matter of the Accusation Against:

Douglas Vern Hulstedt, M.D.

Physician's and Surgeon's
Certificate No.  A 42397

Respondent.

Case No.  800-2021-079497

DECISION

The attached Proposed Decision is hereby adopted as the Decision
and Order of the Medical Board of California, Department of Consumer
Affairs, State of California.

This Decision shall become effective at 5:00 p.m. on February 17, 2023.

IT IS SO ORDERED January 18, 2023.

MEDICAL BOARD OF CALIFORNIA

Laurie Rose Lublano, J.D., Chair
Panel A

# EXHIBIT 3

Criminal-Claims against Robert Andres Bonta, Attorney-General *et. al.* Copyright/Copy-Claim this
Product-Works-Contract-Instrument by the Douglas Vern Hulstedt, Page 12 | 16

The Bankruptcy of The United States
United States Congressional Record, March 17, 1993 Vol. 33, page H-1303
Speaker-Rep. James Traficant, Jr. (Ohio) addressing the House:

"Mr. Speaker, we are here now in chapter 11. Members of Congress are official trustees presiding over the greatest reorganization of any Bankrupt entity in world history, the U.S. Government. We are setting forth hopefully, a blueprint for our future. There are some who say it is a coroner's report that will lead to our demise.

It is an established fact that the United States Federal Government has been dissolved by the Emergency Banking Act, March 9, 1933, 48 Stat. 1, Public Law 89-719; declared by President Roosevelt, being bankrupt and insolvent. H.J.R. 192, 73rd Congress m session June 5, 1933 - Joint Resolution To Suspend The Gold Standard and Abrogate The Gold Clause dissolved the Sovereign Authority of the United States and the official capacities of all United States Governmental Offices, Officers, and Departments and is further evidence that the United States Federal Government exists today in name only.

The receivers of the United States Bankruptcy are the International Bankers, via the United Nations, the World Bank and the International Monetary Fund. All United States Offices, Officials, and Departments are now operating within a de facto status in name only under Emergency War Powers. With the Constitutional Republican form of Government now dissolved, the receivers of the Bankruptcy have adopted a new form of government for the United States. This new form of government is known as a Democracy, being an established Socialist/Communist order under a new governor for America. This act was instituted and established by transferring and/or placing the Office of the Secretary of Treasury to that of the Governor of the International Monetary Fund. Public Law 94-564, page 8, Section H.R. 13955 reads in part: "The U.S. Secretary of Treasury receives no compensation for representing the United States."

Gold and silver were such a powerful money during the founding of the united states of America, that the founding fathers declared that only gold or silver coins can be "money" in America. Since gold and silver coinage were heavy and inconvenient for a lot of transactions, they were stored in banks and a claim check was issued as a money substitute. People traded their coupons as money, or "currency." Currency is not money, but a money substitute. Redeemable currency must promise to pay a dollar equivalent in gold or silver money.

Federal Reserve Notes (FRNs) make no such promises, and are not "money." A Federal Reserve Note is a debt obligation of the federal United States government, not "money." The federal United States government and the U.S. Congress were not and have never been authorized by the Constitution for the united states of America to issue currency of any kind, but only lawful money, gold and silver coin.

It is essential that we comprehend the distinction between real money and paper money substitute. One cannot get rich by accumulating money substitutes, one can only get deeper into debt. We the People no longer have any "money." Most Americans have not been paid any "money" for a very long time, perhaps not in their entire life. Now do you comprehend why you feel broke? Now, do you understand why you are "bankrupt," along with the rest of the country?

Federal Reserve Notes (FRNs) are unsigned checks written on a closed account. FRNs are an inflatable paper system designed to create debt through inflation (devaluation of currency). when ever there is an increase of the supply of a money substitute in the economy without a corresponding increase in the gold and silver backing, inflation occurs.

Inflation is an invisible form of taxation that irresponsible governments inflict on their citizens. The Federal Reserve Bank who controls the supply and movement of FRNs has everybody fooled. They have access to an unlimited supply of FRNs, paying only for the printing costs of what they need. FRNs are nothing more than promissory notes for U.S. Treasury securities (T-Bills) - a promise to pay the debt to the Federal Reserve Bank.

There is a fundamental difference between "paying" and "discharging" a debt. To pay a debt, you must pay with value or substance (i.e. gold, silver, barter or a commodity). With FRNs, you can only discharge a debt. You cannot pay a debt with a debt currency system. You cannot service a debt with a currency that has no backing in value or substance. No contract in Common law is valid unless it involves an exchange of "good & valuable consideration." Unpayable debt transfers power and control to the sovereign power structure that has no interest in money, law, equity or justice because they have so much wealth already.

