1  Douglas Vern Hulstedt
2  ℅ 2511 Garden Road, Building - C # 100
   Monterey, California 93940
3  Tel: (831) 899-5900
4  *Claimant/Witness/Beneficiary*



FILED
MAY 05 2023
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Douglas Vern Hulstedt** | :Case No: 23CV02003-NC; |
| *Claimant/Witness/Beneficiary;* *Adversely Affected and Aggrieved* | # NOTICE |
| *Vs.* | MANDATORY JUDICIALLY NOTICED EVIDENCE IN SUPPORT OF CLAIMS OF CONTINUED VIOLATIONS OF RIGHTS BY THE ATTORNEYS *ET.AL.*, THE MATTERS OF THE OFFER TO PAY AND SETTLE HAVE BEEN DEFAULTED BY THE ATTORNEYS/ "ACTORS" NON-RESPONSES WHO FAILED TO PROTECT RIGHTS BY THE PERJURY OF THEIR OATHS, |
| **Robert Andres Bonta, Attorneys, #202668, Laurie Rose Lubiano, Attorneys #152171, STATE BAR OF CALIFORNIA *[CHARTER]* =** *Insurance-Guarantors by the Bar # Policies,* *Defendants et.al;* | |
| | JUDICIAL SIGNIFICANCE, |
| Does/Roes 1-25; | EXHIBIT 1 = OFFER TO PAY AND SETTLE, |
| | METHOD OF PROCESS; |

~ 1 ~

Mandatory Judicially Noticed Evidence OFFER TO PAY AND SETTLE DEFAULT
Copyrighted-Works this Document-Contract by the Douglas Vern Hulstedt

*<u>To All Officers and employees of the UNITED STATES DISTRICT COURTS; I, a man in the Name of Lord Almighty I accept your oath(s), bind you to the same and command you do justice. I waive all customary rules of law and other procedural impediments, I am not an attorney nor am I trained in law and I expect my rights to be protected by thee Public-Fiduciaries……..</u>*

**TAKE JUDICIAL NOTICE** <u>by the Beneficiary having the Right to Claim about Wrongs being Committed by Attorneys/Trustees</u> and by accepting the "Valid" "Oath of Office" of any Public-Fiduciary-Trustee or **"Placeholder"** concerning this matter for the equal protections of the law with my Adoption of the Bill of Rights for the Due-Processes and by accepting the public record **"Official Bond"** or any other insurance-policies that may apply concerning fraud or employee misconduct/dishonesty and by entering and the making of this **"Judicial-Review"** before this Court of Record as the Claimant/Witness/Beneficiary to protect my Beneficial Property Rights against Trespass or Breach of Fiduciary-Trust, with <u>intended-damage-done</u> "I", Douglas Vern Hulstedt, *a man* stake this Claim for **"Judicial-Review"**, by the <u>Knowledge</u>, **EXHIBIT 1, OFFER TO PAY AND SETTLE** and Method of Process for the **"Due-Process"** *<u>Guaranteed by the Bill of Rights</u>*. **NOTE:** The citation of state and federal statutes, codes, rules, regulations, and court citations, within any document-contract created by me and not copyrighted by me, is only to notice my servants that which is applicable to

~ 2 ~

them and is not intended, nor shall be construed, to mean that I confer, submit to, claim rights to or have entered into any jurisdiction alluded to thereby, by the following,

**NOTICE MANDATORY JUDICIALLY NOTICED EVIDENCE IN SUPPORT OF CLAIMS OF CONTINUED VIOLATIONS OF RIGHTS BY THE ATTORNEYS *ET.AL.*, THE MATTERS OF THE OFFER TO PAY AND SETTLE HAVE BEEN DEFAULTED BY THE ATTORNEYS/ "ACTORS" NON-RESPONSES WHO FAILED TO PROTECT RIGHTS BY THE PERJURY OF THEIR OATHS, JUDICIAL SIGNIFICANCE, EXHIBIT 1 = OFFER TO PAY AND SETTLE, METHOD OF PROCESS;**

# JUDICIAL SIGNIFICANCE

### An ongoing conspiracy to deprive rights is happening *in the* "Now-Time"

**ALL RIGHTS RESERVED WAIVE-NONE**
*RESERVATION FOR ALL WRITS*
*"FOR RESTRAINT OF LIBERTIES"*



Flag Title ~4, Section ~1-3

Verified by: *Douglas Vern Hulstedt*
The United States of America
Claimant/Witness/Injured
Beneficiary-Claimant *for*
DOUGLAS VERN HULSTED, M.D.
**CORPORATION #3260008/A42397,**
**"Copy-Right-Claimant".**

~ 3 ~