1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 1

~ 4 ~

**Mandatory Judicially Noticed Evidence OFFER TO PAY AND SETTLE DEFAULT**
**Copyrighted-Works this Document-Contract by the Douglas Vern Hulstedt**

1
2
3
4

**Douglas Vern Hulstedt**
℅ **2511 Garden Road, Building-C #100**
**Monterey, California 93940**
**Tel: (831) 899-5900**
*Claimant/Witness/Beneficiary*

*By-Registered-Mail #*
*RE 108 281 370 US.*
*:Paid-Fee-Dock-et:*

5
6

*Robert Andres Bonta, #202668 et.al.as*
*Attorneys/Trustees for the Accused*

7
8
9

**BEFORE THE**
**MEDICAL BOARD OF CALIFORNIA**
**DEPARTMENT OF CONSUMER AFFAIRS**
**STATE OF CALIFORNIA**

10

11   In the Matter of the Accusations Against:            )        **Case No. 800-2021-079497**

12                                                        )        **MOTION/NOTICE**
     **DOUGLAS HULSTEDT, M.D.,**                          )
13   **CORPORATION # 3260008**                            )        **FOR THIS POSTAL CONTRACT**
                                                          )        **"SUA-SPONTE" VERIFIED CLAIM**
14              *Accused*                                 )        **FOR W9, B10 FORM "PROOF OF**
                                                          )        **CLAIM" DIRECTED TO ATTORNEY**
15   ──────────────────────────                           )        **ROBERT ANDRES BONTA, AND**
                                                          )        **THIS MEDICAL BOARD BY ITS**
16        **Douglas Vern Hulstedt**                       )        **TRUSTEES, THIS INQUIRY-OFFER**
          *Counter-Claimant-Beneficiary*                  )        **TO PAY AND SETTLE AFTER A**
17                  *vs.*                                 )        **FINDINGS OF FACTS AND**
     **Robert Andres Bonta, William Prasifka**            )        **CONCLUSIONS OF LAW ARE**
18                                                        )        **ENTERED INTO RECORD BY THE**
19   *Respondents et.al. as Actors in Concert*            )        **ALLEGED CLAIMANTS TO BE**
                                                          )        **SWORN TO AS DUE-PROCESS AND**
20   ──────────────────────────                           )        **PROTECTION OF RIGHTS**
                                                          )        **PROVIDED BY PUBLIC**
21   *NOTICE TO THE FIDUCIARIES; 18 U.S.C § 2071,*         )        **FIDUCIARIES AND ATTORNEYS**
     *Concealment, removal, or mutilation generally (a)*  )        **ET.AL. FOR THE ACCUSED, "SPECI"**
22   *Whoever, willfully and unlawfully conceals, removes,* )      **OF PAYMENT TO BE DETERMINED**
     *mutilates, obliterates, or destroys, or attempts to do so,* ) **FOR ANY LAWFUL-PAYMENTS,**
23   *or, with intent to do so takes and carries away any* )
     *record, proceeding, map, book, paper, document, or other* )
24   *thing, filed or deposited with any clerk of officer of any* )
     *court of the United States, shall be fined under this title or* )
25   *imprisoned not more than three years, or both.*     )        **MEMORAMDUM OF LAW,**
     *Cal Gov Code §6200/6201, Cal Pen Code § 135*         )        **FORMS W9, B10 FORM,**
26                                                        )        **METHOD OF PROCESS;**
     *[EVIDENCE FOR THE RECORD CASE #22CV07439]*           )
27   ──────────────────────────                           )

28

Page 1

**CASE NO. 800-2021-079497 VERIFIED CLAIM FOR W9, B10 FORM "PROOF OF CLAIM"**
**Copyrighted-Works this Document-Contract by the Douglas Vern Hulstedt, Author**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*MOTION/NOTICE, VERIFIED-CLAIM FOR TENDER* <u>*by the*</u>

<u>*Beneficiary having the right to complain about wrongs being committed by Attorneys/*</u>

<u>*Trustees*</u> *and* by accepting the "Valid" "Oath of Office" of any Public-Fiduciary-Trustee

or **"Placeholder"** concerning this matter for the equal protections of the law with my

Adoption of the Bill of Rights for the Due-Processes and by accepting the public record

**"Official Bond"** or any other insurance-policies that may apply concerning fraud or

employee misconduct/ dishonesty and by entering and the making of this **special-**

**appearance-visitation-motion/notice for the "Tender"** before this administrative-court,

a place of **"TRUST"** as the Claimant/Witness/ Beneficiary to protect my Beneficial

Property Rights against Trespass or Breach of Fiduciary-Trust, "I", Douglas Vern

Hulstedt, *a man* stake this Claim for required "Speci" of any lawful payments owed,

acknowledgement, **MEMORANDUM OF LAW, <u>REQUIRED FORMS W9, B10</u>** and

Method of Process for the **"Due-Process"** *Guaranteed by the Bill of Rights*. **NOTE:** The

citation of state and federal statutes, codes, rules, regulations, and court citations, within

any document-contract created by me and not copyrighted by me, is only to notice my

servants that which is applicable to them and is not intended, nor shall be construed, to

mean that I confer, submit to, claim rights to or have entered into any jurisdiction alluded

to thereby, by the following; **MOTION/ NOTICE, FOR THIS POSTAL CONTRACT**

**"SUA-SPONTE" VERIFIED CLAIM FOR W9, B10 FORM "PROOF OF CLAIM"**

**DIRECTED TO ATTORNEY ROBERT ANDRES BONTA, AND THIS MEDICAL**

**BOARD BY ITS TRUSTEES, THIS INQUIRY-OFFER TO PAY AND SETTLE**

**AFTER A FINDINGS OF FACTS AND CONCLUSIONS OF LAW ARE**

**ENTERED INTO RECORD BY THE ALLEGED CLAIMANTS TO BE SWORN**

**TO AS DUE-PROCESS AND PROTECTION OF RIGHTS PROVIDED BY**

Page 2

1   PUBLIC FIDUCIARIES AND ATTORNEYS *ET.AL.* FOR THE ACCUSED,

2   "SPECI" OF PAYMENT TO BE DETERMINED FOR ANY LAWFUL-

3   PAYMENTS, MEMORAMDUM OF LAW, FORMS W9, B10 FORM, METHOD

4   OF PROCESS;

5
## TO THIS COURT/TRUSTEES A PLACE IN "TRUST"
6

7

8   ***CLAIMING NOW THIS TENDER INSTRUMENT***, DOUGLAS

9   HULSTEDT, M.D., CORPORATION # 3260008, A.K.A. = ROBERT ANDRES

10  BONTA, #202668, ATTORNEYS *et.al.* and this "Beneficiary" *as* Douglas Vern

11  Hulstedt, *a man* having the right to complain about ongoing **"Fraud"** hereby tenders this

12  good-faith **OFFER TO PAY ALL THAT IS LAWFULLY DUE** in this instant matter,

13  upon a timely reply noting the latest total amount due, after this Motion/Notice and

14  timely clarification and required forms = W9/B10 and an Administrative-Judicial-

15  Determination in written form of the "Thing" (Speci) required of to be tendered as

16  "Payment" (key word) by this MEDICAL BOARD OF CALIFORNIA, *its*

17  TRUSTEES/**Laurie Rose Lubiano, #256695** concerning **Constructed-Trust-Case No.**

18  **800-2021-079497;**

19

20  DOUGLAS HULSTEDT, M.D., CORPORATION #3260008, A.K.A. = ROBERT

21  ANDRES BONTA, #202668, ATTORNEYS *et.al.* *and this* "Beneficiary" *as* Douglas

22  Vern Hulstedt, *a man*, **COMMANDS** the timely answers to the following three very

23  material questions, before he/it can lawfully tender the subject court ordered (**EXHIBIT**

24  **1) [without the "Panoply" of Due-Process]** "Payment-Form-Speci" to wit;

25

26  **Please Identify** the actual "Thing" or "Substance" this MEDICAL BOARD OF

27  CALIFORNIA, *its* TRUSTEES/**Laurie Rose Lubiano, #256695** "Requires" (key word)

28  and can lawfully require, for such "Tender" of "Payment", *and*

Page 3

**Please Identify** the "California Constitutionally Valid Authority" (*Constitution of The State of California, Article 1 Declaration of Rights, Section 8 for Due-Process*) in which this MEDICAL BOARD OF CALIFORNIA, *its* TRUSTEES/**Laurie Rose Lubiano, #256695** of Court-Record **MAY** Lawfully "Require," as such above-mentioned "Thing" or "Substance" to be submitted regarding the actual "Tender" of such "Payment", *and*

**Please Clarify** that the above stated "Thing" required by this MEDICAL BOARD OF CALIFORNIA, *its* TRUSTEES/**Laurie Rose Lubiano, #256695** of Court-Record as stated above, is the same "Thing" as required by all other COURTS OF CALIFORNIA Orders, and Judgments [*Despite the Void of Due-Process by the Factual-Evidences*];

So there is no misunderstanding, the Undersigned-Contractor-Offeror clearly desires that the receiver(s) of this Postal-Contract-Document clearly understands that what the Undersigned-Contractor-Offeror **MAY** "Tender" or what payee will accept as a "Payment" is **NOT** the question herein above presented, but what it **"Requires"** pursuant to the Laws of the State of California as it Lawfully recognizes as its **"MONEY OF ACCOUNT"**, for all of its **COURTS OF CALIFORNIA of Court-Record-Proceedings = Case No. 800-2021-079497;**

## MATERIAL STATEMENT OF FACTS

There is some **valid** confusion about what this MEDICAL BOARD OF CALIFORNIA, *its* TRUSTEES/**Laurie Rose Lubiano, #256695** of Court-Record may Lawfully **"Require"** regarding the subject-issue, = **Case No. 800-2021-079497** since the year 1968 (See discussion below);

It appears that in 1968, The United States [government] <u>completely removed and eliminated</u> the specific "Medium of Exchange" that then, AT THAT TIME, clearly

specified, and does currently, as of the date of this document does now clearly specify as its **"MONEY OF ACCOUNT"** for itself and all of its Political Sub-divisions, Offices, Agencies, Boards, Branches, Bureaus, Departments, Divisions, Sub-Divisions, Administrative Law Tribunals, and its Constitution for the states;

## MONEY OF ACCOUNT *vs.* MEDIUM OF EXCHANGE

There appears to be only two basic legal phrases that relate to the topic of "Money" or "Units" available and daily used as "Money" in The United States of America Law. They are the specific United States [government] **"MONEY OF ACCOUNT"**, as clearly specified in the federal COINAGE ACT OF APRIL 2, 1792, at Section 20, to wit:

> *"And be it further enacted*, That the money of account of The United States shall be expressed in dollars or units, dismes or tenths, cents or hundreds, and milles or thousands, a dimes being a tenth part of a dollar, a cent the hundredth part of a dollar, a mille the thousands part of a dollar, and that all accounts in the public offices AND ALL PRODEEDINGS IN THE COURTS OF THE UNITED STATES shall be kept and had in conformity to this regulation". (Emphasis added), versus the much larger and older subject identified universally as a **"MEDIUM OF EXCHANGE"**;

## HISTORIC PERSPECTIVE

Over the past many years, since America's beginning, it is clear that the American People, in general, have used many "Mediums of Exchange" to conduct their own personal and private trade, exchange, barter, and business.  They have used such "Things" as eggs, chickens, ducks, lumber, Green Back Dollars, Silver Certificates, US Treasury Notes, United States Notes, Demand Notes, Legal Tender Notes, Interest Bearing Notes, Federal Reserve Notes, Credit Card money, Check Book money, Sea

Page 5

1  Shells, Beads, Tobacco, Gun Powder, trinkets, and Wampum.  Today, an exchange of a
2  Roto-tiller for a Lawnmower makes the Roto-tiller a "Medium of Exchange", but such
3  "Thing" and none of the above mentioned MEDIUM'S OF EXCHANGE, have ever been
4  Lawfully, or Constitutionally considered as the MONEY OF ACCOUNT of The United
5  States [government] or The State of California.  Also, none of the above "MEDIUMS
6  OF EXCHANGE" are today, considered as a value "at par" with such specifically
7  defined United States [government] or State of California "MONEY OF ACCOUNT";

8
9  ## THE TRUE AND LAWFUL UNITED STATES DOLLAR

10      It therefore appears that today's current United States [government] MONEY OF
11  ACCOUNT still <u>specifically identifies</u> The United States [solid silver] Dollar.  It also
12  appears that The United States Dollar is only defined and clearly specified in the federal
13  COINAGE ACT OF APRIL 2, 1792 (supra) and NOWHERE ELSE.  Therein The United
14  States Dollar was, and still is <u>clearly specified</u> as an extremely precise weight or
15  measurement of a metallic substance in the particular form and weight of a "coin".  It is
16  the "Dollar" specified in the federal COINAGE ACT OF APRIL 2, 1792, cited above
17  that clearly mandates that it is the only "Thing" that can be required in ALL United States
18  District Courts and State of California proceedings and actions as mentioned above.

