1  ROB BONTA
   Attorney General of California
2  GREG W. CHAMBERS
   Supervising Deputy Attorney General
3  State Bar No. 237509
    455 Golden Gate Avenue, Suite 11000
4    San Francisco, CA  94102-7004
    Telephone:  (415) 510-3382
5   Fax:  (415) 703-5480
    E-mail:  Greg.Chambers@doj.ca.gov
6  *Attorneys for Rob Bonta, Attorney General*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DOUGLAS VERN HULSTEDT,** | 5:23-cv-02003-NC |
| Plaintiff, | |
| v. | **NOTICE OF APPEARANCE** |
| **ROB BONTA, ATTORNEY GENERAL; LAURIE ROSE LUBIANO OF THE MEDICAL BOARD; AND THE CALIFORNIA STATE BAR,** | |
| Defendants. | |

   The California Attorney General, counsel for Rob Bonta, Attorney General, hereby files this Notice of Appearance to inform the Court of assigned counsel for Defendant in this proceeding.

///

///

///

///

1

Respondent hereby notifies the Court that the attorney with principal charge of the case is as follows:

> Greg W. Chambers, Supervising Deputy Attorney General
> California Department of Justice
> 455 Golden Gate Avenue, Suite 11000
> San Francisco, CA  94102-7004
> Telephone:  (415) 510-3382
> E-mail:  Greg.Chambers@doj.ca.gov

Dated:  May 4, 2023                                       Respectfully submitted,

                                                                                                         ROB BONTA
                                                                                                         Attorney General of California

                                                                                                         */s/ Greg W. Chambers*

                                                                                                         GREG W. CHAMBERS
                                                                                                         Supervising Deputy Attorney General
                                                                                                         *Attorneys for Defendant Rob Bonta, Attorney General*

# CERTIFICATE OF SERVICE

Case Name:   **Hulstedt v. Bonta et al.**          No.   **23-cv-02003-NC**

I hereby certify that on May 5, 2023, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**NOTICE OF APPEARANCE**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made.  I am 18 years of age or older and not a party to this matter.  I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service.  In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users.  On May 5, 2023, I have caused to be mailed in the Office of the Attorney General's internal mail system, the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants.

Jevechius Doherty Bernardoni
United States' Attorney Office
Department of Justice
1301 Clay Street, Suite 340S
Oakland, CA 94612
Email:  jevechius.bernardoni@usdoj.gov

Iveta Ovsepyan
Office of the Attorney General
300 South Spring Street, Suite 1702
Los Angeles, CA 90013
Email:   Iveta.Ovsepyan@doj.ca.gov

Douglas Vern Hulstedt, M.D.
2511 Garden Road, Building -C#100
Monterey, CA 93940
email: doughulstedt314@gmail.com

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on May 5, 2023, at Los Angeles, California.

|  Naadirah Crawford  |  *Naadirah Crawford*  |
|  Declarant  |  Signature  |