1  **Douglas Vern Hulstedt**
2  ℅ 2511 Garden Road, Building - C # 100
   Monterey, California 93940
3  Tel: (831) 899-5900
   *Claimant/Witness/Beneficiary*
4

**FILED**

MAY 08 2023

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Douglas Vern Hulstedt** | :Case No: 23CV02003-NC; |
| *Claimant/Witness/Beneficiary;* *Adversely Affected and Aggrieved* | **OBJECTION** |
| *Vs.* | TO THE NOTICE OF APPEARANCE DOCKET #6 BY THE "UN-IDENTIFIED" GREG W.(?) CHAMBERS #237509 WHO HAS A HABEAS CORPUS CLAIM, DOCKET #3 AND A CRIMININAL CLAIM, DOCKET #4 AS ACCUSSED FOR CONSPIRACY TO DEPRIVE RIGHTS BY HIS PERJURY OF OATH, GREG W.(?) CHAMBERS #237509 REFUSES TO PROTECT RIGHTS AFTER THE FACT WHILST HE CONTINUES HIS ACTS OF CHICANERY "COVER-UPS" BY HIS AIDING AND ABETTING IN CASE NOS. 22CV06688-HSG, 22CV07439-HSG, 22SC018927, 800-2021-079497 AFTER "HIS" WITNESS/ACCUSSED BEING DULY NOTICED/SERVED THE FACTS GREG W.(?) CHAMBERS #237509 NOW ADDED TO THIS CLAIM AS DOE #1 |
| **Robert Andres Bonta, Attorneys, #202668, Laurie Rose Lubiano, Attorneys #152171, STATE BAR OF CALIFORNIA [CHARTER] =** *Insurance-Guarantors by the Bar # Policies,* *Defendants et.al;* | |
| Does/Roes 1-25; | |
| **Greg W.(?) Chambers, Attorneys, #237509** *Doe #1 et.al;* | EXHIBIT 1, 18 U.S.C. § 3332 METHOD OF PROCESS; |

~ 1 ~

*<u>To All Officers and Employees of the UNITED STATES DISTRICT COURTS; I, a man in the Name of Lord Almighty I accept your Oath(s), bind you to the same and command you do justice. I waive all customary rules of law and other procedural impediments, I am not an attorney nor am I trained in law and I expect my rights to be protected by thee Public-Fiduciaries……..</u>*

***TAKE JUDICIAL NOTICE** <u>by the Beneficiary having the Right to Claim about Wrongs being Committed by Attorneys/Trustees</u>* and by accepting the "Valid" "Oath of Office" of any Public-Fiduciary-Trustee or "**Placeholder**" concerning this matter for the equal protections of the law with my Adoption of the Bill of Rights for the Due-Processes and by accepting the public record **"Official Bond"** or any other insurance-policies that may apply concerning fraud or employee misconduct/dishonesty and by entering and the making of this **"Judicial-Review"** before this Court of Record as the Claimant/Witness/Beneficiary to protect my Beneficial Property Rights against Trespass or Breach of Fiduciary-Trust, with <u>intended-damage-done</u> "I", Douglas Vern Hulstedt, *a man* stake this Claim for **"Judicial-Review"**, by the <u>Knowledge,</u> **OBJECTION TO DOCKET #6** and **EXHIBIT 1, 18 U.S.C. § 3332** and Method of Process for the **"Due-Process"** <u>Guaranteed by the Bill of Rights</u>. **NOTE:** The citation of state and federal statutes, codes, rules, regulations, and court citations, within any document-contract created by me and not copyrighted by me, is only to notice my servants that which is applicable to them and is not intended, nor shall be construed, to mean that I confer, submit to, claim rights to or have entered into any jurisdiction alluded to thereby, by the following **OBJECTION TO THE NOTICE OF APPEARANCE DOCKET #6 BY THE "UN-IDENTIFIED" GREG W.(?) CHAMBERS #237509 WHO HAS A HABEAS CORPUS CLAIM, DOCKET #3 AND A CRIMININAL**

~ 2 ~

CLAIM, DOCKET #4 AS ACCUSSED FOR CONSPIRACY TO DEPRIVE RIGHTS BY HIS PERJURY OF OATH, GREG W.(?) CHAMBERS #237509 REFUSES TO PROTECT RIGHTS AFTER THE FACT WHILST HE CONTINUES HIS ACTS OF CHICANERY "COVER-UPS" BY HIS AIDING AND ABETTING IN CASE NOS. 22CV06688-HSG, 22CV07439-HSG, 22SC018927, 800-2021-079497 AFTER "HIS" WITNESS/ACCUSED BEING DULY NOTICED/SERVED THE FACTS GREG W.(?) CHAMBERS #237509 NOW ADDED TO THIS CLAIM AS DOE #1, EXHIBIT 1, 18 U.S.C. § 3332, METHOD OF PROCESS;

## JUDICIAL SIGNIFICANCE

An ongoing conspiracy to deprive rights is happening *in the* "Now-Time"

[*All that can be done is pure cheating by the Attorneys*]

ALL RIGHTS RESERVED WAIVE-NONE
RESERVATION FOR ALL WRITS
"FOR RESTRAINT OF LIBERTIES"



:Flag Title: ~4, Section: ~1-3

Verified by: *Douglas Vern Hulstedt*
The United States of America
Claimant/Witness/Injured
Beneficiary-Claimant *for*
DOUGLAS VERN HULSTED, M.D.
CORPORATION #3260008/A42397,
"Copy-Right-Claimant".

