1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Douglas Vern Hulstedt**
**% 2511 Garden Road, Building - C # 100**
**Monterey, California 93940**
**Tel: (831) 899-5900**
*Claimant/Witness/Beneficiary*

**FILED**

**MAY 08 2023**

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

**Douglas Vern Hulstedt**

*Claimant/Witness/Beneficiary;*
*Adversely Affected and Aggrieved*

*Vs.*

**Robert Andres Bonta, Attorneys,**

**#202668, Laurie Rose Lubiano,**

**Attorneys #152171,  STATE BAR OF**

**CALIFORNIA *[CHARTER]* =**

***Insurance-Guarantors by the***

***Bar # Policies,***

*Defendants et.al;*


**Does/Roes 1-25;**

_____

**Greg W.(?) Chambers,**

**Attorneys, #237509**

*Doe #1 et.al;*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

**:Case No: 23CV02003-NC;**

# MOTION-NOTICE
## "SUA-SPONTE"

**COURT TO ORDER SETTLEMENT-
CONTRACT MEETING (ADR) FOR
IMMEDIATE RELIEF AS OPPOSED TO
SPENDING TAX-PAYER MONIES
WHILE THE ATTORNEYS *ET.AL.* ACT
IN FRAUD AND CONTINUALLY
VIOLATE CONSTITUTIONAL-RIGHTS,
JUSTIFYING THE "*PULLING*" OF THE
CHARTERS BY THE POLICY
NUMBERS #, THE TIME-DATE-
LOCATION TO BE NOTICED AFTER
ENTRY OF THIS  ORDER,
AGREEMENT FOR STAY OF ALL
MATTERS CONCERNED IS
WELCOMED FOR A CONTRACT,**

**BILL OF PROCESS;**

~ 1 ~

**MOTION NOTICE "SUA-SPONTE" ORDER FOR SETTLEMENT**
**Copyrighted-Works this Document-Contract by the Douglas Vern Hulstedt**

*__To All Officers and Employees of the UNITED STATES DISTRICT COURTS; I, a man in the Name of Lord Almighty I accept your Oath(s), bind you to the same and command you do justice. I waive all customary rules of law and other procedural impediments, I am not an attorney nor am I trained in law and I expect my rights to be protected by thee Public-Fiduciaries........__*

*__MOTION-NOTICE "SUA-SPONTE"__* __by the Beneficiary having the Right to Claim about Wrongs being Committed by Attorneys/Trustees__ and by accepting the "Valid" "Oath of Office" of any Public-Fiduciary-Trustee or **"Placeholder"** concerning this matter for the equal protections of the law with my Adoption of the Bill of Rights for the Due-Processes and by accepting the public record **"Official Bond"** or any other insurance-policies that may apply concerning fraud or employee misconduct/dishonesty and by entering and the making of this "MOTION-NOTICE" before this Court of Record as the Claimant/Witness/Beneficiary to protect my Beneficial Property Rights against Trespass or Breach of Fiduciary-Trust, with *__intended-damage-done__*, "I", Douglas Vern Hulstedt, *a man* stake this Claim for **"Judicial-Motion-Notice"**, by the Knowledge, *ORDER FOR SETTLEMENT* and **"Bill of Process"** for the **"Due-Process"** *Guaranteed by the Bill of Rights*. **NOTE:** The citation of state and federal statutes, codes, rules, regulations, and court citations, within any document-contract created by me and not copyrighted by me, is only to notice my servants that which is applicable to them and is not intended, nor shall be construed, to mean that I confer, submit to, claim rights to or have entered into any jurisdiction alluded to thereby, by the following; **MOTION NOTICE SUA-SPONTE, COURT TO ORDER SETTLEMENT-CONTRACT MEETING (ADR) FOR IMMEDIATE RELIEF AS OPPOSED TO SPENDING TAX-PAYER MONIES WHILE THE ATTORNEYS *ET.AL.* ACT IN**

