Douglas Vern Hulstedt
℅ 2511 Garden Road, Building - C # 100
Monterey, California 93940
Tel: (831) 899-5900
*Claimant/Witness/Beneficiary*

**FILED**

MAY 08 2023

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Douglas Vern Hulstedt** <br><br> *Claimant/Witness/Beneficiary;* <br> *Adversely Affected and Aggrieved* <br><br> *Vs.* <br><br> **Robert Andres Bonta, Attorneys, #202668, Laurie Rose Lubiano, Attorneys #152171, STATE BAR OF CALIFORNIA [CHARTER]** = *Insurance-Guarantors by the Bar # Policies,* <br> *Defendants et.al;* <br><br> Does/Roes 1-25; <br><br>——————————————— <br><br> Greg W.(?) Chambers, <br> Attorneys, #237509 <br> *Doe #1 et.al;* | :Case No: 23CV02003-NC; <br><br> **MOTION-NOTICE** <br> "SUA-SPONTE" <br><br> FOR THE COURT TO ORDER AND PAY FOR COUNSEL REPRESENTATION OF CHOICE FOR THIS CLAIMANTS BENEFIT AS DEFENDANTS *ET.AL.* = *ATTORNEYS* WILL NOT AND REFUSE TO PROVIDE RIGHTS, DUE-PROCESSES WITH THEIR INTENTS TO DAMAGE WHILE DISCRIMINATING AGAINST MY BENEFICIAL-PROPERTY-ASSETS, THIS AFTER MANY FAILURES AND DISHONESTIES BY A PUBLIC-FIDUCIARY IN BREACH OF HIS/THEIR DUTIES BY THE ROBERT ANDRES BONTA, #202668, DEFENDANTS *ET.AL.* = *ATTORNEYS*, COUNSEL OF CHOICE AT THIS TIME IS JOSE A. BAEZ, ATTORNEYS, <br><br> METHOD OF PROCESS; |

~ 1 ~

ORDER AND PAY FOR COUNSEL REPRESENTATION OF CHOICE
Copyrighted-Works this Document-Contract by the Douglas Vern Hulstedt

*<u>To All Officers and Employees of the UNITED STATES DISTRICT COURTS; I, a man in the Name of Lord Almighty I accept your Oath(s), bind you to the same and command you do justice. I waive all customary rules of law and other procedural impediments, I am not an attorney nor am I trained in law and I expect my rights to be protected by thee Public-Fiduciaries……..</u>*

**ORDER TO PAY** *<u>by the Beneficiary having the Right to Claim about Wrongs being Committed by Attorneys/Trustees</u> and* by accepting the "Valid" "Oath of Office" of any Public-Fiduciary-Trustee or "**Placeholder**" concerning this matter for the equal protections of the law with my Adoption of the Bill of Rights for the Due-Processes and by accepting the public record **"Official Bond"** or any other insurance-policies that may apply concerning fraud or employee misconduct/dishonesty and by entering and the making of this **"MOTION-NOTICE"** before this Court of Record as the Claimant/ Witness/Beneficiary to protect my Beneficial Property Rights against Trespass or Breach of Fiduciary-Trust, with <u>intended-damage-done</u> **"I"**, Douglas Vern Hulstedt, *a man* stake this Claim for **"Judicial-Motion-Notice"**, by the <u>Knowledge</u>, ***ORDER AND PAY FOR COUNSEL REPRESENTATION OF CHOICE*** and Method of Process for the **"Due-Process"** <u>Guaranteed by the Bill of Rights</u>. **NOTE:** The citation of state and federal statutes, codes, rules, regulations, and court citations, within any document-contract created by me and not copyrighted by me, is only to notice my servants that which is applicable to them and is not intended, nor shall be construed, to mean that I confer, submit to, claim rights to or have entered into any jurisdiction alluded to thereby, by the following; **MOTION-NOTICE "SUA-SPONTE" FOR THE COURT TO ORDER AND PAY FOR COUNSEL REPRESENTATION OF CHOICE FOR THIS CLAIMANTS BENEFIT AS DEFENDANTS** *ET.AL.* **=** *ATTORNEYS* **WILL NOT AND**

