FILED

MAY 08 2023

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

1

2

3

4

**Douglas Vern Hulstedt**
**℅ 2511 Garden Road, Building - C # 100**
**Monterey, California 93940**
**Tel: (831) 899-5900**
*Claimant/Witness/Beneficiary*

5

6

7

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9   **Douglas Vern Hulstedt**                  ) :Case No: 23CV02003-NC;
                                               )
10                                             )
     *Claimant/Witness/Beneficiary;*           )
11   *Adversely Affected and Aggrieved*        ) # MOTION-NOTICE
                                               )
12                                             )
                    *Vs.*                      ) **WRIT OF PRAECIPE TO ORDER**
13                                             ) **GREG W.(?) CHAMBERS,**
     **Robert Andres Bonta, Attorneys,**       ) **ATTORNEYS, #237509 TO SHOW**
14                                             ) **CAUSE AND PRODUCE HIS/THEIR**
     **#202668, Laurie Rose Lubiano,**         ) **(1) LICENSE TO PRACTICE LAW, (2)**
15                                             ) **HIS/THEIR OATH OF OFFICE AS**
     **Attorneys #152171,  STATE BAR OF**      ) **HE/THEY IS/ARE ACTING AS A**
16                                             ) **"FOREIGN-AGENT(S)" WITH**
     **CALIFORNIA [CHARTER] =**                ) **UNKNOWN AUTHORITY OF WHO**
17                                             ) **AND WHAT HE/THEY RE-PRESENT**
     ***Insurance-Guarantors by the***         ) **FOR THE DUE-PROCESS-**
18                                             ) **IDENTIFICATION TO KNOW THE**
     ***Bar # Policies,***                     ) **NATURE AND CAUSE OF HIS/THEIR**
19                                             ) **MOVEMENTS/TRESPASS AGAINST**
     *Defendants et.al;*                       ) **THIS/THESE TRUST-CASE-**
20                                             ) **CONTRACTS, "HE/THEY ADMITS",**
                                               )
21                                             )
                  **Does/Roes 1-25;**          ) **SANCTIONS FOR DENIAL OF RIGHTS,**
22                                             )
                                               )
23   ─────────────────────────                 )
                                               ) **METHOD OF PROCESS,**
24                                             )
     **Greg W.(?) Chambers,**                  ) **TIME:** ̲T̲B̲D̲
25                                             )
     **Attorneys, #237509**                    ) **TIME:** _____,
26                                             ) **DATE:** ̲J̲u̲n̲e̲ ̲8̲ ̲2̲0̲2̲3̲ ,
     *Doe #1 et.al;*                           ) **ROOM:** ̲J̲u̲d̲g̲e̲ ̲N̲C̲ ;
27   ─────────────────────────                 )

28                                    ~ 1 ~

**MOTION NOTICE WRIT OF PRAECIPE LICENSE TO PRACTICE LAW/OATH OF OFFICE**
**Copyrighted-Works this Document-Contract by the Douglas Vern Hulstedt**

*__To All Officers and Employees of the UNITED STATES DISTRICT COURTS; I, a man in the Name of Lord Almighty I accept your Oath(s), bind you to the same and command you do justice. I waive all customary rules of law and other procedural impediments, I am not an attorney nor am I trained in law and I expect my rights to be protected by thee Public-Fiduciaries……..__*

***JUDICIAL NOTICE TO SHOW CAUSE*** *__by the Beneficiary having the Right to Claim about Wrongs being Committed by Attorneys/Trustees__* and by accepting the "Valid" "Oath of Office" of any Public-Fiduciary-Trustee or **"Placeholder"** concerning this matter for the equal protections of the law with my Adoption of the Bill of Rights for the Due-Processes and by accepting the public record **"Official Bond"**  or any other insurance-policies that may apply concerning fraud or employee misconduct/dishonesty and by entering and the making of this **"Judicial-Review"** before this Court of Record as the Claimant/Witness/Beneficiary to protect my Beneficial Property Rights against Trespass or Breach of Fiduciary-Trust, with <u>intended-damage-done</u> "I", Douglas Vern Hulstedt, *a man* stake this Claim for **"Judicial-Motion-Notice"**, by the <u>Knowledge</u>, *__WRIT OF PRAECIPE LICENSE TO PRACTICE LAW AND OATH OF OFFICE__*  and Method of Process for the **"Due-Process"** *__Guaranteed by the Bill of Rights__*. NOTE: The citation of state and federal statutes, codes, rules, regulations, and court citations, within any document-contract created by me and not copyrighted by me, is only to notice my servants that which is applicable to them and is not intended, nor shall be construed, to mean that I confer, submit to, claim rights to or have entered into any jurisdiction alluded to thereby, by the following **MOTION-NOTICE WRIT OF PRAECIPE TO ORDER GREG W.(?) CHAMBERS, ATTORNEYS, #237509 TO SHOW CAUSE AND PRODUCE HIS/THEIR (1)**

