1  Douglas Vern Hulstedt
2  ℅ 2511 Garden Road, Building - C # 100
   Monterey, California 93940
3  Tel: (831) 899-5900
4  *Claimant/Witness/Beneficiary*

FILED

MAY 10 2023

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Douglas Vern Hulstedt**  *Claimant/Witness/Beneficiary; Adversely Affected and Aggrieved*  Vs.  **Robert Andres Bonta, Attorneys, #202668, Laurie Rose Lubiano, Attorneys #152171, STATE BAR OF CALIFORNIA *[CHARTER]* = *Insurance-Guarantors by the Bar # Policies,* ** *Defendants et.al;*  **Does/Roes 1-25;**  **Greg W.(?) Chambers, Attorneys, #237509** *Doe #1 et.al;* | :Case No: 23CV02003-NC;  MANDATORY JUDICIALLY NOTICED EVIDENCE IN SUPPORT OF THIS REVIEW BY THE 5 U.S.C. § 702-706, ADMINISTRATIVE PROCEDURES ACT 1946 AS A VERIFIED-FORMAL-CLAIM CONCERNING PERJURY OF OATHS AGAINST THE ATTORNEYS *ET.AL.*, JAMES A. SCHARF, #152171, FOR THIS "PUBLIC-NOTICE-CLAIM" BY THE KNOWLEDGE AND DELIVERIES,  JUDICIAL SIGNIFICANCE,  EXHIBIT 1 = VERIFIED-FORMAL-CLAIM,  METHOD OF PROCESS; |

~ 1 ~

*<u>To All Officers and employees of the UNITED STATES DISTRICT COURTS; I, a man in the Name of Lord Almighty I accept your oath(s), bind you to the same and command you do justice. I waive all customary rules of law and other procedural impediments, I am not an attorney nor am I trained in law and I expect my rights to be protected by thee Public-Fiduciaries……..</u>*

*TAKE JUDICIAL-KNOWLEDGE-NOTICE <u>by the Beneficiary having the Right to Claim about Wrongs being Committed by Attorneys/Trustees</u> and* by accepting the "Valid" "Oath of Office" of any Public-Fiduciary-Trustee or "**Placeholder**" concerning this matter for the equal protections of the law with my Adoption of the Bill of Rights for the Due-Processes and by accepting the public record **"Official Bond"** or any other insurance-policies that may apply concerning fraud or employee misconduct/dishonesty and by entering and the making of this **"PUBLIC-NOTICE-CLAIM"** before this Court of Record as the Claimant/Witness/Beneficiary to protect my Beneficial Property Rights against Trespass or Breach of Fiduciary-Trust, with <u>intended-damage-done</u> "I", Douglas Vern Hulstedt, *a man* stake this Claim for **"Judicial-Protections of Rights"**, by the <u>Knowledge</u>, **EXHIBIT 1** and Method of Process for the **"Due-Process"** *<u>Guaranteed by the Bill of Rights</u>*. **NOTE:** The citation of state and federal statutes, codes, rules, regulations, and court citations, within any document-contract created by me and not copyrighted by me, is only to notice my servants that which is applicable to them and is not intended, nor shall be construed, to mean that I confer, submit to, claim rights to or have entered into any jurisdiction alluded to thereby, by the following, **MANDATORY JUDICIALLY NOTICED EVIDENCE IN SUPPORT OF THIS REVIEW BY THE 5 U.S.C. § 702-706, ADMINISTRATIVE PROCEDURES ACT 1946 AS A VERIFIED-FORMAL-**

~ 2 ~

CLAIM CONCERNING PERJURY OF OATHS AGAINST THE ATTORNEYS *ET.AL.*, JAMES A. SCHARF, #152171, FOR THIS "PUBLIC-NOTICE-CLAIM" BY THE KNOWLEDGE AND DELIVERIES, JUDICIAL SIGNIFICANCE, EXHIBIT 1 = VERIFIED-FORMAL-CLAIM, METHOD OF PROCESS;

# JUDICIAL SIGNIFICANCE

The Verified-Claim by the **EXHIBIT 1** speaks for its self………………..an [In]Voluntary Chapter 7 Bankruptcy-Liquidation (Dis-Bar-ments) is Warranted as the Claim is unanswered, **"THEY" ADMIT**;

**ALL RIGHTS RESERVED WAIVE-NONE**
*RESERVATION FOR ALL WRITS*
*"FOR RESTRAINT OF LIBERTIES"*


:Flag Title:~4, Section:~1-3

Verified by: ***Douglas Vern Hulstedt***
The United States of America
Claimant/Witness/Injured
Beneficiary-Claimant *for*
DOUGLAS VERN HULSTED, M.D.
**CORPORATION #3260008/A42397**,
"Copy-Right-Claimant".

**Mandatory Judicially Noticed Evidence in Support of this Review Tort-Claim-Scharf #152171
Copyrighted-Works this Document-Contract by the Douglas Vern Hulstedt**