1  Rob Bonta
   Attorney General of California
2  Greg W. Chambers
   Supervising Deputy Attorney General
3  State Bar No. 237509
    455 Golden Gate Avenue, Suite 11000
4    San Francisco, CA  94102-7004
     Telephone:  (415) 510-3382
5    Fax:  (415) 703-5480
     E-mail:  Greg.Chambers@doj.ca.gov
6  *Attorneys for Rob Bonta, Attorney General, and
   Laurie Rose Lubiano, Medical Board member*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DOUGLAS VERN HULSTEDT,**<br><br>                                    Plaintiff,<br><br>v.<br><br>**ROB BONTA, ATTORNEY GENERAL; LAURIE ROSE LUBIANO OF THE MEDICAL BOARD; AND THE CALIFORNIA STATE BAR,**<br><br>                                    Defendants. | 5:23-cv-02003-NC<br><br>**NOTICE OF APPEARANCE** |

    The California Attorney General, counsel for Laurie Rose Lubiano, hereby files this Notice of Appearance to inform the Court of assigned counsel for Defendant in this proceeding.

///

///

///

///

///

///

1

Notice of Appearance  (22-cv-06688-HSG)

1 | Respondent hereby notifies the Court that the attorney with principal charge of the case is
2 | as follows:

3 | Greg W. Chambers, Supervising Deputy Attorney General
California Department of Justice
4 | 455 Golden Gate Avenue, Suite 11000
San Francisco, CA  94102-7004
5 | Telephone:  (415) 510-3382
E-mail:  Greg.Chambers@doj.ca.gov
6 |

7 | Dated:  May 10, 2023                                                 Respectfully submitted,

8 |                                                                                          ROB BONTA
Attorney General of California
9 |

10 |                                                                                       *Greg W. Chambers*

11 |                                                                                       GREG W. CHAMBERS
Supervising Deputy Attorney General
12 |                                                                                       *Attorneys for Defendant Rob Bonta, Attorney*
*General, and Laurie Rose Lubiano*
13 |

14 |
15 |
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |

# DECLARATION OF ELECTRONIC SERVICE AND SERVICE BY U.S. CERTIFIED MAIL

Case Name:     **Hulstedt v. Bonta et al.**
No.:           **23-cv-02003-NC**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made.  I am 18 years of age or older and not a party to this matter.  I am familiar with the business practice at the Office of the Attorney General for collecting and processing electronic and physical correspondence.  In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.  Correspondence that is submitted electronically is transmitted using the TrueFiling electronic filing system.  Participants who are registered with TrueFiling will be served electronically.  Participants in this case who are not registered with TrueFiling will receive hard copies of said correspondence through the mail via the United States Postal Service or a commercial carrier.

On May 10, 2023, I electronically served the attached **NOTICE OF APPEARANCE** by transmitting a true copy via this Court's TrueFiling system.  Because one or more of the participants in this case have not registered with the Court's TrueFiling system or are unable to receive electronic correspondence, on May 10, 2023, I placed a true copy thereof enclosed in a sealed envelope in the internal mail collection system at the Office of the Attorney General at 300 South Spring Street, Suite 1702, Los Angeles, CA  90013-1230, addressed as follows:


**Douglas Vern Hulstedt, M.D.**                              9414 7266 9904 2197 6699 35
**2511 Garden Road, Building -C#100**
**Monterey, CA 93940**
doughulstedt314@gmail.com

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on May 10, 2023, at Los Angeles, California.

| Cheryll Tran | *CHERYLL TRAN* |
|:---:|:---:|
| Declarant for True Filing | Signature |
| Precious Armstrong | *P. armstrg* |
| Declarant for Certified Mail | Signature |

SF2023400897
65940200.docx