ROB BONTA
Attorney General of California
GREG W. CHAMBERS
Supervising Deputy Attorney General
State Bar No. 237509
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 510-3382
 Fax:  (415) 703-5480
 E-mail:  Greg.Chambers@doj.ca.gov
*Attorneys for Defendants Rob Bonta, Attorney General, and Laurie Rose Lubiano*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DOUGLAS VERN HULSTEDT,**<br><br>                                    Plaintiff,<br><br>v.<br><br>**ROB BONTA, ATTORNEY GENERAL, ET AL.**<br><br>                                    Defendants. | **Exempt from Filing Fees Pursuant to Gov. Code, § 6103**<br><br>Case No. 23-cv-02003-NC<br><br>**DEFENDANTS ROB BONTA AND LAURIE ROSE LUBIANO CONSENT TO PROCEED BEFORE MAGISTRATE JUDGE**<br><br>Date:<br>Time:<br>Courtroom:    5<br>Judge:             Magistrate Nathanael Cousins<br>Trial Date:     None Set<br>Action Filed:  April 25, 2023 |

In accordance with the provisions of Title 28, U.S.C. Section 636(c), Defendants Rob Bonta and Laurie Rose Lubiano voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the above-captioned action, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

| | | |
|---|---|---|
| 1 | Dated:  May 18, 2023 | Respectfully submitted, |
| 2 | | ROB BONTA<br>Attorney General of California |
| 4 | | *Greg W. Chambers* |
| 5 | | GREG W. CHAMBERS<br>Supervising Deputy Attorney General<br>*Attorneys for Defendants Rob Bonta,*<br>*Attorney General, and Laurie Rose Lubiano* |

# CERTIFICATE OF SERVICE

Case Name:  **Hulstedt v. Bonta et al.**        No.  **23-cv-02003-NC**

I hereby certify that on May 18, 2023, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DEFENDANTS ROB BONTA AND LAURIE ROSE LUBIANO CONSENT TO PROCEED BEFORE MAGISTRATE JUDGE**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users. On May 18, 2023, I have caused to be mailed in the Office of the Attorney General's internal mail system, the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants.

Douglas Vern Hulstedt, M.D.
2511 Garden Road, Building -C#100
Monterey, CA 93940
email: doughulstedt314@gmail.com

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on May 18, 2023, at Los Angeles, California.

|  Naadirah Crawford  |  *Naadirah Crawford*  |
|  Declarant  |  Signature  |

SF2023400897
65956081.docx