SCANNED

FILED

MAY 12 2023

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**Douglas Vern Hulstedt**
**℅ 2511 Garden Road, Building - C # 100**
**Monterey, California 93940**
**Tel: (831) 899-5900**
*Claimant/Witness/Beneficiary*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**Douglas Vern Hulstedt**

*Claimant/Witness/Beneficiary; Adversely Affected and Aggrieved*

***Vs.***

**Robert Andres Bonta, Attorneys, #202668, Laurie Rose Lubiano, Attorneys #152171, STATE BAR OF CALIFORNIA *[CHARTER]* = *Insurance-Guarantors by the Bar # Policies,***

*Defendants et.al;*

**Does/Roes 1-25;**

---

**Greg W.(?) Chambers, Attorneys, #237509**

*Doe #1 et.al;*

---

**:Case No: 23CV02003-NC;**

# VERIFIED-CLAIM

**BY THE FEDERAL RULE OF THE CIVIL PROCEDURE 27 EXPECTED ADVERSE-PARTY-DEFENDANT, PAM MARINO, *ET.AL., LIBELLEES* WITNESSES WHO ARE EMPLOYED BY MONTEREY COUNTY WEEKLY, THIS IS A PRE-DEFENDANT NOTICE-CLAIM FOR DISCOVERY-RIGHTS AS UNWARRANTED, DEFAMATORY AND FALSE PUBLICATIONS WERE MADE BY "THEM" BY LEAKED-INSIDE-INFORMATION PROVIDED TO "THEM" BY THE ATTORNEYS *ET.AL.*, WHO CONTINUE "THEIR" DISHONEST-ACTS IN SOME SORT OF "RACKET-SCHEME", VIOLATING RIGHTS AND ATTEMPTING TO OVERTHROW THE GOVERNMENT WHILST-NOT, NONE RESPECTING DUE-PROCESS *ET. AL.*, 5TH AMENDMENT, EXHIBIT 1, NOTICE-CLAIM FOR ORDER TO BE ISSUED AND ENTERED, PAM MARINO, #1 DEPONENTS, *ET.AL., OR LIBELLEES,***

**METHOD OF PROCESS;**

***<u>To All Officers and Employees of the UNITED STATES DISTRICT COURTS; I, a man in the Name of Lord Almighty I accept your Oath(s), bind you to the same and command you do justice. I waive all customary rules of law and other procedural impediments, I am not an attorney nor am I trained in law and I expect my rights to be protected by thee Public-Fiduciaries……..“Witnesses”;</u>***

***“<u>DEPOSES</u>” <u>by the Beneficiary having the Right to Claim about Wrongs being Committed by Attorneys/Trustees/Publishers/Copyright-Works-Trespassers/ “Witnesses”</u> and*** by accepting the "Valid" "Oath of Office" of any Public-Fiduciary-Trustee or "**Placeholder-Witness**" concerning these matters for the equal protections of the law with my Adoption of the Bill of Rights for the Due-Processes and by accepting the public record **"Official-Bonds"** or any other insurance-policies that may apply concerning fraud or employee misconduct/dishonesty and by entering and the making of this **"VERIFIED-CLAIM"** before this Court of Record as the Claimant/Witness /Beneficiary to protect my Beneficial Property Rights against Trespass or Breach of Fiduciary-Trust, **"Defamations" with *<u>intended-damage-done-continuing</u>***, "I", Douglas Vern Hulstedt, *a man* stake this Claim for **"<u>Right to Due-Process before Property *is* *taken or damaged or slandered or else*</u>"**, by the ***<u>knowledge of this</u>*** **VERIFIED-CLAIM** for the "**<u>Due-Process to be Restored and Compensated for Damages</u>**" *<u>Guaranteed by the Bill of Rights</u>*. **NOTE:** The citation of state and federal statutes, codes, rules, regulations, and court citations, within any document-contract created by me and not copyrighted by me, is only to notice my servants that which is applicable to them and is not intended, nor shall be construed, to mean that I confer, submit to, claim rights to or have entered into any jurisdiction alluded to thereby, by the following; **VERIFIED-CLAIM BY THE FEDERAL RULE OF THE CIVIL PROCEDURE 27 EXPECTED**

