Douglas Vern Hulstedt
℅ 2511 Garden Road, Building - C # 100
Monterey, California 93940
Tel: (831) 899-5900
*Claimant/Witness/Beneficiary*

SCANNED



FILED
MAY 15 2023
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Douglas Vern Hulstedt**<br><br>*Claimant/Witness/Beneficiary;*<br>*Adversely Affected and Aggrieved*<br><br>Vs.<br><br>**Robert Andres Bonta, Attorneys, #202668, Laurie Rose Lubiano, Attorneys #152171, STATE BAR OF CALIFORNIA [CHARTER]** =<br>*Insurance-Guarantors by the Bar # Policies,*<br>*Defendants et.al;*<br><br>**Does/Roes 1-25;**<br><br>―――――――――――<br><br>**Greg W.(?) Chambers, Attorneys, #237509**<br>*Doe #1 et.al;* | :Case No: 23CV02003-NC;<br><br>**NOTICE**<br>OF THE POST-ROAD-HIJACK BY THE INTENTIONAL INTERCEPTION AND CONCEALMENT OF CONTRACTS #7022 0410 0001 7452 3095 BY FIDUCIARY-OFFICERS-POSTMASTERS AFTER FEES WERE PAID IN FULL BY THIS CLAIMANT FOR "HONEST-SERVICES", "NONE-RECEIVED", U.S. MARSHAL SERVICE AND THE CLERK OF THE COURT WHO ACTED IN CONCERT ARE NOW IN QUESTION OF "DISABILITIES" BY THEIR ACTS AND ORDERS, CONTINUING MORE OF THE FRAUD PERPERTRATED BY THE ATTORNEYS *ET.AL.* NOW ENGAGED IN MAIL-FRAUD-TAMPERING AND CONCEALING BY THE TITLE 18 §2071 AND BY THE BLOCKING OF THE ADMINISTRATION OF JUSTICE BY WAY OF PERJURY OF OATHS, EXHIBITS 1, 2, 3, 4,<br><br>DIRECTING-CHARGING,<br>18 U.S.C. § 1708, *ET.AL.*<br><br>**METHOD OF PROCESS;** |

~ 1 ~

*<u>To All Officers and Employees of the UNITED STATES DISTRICT COURTS; I, a man in the Name of Lord Almighty I accept your Oath(s), bind you to the same and command you do justice. I waive all customary rules of law and other procedural impediments, I am not an attorney nor am I trained in law and I expect my rights to be protected by thee Public-Fiduciaries……..<b>"Witnesses"</b>;</u>*

**<u>"DIRECTING THE CHARGING"</u>** by the Beneficiary having the <u>Right to Claim about Wrongs being Committed by Attorneys/Trustees/ Publishers/ Copyright-Works-Trespassers/"Witnesses"</u> and by accepting the "Valid" "Oath of Office" of any Public-Fiduciary-Trustee or **"Placeholder-Witness"** concerning these matters for the equal protections of the law with my Adoption of the Bill of Rights for the Due-Processes and by accepting the public record **"Official-Bonds"** or any other insurance-policies that may apply concerning fraud or employee misconduct/dishonesty and by entering and the making of this **NOTICE OF THE POST-ROAD-HIJACK** before this Court of Record as the Claimant/Witness/Beneficiary to protect my Beneficial Property Rights against Trespass or **Breach of Fiduciary-Trust, "Dishonest-Services",** *continuing*, "I", Douglas Vern Hulstedt, *a man* stake this Claim for **"<u>Right to Due-Process before Property</u>** *<u>is taken or damaged or slandered or else or done</u>*", by the *<u>knowledge of this</u>* **NOTICE OF THE POST-ROAD-HIJACK** for the **"<u>Due-Process to be Restored and Compensated for the Damages</u>". NOTE:** The citation of state and federal statutes, codes, rules, regulations, and court citations, within any document-contract created by me and not copyrighted by me, is only to notice my servants that which is applicable to them and is not intended, nor shall be construed, to mean that I confer, submit to, claim rights to or have entered into any jurisdiction alluded to thereby, by the following;

