Douglas Vern Hulstedt
℅ 2511 Garden Road, Building - C # 100
Monterey, California 93940
Tel: (831) 899-5900
*Claimant/Witness/Beneficiary and
Wishing for an "Honest-Attorney"*

SCANNED



FILED
MAY 15 2023
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Douglas Vern Hulstedt** *Claimant/Witness/Beneficiary; Adversely Affected and Aggrieved* Vs. **Robert Andres Bonta, Attorneys, #202668, Laurie Rose Lubiano, Attorneys #152171, STATE BAR OF CALIFORNIA [CHARTER]** = *Insurance-Guarantors by the Bar # Policies,* Defendants et.al; Does/Roes 1-25; ──────────────── **Greg W.(?) Chambers, Attorneys, #237509** *Doe #1 et.al;* | :Case No: 23CV02003-NC; **JUDICIAL-NOTICE** COPYRIGHT-TRESPASS-LIBELLEES, "BREACH" AFTER THE FACT BY THE UNIDENTIFIED FOREIGN AGENTS GREG W. (?) CHAMBERS, ATTORNEYS, #237509 WITH HIS OWN HANDS AND IN CONCERT WITH HIS ACCOMPLICE, NAADIRAH CRAWFORD WHO USED THE METHOD OF PROCESS TO ADMIT/CERTIFY BY PRIORITY MAIL, THE "BREACH" MAILING WITH THE UNITED STATES POSTAL SERVICE, LIBELLEES ARE NOTICED AND BILLED THE DAMAGES OF 10,000.00 PER OCCURRENCE TIMES X3 EXHIBITS, DOCUMENT #19 TRESPASSES, MORE OF THE SAME DEPRIVATIONS OF RIGHTS, CHICANERY AND STRONG-ARM-FRAUD-COVERUPS CONTINUING BY THE UNIDENTIFIED FOREIGN AGENTS GREG W. (?) CHAMBERS, ATTORNEYS, #237509, *HAVING NO SHAME*, REFUSING TO PROTECT RIGHTS, EXHIBIT 1 = PROOF OF CLAIM, EXHIBIT 2 = TRUE-BILL, METHOD OF PROCESS/WITNESSES; |

~ 1 ~

*<u>To All Officers and Employees of the UNITED STATES DISTRICT COURTS; I, a man in the Name of Lord Almighty I accept your Oath(s), bind you to the same and command you do justice. I waive all customary rules of law and other procedural impediments, I am not an attorney nor am I trained in law and I expect my rights to be protected by thee Public-Fiduciaries........"Witnesses";</u>*

**<u>"JUDICIAL-NOTICE OF BREACH"</u>** *<u>by the Beneficiary having the Right to Claim about Wrongs being Committed by Attorneys/Trustees/Publishers/ Copyright-Works-Trespassers/Witnesses</u> and* by accepting the "**Valid**" "**Oath of Office**" of any <u>Public-Fiduciary-Trustee</u> or "**Placeholder-Witness**" concerning these matters for the equal protections of the law with my Adoption of the Bill of Rights for the Due-Processes and by accepting the public record **"Official-Bonds"** or any other **"Insurance-Policies"** that may apply concerning fraud or employee misconduct/ dishonesty and by entering and the making of this **<u>JUDICIAL-NOTICE, COPYRIGHT-TRESPASS-LIBELLEES</u>** before this Court of Record as the Claimant/Witness/Beneficiary to protect my Beneficial Property Rights against Trespass or **<u>Breach of Fiduciary-Trust</u>**, **"Dishonest-Services"**, *continuing*, "I", Douglas Vern Hulstedt, *a man* stake this **Claim** for "**<u>Right to Due-Process before Property</u>** *<u>is taken or damaged or slandered or else or done</u>*", by the *<u>knowledge of this</u>* **<u>JUDICIAL-NOTICE, COPYRIGHT-TRESPASS-LIBELLEES</u>** for the "**<u>Due-Process to be Restored and Compensated for the Damages</u>**". NOTE: The citation of state and federal statutes, codes, rules, regulations, and court citations, within any document-contract created by me and not copyrighted by me, is only to notice my servants that which is applicable to them and is not intended, nor shall be construed, to mean that I confer, submit to, claim rights to or have entered into any jurisdiction alluded to thereby, by the following *<u>11.7 Grade-Comprehension-Level per the Flesch-Kincaid;</u>*

