1  **Douglas Vern Hulstedt**
2  ℅ 2511 Garden Road, Building - C # 100
   Monterey, California 93940
3  Tel: (831) 899-5900
   *Claimant/Witness/Beneficiary and*
4  *Wishing for an "Honest-Attorney"*



## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Douglas Vern Hulstedt** )<br>)<br>*Claimant/Witness/Beneficiary;* )<br>*Adversely Affected and Aggrieved* )<br>)<br>*Vs.* )<br>)<br>**Robert Andres Bonta, Attorneys,** )<br>**#202668, Laurie Rose Lubiano,** )<br>**Attorneys #152171, STATE BAR OF** )<br>**CALIFORNIA *[CHARTER]* =** )<br>*Insurance-Guarantors by the* )<br>*Bar # Policies,* )<br>*Defendants et.al;* )<br>)<br>**Does/Roes 1-25;** )<br>―――――――――――――――― )<br>**Greg W.(?) Chambers,** )<br>**Attorneys, #237509** )<br>*Defendant/Trespasser* )<br>*Doe #1 et.al;* )<br>) | :Case No: 23CV02003;<br>## CLAIM TO STRIKE<br>DOCUMENT CONTRACT #22 ENTERED BY THE DEFENDANT/TRESPASSER AND VEXATIOUS MOVANT WHO IS UN-IDENTIFIED, DISHONEST AND REFUSES TO PROTECT RIGHTS CONTINUING TO PERJURY HIS OATH AGAINST THE UNITED STATES "EX REL." WHICH HAS CAUSED IRREPAIRABLE DAMAGE TO MY PROPERTY AND ASSETS, GREG W.(?) CHAMBERS, ATTORNEYS, #237509 CARES NOT ABOUT LAW OR JUSTICE WHILE USING LEGAL CHICANERY, SEMANTIC-DECEITS ACTING IN CONCERT WITH OTHER ATTORNEYS AND APPARENTLY "HE" IS ALSO REPRESENTING THE STATE BAR OF CALIFORNIA WHILE BEING A DEFENDANT/TRESPASSER OF COPYRIGHT PROPERTY, "HE ADMITS" THAT "HE" WILL NOT PROTECT RIGHTS OF THIS NON-ATTORNEY-NOT TRAINED IN LAW WHO IS UNABLE TO FIND LAWFUL REPRESENTATION BY ANY ATTORNEYS AFTER MANY ATTEMPTS, THEREFORE HE COMMITS "PERJURY OF OATH" 18 U.S.C. §1621 AND "HONEST SERVICES FRAUD" 18 U.S.C. §1346 *ET. AL.,*<br><br>METHOD OF PROCESS; |

~ 1 ~

**CLAIM TO STRIKE DOCUMENT CONTRACT #22**
**Copyrighted-Works this Document-Contract-Claims by the Douglas Vern Hulstedt**

*<u>To All Officers and Employees of the UNITED STATES DISTRICT COURTS; I, a man in the Name of Lord Almighty I accept your Oath(s), bind you to the same and command you do justice. I waive all customary rules of law and other procedural impediments, I am not an attorney nor am I trained in law and I expect my rights to be protected by thee Public-Fiduciaries……..."Witnesses";</u>*

