1
2
3
4
5

**Douglas Vern Hulstedt**
℅ 2511 Garden Road, Building - C # 100
**Monterey, California 93940**
**Tel: (831) 899-5900**
*Claimant/Witness/Beneficiary and*
*Wishing for an "Honest-Attorney"*



FILED

JUN 05 2023

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

6
7

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

### Douglas Vern Hulstedt

*Claimant/Witness/Beneficiary;*
*Adversely Affected and Aggrieved*

*Vs.*

**Robert Andres Bonta, Attorneys,**

**#202668, Laurie Rose Lubiano,**

Attorneys #152171,  STATE BAR OF

CALIFORNIA *[CHARTER]* =

*Insurance-Guarantors by the*

*Bar # Policies,*

*Defendants et.al;*

**Does/Roes 1-25;**

**Greg W.(?) Chambers,**

**Attorneys, #237509**

*Defendant/Trespasser*

*Doe #1 et.al;*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

:Case No: 23CV02003;
## CLAIM TO STRIKE
**DOCUMENT CONTRACT #23 ENTERED BY THE DEFENDANT/TRESPASSER AND VEXATIOUS MOVANT WHO IS UN-IDENTIFIED, DISHONEST AND REFUSES TO PROTECT RIGHTS CONTINUING TO PERJURY HIS OATH AGAINST THE UNITED STATES "EX REL." WHICH HAS CAUSED IRREPAIRABLE DAMAGE TO MY PROPERTY AND ASSETS, GREG W.(?) CHAMBERS, ATTORNEYS, #237509 CARES NOT ABOUT LAW OR JUSTICE WHILE USING LEGAL CHICANERY, SEMANTIC-DECEITS ACTING IN CONCERT WITH OTHER ATTORNEYS, "HIS" OPPOSITION TO MOTION FOR WRIT OF PRAECIPE JUST SHOWS THE CONTINUATION OF RIGHTS BEING VIOLATED THIS IS OUTRAGEOUS AND MALICIOUS BEHAVIOR ENCOMPASSING THESE MATTERS THAT NOT ONE BIT OF DUE-PROCESS WAS PROVIDED TO MY INTERESTS OF MY 43 YEARS PLUS LIFES WORKS, WHAT EXACTLY IS THE PROBLEM? PROVIDE YOUR LICENSE AND YOUR OATH OF OFFICE AND PROVE IT BY THIS CHALLENGE OF RIGHT, "YOU" ATTACKED MY PROPERTY AND NOW "YOU" COMPLAIN, DOESN'T ADD UP! METHOD OF PROCESS;**

~ 1 ~

**CLAIM TO STRIKE DOCUMENT CONTRACT #23**
**Copyrighted-Works this Document-Contract-Claims by the Douglas Vern Hulstedt**

*__To All Officers and Employees of the UNITED STATES DISTRICT COURTS; I, a man in the Name of Lord Almighty I accept your Oath(s), bind you to the same and command you do justice. I waive all customary rules of law and other procedural impediments, I am not an attorney nor am I trained in law and I expect my rights to be protected by thee Public-Fiduciaries……..__ "Witnesses";*

*__"CLAIM TO STRIKE"__* *by the Beneficiary having the Right to Claim* *__about Wrongs being Committed by Attorneys/Trustees/Publishers/Copyright-Works-Trespassers/Witnesses__* *and* by accepting the **"Valid"** **"Oath of Office"** of any <u>Public-Fiduciary-Trustee</u> or **"Placeholder-Witness"** concerning these matters for the equal protections of the law with my Adoption of the Bill of Rights for the Due-Processes and by accepting the public record **"Official-Bonds"** or any other **"Insurance-Policies"** that may apply concerning fraud or employee misconduct/dishonesty and by entering and the making of this **CLAIM TO STRIKE DOCUMENT CONTRACT #23** before this Court of Record as the Claimant/Witness/Beneficiary to protect my Beneficial Property Rights against Trespass or **Breach of Fiduciary-Trust, "Dishonest-Services"**, *continuing*, "I", Douglas Vern Hulstedt, *a man* stake this **Claim** for **"Right to Due-Process before Property** *is taken or damaged or slandered or else or done***"**, by the *__knowledge of this__* **CLAIM TO STRIKE DOCUMENT CONTRACT #23** for the **__"Due-Process to be Restored and Compensated for the Damages"__**. **NOTE:** The citation of state and federal statutes, codes, rules, regulations, and court citations, within any document-contract created by me and not copyrighted by me, is only to notice my servants that which is applicable to them and is not intended, nor shall be construed, to mean that I confer, submit to, claim rights to or have entered into any jurisdiction alluded to thereby, by the following *__11.4 Grade-Comprehension-Level per the Flesch-Kincaid this Document-Contract-Claims;__*

