**Douglas Vern Hulstedt**
% 2511 Garden Road, Building - C # 100
Monterey, California 93940
Tel: (831) 899-5900
*Claimant/Witness/Beneficiary and*
*Wishing for an "Honest-Attorney"*



FILED
JUN 05 2023
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Douglas Vern Hulstedt** <br> *Claimant/Witness/Beneficiary;* <br> *Adversely Affected and Aggrieved* <br><br> Vs. <br><br> **Robert Andres Bonta, Attorneys, #202668, Laurie Rose Lubiano, Attorneys #152171, STATE BAR OF CALIFORNIA *[CHARTER]* =** *Insurance-Guarantors by the Bar # Policies,* <br> *Defendants et.al;* <br><br> Does/Roes 1-25; <br><br> **Greg W.(?) Chambers,** <br> **Attorneys, #237509** <br> *Defendant/Trespasser* <br> *Doe #1 et.al;* | :Case No: 23CV02003; <br><br> **OBJECTION** <br> DOCUMENT #15 ENTERED BY THE DEFENDANT/COPYRIGHT-TRESPASSER GREG W. (?) CHAMBERS, ATTORNEYS, # 237509 WRIT FOR HABEAS CORPUS NEVER ANSWERED BY DEFAULT IN CASE NO. 22CV07439-HSG FOR "RESTRAINT OF LIBERTIES", NOTHING WAS EVER CLAIMED ABOUT "BODY" OR "INCARCERATION" BUT THE FACT IS THAT PROPERTY WAS TAKEN WITHOUT DUE-PROCESS ADMITTEDLY BY DEFENDANTS, DEFENDANTS ALSO REFUSE TO PROVE AGENCY PURPORTING TO ACT WITH AUTHORITY FOR MANY DIFFERENT JURISDICTIONS AFTER BEING DULY CHALLENGED OF THE SUBJECT-MATTER-JUSTIFICATIONS BY SAID WRIT, ORDER FOR APPEALABLE WRITTEN RULING AND FINDINGS OF FACT, <br><br> EXHIBITS 1, 2, <br><br> METHOD OF PROCESS; |

~ 1 ~

**OBJECTION DOCUMENT # 15, RE: WRIT FOR HABEAS CORPUS**
**Copyrighted-Works this Document-Contract-Claims by the Douglas Vern Hulstedt**

*<u>To All Officers and Employees of the UNITED STATES DISTRICT COURTS; I, a man in the Name of Lord Almighty I accept your Oath(s), bind you to the same and command you do justice. I waive all customary rules of law and other procedural impediments, I am not an attorney nor am I trained in law and I expect my rights to be protected by thee Public-Fiduciaries........"Witnesses";</u>*

**OBJECTION DOCUMENT# 15** *by the Beneficiary having the Right to Claim about Wrongs being Committed by Attorneys/Trustees/Publishers/Copyright-Works-Trespassers/Witnesses* and by accepting the "**Valid**" "**Oath of Office**" of any Public-Fiduciary-Trustee or "**Placeholder-Witness**" concerning these matters for the equal protections of the law with my Adoption of the Bill of Rights for the Due-Processes and by accepting the public record **"Official-Bonds"** or any other **"Insurance-Policies"** that may apply concerning fraud or employee misconduct/dishonesty and by entering and the making of this **OBJECTION DOCUMENT # 15, RE: WRIT FOR HABEAS CORPUS** before this Court of Record by the Article III Venue as the Claimant/Witness/Beneficiary to protect my Beneficial Property Rights against Trespass or **Breach of Fiduciary-Trust, "Dishonest-Services"**, *continuing*, "I", Douglas Vern Hulstedt, *a man* stake this **Claim** for **"Right to Due-Process before Property** *is taken or damaged or slandered or else or done"*, by the *knowledge of this* **OBJECTION DOCUMENT # 15, RE: WRIT FOR HABEAS CORPUS** for the **"Due-Process to be Restored and Compensated for the Damages"**. **NOTE:** The citation of state and federal statutes, codes, rules, regulations, and court citations, within any document-contract created by me and not copyrighted by me, is only to notice my servants that which is applicable to them and is not intended, nor shall be construed, to mean that I confer, submit to, claim rights to or have entered into any jurisdiction alluded to thereby, by the following *11.3 Grade-Comprehension-Level per*

