Douglas Vern Hulstedt
℅ 2511 Garden Road, Building - C # 100
Monterey, California 93940
Tel: (831) 899-5900
*Claimant/Witness/Beneficiary and*
*Wishing for an "Honest-Attorney"*



## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Douglas Vern Hulstedt** <br><br> *Claimant/Witness/Beneficiary;* <br> *Adversely Affected and Aggrieved* <br><br> Vs. <br><br> **Robert Andres Bonta, Attorneys, #202668, Laurie Rose Lubiano, Attorneys #152171, STATE BAR OF CALIFORNIA [CHARTER] =** *Insurance-Guarantors by the Bar # Policies,* <br> *Defendants et.al;* <br><br> Does/Roes 1-25; <br><br>―――――――――――― <br> **Greg W.(?) Chambers, Attorneys, #237509** <br> *Defendant/Trespasser* <br> *Doe #1 et.al;* | :Case No: 23CV02003; <br><br> **JUDICIAL NOTICE FOR RULING RESPONSE** <br><br> RE: THE TERM "VEXATIOUS LITIGANT" ENTERED BY THE DEFENDANT/TRESPASSER GREG W. (?) CHAMBERS, ATTORNEYS, # 237509 IS UNFOUNDED AND I OBJECT TO THAT "LABEL" AND DOCUMENT #23 AS THERE IS NO SUCH RULE IN THE FEDERAL RULES OF CIVIL PROCEDURES NOR CAN I FIND IT IN THE LOCAL RULES, EVEN SO IF IT WAS IT WOULD BE UNCONSTITUIONAL, AN "ORDER" AS TO THIS MATTER IS TO BE APPEALABLE BY THE WRITTEN RULING AND FINDINGS OF FACT FOR THE "DUE-PROCESS" WHICH CONTINUES TO BE VIOLATED AGAINST A NON-ATTORNEY, <br><br> EXHIBIT 1, <br><br> METHOD OF PROCESS; |

~ 1 ~

*<u>To All Officers and Employees of the UNITED STATES DISTRICT COURTS; I, a man in the Name of Lord Almighty I accept your Oath(s), bind you to the same and command you do justice. I waive all customary rules of law and other procedural impediments, I am not an attorney nor am I trained in law and I expect my rights to be protected by thee Public-Fiduciaries……..."Witnesses";</u>*

## **<u>JUDICIAL NOTICE FOR RULING RESPONSE</u>** by the

*<u>Beneficiary having the Right to Claim about Wrongs being Committed by Attorneys/Trustees/Publishers/Copyright-Works-Trespassers/Witnesses</u>* and by accepting the "**Valid**" "**Oath of Office**" of any <u>Public-Fiduciary-Trustee</u> or "**Placeholder-Witness**" concerning these matters for the equal protections of the law with my Adoption of the Bill of Rights for the Due-Processes and by accepting the public record "**Official-Bonds**" or any other "**Insurance-Policies**" that may apply concerning fraud or employee misconduct/dishonesty and by entering and the making of this **<u>THE TERM "VEXATIOUS LITIGANT"</u>** before this Court of Record by the Article III Venue as the Claimant/Witness/Beneficiary to protect my Beneficial Property Rights against Trespass or **<u>Breach of Fiduciary-Trust</u>, "Dishonest-Services"**, *continuing*, "I", Douglas Vern Hulstedt, *a man* stake this **Claim** for "**<u>Right to Due-Process before Property</u>** *<u>is taken or damaged or slandered or else or done</u>*", by the *knowledge of this* **THE TERM "VEXATIOUS LITIGANT"** for the "**<u>Due-Process to be Restored and Compensated for the Damages</u>**". **NOTE:** The citation of state and federal statutes, codes, rules, regulations, and court citations, within any document-contract created by me and not copyrighted by me, is only to notice my servants that which is applicable to them and is not intended, nor shall be construed, to mean that I confer, submit to, claim rights to or have entered into any jurisdiction alluded thereby,

~ 2 ~

**JUDICIAL NOTICE THE TERM "VEXATIOUS LITIGANT" RULING RESPONSE**
**Copyrighted-Works this Document-Contract-Claims by the Douglas Vern Hulstedt**

by the following *11.1 Grade-Comprehension-Level per the Flesch-Kincaid this Document-Contract-Claims;*

