**FILED**
JUN 12 2023
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  Douglas Vern Hulstedt
2  ℅ 2511 Garden Road, Building - C # 100
   Monterey, California 93940
3  Tel: (831) 899-5900
   *Claimant/Witness/Beneficiary and*
4  *Wishing for an "Honest-Attorney"*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Douglas Vern Hulstedt** | Case No: 23CV02003-JSC |
| *Claimant/Witness/Beneficiary;* *Adversely Affected and Aggrieved* | **[NOTICE-MOTION]** |
| Vs. | LAWFUL DIRECTION IN THE FORM OF A MOTION FOR SUMMARY JUDGEMENT RELYING ON F.R.C.P. 12(C) *OR OTHER* AS DEFENDANTS HAVE REFUSED TO ANSWER AND ARE IN DEFAULT, "PLEADINGS CLOSED" MORE THAN 21 DAYS ELAPSED AFTER DEFENDANTS WERE SERVED, VERIFIED-CLAIMS, DOCUMENT #1 ARE TO BE DEEMED TRUE AND A RULING IN FAVOR OF CLAIMANT/WITNESS /BENEFICIARY IS ORDERED FOR ENTRY, IN THE ALTERNATIVE A WRITTEN APPEALABLE RULING IN LAW AND FINDINGS OF FACTS AS TO WHY THIS IS NOT SO, FOR THE MEETING BY ZOOM JULY, 27, 2023 AT 1:30 P.M. PER CASE MANAGEMENT I.D. #161 366 1817, |
| **Robert Andres Bonta, Attorneys, #202668, Laurie Rose Lubiano, Attorneys #152171, STATE BAR OF CALIFORNIA *[CHARTER]* =** *Insurance-Guarantors by the Bar # Policies,* *Defendants et.al;* | |
| Does/Roes 1-25; | |
| **Greg W.(?) Chambers, Attorneys, #237509** *Defendant/Trespasser* *Doe #1 et.al;* | EXHIBIT 1, NOTICE OF APPEARANCES, METHOD OF PROCESS; |

~ 1 ~

**NOTICE MOTION FOR SUMMARY JUDGEMENT DOCUMENT #1**
**Copyrighted-Works this Document-Contract-Claims by the Douglas Vern Hulstedt**

*To All Officers and Employees of the UNITED STATES DISTRICT COURTS; I, a man in the Name of Lord Almighty I accept your Oath(s), bind you to the same and command you do justice. I waive all customary rules of law and other procedural impediments, I am not an attorney nor am I trained in law and I expect my rights to be protected by thee Public-Fiduciaries……..."Witnesses";*

## NOTICE-MOTION FOR SUMMARY JUDGEMENT by the Beneficiary having the Right to Claim about Wrongs being Committed by Attorneys/Trustees/Publishers/Copyright-Works-Trespassers/Witnesses and by

accepting the "**Valid**" "**Oath of Office**" of any Public-Fiduciary-Trustee or "**Placeholder-Witness**" concerning these matters for the equal protections of the law with my Adoption of the Bill of Rights for the Due-Processes and by accepting the public record **"Official-Bonds"** or any other **"Insurance-Policies"** that may apply concerning fraud or employee misconduct/dishonesty and by entering and the making of this **NOTICE-MOTION FOR SUMMARY JUDGEMENT** before this Court of Record by the Article III Venue as the Claimant/Witness/Beneficiary to protect my Beneficial Property Rights against Trespass or **Breach of Fiduciary-Trust, "Dishonest-Services"**, *continuing*, "I", Douglas Vern Hulstedt, *a man* stake this **Claim** for **"Right to Due-Process before Property** *is taken or damaged or slandered or else or done"*, by the *knowledge of this* **NOTICE-MOTION FOR SUMMARY JUDGEMENT** for the **"Due-Process to be Restored and Compensated for the Damages"**. **NOTE:** The citation of state and federal statutes, codes, rules, regulations, and court citations, within any document-contract created by me and not copyrighted by me, is only to notice my servants that which is applicable to them and is not intended, nor shall be construed, to mean that I confer, submit to, claim rights to or have entered into any jurisdiction alluded to thereby, by the following *11.1 Grade-Comprehension-Level per the Flesch-*

