IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DOUGLAS VERN HULSTEDT,**<br><br>Plaintiff,<br><br>v.<br><br>**ROB ANDREAS BONTA, LAURIE ROSE LUBIANO, AND THE STATE BAR OF CALIFORNIA,**<br><br>Defendants. | 23-cv-02003-JSC<br><br>**[PROPOSED] ORDER ON MOTION OF DEFENDANTS ROB ANDREAS BONTA AND LAURIE ROSE LUBIANO TO DISMISS COMPLAINT**<br><br>Date:          August 3 2023<br>Time:         10:00 a.m.<br>Courtroom: 8 – 19th Floor<br>Judge:        Hon. Jacqueline Scott Corley<br>Trial Date:  None Set<br>Action Filed: April 25, 2023 |

**[PROPOSED] ORDER**

The Motion of Defendants Rob Bonta, Attorney General of California, and Laurie Rose Lubiano, member of the Medical Board of California, to Dismiss Plaintiff's Complaint pursuant to Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6) came on regularly for hearing before this Court on August 3, 2023, at 10:00 a.m. After considering the moving papers filed in support thereof, the opposition to the Motion, the arguments at the hearing, and all other matters properly presented to the Court, and good cause appearing, the Court rules as follows:

IT IS HEREBY ORDERED that Defendants' Motion to Dismiss is GRANTED in its entirety, with prejudice and without leave to amend.

Dated: _____     _____
                                  Hon. Jacqueline Scott Corley
                                  United States Judge

## DECLARATION OF SERVICE BY CERTIFIED MAIL AND EMAIL

Case Name:     **Hulstedt v. Bonta et al.**

Case No.:      **5:23-cv-02003-JSC**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made.  I am 18 years of age or older and not a party to this matter.  I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service.  In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

On June 23, 2023, I served the attached **[PROPOSED] ORDER ON MOTION OF DEFENDANTS ROB ANDREAS BONTA AND LAURIE ROSE LUBIANO TO DISMISS COMPLAINT** by placing a true copy thereof enclosed in a sealed envelope as certified mail and return receipt requested, in the internal mail collection system at the Office of the Attorney General at 300 South Spring Street, Suite 1702, Los Angeles, CA  90013-1230. In addition, I served the attached **[PROPOSED] ORDER ON MOTION OF DEFENDANTS ROB ANDREAS BONTA AND LAURIE ROSE LUBIANO TO DISMISS COMPLAINT** by transmitting a true copy via electronic mail, addressed as follows:

**Douglas Vern Hulstedt, M.D.**
2511 Garden Road, Building -C#100
Monterey, CA 93940
Email: doughulstedt314@gmail.com

I declare under penalty of perjury under the law of the State of California the foregoing is true and correct and that this declaration was executed on June 23, 2023, at Los Angeles, California.

|  |  |
| --- | --- |
| Jusua Barbosa | *(signature)* |
| Declarant | Signature |