**FILED**

JUN 28 2023

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

By-Registered-Mail #
RF 108 5814 10 US

:Paid-Fee-Dock-et:

Douglas Vern Hulstedt
℅ 2511 Garden Road, Building - C # 100
Monterey, California 93940
Tel: (831) 899-5900
*Claimant/Witness/Beneficiary and
Wishing for an "Honest-Attorney"*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Douglas Vern Hulstedt** *Claimant/Witness/Beneficiary; Adversely Affected and Aggrieved* Vs. **Robert Andres Bonta, Attorneys, #202668, Laurie Rose Lubiano, Attorneys #152171, STATE BAR OF CALIFORNIA *[CHARTER]* =** *Insurance-Guarantors by the Bar # Policies,* *Defendants et.al;* Does/Roes 1-25; _____ **Greg W.(?) Chambers, Attorneys, #237509** *Defendant/Trespasser* Doe #1 et.al; | Case No: 23CV02003-JSC **NOTICE TO CLERK OF THE COURT** TO ISSUE REMAINING SUMMONS ENTRY INTO THE DOCKET FOR THE STATE BAR OF CALIFORNIA *[CHARTER]* = INSURANCE-GUARANTORS BY THE BAR # POLICIES, DEFENDANTS *ET.AL.* FOR THE DUE-PROCESS, AS DEFENDANTS *ET.AL.*, ATTORNEYS ACT WITH DISHONOR REFUSING TO WAIVE SUMMONS AFTER BEING SERVED NOTICE BY POSTS, SUMMONS ISSUED: DATE; _____; BY:_____; METHOD OF PROCESS; |

~ 1 ~

NOTICE TO CLERK OF THE COURT, SUMMONS TO BE ISSUED AND DOCKETED
Copyrighted-Works this Document-Contract-Claims by the Douglas Vern Hulstedt

*To All Officers and Employees of the UNITED STATES DISTRICT COURTS; I, a man in the Name of Lord Almighty I accept your Oath(s), bind you to the same and command you do justice. I waive all customary rules of law and other procedural impediments, I am not an attorney nor am I trained in law and I expect my rights to be protected by thee Public-Fiduciaries……..."Witnesses";*

**NOTICE TO CLERK TO ISSUE REMAINING SUMMONS**

*by the Beneficiary having the Right to Claim about Wrongs being Committed by Attorneys/Trustees/Publishers/Copyright-Works-Trespassers/Witnesses* and by accepting the "**Valid**" "**Oath of Office**" of any Public-Fiduciary-Trustee or "**Placeholder-Witness**" concerning these matters for the equal protections of the law with my Adoption of the Bill of Rights for the Due-Processes and by accepting the public record "**Official-Bonds**" or any other "**Insurance-Policies**" that may apply concerning fraud or employee misconduct/dishonesty and by entering and the making of this **NOTICE TO CLERK OF THE COURT, SUMMONSTO BE ISSUED AND DOCKETED** before this Court of Record by the Article III Venue as the Claimant/ Witness/Beneficiary to protect my Beneficial Property Rights against Trespass or **Breach of Fiduciary-Trust, "Dishonest-Services",** *continuing*, "I", Douglas Vern Hulstedt, *a man* stake this **Claim** for "**Right to Due-Process before Property *is taken or damaged or slandered or placed in custody or else or done***", by the *knowledge of this* NOTICE TO CLERK OF THE COURT, SUMMONSTO BE ISSUED AND DOCKETED for the "**Due-Process to be Restored and Compensated for the Damages**". NOTE: The citation of state and federal statutes, codes, rules, regulations, and court citations, within any document-contract created by me and not copyrighted by me, is only to notice my servants that which is applicable to them and is not intended, nor shall be construed, to mean that I confer, submit to, claim rights to or have entered into any jurisdiction alluded to thereby, by the following *11.2 Grade-Comprehension-*

~ 2 ~

NOTICE TO CLERK OF THE COURT, SUMMONS TO BE ISSUED AND DOCKETED
Copyrighted-Works this Document-Contract-Claims by the Douglas Vern Hulstedt

