# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Douglas Vern Hulstedt | CASE No C 23-cv-02003-JSC |
| Plaintiff(s) <br> v. | ADR CERTIFICATION BY PARTIES AND COUNSEL |
| Robert Andres Bonta, et al., | |
| Defendant(s) | |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

1) Read the handbook entitled "Alternative Dispute Resolution Procedures Handbook" (available at cand.uscourts.gov/adr).
2) Discussed with each other the available dispute resolution options provided by the Court and private entities; and
\* 3) Considered whether this case might benefit from any of the available dispute resolution options.

Date:

Date: 7-5-23                             *Douglas Vern Hulstedt*
                                         _____

Counsel further certifies that he or she has discussed the selection of an ADR process with counsel for the other parties to the case. Based on that discussion, the parties:

- ☒ intend to stipulate to an ADR process

- ☒ prefer to discuss ADR selection with the Assigned Judge at the case management conference and to agree to in person ADR, no phone or zoom meeting.

Date: 7-5-23                             *Douglas Vern Hulstedt*
                                         _____
                                         Claimant/Witness/Beneficiary

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Douglas Vern Hulstedt

Plaintiff(s)

v.

Robert Andres Bonta, et al.,

Defendant(s)

CASE No C 23-cv-02003-JSC

ADR CERTIFICATION BY
PARTIES AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

1) Read the handbook entitled "Alternative Dispute Resolution Procedures Handbook" (available at cand.uscourts.gov/adr).
2) Discussed with each other the available dispute resolution options provided by the Court and private entities; and
3) Considered whether this case might benefit from any of the available dispute resolution options.

Date:

_____
Party

Date: July 5, 2023

Greg W. Chambers for Bonta & Lubiano
_____
Attorney

Counsel further certifies that he or she has discussed the selection of an ADR process with counsel for the other parties to the case. Based on that discussion, the parties:

☐ intend to stipulate to an ADR process

☒ prefer to discuss ADR selection with the Assigned Judge at the case management conference

Date: July 5, 2023

Greg W. Chambers
_____
Attorney

*Important!* E-file this form in ECF using event name: "ADR Certification (ADR LR 3-5 b) of Discussion of ADR Options."

Form ADR-Cert  rev. 1-15-2019

## DECLARATION OF SERVICE BY CERTIFIED MAIL AND EMAIL

Case Name: **Hulstedt v. Bonta et al.**

Case No.: **5:23-cv-02003-NC**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

On July 5, 2023, I served the attached **ADR CERTIFICATION BY PARTIES AND COUNSEL** by placing a true copy thereof enclosed in a sealed envelope as certified mail and return receipt requested, in the internal mail collection system at the Office of the Attorney General at 300 South Spring Street, Suite 1702, Los Angeles, CA 90013-1230.
In addition, I served the attached **ADR CERTIFICATION BY PARTIES AND COUNSEL** by transmitting a true copy via electronic mail, addressed as follows:

**Douglas Vern Hulstedt, M.D.**
2511 Garden Road, Building -C#100
Monterey, CA 93940
Email: doughulstedt314@gmail.com

**Certified Article Number**
9414 7266 9904 2210 1783 14
**SENDER'S RECORD**

I declare under penalty of perjury under the law of the State of California the foregoing is true and correct and that this declaration was executed on July 5, 2023, at Los Angeles, California.

| Jusua Barbosa | _[signature]_ |
|---|---|
| Declarant | Signature |

SF2023400897
66062922.docx