Their lust is for power and control. Since the inception of central banking, they have controlled the fates of nations.

The Federal Reserve System is based on the Canon law and the principles of sovereignty protected in the Constitution and the Bill of

Rights. In fact, the international bankers used a "Canon Law Trust" as their model, adding stock and naming it a "Joint Stock Trust." The U.S. Congress had passed a law making it illegal for any legal "person" to duplicate a "Joint Stock Trust" in 1873. The Federal Reserve Act was legislated post-facto (to 1870), although post-facto laws are strictly forbidden by the Constitution. [1:9:3]

The Federal Reserve System is a sovereign power structure separate and distinct from the federal United States government. The Federal Reserve is a maritime lender, and/or maritime insurance underwriter to the federal United States operating exclusively under Admiralty/Maritime law. The lender or underwriter bears the risks, and the Maritime law compelling specific performance in paying the interest, or premiums are the same.

Assets of the debtor can also be hypothecated (to pledge something as a security without taking possession of it.) as security by the lender or underwriter. The Federal Reserve Act stipulated that the interest on the debt was to be paid in gold. There was no stipulation in the Federal Reserve Act for ever paying the principle.

Prior to 1913, most Americans owned clear, allodial title to property, free and clear of any liens or mortgages until the Federal Reserve Act (1913)

"Hypothecated" all property within the federal United States to the Board of Governors of the Federal Reserve, -in which the Trustees (stockholders) held legal title. The U.S. citizen (tenant, franchisee) was registered as a "beneficiary" of the trust via his/her birth certificate. In 1933, the federal United States hypothecated all of the present and future properties, assets and labor of their "subjects," the 14th Amendment U.S. citizen, to the Federal Reserve System.

In return, the Federal Reserve System agreed to extend the federal United States corporation all the credit "money substitute" it needed. Like any other debtor, the federal United States government had to assign collateral and security to their creditors as a condition of the loan. Since the federal United States didn't have any assets, they assigned the private property of their "economic slaves", the U.S. citizens as collateral against the unpayable federal debt. They also pledged the unincorporated federal territories, national parks forests, birth certificates, and nonprofit organizations, as collateral against the federal debt. All has already been transferred as payment to the international bankers.

Unwittingly, America has returned to its pre-American Revolution, feudal roots whereby all land is held by a sovereign and the common people had no rights to hold allodial title to property. Once again, We the People are the tenants and sharecroppers renting our own property from a Sovereign in the guise of the Federal Reserve Bank. We the people have exchanged one master for another.

This has been going on for over eighty years without the "informed knowledge" of the American people, without a voice protesting loud enough. Now it's easy to grasp why America is fundamentally bankrupt.

Why don't more people own their properties outright?

Why are 90% of Americans mortgaged to the hilt and have little or no assets after all debts and liabilities have been paid? Why does it feel like you are working harder and harder and getting less and less?

We are reaping what has been sown, and the results of our harvest is a painful bankruptcy, and a foreclosure on American property, precious liberties, and a way of life. Few of our elected representatives in Washington, D.C. have dared to tell the truth. The federal United States is bankrupt. Our children will inherit this unpayable debt, and the tyranny to enforce paying it.

America has become completely bankrupt in world leadership, financial credit and its reputation for courage, vision and human rights. This is an undeclared economic war, bankruptcy, and economic slavery of the most corrupt order! Wake up America! Take back your Country."

# EXHIBIT 4

**Douglas Vern Hulstedt**
% 2511 Garden Road, Building – C # 100
Monterey, California 93940
Tel: (831) 899-5900

## 2-16-2023

### TO: FEDERAL-GRAND-JURY
c/o Grand-Jury-Foreman, 17th Floor, Witnesses/Trustees
450 Golden Gate Avenue
San Francisco, California 94102

Re: **CRIMINAL-CLAIMS/STATEMENT OF THE CLAIMS**, Robert Andres
**Bonta, Attorneys, #202668**, *et.al;*

Dear Grand-Jury-Foreman:

Enclosed please find my formal CRIMINAL-CLAIMS against **Robert Andres Bonta,
Attorneys, #202668**, *et.al.* and a form letter for your mark/confirmation that you have
received my Claims with a self-addressed stamped envelope to return the confirmation
to me.