19      The historic phrase "Sound as a Dollar" comes to mind as a comparison to today's
20  many different Mediums of Exchange, and their daily fluctuation with the commercial
21  world silver markets.  Some people even buy and sell today's private Federal Reserve
22  Notes – erroneously called "Dollars", for a "profit or loss" through a procedure known
23  as Arbitrage.  Arbitrage did not exist when the truly defined "United States Dollar" was
24  based on the .999 fine SILVER STANDARD and when the phrase "Sound as a Dollar"
25  had true meaning.  Today, it takes at this time approximately twenty (22) Federal Reserve
26  Notes to purchase a non-collectable, standard United States Silver Dollar in a coin shop.
27  In other words, it is a fact that there has been a 3,400% devaluation of what the American
28

Page 6

1  people use as "Money" and erroneously call a "Dollar", just since 1968 when The United
2  States Government, <u>itself only</u>, went off what was known as the "SILVER
3  STANDARD".

4       The "SILVER STANDARD" has always existed and still exists, and is still a valid
5  measurement of the value of silver and silver based coins, but it no longer effects the
6  value of any United States "Legal Tender" paper, fiat money.  This is the simple reason
7  that today's People, including those reading this "Contract-Document", earn more
8  money in the form of numbers, but that the so-called "Money" doesn't go as far as it did
9  in 1968.

10      The Undersigned-Contractor is therefore genuinely confused as to what this
11 MEDICAL BOARD OF CALIFORNIA, *its* TRUSTEES/**Laurie Rose Lubiano,**
12 **#256695** of Court-Record **CAN** Lawfully **"Require"** regarding its requested
13 **"Payment"** of the subject alleged amount due **(EXHIBIT 1),** as none of the above
14 "Mediums of Exchange" are even remotely considered "at par" today with the historic
15 and specific United States "Dollar," "Disme", "Cent", and "Mill" as clearly specified in
16 the federal COINAGE ACT OF APRIL 2, 1792.

17      The Undersigned-Contractor has learned that "Cash" in the form of today's
18 private Federal Reserve Notes are **NOT NOW**, nor have they **EVER** been considered as
19 the **"MONEY OF ACCOUNT"** of The State of California, or its Political Sub-divisions,
20 Offices,   Agencies,   Boards,   Branches,   Bureaus,   Departments,   Sub-Divisions,
21 Administrative Law Tribunals, and Constitutional, Article VI, Judicial Department –
22 Courts of Record, which are **"Required"** to **"Receive"** them **IF** **"Tendered"**.  Private
23 Federal Reserve Notes have **NEVER** been considered as "<u>Lawful Money of The United</u>
24 <u>States</u>", pursuant to the federal COINAGE ACT OF APRIL 2, 1792, the federal
25 COINAGE ACT OF 1968.

26

27      It is hereby stipulated that private Federal Reserve Notes have been designated as
28 "<u>legal tender for all debts public and private</u>", but that designation only places a burden

Page 7

on the receiver to **"Receive"** them, and places absolutely <u>**NO**</u> burden on the one who may or may not **"Tender"** such *as* a **"Payment"**.  It is therefore understood by the Undersigned-Contractor that **"Cash"** in the form of today's private Federal Reserve Notes, cannot, and does not Lawfully qualify as, or is at par with, the specifically designated **"MONEY OF ACCOUNT"** of the COINAGE ACT OF APRIL 2, 1792 clearly designated as – the "Dollar, Disme, "Cent, and Mill".

It should be noted that historically, even the old "Silver Certificate" which was invalidated in 1968, was **NEVER** Lawfully considered as a United States "Dollar".  It clearly was merely a "Certificate" that only "Certified", as thereon stated, that there was a United States [solid silver] "Dollar" in the Treasury of The United States of America - Payable to the Bearer on Demand.  In other words, it merely "Certified" that there was a real United States [solid silver] "Dollar", way over there, at the Treasury of The United States.  It, therefore, was <u>**NOT**</u> a United States "Dollar" itself.  It was merely a "Dollar Bill" that was to be presented, <u>**AS A BILL**</u>, for "Payment" of a real United States [solid Silver] "Dollar", and that presentment action was to be done at the Treasury of The United States of America.  Of course, that is not possible today, nor, at any time since 1968.

The Undersigned-Contractor hereby Claims that **he** has herein tendered this <u>**VERIFIED GOOD FAITH OFFER TO PAY AND SETTLE**</u> the subject amount *alleged* to be due by an officer, agent, or employee of the MEDICAL BOARD OF CALIFORNIA, *its* TRUSTEES/**Laurie Rose Lubiano, #256695** of Court-Record, AND WILL AGAIN DO SO IMMEDIATELY AFTER THE MEDICAL BOARD OF CALIFORNIA, *its* TRUSTEES/**Laurie Rose Lubiano, #256695** of Court-Record makes the **"Thing"** or "Substance" of such "MONEY OF ACCOUNT" more definite and certain on this record, as to what it can lawfully "Determine" as a Lawful "Payment".

Also, in addition, in House Joint Resolution No. 192, of the 73rd Congress, 1st Session, Approved June 5, 1933, at 4:30p.m. (See MEMORANDUM OF LAW BELOW) the Congress of The United States [government] made it impossible for We

Page 8

the People to "Pay" (key word) for any obligations or "Debts" leaving only the remedy to merely "DISCHARGE" such obligations and "Debts".

American Law and Jurisprudence also clearly states that only Silver and Gold Coin may be used as a "Payment" of a "Debt", and that all other forms of "Legal Tender" may only be used to <u>Discharge</u> [not pay] a <u>Debt</u>. When one thinks they have "Paid" off their house mortgage, the document issued is clearly identified as a MORTGAGE DISCHARGE. American Title Company, or any title company, knows the difference between a "Payment" of a mortgage or Promissory Note, and a "DISCHARGE" of a mortgage, or Promissory Note, or any other "Debt".

Good-Faith-Request is hereby made for the receiver(s) of this Document-Contract to timely look up, know, and understand the legal meanings of the words "Payment", "Discharge", "Dollar" and "Debt" in order to clearly know and understand this **VERIFIED GOOD FAITH OFFER TO PAY AND SETTLE** and the PAYMENT OF THE DEBT vs. DISCHARGE OF THE DEBT issues presented herein.

Again, this Undersigned-Contractor hereby respectfully requests that THE MEDICAL BOARD OF CALIFORNIA, *it's* TRUSTEES/**Laurie Rose Lubiano, #256695** of Court-Record to make the **"MEDIUM OF EXCHANGE"** to be used as a **"Lawful Payment"** for the subject alleged amount due, more **definite and certain**, as time is of the essence.

The Undersigned-Contractor respectfully requests the answer to this valid sought-after information to be timely presented to the name and the location mentioned above within a reasonable ten (10) days, as **TIME IS OF THE ESSENCE**.

If there is a **DEFAULT** and subsequent **DISHONOR** of this timely **VERIFIED, GOOD FAITH OFFER TO PAY AND SETTLE**, it will be noted, and the alleged Amount Due, will be deemed to be fully **"DISCHARGED"** as a function of law American Law and Jurisprudence, as clearly provided in both today's Stare Decisis, and today's Uniform Commercial Code UCC;

Page 9

# ATTESTATION/DECLARATION OF FACTS

I am over the age of twenty-one years, have personal knowledge of the matters stated herein, and hereby offer to be a witness to which I can and will competently testify regarding the written Facts contained in this Declaration. In the federal COINAGE ACT OF 1968, The United States government went off of the "Silver Standard". In the federal COINAGE ACT OF 1968, the act of The United States [government] going off of the Silver Standard, did not invalidate the centuries old Silver Standard. By going off of the Silver Standard, with the federal COINAGE ACT OF 1968, The United States [government] invalidated the MEDIUM OF EXCHANGE used for its own MONEY OF ACCOUNT for itself and all United States and State Court proceedings. The MEDIUM OF EXCHANGE used for THE MONEY OF ACCOUNT of The United States of America is found in the federal COINAGE ACT OF APRIL 2, 1792, at Section 20, to wit:

> "*And be it further enacted*, That the money of account of The United States shall be expressed in dollars or units, dismes or tenths, cents or hundreds, and milles or thousands, a disme being a tenth part of a dollar, a cent the hundredth part of a dollar, a mille the thousands part of a dollar, and that all accounts in the public offices AND ALL PROCEEDINGS IN THE COURTS OF THE UNITED STATES shall be kept and had in conformity to this regulation". (Emphasis added)

The MEDIUM OF EXCHANGE for the MONEY OF ACCOUNT of The United States [government], and The State of California has **NEVER** been redefined and remains the same as stated above. (Full Faith and Credit, Equal Standing. Article IV, Sec, 1, US Constitution, c. 1789.) The only American Law that ever defined the American dollar was the federal COINAGE ACT OF APRIL 2, 1792. The federal COINAGE ACT OF APRIL 2, 1792, clearly defined the American dollar as a very precise weight and grade of Silver stamped in the form of a coin, with a seriated edge to discourage whittling of the precious metal thus devaluing the coin. The smallest unit of American measurement was and is the "Grain", i.e., a "Grain of Wheat". From the beginning, there have always been 480 grains to equal one (1) American ounce. The American dollar was patterned after the

CASE NO. 800-2021-079497 VERIFIED CLAIM FOR W9, B10 FORM "PROOF OF CLAIM"
Copyrighted-Works this Document-Contract by the Douglas Vern Hulstedt, Author

old Spanish Milled Dollar that had been used in the thirteen American colonies for many years. To create the American Dollar with the same (silver content) value as the old Spanish Milled Dollar, the American government weighed a large amount of Spanish Milled Dollars, to determine the average weight of such money. It was determined that the average Spanish milled a dollar weighed the equivalent of 371.25 grains of pure silver. The Coinage Act of April 2, 1792, thereafter mandated that the new American dollar would weigh exactly and precisely 271 and 4/16 grains of pure silver. (That's a weight equal to a grain of wheat divided into 16 precise and equal parts.) The above stated weight, and a case that the American government further divided weight of a grain into sixteen equal and minute subparts. The federal COINAGE ACT OF APRIL 2, 1792, at Section 9, clearly identified the penalty for those working at the mint for debasing the American dollar with a weight less than specified, for the purpose of personal profit or gained, or otherwise with a fraudulent intent, . . . **"every such officer or person who shall commit any or either of the side offences, shall be guilty of felony, and shall suffer death."** Each coin minted with a value above a half disme was to have a seriated edge to discourage the unlawful whittling, and related reduction in a specific and declared weight of the American coins. All of the American coins were to be made and with a precise finance of a precious metal, whether Gold or Silver. All of the American coins that were made with a precise fineness of a precious metal were defined as a money of "Speci". All paper money printed and used in The United States that were and are not backed by a precious metal coin are known today as "Fiat Money". All of today's nickel-copper "Clad" coins minted and used in The United States that were and are not backed by a precious metal, were and are also known as "Fiat money". The Constitution for The United States of America, at Article I, Section 8, gave The United States Congress the authority to: **"Coin Money, regulate the Value thereof, and of foreign Coin, and fix the Standard of Weights and Measures."** There is absolutely no provision in today's Constitution for The United States of America for the printing of paper money. The just weights for American money was established by Congress, within the various coinage

Page 11

1   acts, by fixing and regulating the quantity and fineness of gold and silver at a dollar weight
2   or disme weight contained.  Thus, when a silver coin labeled "One Dollar" exchanges
3   hands, both parties readily understand exactly what the "Medium of Exchange" is and the
4   precise amount of silver they have traded.