~ 3 ~

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 1

OBJECTION TO DOCKET #6/18 U.S.C. § 3332
Copyrighted-Works this Document-Contract by the Douglas Vern Hulstedt

# 18 U.S. Code § 3332 - Powers and duties

U.S. Code    Notes

(a) It shall be the duty of each such grand jury impaneled within any judicial district to inquire into offenses against the criminal laws of the United States alleged to have been committed within that district. Such alleged offenses may be brought to the attention of the grand jury by the court or by ==any attorney appearing on behalf of the United States for the presentation of evidence. Any such attorney receiving information concerning such an alleged offense from any other person shall, if requested by such other person, inform the grand jury of such alleged offense, the identity of such other person, and such attorney's action or recommendation.==

(b) Whenever the district court determines that the volume of business of the special grand jury exceeds the capacity of the grand jury to discharge its

obligations, the district court may order an additional special grand jury for that district to be impaneled.

(Added Pub. L. 91–452, title I, § 101(a), Oct. 15, 1970, 84 Stat. 924.)

# METHOD OF PROCESS

In the California state, of the Monterey county. I, the undersigned, herein declare that I am over the age of eighteen years and NOT a party to the within entitled action. My business address is: 1180 Forest Ave #B Pacific Grove California 93950

I hereby declare under the penalty of perjury of the California Republic and The United States of America that I served the foregoing document as entitled: on the party(s) by mailing with the Post Office maintained by the United States, Postal Service with postage paid, titled and addressed as follows and or by file stamp/banking postmasters: OBJECTION TO THE NOTICE OF APPEARANCE DOCKET #6 BY THE "UN-IDENTIFIED" GREG W.(?) CHAMBERS #237509 WHO HAS A HABEAS CORPUS CLAIM, DOCKET #3 AND A CRIMININAL CLAIM, DOCKET #4 AS ACCUSSED FOR CONSPIRACY TO DEPRIVE RIGHTS BY HIS PERJURY OF OATH, GREG W.(?) CHAMBERS #237509 REFUSES TO PROTECT RIGHTS AFTER THE FACT WHILST HE CONTINUES HIS ACTS OF CHICANERY "COVER-UPS" BY HIS AIDING AND ABETTING IN CASE NOS. 22CV06688-HSG, 22CV07439-HSG, 22SC018927, 800-2021-079497 AFTER "HIS" WITNESS/ACCUSSED BEING DULY NOTICED/SERVED THE FACTS GREG W.(?) CHAMBERS #237509 NOW ADDED TO THIS CLAIM AS DOE #1, EXHIBIT 1, 18 U.S.C. § 3332, METHOD OF PROCESS;

**Robert Andres Bonta, Attorneys, #202668,**
"DEFENDANTS" *et.al;*
455 Golden Gate Avenues, Suite 11000
San Francisco, California 94102
By-Certified-Mail #
7022 0410 0001 7447 7572;

**Laurie Rose Lubiano, Attorneys #256695,**
"DEFENDANTS" *et.al;*
2005 Evergreen Street, Suite 1200
Sacramento, California 95815
By-Certified-Mail #
7022 0410 0001 7447 7589;

~ 5 ~

**Greg William Chambers, Attorneys #237509**
"DEFENDANTS" *et.al;*
455 Golden Gate Avenues, Suite 11000
San Francisco, California 94102
**By-Certified-Mail #**
7022 0410 0001 7447 7596

**STATE BAR OF CALIFORNIA *[CHARTER]***
"DEFENDANTS" *et.al;*
c/o *Fiduciary-Officer-"in"-Charge*
180 Howard Street
San Francisco, California 94105
**By-Certified-Mail #**
7022 0410 0001 7447 7602;

*CC:* **Military-Post-Office;** *Office of the Counsel.*

I declare under the penalty of perjury of the Laws of the California Republic and The United States of America that the foregoing is correct and complete to the best of my knowledge, information and belief, and that this process is executed by the voluntary act of my own hand on Monterey county and is dated below;

Date: May 7-2023            By: *[signature]* Gloria Chavez

~ 6 ~

**OBJECTION TO DOCKET #6/18 U.S.C. § 3332**
Copyrighted-Works this Document-Contract by the Douglas Vern Hulstedt