~ 2 ~

1   FRAUD AND CONTINUALLY VIOLATE CONSTITUTIONAL-RIGHTS,

2   JUSTIFYING THE *"PULLING"* OF THE CHARTERS BY THE POLICY NUMBERS #,

3   THE TIME-DATE-LOCATION TO BE NOTICED AFTER ENTRY OF THIS  ORDER,

4   AGREEMENT FOR STAY OF ALL MATTERS CONCERNED IS WELCOMED FOR A

5   CONTRACT, BILL OF PROCESS;

6

7

8       *ORDERS NOW AS CLAIMED* **by the** Douglas Vern Hulstedt, *a man.*
        Clerk of the Court is to "notify" DEFENDANTS *et.al.* of Settlement-Contract-Details

9       by the Service by the Bills of the Processes;

10

11

12              **ALL RIGHTS RESERVED WAIVE-NONE**
                *RESERVATION FOR ALL WRITS*
13              *"FOR RESTRAINT OF LIBERTIES"*

14

15              

16              Flag Title: ~4, Section: ~1-3

17          **Verified by**: *Douglas Vern Hulstedt*
                        The United States of America
18                      Claimant/Witness/Injured
                        Beneficiary-Claimant *for*
19                      DOUGLAS VERN HULSTED, M.D.
20                      **CORPORATION #3260008/A42397,**
                        **"Copy-Right-Claimant".**
21

22

23

24

25

26

27

28                              ~ 3 ~

# "BILL OF PROCESS"
## "Color-Coded"

In the California state, of the _____ county. I, the undersigned, herein declare that I am over the age of eighteen years and **NOT** a *party of interest* to the within entitled "Claim". My business address is: <mark>CLERK OF THE COURT/TRUSTEES;</mark>

I, hereby declare under the penalty of perjury of the California Republic and The United States of America that I served the foregoing document as entitled: on the party(s) by mailing with the Post Office maintained by the United States, Postal Service with postage paid, titled and addressed as follows and or by file stamp/banking postmasters: **MOTION NOTICE SUA-SPONTE, COURT TO ORDER SETTLEMENT-CONTRACT MEETING (ADR) FOR IMMEDIATE RELIEF AS OPPOSED TO SPENDING TAX-PAYER MONIES WHILE THE ATTORNEYS *ET.AL*. ACT IN FRAUD AND CONTINUALLY VIOLATE CONSTITUTIONAL-RIGHTS, JUSTIFYING THE "*PULLING*" OF THE CHARTERS BY THE POLICY NUMBERS #, THE TIME-DATE-LOCATION TO BE NOTICED AFTER ENTRY OF THIS ORDER, AGREEMENT FOR STAY OF ALL MATTERS CONCERNED IS WELCOMED FOR A CONTRACT, BILL OF PROCESS;**

**Robert Andres Bonta, Attorneys, #202668, Witnesses/**<mark>**Accused, *PAYOR,***</mark>
<mark>**"DEFENDANTS"** *et.al;*</mark>
455 Golden Gate Avenues, Suite 11000
San Francisco, California 94102
**By-Clerk of the Court;**

**Laurie Rose Lubiano, Attorneys #256695, Witnesses/**<mark>**Accused, *PAYOR,***</mark>
<mark>**"DEFENDANTS"** *et.al;*</mark>
2005 Evergreen Street, Suite 1200
Sacramento, California 95815
**By-Clerk of the Court;**

~ 4 ~

**MOTION NOTICE "SUA-SPONTE" ORDER FOR SETTLEMENT**
**Copyrighted-Works this Document-Contract by the Douglas Vern Hulstedt**

Greg W. (?) Chambers, Attorneys #237509, Witnesses/Accused/Doe #1,
PAYOR, x 2 [after the fact] "DEFENDANTS" et.al;
455 Golden Gate Avenues, Suite 11000
San Francisco, California 94102
By-Clerk of the Court;

Thomas Andrew Ostly, Attorneys #209234, Witnesses/Accused, PAYOR,
as STATE BAR OF CALIFORNIA [CHARTER]
"DEFENDANTS" et.al;
c/o Fiduciary-Officer-"in"-Charge-Adjuster
455 Golden Gate Avenue, Suite 11000
San Francisco, California 94102
By-Clerk of the Court;

James Allan Scharf, Attorneys #152171, Witnesses/Accused/Triple-Agent,
PAYOR, x 3 as STATE BAR OF CALIFORNIA [CHARTER]
"DEFENDANTS" et.al;
c/o Fiduciary-Officer-"in"-Charge-Adjuster
150 Almaden Boulevard, Suite 900
San Jose, California 95113
By-Clerk of the Court;