~ 2 ~

REFUSE TO PROVIDE RIGHTS, DUE-PROCESSES WITH THEIR INTENTS TO DAMAGE WHILE DISCRIMINATING AGAINST MY BENEFICIAL-PROPERTY-ASSETS, THIS AFTER MANY FAILURES AND DISHONESTIES BY A PUBLIC-FIDUCIARY IN BREACH OF HIS/THEIR DUTIES BY THE ROBERT ANDRES BONTA, #202668, DEFENDANTS *ET.AL.* = *ATTORNEYS*, COUNSEL OF CHOICE AT THIS TIME IS JOSE A. BAEZ, ATTORNEYS, METHOD OF PROCESS;

**ALL RIGHTS RESERVED WAIVE-NONE**
*RESERVATION FOR ALL WRITS*
*"FOR RESTRAINT OF LIBERTIES"*



:Flag: Title: ~4, Section: ~1-3

Verified by: *Douglas Vern Hulstedt*
The United States of America
Claimant/Witness/Injured
Beneficiary-Claimant *for*
DOUGLAS VERN HULSTED, M.D.
CORPORATION #3260008/A42397,
"Copy-Right-Claimant".

~ 3 ~

ORDER AND PAY FOR COUNSEL REPRESENTATION OF CHOICE
Copyrighted-Works this Document-Contract by the Douglas Vern Hulstedt

# **METHOD OF PROCESS**

In the California state, of the Monterey county. I, the undersigned, herein declare that I am over the age of eighteen years and NOT a party to the within entitled action. My business address is: _____

I hereby declare under the penalty of perjury of the California Republic and The United States of America that I served the foregoing document as entitled: on the party(s) by mailing with the Post Office maintained by the United States, Postal Service with postage paid, titled and addressed as follows and or by file stamp/banking postmasters: **MOTION-NOTICE "SUA-SPONTE" FOR THE COURT TO ORDER AND PAY FOR COUNSEL REPRESENTATION OF CHOICE FOR THIS CLAIMANTS BENEFIT AS DEFENDANTS *ET.AL.* = *ATTORNEYS* WILL NOT AND REFUSE TO PROVIDE RIGHTS, DUE-PROCESSES WITH THEIR INTENTS TO DAMAGE WHILE DISCRIMINATING AGAINST MY BENEFICIAL-PROPERTY-ASSETS, THIS AFTER MANY FAILURES AND DISHONESTIES BY A PUBLIC-FIDUCIARY IN BREACH OF HIS/THEIR DUTIES BY THE ROBERT ANDRES BONTA, #202668, DEFENDANTS *ET.AL.* = *ATTORNEYS,* COUNSEL OF CHOICE AT THIS TIME IS JOSE A. BAEZ, ATTORNEYS, METHOD OF PROCESS;**

**The Baez Law Firm**
**c/o Jose A. Baez, Attorneys**
**250 N. Orange Ave. Suite #750**
**Orlando, Florida 32801**
**By-Certified-Mail #**
**_____;**

I declare under the penalty of perjury of the Laws of the California Republic and The United States of America that the foregoing is correct and complete to the best of my knowledge, information and belief, and that this process is executed by the voluntary act of my own hand on Monterey county and is dated below;

Date: _____       By:_____

~ 4 ~

**ORDER AND PAY FOR COUNSEL REPRESENTATION OF CHOICE**
Copyrighted-Works this Document-Contract by the Douglas Vern Hulstedt

*<u>To All Officers and Employees of the UNITED STATES DISTRICT COURTS; I, a man in the Name of Lord Almighty I accept your Oath(s), bind you to the same and command you do justice. I waive all customary rules of law and other procedural impediments, I am not an attorney nor am I trained in law and I expect my rights to be protected by thee Public-Fiduciaries……..</u>*

**ORDER TO PAY** *<u>by the Beneficiary having the Right to Claim about Wrongs being Committed by Attorneys/Trustees</u> and* by accepting the "Valid" "Oath of Office" of any Public-Fiduciary-Trustee or "**Placeholder**" concerning this matter for the equal protections of the law with my Adoption of the Bill of Rights for the Due-Processes and by accepting the public record **"Official Bond"** or any other insurance-policies that may apply concerning fraud or employee misconduct/dishonesty and by entering and the making of this **"MOTION-NOTICE"** before this Court of Record as the Claimant/ Witness/Beneficiary to protect my Beneficial Property Rights against Trespass or Breach of Fiduciary-Trust, with <u>intended-damage-done</u> "**I**", Douglas Vern Hulstedt, *a man* stake this Claim for **"Judicial-Motion-Notice"**, by the <u>Knowledge</u>, ***ORDER AND PAY FOR COUNSEL REPRESENTATION OF CHOICE*** and Method of Process for the "**Due-Process**" <u>Guaranteed by the Bill of Rights</u>. **NOTE:** The citation of state and federal statutes, codes, rules, regulations, and court citations, within any document-contract created by me and not copyrighted by me, is only to notice my servants that which is applicable to them and is not intended, nor shall be construed, to mean that I confer, submit to, claim rights to or have entered into any jurisdiction alluded to thereby, by the following; **MOTION-NOTICE "SUA-SPONTE" FOR THE COURT TO ORDER AND PAY FOR COUNSEL REPRESENTATION OF CHOICE FOR THIS CLAIMANTS BENEFIT AS DEFENDANTS *ET.AL.* = *ATTORNEYS* WILL NOT AND**