~ 2 ~

**MOTION NOTICE WRIT OF PRAECIPE LICENSE TO PRACTICE LAW/OATH OF OFFICE**
**Copyrighted-Works this Document-Contract by the Douglas Vern Hulstedt**

1  LICENSE TO PRACTICE LAW, (2) HIS/THEIR OATH OF OFFICE AS

2  HE/THEY IS/ARE ACTING AS A "FOREIGN-AGENT(S)" WITH UNKNOWN

3  AUTHORITY OF WHO AND WHAT HE/THEY RE-PRESENT

4  FOR THE DUE-PROCESS- IDENTIFICATION TO KNOW THE NATURE AND

5  CAUSE OF HIS/THEIR MOVEMENTS/TRESPASS AGAINST THIS/THESE TRUST-

6  CASE-CONTRACTS, "HE/THEY ADMITS", SANCTIONS FOR DENIAL OF RIGHTS,

7  METHOD OF PROCESS, TIME: ̅T̅B̅D̅ ,DATE: June 8 ,ROOM: Judge NC ;

8

9

10  *CLAIMS NOW* "I", **Douglas Vern Hulstedt**, Motion/Notice this Court to issue
an Order directing ***DEFENDANTS AND UN-IDENTIFIED-VESSELLS*** = **GREG
11  W.(?) CHAMBERS, ATTORNEYS, #237509** who are "in" *Breach of this Trust(s)
by the entry dock-ets #3, #4, #5, #6 = NOTICE OF APPEARANCE* to appear and
12  prove-claim that he/they are a "Lawful" <u>Judicial-Officers</u> before this Court and Show-
Cause why he/they should not be held in Direct-Contempt by virtue of his/their
13  Obstruction of the Administration of Justice, *i.e.* *["<u>conspiring to deprive rights and</u>
14  <u>breach of trust with intent after the fact et.al.</u>"] DEFENDANTS AND UN-
IDENTIFIED-VESSELLS* = **GREG W.(?) CHAMBERS, ATTORNEYS, #237509**
15  is/are ordered to provide a certified-copy of his/their "*alleged*" <u>license to practice Law
giving them Authority *to act* as Lawful-Judicial-Officers</u> along with current <u>Insurance-
16  Policy-Number and Trustee-Name-Contact and Oath of Office</u> *whom* Claim to be
operating *as* "Judicial-Officers" before this Court and <u>re-presenting</u> that they *act*
17  Lawfully to Protect = "Me", **Douglas Vern Hulstedt**, *a man*. If, ***DEFENDANTS AND
UN-IDENTIFIED-VESSELLS*** = **GREG W.(?) CHAMBERS, ATTORNEYS,
18  #237509** cannot produce his/their license to practice law along with proof of insurance
and Oath of Office (**EXHIBIT 1**) he/they will be held in direct contempt by way of
19  *"Perjury of Oath without Proof of Bar-Insurance-Claim [Pirates]"*, this Claim is to be
ordered and *Settled-Now. DEFENDANTS AND UN-IDENTIFIED-VESSELLS* =
20  **GREG W.(?) CHAMBERS, ATTORNEYS, #237509**, will be ordered to *pay*
**$10,000.00 in <u>sanction-settlement-claims</u>** per "*occurrence*" to "Me" (legal-
21  settlement-fees-for-damages) in a cashier's check within a week after the execution of
this Order-Claim-Justification *and also this* Claimant-Claiming that Attorneys *et.al.* are
22  failing to protect due-process-rights *et.al*; *above and* b[ey]ond-claim(ant)-settlements by
their damages which continue after the fact;

23

24

25

26

27

28                                    ~ 3 ~

# FOR THE KNOWLEDGE BY THE FOLLOWING;

**[The Supreme Court Ruled on the matter in Schware v. Board of Examiners:** No attorney has a license, and the Supreme Court ruled attorneys are not licensed to practice law. Lawyers and attorneys are NOT licensed to practice law, the nature of lawyer-craft in America as per The United States Supreme Court; The practice of Law **CAN NOT** be licensed by any state/State. (Schware v. Board of Examiners, 353 U.S. 238, 239). The practice of Law is **AN OCCUPATION OF THE COMMON RIGHT!** (Sims v. Aherns, 271 S.W. 720, 1925);

The "CERTIFICATE" from the State Supreme Court; ONLY authorizes, to practice Law "IN COURTS" as a member of the STATE JUDICIAL BRANCH OF GOVERNMENT. Can ONLY represent WARDS OF THE COURT, INFANTS, PERSONS OF UNSOUND MIND (SEE CORPUS JURIS SECUNDUM, VOLUME 7, SECTION 4).