**ADVERSE-PARTY-DEFENDANT, PAM MARINO, *ET.AL., LIBELLEES* WITNESSES WHO ARE EMPLOYED BY MONTEREY COUNTY WEEKLY, THIS IS A PRE-DEFENDANT NOTICE-CLAIM FOR DISCOVERY-RIGHTS AS UNWARRANTED, DEFAMATORY AND FALSE PUBLICATIONS WERE MADE BY "THEM" BY LEAKED-INSIDE-INFORMATION PROVIDED TO "THEM" BY THE ATTORNEYS *ET.AL.*, WHO CONTINUE "THEIR" DISHONEST-ACTS IN SOME SORT OF "RACKET-SCHEME", VIOLATING RIGHTS AND ATTEMPTING TO OVERTHROW THE GOVERNMENT WHILST-NOT, NONE RESPECTING DUE-PROCESS *ET. AL.*, 5TH AMENDMENT, EXHIBIT 1, NOTICE-CLAIM FOR ORDER TO BE ISSUED AND ENTERED, PAM MARINO, #1 DEPONENTS, *ET.AL., OR LIBELLEES,* METHOD OF PROCESS;**

# VERIFIED BY THE FOLLOWING;

***[cf]FED. R.CIV.P. 27(a)(1);***

**Claimant Deposes the following Claims;**

**California state )**
**ss**
**Monterey county)**

**1. This Claimant Deposes and expects to bring a Claim of Action, but is presently unable to bring it; Claimant/Witness/Beneficiary *on the* APRIL, 25, 2023, paid-for the *court-entry-fees* by the *postal-docket-payments* in case no. 23CV02003-NC to protect "his" property-rights, benefits and assets *and that;***

**2. This Claimant Deposes that the substance of the *added* "Expected-Action-Claim" and *this* Claimants connection to it; There is to be multiple-substantive-questions related to this matter, a main questions (not limiting) is to be who gave the orders to leak-in-formations, documents, publications, and False-Witnesses-Publishers *as Libellees, et.al.* concerning the matters in the EXHIBIT 1, *and that;***

**3. This Claimant Deposes that the facts the depositions are expected to establish and the reasons for claiming *perpetuation-indefinitely-if-wrongs-refuse-corrections*; (1) Claimant *accuses* the Actors/Attorneys/Libellees/Copyright-Trespassers *et.al.***

**who *act* in concert, who *are* attempting to <u>overthrow</u> "The United States", Government by way of Perjury of Oath *et.al.and that;***

**4. This Claimant Deposes that the names and addresses of expected adverse-parties-defendants-libellees *et.al*; Number #1 DEPONENTS, *ET.AL.,* Pam Marino, *a woman or trustee*, "PAM MARINO", "PAM MARIO, *ITS ATTORNEY* AS TRUSTEE-CHECK-ACCOUNT-PAYORS" *or* by the following last known "Business" addresses, and locations and beliefs *and that;***

**ORDER TO PAY:**
**PAM MARINO *or her* BUSINESS-AGENT-TRUSTEE,**
**c/o 1223 Lincoln Avenue**
**Pacific Grove, CA 93950-5518 *et.al.and that;***
**By-the Certified-Mail #**
7022 0410 0001 7450 5572
**ORDER TO PAY:**
**PAM MARINO/MONTEREY COUNTY WEEKLY *or***
**c/o PUBLISHER WHO REQUIRES-CONTRACT-RELEASE**
**668 Williams Avenue**
**Seaside, CA 93955 *et.al.and that;***
**By-the Certified-Mail #**
7022 0410 0001 7450 5589;

**5. This Claimant Deposes that "He" has the right to correct "His" works by "*this-that-those-these*" <u>Copyrighted-Contract-Claims, *and if* "BREACH[ED]" this serves as NOTICE of damages *per* "OCCURENCE", 10,000.00 Values *in* DAMAGE-FEE-SETTLEMENTS, *per, Witnesses/Trespasses/Occurrences by "My" bio-metric-seal and hoping some-honest-attorney will actually re-present and protect-rights by their oaths et.al and that;*</u>**