~ 2 ~

**NOTICE OF THE POST-ROAD-HIJACK**
**Copyrighted-Works this Document-Contract-Claims by the Douglas Vern Hulstedt**

1  NOTICE OF THE POST-ROAD-HIJACK BY THE INTENTIONAL
2  INTERCEPTION AND CONCEALMENT OF CONTRACTS #7022 0410 0001
3  7452 3095 BY FIDUCIARY-OFFICERS-POSTMASTERS AFTER FEES WERE
4  PAID IN FULL BY THIS CLAIMANT FOR "HONEST-SERVICES", "NONE-
5  RECEIVED", U.S. MARSHAL SERVICE AND THE CLERK OF THE COURT
6  WHO ACTED IN CONCERT ARE NOW IN QUESTION OF "DISABILITIES"
7  BY THEIR ACTS AND ORDERS, CONTINUING MORE OF THE FRAUD
8  PERPERTRATED BY THE ATTORNEYS *ET.AL.* NOW ENGAGED IN MAIL-
9  FRAUD-TAMPERING AND CONCEALING BY THE TITLE 18 §2071 AND BY
10 THE BLOCKING OF THE ADMINISTRATION OF JUSTICE BY WAY OF
11 PERJURY OF OATHS, EXHIBITS 1, 2, 3, 4, DIRECTING-CHARGING 18 U.S.C.
12 § 1708, *ET.AL.*, METHOD OF PROCESS *and*;

<u>*NOTICE*</u> *to the* "<u>Federal-Postal-District-Courts</u>" *by the duties* as *Witnesses* to the Interceptions-Concealments of Contracts-Paid-Fees for Services, <u>Clerks</u> "Appearing" *or* "Acting" *as* '<u>Fiduciary-Officer-Postmasters</u>" in Violations of "Their" Oaths of Offices, "admitting" *by their* own hands *and* seals *and* publications *and* tampering's *by the* EXHIBITS 1, 2, 3, 4, DIRECTING-CHARGING 18 U.S.C. § 1708, *ET.AL.* <u>*for the investigation and production of the Mail-Tampered-Evidence in the Clerk of the Courts-Possession, Witnessed/ INSPECTED BY the US MARSHAL SERVICE*</u>;

Notice to Agent is Notice to Principal, Notice to Principal is Notice to Agent;

ALL RIGHTS RESERVED WAIVE-NONE;
<span style="color:red"><u>RESERVATION FOR ALL WRITS;</u>
"<u>FOR RESTRAINT OF LIBERTIES</u>";</span>
*and Wishing for Honest-Attorney-Re-presentations;*

~ 3 ~

NOTICE OF THE POST-ROAD-HIJACK
Copyrighted-Works this Document-Contract-Claims by the Douglas Vern Hulstedt



:Flag: Title: ~4, Section: ~1- 3

Verified by: *Douglas Vern Hulstedt*
The United States of America
Claimant/Witness/Injured
Beneficiary-Claimant *for*
DOUGLAS VERN HULSTED, M.D.
**CORPORATION #3260008/A42397,**
"**Copy-Right-Claimant**".

~ 4 ~

NOTICE OF THE POST-ROAD-HIJACK
Copyrighted-Works this Document-Contract-Claims by the Douglas Vern Hulstedt

# EXHIBIT 1

~ 5 ~



**U.S. Postal Inspection Service**
**Mail Fraud Report**

### Subject of Complaint

**Company Name:** DOUGLAS VERN HULSTEDT, M.D.
**First Name:**
**Last Name:**

**Address:** c/o 2511 Garden Road, Building - C #100
**City:** Monterey
**State:** California
**ZIP+4:** 93940
**Country:** The United States of America

**Cell Phone (Include Area Code):**
**Work Phone (Include Area Code):** 831-899-5900
**Home Phone (Include Area Code):**
**Email Address:**
**Fax Phone (Include Area Code):**
**Website Address:**

### Your Information

**First Name:** Douglas-Vern
**Last Name:** Hulstedt
**Age Range:** ☐ 12-17  ☐ 18-19  ☐ 20-29  ☐ 30-39  ☐ 40-54  ☐ 55-64  ☐ 65 or older

**Address:** "Beneficiary" *for the* "Honest-Services"
**City:**
**State:**
**ZIP+4:**
**Country:**

**Cell Phone:**
**Work Phone:**
**Home Phone:**
**Email Address:**

### How Were You Contacted?

Check one of the following:   PLEASE RETAIN ANY ORIGINAL DOCUMENTS. IF NEEDED, YOU WILL BE CONTACTED.