~ 2 ~

1  JUDICIAL-NOTICE, COPYRIGHT-TRESPASS-LIBELLEES, "BREACH" AFTER THE
2  FACT BY THE UNIDENTIFIED FOREIGN AGENTS GREG W. (?) CHAMBERS,
3  ATTORNEYS, #237509 WITH HIS OWN HANDS AND IN CONCERT WITH HIS
4  ACCOMPLICE, NAADIRAH CRAWFORD WHO USED THE METHOD OF PROCESS TO
5  ADMIT/CERTIFY BY PRIORITY MAIL, THE "BREACH" MAILING WITH THE
   UNITED STATES POSTAL SERVICE, LIBELLEES ARE NOTICED AND BILLED THE
6  DAMAGES OF 10,000.00 PER OCCURRENCE TIMES X3 EXHIBITS, DOCUMENT #19
7  TRESPASSES, MORE OF THE SAME DEPRIVATIONS OF RIGHTS, CHICANERY AND
8  STRONG-ARM-FRAUD-COVERUPS CONTINUING BY THE UNIDENTIFIED FOREIGN
9  AGENTS GREG W. (?) CHAMBERS, ATTORNEYS, #237509, *HAVING NO SHAME*,
10 REFUSING TO PROTECT RIGHTS, EXHIBIT 1 = PROOF OF CLAIM, EXHIBIT 2 =
11 TRUE-BILL, METHOD OF PROCESS/WITNESSES;

ALL RIGHTS RESERVED WAIVE-NONE;
*RESERVATION FOR ALL WRITS;*
*"FOR RESTRAINT OF LIBERTIES";*
*and Wishing for Honest-Attorney-Re-Presentations;*


:Flag: Title: ~4, Section: ~1- 3

Verified by: *Douglas Vern Hulstedt*
The United States of America
Claimant/Witness/Injured
Beneficiary-Claimant *for*
DOUGLAS VERN HULSTED, M.D.
CORPORATION #3260008/A42397,
"Copy-Right-Claimant".

~ 3 ~

# EXHIBIT 1

~ 4 ~

# CERTIFICATE OF SERVICE

Case Name:  **Hulstedt v. Bonta et al.**          No.  **23-cv-02003-NC**

I hereby certify that on May 5, 2023, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**
Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users. On May 5, 2023, I have caused to be mailed in the Office of the Attorney General's internal mail system, the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants.

Jevechius Doherty Bernardoni
United States' Attorney Office
Department of Justice
1301 Clay Street, Suite 340S
Oakland, CA 94612
Email: jevechius.bernardoni@usdoj.gov

Iveta Ovsepyan
Office of the Attorney General
300 South Spring Street, Suite 1702
Los Angeles, CA 90013
Email:   Iveta.Ovsepyan@doj.ca.gov

Douglas Vern Hulstedt, M.D.
2511 Garden Road, Building -C#100
Monterey, CA 93940
email: doughulstedt314@gmail.com

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on May 5, 2023, at Los Angeles, California.

_____Naadirah Crawford_____          _____*Naadirah Crawford*_____
            Declarant                                             Signature

SF2023400897
65931314.docx



Douglas Vern Hulstedt
℅ 2511 Garden Road, Building - C # 100
Monterey, California 93940
Tel: (831) 899-5900
*Claimant/Witness/Beneficiary*



ORIGINAL FILED
APR 25 2023
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Douglas Vern Hulstedt**<br>*Claimant/Witness/Beneficiary;*<br>*Adversely Affected and Aggrieved*<br><br>Vs.<br><br>Robert Andres Bonta, Attorneys, #202668, Laurie Rose Lubiano, Attorneys #152171, STATE BAR OF CALIFORNIA *[CHARTER]* = *Insurance-Guarantors by the Bar # Policies,*<br>*Defendants et.al;*<br><br>Does/Roes 1-25; | Case No. **C 23 02003**  NC<br>**[COMPLAINT-VERIFIED]**<br><br>**CLAIM FOR RELIEF BY THE DECLARATORY JUDGEMENT BY THE RIGHT OF REVIEW BY THE 5 U.S.C. § 702-706 OTHER THAN MONEY BUT FOR THE REVIEW AND WRITTEN DETERMINATION ON DUE PROCESS AND CONSTITUTIONAL RIGHTS, IMMEDIATE INTERVENTION REQUIRED AS PERJURY OF OATH IS ONGOING BY THE ATTEMPTS TO OVERTHROW THE GOVERNMENT BY SWORN FIDUCIARY OFFFICERS CAUSING CONTINUAL LEGAL WRONGS PER ADMINISTRATIVE PROCEDURES ACT 1946, REFERENCE CASE NO. 800-2021-079497, CALIFORNIA MEDICAL BOARD *ET.AL,* EXHIBITS 1-4;** |

~ 1 ~

# EXHIBIT 2

Douglas Vern Hulstedt
℅ 2511 Garden Road, Building - C # 100
Monterey, California 93940
Tel: (831) 899-5900
*Claimant/Witness*



FILED

OCT 31 2022

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

**Douglas Vern Hulstedt**

*Claimant/Witness*

Vs.