*<u>"CLAIM TO STRIKE"</u>* <u>by the Beneficiary having the Right to Claim about Wrongs being Committed by Attorneys/Trustees/Publishers/ Copyright-Works-Trespassers/Witnesses</u> and by accepting the "**Valid**" "**Oath of Office**" of any <u>Public-Fiduciary-Trustee</u> or "**Placeholder-Witness**" concerning these matters for the equal protections of the law with my Adoption of the Bill of Rights for the Due-Processes and by accepting the public record **"Official-Bonds"** or any other **"Insurance-Policies"** that may apply concerning fraud or employee misconduct/ dishonesty and by entering and the making of this **CLAIM TO STRIKE DOCUMENT CONTRACT #22** before this Court of Record as the Claimant/Witness/Beneficiary to protect my Beneficial Property Rights against Trespass or **Breach of Fiduciary-Trust, "Dishonest-Services"**, *continuing*, "I", Douglas Vern Hulstedt, *a man* stake this **Claim** for **"<u>Right to Due-Process before Property</u>** *is taken or damaged or slandered or else or done*", by the *<u>knowledge of this</u>* **CLAIM TO STRIKE DOCUMENT CONTRACT #22** for the **"Due-Process to be Restored and Compensated for the Damages"**. **NOTE:** The citation of state and federal statutes, codes, rules, regulations, and court citations, within any document-contract created by me and not copyrighted by me, is only to notice my servants that which is applicable to them and is not intended, nor shall be construed, to mean that I confer, submit to, claim rights to or have entered into any jurisdiction alluded to thereby, by the following *<u>11.2 Grade-Comprehension-Level per the Flesch-Kincaid this Document-Contract-Claims;</u>*

~ 2 ~

**CLAIM TO STRIKE DOCUMENT CONTRACT #22**
**Copyrighted-Works this Document-Contract-Claims by the Douglas Vern Hulstedt**

CLAIM TO STRIKE DOCUMENT CONTRACT #22 ENTERED BY THE DEFENDANT/TRESPASSER AND VEXATIOUS MOVANT WHO IS UN-IDENTIFIED, DISHONEST AND REFUSES TO PROTECT RIGHTS CONTINUING TO PERJURY HIS OATH AGAINST THE UNITED STATES "EX REL." WHICH HAS CAUSED IRREPAIRABLE DAMAGE TO MY PROPERTY AND ASSETS, GREG W.(?) CHAMBERS, ATTORNEYS, #237509 CARES NOT ABOUT LAW OR JUSTICE WHILE USING LEGAL CHICANERY, SEMANTIC-DECEITS ACTING IN CONCERT WITH OTHER ATTORNEYS AND APPARENTLY "HE" IS ALSO REPRESENTING THE STATE BAR OF CALIFORNIA WHILE BEING A DEFENDANT/TRESPASSER OF COPYRIGHT PROPERTY, "HE ADMITS" THAT "HE" WILL NOT PROTECT RIGHTS OF THIS NON-ATTORNEY-NOT TRAINED IN LAW WHO IS UNABLE TO FIND LAWFUL REPRESENTATION BY ANY ATTORNEYS AFTER MANY ATTEMPTS, THEREFORE HE COMMITS "PERJURY OF OATH" 18 U.S.C. §1621 AND "HONEST SERVICES FRAUD" 18 U.S.C. §1346 *ET. AL.*, METHOD OF PROCESS;

***NOW THEN*** I, have made multiple attempts to retain counsel for an "Attorney" without availability and it is proven in this/that/those records that the "Attorneys" *et.al.* concerning these matters refuse to protect rights and are "DISHONEST". **Robert Andres Bonta, Attorneys, #202668** supposedly the **"Boss"** of all the attorneys in California cares not about justice and continues to **"EXTORT"** rights in some sort of obstruction of justice **"SCHEME"**. Generally the whole of document #22 is pure non-sense by the un-identified-vexatious-movants, **Greg W.(?) Chambers, Attorneys, # 237509** *et.al.* Further it/this has nothing to do with any ability to meet so called "requirements" see **EXHIBIT 1**. And still: *Wishing for an "Honest-Attorney" to*

~ 3 ~

*protect rights and restore my life's work of 43 years plus that has been taken without due-process et.al.........a continuing-fact!*

The un-identified-vexatious-movants, **Greg W.(?) Chambers, Attorneys, # 237509** *et.al.* continue to conceal identification of **"Agency"** whereas **The United States of America** and **The United States** are two and <u>of</u> many jurisdictions/corporations that have and continue to be challenged for proof of claim as to authority. Case No. 22cv07439 HSG is currently on appeal for conspiracy to deprive rights under color of law and simulated-legal-processes after the fact *et.al;*