~ 2 ~

CLAIM TO STRIKE DOCUMENT CONTRACT #23 ENTERED BY THE
DEFENDANT/TRESPASSER AND VEXATIOUS MOVANT WHO IS UN-
IDENTIFIED, DISHONEST AND REFUSES TO PROTECT RIGHTS
CONTINUING TO PERJURY HIS OATH AGAINST THE UNITED STATES
"EX REL." WHICH HAS CAUSED IRREPAIRABLE DAMAGE TO MY
PROPERTY AND ASSETS, GREG W.(?) CHAMBERS, ATTORNEYS, #237509
CARES NOT ABOUT LAW OR JUSTICE WHILE USING LEGAL
CHICANERY, SEMANTIC-DECEITS ACTING IN CONCERT WITH OTHER
ATTORNEYS, "HIS" OPPOSITION TO MOTION FOR WRIT OF PRAECIPE
JUST SHOWS THE CONTINUATION OF RIGHTS BEING VIOLATED THIS IS
OUTRAGEOUS AND MALICIOUS BEHAVIOR ENCOMPASSING THESE
MATTERS THAT NOT ONE BIT OF DUE-PROCESS WAS PROVIDED TO MY
INTERESTS OF MY 43 YEARS PLUS LIFES WORKS, WHAT EXACTLY IS
THE PROBLEM? PROVIDE YOUR LICENSE AND YOUR OATH OF OFFICE
AND PROVE IT BY THIS CHALLENGE OF RIGHT, "YOU" ATTACKED MY
PROPERTY AND NOW "YOU" COMPLAIN, DOESN'T ADD UP! METHOD
OF PROCESS;

## *NOW AND AGAIN CHALLENGE FOR DUE PROCESS #1*

The un-identified-vexatious-movants, **Greg W.(?) Chambers, Attorneys, # 237509**
*et.al.* continues to conceal his identity, there is no law with "initials" I have a right to
know who is making claims against my interests. I have done an investigation into the
identity of this un-identified individual with no avail as there are at least 20 different
versions in the data bank and I am not able to i.d. "him" especially in the light of his
trespass of my copyrighted material and the cover-up the his co-actors-actions = **James
A.(?) Scharf, Attorneys, # 152171.** *[was tapped out as a 'triple-agent" in case no.
22cv07439 for fraudulent representations "admitted"]* Greg W.(?) Chambers,

~ 3 ~

Attorneys, # 237509 *et.al.* are **DISHONEST** and it matters not that "he" says he is in good standing with the bar, "he" does not have a license period! I accuse of **FRAUDULENT** representations by the **Greg W.(?) Chambers, Attorneys, # 237509** *et.al. = FOREIGN-AGENTS.* The justification is in fact warranted the seriousness of this matter is that "he" and his co-actors refuse due-process against a Doctor with **43 years** plus of his life's works and I'm supposed to [lay down] and do what "he" says, well, I object to that and I claim for an **"appealable written ruling in law and findings of facts"** as to this matter #1. **Greg W.(?) Chambers, Attorneys, # 237509** *et.al. = FOREIGN-AGENTS* are to produce and enter "their licenses to practice law issued by the Secretary of State of California and to produce a "Certified copy of their Oaths of Offices" which in fact will prove "Perjury of Oath" by conspiracy to deprive rights under color of law concerning all matters starting with this original entry claim for right of review whereas the so called "Panoply of Due Process" by the medical board was not provided **not one bit of it**, this is the cover-up caused by **Greg W.(?) Chambers, Attorneys, # 237509** *et.al. = FOREIGN-AGENTS.* **Greg W.(?) Chambers, Attorneys, # 237509** *et.al* has some kind of nerve to call me "vexatious" *(a standard response from attorneys when they have been caught for FRAUD).* I claim "Disbarment" that will satisfy along with damages for 30k for copyright-trespass. Additionally this Claimant/Witness/Beneficiary seeks a referral to the Department of Justice for "Perjury of Oath" for "his" continued vexatious movements and fraudulent representations while being a defendant/trespasser *see* 18 U.S.C. § 3332 crimes against The United States *et.al., EX.REL. to be reviewed with an eye. [btw the military is already eyeballing it]* **Greg W.(?) Chambers, Attorneys, # 237509** *et.al. = FOREIGN-AGENTS continue to show a pattern which I believe looks like TREASON by attempts to overthrow The United States Government by not providing due-process = 1ˢᵗ , 4ᵗʰ , 5ᵗʰ, 6ᵗʰ , 14ᵗʰ et.al .* **ORDER FOR STRIKE DOCUMENT #23; *SEE NOTICE OF EVIDENCE OF CLAIM DOCUMENT 12 ENTRY STATEMENT OF THE CLAIM. ["No evidence of***