~ 2 ~

*the Flesch-Kincaid this Document-Contract-Claims*; OBJECTION DOCUMENT #15 ENTERED BY THE DEFENDANT/ COPYRIGHT-TRESPASSER GREG W. (?) CHAMBERS, ATTORNEYS, # 237509 WRIT FOR HABEAS CORPUS NEVER ANSWERED BY DEFAULT IN CASE NO. 22CV07439-HSG FOR "RESTRAINT OF LIBERTIES", NOTHING WAS EVER CLAIMED ABOUT "BODY" OR "INCARCERATION" BUT THE FACT IS THAT PROPERTY WAS TAKEN WITHOUT DUE-PROCESS ADMITTEDLY BY DEFENDANTS, DEFENDANTS ALSO REFUSE TO PROVE AGENCY PURPORTING TO ACT WITH AUTHORITY FOR MANY DIFFERENT JURISDICTIONS AFTER BEING DULY CHALLENGED OF THE SUBJECT-MATTER-JUSTIFICATIONS BY SAID WRIT, ORDER FOR APPEALABLE WRITTEN RULING AND FINDINGS OF FACT, EXHIBITS 1, 2, METHOD OF PROCESS;

**ALL RIGHTS RESERVED WAIVE-NONE;**
*RESERVATION FOR ALL WRITS;*
*"FOR RESTRAINT OF LIBERTIES";*
*and Wishing for Honest-Attorney-Re-Presentations;*


:Flag: Title – 4, Sections, 1-3:

Verified by: *Douglas Vern Hulstedt*
The United States of America
Claimant/Witness/Injured
Beneficiary-Claimant *for*
DOUGLAS VERN HULSTED, M.D.
**CORPORATION #3260008/A42397,**
"Copyright-Claimant".

~ 3 ~

**OBJECTION DOCUMENT # 15, RE: WRIT FOR HABEAS CORPUS**
Copyrighted-Works this Document-Contract-Claims by the Douglas Vern Hulstedt

# EXHIBIT 1

~ 4 ~

**OBJECTION DOCUMENT # 15, RE: WRIT FOR HABEAS CORPUS**
**Copyrighted-Works this Document-Contract-Claims by the Douglas Vern Hulstedt**

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
*A PLACE "WITH MY" TRUST*

### INSURED-CLAIM # RE527008752US
*ACTION "WITH THE" COMMON LAW*

### "Praecipe" for the *HABEAS-CORPUS*

In re: Restraint of Liberties/Property/Rights *caused* by Greg W.(?) Chambers, "Attorneys" #237509 *acting with intent, acting in concert, acting after the fact to intentionally-damage, et.al.,* D.B.A., THE STATE OF CALIFORNIA; DUNS # 071549000 – D.B.A., The "United States" Government; DUNS # 052714196;

**Douglas Vern Hulstedt**, *a living-man/sole-proprietor* who is foreign to and without the UNITED STATES CORPORATION(S)/STATE OF CALIFORNIA = UN-IDENTIFIED-POSITIONS BY REFUSAL OF SUBJECT-MATTER BY "ATTORNEYS" *et.al;*

### *vs.*

Greg W.(?) Chambers, "Attorneys" #237509, *acting as* Unknown-Foreign-Agents/Tortfeasors *as the "Respondents"* who *act* in concert, Court Registry Investment Systems = C.R.I.S., *et.al;*

Lawful Direction Delivered *for the;*
**Judge: Haywood Stirling Gilliam, Jr.**
*as the* Placeholder-Fiduciary-Trustee, *or his Successors;*
*by way of* TRUST-Case Nos. 22CV06688/22CV07439-HSG *et.al;*
*By-The-Registered-Mail #* RF 108 58/ 32/ US