JUDICIAL NOTICE FOR RULING RESPONSE RE: THE TERM "VEXATIOUS LITIGANT" ENTERED BY THE DEFENDANT/TRESPASSER GREG W. (?) CHAMBERS, ATTORNEYS, # 237509 IS UNFOUNDED AND I OBJECT TO THAT "LABEL" AND DOCUMENT #23 AS THERE IS NO SUCH RULE IN THE FEDERAL RULES OF CIVIL PROCEDURES NOR CAN I FIND IT IN THE LOCAL RULES, EVEN SO IF IT WAS IT WOULD BE UNCONSTITUIONAL, AN "ORDER" AS TO THIS MATTER IS TO BE APPEALABLE BY THE WRITTEN RULING AND FINDINGS OF FACT FOR THE "DUE-PROCESS" WHICH CONTINUES TO BE VIOLATED AGAINST A NON-ATTORNEY, EXHIBIT 1, METHOD OF PROCESS;

ALL RIGHTS RESERVED WAIVE-NONE;
*RESERVATION FOR ALL WRITS;*
*"FOR RESTRAINT OF LIBERTIES";*
*and Wishing for Honest-Attorney-Re-Presentations;*


:Flag:Title ~ 4, Sections, 1-3:

Verified by: **Douglas Vern Hulstedt**
The United States of America
Claimant/Witness/Injured
Beneficiary-Claimant *for*
DOUGLAS VERN HULSTED, M.D.
CORPORATION #3260008/A42397,
"Copyright-Claimant".

~ 3 ~

JUDICIAL NOTICE THE TERM "VEXATIOUS LITIGANT" RULING RESPONSE
Copyrighted-Works this Document-Contract-Claims by the Douglas Vern Hulstedt

# EXHIBIT 1

~ 4 ~

**JUDICIAL NOTICE THE TERM "VEXATIOUS LITIGANT" RULING RESPONSE**
**Copyrighted-Works this Document-Contract-Claims by the Douglas Vern Hulstedt**



VEXATIOUS LITIGANT

Manual for Complex **Litigation**, Fourth
(https://www.uscourts.gov/sites/default/files/mcl4.pdf)
https://www.uscourts.gov/sites/default/files/mcl4.pdf
Manual for Complex **Litigation**, Fourth Manual for Complex **Litigation**, Fourth Federal...2004
Cite as Manual for Complex **Litigation**, Fourth, § ____ or ...

FRCP 5(d) pro se access to CM-ECF
(https://www.uscourts.gov/sites/default/files/21-ap-e_suggestion_from_sai.pdf)
https://www.uscourts.gov/sites/default/files/21-ap-e_suggestion_from_sai.pdf
CM/ECF case initiation for pro se **litigants**. e Committee based its denial of...sometimes hostile view of pro se **litigants** as a class. I had considered ...

FRCP 5(d) pro se access to CM-ECF
(https://www.uscourts.gov/sites/default/files/21-bk-i_suggestion_from_sai.pdf)
https://www.uscourts.gov/sites/default/files/21-bk-i_suggestion_from_sai.pdf
CM/ECF case initiation for pro se **litigants**. e Committee based its denial of...sometimes hostile view of pro se **litigants** as a class. I had considered ...

civil_agenda_book_october_2022_final.pdf
(https://www.uscourts.gov/sites/default/files/civil_agenda_book_october_2022_final.
https://www.uscourts.gov/sites/default/files/civil_agenda_book_october_2022_final.pdf
October 12, 2022 8. Multidistrict **Litigation** Subcommittee .....................Courts' Electronic Filing by Pro Se **Litigants** ................. 255 ...

ap2013-10-sup_0.pdf (https://www.uscourts.gov/sites/default/files/ap2013-10-sup_0.pdf)
https://www.uscourts.gov/sites/default/files/ap2013-10-sup_0.pdf
...stay the federal **litigation** pending similar state **litigation**. • See Quackenbush...parties are protected while the **litigation** on the main claim ...

BAPCPA Report - 2021 | United States Courts (https://www.uscourts.gov/statistics-reports/bapcpa-report-2021)

https://www.uscourts.gov/statistics-reports/bapcpa-report-2021
...six other activities related to **litigation** procedures could also be considered...Bankr. P. 9011); and unreasonably or **vexatiously** multiplying ...

FRCP 5(d) pro se access to CM-ECF (https://www.uscourts.gov/sites/default/files/21-cv-j_suggestion_from_sai_-_rule_5d3_0.pdf)
https://www.uscourts.gov/sites/default/files/21-cv-j_suggestion_from_sai_-_rule_5d3...
CM/ECF case initiation for pro se **litigants**. e Committee based its denial of...sometimes hostile view of pro se **litigants** as a class. I had considered ...