~ 2 ~

1. *Kincaid this Document-Contract-Claims*; NOTICE-MOTION LAWFUL DIRECTION IN THE FORM OF A MOTION FOR SUMMARY JUDGEMENT RELYING ON F.R.C.P. 12(C) *OR OTHER* AS DEFENDANTS HAVE REFUSED TO ANSWER AND ARE IN DEFAULT, "PLEADINGS CLOSED" MORE THAN 21 DAYS ELAPSED AFTER DEFENDANTS WERE SERVED, VERIFIED-CLAIMS, DOCUMENT #1 ARE TO BE DEEMED TRUE AND A RULING IN FAVOR OF CLAIMANT/WITNESS/BENEFICIARY IS ORDERED FOR ENTRY, IN THE ALTERNATIVE A WRITTEN APPEALABLE RULING IN LAW AND FINDINGS OF FACTS AS TO WHY THIS IS NOT SO, FOR THE MEETING BY ZOOM JULY, 27, 2023 AT 1:30 P.M. PER CASE MANAGEMENT I.D. #161 366 1817, EXHIBIT 1, NOTICE OF APPEARANCES, METHOD OF PROCESS;

ALL RIGHTS RESERVED WAIVE-NONE;
*RESERVATION FOR ALL WRITS;*
*"FOR RESTRAINT OF LIBERTIES";*
*and Wishing for Honest-Attorney-Re-Presentations;*



:Flag: Title: ~4, Section: ~1-3

Verified by: ***Douglas Vern Hulstedt***
The United States of America
Claimant/Witness/Injured
Beneficiary-Claimant *for*
DOUGLAS VERN HULSTED, M.D.
CORPORATION #3260008/A42397,
"Copyright-Claimant".

~ 3 ~

# EXHIBIT 1

~ 4 ~

**NOTICE MOTION FOR SUMMARY JUDGEMENT DOCUMENT #1**
**Copyrighted-Works this Document-Contract-Claims by the Douglas Vern Hulstedt**

| | |
|---|---|
| 1 | ROB BONTA |
| | Attorney General of California |
| 2 | GREG W. CHAMBERS |
| | Supervising Deputy Attorney General |
| 3 | State Bar No. 237509 |
| | 455 Golden Gate Avenue, Suite 11000 |
| 4 | San Francisco, CA 94102-7004 |
| | Telephone: (415) 510-3382 |
| 5 | Fax: (415) 703-5480 |
| | E-mail: Greg.Chambers@doj.ca.gov |
| 6 | *Attorneys for Rob Bonta, Attorney General* |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| | DOUGLAS VERN HULSTEDT, | 5:23-cv-02003-NC |
| | Plaintiff, | |
| | v. | **NOTICE OF APPEARANCE** |
| | ROB BONTA, ATTORNEY GENERAL; LAURIE ROSE LUBIANO OF THE MEDICAL BOARD; AND THE CALIFORNIA STATE BAR, | |
| | Defendants. | |

The California Attorney General, counsel for Rob Bonta, Attorney General, hereby files this Notice of Appearance to inform the Court of assigned counsel for Defendant in this proceeding.

///

///

///

///

1

Notice of Appearance (22-cv-06688-HSG)

Respondent hereby notifies the Court that the attorney with principal charge of the case is as follows:

Greg W. Chambers, Supervising Deputy Attorney General
California Department of Justice
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 510-3382
E-mail: Greg.Chambers@doj.ca.gov

Dated: May 4, 2023

Respectfully submitted,

ROB BONTA
Attorney General of California

*Greg W. Chambers*

GREG W. CHAMBERS
Supervising Deputy Attorney General
*Attorneys for Defendant Rob Bonta, Attorney General*

2

| | |
|---|---|
| 1 | ROB BONTA<br>Attorney General of California |
| 2 | GREG W. CHAMBERS<br>Supervising Deputy Attorney General |
| 3 | State Bar No. 237509<br>455 Golden Gate Avenue, Suite 11000 |
| 4 | San Francisco, CA 94102-7004<br>Telephone: (415) 510-3382 |
| 5 | Fax: (415) 703-5480<br>E-mail: Greg.Chambers@doj.ca.gov |
| 6 | *Attorneys for Rob Bonta, Attorney General, and Laurie Rose Lubiano, Medical Board member* |
| 7 | |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| | DOUGLAS VERN HULSTEDT, | 5:23-cv-02003-NC |
| | Plaintiff, | |
| | v. | **NOTICE OF APPEARANCE** |
| | ROB BONTA, ATTORNEY GENERAL; LAURIE ROSE LUBIANO OF THE MEDICAL BOARD; AND THE CALIFORNIA STATE BAR, | |
| | Defendants. | |

The California Attorney General, counsel for Laurie Rose Lubiano, hereby files this Notice of Appearance to inform the Court of assigned counsel for Defendant in this proceeding.