<u>*Level per the Flesch-Kincaid this Document-Contract-Claims*</u>; NOTICE TO CLERK OF THE COURT TO ISSUE REMAINING SUMMONS ENTRY INTO THE DOCKET FOR THE STATE BAR OF CALIFORNIA *[CHARTER]* = INSURANCE-GUARANTORS BY THE BAR # POLICIES, DEFENDANTS *ET.AL.* FOR THE DUE-PROCESS, AS DEFENDANTS *ET.AL.*, ATTORNEYS ACT WITH DISHONOR REFUSING TO WAIVE SUMMONS AFTER BEING SERVED NOTICE BY POSTS, METHOD OF PROCESS;

<u>SUMMONS TITLED AS FOLLOWS</u>;

**STATE BAR OF CALIFORNIA *[CHARTER]***
**"DEFENDANTS"** *et.al;*
c/o **Leah Tamu Wilson, Attorneys #222790**/AGENTS OR SUCCESSORS
180 Howard Street
San Francisco, California 94105
*By-Certified-Mail #*             ;

**ALL RIGHTS RESERVED WAIVE-NONE;**
<u>*RESERVATION FOR ALL WRITS;*</u>
<u>"FOR RESTRAINT OF LIBERTIES, NOW IN CUSTODY"</u>;
and Wishing for Honest-Attorney-Re-Presentations;



:Flag Title: ~4, Section: ~1-3

Verified by: *Douglas Vern Hulstedt*
The United States of America
Claimant/Witness/Injured
Beneficiary-Claimant *for*
DOUGLAS VERN HULSTED, M.D.
CORPORATION #3260008/A42397,
"Copyright-Claimant".

~ 3 ~

# METHOD OF PROCESS/WITNESSES

In the California state, on the Monterey county. I, the undersigned, herein declare that I am over the age of eighteen years and **NOT** a *Claimant [yet] but am Witnessing /Deliveries* to the within entitled *"Claims et.al."* My business address is: 1180 Forest Ave #B Pacific Grove, California 93950

I, hereby declare under the penalty of perjury of the California Republic and The United States of America that I served the foregoing document as entitled: on the party(s) by mailing with the Post-Office maintained by the United States, Postal Service with postage paid, titled and addressed as follows *and or* by the file stamp/banking-postmasters: **NOTICE TO CLERK OF THE COURT TO ISSUE SUMMONS ENTRY INTO THE DOCKET FOR THE STATE BAR OF CALIFORNIA *[CHARTER]* = INSURANCE-GUARANTORS BY THE BAR # POLICIES, DEFENDANTS *ET.AL.* FOR THE DUE-PROCESS, AS DEFENDANTS *ET.AL.*, ATTORNEYS ACT WITH DISHONOR REFUSING TO WAIVE SUMMONS AFTER BEING SERVED NOTICE BY POSTS, METHOD OF PROCESS;**

**UNITED STATES DISTRICT COURT**
c/o **Clerk of the Court, Mark B. Busby**
450 Golden Gate Avenue
San Francisco, California 94102
*Registered-Mail or By-File-Stamp*


**STATE BAR OF CALIFORNIA *[CHARTER]***
**"DEFENDANTS"** *et.al;*
c/o **Leah Tamu Wilson, Attorneys #222790/AGENTS OR SUCCESSORS**
180 Howard Street
San Francisco, California 94105
*By-Certified-Mail #*
7022 0410 0001 2480 5756

~ 4 ~

**NOTICE TO CLERK OF THE COURT, SUMMONS TO BE ISSUED AND DOCKETED**
Copyrighted-Works this Document-Contract-Claims by the Douglas Vern Hulstedt

*CC:* **Military-Post-Office;** *Office of the Counsel.*

I declare under the penalty of perjury of the Laws of the California Republic and The United States of America that the foregoing is correct and complete to the best of my knowledge, information and belief, and that this bill of process is executed by the voluntary act of my own hand on Monterey county and is dated below;

Date: June 24-2023       By: _____

~ 5 ~

**NOTICE TO CLERK OF THE COURT, SUMMONS TO BE ISSUED AND DOCKETED**
Copyrighted-Works this Document-Contract-Claims by the Douglas Vern Hulstedt