Sincerely,

*Douglas Vern Hulstedt*

**FEDERAL-GRAND-JURY**
 **Grand-Jury-Foreman, 17th Floor, Witnesses/Trustees**
450 Golden Gate Avenue
San Francisco, California 94102


Date:_____


**Douglas Vern Hulstedt**
℅ 2511 Garden Road, Building – C # 100
Monterey, California 93940
Tel: (831) 899-5900

Re: **CRIMINAL-CLAIMS/STATEMENT OF THE CLAIMS, Robert Andres Bonta, Attorneys, #202668,** *et.al;*

Dear Douglas Vern Hulstedt:

 (  ) As the Federal-Grand-Jury-Foreman I have received your formal CRIMINAL-CLAIMS against **Robert Andres Bonta, Attorneys, #202668,** *et.al,* Dated 2-16-2023.



Sincerely,

_____

Signature


_____

Print Name

# NOTICE TO WITNESSES WITH THE KNOWLEDGE BY THE METHOD OF PROCESS

In the California state, of the Monterey county. I, the undersigned, herein declare that I am over the age of eighteen years and NOT a party to the within entitled CRIMINAL-CLAIMS. My business address is:

_1180 Forest Ave #B Pacific Grove California 93950_

I hereby declare under the penalty of perjury of the California Republic and The United States of America that I served the foregoing document as entitled: on the party(s) by mailing with the Post Office maintained by the United States, Postal Service with postage paid, filed and addressed as follows and or by file stamp/banking postmasters: **CRIMINAL-CLAIMS *FOR THE CONVEINING OF A COURT OF INQUIRY AGAINST JUDICIAL-OFFICERS UNDER UCMJ ARTICLE 135 BY THE COURTS-MARTIAL AND FOR THE FEDERAL-GRAND-JURY INDICTMENTS ET.AL. "CONCURRENTLY";***

## CLERK/AGENT- NOTICE FOR ADDRESSEE ONLY 18 U.S.C. §1701;

**Haywood Stirling Gilliam, Jr. Attorneys #172732**
**United States District Judge/Witnesses/Trustees-Presiding**
1301 Clay Street
Oakland, California 94612
*By-Certified-Mail # 70220410000175784457;*

**Gavin Newsom, Governor, Witnesses/Trustees**
1021 O Street, Suite 9000
Sacramento, California 95814
*By-Certified-Mail # 70220410000175784440;*

**California Secretary of State**
**c/o Shirley N. Weber, Ph.D., Witnesses/Trustees/Record-Keepers**
1500 11th Street
Sacramento, California 95814
*By-Certified-Mail # 70220410000175784464;*

**FEDERAL-GRAND-JURY**
**c/o Grand-Jury-Foreman, 17th Floor, Witnesses/Trustees**
450 Golden Gate Avenue
San Francisco, California 94102
*By Certified-Mail # 70220410000175784471;*

Criminal-Claims against Robert Andres Bonta, Attorney-General *et al. Copyright/Copy-Claim this Product-Works-Contract-Instrument by the Douglas Vern Hulstedt, Page* 14 | 16

**STATE BAR OF CALIFORNIA**
**GRIEVANCE-CLAIM-DEPARTMENT**
180 Howard Street
San Francisco, California 94105
*By-Certified-Mail # 70220410000175784488;*

**Department of Justice**
**Office of The Solicitor General of The United States**
**c/o Elizabeth Barchas Prelogar, Witnesses/Trustees**
950 Pennsylvania Ave., NW
Washington, DC 20530
*By-Certified-Mail # 70220410000175784495;*

**The United States [*as Guarantor*]**
**c/o Merrick Garland, Attorney-General, Witnesses/Trustees (*Chief*)**
950 Pennsylvania Ave., NW
Washington, DC 20530
*By-Certified-Mail # 70220410000175784501;*

**Military-Post-Office**
*c/o* **Adjutant-Staff-Officer** *for* **Special-Direction-Delivery**
*To the* **Office of Counsel** *in Charge by the* **Officer**
401 6th Avenue
Quantico, VA 22134
**By-Registered-Post # RE527008766US;**

---

**Leah Tamu Wilson, Attorneys #222790, Witnesses/Accused**
180 Howard Street
San Francisco, California 94105
*By-Certified-Mail # 70220410000175784525;*

**Juliet Elizabeth Cox, Attorneys #214401, Witnesses/Accused**
1515 Clay Street, Suite 206
Oakland, California 94612
*By-Certified-Mail # 70220410000175784907;*

**Greg William Chambers, Attorneys #237509, Witnesses/Accused**
455 Golden Gate Avenues, Suite 11000
San Francisco, California 94102
*By-Certified-Mail # 70220410000175784631;*