## DECLARATION OF PERSONAL DISCLAIMER AND CAVEAT

The undersigned-contractor also declares that he is not expert in Law, but knows right from wrong. That if there is any *human* damaged by any statements herein, DEMAND is hereby made to him/her or of him/her to inform the Undersigned-Contractor, by stated and provable facts, and then Douglas Vern Hulstedt *a man* will then sincerely make every effort to change his truly and sincerely held understandings and beliefs as stated in the hereinbefore presented AFFIDAVIT OF FACTS STATEMENT.

The Undersigned-Contractor, thus hereby and herein reserves the right to amend and make subsequent amendments to this Postal-Document-Contract as necessary in order that the True Ultimate Facts may be timely ascertained.

If any party given **Notice** by means of this Document-Contract has valid information that would controvert and overcome the subject **ATTESTATION/DECLARATION OF FACTS** as shown in this good faith **VERIFIED DECLARATION AND INQUIRY-DISCLOSURE-CLAIM** is hereby made for them to timely advise the undersigned, **IN WRITTEN**, in **DECLARATION FORM**, within a reasonable **ten (10) days** from receipt thereof, providing the undersigned, with a valid and timely Counter Declaration, providing and stating with particularity, all requisite constitutionally valid law(s) and authorities, not merely stating ultimate facts or conclusions of law, that this **DECLARATION OF FACTS STATEMENT** is substantially and materially false, sufficiently to change materially its factual declarations.

**DUE PROCESS NOTICE** is hereby also given that the receivers of this Document-Contract silence will stand as consent/confess to, and tacit approval of, the

Page 12

factual declarations herein being established as **Fact**, as a matter of Law.   Reserving **ALL** Natural-God-Given, Unalienable (Un-Lienable) Birthrights, Waving none, Ever. 28 U.S.C., Section 1746. "BILL OF PARTICULARS" CONTRACT MAY FOLLOW;

# MEMORANDUM OF AMERICAN LAW
# JUSTIFIABLY RELIED UPON

Notice the specific words "Payment", "Discharge", "Dollar", "Money", "Legal Tender" and "Debt";

### JOINT RESOLUTION TO SUSPEND THE GOLD STANDARD
### AND ABROGATE THE GOLD CLAUSE, JUNE 5, 1933
### H.J. Res. 192, 73rd Cong., 1st Session:

Whereas the holding of or dealing in gold affect the public [government] interest, and therefore subject to proper regulation and restriction; and Whereas the existing emergency has disclosed that provisions of obligations which purport to give the obligee a right to require <u>payment</u> in gold or a particular kind of <u>coin</u> or currency <u>of The United States</u>, or in an amount of <u>money of The United States</u> measured thereby, obstruct the power of the Congress to regulate the value of <u>money of The United States</u>, and are inconsistent with the declared policy of the Congress to maintain at all times the equal power of every <u>dollar, coined or issued by The United States</u>, in the markets and in the <u>payment of debts</u>. Now, therefore, be it Resolved by the Senate and House of Representatives of The United States of America in Congress assembled, That (a) <u>every provision contained in</u>

Page 13

CASE NO. 800-2021-079497 VERIFIED CLAIM FOR W9, B10 FORM "PROOF OF CLAIM"
Copyrighted-Works this Document-Contract by the Douglas Vern Hulstedt, Author

or made with respect to any [contractual] obligation which purports to give the obligee a right to require payment in gold or a particular kind of coin or currency, or in an amount in money of The United States measured thereby, is declared to be against Public [government] Policy; and no such provision shall be contained in or made with respect to any [contractual] obligation hereafter incurred. Every [contractual] obligation, heretofore or hereafter incurred, whether or not any such provisions is contained therein or made with respect thereto, shall be discharged upon payment, dollar for dollar, in any such coin or currency which at the time of payment is legal tender for public [governmental] and private debts. Any such provision contained in any law authorizing obligations to be issued by or under authority of The United States, is hereby repealed, but the repeal of any such provision shall not invalidate any other provision or authority contained in such law.  (b) As used in this resolution, the term "obligation" means an obligation (including every obligation of and to The United States, (excepting currency) payable in money of The United States; and the term "coin or currency" means coin or currency of The United States, including Federal Reserve Notes and circulating notes of Federal Reserve Banks and national banking associations.

SEC. 2. The last sentence of paragraph (1) of subsection (b) of section 43 of the Act entitled "An Act to relieve the existing national economic emergency by increasing agricultural purchasing power, to raise revenue for extraordinary expenses incurred by reason of such emergency, to provide emergency relief with respect to agricultural indebtedness, to provide for the orderly liquidation of joint-stock land

Page 14

banks, and for other purposes", approved May 12, 1933, is amended to read as follows:

"All coins and currencies of The United States (including Federal Reserve Notes and circulating notes of Federal Reserve Banks and national banking associations) heretofore or hereafter coined or issued, shall be <u>legal tender for all debts</u>, for public [governmental] and private, public charges, taxes, duties, and dues, except that gold coins, when below the standard weight and limit of tolerance provided by law for the single piece, shall be legal tender only at valuation in proportion to their actual weight";

Approved June 5, 1933, 4:30 p.m.

Article VI, – JUDICIAL DEPARTMENT – Courts of Record, as clearly specified in the <u>California Government Code</u>, Section 6850, (Article VI, Cl. 2, Constitution for The United States of America, C. 1789.) (full faith and credit, equal standing.  Article IV, Sec, 1, US Constitution, c. 1789.) to wit:

"The MONEY OF ACCOUNT of the State of California <u>AND ALL COURT PROCEEDINGS, shall be had and held in the</u> [precise] <u>form of the</u> [silver] <u>Dollar,</u> [copper] <u>Cent and</u> [copper] <u>Mill</u>". [the old historic Mill being 1/10th of a Cent] (Emphasis added)

It also appears that this specifically identified California "MONEY OF ACCOUNT" is the only "<u>Thing</u>" this California Administrative Court of Record may Lawfully "<u>Require</u>" regarding a Lawful "Payment" of **ANY** court ordered judgment.  If the receiver of this timely and Lawful "<u>Offer to Pay and Settle in the nature of a U.C.C. Presentment</u>" can find and cite any OTHER California Constitutionally valid law or authority that clearly specifies some OTHER "Medium of Exchange" that would Constitutionally qualify as the above cited California "MONEY OF ACCOUNT", he or she will be the first State or Federal public servant to do so.  As of the date of this

Page 15

1   Document-Contract, there have been many California Political Sub-divisions, Offices,
2   Agencies, Boards, Branches, Bureaus, Departments, Divisions, Sub Divisions,
3   Administrative Law Tribunals, and California Constitutional – Judicial Department –
4   Courts of Law, that have **NOT** been able to find any such California Constitutionally
5   valid authority **ANYWHERE!**

6       **NOTE:** This specific California "MONEY OF ACCOUNT" designation appears
7   not only in today's <u>California Government Code</u>, Section 6850 (supra), but it is also
8   cross-referenced in that sections "Historic note" as also being located in the historic 1872
9   <u>California Political Code</u>, at Chapter XII, Section 3272.  More research has also found
10  the same mandated "MONEY OF ACCOUNT", located in the even more ancient and
11  historic <u>1850 California Statute</u>, No. 41.

12      AT THE TIME of the creation of the above-cited earlier citations (indicating the
13  intent of the *original* law makers) there were **NO** Federal Reserve Notes, Check Book
14  Money, or Credit Card Money.  Since the <u>precise wording</u> of these three different
15  California Authorities IS THE SAME, it appears that such California "MONEY OF
16  ACCOUNT" has <u>never</u> been changed from its inception as cited in the original <u>1850</u>
17  <u>California Statute</u> No. 41, all the way through today's newest <u>California Government</u>
18  <u>Code</u>, Section 6850.

19      Because of its historic past, and the precise legal definitions OF THE DAY, it
20  appears that the "<u>Intent</u> of the <u>Original</u> Law Maker" was that the subject "MONEY OF
21  ACCOUNT" - "Dollar", "Cent" and "Mill", is specifically identified to be the old,
22  original, historic, [solid silver] "Dollar", a coin of 371.25 [4/16] grains of .999 fine silver,
23  the old [solid copper] "Cent" and the very old [solid copper] "Mill", as mandated by the
24  federal COINAGE ACT OF APRIL 2, 1792.
25
26
27
28

Page 16

This historic **"Fact of Law"** presents a real problem to today's California Tribunals as such specifically defined California "MONEY OF ACCOUNT" is **NOT NOW** "Current" as a specific "Currency" or "Lawful-Money of The United States" of today, nor is it even currently available in today's banks to the general public at large.

The MEDIUM OF EXCHANGE used for THE MONEY OF ACCOUNT of the State of California, is clearly specified in California Government Code, Section 6850, to wit:

"The MONEY OF ACCOUNT of The State of California **and all Court proceedings, shall be had and held in the** [precise] **form of the** [silver] **Dollar,** [copper] **Cent and** [copper] **Mill"**. [the old historic Mill being 1/10th of a Cent] (Emphasis added);

# OFFER TO PAY AND SETTLE
## MEMORANDUM OF CALIFORNIA LAW,

**Under the Full Faith and Credit of the States; Equal Standing**

California Civil Code, Section 1485,

Extinction of Obligation;

**OBLIGATION EXTINGUISHED BY OFFER OF PERFORMANCE**. An obligation is extinguished by an offer of performance, made in conformity to the rules herein prescribed, and with intent to extinguish the obligation.  (Enacted 1872)

**"Tender" is offer of performance made with intent to extinguish obligation and when properly made the effect of putting other party in default if he/she/it refuses to accept it.**
**Still v. Plaza Marina Commercial Corp. (1971) 98 Cal.Rptr. 414, 21 C.A.3d 378.**

Page 17

California Civil Code, Section 1487,

Person required to make offer;

California Civil Code, Section 1488,

Procedure in making offer;

An offer of performance must be made to the creditor, or to any one of two or more joint creditors, or to a person authorized by one or more of them to receive or collect what is due under the obligation, if such creditor or authorized person is present at the place where the offer may be made; and if not, wherever the creditor may be found. (Enacted 1872.  Amended by Code Am.1873-74, c. 612, p. 240, Section 183.)

California Civil Code, Section 1489,

Place of offer;

**WHERE OFFER MAY BE MADE.** In the absence of an express provision to the contrary, an offer of performance may be made, at the option of the debtor:

1. At any place appointed by the creditor; or,

2. Wherever the person to whom the offer ought to be made can be found; or,

3. If such person cannot, with reasonable diligence, be found within this State, and within a reasonable distance from his residence or place of business, or if he evades the debtor, then at his residence or place of business, if the same can, with reasonable diligence, be found within the State; or,

4. If this cannot be done, then at any place within this State (Enacted 1872);

page 18

"Where mortgagee is absent from the state during the period of redemption, the tender to redeem must be made as required by the provision of this section that the tender may be made at his residence or place of business, if the same can be found, and, if not, <u>at any place within the state</u>".  (Emphasis added)  <u>Swain v. Jacks</u> (1889) 57 P. 989, 125 C. 215.

<u>California Civil Code</u>, Section 1490,
Time of offer;

**WHEN OFFER MUST BE MADE**. Where an obligation fixes a time for its performance, and offer of performance must be made at that time, within reasonable hours, and not before nor afterwards (Enacted 1872);

"Where considering the whole transaction, a mortgage is evidently intended, a tender upon the exact day is not strictly necessary to preserve the rights of the parties as to redemption". <u>**Pioneer Gold Min. Co. v. Baker (C.C.1885) 23 F. 258,**</u>

<u>California Civil Code</u>, Section 1496,
Production of thing to be delivered;

**<u>PRODUCTION OF THING TO BE DELIVERED NOT NECESSARY</u>**
"The thing to be delivered, if any, need not in any case be actually produced, upon an offer of performance, unless the offer is accepted" (Enacted 1872);

Page 19

"Where there is no objection by payee to form of offer, and writing itself prescribes no particular form, physical tender of money itself is unnecessary".

Moriarty v. Carlson (1960) 7 Cal.Rptr. 282, 184 C.A.2d 51.

"In view of this section and Section 1501 declaring that all objections to the mode of an offer which could be stated at the time to the person making the offer, and could be then obviated by him, are waived unless then stated, in case of an offer to pay money, actual production of it is waived unless demanded at the time".

Green v. Barney (1894) 36 p. 1026, 4 C.U. 665.