Jevechius Doherty Bernardoni, Attorneys #281892, Witnesses/Accused, PAYOR,
as STATE BAR OF CALIFORNIA [CHARTER]
"DEFENDANTS" et.al;
c/o Fiduciary-Officer-"in"-Charge-Adjuster
1301 Clay Street, Suite 340S
Oakland, California 94612
By-Clerk of the Court;

Iveta Ovsepyan, Attorneys #279218, Witnesses/Accused, PAYOR,
as STATE BAR OF CALIFORNIA [CHARTER]
"DEFENDANTS" et.al;
c/o Fiduciary-Officer-"in"-Charge-Adjuster
300 South Spring Street, Suite 1702
Los Angeles, California 90013-1230
By-Clerk of the Court;

~ 5 ~

MOTION NOTICE "SUA-SPONTE" ORDER FOR SETTLEMENT
Copyrighted-Works this Document-Contract by the Douglas Vern Hulstedt

Leah Tamu Wilson, Attorneys #222790, Witnesses/Accused, *PAYOR,*
*as* STATE BAR OF CALIFORNIA *[CHARTER]*
"DEFENDANTS" *et.al;*
c/o *Fiduciary-Officer-"in"-Charge-Adjuster*
180 Howard Street
San Francisco, California 94105
**By-Clerk of the Court;**

Juliet Elizabeth Cox, Attorneys #214401, Witnesses/Accused, *PAYOR,*
*as* STATE BAR OF CALIFORNIA *[CHARTER]*
"DEFENDANTS" *et.al;*
c/o *Fiduciary-Officer-"in"-Charge-Adjuster*
1515 Clay Street, Suite 206
Oakland, California  94612
**By-Clerk of the Court;**

(1) STATE BAR OF CALIFORNIA *[CHARTER] as the* "Insurance-Guarantors",
*BANKING-PAYORS BY THE POLICIES,* "DEFENDANTS" *et.al;*
c/o *Fiduciary-Officer-"in"-Charge-Adjuster*
180 Howard Street
San Francisco, California 94105
**By-Clerk of the Court;**

(2) **Gavin Newsom, Governor, Witnesses/Trustees/[Insurance]"Guarantors"**
1021 O Street, Suite 9000
Sacramento, California 95814
**By-Clerk of the Court;**

(3) **The United States** *as* [Insurance]"Guarantors"
**c/o Merrick Garland, Attorney-General, Witnesses/Trustees/Oath-Protectors**
950 Pennsylvania Ave., NW
Washington, DC 20530
**By-Clerk of the Court;**

~ 6 ~

**MOTION NOTICE "SUA-SPONTE" ORDER FOR SETTLEMENT**
**Copyrighted-Works this Document-Contract by the Douglas Vern Hulstedt**

*CC:* **Military-Post-Office;** *Office of the Counsel for the Continued-Investigations;*

**Gregory D. Ford** *or Successor/*Witnesses,
**Director of Army C.I.D.**
**Department of the Army Criminal Investigation Division**
Russell Knox Building
27130 Telegraph Road
Quantico Virginia, 22134
**By-Clerk of the Court;**

**Omar R. Lopez,** *Special Agent or Successor/*Witnesses,
**Naval Criminal Investigative Services**
27130 Telegraph Road
Quantico Virginia, 22134
**By-Clerk of the Court;**

**Douglas Vern Hulstedt,** *a man,* **Witness;**
**DOUGLAS VERN HULSTEDT, M.D.** = *PAYEE FOR THE SETTLEMENTS,*
**% 2511 Garden Road, Building - C # 100**
**Monterey, California 93940**
**Tel: (831) 899-5900**
*Claimant/Witness/Beneficiary*
**By-Clerk of the Court;**

I declare under the penalty of perjury of the Laws of the California Republic and The United States of America that the foregoing is correct and complete to the best of my knowledge, information and belief, and that this bill of process is executed by the voluntary act of my own hand on _____ county and is dated below;

Date: _____          By the Clerk of the Court: _____

~ 7 ~

**MOTION NOTICE "SUA-SPONTE" ORDER FOR SETTLEMENT**
**Copyrighted-Works this Document-Contract by the Douglas Vern Hulstedt**