~ 2 ~

1  REFUSE TO PROVIDE RIGHTS, DUE-PROCESSES WITH THEIR INTENTS TO
2  DAMAGE WHILE DISCRIMINATING AGAINST MY BENEFICIAL-PROPERTY-
3  ASSETS, THIS AFTER MANY FAILURES AND DISHONESTIES BY A PUBLIC-
4  FIDUCIARY IN BREACH OF HIS/THEIR DUTIES BY THE ROBERT ANDRES
5  BONTA, #202668, DEFENDANTS *ET.AL.* = *ATTORNEYS*, COUNSEL OF CHOICE AT
6  THIS TIME IS JOSE A. BAEZ, ATTORNEYS, METHOD OF PROCESS;

ALL RIGHTS RESERVED WAIVE-NONE
**RESERVATION FOR ALL WRITS**
**"FOR RESTRAINT OF LIBERTIES"**



:Flag: Title: ~4, Section: ~1-3

Verified by: *Douglas Vern Hulstedt*
The United States of America
Claimant/Witness/Injured
Beneficiary-Claimant *for*
DOUGLAS VERN HULSTED, M.D.
CORPORATION #3260008/A42397,
"Copy-Right-Claimant".

~ 3 ~

ORDER AND PAY FOR COUNSEL REPRESENTATION OF CHOICE
Copyrighted-Works this Document-Contract by the Douglas Vern Hulstedt

# **METHOD OF PROCESS**

In the California state, of the Monterey county. I, the undersigned, herein declare that I am over the age of eighteen years and NOT a party to the within entitled action. My business address is: _1180 Forest Ave #B Pacific Grove California 93950_

I hereby declare under the penalty of perjury of the California Republic and The United States of America that I served the foregoing document as entitled: on the party(s) by mailing with the Post Office maintained by the United States, Postal Service with postage paid, titled and addressed as follows and or by file stamp/banking postmasters: **MOTION-NOTICE "SUA-SPONTE" FOR THE COURT TO ORDER AND PAY FOR COUNSEL REPRESENTATION OF CHOICE FOR THIS CLAIMANTS BENEFIT AS DEFENDANTS *ET.AL.* = *ATTORNEYS* WILL NOT AND REFUSE TO PROVIDE RIGHTS, DUE-PROCESSES WITH THEIR INTENTS TO DAMAGE WHILE DISCRIMINATING AGAINST MY BENEFICIAL-PROPERTY-ASSETS, THIS AFTER MANY FAILURES AND DISHONESTIES BY A PUBLIC-FIDUCIARY IN BREACH OF HIS/THEIR DUTIES BY THE ROBERT ANDRES BONTA, #202668, DEFENDANTS *ET.AL.* = *ATTORNEYS*, COUNSEL OF CHOICE AT THIS TIME IS JOSE A. BAEZ, ATTORNEYS, METHOD OF PROCESS;**

**The Baez Law Firm**
c/o Jose A. Baez, Attorneys
250 N. Orange Ave. Suite #750
Orlando, Florida 32801
**By-Certified-Mail #**
_____;

I declare under the penalty of perjury of the Laws of the California Republic and The United States of America that the foregoing is correct and complete to the best of my knowledge, information and belief, and that this process is executed by the voluntary act of my own hand on Monterey county and is dated below;

Date: _May 8 2023_                                   By: _[signature] Gloria Chavez_

~ 4 ~

**ORDER AND PAY FOR COUNSEL REPRESENTATION OF CHOICE**
Copyrighted-Works this Document-Contract by the Douglas Vern Hulstedt