The "STATE BAR" card is not a license, it is a "UNION DUES CARD". The "BAR" is a "PROFESSIONAL ASSOCIATION";

1. Like the Actors' Union, Painters' Union, etc;
2. No other association, EVEN DOCTORS, issue their own license, all are issued by the State;
3. The State Bar is a NON-GOVERNMENTAL PRIVATE ASSOCIATION – and dues must be current to sustain membership;

The State Bar is; an unconstitutional Monopoly. AN ILLEGAL CRIMINAL ENTERPRISE; Violates Article 2, Section 1, Separation of Powers Clause of the Constitution. There is NO POWER OR AUTHORITY for joining Legislative, Judicial or Executive within a state as the BAR STATE OF CALIFORNIA *is refusing to pay my insurance claims due to violations of Constitutional-Rights*];

*NOW AND AGAIN* the Facts will support that **"My"** Claims were filed/ recorded for the protection of rights and that "Attorneys" *et.al.* are continuing their overt attempts to overthrow "The United States" Government by way of *"Perjury of Oath without Proof of Bar-Insurance-Claim"* and at the same time damaging **"Me"** and **"My"** property-rights, **"Assets".** This Matter must be paid in full and legal-fees granted over and beyond the **$10,000.00** sanctions per *"occurrence"* against *DEFENDANTS AND*

~ 4 ~

1
2

*UN-IDENTIFIED-VESSELLS* = **GREG W.(?) CHAMBERS, ATTORNEYS, #237509** and those damages to be determined, **T.B.D**;

3
4

This Writ of Praecipe will move this **Trust-Case-No. 23CV02003-NC** into another jurisdiction for the **subject-matter-controversy-challenges** if this court denies rights to answer the many *several* **"Federal Questions"** as to the matters of **Case Nos.**

5
6

**22CV06688-HSG, 22CV07439-HSG, 22SC018927, 800-2021-079497.** The Attorneys *et.al.* have continually refused to provide me the **right to due-processes along with failing to identify their authority** of the alleged laws broken by the "Enacting-Clauses". This

7
8

Claimant/Witness/Beneficiary is ordering the Court and *DEFENDANTS AND UN-IDENTIFIED-VESSELLS* = **GREG W.(?) CHAMBERS, ATTORNEYS, #237509**, to appear before this Court and Show-Cause why he/they should not be held in Direct-

9

Contempt by virtue of their Obstruction of the Administration of Justice, *i.e.*

10

*["conspiring to deprive rights and breach of trust with intent after the fact et.al."]* *DEFENDANTS AND UN-IDENTIFIED-VESSELLS* = **GREG W.(?) CHAMBERS,**

11

**ATTORNEYS, #237509** is/are ordered to provide a copy of his/their **(1)** license to practice law to the court **(2)** certified copy of his/their Oath of Office and served to

12

**"Me"**. If, *DEFENDANTS AND UN-IDENTIFIED-VESSELLS* = **GREG W.(?)**

13

**CHAMBERS, ATTORNEYS, #237509**, cannot "produce" in a **15-day-return** and enter his/their **(1)** license to practice law to the court **(2)** certified copy of his/their Oath

14

of Office he/they will be held in direct contempt for **"imposing"** as Judicial-Officers,

15

this action settled in favor of this Claimant/Witness/Beneficiary and he/they are ordered to pay **$10,000.00** per **"*occurrence*"** for sanctions to **"Me"** in a cashier's checks within a

16

week after this contract is settled;

17

18

**ALL RIGHTS RESERVED WAIVE-NONE**
*RESERVATION FOR ALL WRITS*
*"FOR RESTRAINT OF LIBERTIES"*

19
20
21
22



23

Verified by: *Douglas Vern Hulstedt*

24

The United States of America
Claimant/Witness/Injured
Beneficiary-Claimant *for*

25

DOUGLAS VERN HULSTED, M.D.