**ALL RIGHTS RESERVED WAIVE-NONE**
***RESERVATION FOR ALL WRITS***
***"FOR RESTRAINT OF LIBERTIES"***

:Flag: Title:-4, Section:-1-3

**Verified by:** ***Douglas Vern Hulstedt***
The United States of America
Claimant/Witness/Injured
Beneficiary-Claimant *for*
DOUGLAS VERN HULSTED, M.D.
**CORPORATION #3260008/A42397,**
**"Copy-Right-Claimant".**

~ 5 ~

**VERIFIED-CLAIM FOR DEPOSTION, RULE 27, PAM MARINO**
**Copyrighted-Works this Document-Contract by the Douglas Vern Hulstedt**

# EXHIBIT 1

https://www.montereycountyweekly.com/blogs/news_blog/monterey-anti-vax-pediatrician-comes-under-scrutiny-in-the-wake-of-a-bitter-custody-battle/article_1dce2dcc-41da-11ed-98cf-3fba30ffeed7.html

# Monterey anti-vax pediatrician comes under scrutiny in the wake of a bitter custody battle turned deadly.

Pam Marino
Oct 5, 2022

Pediatrician Douglas Hulstedt in his Monterey office in 2019.

Nic Coury

For years, for Monterey Peninsula parents who did not want their children vaccinated as required by state law to attend school, Monterey pediatrician Douglas Hulstedt was the go-to doctor for written exemptions.

In 2019, as measles outbreaks in California drove officials to end or tighten exemptions based on personal beliefs or medical issues, Hulstedt told the *Weekly* he considered forcing children to be vaccinated "a criminal act."

One father staunchly against vaccines, Stephen O'Loughlin, took his young son, Pierce, to Hulstedt several times between 2014 and 2020, as O'Loughlin was engaged in a custody battle with his ex-wife. Hulstedt wrote exemptions for Pierce based on what the doctor claimed was a family history of autoimmune disease and allergies, according to an accusation against Hulstedt filed with the California Medical Board and made public on Sept. 27.

Officials who filed the accusation countered that Hulstedt's claims that the boy was in danger due to a family history and allergies "was neither evidence-based nor consistent with sound medical and scientific principles."

Pierce's mother, who wanted her son to be vaccinated, took him to doctors at Stanford who performed tests that showed the boy had no allergies. They determined that he could be safely vaccinated, and the matter was placed before a family court judge.

Hulstedt submitted a sworn statement to the court on Jan. 5, 2021, that vaccinating the child "'would be dangerous, and that such an ill-informed step may cause lifelong and extreme detriment to [him].'"

On Jan. 12, 2021, a judge ordered that Pierce, then 9, be vaccinated. The next day in San Francisco, O'Loughlin, 49, shot and killed his son, then turned the gun on himself.

The mother's attorney told the *San Francisco Chronicle* two days after the incident that the parents disagreed on multiple issues, vaccinations being one of them. She did not put the blame for O'Loughlin's violent actions solely on the vaccination conflict.

Hulstedt is now under scrutiny by the Medical Board for gross negligence due to lacking "basic medical knowledge" and/or engaging in "repeated negligent acts in providing vaccine exemptions" for Pierce.

10/10/22, 9:12 AM Monterey anti-vax pediatrician comes under scrutiny in the wake of a bitter custody battle turned deadly | News | montereycount...

Hulstedt is also accused of withholding medical records from the mother when requested, a violation of state law that comes with a civil penalty of up to $10,000.

According to the accusation, Hulstedt also refused to turn over the records to officials when presented with a subpoena, and in April of this year he refused to comply with a court order. For that he could face another civil penalty of up to $10,000. His license could also be suspended or revoked as a result.

The accusation asks the Medical Board to consider revoking or suspending Hulstedt's medical license and revoking, suspending or denying his authority to supervise physician assistants or nurses. It also asks the board to order Hustedt to pay for the costs of the investigation, including enforcing the subpoena and prosecuting the case. And it asks that Hulstedt be ordered to pay any fines or penalties for not releasing medical records.

The accusation also asks the board to use in its determination of discipline a prior accusation filed against Hulstedt in 2016, for which his license was placed on probation for three years.