☒ U.S. Mail™
☐ Telephone _____  ☐ Internet ISP _____  ☐ Website _____  ☐ Email _____
☐ Other _____

**On what date were you contacted?** __/__/__
**If by mail, do you have the envelope it was mailed in?** ☒ Yes  ☐ No
**Does the envelope have a permit number?** Permit Number _____
**Does the envelope have a postage meter number?** ☐ Yes  ☐ No
**Postage Meter Number:** #7022 0410 0001 7452 3095, CONTRACT
**Permit City:** _____
**Permit State:** _____

### How Did You Respond to this Offer?

Check one of the following:
☒ U.S. Mail
☐ Telephone _____  ☐ Internet ISP _____  ☐ Website _____  ☐ Email _____
☐ Other _____

**To what name and address did you mail your response?** _____
**Do you have a mailing receipt (Certified, Insured, or Priority Mail Express™)?** ☐ Yes  Mail Receipt Number: _____
**What did you receive?**
**How did it differ from what you expected?**
**How much did the company ask you to pay?**
**Do you have the item?** ☐ Yes  ☐ No
**How was it delivered?** ☐ U.S. Mail™  ☐ In Person  ☐ Private Courier  ☐ Other _____
**Have you contacted the company or person about the complaint?** ☐ Yes  ☐ No
**If yes, date of last contact** __/__/__  **If no, why?** ☐ Address Unavailable  ☐ Addressee Not at Address  ☐ Disconnected Telephone  ☐ Unlisted Telephone  ☐ Unanswered Telephone

Legitimate businesses appreciate feedback. Check the offer for the delivery time frame, usually six to eight weeks, then contact the company. Please wait two weeks after contacting them before sending us this form. When a delivery time is not specified, a Federal Trade Commission rule mandates fulfillment within 30 days, unless you applied for first-time credit with the company.

### Did You Lose Money?

☐ No  ☒ Yes   If Yes, how much (in U.S. dollars)? T.B.D.   Date of Last Payment __/__/__
**How did you pay?** (check one)
☐ Cash  ☐ Postal Money Order (Provide Postal Money Order Number) _____
☐ Money Transfer Service (Provide Transfer Service Name & Number) _____  Transfer Number _____
☐ Pay Pal  ☐ Debit Card/Credit Card  ☐ Check  ☐ Other Money Order
☐ Other (explain) _____

## Type of Mail Fraud Complaint

Find the general category below that describes your area of concern, and check the specific item. **(Check one only.)**

**Advance Payment**
☐ Credit Card
☐ Credit Repair, Debt Consolidation
☐ Loans
☐ Medical Services

☐ **Chain Letter**

☐ **Charity Fraud**

☐ **Contest, Prize, or Sweepstakes**

**Educational Fraud**
☐ Certification
☐ Degree

**Employment**
☐ Distributorship, Multilevel Marketing
☐ Overseas Job
☐ Postal Service Job
☐ Secret Shopper
☐ Work at Home

**False Bill or Notice**
☐ Classified Ad
☐ Collection Agency Notice
☐ Directory Solicitation
☐ Office Supplies
☐ Subscription/Periodical
☐ Taxes

**Fiduciary**
*(Perpetrated by person in position of trust, financial advisor, attorney, etc.)*
☒ Bribery, Kickbacks, Embezzlements, Frauds
☐ Estate
☐ Financial Planning
☐ Will

☐ **Harassment**
*(Merchandise ordered in your name without your consent.)*

**Insurance**
☐ Health Care-Related
☐ Life Insurance Related
☐ Property Insurance Related

☐ **International Fraud**

**Investment**
☐ Franchise
☐ Gems, Coins, Precious Metals
☐ Securities, Stocks

**Lottery**
*(You pay to play.)*
☐ Domestic
☐ Foreign

**Medical Quackery**
☐ Medical Cure
☐ Sexual Aid
☐ Weight Loss

**Merchandise or Services**
☐ Failure to Pay
☐ Failure to Provide
☐ Internet Auction
☐ Misrepresentation of Product or Service

**Mortgage Fraud**
☐ Foreclosure Rescue
☐ Mortgage Modification
☐ Reverse Mortgage

**Personal**
☐ Dating Service
☐ False Divorce Decree
☐ Mail Order Bride

**Real Estate**
☐ Land Sales
☐ Timeshare
☐ Vacation or Travel

☐ **Sexually Oriented Advertisement**

☒ **Other**   Perjury of Oaths

## Additional Information

Provide any additional information you feel is important regarding this complaint in the space below:

Wishing for "Honest-Services" thank you *in advance*

---

Thank you for completing this form. Please mail to the address below all copies (not originals) of bills, receipts, advertisements, canceled checks (front and back), or correspondence related to your report. The U.S. Postal Inspection Service is a federal law enforcement agency, and Postal Inspectors gather facts and evidence to determine whether a violation has occurred under the Mail Fraud or False Representation Statutes. While we can't guarantee you will recover money lost to fraud, your information can help alert Inspectors about new fraud schemes and prevent others from being victimized. Postal Inspectors base mail fraud investigations on the number, substance, and pattern of complaints received from the public; therefore, we ask you to keep all original documents relating to your complaint, including the solicitation, any mailing envelopes, and canceled checks. Under our Consumer Protection Program, Postal Inspectors may contact individuals or businesses on your behalf to request that complaints be resolved. We will contact you if more information is needed. Postal Inspectors caution that, once you have been targeted in a fraud scheme, your name may be passed along to other con artists, so beware of future solicitations. If you know of others who believe they were victimized by fraud, we recommend they submit a Mail Fraud Report. Postal Inspectors suggest that, before completing a business transaction, contact the Chamber of Commerce, Better Business Bureau, or county or state Office of Consumer Affairs where the firm is located to get information on the company. Visit the Better Business Bureau at *bbb.org*, the state National Association of Attorneys General at *naag.org*, and the Postal Inspection Service at *postalinspectors.uspis.gov* for more information on fraud involving use of the mail. Remember: If a deal sounds too good to be true, it probably is!

**Return this form to your postmaster, or mail to:**
CRIMINAL INVESTIGATIONS SERVICE CENTER
ATTN: MAIL FRAUD
433 W HARRISON STREET, RM 3255
CHICAGO IL 60699-3255

By-Certified-Mail #
7022 0410 0001 7447 7619

# EXHIBIT 2

~ 6 ~

**NOTICE OF THE POST-ROAD-HIJACK**
**Copyrighted-Works this Document-Contract-Claims by the Douglas Vern Hulstedt**

# 18 U.S. Code § 1708 - Theft or receipt of stolen mail matter generally

Whoever steals, takes, or abstracts, or by fraud or deception obtains, or attempts so to obtain, from or out of any mail, post office, or station thereof, letter box, mail receptacle, or any mail route or other authorized depository for mail matter, or from a letter or mail carrier, any letter, postal card, package, bag, or mail, or abstracts or ==removes from any such letter, package, bag, or mail, any article or thing contained therein, or secretes, embezzles, or destroys any such letter, postal card, package, bag, or mail, or any article or thing contained therein; or==

Whoever steals, takes, or abstracts, or by fraud or deception obtains any letter, postal card, package, bag, or mail, or any article or thing contained therein which has been left for collection upon or adjacent to a collection box or other authorized depository of mail matter; or

==Whoever buys, receives, or conceals, or unlawfully has in his possession, any letter, postal card, package, bag, or mail, or any article or thing contained therein, which has been so stolen, taken, embezzled, or abstracted, as herein described, knowing the same to have been stolen, taken, embezzled, or abstracted—==

==Shall be fined under this title or imprisoned not more than five years, or both.==

# EXHIBIT 3

~ 7 ~

1   Leah Tamu Wilson, # 222790, "Attorneys" et.al
2   180 Howard Street
    San Francisco, California 94105
3   By Certified-Mail #7022 0410 0001 7452 3071;

4

5   Robert Andres Bonta, # 202668, "Attorneys" et.al
    455 Golden Gate Avenues, Suite 11000
6   San Francisco, California 94102
    By Certified-Mail #7022 0410 0001 7452 3088;
7

8
    **FEDERAL GRAND JURY**
9   c/o Grand-Jury-Foreman, 17th Floor, Witnesses
    450 Golden Gate Avenue
10  San Francisco, California 94102
    By Certified-Mail #7022 0410 0001 7452 3095;
11

12

13  **The United States**
    c/o Chapter 7 Bankruptcy Trustee
14  950 Pennsylvania Avenue, N.W.
    Washington, DC 20530
15  By Certified-Mail #7022 0410 0001 7452 3101;

16

17
    **Office of the Provost Marshal General**
18  **The United States of America**
    c/o Major General Duane R. Miller/Witness/Trustee
19  2800 Army Pentagon
    Washington, DC 20310
20  By Certified-Mail #7022 0410 0001 7452 3118;

21

22

23  **California Secretary of State**
    c/o Shirley N. Weber, Postmaster/Record-Keeper/Witness
24  1500 11th Street
    Sacramento, California 95814
25  By Certified-Mail #7022 0410 0001 7452 3125;