**MEDICAL BOARD OF CALIFORNIA DEPARTMENT OF CONSUMER AFFAIRS** *as its* **TRUSTEES, STATE OF CALIFORNIA** *as* **ROB BONTA, ATTORNEY GENERAL**

*Defendants*
Does, Roes 1-20

Case No. C22-06688

NOS 440
PD
NP
ESG

[COMPLAINT-VERIFIED]

CLAIM FOR INJUNCTION FOR THE VIOLATIONS OF DUE PROCESS UNDER 28 U.S.C. § 1331, FEDERAL QUESTIONS TO STOP THE BLATANT ABUSE OF RIGHTS BY OFFICERS AND TRUSTEES CONCERNING CASE NO. 800-2021-079497 BEFORE THE MEDICAL BOARD OF CALIFORNIA AND COINSIDING CASE NO. 22SC018927 BEFORE THE SUPERIOR COURT OF ALAMEDA COUNTY WHEREAS THE UNITED STATES AND THE STATE OF CALIFORNIA ARE THE GUARANTORS AND DEFENDANTS, ROB BONTA REFUSES DUE PROCESS FOR THE NATURE AND CAUSE OF HIS ACCUSATIONS BY THE VOID OF SUBSTANTIVE DUE PROCESS WHICH HAS CAUSED IRREPARABLE INJURIES

Page 1

# EXHIBIT 3

Douglas Vern Hulstedt
℅ 2511 Garden Road, Building-C #100
Monterey, California 93940
Tel: (831) 899-5900
*Claimant/Witness/Beneficiary*
*Without Counsel at this Time*

By-Registered-Mail #
RE527008735US

# DEFAULT

## BEFORE THE
## MEDICAL BOARD OF CALIFORNIA
## DEPARTMENT OF CONSUMER AFFAIRS
## STATE OF CALIFORNIA

| In the Matter of the Accusation Against: | Case No. 800-2021-079497 |
|---|---|
| DOUGLAS VERN HULSTEDT, M.D.<br><br>Respondent | RE: STATEMENT TO RESPONDENT<br>[Gov. Code §§ 1504, 11505(b)] |
| _____<br><br>Douglas Vern Hulstedt<br><br>*Claimant/Witness/Beneficiary*<br>*Third-Party-Rule*<br>_____<br><br>NOTICE TO THE FIDUCIARIES; 18 U.S.C § 2071, Concealment, removal, or mutilation generally (a) Whoever, willfully and unlawfully conceals, removes, mutilates, obliterates, or destroys, or attempts to do so, or, with intent to do so takes and carries away any record, proceeding, map, book, paper, document, or other thing, filed or deposited with any clerk of officer of any court of the United States, shall be fined under this title or imprisoned not more than three years, or both. | "VERIFIED"<br>[MOTION/NOTICE]<br>LAWFUL DIRECTION IN THE FORM OF A MOTION DELIVERED TO THOMAS OSTLY AN ATTORNEY FOR THE RETURN OF EVIDENCE ON THE RECORD TO PROVIDE DUE-PROCESS AND PROVE THE ENACTING CLAUSES AS MANDATED BY THE CALIFORNIA CONSTITUTION FOR THE CLAIMS MADE AGAINST MY BENEFICIAL INTERESTS TO BE RETURNED WITHIN 15 DAYS WITH VERIFICATION BY THIS JURISDICTION INQUIRY<br><br>MEMORANDUM OF LAW |

Page 1



US POSTAGE $010.55 MAY 05 2023

Douglas Vern Hulstedt, M.D. 2511
Garden Road, Building -C#100
Monterey, CA 93940

PRIORITY MAIL

STATE OF CALIFORNIA
OFFICE OF THE ATTORNEY GENERAL
DEPARTMENT OF JUSTICE
300 SOUTH SPRING STREET
LOS ANGELES, CA 90013

# EXHIBIT 2

~ 5 ~

**JUDICIAL-NOTICE, COPYRIGHT-TRESPASS-LIBELLEES**
**Copyrighted-Works this Document-Contract-Claims by the Douglas Vern Hulstedt**

**DOUGLAS VERN HULSTEDT, M.D.**
c/o 2511 Garden Road, Building – C #100
Monterey, California 93940
Phone (831) 899-5900

**TRUE-BILL-INVOICE # 9**

DATED: May 13, 2023

**Bill-To:**
**Greg W.(?) Chambers, Attorneys, #237509** *as*
**COPYRIGHT-TRESPASS-LIBELLEES**
455 Golden Gate Avenues, Suite 11000
San Francisco, California 94102
By-Certified-Mail # 7022 0410 0001 7450 5640