# <u>LASTLY BUT NOT LEAST</u> the un-identified-vexatious-movants, **Greg W.(?) Chambers, Attorneys, # 237509** *et.al.* in document #22 page *2 lines 14 to 19* makes <u>unfounded-unverified-claims and false-testimony</u>, to this date I have not been served with a "valid" 4th amendment warrant for so called subpoena for my <u>private-copyrighted-works</u> made by my own hands = "medical records". No valid claimant has provided me with a wet ink autograph "warrant" to do so, **THIS IS A CHALLENGE!**

**ALL RIGHTS RESERVED WAIVE-NONE;**
*<u>RESERVATION FOR ALL WRITS;</u>*
*<u>"FOR RESTRAINT OF LIBERTIES";</u>*
*and Wishing for Honest-Attorney-Re-Presentations;*

~ 4 ~

**CLAIM TO STRIKE DOCUMENT CONTRACT #22**
Copyrighted-Works this Document-Contract-Claims by the Douglas Vern Hulstedt


:Flag: Title: ~4, Section: ~1-3

**Verified by:** ***Douglas Vern Hulstedt***
The United States of America
Claimant/Witness/Injured
Beneficiary-Claimant *for*
DOUGLAS VERN HULSTED, M.D.
**CORPORATION #3260008/A42397,**
**"Copyright-Claimant".**

**CLAIM TO STRIKE DOCUMENT CONTRACT #22**
Copyrighted-Works this Document-Contract-Claims by the Douglas Vern Hulstedt

# EXHIBIT 1

~ 6 ~

**CLAIM TO STRIKE DOCUMENT CONTRACT #22**
Copyrighted-Works this Document-Contract-Claims by the Douglas Vern Hulstedt

## ATTORNEY / CLIENT CONTRACT

**1. PARTIES:** This one (1) page contract is between the below-named Licensed Attorney and Client. Attorney has a valid license to practice law in the appropriate jurisdiction(s). Attorney agrees to provide Client a copy of said license upon request. Attorney knows and understands the law and has sworn to uphold it. Attorney has no conflict of interest. Attorney shall act and conduct themselves in good faith at all times, whilst prioritizing the Clients best interests in higher honor than any adversarial party(s).

**2. DUTIES:** Attorney knowingly and fully agrees to:

    a. **[check one]( )** Zealously represent Client within the bounds of the law
                  ( ) Provide Client with assistance of counsel, in the matter of:

    **Case or Cause Number:** ___23CV02003_____ ("the Business").
    All work shall be done timely and in a professional workman like manner.

    b. Protect all Client's Constitutional and other rights, including ones Client is not aware of. Attorney agrees to provide a complete list of Client's rights upon request.

    c. Abide by all applicable laws, Administrative Rules, Rules of Conduct, Ethical Rules and Court Rules. Any deviation or violation of any law or rule constitutes a breach of this contract.

    d. Client agrees to timely pay Attorney's retainer, fees and expenses in:
    **[check one]** ( ) lawful money of the United States ( ) Federal Reserve Notes

**3. TIME LIMIT:** This contract shall go into effect immediately upon signature and is revocable by either party immediately upon notice to the other party. If Attorney revokes this contract before completing any work, the retainer shall be immediately refunded.

**4. CONSIDERATION:** Consideration shall consist of Attorney's retainer fee in the sum of $_____, paid in: **[check one]** ( ) lawful money of the United States ( ) Federal Reserve Notes.

**5. NOT AN ADHESION CONTRACT:** The terms of this contract are not dictated by a party with superior bargaining power, but are negotiable. (Client does not have superior bargaining power. Attorney possesses superior bargaining power due to their membership in a labor union called the Bar Association, their special status, and their knowledge of the law, court, court procedure/proceedings.) If Attorney objects to any clause, or part thereof, Attorney shall provide as part of the negotiating process, a written explanation to which clause or clauses is/are not acceptable.