~ 4 ~

*such a claim has been presented" page 4 line 26 made by the foreign-agent Chambers another misdirection of course as his job is on the line for unethical behaviors];*

# NOW AND AGAIN CHALLENGE FOR DUE PROCESS #2
## JUSTIFICATION RECITAL

1. On October 4, 2022 Plaintiff's Claim and ORDER to Go to Small Claims Court by the Case Number: 22SC018927 in the Superior Court of California, County of Alameda against **Thomas Ostly**, The **"State of California"** *as Guarantor and* The **"United States"** *as Guarantor* for Perjury of Oath *et.al. (witnesses et.al. have knowledge of this);*

2. On the November 23, 2022 *by his own hands* **JAMES A.(?) SCHARF** removed the Small Claims Case to Federal Court **NOTICE OF REMOVAL OF CIVIL ACTION** by the Case Number 22CV07439-TSH claiming to be the Attorneys for Defendant **"United States of America"**, Attorneys for Defendant **"United States"**, Attorneys for Defendant USA appearing to be some sort of "Triple-Agent"/Foreign-Agent? **JAMES A.(?) SCHARF refuses to identify his standing after being duly challenged in the record multiple times in** Case Number 22CV07439-TSH, HSG *(causing a subject-matter-jurisdiction-controversy);*

3. **James A.(?) Scharf, Attorneys# 152171 refuses to enter his Oath of Office into the record to provide due-process of the law, James A.(?) Scharf, Attorneys# 152171 is aiding and abetting the extortion scheme against my beneficial interests;**

   (a) **James A.(?) Scharf, Attorneys# 152171 will not provide his middle name by lawful government identification as there are no initials in law;**
   (b) **James A.(?) Scharf, Attorneys# 152171 does not have an Oath of Office to The "United States of America";**

~ 5 ~

(c) James A.(?) Scharf, Attorneys# 152171 does not have a valid Oath of Office as mandated by the <u>Article 6/Title 4 U.S.C. §101</u> Constitutional Oath of Office;

(d) James A.(?) Scharf, Attorneys# 152171 is imposing a Judicial Officer in a simulated- legal-process;

(e) James A.(?) Scharf, Attorneys# 152171 has not made a proper appearance in Case Number 22CV07439-TSH, HSG, F.R.C.P. 11B *(causing a subject-matter-jurisdiction-controversy);*

(f) James A.(?) Scharf, Attorneys# 152171 has not filed his registration as a foreign-agent;

(g) James A.(?) Scharf, Attorneys# 152171 removal is fraudulent *ab initio;*

(h) James A.(?) Scharf, Attorneys# 152171 is unethical and refuses to protect my rights;

(i) James A.(?) Scharf, Attorneys# 152171 *if he* provides a valid Oath of Office it will prove without doubt that he has Perjured his Oath of Office, *if valid if he has one?*

(j) James A.(?) Scharf, Attorneys# 152171 is supposedly a well-trained "Attorney" who's product-works by his writings and his deliveries through the mail service making him liable for his "Strict-Product-Liability" his product-works;

(k) James A.(?) Scharf, Attorneys# 152171 either works in concert with the government or he acts outside the scope of his authority as a privateer;

I claim for an <u>**"appealable written ruling in law and findings of facts"**</u> as to this matter #2, <u>**EXHIBIT 1 = VARIATIONS OF IDENTITES AND AUTHORITIES**</u>

**ALL RIGHTS RESERVED WAIVE-NONE;**
*<u>RESERVATION FOR ALL WRITS;</u>*
*"<u>FOR RESTRAINT OF LIBERTIES</u>";*
*and Wishing for Honest-Attorney-Re-Presentations;*