### PRAECIPE TO CLERK OF THE COURT

***NOTICE NOW TO THE CLERK OF THE COURT*** *by the* **Douglas Vern Hulstedt,** *a living-man/sole-proprietor* who is foreign to and without the UNITED STATES CORPORATION(S)/STATE OF CALIFORNIA = UN-IDENTIFIED-POSITIONS BY REFUSAL OF SUBJECT-MATTER BY "ATTORNEYS" *et.al.* and real-party in interest and *being* the beneficial rightful owner of the Trust-Property-Corporation-Assets = **DOUGLAS VERN**

**HULSTEDT, M.D., TRUST** in this *instant-matter-contract*, appearing "specially" under "restricted appearance" *as a hue of a man* exercising my right for Pe-tition by *Postal-Contract-Writings* with the *Formal-Public-Entry* for a **"STAKED-CLAIM"** as a "True-Bill" by this *dock-et-manifest-post*, the general government servants who are paid by "*This Mortgagee*" to provide nineteen enumerated services for "We the People" for redress of grievance **Guaranteed** from the days of the Magna Carta and subsequent **Guarantees** of rights including the Constitution *for* The United States of America (*unincorporated-land/soil-jurisdiction*) a remedy provided by the extraordinary Writ for Habeas Corpus, the Great Writ for Liberty, which is within the collective heritage of the people of The United States of America (*unincorporated-land/soil-jurisdiction*) and England;

1. The history of the Great Writ is encapsulated in the statement that: Every person restrained of his Liberty **under any pretense whatever**, may prosecute a Writ of Habeas Corpus to inquire into the cause of the restraint, and shall be delivered therefrom when found unlawful;

2. The term "Liberty" means Freedom, exemption from extraneous control, the power of the will to follow the dictates of its unrestricted choice, and to direct the external acts of the individual without restrain, coercion, or control from other parties. The term "Liberty" includes and comprehends all personal rights and their enjoyment;

3. The Great Writ can be used for judicial review of administrative processes or judicial processes;

4. The Great Writ can be used as the first action for collateral attack on administrative or judicial processes;

5. The Great Writ is used to determine the nature and cause of restraint by Respondents/Defendants;

6. The Clerk of Court is **noticed** by way of the ancient Writ of Praecipe (*Writ of instruction to the Clerk of Court*) to take notice of the attached Pe-tition for a Writ for Habeas Corpus, Writ of Habeas Corpus and Notice of Hearing originating from Petitioner;

7. The Clerk of Court is **noticed** to serve the Writ for Habeas Corpus on the Respondents/Defendants by whatever means is provided by the practices of the court, **without delay. Clerk of the Court as a Co-Postmaster of this Contract;**

8. Petitioner/Witness/Beneficiary/Claimant **notices** the Clerk of Court that no Public Official is liable for civil action for obeying a Writ for Habeas Corpus or order of discharge made thereon;

9. Petitioner/Witness/Beneficiary/Claimant **notices** the Clerk of Court of Article 1 sec 9 of the Constitution *for* The United States of America. [**Habeas-Corpus**] The privilege of the Writ of Habeas Corpus shall not be suspended, unless, in case of rebellion or invasion, the public safety requires it;

10. Petitioner/Witness/Beneficiary/Claimant has no knowledge of rebellion or invasion in The United States of America, and this Writ for Habeas Corpus poses no threat to the public;