2016-04-civil-agenda_book_0.pdf (https://www.uscourts.gov/sites/default/files/2016-04-civil-agenda_book_0.pdf)
https://www.uscourts.gov/sites/default/files/2016-04-civil-agenda_book_0.pdf
............... 367 H. Third Party **Litigation** Financing: Reporter's Memorandum...e-Filing h. 15-CV-KK: Third Party **Litigation** Financing i. 15-CV-LL: Rule ...

cr2015-09_0.pdf (https://www.uscourts.gov/sites/default/files/cr2015-09_0.pdf)
https://www.uscourts.gov/sites/default/files/cr2015-09_0.pdf
Electronic Filing Provisions for Pro Se **Litigants** ...................................late in the process, in back-end **litigation**. This is too great a ...

FRCP 5(d) pro se access to CM-ECF (https://www.uscourts.gov/sites/default/files/21-cr-e_suggestion_from_sai.pdf)
https://www.uscourts.gov/sites/default/files/21-cr-e_suggestion_from_sai.pdf
CM/ECF case initiation for pro se **litigants**. e Committee based its denial of...sometimes hostile view of pro se **litigants** as a class. I had considered ...

appellate_agenda_book_october_2022_final.pdf (https://www.uscourts.gov/sites/default/files/appellate_agenda_book_october_2022_
https://www.uscourts.gov/sites/default/files/appellate_agenda_book_october_2022_fi...
............... 276 B. Third-Party **Litigation** Funding Disclosure (22-AP-C) Tab...21-AP-E Electronic Filing by Pro Se **Litigants** Sai Initial consideration ...

suggestion_from_sai_on_civil_rule_11_and_appellate_rule_25_0.pdf (https://www.uscourts.gov/sites/default/files/suggestion_from_sai_on_civil_rule_11_a
https://www.uscourts.gov/sites/default/files/suggestion_from_sai_on_civil_rule_11_an...
FRAP; FRAP adoption of FRCP 11; and **vexatious**-attorney sanctions Dear Appellate...cases 28 USC 1915(e)(2) subjects poor **litigants** to the sanction of ...

inventory_of_magistrate_judge_duties_0.pdf
(https://www.uscourts.gov/sites/default/files/inventory_of_magistrate_judge_duties_
https://www.uscourts.gov/sites/default/files/inventory_of_magistrate_judge_duties_0....
Circuit: In re Gabapentin Patent **Litigation**, 312 F. Supp. 2d 653 (D.N.J. 2004)...F.3d 601 (2d Cir. 2008) A pro se **litigant** who fails to file timely ...

2022-09_agenda_book_for_bankruptcy_rules_committee_meeting_final_0.pdf
(https://www.uscourts.gov/sites/default/files/2022-
09_agenda_book_for_bankruptcy_rules_committee_meeting_final_0.pdf)
https://www.uscourts.gov/sites/default/files/2022-09_agenda_book_for_bankruptcy_r...
Courts' Electronic Filing by Pro Se **Litigants** (Federal Judicial Center 2022) ....Property, and the Internet Mutual Fund **Litigation** Reform Act H.R. 699 ...

iqbalmemo_112311.pdf
(https://www.uscourts.gov/sites/default/files/iqbalmemo_112311.pdf)
https://www.uscourts.gov/sites/default/files/iqbalmemo_112311.pdf
...re Lehman Bros. Mortg.-Backed Sec. **Litig**., 650 F.3d 167, 2011 WL 1778726 (2d...costs in the context of antitrust **litigation**: "[I]t is one thing to be ...

BAPCPA Report - 2020 | United States Courts (https://www.uscourts.gov/statistics-reports/bapcpa-report-2020)
https://www.uscourts.gov/statistics-reports/bapcpa-report-2020
...six other activities related to **litigation** procedures could also be considered...Bankr. P. 9011); and unreasonably or **vexatiously** multiplying ...

2021-10-07_appellate_rules_agenda_book_0.pdf
(https://www.uscourts.gov/sites/default/files/2021-10-
07_appellate_rules_agenda_book_0.pdf)
https://www.uscourts.gov/sites/default/files/2021-10-07_appellate_rules_agenda_boo...
...195 B. Electronic Filing by Pro Se **Litigants** (21-AP-E) Tab 7D: Reporter's Memo...21-AP-E Electronic Filing by Pro Se **Litigants** Sai Initial ...

cjra_8_0331.2021.pdf
(https://www.uscourts.gov/sites/default/files/data_tables/cjra_8_0331.2021.pdf)
https://www.uscourts.gov/sites/default/files/data_tables/cjra_8_0331.2021.pdf
MOTION for Order DECLARING PLAINTIFF A **VEXATIOU** 08/16/2020 B Opinion/Decision in Draft...Law 1 20-cv-10078 790 Other Labor **Litigation** Fang DeBoever v ...