///

///

///

///

///

///

1

1     Respondent hereby notifies the Court that the attorney with principal charge of the case is
2 as follows:

3     Greg W. Chambers, Supervising Deputy Attorney General
    California Department of Justice
4     455 Golden Gate Avenue, Suite 11000
    San Francisco, CA 94102-7004
5     Telephone: (415) 510-3382
    E-mail: Greg.Chambers@doj.ca.gov
6

7 Dated: May 10, 2023                                  Respectfully submitted,

8                                                       ROB BONTA
                                                      Attorney General of California
9

10                                                       */s/ Greg W. Chambers*

11                                                       GREG W. CHAMBERS
                                                      Supervising Deputy Attorney General
12                                                       *Attorneys for Defendant Rob Bonta, Attorney*
                                                      *General, and Laurie Rose Lubiano*
13

# **METHOD OF PROCESS/WITNESSES**

In the California state, on the Monterey county. I, the undersigned, herein declare that I am over the age of eighteen years and **NOT** a *Claimant [yet] but am Witnessing /Deliveries* to the within entitled *"Claims et.al."* My business address is:

1180 Forest Ave Suite 6 Pacific Grove California 93950

I, hereby declare under the penalty of perjury of the California Republic and The United States of America that I served the foregoing document as entitled: on the party(s) by mailing with the Post-Office maintained by the United States, Postal Service with postage paid, titled and addressed as follows *and or* by the file stamp/banking-postmasters: **NOTICE-MOTION LAWFUL DIRECTION IN THE FORM OF A MOTION FOR SUMMARY JUDGEMENT RELYING ON F.R.C.P. 12(C)** *OR OTHER* **AS DEFENDANTS HAVE REFUSED TO ANSWER AND ARE IN DEFAULT, "PLEADINGS CLOSED" MORE THAN 21 DAYS ELAPSED AFTER DEFENDANTS WERE SERVED, VERIFIED-CLAIMS, DOCUMENT #1 ARE TO BE DEEMED TRUE AND A RULING IN FAVOR OF CLAIMANT/WITNESS/BENEFICIARY IS ORDERED FOR ENTRY, IN THE ALTERNATIVE A WRITTEN APPEALABLE RULING IN LAW AND FINDINGS OF FACTS AS TO WHY THIS IS NOT SO, FOR THE MEETING BY ZOOM JULY, 27, 2023 AT 1:30 P.M. PER CASE MANAGEMENT I.D. #161 366 1817, EXHIBIT 1, NOTICE OF APPEARANCES, METHOD OF PROCESS;**

**Robert Andres Bonta, Attorneys, #202668,**
**"DEFENDANTS"** *et.al;*
455 Golden Gate Avenues, Suite 11000
San Francisco, California 94102
By-Certified-Mail #
7022 0410 0001 7450 5718

**Laurie Rose Lubiano, Attorneys #256695,**
**"DEFENDANTS"** *et.al;*
2005 Evergreen Street, Suite 1200
Sacramento, California 95815
By-Certified-Mail #
7022 0410 0001 7450 5725

~ 5 ~

**NOTICE MOTION FOR SUMMARY JUDGEMENT DOCUMENT #1**
**Copyrighted-Works this Document-Contract-Claims by the Douglas Vern Hulstedt**

**Greg W. (?) Chambers, Attorneys #237509**
**"DEFENDANTS"** *et.al;*
455 Golden Gate Avenues, Suite 11000
San Francisco, California 94102
By-Certified-Mail #
7022 0410 0001 7450 5732

**STATE BAR OF CALIFORNIA *[CHARTER]***
**"DEFENDANTS"** *et.al;*
c/o **_Fiduciary-Officer-"in"-Charge_**
180 Howard Street
San Francisco, California 94105
By-Certified-Mail #
7022 0410 0001 7450 5749

## CC: Military-Post-Office; *Office of the Counsel.*

I declare under the penalty of perjury of the Laws of the California Republic and The United States of America that the foregoing is correct and complete to the best of my knowledge, information and belief, and that this bill of process is executed by the voluntary act of my own hand on Monterey county and is dated below;

Date: June 12 2023          By: _____

~ 6 ~

**NOTICE MOTION FOR SUMMARY JUDGEMENT DOCUMENT #1**
Copyrighted-Works this Document-Contract-Claims by the Douglas Vern Hulstedt