Thomas Andrew Ostly, Attorneys #209234, Witnesses/Accused
455 Golden Gate Avenue, Suite 11000
San Francisco, California 94102
*By-Certified-Mail # 70220410000175784648*

Iveta Ovsepyan, Attorneys #279218, Witnesses/Accused
300 South Spring Street, Suite 1702
Los Angeles, California 90013-1230
*By-Certified-Mail # 70220410000175784655*

James Allan Scharf, Attorneys #152171, Witnesses/Accused
150 Almaden Boulevard, Suite 900
San Jose, California 95113
*By-Certified-Mail # 70220410000175784662*

Laurie Rose Lubiano, Attorneys #256695, Witnesses/Accused
2005 Evergreen Street, Suite 1200
Sacramento, California 95815
*By-Certified-Mail # 70220410000175784679*

Jevechius Doherty Bernardoni, Attorneys #281892, Witnesses/Accused
1301 Clay Street, Suite 340S
Oakland, California 94612
*By-Certified-Mail # 70220410000175784686*

Robert Andres Bonta, Attorneys, #202668, Witnesses/Accused
455 Golden Gate Avenues, Suite 11000
San Francisco, California 94102
*By Certified-Mail # 70220410000175784693*

I declare under the penalty of perjury of the Laws of the California Republic and The United States of America that the foregoing is correct and complete to the best of my knowledge, information and belief, and that this process/notice is executed by the voluntary act of my own hand on Monterey county and is dated below;

Date: Feb 22, 2023                                        By:

Gloria Chavez

Criminal-Claims against Robert Andres Bonta, Attorney-General *et. al.* Copyright/Copy-Claim this
*Product-Works-Contract-Instrument by the Douglas Vern Hulstedt, Page 16 | 16*

# <u>METHOD OF PROCESS</u>

In the California state, of the Monterey county. I, the undersigned, herein declare that I am over the age of eighteen years and NOT a party to the within entitled action. My business address is: *1180 Forest Ave #B Pacific Grove California 93950*

I hereby declare under the penalty of perjury of the California Republic and The United States of America that I served the foregoing document as entitled: on the party(s) by mailing with the Post Office maintained by the United States, Postal Service with postage paid, titled and addressed as follows and or by file stamp/banking postmasters:
**JUDICIALLY NOTICED EVIDENCE TITLE 18 U.S.C. § 3332**
**BY THE POWERS AND DUTIES AS EXHIBIT 1, VERIFIED CLAIM AS THE EXHIBIT 2, JUDICIAL SIGNIFICANCE, METHOD OF PROCESS;**

**UNITED STATES DISTRICT COURT**
**c/o Clerk of the Court, Mark B. Busby/Trustee/Witness**
1301 Clay Street
Oakland, California 94612
*File-Stamp*

**MEDICAL BOARD OF CALIFORNIA**
**Enforcement Program**
**c/o Laurie Rose Lubiano, Attorneys, #256695, Witnesses/Trustees**
2005 Evergreen Street, Suite 1200
Sacramento, California 95815
*First-Class-Mail*

**Gavin Newsom, Governor, Witnesses/Trustees**
1021 O Street, Suite 9000
Sacramento, California 95814
*First-Class-Mail*

**California Secretary of State**
**c/o Shirley N. Weber, Ph.D., Witnesses/Trustees/Record-Keepers**
1500 11th Street
Sacramento, California 95814
*First-Class-Mail*

Page 6

**JUDICIALLY NOTICED EVIDENCE POWERS AND DUTIES, VERIFIED CLAIM**
**Copyrighted-Works this Document-Contract by the Douglas Vern Hulstedt, Author**

**THE STATE BAR OF CALIFORNIA**
**c/o Leah Tamu Wilson, Attorneys #222790, Witnesses/Trustees**
180 Howard Street
San Francisco, California 94105
*First-Class-Mail*

**Juliet Elizabeth Cox, Attorneys # 214401, Witnesses/Trustees**
1515 Clay Street, Suite 206
Oakland, California  94612
*First-Class-Mail*

**Greg William Chambers, Attorneys # 237509, Witnesses/Trustees**
455 Golden Gate Avenues, Suite 11000
San Francisco, California 94102
*First-Class-Mail*

**Thomas Andrew Ostly, Attorneys # 209234, Witnesses/Trustees**
455 Golden Gate Avenue, Suite 11000
San Francisco, California 94102
*First-Class-Mail*