California Civil Code, Section 1498,
Offer dependent upon performance of conditions;

PERFORMANCE OF CONDITION PRECEDENT. When a debtor is entitled to the performance of a condition precedent to, or concurrent with, performance on his part, he may make his offer to depend upon the due performance of such condition (Enacted 1872);

"Validity of tender was not impaired by coupling with it demand for return of property pledged as security, in view of Sections 1498 and 1504".

Perry v. Bank of Bakersfield (1918) 170 P. 415, 177 C. 206.

California Civil Code, Section 1501,
Time for objection to mode of offer;

Page 20

<u>**OBJECTIONS TO MODE OF OFFER**</u>. All objections to the mode of an offer of performance, which the creditor has an opportunity to state at the time to the person making the offer, and which could be then obviated by him, are waived by the creditor, if not then stated (Enacted 1872);

"Purpose of this section requiring that person to whom tender is made must specify any objection he has to tender is to allow debtor who is willing and able to pay his debt to know what his creditor demands so that debtor may, if he wishes, make conforming tender".

<u>Noyes v. Habitation Resources, Inc.</u> (App. 2 Dist. 1975) 123 Cal.Rptr. 261, 49 Cal.App.3d 910, 82 A.L.R.3d 1192;

"This section and C.C.P. Section 2076, providing that objections to tender are waived if not specifically made, must be read as though parts of same statute".

<u>Hind v. Oriental Products Co.</u> (1925) 235 P. 438, 195 C. 655;

"This section is not restricted to objections to the thing offered, and the time and mode of offering it, but applies also to objections to the conditions on which the tender is made".

<u>Kofoed v. Gordon</u> (1898) 54 P. 1115, 122 C. 314;

"The basis of the rule that objections to a tender not raised are deemed waived is that ordinarily a party who makes an improper tender through no fault of his own should be given an opportunity to correct it".

<u>Weinberg v. Dayton Storage Co.</u> (1942) 124 P.2d 155. 50 C.A.2d 750;

Page 21

"If creditor objects to mode of tender, it must be on ground that there is no lawful offer of money.

Noyes v. Habitation Resources, Inc. (App. 2 Dist. 1975) 123 Cal.Rptr. 261, 49 Cal.App.3d 910;

"Where there is no objection by payee to form of offer, and writing itself prescribes no particular form, physical tender of money itself is unnecessary".

Moriarty v. Carlson (App. 2 Dist. 1948) 83 Cal.App.2d 745, 189 P.2d 51;

"A creditor who objects to mode of an offer of performance, which creditor has an opportunity to state, must so state it, if objection could have been obviated by the other party, otherwise it will be waived".

Hohener v. Gauss (App. 2 Dist. 1963) 34 Cal.Rptr. 656, 221 Cal.App.2d 797;

"In view of this section and Section 1496, which provides that, unless an offer of performance be accepted, the thing to be delivered need not be actually produced in case of an offer to pay money, actual production of it is waived unless demanded at the time".

Green v. Barney (1894) 36 P. 1026, 4 C.U. 665;

"Creditor may not remain silent regarding tender and later surprise debtor with hidden objections thereto".

Noyes v. Habitation Resources, Inc. (App. 2 Dist. 1975) 123 Cal.Rptr. 261, 49 Cal.App.3d 910;

California Civil Code, Section 1504,

Page 22

Effect of offer on interest and incidents of obligation;

**EFFECT OF OFFER ON ACCESSORIES OF OBLIGATION**. An offer of payment or other performance, duly made, though the title to the thing offered by not transferred to the creditor, stops the running of interest on the obligation, and has the same effect upon all its incidents as a performance thereof (Enacted 1872);

"Validity of <u>tender was not impaired by coupling with it demand for return of property pledged as security</u>, in view of Sections 1498 and this section". (Emphasis added.) <u>Berry v. Bank of Bakersfield</u> (1918) 170 P. 415, 177 C. 206.

"Where a tender is made of the full amount due before suit is brought, and the tender is kept good and brought into court, the judgement should be for plaintiff for the amount tendered and for defendant for his costs."
<u>Curiac vs. Abadie</u>, (1864) 25 Cal 502;

"Tender of amount of obligation must be duly made and in good faith to <u>discharge lien given as collateral security</u> thereof." (Emphasis added.)
<u>Sondel v. Arnold</u> (1934) 39 P.2d 793, 2 C.2d 87;

"Tender of mortgage debt with interest and title examination fee and mortgagee's refusal without objection <u>discharged mortgage lien</u>." (Emphasis added.) <u>Wiemeyer v. Southern Trust & Commerce Bank</u> (1930) 290 P. 70, 107 C.A. 165.

Page 23

California Civil Code, Section 1511,

Causes excusing performance;

The want of performance of an obligation, or of an offer of performance, in whole or in part, or any delay therein, is excused by the following causes, to the extent to which they operate:

1. When such performance or offer is prevented or delayed by the act of the creditor, or by the operation of law, even though there may have been a stipulation that this shall not be an excuse; however, the parties may expressly require in a contract that the party relying on the provisions of this paragraph give written notice to the other party or parties, within a reasonable time after the occurrence of the event excusing performance, of an intention to claim an extension of time or of an intention to bring suit or of any other similar or related intent, provided the requirement of such notice is reasonable and just;

2. When the debtor is induced not to make it, by any act of the creditor intended or naturally tending to have that effect, done at or before the time at which such performance or offer may be made, and not rescinded before that time.  (Enacted 1872.  Amended by Stats. 1968, c. 1730, p. 3888, § 1.)

California Civil Code, Section 1512,

Performance prevented by creditor;

If the performance of an obligation be prevented by the creditor, the debtor is entitled to all the benefits which he would have obtained if it had been performed by both parties.  (Enacted 1872. Amended by Code Am. 873-74, c. 612, p. 240, § 184.)

Page 24

1   California Code of Civil Procedure, Section 2074,

2   Rejected offer as equivalent to production and tender of money, instrument, or

3   property.

4   An offer in writing to pay a particular sum of money, or to

5   deliver a written instrument or specific personal property, is, if not

6   accepted, equivalent to the actual production and tender of the money,

7   instrument, or property (Enacted 1872);

8

9   Under this section, where circumstances authorized the use of

10  mails, was effective when deposited in the mail and was equivalent to

11  tender on the mailing date.

12  **State v. Agostini (App. 1 Dist. 1956) 139 Cal.App.2d 909, 294**

13  **P.2d 769;**

14

15  California Code of Civil Procedure, Section 2075,

16  Right to receipt for payment or delivery;

17

18  Whoever pays money, or delivers an instrument or property, is

19  entitled to a receipt therefore from the person to whom the payment

20  or delivery was made, and may demand a proper signature to such

21  receipt as a condition of the payment or delivery (Enacted 1872);

22  California Code of Civil Procedure, Section 2076,

23  Objections to tender; time; specification;

24

25  The person to whom a tender is made must, at the time, specify

26  any objection he may have to the money, instrument, or property, or

27  he must be deemed to have waived it; and if the objection be to the

28  amount of money, the terms of the instrument, or the amount or kind

Page 25

CASE NO. 800-2021-079497 VERIFIED CLAIM FOR W9, B10 FORM "PROOF OF CLAIM"
Copyrighted-Works this Document-Contract by the Douglas Vern Hulstedt, Author

of property, he must specify the amount, terms, or kind which he requires, or be precluded from objecting afterwards (Enacted 1872);

"The rationale of the requirement of the specific objection is that the offeror should be permitted to remedy any defects in his tender; the offeree is therefore not allowed to remain silent <u>at the time of the tender</u> and later surprise the offeror with hidden objections."

<u>Thomassen v. Carr,</u> (1967) 250 C.A.2d 341; 58 Cal. Rptr. 297;

"Provisions of this section concerning requirements for objections to tender applies when tender is made".

<u>Canal-Randolph Anaheim, Inc. v. Moore</u> (App. 4 Dist. 1978) 144 Cal.Rptr. 474, 78 Cal.App.3d 477;

"This section is liberally construed",

<u>Kofoed v. Gorden</u> (1898) 122 Cal. 314, 54 P. 1115;

"West's Ann.Cal.C.C.P. Section 2076, requiring objections to tender to be specified and West's Ann.Cal.Civ.Code Section 1501, providing that all objections to mode of offer or performance are waived by creditor if not stated at time to person making offer, should be read together".

<u>Sanguansak v. Myers</u> (App. 1 Dist. 1986) 223 Cal.Rptr. 490, 178 Cal.App.3d 110;

"West's Ann.Cal.C.C.P. Section 2076, and West's Ann.Cal.Civ.Code Section 1501 are primarily intended to protect debtors/offerors who perform or tender performance in good faith

CASE NO. 800-2021-079497 VERIFIED CLAIM FOR W9, B10 FORM "PROOF OF CLAIM"
Copyrighted-Works this Document-Contract by the Douglas Vern Hulstedt, Author

from harm by creditors/offerees who refuse to accept or intentionally fail to demand proper tender".

Sanguansak v. Myers (App. 1 Dist 1986) 223 Cal.Rptr. 490, 178 Cal.App.3d 110;

"Purpose of statutes requiring that person to whom tender is made must specify any objection he/she has to tender is to allow debtor who is willing and able to pay his/her/it debt to know what his/her/it creditor demands so that debtor may, if he/she/it wishes, make conforming tender".

Noyes v. Habitation Resourses, Inc. (App. 2 Dist. 1975) 123 Cal.Rptr. 261, 49 Cal.App.3d 910;

"Provision of this section requiring person to whom tender is made to specify any objection he has to money or be deemed to have waived it are for purpose of informing debtor, who is willing and able to pay his debt, that he may if he chooses, make offer conform.

Still v. Plaza Marina Commercial Corp. (App. 5 Dist. 1971) 98 Cal.Rptr. 414, 21 Cal.App.3d 378;

"If creditor objects to mode of tender, it must be on ground that there is no lawful offer of money.

Noyes v. Habitation Resourses, Inc. (App. 2 Dist. 1975) 123 Cal.Rptr. 261, 49 Cal.App.3d 910;

"Where there is no objection by payee to form of offer, and writing itself prescribes no particular form, physical tender of money itself is unnecessary".

Page 27

CASE NO. 800-2021-079497 VERIFIED CLAIM FOR W9, B10 FORM "PROOF OF CLAIM" Copyrighted-Works this Document-Contract by the Douglas Vern Hulstedt, Author

<u>Moriarty v. Carlson</u> (App. 2 Dist. 1948) 83 Cal.App.2d 745, 189 P.2d 51;

"A tender need not be kept good when it appears that it will not be accepted".

<u>Hossom v. City of Long Beach</u> (App. 2 Dist. 1948) 83 Cal.App.2d 745, 189 P.2d 787;

"Rational of requirement that offeree make specific objection to offeror's tender or waive objection to conditions imposed by offeror is that offeror should be permitted to remedy any defects in his tender".

<u>Layton v. West</u> (App. 1 Dist. 1969) 76 Cal.Rptr. 507, 271 Cal. App.2d 508;

"The basis of the rule that objections to a tender not raise are deemed waived is that ordinarily a party who makes an improper tender, through no fault of his own, should be given an opportunity to correct it".

<u>Weinberg v. Dayton Storage Co.</u> (App. 1 Dist. 1942) 50 Cal.App.2d 750, 124 P.2d 155;

"A creditor who objects to mode of an offer of performance, which creditor has an opportunity to state, must so state it, if objection could have been obviated by the other party, otherwise it will be waived".

<u>Hohener v. Gauss</u> (App. 2 Dist. 1963) 34 Cal.Rptr. 656, 221 Cal.App.2d 797;

CASE NO. 800-2021-079497 VERIFIED CLAIM FOR W9, B10 FORM "PROOF OF CLAIM"
Copyrighted-Works this Document-Contract by the Douglas Vern Hulstedt, Author

"Creditor may not remain silent regarding tender and later surprise debtor with hidden objections thereto".

Noyes v. Habitation Resourses, Inc. (App. 2 Dist. 1975) 123 Cal.Rptr. 261, 49 Cal.App.3d 910;

"Defendant, not having objected to amount and terms of tender, cannot first urge on appeal that tender was subterfuge".

Weyse v. Biedebach (App. 2 Dist. 1927( 86 Cal.App. 736, 261 P. 1092;

"Objections to time and mode of tender, not having been made at time nor till trial, are deemed waived".