26

**CORPORATION #3260008/A42397,**
**"Copy-Right-Claimant".**

27
28

~ 5 ~

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 1

~ 6 ~

**MOTION NOTICE WRIT OF PRAECIPE LICENSE TO PRACTICE LAW/OATH OF OFFICE**
Copyrighted-Works this Document-Contract by the Douglas Vern Hulstedt

# ATTORNEY'S OATH OF OFFICE

## CALIFORNIA BUSINESS AND PROFESSIONS CODE

**6067. Oath.** Every person on his admission shall take an oath to support the Constitution of the United States and the Constitution of the State of California, and faithfully to discharge the duties of any attorney at law to the best of his knowledge and ability. A certificate of the oath shall be indorsed upon his license.(Added by Stats. 1939, c 34. p. 354, Sec. 1.)

Oath of office is a quid pro quo contract

The Oath of office is a quid pro quo contract cf [U.S. Const. Art. 6, Clauses 2 and 3, Davis Vs. Lawyers Surety Corporation., 459 S.W. 2nd. 655, 657., Tex. Civ. App.] in which clerks, officials, or officers of the government pledge to perform (Support and uphold the United States and state Constitutions) in return for substance (wages, perks, benefits).  Proponents are subjected to the penalties and remedies for Breach of Contract, Conspiracy    [Title 18 U.S.C., Sections 241, 242]. Treason under the Constitution at Article 3, Section 3., and Intrinsic Fraud    [Auerbach v Samuels, 10 Utah 2nd. 152, 349 P. 2nd. 1112,1114. Alleghany Corp v Kirby., D.C.N.Y. 218 F. Supp. 164, 183., and Keeton Packing Co. v State., 437 S.W. 20, 28].

# METHOD OF PROCESS

In the California state, of the Monterey county. I, the undersigned, herein declare that I am over the age of eighteen years and NOT a party to the within entitled action. My business address is: _1180 Forest Ave #B Pacific Grove California 93950_

I hereby declare under the penalty of perjury of the California Republic and The United States of America that I served the foregoing document as entitled: on the party(s) by mailing with the Post Office maintained by the United States, Postal Service with postage paid, titled and addressed as follows and or by file stamp/banking postmasters: **MOTION-NOTICE WRIT OF PRAECIPE TO ORDER GREG W.(?) CHAMBERS, ATTORNEYS, #237509 TO SHOW CAUSE AND PRODUCE HIS/THEIR (1) LICENSE TO PRACTICE LAW, (2) HIS/THEIR OATH OF OFFICE AS HE/THEY IS/ARE ACTING AS A "FOREIGN-AGENT(S)" WITH UNKNOWN AUTHORITY OF WHO AND WHAT HE/THEY RE-PRESENT FOR THE DUE-PROCESS- IDENTIFICATION TO KNOW THE NATURE AND CAUSE OF HIS/THEIR MOVEMENTS/TRESPASS AGAINST THIS/THESE TRUST-CASE-CONTRACTS, "HE/THEY ADMITS",SANCTIONS FOR DENIAL OF RIGHTS, METHOD OF PROCESS, TIME:** TBD____ **,DATE:** June 8____ **,ROOM:** Judge N C **;**

**Robert Andres Bonta, Attorneys, #202668, Witnesses/<span style="color:red">Accused</span>, "DEFENDANTS"** *et.al;*
455 Golden Gate Avenues, Suite 11000
San Francisco, California 94102
**By-Certified-Mail #**
7022041000017447 7626 **;**

**Laurie Rose Lubiano, Attorneys #256695, Witnesses/<span style="color:red">Accused</span>, "DEFENDANTS"** *et.al;*
2005 Evergreen Street, Suite 1200
Sacramento, California 95815
**By-Certified-Mail #**
7022 0410 0001 74977633 **;**

~ 7 ~

**MOTION NOTICE WRIT OF PRAECIPE LICENSE TO PRACTICE LAW/OATH OF OFFICE**
**Copyrighted-Works this Document-Contract by the Douglas Vern Hulstedt**

**Greg W. (?) Chambers, Attorneys #237509, Witnesses/Accused/Doe #1,**
"DEFENDANTS" *et.al;*
455 Golden Gate Avenues, Suite 11000
San Francisco, California 94102
By-Certified-Mail #
_____;