In that case, Hulstedt was accused of aiding and abetting unlicensed medical practice, gross negligence and failure to maintain medical records. The document states that Hulstedt gave his wife and office manager (identified in the records as "G.H.") the authority to administer breathing treatments to patients, even though she is not a licensed physician nor has any formal medical education or training.

The wife administered treatments to an infant in September 2013, but the mother became upset and wanted the treatment to stop. As the mother left the office, Hulstedt's wife reportedly followed her out to the parking lot telling the mother that if her infant got pneumonia and died, it would not be the fault of the doctor or his staff.

The mother later filed a complaint with the Medical Board. Hulstedt admitted to investigators that his wife administered unsupervised treatments approximately once a month.

His probation began in April 2016 and continued to 2019. During that time he was required to take courses in prescribing medicines, record keeping and ethics. He also had to submit to monitoring by other physicians or surgeons, among other requirements.

Hulstedt did not respond to a phone message or email requesting comments for this story.

https://www.montereycountyweekly.com/blogs/news_blog/monterey-anti-vax-pediatrician-comes-under-scrutiny-in-the-wake-of-a-bitter-custody-battle/... 3/4

## Pam Marino

Pam Marino joined the Monterey County Weekly in November 2016. She covers Carmel, Pacific Grove, Del Rey Oaks, Monterey, and Pebble Beach . She also covers tourism, health, housing and homelessness, business, military and higher education.

From: **MC Weekly NOW** <mcnow@mcweekly.com>
Date: Fri, Mar 24, 2023 at 5:33 PM
Subject: The hive mentality in anti-vax rhetoric. Lighthouse Cinema owners try again. Celtic March.
To: <doughulstedt314@gmail.com>

Email not displaying correctly?
Daily news from Monterey County Weekly





**ETC. Photo of the day by Kevin Ludwig**. Lots of velellas, known as "by-the-wind-sailors" for their ability to "sail" great distances in ocean currents, washed up on Del Monte Beach in Monterey. Photographed with an iPhone 13. *Submit your best horizontal photos.* (Please include the location where the photo was taken in the caption.)

---

**Anti-vax rhetoric is just one topic that gets caught in an echo chamber, sometimes with tragic consequences.**

Good evening.

**Echo chambers are a dangerous thing.** Pam Marino here, having encountered one such chamber while reporting a story for this week's edition of the *Weekly* about Monterey pediatrician Douglas Hulstedt, who

lost his medical license for spreading false information about vaccines in a case that ultimately had tragic consequences.

**I first met Hulstedt back in 2019** during a statewide measles outbreak when California officials were making it harder for parents to sidestep mandated vaccinations for school. He was the go-to pediatrician in the area for anyone who wanted a medical exemption. The state was cracking down on such exemptions at the time.

**Interviewing Hulstedt then, I could tell he had fully embraced anti-vax rhetoric.** His answers were nearly a word-for-word recitation of anti-vax propaganda we at the paper have heard from other anti-vax activists and that I've seen on anti-vax websites while doing research. Such rhetoric is long on anecdotal evidence, junk science and conspiracy theories, and short on peer-reviewed data produced by credible sources.

**During that time I first interviewed Hulstedt**, there was a father in the middle of a bitter custody battle who was taking his son to the doctor and receiving written medical exemptions for vaccinations. Hultstedt claimed the boy had allergies and a family history that would preclude taking vaccines. The mother took the boy to doctors in the San Francisco Bay Area who said he had no allergies and no family history that would prevent vaccination. You can read more about what happened in another story I did last year, but the awful reality is that after a judge in 2021 ordered the boy, then aged 9, to be vaccinated, the father shot his son and then himself, killing them both.

**Hulstedt came under scrutiny by the California Medical Board after the incident.** Investigators asked him to produce the boy's medical records and Hulstedt refused, entering into a protracted battle with the board. In the

midst of this tussle, Hulstedt appeared in April last year on an anti-vax podcast hosted by another doctor. A second guest was the leader of an anti-vax group based in Roseville.

**The podcast was about as classic an echo chamber as could be found.** It was also an example of how people with misguided ideas can feed off of each other in a situation, bringing conspiracy theories to a fever pitch.