26

27

28

Page 9

**WRIT FOR HABEAS CORPUS**
Copyrighted-Works this document by the Douglas Vern Hulstedt

# EXHIBIT 4

~ 8 ~

**NOTICE OF THE POST-ROAD-HIJACK**
**Copyrighted-Works this Document-Contract-Claims by the Douglas Vern Hulstedt**

Case 3:23-cv-02003-JSC   Document 19   Filed 05/15/23   Page 13 of 17
Case 5:23-cv-02003-NC   Document 3-1   Filed 05/05/23   Page 33 of 38
Case 4:22-cv-06688-HSG   Document 14-2   Filed 01/13/23   Page 1 of 3

MAIL

7452 3095

U.S. POSTAGE PAID
FCM LG ENV
MONTEREY, CA
93940
JAN 17, 23
AMOUNT
**$6.40**
R2305E124083-69

94102

RECEIVED
JAN 19 2023
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

INSPECTED BY
JAN 19 2023
U.S. POSTAL SERVICE

FEDERAL GRAND JURY

Grand Jury foreman 17th floor Witnesses

0 Golden Gate Avenue

San Francisco California
94102

Case 3:23-cv-02003-JSC   Document 19   Filed 05/15/23   Page 14 of 17
Case 5:23-cv-02003-NC   Document 3-1   Filed 05/05/23   Page 34 of 35
Case 4:22-cv-06688-HSG   Document 14-2   Filed 01/13/23   Page 2 of 3

Doug H
c/o 2511 Garracks Bldg L-700
Monterey California
93940

7022 0410 000[1]

Case 3:23-cv-02003-JSC   Document 19   Filed 05/15/23   Page 15 of 17
Case 5:23-cv-02003-NC   Document 3-1   Filed 05/05/23   Page 35 of 38
Case 4:22-cv-06688-HSG   Document 14-2   Filed 01/13/23   Page 3 of 3

# METHOD OF PROCESS/WITNESSES

In the California state, on the Monterey county. I, the undersigned, herein declare that I am over the age of eighteen years and **NOT** a *Claimant but am Witnessing/Deliveries* to the within entitled *"Claims et.al."* My business address is: 1180 Forest Ave <sup>b</sup>B Pacific Grove CA

I, hereby declare under the penalty of perjury of the California Republic and The United States of America that I served the foregoing document as entitled: on the party(s) by mailing with the Post-Office maintained by the United States, Postal Service with postage paid, titled and addressed as follows *and or* by the file stamp/banking-postmasters: **NOTICE OF THE POST-ROAD-HIJACK BY THE INTENTIONAL INTERCEPTION AND CONCEALMENT OF CONTRACTS #7022 0410 0001 7452 3095 BY FIDUCIARY-OFFICERS-POSTMASTERS AFTER FEES WERE PAID IN FULL BY THIS CLAIMANT FOR "HONEST-SERVICES", "NONE-RECEIVED", U.S. MARSHAL SERVICE AND THE CLERK OF THE COURT WHO ACTED IN CONCERT ARE NOW IN QUESTION OF "DISABILITIES" BY THEIR ACTS AND ORDERS, CONTINUING MORE OF THE FRAUD PERPERTRATED BY THE ATTORNEYS *ET.AL.* NOW ENGAGED IN MAIL-FRAUD-TAMPERING AND CONCEALING BY THE TITLE 18 §2071 AND BY THE BLOCKING OF THE ADMINISTRATION OF JUSTICE BY WAY OF PERJURY OF OATHS, EXHIBITS 1, 2, 3, 4, DIRECTING-CHARGING 18 U.S.C. § 1708, *ET.AL.*, METHOD OF PROCESS;**

The United States *as* Insurance *"Guarantors"*
c/o Merrick Garland, Attorney-General, Witnesses/Trustees/Oath-Protectors
950 Pennsylvania Ave., NW
Washington, DC 20530
**By-Certified-Mail #**
7022 0410 0001 7450 5596 ;

USPS OFFICE OF INSPECTOR GENERAL
c/o Fiduciary-Officer-Postmaster *"in"* Charge
1735 N Lynn Street
Arlington, VA 22209-2020
**By-Certified-Mail #**
7022 0410 0001 7450 5602 ;

~ 9 ~

NOTICE OF THE POST-ROAD-HIJACK
Copyrighted-Works this Document-Contract-Claims by the Douglas Vern Hulstedt

I declare under the penalty of perjury of the Laws of the California Republic and The United States of America that the foregoing is correct and complete to the best of my knowledge, information and belief, and that this bill of process is executed by the voluntary act of my own hand on Monterey county and is dated below;

Date: May 13-2023         By: *[signature]*

Gloria Chavez

~ 10 ~

**NOTICE OF THE POST-ROAD-HIJACK**
Copyrighted-Works this Document-Contract-Claims by the Douglas Vern Hulstedt