Comments: Reference Case 4:22-CV-06688-HSG Document 19-1 Filed 05/05/23,

| DESCRIPTION OF DISHONORABLE ACTS BY A FIDUCIARY | UNIT PRICE | AMOUNT |
|---|---|---|
| COPYRIGHT-TRESPASS #1 | EXHIBIT 1 | 10,000.00 |
| COPYRIGHT-TRESPASS #2 | EXHIBIT 2 | 10,000.00 |
| COPYRIGHT-TRESPASS #3 | EXHIBIT 3 | 10,000.00 |
| "ENVELOPE AS EVIDENCE" | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL Past Due 3 Day Settlement-Agreement DUE upon Receipt** | | **30,000.00** |
| SEE ADDITIONAL NOTICED BY METHOD OF PROCESS/WITNESSES | | |

Make Payment to Douglas Vern Hulstedt
If you have any questions concerning this True-Bill/Invoice
Contact Douglas Vern Hulstedt *as Creditor* at **(831) 899-5900**

~COPYRIGHT~

# METHOD OF PROCESS/WITNESSES

In the California state, on the Monterey county. I, the undersigned, herein declare that I am over the age of eighteen years and **NOT** a *Claimant [yet] but am Witnessing /Deliveries* to the within entitled "*Claims et.al.*" My business address is:

1180 Forest Ave #B Pacific Grove California 93950

I, hereby declare under the penalty of perjury of the California Republic and The United States of America that I served the foregoing document as entitled: on the party(s) by mailing with the Post-Office maintained by the United States, Postal Service with postage paid, titled and addressed as follows *and or* by the file stamp/banking-postmasters: JUDICIAL-NOTICE, COPYRIGHT-TRESPASS-LIBELLEES, "BREACH" AFTER THE FACT BY THE UNIDENTIFIED FOREIGN AGENTS GREG W. (?) CHAMBERS, ATTORNEYS, #237509 WITH HIS OWN HANDS AND IN CONCERT WITH HIS ACCOMPLICE, NAADIRAH CRAWFORD WHO USED THE METHOD OF PROCESS TO ADMIT/CERTIFY BY PRIORITY MAIL, THE "BREACH" MAILING WITH THE UNITED STATES POSTAL SERVICE, LIBELLEES ARE NOTICED AND BILLED THE DAMAGES OF 10,000.00 PER OCCURRENCE TIMES X3 EXHIBITS, DOCUMENT #19 TRESPASSES, MORE OF THE SAME DEPRIVATIONS OF RIGHTS, CHICANERY AND STRONG-ARM-FRAUD-COVERUPS CONTINUING BY THE UNIDENTIFIED FOREIGN AGENTS GREG W. (?) CHAMBERS, ATTORNEYS, #237509, *HAVING NO SHAME*, REFUSING TO PROTECT RIGHTS, EXHIBIT 1 = PROOF OF CLAIM, EXHIBIT 2 = TRUE-BILL, METHOD OF PROCESS/WITNESSES;

**Robert Andres Bonta, Attorneys, #202668,**
"DEFENDANTS" *et.al;*
455 Golden Gate Avenues, Suite 11000
San Francisco, California 94102
By-Certified-Mail #
7022 0410 0001 7450 5619 ;

**Laurie Rose Lubiano, Attorneys #256695,**
"DEFENDANTS" *et.al;*
2005 Evergreen Street, Suite 1200
Sacramento, California 95815
By-Certified-Mail #
7022 0410 0001 7450 5636

~ 6 ~

JUDICIAL-NOTICE, COPYRIGHT-TRESPASS-LIBELLEES
Copyrighted-Works this Document-Contract-Claims by the Douglas Vern Hulstedt

**Naadirah Crawford**
c/o Greg W.(?) Chambers, *her* Attorneys #237509
"DEFENDANTS" *et.al;*
455 Golden Gate Avenues, Suite 11000
San Francisco, California 94102
**By-Certified-Mail #**
7022 0410 0001 7450 5633;

**Greg W. (?) Chambers, Attorneys #237509**
"DEFENDANTS" *et.al;*
455 Golden Gate Avenues, Suite 11000
San Francisco, California 94102
**By-Certified-Mail #**
7022 0410 0001 7450 5640;

**STATE BAR OF CALIFORNIA [CHARTER]**
"DEFENDANTS" *et.al;*
c/o *Fiduciary-Officer-"in"-Charge*
180 Howard Street
San Francisco, California 94105
**By-Certified-Mail #**
7022 0410 0001 7450 5657;

**CC: Military-Post-Office;** *Office of the Counsel.*

I declare under the penalty of perjury of the Laws of the California Republic and The United States of America that the foregoing is correct and complete to the best of my knowledge, information and belief, and that this bill of process is executed by the voluntary act of my own hand on Monterey county and is dated below;

Date: May 14-2023    By: _____
~7~   Gloria Chavez

**JUDICIAL-NOTICE, COPYRIGHT-TRESPASS-LIBELLEES**
Copyrighted-Works this Document-Contract-Claims by the Douglas Vern Hulstedt