**Printed Name:** _____   **Printed Name:** _____

**X**_____ _____   **X**_____ _____
  (Attorney)                          (date)     (Client)                       (date)

# **METHOD OF PROCESS/WITNESSES**

In the California state, on the Monterey county. I, the undersigned, herein declare that I am over the age of eighteen years and **NOT** a *Claimant [yet] but am Witnessing /Deliveries* to the within entitled *"Claims et.al."* My business address is:

1150 Forest Avenue #B Pacific Grove California 93950

I, hereby declare under the penalty of perjury of the California Republic and The United States of America that I served the foregoing document as entitled: on the party(s) by mailing with the Post-Office maintained by the United States, Postal Service with postage paid, titled and addressed as follows *and or* by the file stamp/banking-postmasters: **CLAIM TO STRIKE DOCUMENT CONTRACT #22 ENTERED BY THE DEFENDANT/TRESPASSER AND VEXATIOUS MOVANT WHO IS UN-IDENTIFIED, DISHONEST AND REFUSES TO PROTECT RIGHTS CONTINUING TO PERJURY HIS OATH AGAINST THE UNITED STATES "EX REL." WHICH HAS CAUSED IRREPAIRABLE DAMAGE TO MY PROPERTY AND ASSETS, GREG W.(?) CHAMBERS, ATTORNEYS, #237509 CARES NOT ABOUT LAW OR JUSTICE WHILE USING LEGAL CHICANERY, SEMANTIC-DECEITS ACTING IN CONCERT WITH OTHER ATTORNEYS AND APPARENTLY "HE" IS ALSO REPRESENTING THE STATE BAR OF CALIFORNIA WHILE BEING A DEFENDANT/TRESPASSER OF COPYRIGHT PROPERTY, "HE ADMITS" THAT "HE" WILL NOT PROTECT RIGHTS OF THIS NON-ATTORNEY-NOT TRAINED IN LAW WHO IS UNABLE TO FIND LAWFUL REPRESENTATION BY ANY ATTORNEYS AFTER MANY ATTEMPTS, THEREFORE  HE COMMITS "PERJURY OF OATH" 18 U.S.C. §1621 AND "HONEST SERVICES FRAUD" 18 U.S.C. §1346 *ET. AL.,* METHOD OF PROCESS;**

**Robert Andres Bonta, Attorneys, #202668,**
**"DEFENDANTS"** *et.al;*
455 Golden Gate Avenues, Suite 11000
San Francisco, California 94102
By-Certified-Mail #
7022 0410 0003 2715 1091 ;

~ 7 ~

**CLAIM TO STRIKE DOCUMENT CONTRACT #22**
Copyrighted-Works this Document-Contract-Claims by the Douglas Vern Hulstedt

Laurie Rose Lubiano, Attorneys #256695,
"DEFENDANTS" *et.al;*
2005 Evergreen Street, Suite 1200
Sacramento, California 95815
By-Certified-Mail #
70220410000327551098         ;


Greg W. (?) Chambers, Attorneys #237509
"DEFENDANTS" *et.al;*
455 Golden Gate Avenues, Suite 11000
San Francisco, California 94102
By-Certified-Mail #
7022041000032755 1104        ;


**STATE BAR OF CALIFORNIA *[CHARTER]***
"DEFENDANTS" *et.al;*
c/o <u>Fiduciary-Officer-"in"-Charge</u>
180 Howard Street
San Francisco, California 94105
By-Certified-Mail #
7022041000032755 1111        ;


*CC:* Military-Post-Office; *Office of the Counsel.*


I declare under the penalty of perjury of the Laws of the California Republic and The United States of America that the foregoing is correct and complete to the best of my knowledge, information and belief, and that this bill of process is executed by the voluntary act of my own hand on Monterey county and is dated below;

Date: June 5, 2023                                    By: _____

~ 8 ~

**CLAIM TO STRIKE DOCUMENT CONTRACT #22**
Copyrighted-Works this Document-Contract-Claims by the Douglas Vern Hulstedt