~ 6 ~

**CLAIM TO STRIKE DOCUMENT CONTRACT #23**
**Copyrighted-Works this Document-Contract-Claims by the Douglas Vern Hulstedt**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



:Flag: Title: ~4, Section: ~1-3

Verified by: **_Douglas Vern Hulstedt_**
The United States of America
Claimant/Witness/Injured
Beneficiary-Claimant *for*
DOUGLAS VERN HULSTED, M.D.
**CORPORATION #3260008/A42397,**
**"Copyright-Claimant".**

~ 7 ~

**CLAIM TO STRIKE DOCUMENT CONTRACT #23**
**Copyrighted-Works this Document-Contract-Claims by the Douglas Vern Hulstedt**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 1

~ 8 ~

**CLAIM TO STRIKE DOCUMENT CONTRACT #23**
**Copyrighted-Works this Document-Contract-Claims by the Douglas Vern Hulstedt**

***** Our Actual Sovereign Government *****

"The united States of America"

Created by the agreement known as: "The Unanimous Declaration of Independence of the united States of America" 04 July 1776.
These "States" were the original geographically defined "estates" formed by the United Colonies.
They are guaranteed a "republican form of government". Together, they formed -- a Union, a Federation, and a Confederation:

| "The United States" | + | "The United States of America" | > | "The States of America" |
|---|---|---|---|---|
| Union of States | | Federation of States | | Confederation of States of States |
| 09 September 1776 | | 07 September 1776 | | 01 March 1781 |
| Holds the **National Soil Jurisdiction** | | Holds the **International Jurisdictions** | | **Global Jurisdiction** Business for the States |
| States: Virginia, Maine, New York.... | | States: Virginia, Maine, New York.... | | The State of Virginia, The State of Maine.... |
| State Nationals (people) -- Private Persons | | State Citizens (People) - Lawful Persons | | Legal Persons of State |
| County Courts | | State Courts | | The State of _____ Courts (Missing) |
| Local Common Law | | American State Common Law | | International Mercantile Law |

------------- With the Flowchart of Authority, The Above is Separate From Below -------------

***** The Federal (Subcontractor) Government *****

19 Enumerated Powers of our Sovereign Government were delegated to three (3) Service Companies below.
Together, they formed the three branches of the Federal Government -- a Federal, a Territorial, and a Municipal:

| Federal Government (American) | > | Territorial Government (British) | > | Municipal Government (Papist) |
|---|---|---|---|---|
| dba: "**the**" **States of America** 1787 | | dba: "**the**" **United States of America** 1789 | | dba: "**the**" **United States** 1790 |
| Republic | | Democracy | | Plenary Oligarchy |
| **Part of International Land and Sea Jurisdictions** | | **Part of International Sea Jurisdiction** | | **Part of Global Air (Commerce) Jurisdiction** |
| The Constitution **for the** united States of America | | The Constitution **of the** United States of America | | The Constitution **of the** United States |
| "**the**" Georgia State, "**the**" Maine State.... | | "**the**" State of Georgia, "**the**" State of Maine.... | | "**the**" STATE OF GEORGIA, "**the**" STATE OF.... |
| Legal Persons - United States Citizens | | Legal Persons -- U.S. Citizens | | Legal PERSONS -- "citizens of the United States" |
| "**Vacant**" Offices periodically filled by "**Representatives**" | | Federal Military and Dependents | | Federal Civil Service and Dependents |
| | | | | |
| This portion of "Federal" Government | | Part of Navy, Tariffs, and Trade Policies | | Washington, DC, Municipal Government |
| has been "missing" since 1860 | | Northern mercenaries in the Civil War | | Southern mercenaries in the Civil War |
| | | | | |
| United States Statutes-at-Large and Organic Law | | Federal Code and Statutory Law | | Municipal Law and Uniform Commercial Code |
| Published upon the **Congressional Record** | | Published upon the **Federal Register** | | Published as **Municipal Code and UCC** |
| (International Land and Mercantile Law) | | (Admiralty and Equity Law) | | (Roman Civil and UCC COMMERCIAL Law) |
| Postal District Court | | First Judicial District Court | | UNITED STATES DISTRICT COURT |