11. Petitioner/Witness/Beneficiary/Claimant has no other plain, speedy or adequate remedy in law;

12. Petitioner/Witness/Beneficiary/Claimant **notices** the Clerk of Court by way of the ancient Writ of Praecipe to take special notice that Petitioner/Witness/Beneficiary/Claimant's Pe-tition for a Writ for Habeas Corpus makes the Clerk of Court knowledgeable of the wrongs mentioned in 42 USC 1985 and unless it can be shown in writing by the Clerk of Court that the conditions exist as prescribed by the Constitution *for* The United States of America, that is, that due to a national or state rebellion or invasion the Great Writ, Writ for Habeas Corpus, has been suspended, it is the duty and obligation of the Clerk of Court the **issue and deliver the attached Writ for Habeas Corpus without delay.** Failure to do so would create a dishonor of presentments of this Petitioner/Witness/Beneficiary/Claimant to the Court for the right of petition for redress of grievance, a denial of due-process giving rise to a Federal-Question. Failure to do so would establish the Clerk of Court in Non-Feasance of Office in Fact, and would be a Tort against **Douglas Vern Hulstedt**, *a living-man/sole-proprietor;*

**Verified by:**     ***Douglas Vern Hulstedt***
The United States of America
Claimant/Witness/Injured
Beneficiary-Agent *for*
DOUGLAS VERN HULSTEDT, M.D
Author/Publisher
*Mortgagee/Payee*

# EXHIBIT 2

~ 5 ~

**OBJECTION DOCUMENT # 15, RE: WRIT FOR HABEAS CORPUS**
**Copyrighted-Works this Document-Contract-Claims by the Douglas Vern Hulstedt**

***** Our Actual Sovereign Government *****
"The united States of America"

Created by the agreement known as: "The Unanimous Declaration of Independence of the united States of America" 04 July 1776.
These "States" were the original geographically defined "estates" formed by the United Colonies.
They are guaranteed a "republican form of government". Together, they formed – a Union, a Federation, and a Confederation:

| "The United States" | + | "The United States of America" | > | "The States of America" |
|---|---|---|---|---|
| Union of States | | Federation of States | | Confederation of States of States |
| 09 September 1776 | | 07 September 1776 | | 01 March 1781 |
| Holds the **National Soil Jurisdiction** | | Holds the **International Jurisdictions** | | **Global Jurisdiction** Business for the States |
| States: Virginia, Maine, New York…. | | States: Virginia, Maine, New York…. | | The State of Virginia, The State of Maine…. |
| State Nationals (people) – Private Persons | | State Citizens (People) - Lawful Persons | | Legal Persons of State |
| County Courts | | State Courts | | The State of _____ Courts (Missing) |
| Local Common Law | | American State Common Law | | International Mercantile Law |

――――――――― With the Flowchart of Authority, The Above is Separate From Below ―――――――――

***** The Federal (Subcontractor) Government *****

19 Enumerated Powers of our Sovereign Government were delegated to three (3) Service Companies below.
Together, they formed the three branches of the Federal Government – a Federal, a Territorial, and a Municipal:

| Federal Government (American) | > | Territorial Government (British) | > | Municipal Government (Papist) |
|---|---|---|---|---|
| dba: "**the**" **States of America** 1787 | | dba: "**the**" **United States of America** 1789 | | dba: "**the**" **United States** 1790 |
| Republic | | Democracy | | Plenary Oligarchy |
| Part of International Land and Sea Jurisdictions | | Part of International Sea Jurisdiction | | Part of Global Air (Commerce) Jurisdiction |
| The Constitution for the united States of America | | The Constitution of the United States of America | | The Constitution of the United States |
| "the" Georgia State, "the" Maine State…. | | "the" State of Georgia, "the" State of Maine….. | | "the" STATE OF GEORGIA, "the" STATE OF….. |
| Legal Persons - United States Citizens | | Legal Persons – U.S. Citizens | | Legal PERSONS – "citizens of the United States" |
| "Vacant" Offices periodically filled by "Representatives" | | Federal Military and Dependents | | Federal Civil Service and Dependents |
| | | | | |
| This portion of "Federal" Government | | Part of Navy, Tariffs, and Trade Policies | | Washington, DC, Municipal Government |
| has been "missing" since 1860 | | Northern mercenaries in the Civil War | | Southern mercenaries in the Civil War |
| | | | | |
| United States Statutes-at-Large and Organic Law | | Federal Code and Statutory Law | | Municipal Law and Uniform Commercial Code |
| Published upon the **Congressional Record** | | Published upon the **Federal Register** | | Published as **Municipal Code** and **UCC** |
| (International Land and Mercantile Law) | | (Admiralty and Equity Law) | | (Roman Civil and UCC COMMERCIAL Law) |
| Postal District Court | | First Judicial District Court | | UNITED STATES DISTRICT COURT |