02-CV-A-Suggestion-Ellis.pdf
(https://www.uscourts.gov/sites/default/files/fr_import/02-CV-A-Suggestion-Ellis.pdf)
https://www.uscourts.gov/sites/default/files/fr_import/02-CV-A-Suggestion-Ellis.pdf
...being a **litigant** who is simply frivolous to being one who is **vexatious**. Her filing...merely duplicative of matters already **litigated**. The Committee ...

Published Ethics Advisory Opinions (Guide, Vol. 2B, Ch. 2)
(https://www.uscourts.gov/sites/default/files/vol02b-ch02.pdf)
https://www.uscourts.gov/sites/default/files/vol02b-ch02.pdf
...viewpoint regularly advanced in **litigation**. Hospitality extended by a law firm...of the proceeding[.] Thus, in any **litigation** in which an insurance ...

Powered by Search.gov

1

Next » (/search?affiliate=uscourts.gov&locale=en&page=2&query=VEXATIOUS+LITIGANT)

# **METHOD OF PROCESS/WITNESSES**

In the California state, on the Monterey county. I, the undersigned, herein declare that I am over the age of eighteen years and **NOT** a *Claimant [yet] but am Witnessing /Deliveries* to the within entitled *"Claims et.al."* My business address is:

1180 Forest Ave #B Pacific Grove California 95950

I, hereby declare under the penalty of perjury of the California Republic and The United States of America that I served the foregoing document as entitled: on the party(s) by mailing with the Post-Office maintained by the United States, Postal Service with postage paid, titled and addressed as follows *and or* by the file stamp/banking-postmasters: **JUDICIAL NOTICE FOR RULING RESPONSE RE: THE TERM "VEXATIOUS LITIGANT" ENTERED BY THE DEFENDANT/TRESPASSER GREG W. (?) CHAMBERS, ATTORNEYS, # 237509 IS UNFOUNDED AND I OBJECT TO THAT "LABEL" AND DOCUMENT #23 AS THERE IS NO SUCH RULE IN THE FEDERAL RULES OF CIVIL PROCEDURES NOR CAN I FIND IT IN THE LOCAL RULES, EVEN SO IF IT WAS IT WOULD BE UNCONSTITUIONAL, AN "ORDER" AS TO THIS MATTER IS TO BE APPEALABLE BY THE WRITTEN RULING AND FINDINGS OF FACT FOR THE "DUE-PROCESS" WHICH CONTINUES TO BE VIOLATED AGAINST A NON-ATTORNEY, EXHIBIT 1, METHOD OF PROCESS;**

**Robert Andres Bonta, Attorneys, #202668,**
**"DEFENDANTS"** *et.al;*
455 Golden Gate Avenues, Suite 11000
San Francisco, California 94102
By-Certified-Mail #
7022 0410 0003 2755 1166    ;

**Laurie Rose Lubiano, Attorneys #256695,**
**"DEFENDANTS"** *et.al;*
2005 Evergreen Street, Suite 1200
Sacramento, California 95815
By-Certified-Mail #
7022 0410 0003 2755 1173    ;

~ 5 ~

**JUDICIAL NOTICE THE TERM "VEXATIOUS LITIGANT" RULING RESPONSE**
**Copyrighted-Works this Document-Contract-Claims by the Douglas Vern Hulstedt**

Greg W. (?) Chambers, Attorneys #237509
*"DEFENDANTS" et.al;*
455 Golden Gate Avenues, Suite 11000
San Francisco, California 94102
By-Certified-Mail #
7022 0410 0003 2755 1180 ;

**STATE BAR OF CALIFORNIA *[CHARTER]***
*"DEFENDANTS" et.al;*
c/o *Fiduciary-Officer-"in"-Charge*
180 Howard Street
San Francisco, California 94105
By-Certified-Mail #
7022 0410 0003 2755 1199 _____ ;

*CC*: Military-Post-Office; *Office of the Counsel.*

I declare under the penalty of perjury of the Laws of the California Republic and The United States of America that the foregoing is correct and complete to the best of my knowledge, information and belief, and that this bill of process is executed by the voluntary act of my own hand on Monterey county and is dated below;

Date: June 5, 2023                                By: _____ Gloria Chavez

~ 6 ~

**JUDICIAL NOTICE THE TERM "VEXATIOUS LITIGANT" RULING RESPONSE**
Copyrighted-Works this Document-Contract-Claims by the Douglas Vern Hulstedt