**Iveta Ovsepyan, Attorneys #279218, Witnesses/Trustees**
**Supervising Deputy Attorney General**
300 South Spring Street, Suite 1702
Los Angeles, California 90013-1230
*First-Class-Mail*

**James Alan Scharf, Attorneys# 152171, Witnesses/Trustees**
150 Almaden Boulevard, Suite 900
San Jose, California 95113
*First-Class-Mail*

**"The State of California"**
**c/o Attorney General/Robert Andres Bonta #202668 *et.al.*, Agents**
455 Golden Gate Avenues, Suite 11000
San Francisco, California 94102
*First-Class-Mail*

Page 7

**JUDICIALLY NOTICED EVIDENCE POWERS AND DUTIES, VERIFIED CLAIM**
**Copyrighted-Works this Document-Contract by the Douglas Vern Hulstedt, Author**

1

2   I declare under the penalty of perjury of the Laws of the California Republic and The

3   United States of America that the foregoing is correct and complete to the best of my

4   knowledge, information and belief, and that this process is executed by the voluntary act

    of my own hand on Monterey county and is dated below;

5

6

7

8   Date: _March 15 2023_        By: _____

9

10                                _Gloria Chavez_

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**JUDICIALLY NOTICED EVIDENCE POWERS AND DUTIES, VERIFIED CLAIM**
**Copyrighted-Works this Document-Contract by the Douglas Vern Hulstedt, Author**

# __METHOD OF PROCESS__

In the California state, of the Monterey county. I, the undersigned, herein declare that I am over the age of eighteen years and NOT a party to the within entitled action. My business address is: _1180 Forest Ave Pacific Grove CA 93950_

I hereby declare under the penalty of perjury of the California Republic and The United States of America that I served the foregoing document as entitled: on the party(s) by mailing with the Post Office maintained by the United States, Postal Service with postage paid, titled and addressed as follows and or by file stamp/banking postmasters: **MANDATORY JUDICIALLY NOTICED EVIDENCE IN SUPPORT OF THIS REVIEW BY THE 5 U.S.C. § 702-706, ADMINISTRATIVE PROCEDURES ACT 1946 AS A VERIFIED –ACCUSATION-CLAIMS CONCERNING PERJURY OF OATHS AGAINST THE ATTORNEYS ET.AL. STATEMENT OF THE CLAIMS BY SWORN-VERIFICATION, JUDICIAL SIGNIFICANCE, EXHIBIT 1 = STATEMENT OF THE CLAIMS, METHOD OF PROCESS;**

**Robert Andres Bonta, Attorneys, #202668,**
**"DEFENDANTS"** *et.al;*
455 Golden Gate Avenues, Suite 11000
San Francisco, California 94102
By-Certified-Mail #
7022 0410 0001 7447 7428;

**Laurie Rose Lubiano, Attorneys #256695,**
**"DEFENDANTS"** *et.al;*
2005 Evergreen Street, Suite 1200
Sacramento, California 95815
By-Certified-Mail #
7022 0410 0001 7447 7435;

**STATE BAR OF CALIFORNIA** *[CHARTER]*
**"DEFENDANTS"** *et.al;*
c/o _Fiduciary-Officer-"in"-Charge_
180 Howard Street
San Francisco, California 94105
By-Certified-Mail #
7022 0410 0001 7447 7442

~ 5 ~

**Mandatory Judicially Noticed Evidence in Support of this Review**
**Copyrighted-Works this Document-Contract by the Douglas Vern Hulstedt**

**Blanche Law**
**c/o Todd Blanche/TRUMP-ATTORNEY-WITNESSES**
**99 Wall Street**
**New York, New York 10005**
By-Certified-Mail #
7022 0410 0001 7447 7459 ;

**Manhattan District Attorney's Office**
**c/o Alvin Bragg/TRUMP-ATTORNEY-PROSECUTOR-WITNESSES**
**One Hogan Place**
**New York, New York 10013**
By-Certified-Mail #
7022 0410 0001 7447 7466 ;

*CC:* Military-Post-Office; *Office of the Counsel.*

I declare under the penalty of perjury of the Laws of the California Republic and The United States of America that the foregoing is correct and complete to the best of my knowledge, information and belief, and that this process is executed by the voluntary act of my own hand on Monterey county and is dated below;

Date: 05/05/2023                          By:

Gloria Chavez

~ 6 ~

**Mandatory Judicially Noticed Evidence in Support of this Review**
**Copyrighted-Works this Document-Contract by the Douglas Vern Hulstedt**