Smith v. Lobb (App. 1917) 33 Cal.App. 790, 166 P. 1026;

"All objections to a tender by personal check, cashier's check or by money are waived by the creditor if not then stated".

Rose v. Hecht (App. 2 Dist. 1949) 94 Cal.App.2d 662, 211 P.2d 347;

"By failure to object to a tender as to the mode of the offer, the party to whom the tender is made waives the grounds of the objections which he had an opportunity to state at the time and which could then have been obviated by the tenderer".

Smith v. Central & Pacifice Imp Corp. (App. 1 Dist. 1919) 45 Cal.App. 348, 187 P. 456;

Uniform Commercial Code, Section 3603 (b),

Tender of Payment;

Page 29

"If tender of payment of an obligation to pay an instrument is made to a person entitled to enforce the instrument and the instrument is refused, there is discharge, to the extent of the amount of the tender of the obligation of an indorser or accommodation party having a right of recourse with respect to the obligation to which the tender relates".

<u>Uniform Commercial Code</u>, Section 3604,

Tender of Payment;

1. Any party making full tender of payment to a holder when or after it is due is discharged to the extent of all subsequent liability for interest, costs, and attorney's fees.
2. The holder's refusal of such tender wholly discharges any party who has a right of recourse against the party making tender.
3. Where the maker or acceptor of an instrument payable otherwise than on demand is able and ready to pay at every place of payment specified in the instrument when it is due is equivalent to tender.

Operation of Law,

"Operation of law means the practical effect of what the law is intended to be on the subject".

<u>American Bitumuls & Asphalt Co. v. U.S., Cust.Ct</u>. 146 F.Supp. 703, 713, 714;

"In its usual signification, "Operation of Law" is generally applicable to matters involving title and refers to situations in which rights, and sometimes liabilities, are created without actions by the parties; it is said also to mean the obligation of Law; or its practical working and effect".

<u>American Bitumuls & Asphalt Co. v. U.S., Cust.Ct</u>. 146 F.Supp. 703, 713, 714.

Page 30

Default;

"Default" by its derivation, a failure. An omission of that which ought to be done. <u>Town of Milton v. Bruso</u>, 111, Vt. 82, 10 A.2d 203, 205. Specifically, the omission or failure to perform a legal or contractual duty, <u>Easterwood v. Willingham</u>, Tex.Civ.App., 47S.W2d. 393, 395; to observe a promise or discharge an obligation (e.g. to pay interest or principal on a debt when due), <u>Bradbury v. Thomas</u>, 135 Cal.App. 435, 27 P.2d 402; or to perform an agreement, Eastman v. Morgan, D.C.N.Y., 43 F.Supp. 637, 641. The term also embraces the idea of dishonest, and of wrongful act, <u>Greco v. S.S. Kresge Co.</u>, 277 N.Y. 26, 12 N.E.2d 557, 52; or an act of omission discreditable to one's profession, <u>Hilkert v. Canning</u>, 58 Ariz. 290, 119 P.2d 233, 236."

<u>Black's Law Dictionary</u>, Sixth Edition, page 417.

Discharge;

"As applied to demands, claims, rights of action, incumbrances, etc., to discharge the debt or claim is to extinguish it, to annul its obligatory force, to satisfy it..."
<u>Black't Law Dictionary,</u> Fourth Edition, page 549.

Tender;

<u>Black's Law Dictionary</u>, 4th Edition, page 1637, "TENDER";
"The offer of performance, <u>not performance itself,</u> and when unjustifiably refused, places other party in default and permits party making tender to exercise remedies for <u>Breach of Contract</u>". (<u>Walker</u>

v. Houston, 215 Cal. 742, 12 P.2d  952, 953, 87 A.L.R. 937.) (Emphasis
added);

# VERIFICATION

I, **Douglas Vern Hulstedt**, *a man,* American-National/Beneficiary and One of the
People of California, makes this Verification based on personal knowledge of matters set
forth herein and appearing by special-appearance-visitation-challenge for the "Tender-
Performance" without waiving any rights or remedies, being competent in mind and body
to testify, do hereby declare, verify and affirm that the facts stated herein are true, correct,
and complete in all material fact, not misrepresented based on my own knowledge to the
best of my current information, knowledge and belief under the penalty of perjury of the
laws of The United States of America and the Laws of California and is admissible as
evidence in a Court of Law or Equity, except as to those matters that are therein made
upon information and belief, and as to those claims or facts, I believe them to be true and
admissible as evidence, and if called upon as a witness, I will testify as to the veracity of
my statement-claim-tender-performance;

Date-Claim-Tender-Performance-Staked: _Feb. 12, 2023_

Verified by: *Douglas Vern Hulstedt*
The United States of America
Claimant/Witness/Injured
Beneficiary-Complainant *for*
DOUGLAS VERN HULSTEDT, M.D.,
**CORPORATION #3260008/A42397**

Page 32

**EXHIBIT 1 = Medical Board Decision/Billing**
**EXHIBIT 2 = W-9 Form for the Return**
**EXHIBIT 3 = B10 Form 11 U.S.C. Bankruptcy Pre-Filing Request**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 1

CASE NO. 800-2021-079497 VERIFIED CLAIM FOR W9, B10 FORM "PROOF OF CLAIM"
Copyrighted-Works this Document-Contract by the Douglas Vern Hulstedt, Author

BEFORE THE
MEDICAL BOARD OF CALIFORNIA
DEPARTMENT OF CONSUMER AFFAIRS
STATE OF CALIFORNIA

In the Matter of the Accusation Against:

Douglas Vern Hulstedt, M.D.

Physician's and Surgeon's
Certificate No.  A 42397

Respondent.

Case No.  800-2021-079497

## DECISION

The attached Proposed Decision is hereby adopted as the Decision and Order of the Medical Board of California, Department of Consumer Affairs, State of California.

This Decision shall become effective at 5:00 p.m. on February 17, 2023.

IT IS SO ORDERED January 18, 2023.

MEDICAL BOARD OF CALIFORNIA

Laurie Rose Lubiano, J.D., Chair
Panel A

DCU-5 (Rev 07 2021)

# ORDER

1.   Physician's and Surgeon's Certificate No. A 42397, held by respondent Douglas Vern Hulstedt, M.D., is revoked.

2.   Respondent shall pay a total civil monetary penalty of $20,000 to the Board: $10,000 under Business and Professions Code section 2225.5, subdivision (a)(1), and $10,000 under Business and Professions Code section 2225.5, subdivision (b)(1).

3.   Respondent shall pay the Board $49,560 to reimburse the Board for its reasonable costs to investigate and prosecute this matter.

DATE: **11/17/2022**

*Juliet E Cox*

JULIET E. COX
Administrative Law Judge
Office of Administrative Hearings

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 2

Page 34

**CASE NO. 800-2021-079497 VERIFIED CLAIM FOR W9, B10 FORM "PROOF OF CLAIM"**
**Copyrighted-Works this Document-Contract by the Douglas Vern Hulstedt, Author**

**Form W-9**
(Rev. October 2018)
Department of the Treasury
Internal Revenue Service

# Request for Taxpayer
# Identification Number and Certification

▶ Go to *www.irs.gov/FormW9* for instructions and the latest information.

**Give Form to the requester. Do not send it to the IRS.**

*Print or type.*
*See Specific Instructions on page 3.*

**1** Name (as shown on your income tax return). Name is required on this line; do not leave this line blank.

**2** Business name/disregarded entity name, if different from above

**3** Check appropriate box for federal tax classification of the person whose name is entered on line 1. Check only one of the following seven boxes.

☐ Individual/sole proprietor or single-member LLC   ☐ C Corporation   ☐ S Corporation   ☐ Partnership   ☐ Trust/estate

☐ Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=Partnership) ▶ _____

**Note:** Check the appropriate box in the line above for the tax classification of the single-member owner. Do not check LLC if the LLC is classified as a single-member LLC that is disregarded from the owner unless the owner of the LLC is another LLC that is not disregarded from the owner for U.S. federal tax purposes. Otherwise, a single-member LLC that is disregarded from the owner should check the appropriate box for the tax classification of its owner.

☐ Other (see instructions) ▶

**4** Exemptions (codes apply only to certain entities, not individuals; see instructions on page 3):

Exempt payee code (if any) _____

Exemption from FATCA reporting code (if any) _____

*(Applies to accounts maintained outside the U.S.)*

**5** Address (number, street, and apt. or suite no.) See instructions.

**6** City, state, and ZIP code

Requester's name and address (optional)

**7** List account number(s) here (optional)

## Part I — Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on line 1 to avoid backup withholding. For individuals, this is generally your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the instructions for Part I, later. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN*, later.

**Note:** If the account is in more than one name, see the instructions for line 1. Also see *What Name and Number To Give the Requester* for guidelines on whose number to enter.

**Social security number**

☐☐☐ – ☐☐ – ☐☐☐☐

**or**

**Employer identification number**

☐☐ – ☐☐☐☐☐☐☐

## Part II — Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me); and

2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding; and

3. I am a U.S. citizen or other U.S. person (defined below); and

4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions for Part II, later.

**Sign Here**

Signature of U.S. person ▶ _____   Date ▶ _____

# General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

**Future developments.** For the latest information about developments related to Form W-9 and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/FormW9*.

## Purpose of Form

An individual or entity (Form W-9 requester) who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) which may be your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN), to report on an information return the amount paid to you, or other amount reportable on an information return. Examples of information returns include, but are not limited to, the following.

• Form 1099-INT (interest earned or paid)

• Form 1099-DIV (dividends, including those from stocks or mutual funds)

• Form 1099-MISC (various types of income, prizes, awards, or gross proceeds)

• Form 1099-B (stock or mutual fund sales and certain other transactions by brokers)

• Form 1099-S (proceeds from real estate transactions)

• Form 1099-K (merchant card and third party network transactions)

• Form 1098 (home mortgage interest), 1098-E (student loan interest), 1098-T (tuition)

• Form 1099-C (canceled debt)

• Form 1099-A (acquisition or abandonment of secured property)

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN.

*If you do not return Form W-9 to the requester with a TIN, you might be subject to backup withholding. See What is backup withholding, later.*

Cat. No. 10231X

Form **W-9** (Rev. 10-2018)

Form W-9 (Rev. 10-2018)

By signing the filled-out form, you:

1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),

2. Certify that you are not subject to backup withholding, or

3. Claim exemption from backup withholding if you are a U.S. exempt payee. If applicable, you are also certifying that as a U.S. person, your allocable share of any partnership income from a U.S. trade or business is not subject to the withholding tax on foreign partners' share of effectively connected income, and

4. Certify that FATCA code(s) entered on this form (if any) indicating that you are exempt from the FATCA reporting, is correct. See *What is FATCA reporting*, later, for further information.

**Note:** If you are a U.S. person and a requester gives you a form other than Form W-9 to request your TIN, you must use the requester's form if it is substantially similar to this Form W-9.

**Definition of a U.S. person.** For federal tax purposes, you are considered a U.S. person if you are:

• An individual who is a U.S. citizen or U.S. resident alien;

• A partnership, corporation, company, or association created or organized in the United States or under the laws of the United States;

• An estate (other than a foreign estate); or

• A domestic trust (as defined in Regulations section 301.7701-7).

**Special rules for partnerships.** Partnerships that conduct a trade or business in the United States are generally required to pay a withholding tax under section 1446 on any foreign partners' share of effectively connected taxable income from such business. Further, in certain cases where a Form W-9 has not been received, the rules under section 1446 require a partnership to presume that a partner is a foreign person, and pay the section 1446 withholding tax. Therefore, if you are a U.S. person that is a partner in a partnership conducting a trade or business in the United States, provide Form W-9 to the partnership to establish your U.S. status and avoid section 1446 withholding on your share of partnership income.

In the cases below, the following person must give Form W-9 to the partnership for purposes of establishing its U.S. status and avoiding withholding on its allocable share of net income from the partnership conducting a trade or business in the United States.

• In the case of a disregarded entity with a U.S. owner, the U.S. owner of the disregarded entity and not the entity;

• In the case of a grantor trust with a U.S. grantor or other U.S. owner, generally, the U.S. grantor or other U.S. owner of the grantor trust and not the trust; and

• In the case of a U.S. trust (other than a grantor trust), the U.S. trust (other than a grantor trust) and not the beneficiaries of the trust.