**Thomas Andrew Ostly, Attorneys #209234, Witnesses/Accused,**
*as* STATE BAR OF CALIFORNIA *[CHARTER]*
"DEFENDANTS" *et.al;*
*c/o Fiduciary-Officer-"in"-Charge-Adjuster*
455 Golden Gate Avenue, Suite 11000
San Francisco, California 94102

**James Allan Scharf, Attorneys #152171, Witnesses/Accused/Triple-Agent,**
*as* STATE BAR OF CALIFORNIA *[CHARTER]*
"DEFENDANTS" *et.al;*
*c/o Fiduciary-Officer-"in"-Charge-Adjuster*
150 Almaden Boulevard, Suite 900
San Jose, California 95113

**Jevechius Doherty Bernardoni, Attorneys #281892, Witnesses/Accused,**
*as* STATE BAR OF CALIFORNIA *[CHARTER]*
"DEFENDANTS" *et.al;*
*c/o Fiduciary-Officer-"in"-Charge-Adjuster*
1301 Clay Street, Suite 340S
Oakland, California 94612

**Iveta Ovsepyan, Attorneys #279218, Witnesses/Accused,**
*as* STATE BAR OF CALIFORNIA *[CHARTER]*
"DEFENDANTS" *et.al;*
*c/o Fiduciary-Officer-"in"-Charge-Adjuster*
300 South Spring Street, Suite 1702
Los Angeles, California 90013-1230

~ 8 ~

**MOTION NOTICE WRIT OF PRAECIPE LICENSE TO PRACTICE LAW/OATH OF OFFICE**
Copyrighted-Works this Document-Contract by the Douglas Vern Hulstedt

**Leah Tamu Wilson, Attorneys #222790, Witnesses/Accused,**
*as* **STATE BAR OF CALIFORNIA** *[CHARTER]*
**"DEFENDANTS"** *et.al;*
*c/o Fiduciary-Officer-"in"-Charge-Adjuster*
180 Howard Street
San Francisco, California 94105

**Juliet Elizabeth Cox, Attorneys #214401, Witnesses/Accused,**
*as* **STATE BAR OF CALIFORNIA** *[CHARTER]*
**"DEFENDANTS"** *et.al;*
*c/o Fiduciary-Officer-"in"-Charge-Adjuster*
1515 Clay Street, Suite 206
Oakland, California  94612

**STATE BAR OF CALIFORNIA** *[CHARTER]* **Insurance-Guarantors**
**"DEFENDANTS"** *et.al;*
*c/o Fiduciary-Officer-"in"-Charge-Adjuster*
180 Howard Street
San Francisco, California 94105
**By-Certified-Mail #**
7022040/0000/74477657  ;

**Gavin Newsom, Governor, Witnesses/Trustees/Insurance-Guarantors**
1021 O Street, Suite 9000
Sacramento, California 95814
**By-Certified-Mail #**
7022 04/0 000/ 7447 7664 ;

**The United States** *as* **Insurance-Guarantors**
**c/o Merrick Garland, Attorney-General, Witnesses/Trustees/Oath-Protectors**
950 Pennsylvania Ave., NW
Washington, DC 20530
**By-Certified-Mail #**
7022 04/0000/7447 767/   ;

~ 9 ~

MOTION NOTICE WRIT OF PRAECIPE LICENSE TO PRACTICE LAW/OATH OF OFFICE
Copyrighted-Works this Document-Contract by the Douglas Vern Hulstedt

*CC:* **Military-Post-Office;** *Office of the Counsel for the Continued-Investigations;*

**Gregory D. Ford** *or Successor*
**Director of Army C.I.D.**
**Department of the Army Criminal Investigation Division**
Russell Knox Building
27130 Telegraph Road
Quantico Virginia, 22134
**By-Certified-Mail #**
7022 0410 0001 7447 7688;

**Omar R. Lopez,** *Special Agent or Successor*
**Naval Criminal Investigative Services**
27130 Telegraph Road
Quantico Virginia, 22134
**By-Certified-Mail #**
7022 0410 0001 7447 7695;

I declare under the penalty of perjury of the Laws of the California Republic and The United States of America that the foregoing is correct and complete to the best of my knowledge, information and belief, and that this process is executed by the voluntary act of my own hand on Monterey county and is dated below;

Date: May 8th, 2023

By:
Gloria Chavez

~ 10 ~

**MOTION NOTICE WRIT OF PRAECIPE LICENSE TO PRACTICE LAW/OATH OF OFFICE**
Copyrighted-Works this Document-Contract by the Douglas Vern Hulstedt