**The temperature of the discussion kept rising,** stretching from such ideas like the Medical Board and the Centers for Disease Control are in league with Big Pharma, to statements that the same two governmental entities are evil. Later—after Hulstedt had exited the broadcast—it ended with an illogical and dark conspiracy theory of murder by some unnamed, shadowy and evil figures who I assume the host and guest thought wanted to keep the real truth about vaccines buried.

**How we help people break out of these echo chambers, I don't know.** I wish I did. We see the results of echo chambers all around us, including at the United States Capitol on Jan. 6, 2021. Until someone figures it out for all of us as a society, maybe the best way to inoculate ourselves is to be careful about what information we are consuming, don't depend on one source for news, and keep your critical thinking cap on when reading or listening to anything.

**How do you guard yourself against getting trapped inside an echo chamber?** I'd like to hear your answers.



-Pam Marino, staff writer, pam@mcweekly.com

# METHOD OF PROCESS/WITNESSES

In the California state, of the ___________ county. I, the undersigned, herein declare that I am over the age of eighteen years and **NOT** a *party of interest* to the within entitled "Claim". My business address is: **CLERK OF THE COURT/TRUSTEES**

I, hereby declare under the penalty of perjury of the California Republic and The United States of America that I served the foregoing document as entitled: on the party(s) by mailing with the Post Office maintained by the United States, Postal Service with postage paid, titled and addressed as follows and or by file stamp/banking postmasters: **VERIFIED-CLAIM BY THE FEDERAL RULE OF THE CIVIL PROCEDURE 27 EXPECTED ADVERSE-PARTY-DEFENDANT, PAM MARINO, *ET.AL., LIBELLEES* WITNESSES WHO ARE EMPLOYED BY MONTEREY COUNTY WEEKLY, THIS IS A PRE-DEFENDANT NOTICE-CLAIM FOR DISCOVERY-RIGHTS AS UNWARRANTED, DEFAMATORY AND FALSE PUBLICATIONS WERE MADE BY "THEM" BY LEAKED-INSIDE-INFORMATION PROVIDED TO "THEM" BY THE ATTORNEYS *ET.AL.*, WHO CONTINUE "THEIR" DISHONEST-ACTS IN SOME SORT OF "RACKET-SCHEME", VIOLATING RIGHTS AND ATTEMPTING TO OVERTHROW THE GOVERNMENT WHILST-NOT, NONE RESPECTING DUE-PROCESS *ET. AL.*, 5TH AMENDMENT, EXHIBIT 1, NOTICE-CLAIM FOR ORDER TO BE ISSUED AND ENTERED, PAM MARINO, #1 DEPONENTS, *ET.AL., OR LIBELLEES,* METHOD OF PROCESS;**

**Robert Andres Bonta, Attorneys, #202668, Witnesses/Accused, *PAYOR,* "DEFENDANTS" *et.al;***
455 Golden Gate Avenues, Suite 11000
San Francisco, California 94102
**By-Clerk of the Court;**

**Laurie Rose Lubiano, Attorneys #256695, Witnesses/Accused, *PAYOR,* "DEFENDANTS" *et.al;***
2005 Evergreen Street, Suite 1200
Sacramento, California 95815
**By-Clerk of the Court;**

Copyrighted-Works this Document-Contract by the Douglas Vern Hulstedt

**Greg W. (?) Chambers, Attorneys #237509, Witnesses/Accused/Doe #1,**
***PAYOR, x 2 [after the fact]* "DEFENDANTS" *et.al;***
455 Golden Gate Avenues, Suite 11000
San Francisco, California 94102
**By-Clerk of the Court;**

**Thomas Andrew Ostly, Attorneys #209234, Witnesses/Accused, *PAYOR,***
***as* STATE BAR OF CALIFORNIA *[CHARTER]***
**"DEFENDANTS" *et.al;***
*c/o Fiduciary-Officer-"in"-Charge-Adjuster*
455 Golden Gate Avenue, Suite 11000
San Francisco, California 94102
**By-Clerk of the Court;**