# **METHOD OF PROCESS/WITNESSES**

In the California state, on the Monterey county. I, the undersigned, herein declare that I am over the age of eighteen years and **NOT** a *Claimant [yet] but am Witnessing /Deliveries* to the within entitled *"Claims et.al."* My business address is:

1180 forest are #B Pacific Grove California 93950

I, hereby declare under the penalty of perjury of the California Republic and The United States of America that I served the foregoing document as entitled: on the party(s) by mailing with the Post-Office maintained by the United States, Postal Service with postage paid, titled and addressed as follows *and or* by the file stamp/banking-postmasters: **CLAIM TO STRIKE DOCUMENT CONTRACT #23 ENTERED BY THE DEFENDANT/TRESPASSER AND VEXATIOUS MOVANT WHO IS UN-IDENTIFIED, DISHONEST AND REFUSES TO PROTECT RIGHTS CONTINUING TO PERJURY HIS OATH AGAINST THE UNITED STATES "EX REL." WHICH HAS CAUSED IRREPAIRABLE DAMAGE TO MY PROPERTY AND ASSETS, GREG W.(?) CHAMBERS, ATTORNEYS, #237509 CARES NOT ABOUT LAW OR JUSTICE WHILE USING LEGAL CHICANERY, SEMANTIC-DECEITS ACTING IN CONCERT WITH OTHER ATTORNEYS, "HIS" OPPOSITION TO MOTION FOR WRIT OF PRAECIPE JUST SHOWS THE CONTINUATION OF RIGHTS BEING VIOLATED THIS IS OUTRAGEOUS AND MALICIOUS BEHAVIOR ENCOMPASSING THESE MATTERS THAT NOT ONE BIT OF DUE-PROCESS WAS PROVIDED TO MY INTERESTS OF MY 43 YEARS PLUS LIFES WORKS, WHAT EXACTLY IS THE PROBLEM? PROVIDE YOUR LICENSE AND YOUR OATH OF OFFICE AND PROVE IT BY THIS CHALLENGE OF RIGHT, "YOU" ATTACKED MY PROPERTY AND NOW "YOU" COMPLAIN, DOESN'T ADD UP! METHOD OF PROCESS;**

**Robert Andres Bonta, Attorneys, #202668,**
**"DEFENDANTS"** *et.al;*
455 Golden Gate Avenues, Suite 11000
San Francisco, California 94102
By-Certified-Mail #
7022 0410 0003 2755 1036

~ 9 ~

**CLAIM TO STRIKE DOCUMENT CONTRACT #23**
**Copyrighted-Works this Document-Contract-Claims by the Douglas Vern Hulstedt**

**Laurie Rose Lubiano, Attorneys #256695,**
**"DEFENDANTS"** *et.al;*
2005 Evergreen Street, Suite 1200
Sacramento, California 95815
By-Certified-Mail #
7022 0410 0008 2755 1043 ;


**Greg W. (?) Chambers, Attorneys #237509**
**"DEFENDANTS"** *et.al;*
455 Golden Gate Avenues, Suite 11000
San Francisco, California 94102
By-Certified-Mail #
7022 0410 0008 2755 1050 ;


**STATE BAR OF CALIFORNIA** *[CHARTER]*
**"DEFENDANTS"** *et.al;*
*c/o __Fiduciary-Officer-"in"-Charge__*
180 Howard Street
San Francisco, California 94105
By-Certified-Mail #
7022 0410 0008 2755 1067 ;


**U.S. DEPARTMENT OF JUSTICE**
**c/o Fiduciary Officer in Charge**
**950 Pennsylvania Avenue, N.W.**
**Washington D.C. 20530**
By-Certified-Mail #
7022 0410 0008 2755 1074 ;


*CC:* Military-Post-Office; *Office of the Counsel.*


~ 10 ~

**CLAIM TO STRIKE DOCUMENT CONTRACT #23**
**Copyrighted-Works this Document-Contract-Claims by the Douglas Vern Hulstedt**

1

2

3

4  I declare under the penalty of perjury of the Laws of the California Republic and The

   United States of America that the foregoing is correct and complete to the best of my

5  knowledge, information and belief, and that this bill of process is executed by the

6  voluntary act of my own hand on Monterey county and is dated below;

7

8

9  Date: June 5, 2023                              By: _____

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

~ 11 ~

**CLAIM TO STRIKE DOCUMENT CONTRACT #23**
**Copyrighted-Works this Document-Contract-Claims by the Douglas Vern Hulstedt**