# **METHOD OF PROCESS/WITNESSES**

In the California state, on the Monterey county. I, the undersigned, herein declare that I am over the age of eighteen years and **NOT** a *Claimant [yet] but am Witnessing /Deliveries* to the within entitled *"Claims et.al."* My business address is:

*1180 Forest Avenue #B Pacific Grove California 93950*

I, hereby declare under the penalty of perjury of the California Republic and The United States of America that I served the foregoing document as entitled: on the party(s) by mailing with the Post-Office maintained by the United States, Postal Service with postage paid, titled and addressed as follows *and or* by the file stamp/banking-postmasters: **OBJECTION DOCUMENT #15 ENTERED BY THE DEFENDANT/ COPYRIGHT-TRESPASSER GREG W. (?) CHAMBERS, ATTORNEYS, # 237509 WRIT FOR HABEAS CORPUS NEVER ANSWERED BY DEFAULT IN CASE NO. 22CV07439-HSG FOR "RESTRAINT OF LIBERTIES", NOTHING WAS EVER CLAIMED ABOUT "BODY" OR "INCARCERATION" BUT THE FACT IS THAT PROPERTY WAS TAKEN WITHOUT DUE-PROCESS ADMITTEDLY BY DEFENDANTS, DEFENDANTS ALSO REFUSE TO PROVE AGENCY PURPORTING TO ACT WITH AUTHORITY FOR MANY DIFFERENT JURISDICTIONS AFTER BEING DULY CHALLENGED OF THE SUBJECT-MATTER-JUSTIFICATIONS BY SAID WRIT, ORDER FOR APPEALABLE WRITTEN RULING AND FINDINGS OF FACT, EXHIBITS 1, 2, METHOD OF PROCESS;**

> Robert Andres Bonta, Attorneys, #202668,
> **"DEFENDANTS"** *et.al;*
> 455 Golden Gate Avenues, Suite 11000
> San Francisco, California 94102
> By-Certified-Mail #
> *7022 0410 0003 2715 1128* ;

~ 6 ~

**OBJECTION DOCUMENT # 15, RE: WRIT FOR HABEAS CORPUS**
Copyrighted-Works this Document-Contract-Claims by the Douglas Vern Hulstedt

Laurie Rose Lubiano, Attorneys #256695,
"DEFENDANTS" *et.al;*
2005 Evergreen Street, Suite 1200
Sacramento, California 95815
By-Certified-Mail #
7022 0410 0003 2755 1185    ;


Greg W. (?) Chambers, Attorneys #237509
"DEFENDANTS" *et.al;*
455 Golden Gate Avenues, Suite 11000
San Francisco, California 94102
By-Certified-Mail #
7022 0410 0003 2755 1142    ;


**STATE BAR OF CALIFORNIA *[CHARTER]***
"DEFENDANTS" *et.al;*
c/o *Fiduciary-Officer-"in"-Charge*
180 Howard Street
San Francisco, California 94105
By-Certified-Mail #
7022 0410 0003 2755 1159;


*CC:* Military-Post-Office; *Office of the Counsel.*

I declare under the penalty of perjury of the Laws of the California Republic and The United States of America that the foregoing is correct and complete to the best of my knowledge, information and belief, and that this bill of process is executed by the voluntary act of my own hand on Monterey county and is dated below;

Date: June 5, 2023                          By: [signature] Gloria Chavez

~7~

**OBJECTION DOCUMENT # 15, RE: WRIT FOR HABEAS CORPUS**
Copyrighted-Works this Document-Contract-Claims by the Douglas Vern Hulstedt