**Foreign person.** If you are a foreign person or the U.S. branch of a foreign bank that has elected to be treated as a U.S. person, do not use Form W-9. Instead, use the appropriate Form W-8 or Form 8233 (see Pub. 515, Withholding of Tax on Nonresident Aliens and Foreign Entities).

**Nonresident alien who becomes a resident alien.** Generally, only a nonresident alien individual may use the terms of a tax treaty to reduce or eliminate U.S. tax on certain types of income. However, most tax treaties contain a provision known as a "saving clause." Exceptions specified in the saving clause may permit an exemption from tax to continue for certain types of income even after the payee has otherwise become a U.S. resident alien for tax purposes.

If you are a U.S. resident alien who is relying on an exception contained in the saving clause of a tax treaty to claim an exemption from U.S. tax on certain types of income, you must attach a statement to Form W-9 that specifies the following five items.

1. The treaty country. Generally, this must be the same treaty under which you claimed exemption from tax as a nonresident alien.

2. The treaty article addressing the income.

3. The article number (or location) in the tax treaty that contains the saving clause and its exceptions.

4. The type and amount of income that qualifies for the exemption from tax.

5. Sufficient facts to justify the exemption from tax under the terms of the treaty article.

*Example.* Article 20 of the U.S.-China income tax treaty allows an exemption from tax for scholarship income received by a Chinese student temporarily present in the United States. Under U.S. law, this student will become a resident alien for tax purposes if his or her stay in the United States exceeds 5 calendar years. However, paragraph 2 of the first Protocol to the U.S.-China treaty (dated April 30, 1984) allows the provisions of Article 20 to continue to apply even after the Chinese student becomes a resident alien of the United States. A Chinese student who qualifies for this exception (under paragraph 2 of the first protocol) and is relying on this exception to claim an exemption from tax on his or her scholarship or fellowship income would attach to Form W-9 a statement that includes the information described above to support that exemption.

If you are a nonresident alien or a foreign entity, give the requester the appropriate completed Form W-8 or Form 8233.

## Backup Withholding

**What is backup withholding?** Persons making certain payments to you must under certain conditions withhold and pay to the IRS 24% of such payments. This is called "backup withholding." Payments that may be subject to backup withholding include interest, tax-exempt interest, dividends, broker and barter exchange transactions, rents, royalties, nonemployee pay, payments made in settlement of payment card and third party network transactions, and certain payments from fishing boat operators. Real estate transactions are not subject to backup withholding.

You will not be subject to backup withholding on payments you receive if you give the requester your correct TIN, make the proper certifications, and report all your taxable interest and dividends on your tax return.

**Payments you receive will be subject to backup withholding if:**

1. You do not furnish your TIN to the requester,

2. You do not certify your TIN when required (see the instructions for Part II for details),

3. The IRS tells the requester that you furnished an incorrect TIN,

4. The IRS tells you that you are subject to backup withholding because you did not report all your interest and dividends on your tax return (for reportable interest and dividends only), or

5. You do not certify to the requester that you are not subject to backup withholding under 4 above (for reportable interest and dividend accounts opened after 1983 only).

Certain payees and payments are exempt from backup withholding. See *Exempt payee code*, later, and the separate Instructions for the Requester of Form W-9 for more information.

Also see *Special rules for partnerships*, earlier.

## What is FATCA Reporting?

The Foreign Account Tax Compliance Act (FATCA) requires a participating foreign financial institution to report all United States account holders that are specified United States persons. Certain payees are exempt from FATCA reporting. See *Exemption from FATCA reporting code*, later, and the Instructions for the Requester of Form W-9 for more information.

## Updating Your Information

You must provide updated information to any person to whom you claimed to be an exempt payee if you are no longer an exempt payee and anticipate receiving reportable payments in the future from this person. For example, you may need to provide updated information if you are a C corporation that elects to be an S corporation, or if you no longer are tax exempt. In addition, you must furnish a new Form W-9 if the name or TIN changes for the account; for example, if the grantor of a grantor trust dies.

## Penalties

**Failure to furnish TIN.** If you fail to furnish your correct TIN to a requester, you are subject to a penalty of $50 for each such failure unless your failure is due to reasonable cause and not to willful neglect.

**Civil penalty for false information with respect to withholding.** If you make a false statement with no reasonable basis that results in no backup withholding, you are subject to a $500 penalty.

Form W-9 (Rev. 10-2018)

**Criminal penalty for falsifying information.** Willfully falsifying certifications or affirmations may subject you to criminal penalties including fines and/or imprisonment.

**Misuse of TINs.** If the requester discloses or uses TINs in violation of federal law, the requester may be subject to civil and criminal penalties.

# Specific Instructions

## Line 1

You must enter one of the following on this line; **do not** leave this line blank. The name should match the name on your tax return.

If this Form W-9 is for a joint account (other than an account maintained by a foreign financial institution (FFI)), list first, and then circle, the name of the person or entity whose number you entered in Part I of Form W-9. If you are providing Form W-9 to an FFI to document a joint account, each holder of the account that is a U.S. person must provide a Form W-9.

a. **Individual.** Generally, enter the name shown on your tax return. If you have changed your last name without informing the Social Security Administration (SSA) of the name change, enter your first name, the last name as shown on your social security card, and your new last name.

**Note: ITIN applicant:** Enter your individual name as it was entered on your Form W-7 application, line 1a. This should also be the same as the name you entered on the Form 1040/1040A/1040EZ you filed with your application.

b. **Sole proprietor or single-member LLC.** Enter your individual name as shown on your 1040/1040A/1040EZ on line 1. You may enter your business, trade, or "doing business as" (DBA) name on line 2.

c. **Partnership, LLC that is not a single-member LLC, C corporation, or S corporation.** Enter the entity's name as shown on the entity's tax return on line 1 and any business, trade, or DBA name on line 2.

d. **Other entities.** Enter your name as shown on required U.S. federal tax documents on line 1. This name should match the name shown on the charter or other legal document creating the entity. You may enter any business, trade, or DBA name on line 2.

e. **Disregarded entity.** For U.S. federal tax purposes, an entity that is disregarded as an entity separate from its owner is treated as a "disregarded entity." See Regulations section 301.7701-2(c)(2)(iii). Enter the owner's name on line 1. The name of the entity entered on line 1 should never be a disregarded entity. The name on line 1 should be the name shown on the income tax return on which the income should be reported. For example, if a foreign LLC that is treated as a disregarded entity for U.S. federal tax purposes has a single owner that is a U.S. person, the U.S. owner's name is required to be provided on line 1. If the direct owner of the entity is also a disregarded entity, enter the first owner that is not disregarded for federal tax purposes. Enter the disregarded entity's name on line 2, "Business name/disregarded entity name." If the owner of the disregarded entity is a foreign person, the owner must complete an appropriate Form W-8 instead of a Form W-9. This is the case even if the foreign person has a U.S. TIN.

## Line 2

If you have a business name, trade name, DBA name, or disregarded entity name, you may enter it on line 2.

## Line 3

Check the appropriate box on line 3 for the U.S. federal tax classification of the person whose name is entered on line 1. Check only one box on line 3.

| IF the entity/person on line 1 is a(n) . . . | THEN check the box for . . . |
|---|---|
| • Corporation | Corporation |
| • Individual<br>• Sole proprietorship, or<br>• Single-member limited liability company (LLC) owned by an individual and disregarded for U.S. federal tax purposes. | Individual/sole proprietor or single-member LLC |
| • LLC treated as a partnership for U.S. federal tax purposes,<br>• LLC that has filed Form 8832 or 2553 to be taxed as a corporation, or<br>• LLC that is disregarded as an entity separate from its owner but the owner is another LLC that is not disregarded for U.S. federal tax purposes. | Limited liability company and enter the appropriate tax classification. (P= Partnership; C= C corporation; or S= S corporation) |
| • Partnership | Partnership |
| • Trust/estate | Trust/estate |

## Line 4, Exemptions

If you are exempt from backup withholding and/or FATCA reporting, enter in the appropriate space on line 4 any code(s) that may apply to you.

**Exempt payee code.**

• Generally, individuals (including sole proprietors) are not exempt from backup withholding.

• Except as provided below, corporations are exempt from backup withholding for certain payments, including interest and dividends.

• Corporations are not exempt from backup withholding for payments made in settlement of payment card or third party network transactions.

• Corporations are not exempt from backup withholding with respect to attorneys' fees or gross proceeds paid to attorneys, and corporations that provide medical or health care services are not exempt with respect to payments reportable on Form 1099-MISC.

The following codes identify payees that are exempt from backup withholding. Enter the appropriate code in the space in line 4.

1—An organization exempt from tax under section 501(a), any IRA, or a custodial account under section 403(b)(7) if the account satisfies the requirements of section 401(f)(2)

2—The United States or any of its agencies or instrumentalities

3—A state, the District of Columbia, a U.S. commonwealth or possession, or any of their political subdivisions or instrumentalities

4—A foreign government or any of its political subdivisions, agencies, or instrumentalities

5—A corporation

6—A dealer in securities or commodities required to register in the United States, the District of Columbia, or a U.S. commonwealth or possession

7—A futures commission merchant registered with the Commodity Futures Trading Commission

8—A real estate investment trust

9—An entity registered at all times during the tax year under the Investment Company Act of 1940

10—A common trust fund operated by a bank under section 584(a)

11—A financial institution

12—A middleman known in the investment community as a nominee or custodian

13—A trust exempt from tax under section 664 or described in section 4947

Form W-9 (Rev. 10-2018)

The following chart shows types of payments that may be exempt from backup withholding. The chart applies to the exempt payees listed above, 1 through 13.

| IF the payment is for . . . | THEN the payment is exempt for . . . |
|---|---|
| Interest and dividend payments | All exempt payees except for 7 |
| Broker transactions | Exempt payees 1 through 4 and 6 through 11 and all C corporations. S corporations must not enter an exempt payee code because they are exempt only for sales of noncovered securities acquired prior to 2012. |
| Barter exchange transactions and patronage dividends | Exempt payees 1 through 4 |
| Payments over $600 required to be reported and direct sales over $5,000[1] | Generally, exempt payees 1 through 5[2] |
| Payments made in settlement of payment card or third party network transactions | Exempt payees 1 through 4 |

[1] See Form 1099-MISC, Miscellaneous Income, and its instructions.

[2] However, the following payments made to a corporation and reportable on Form 1099-MISC are not exempt from backup withholding: medical and health care payments, attorneys' fees, gross proceeds paid to an attorney reportable under section 6045(f), and payments for services paid by a federal executive agency.

**Exemption from FATCA reporting code.** The following codes identify payees that are exempt from reporting under FATCA. These codes apply to persons submitting this form for accounts maintained outside of the United States by certain foreign financial institutions. Therefore, if you are only submitting this form for an account you hold in the United States, you may leave this field blank. Consult with the person requesting this form if you are uncertain if the financial institution is subject to these requirements. A requester may indicate that a code is not required by providing you with a Form W-9 with "Not Applicable" (or any similar indication) written or printed on the line for a FATCA exemption code.

A—An organization exempt from tax under section 501(a) or any individual retirement plan as defined in section 7701(a)(37)

B—The United States or any of its agencies or instrumentalities

C—A state, the District of Columbia, a U.S. commonwealth or possession, or any of their political subdivisions or instrumentalities

D—A corporation the stock of which is regularly traded on one or more established securities markets, as described in Regulations section 1.1472-1(c)(1)(i)

E—A corporation that is a member of the same expanded affiliated group as a corporation described in Regulations section 1.1472-1(c)(1)(i)

F—A dealer in securities, commodities, or derivative financial instruments (including notional principal contracts, futures, forwards, and options) that is registered as such under the laws of the United States or any state

G—A real estate investment trust

H—A regulated investment company as defined in section 851 or an entity registered at all times during the tax year under the Investment Company Act of 1940

I—A common trust fund as defined in section 584(a)

J—A bank as defined in section 581

K—A broker

L—A trust exempt from tax under section 664 or described in section 4947(a)(1)

M—A tax exempt trust under a section 403(b) plan or section 457(g) plan

**Note:** You may wish to consult with the financial institution requesting this form to determine whether the FATCA code and/or exempt payee code should be completed.

## Line 5

Enter your address (number, street, and apartment or suite number). This is where the requester of this Form W-9 will mail your information returns. If this address differs from the one the requester already has on file, write NEW at the top. If a new address is provided, there is still a chance the old address will be used until the payor changes your address in their records.

## Line 6

Enter your city, state, and ZIP code.