**James Allan Scharf, Attorneys #152171, Witnesses/Accused/Triple-Agent,**
***PAYOR, x 3 as* STATE BAR OF CALIFORNIA *[CHARTER]***
**"DEFENDANTS" *et.al;***
*c/o Fiduciary-Officer-"in"-Charge-Adjuster*
150 Almaden Boulevard, Suite 900
San Jose, California 95113
**By-Clerk of the Court;**

**Jevechius Doherty Bernardoni, Attorneys #281892, Witnesses/Accused, *PAYOR,***
***as* STATE BAR OF CALIFORNIA *[CHARTER]***
**"DEFENDANTS" *et.al;***
*c/o Fiduciary-Officer-"in"-Charge-Adjuster*
1301 Clay Street, Suite 340S
Oakland, California 94612
**By-Clerk of the Court;**

**Iveta Ovsepyan, Attorneys #279218, Witnesses/Accused, *PAYOR,***
***as* STATE BAR OF CALIFORNIA *[CHARTER]***
**"DEFENDANTS" *et.al;***
*c/o Fiduciary-Officer-"in"-Charge-Adjuster*
300 South Spring Street, Suite 1702
Los Angeles, California 90013-1230
**By-Clerk of the Court;**

**Copyrighted-Works this Document-Contract by the Douglas Vern Hulstedt**

**Leah Tamu Wilson, Attorneys #222790, Witnesses/Accused, *PAYOR,***
***as* STATE BAR OF CALIFORNIA *[CHARTER]***
**"DEFENDANTS" *et.al;***
***c/o Fiduciary-Officer-"in"-Charge-Adjuster***
180 Howard Street
San Francisco, California 94105
**By-Clerk of the Court;**

**Juliet Elizabeth Cox, Attorneys #214401, Witnesses/Accused, *PAYOR,***
***as* STATE BAR OF CALIFORNIA *[CHARTER]***
**"DEFENDANTS" *et.al;***
***c/o Fiduciary-Officer-"in"-Charge-Adjuster***
1515 Clay Street, Suite 206
Oakland, California 94612
**By-Clerk of the Court;**

**(1) STATE BAR OF CALIFORNIA *[CHARTER] as the* "Insurance-Guarantors",**
***BANKING-PAYORS BY THE POLICIES,* "DEFENDANTS" *et.al;***
***c/o Fiduciary-Officer-"in"-Charge-Adjuster***
180 Howard Street
San Francisco, California 94105
**By-Clerk of the Court;**

**(2) Gavin Newsom, Governor, Witnesses/Trustees/[Insurance]"Guarantors"**
1021 O Street, Suite 9000
Sacramento, California 95814
**By-Clerk of the Court;**

**(3) The United States *as* [Insurance]"Guarantors"**
**c/o Merrick Garland, Attorney-General, Witnesses/Trustees/Oath-Protectors**
950 Pennsylvania Ave., NW
Washington, DC 20530
**By-Clerk of the Court;**

***CC:* Military-Post-Office; *Office of the Counsel for the Continued-Investigations;***

**Gregory D. Ford *or Successor/*Witnesses,**
**Director of Army C.I.D.**
**Department of the Army Criminal Investigation Division**
Russell Knox Building
27130 Telegraph Road
Quantico Virginia, 22134
**By-Clerk of the Court;**

**Omar R. Lopez, *Special Agent or Successor/*Witnesses,**
**Naval Criminal Investigative Services**
27130 Telegraph Road
Quantico Virginia, 22134
**By-Clerk of the Court;**

**Douglas Vern Hulstedt, *a man,* Witness;**
**DOUGLAS VERN HULSTEDT, M.D. = *PAYEE FOR THE SETTLEMENTS,***
**% 2511 Garden Road, Building - C # 100**
**Monterey, California 93940**
**Tel: (831) 899-5900**
*Claimant/Witness/Beneficiary*
**By-Clerk of the Court;**

I declare under the penalty of perjury of the Laws of the California Republic and The United States of America that the foregoing is correct and complete to the best of my knowledge, information and belief, and that this bill of process is executed by the voluntary act of my own hand on __________ county and is dated below;

Date: ________ By the Clerk of the Court:______________________________

Copyrighted-Works this Document-Contract by the Douglas Vern Hulstedt