# Part I. Taxpayer Identification Number (TIN)

**Enter your TIN in the appropriate box.** If you are a resident alien and you do not have and are not eligible to get an SSN, your TIN is your IRS individual taxpayer identification number (ITIN). Enter it in the social security number box. If you do not have an ITIN, see How to get a TIN below.

If you are a sole proprietor and you have an EIN, you may enter either your SSN or EIN.

If you are a single-member LLC that is disregarded as an entity separate from its owner, enter the owner's SSN (or EIN, if the owner has one). Do not enter the disregarded entity's EIN. If the LLC is classified as a corporation or partnership, enter the entity's EIN.

**Note:** See What Name and Number To Give the Requester, later, for further clarification of name and TIN combinations.

**How to get a TIN.** If you do not have a TIN, apply for one immediately. To apply for an SSN, get Form SS-5, Application for a Social Security Card, from your local SSA office or get this form online at www.SSA.gov. You may also get this form by calling 1-800-772-1213. Use Form W-7, Application for IRS Individual Taxpayer Identification Number, to apply for an ITIN, or Form SS-4, Application for Employer Identification Number, to apply for an EIN. You can apply for an EIN online by accessing the IRS website at www.irs.gov/Businesses and clicking on Employer Identification Number (EIN) under Starting a Business. Go to www.irs.gov/Forms to view, download, or print Form W-7 and/or Form SS-4.  Or, you can go to www.irs.gov/OrderForms to place an order and have Form W-7 and/or SS-4 mailed to you within 10 business days.

If you are asked to complete Form W-9 but do not have a TIN, apply for a TIN and write "Applied For" in the space for the TIN, sign and date the form, and give it to the requester. For interest and dividend payments, and certain payments made with respect to readily tradable instruments, generally you will have 60 days to get a TIN and give it to the requester before you are subject to backup withholding on payments. The 60-day rule does not apply to other types of payments. You will be subject to backup withholding on all such payments until you provide your TIN to the requester.

**Note:** Entering "Applied For" means that you have already applied for a TIN or that you intend to apply for one soon.

**Caution:** A disregarded U.S. entity that has a foreign owner must use the appropriate Form W-8.

# Part II. Certification

To establish to the withholding agent that you are a U.S. person, or resident alien, sign Form W-9. You may be requested to sign by the withholding agent even if item 1, 4, or 5 below indicates otherwise.

For a joint account, only the person whose TIN is shown in Part I should sign (when required). In the case of a disregarded entity, the person identified on line 1 must sign. Exempt payees, see Exempt payee code, earlier.

**Signature requirements.** Complete the certification as indicated in items 1 through 5 below.

Form W-9 (Rev. 10-2018)

**1. Interest, dividend, and barter exchange accounts opened before 1984 and broker accounts considered active during 1983.** You must give your correct TIN, but you do not have to sign the certification.

**2. Interest, dividend, broker, and barter exchange accounts opened after 1983 and broker accounts considered inactive during 1983.** You must sign the certification or backup withholding will apply. If you are subject to backup withholding and you are merely providing your correct TIN to the requester, you must cross out item 2 in the certification before signing the form.

**3. Real estate transactions.** You must sign the certification. You may cross out item 2 of the certification.

**4. Other payments.** You must give your correct TIN, but you do not have to sign the certification unless you have been notified that you have previously given an incorrect TIN. "Other payments" include payments made in the course of the requester's trade or business for rents, royalties, goods (other than bills for merchandise), medical and health care services (including payments to corporations), payments to a nonemployee for services, payments made in settlement of payment card and third party network transactions, payments to certain fishing boat crew members and fishermen, and gross proceeds paid to attorneys (including payments to corporations).

**5. Mortgage interest paid by you, acquisition or abandonment of secured property, cancellation of debt, qualified tuition program payments (under section 529), ABLE accounts (under section 529A), IRA, Coverdell ESA, Archer MSA or HSA contributions or distributions, and pension distributions.** You must give your correct TIN, but you do not have to sign the certification.

## What Name and Number To Give the Requester

| For this type of account: | Give name and SSN of: |
|---|---|
| 1. Individual | The individual |
| 2. Two or more individuals (joint account) other than an account maintained by an FFI | The actual owner of the account or, if combined funds, the first individual on the account[1] |
| 3. Two or more U.S. persons (joint account maintained by an FFI) | Each holder of the account |
| 4. Custodial account of a minor (Uniform Gift to Minors Act) | The minor[2] |
| 5. a. The usual revocable savings trust (grantor is also trustee) | The grantor-trustee[1] |
| b. So-called trust account that is not a legal or valid trust under state law | The actual owner[1] |
| 6. Sole proprietorship or disregarded entity owned by an individual | The owner[3] |
| 7. Grantor trust filing under Optional Form 1099 Filing Method 1 (see Regulations section 1.671-4(b)(2)(i) (A)) | The grantor[4] |

| For this type of account: | Give name and EIN of: |
|---|---|
| 8. Disregarded entity not owned by an individual | The owner |
| 9. A valid trust, estate, or pension trust | Legal entity[4] |
| 10. Corporation or LLC electing corporate status on Form 8832 or Form 2553 | The corporation |
| 11. Association, club, religious, charitable, educational, or other tax-exempt organization | The organization |
| 12. Partnership or multi-member LLC | The partnership |
| 13. A broker or registered nominee | The broker or nominee |

| For this type of account: | Give name and EIN of: |
|---|---|
| 14. Account with the Department of Agriculture in the name of a public entity (such as a state or local government, school district, or prison) that receives agricultural program payments | The public entity |
| 15. Grantor trust filing under the Form 1041 Filing Method or the Optional Form 1099 Filing Method 2 (see Regulations section 1.671-4(b)(2)(i)(B)) | The trust |

[1] List first and circle the name of the person whose number you furnish. If only one person on a joint account has an SSN, that person's number must be furnished.

[2] Circle the minor's name and furnish the minor's SSN.

[3] You must show your individual name and you may also enter your business or DBA name on the "Business name/disregarded entity" name line. You may use either your SSN or EIN (if you have one), but the IRS encourages you to use your SSN.

[4] List first and circle the name of the trust, estate, or pension trust. (Do not furnish the TIN of the personal representative or trustee unless the legal entity itself is not designated in the account title.) Also see *Special rules for partnerships,* earlier.

**\*Note:** The grantor also must provide a Form W-9 to trustee of trust.

**Note:** If no name is circled when more than one name is listed, the number will be considered to be that of the first name listed.

## Secure Your Tax Records From Identity Theft

Identity theft occurs when someone uses your personal information such as your name, SSN, or other identifying information, without your permission, to commit fraud or other crimes. An identity thief may use your SSN to get a job or may file a tax return using your SSN to receive a refund.

To reduce your risk:

• Protect your SSN,

• Ensure your employer is protecting your SSN, and

• Be careful when choosing a tax preparer.

If your tax records are affected by identity theft and you receive a notice from the IRS, respond right away to the name and phone number printed on the IRS notice or letter.

If your tax records are not currently affected by identity theft but you think you are at risk due to a lost or stolen purse or wallet, questionable credit card activity or credit report, contact the IRS Identity Theft Hotline at 1-800-908-4490 or submit Form 14039.

For more information, see Pub. 5027, Identity Theft Information for Taxpayers.

Victims of identity theft who are experiencing economic harm or a systemic problem, or are seeking help in resolving tax problems that have not been resolved through normal channels, may be eligible for Taxpayer Advocate Service (TAS) assistance. You can reach TAS by calling the TAS toll-free case intake line at 1-877-777-4778 or TTY/TDD 1-800-829-4059.

**Protect yourself from suspicious emails or phishing schemes.** Phishing is the creation and use of email and websites designed to mimic legitimate business emails and websites. The most common act is sending an email to a user falsely claiming to be an established legitimate enterprise in an attempt to scam the user into surrendering private information that will be used for identity theft.

Form W-9 (Rev. 10-2018)

The IRS does not initiate contacts with taxpayers via emails. Also, the IRS does not request personal detailed information through email or ask taxpayers for the PIN numbers, passwords, or similar secret access information for their credit card, bank, or other financial accounts.

If you receive an unsolicited email claiming to be from the IRS, forward this message to *phishing@irs.gov*. You may also report misuse of the IRS name, logo, or other IRS property to the Treasury Inspector General for Tax Administration (TIGTA) at 1-800-366-4484. You can forward suspicious emails to the Federal Trade Commission at *spam@uce.gov* or report them at *www.ftc.gov/complaint*. You can contact the FTC at *www.ftc.gov/idtheft* or 877-IDTHEFT (877-438-4338). If you have been the victim of identity theft, see *www.IdentityTheft.gov* and Pub. 5027.

Visit *www.irs.gov/IdentityTheft* to learn more about identity theft and how to reduce your risk.

## Privacy Act Notice

Section 6109 of the Internal Revenue Code requires you to provide your correct TIN to persons (including federal agencies) who are required to file information returns with the IRS to report interest, dividends, or certain other income paid to you; mortgage interest you paid; the acquisition or abandonment of secured property; the cancellation of debt; or contributions you made to an IRA, Archer MSA, or HSA. The person collecting this form uses the information on the form to file information returns with the IRS, reporting the above information. Routine uses of this information include giving it to the Department of Justice for civil and criminal litigation and to cities, states, the District of Columbia, and U.S. commonwealths and possessions for use in administering their laws. The information also may be disclosed to other countries under a treaty, to federal and state agencies to enforce civil and criminal laws, or to federal law enforcement and intelligence agencies to combat terrorism. You must provide your TIN whether or not you are required to file a tax return. Under section 3406, payers must generally withhold a percentage of taxable interest, dividend, and certain other payments to a payee who does not give a TIN to the payer. Certain penalties may also apply for providing false or fraudulent information.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 3

Page 35

CASE NO. 800-2021-079497 VERIFIED CLAIM FOR W9, B10 FORM "PROOF OF CLAIM"
Copyrighted-Works this Document-Contract by the Douglas Vern Hulstedt, Author

B10 (Official Form 10) (04/13)

| United States Bankruptcy Court   Northern District of California | PROOF OF CLAIM |
|---|---|

**Name of Debtor:**
DOUGLAS HULSTEDT, M.D. INC #3260008

**Case Number:**
TO BE DETERMINED
IF APPLICABLE
PRE FILING REQUEST

NOTE: *Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing. You may file a request for payment of an administrative expense according to 11 U.S.C. § 503.*

**Name of Creditor** (the person or other entity to whom the debtor owes money or property):
MEDICAL BOARD OF CALIFORNIA, DEPARTMENT OF CONSUMER AFFAIRS

**Name and address where notices should be sent:**

Telephone number:              email:

**COURT USE ONLY**

❏ Check this box if this claim amends a previously filed claim.

**Court Claim Number:**_____
(*If known*)

Filed on:_____

**Name and address where payment should be sent** (if different from above):

Telephone number:              email:

❏ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

**1. Amount of Claim as of Date Case Filed:**          $_____

If all or part of the claim is secured, complete item 4.

If all or part of the claim is entitled to priority, complete item 5.

❏ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

**2. Basis for Claim:** _____
(See instruction #2)

| **3. Last four digits of any number by which creditor identifies debtor:** | **3a. Debtor may have scheduled account as:** (See instruction #3a) | **3b. Uniform Claim Identifier** (optional): _____ (See instruction #3b) |
|---|---|---|

**4. Secured Claim** (See instruction #4)
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

**Nature of property or right of setoff:** ❏ Real Estate ❏ Motor Vehicle ❏ Other
**Describe:**

**Value of Property:** $_____

**Annual Interest Rate**_____% ❏ Fixed or ❏ Variable
(when case was filed)

Amount of arrearage and other charges, as of the time case was filed, included in secured claim, if any:

$_____

**Basis for perfection:** _____

**Amount of Secured Claim:** $_____

**Amount Unsecured:** $_____

**5. Amount of Claim Entitled to Priority under 11 U.S.C. § 507 (a).** If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.

❏ Domestic support obligations under 11 U.S.C. § 507 (a)(1)(A) or (a)(1)(B).

❏ Wages, salaries, or commissions (up to $12,475*) earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier – 11 U.S.C. § 507 (a)(4).

❏ Contributions to an employee benefit plan – 11 U.S.C. § 507 (a)(5).

❏ Up to $2,775* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507 (a)(7).

❏ Taxes or penalties owed to governmental units – 11 U.S.C. § 507 (a)(8).

❏ Other – Specify applicable paragraph of 11 U.S.C. § 507 (a)(__).

**Amount entitled to priority:**

$_____

*Amounts are subject to adjustment on 4/01/16 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**6. Credits.** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #6)

2

B10 (Official Form 10) (04/13)

**7. Documents:** Attached are redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, security agreements, or, in the case of a claim based on an open-end or revolving consumer credit agreement, a statement providing the information required by FRBP 3001(c)(3)(A). If the claim is secured, box 4 has been completed, and redacted copies of documents providing evidence of perfection of a security interest are attached. If the claim is secured by the debtor's principal residence, the Mortgage Proof of Claim Attachment is being filed with this claim. *(See instruction #7, and the definition of "redacted".)*

DO NOT SEND ORIGINAL DOCUMENTS.  ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

**8. Signature:** (See instruction #8)

Check the appropriate box.

☐ I am the creditor.     ☐ I am the creditor's authorized agent.     ☐ I am the trustee, or the debtor,     ☐ I am a guarantor, surety, indorser, or other codebtor.
                                                                        or their authorized agent.                (See Bankruptcy Rule 3005.)
                                                                        (See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: _____
Title: _____
Company: _____          _____          _____
Address and telephone number (if different from notice address above):          (Signature)                                        (Date)

_____
_____

Telephone number: _____          email: _____

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 and 3571.

---

## INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, exceptions to these general rules may apply.*

**Items to be completed in Proof of Claim form**

**Court, Name of Debtor, and Case Number:**
Fill in the federal judicial district in which the bankruptcy case was filed (for example, Central District of California), the debtor's full name, and the case number. If the creditor received a notice of the case from the bankruptcy court, all of this information is at the top of the notice.

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**1. Amount of Claim as of Date Case Filed:**
State the total amount owed to the creditor on the date of the bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**
State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card. If the claim is based on delivering health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information. You may be required to provide additional disclosure if an interested party objects to the claim.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**
Report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**3b. Uniform Claim Identifier:**
If you use a uniform claim identifier, you may report it here. A uniform claim identifier is an optional 24-character identifier that certain large creditors use to facilitate electronic payment in chapter 13 cases.

**4. Secured Claim:**
Check whether the claim is fully or partially secured. Skip this section if the

claim is entirely unsecured. (See Definitions.) If the claim is secured, check the box for the nature and value of property that secures the claim, attach copies of lien documentation, and state, as of the date of the bankruptcy filing, the annual interest rate (and whether it is fixed or variable), and the amount past due on the claim.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. § 507 (a).**
If any portion of the claim falls into any category shown, check the appropriate box(es) and state the amount entitled to priority. (See Definitions.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Credits:**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**7. Documents:**
Attach redacted copies of any documents that show the debt exists and a lien secures the debt. You must also attach copies of documents that evidence perfection of any security interest and documents required by FRBP 3001(c) for claims based on an open-end or revolving consumer credit agreement or secured by a security interest in the debtor's principal residence. You may also attach a summary in addition to the documents themselves. FRBP 3001(c) and (d). If the claim is based on delivering health care goods or services, limit disclosing confidential health care information. Do not send original documents, as attachments may be destroyed after scanning.

**8. Date and Signature:**
The individual completing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what constitutes a signature. If you sign this form, you declare under penalty of perjury that the information provided is true and correct to the best of your knowledge, information, and reasonable belief. Your signature is also a certification that the claim meets the requirements of FRBP 9011(b). Whether the claim is filed electronically or in person, if your name is on the signature line, you are responsible for the declaration. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. If the claim is filed by an authorized agent, provide both the name of the individual filing the claim and the name of the agent. If the authorized agent is a servicer, identify the corporate servicer as the company. Criminal penalties apply for making a false statement on a proof of claim.

3

B10 (Official Form 10) (04/13)

_____DEFINITIONS_____       _____INFORMATION_____

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is a person, corporation, or other entity to whom debtor owes a debt that was incurred before the date of the bankruptcy filing. See 11 U.S.C. §101 (10).

**Claim**
A claim is the creditor's right to receive payment for a debt owed by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the clerk of the same bankruptcy court in which the bankruptcy case was filed.

**Secured Claim Under 11 U.S.C. § 506 (a)**
A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien.

A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Unsecured Claim**
An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. § 507 (a)**
Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**
A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor must show only the last four digits of any social-security, individual's tax-identification, or financial-account number, only the initials of a minor's name, and only the year of any person's date of birth. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information.

**Evidence of Perfection**
Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim or you may access the court's PACER system (www.pacer.psc.uscourts.gov) for a small fee to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq.*), and any applicable orders of the bankruptcy court.

# METHOD OF PROCESS

In the California state, of the Monterey county. I, the undersigned, herein declare that I am over the age of eighteen years and NOT a party to the within entitled action. My business address is: 1180 Forest Avenue #B Pacific Grove California 93950

I hereby declare under the penalty of perjury of the California Republic and The United States of America (unincorporated) that I served the foregoing document as entitled: on the party(s) by mailing with the Post Office maintained by the United States, Postal Service with postage paid, titled and addressed as follows and or by file stamp/banking postmasters: **MOTION/ NOTICE, FOR THIS POSTAL CONTRACT "SUA-SPONTE" VERIFIED CLAIM FOR W9, B10 FORM "PROOF OF CLAIM" DIRECTED TO ATTORNEY ROBERT ANDRES BONTA, AND THIS MEDICAL BOARD BY ITS TRUSTEES, THIS INQUIRY-OFFER TO PAY AND SETTLE AFTER A FINDINGS OF FACTS AND CONCLUSIONS OF LAW ARE ENTERED INTO RECORD BY THE ALLEGED CLAIMANTS TO BE SWORN TO AS DUE-PROCESS AND PROTECTION OF RIGHTS PROVIDED BY PUBLIC FIDUCIARIES AND ATTORNEYS *ET.AL.* FOR THE ACCUSED, "SPECI" OF PAYMENT TO BE DETERMINED FOR ANY LAWFUL-PAYMENTS, MEMORAMDUM OF LAW, FORMS W9, B10 FORM, METHOD OF PROCESS;**

**MEDICAL BOARD OF CALIFORNIA**
**Enforcement Program**
**c/o Laurie Rose Lubiano, #256695, Witnesses/Trustees**
2005 Evergreen Street, Suite 1200
Sacramento, California 95815
By-Registered-Mail #
RE 108 581 370 US
:Paid-Fee-Dock-et:


**Gavin Newsom, Governor, Witnesses/Trustees**
1021 O Street, Suite 9000
Sacramento, California 95814
By-Certified-Mail # 7022 0410 0001 7528 4537

**CASE NO. 800-2021-079497 VERIFIED CLAIM FOR W9, B10 FORM "PROOF OF CLAIM"**
**Copyrighted-Works this Document-Contract by the Douglas Vern Hulstedt, Author**

**California Secretary of State**
**c/o Shirley N. Weber, Ph.D., Witnesses/Trustees/Record-Keepers**
1500 11ᵗʰ Street
Sacramento, California 95814
By Certified Mail # 7022 0410 0001 7578 4549


**Haywood Stirling Gilliam, Jr. Attorneys # 172732**
**United States District Judge/Witnesses/Trustees**
1301 Clay Street
Oakland, California 94612
By Certified-Mail # 7022 0410 0001 7578 4556


**THE STATE BAR OF CALIFORNIA**
**c/o Leah Tamu Wilson, Attorneys #222790, Witnesses/Trustees**
180 Howard Street
San Francisco, California 94105
By Certified-Mail # 7022 0410 0001 7578 4563

**Juliet Elizabeth Cox, Attorneys # 214401, Witnesses/Trustees**
1515 Clay Street, Suite 206
Oakland, California 94612
By Certified-Mail # 7022 0410 0001 7578 4570


**Greg William Chambers, Attorneys # 237509, Witnesses/Trustees**
455 Golden Gate Avenues, Suite 11000
San Francisco, California 94102
By Certified-Mail # 7022 0410 0001 7578 4587


**Thomas Andrew Ostly, Attorneys # 209234, Witnesses/Trustees**
455 Golden Gate Avenue, Suite 11000
San Francisco, California 94102
By Certified-Mail # 7022 0410 0001 7578 4594

**Iveta Ovsepyan, Attorneys #279218, Witnesses/Trustees**
**Supervising Deputy Attorney General**
300 South Spring Street, Suite 1702
Los Angeles, California 90013-1230
By Certified-Mail # 7022 0410 0001 7578 4600

Page 37

**CASE NO. 800-2021-079497 VERIFIED CLAIM FOR W9, B10 FORM "PROOF OF CLAIM"**
**Copyrighted-Works this Document-Contract by the Douglas Vern Hulstedt, Author**

James A.(?) Scharf, Attorneys# 152171, Witnesses/Trustees
150 Almaden Boulevard, Suite 900
San Jose, California 95113
By Certified-Mail #7022 0410 0001 7578 4617

"The State of California"
c/o Attorney General/Robert Andres Bonta #202668 *et.al.*, Agents
455 Golden Gate Avenues, Suite 11000
San Francisco, California 94102
By Certified-Mail #7022 0410 0001 7528 4624

I declare under the penalty of perjury of the Laws of the California Republic and The United States of America (unincorporated) that the foregoing is correct and complete to the best of my knowledge, information and belief, and that this process is executed by the voluntary act of my own hand on Monterey county and is dated below;

Date: Feb 12-2023                    By: Gloria Chavez

CASE NO. 800-2021-079497 VERIFIED CLAIM FOR W9, B10 FORM "PROOF OF CLAIM"
Copyrighted-Works this Document-Contract by the Douglas Vern Hulstedt, Author

# **METHOD OF PROCESS**

In the California state, of the Monterey county. I, the undersigned, herein declare that I am over the age of eighteen years and NOT a party to the within entitled action. My business address is: _1180 Forest Ave #B Pacific Grove CA 93950_

I hereby declare under the penalty of perjury of the California Republic and The United States of America that I served the foregoing document as entitled: on the party(s) by mailing with the Post Office maintained by the United States, Postal Service with postage paid, titled and addressed as follows and or by file stamp/banking postmasters: **NOTICE MANDATORY JUDICIALLY NOTICED EVIDENCE IN SUPPORT OF CLAIMS OF CONTINUED VIOLATIONS OF RIGHTS BY THE ATTORNEYS _ET.AL._, THE MATTERS OF THE OFFER TO PAY AND SETTLE HAVE BEEN DEFAULTED BY THE ATTORNEYS/ "ACTORS" NON-RESPONSES WHO FAILED TO PROTECT RIGHTS BY THE PERJURY OF THEIR OATHS, JUDICIAL SIGNIFICANCE, EXHIBIT 1 = OFFER TO PAY AND SETTLE, METHOD OF PROCESS;**

**Robert Andres Bonta, Attorneys, #202668,
"DEFENDANTS" _et.al;_**
455 Golden Gate Avenues, Suite 11000
San Francisco, California 94102
By-Certified-Mail #
_7022 0410 0001 7447 7558_

**Laurie Rose Lubiano, Attorneys #256695,
"DEFENDANTS" _et.al;_**
2005 Evergreen Street, Suite 1200
Sacramento, California 95815
By-Certified-Mail #
_7022 0410 0001 7447 7541;_

~ 5 ~

**Mandatory Judicially Noticed Evidence OFFER TO PAY AND SETTLE DEFAULT
Copyrighted-Works this Document-Contract by the Douglas Vern Hulstedt**

**STATE BAR OF CALIFORNIA** *[CHARTER]*
**"DEFENDANTS"** *et.al;*
*c/o Fiduciary-Officer-"in"-Charge*
180 Howard Street
San Francisco, California 94105
By-Certified-Mail #
7022 0410 0001 7447 7565

*CC:* Military-Post-Office; *Office of the Counsel.*

I declare under the penalty of perjury of the Laws of the California Republic and The United States of America that the foregoing is correct and complete to the best of my knowledge, information and belief, and that this process is executed by the voluntary act of my own hand on Monterey county and is dated below;

Date: 05/05/2023                                By: _____

                                                Gloria Chavez

~ 6 ~

**Mandatory Judicially Noticed Evidence OFFER TO PAY AND SETTLE DEFAULT**
**Copyrighted-Works this Document-Contract by the Douglas Vern Hulstedt**