FILED

JUL 05 2023

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

:By-Registered-Mail #

RF-0418584 423 US

:Paid-Fee-Dock-et:

1  Douglas Vern Hulstedt
2  ℅ 2511 Garden Road, Building - C # 100
   Monterey, California 93940
3  Tel: (831) 899-5900
   *Claimant/Witness/Beneficiary and*
4  *Wishing for an "Honest-Attorney"*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Douglas Vern Hulstedt** | Case No: 23CV02003-JSC |
| *Claimant/Witness/Beneficiary;* | |
| *Adversely Affected and Aggrieved* | OBJECTION TO DOCUMENT #38 TO DISMISS COMPLAINT WITH THE VERIFIED STATEMENT OF CLAIMS IN SUPPORT AS TO ADMINISTRATIVE DUE-PROCESSES FOR A WRITTEN APPEALABLE RULING AND FINDINGS OF FACTS BY THE LAW FAVORABLE TO THIS CLAIMANT AS DEFENDANTS BY THE CLAIMS IN DOCUMENT 1, 1 THRU 16 = CLAIMS ADMIT THAT THEY HAVE TOTAL DISREGARD FOR DUE-PROCESS/CONSTITUTIONAL RIGHTS AS TO THE NATURE AND CAUSES OF "THEIR" CONTINUED EXTORTION SCHEMES AND UNETHICAL MOVEMENTS REFUSING TO PROTECT RIGHTS WHILE USING DISCRIMINTORY ACTS, UNFAIR BUSINESS PRACTICES AGAINST A NON-ATTORNEY BY A "SUPPOSED" HIGHLY TRAINED ATTORNEY WHO REFUSES TO PROTECT MY INTERESTS, EXHIBIT 1 STATEMENT OF CLAIMS PERTAINING TO THIS MATTER AS SAME ISSUES, HEARING ON, |
| Vs. | |
| **Robert Andres Bonta, Attorneys,** | |
| **#202668, Laurie Rose Lubiano,** | |
| **Attorneys #152171, STATE BAR OF** | |
| **CALIFORNIA *[CHARTER]* =** | |
| *Insurance-Guarantors by the* | |
| *Bar # Policies,* | |
| *Defendants et.al;* | |
| Does/Roes 1-25; | |
| Greg W.(?) Chambers, | DATE: AUGUST 3, 2023 |
| Attorneys, #237509 | TIME: 10:00 A.M. |
| *Defendant/Trespasser* | ROOM: 8-19TH FLOOR |
| *Doe #1 et.al;* | |

~ 1 ~

OBJECTION TO DOCUMENT #38, VERIFIED STATEMENT OF CLAIMS
Copyrighted-Works this Document-Contract-Claims by the Douglas Vern Hulstedt

*To All Officers and Employees of the UNITED STATES DISTRICT COURTS; I, a man in the Name of Lord Almighty I accept your Oath(s), bind you to the same and command you do justice. I waive all customary rules of law and other procedural impediments, I am not an attorney nor am I trained in law and I expect my rights to be protected by thee Public-Fiduciaries……..."Witnesses";*

**OBJECTION TO DOCUMENT #38** *by the Beneficiary having the Right to Claim about Wrongs being Committed by Attorneys/Trustees/Publishers/Copyright-Works-Trespassers/Witnesses* and by accepting the "**Valid**" "**Oath of Office**" of any Public-Fiduciary-Trustee or "**Placeholder-Witness**" concerning these matters for the equal protections of the law with my Adoption of the Bill of Rights for the Due-Processes and by accepting the public record **"Official-Bonds"** or any other **"Insurance-Policies"** that may apply concerning fraud or employee misconduct/dishonesty and by entering and the making of this **OBJECTION TO DOCUMENT #38, VERIFIED STATEMENT OF CLAIMS** before this Court of Record by the Article III Venue as the Claimant/Witness/Beneficiary to protect my Beneficial Property Rights against Trespass or **Breach of Fiduciary-Trust, "Dishonest-Services",** *continuing*, "I", Douglas Vern Hulstedt, *a man* stake this **Claim** for **"Right to Due-Process before Property *is taken or damaged or slandered or placed in custody or else or done*"**, by the *knowledge of this* **OBJECTION TO DOCUMENT #38, VERIFIED STATEMENT OF CLAIMS** for

~ 2 ~

the "**Due-Process to be Restored and Compensated for the Damages**". NOTE: The citation of state and federal statutes, codes, rules, regulations, and court citations, within any document-contract created by me and not copyrighted by me, is only to notice my servants that which is applicable to them and is not intended, nor shall be construed, to mean that I confer, submit to, claim rights to or have entered into any jurisdiction alluded to thereby, by the following *11.7 Grade-Comprehension-Level per the Flesch-Kincaid this Document-Contract-Claims;* OBJECTION TO DOCUMENT #38 TO DISMISS COMPLAINT WITH THE VERIFIED STATEMENT OF CLAIMS IN SUPPORT AS TO ADMINISTRATIVE DUE-PROCESSES FOR A WRITTEN APPEALABLE RULING AND FINDINGS OF FACTS BY THE LAW FAVORABLE TO THIS CLAIMANT AS DEFENDANTS BY THE CLAIMS IN DOCUMENT 1, 1 THRU 16 = CLAIMS ADMIT THAT THEY HAVE TOTAL DISREGARD FOR DUE-PROCESS/CONSTITUTIONAL RIGHTS AS TO THE NATURE AND CAUSES OF "THEIR" CONTINUED EXTORTION SCHEMES AND UNETHICAL MOVEMENTS REFUSING TO PROTECT RIGHTS WHILE USING DISCRIMINTORY ACTS, UNFAIR BUSINESS PRACTICES AGAINST A NON-ATTORNEY BY A "SUPPOSED" HIGHLY TRAINED ATTORNEY WHO REFUSES TO PROTECT MY INTERESTS, EXHIBIT 1 STATEMENT OF CLAIMS PERTAINING TO THIS MATTER AS SAME ISSUES, HEARING ON, DATE: AUGUST 3, 2023, TIME: 10:00 A.M., ROOM: 8-19TH FLOOR;

## OBJECTION TO DEFENDANTS RELIEF REQUESTED BY THE FOLLOWING;

The un-identified foreign agents **Greg W.(?) Chambers, Attorneys, #237509,** as defendants and copyright trespassers who act in concert with unclean hands again continue to violate rights without any remorse for violating rights with total disrespect and in *treasonous* contempt as a public fiduciary living off the people's backs whilst violating the Constitution! **Greg W.(?) Chambers, Attorneys, #237509** requests the following *unfounded* motion to dismiss 12(b)(1) and 12 (b)(6) by the document #38;

1. *"Plaintiff is precluded from bringing this claim"*: **PURE NONSENSE!** This is a right of review by the administrative procedures act 1946 in which multiple attorneys acting in concert have violated constitutional rights over and over again and extorted my beneficial interests and damaged me without due-process and without cause. The un-identified foreign agents **Greg W.(?) Chambers, Attorneys, #237509,** as defendants and copyright trespassers refuse to stop and correct and are without remorse and should be disbarred for fraud immediately *see* **Title 18 §3332;**

2. *"This action is barred by sovereign immunity"*; and **DIDDLY SQUAT! NO SUCH THING SEE THE CLEARFIELD DOCTRINE** *and;* Judicial Immunity is **NOT** absolute *see case no.* **22cv07439 HSG** in which rulings were made without due-process, without identification challenge ruling, without habeas corpus ruling, without subject matter jurisdiction *(judge lacked jurisdiction)* after being entered for several motion hearings and all ignored! **Greg W.(?) Chambers, Attorneys, #237509,** "THEY ADMIT", see *Ranking v. Howard, 633 F. 2nd 844 (1980).* A jurisdictional vacuum has occurred concerning all these matters on the part of the attorneys, see *Stump v.*

~ 4 ~

OBJECTION TO DOCUMENT #38, VERIFIED STATEMENT OF CLAIMS
Copyrighted-Works this Document-Contract-Claims by the Douglas Vern Hulstedt

*Sparkman, id., 435 U.S. 249, Gregory v. Thompson, 500 F2d 59 (C.A. Ariz. 1974), Cooper v. O'Conner, 99 F. 2d 133, Little v. U.S. Fidelity & Guaranty Co., 217 Miss. 576, 64 So. 2nd 697, Marbury v. Madison, 1 Cranch 137 (1803), Ableman v. Booth 21 Howard 506, 1859.* <u>CASE NOTE</u>: **"Federal Tort Law: Judges cannot invoke judicial immunity for acts that violate civil rights; Robert Craig Waters. Tort and Insurance Law Journal, Spr. 1986 21 n3, p509-516"**. A judge is not immune for tortious acts committed in a purely Administrative, non-judicial capacity. *Forrester v. White, 484 U.S. at 227-229, 108 S. Ct. at 544-545; Stump v. Sparkman 435 U.S. at 380, 98 S.Ct. at 1106. Mireles v. Waco, 112 Ct. 286 at 288 (1991).* <u>See Duns and Bradstreet, United States Government # 052714196, State of California # 071549000 both corporations per the Clearfield Doctrine….. NO IMMUNITY and the Attorneys refuse to identify venue and distinction between ==United States and United States of America et.al see== (EXHIBIT 2) ==a main issue yet to be ruled on in fact it has been totally ignored on record for a motion ruling!==</u>

3. <u>*"Failure to state a cognizable claim"*; TYPICAL RESPONSE STATEMENT WHEN CAUGHT RED HANDED IN FRAUD!</u> The un-identified foreign agents **Greg W.(?) Chambers, Attorneys, #237509,** as defendants and copyright trespassers who act in concert with unclean hands uses the same old standard response (*"Failure to state a cognizable claim"*) when "caught" taking from a doctor with 43 years plus life's work "extortion" without due process and without honest attorneys who will protect my interests while being paid by the public trust, yet they continue cover-ups-misdirection's of Constitutional-Rights-Violations and by blocking me in every way possible using unfair business practices and chicanery type tactics = <u>**DISCRIMINATION WITHOUT**</u>

~ 5 ~

**RIGHTS BEING PROTECTED** *and yes* Greg W.(?) Chambers, Attorneys, #237509, **I**, on this record **am** accusing you of unconscionable treasonous acts *et. al.* continuing concerning these matters and your damage done against my beneficial interests by the trust case nos. **State Case No. Ref: Small Claims 22SC018927, State Case No. Ref: Medical Board of California # 800-2021-079497, Federal Cases 22cv07439, 22cv06688;**

# VERIFIED STATEMENT OF CLAIMS

***NOW THEN*** Douglas Vern Hulstedt, to propound his Testimony

**SUFFICIENT TESTIMONY
FOR THE STATEMENT OF THE CLAIM
IN THE FORM OF AFFIDAVIT**

# VERIFICATION

I, **Douglas Vern Hulstedt** *as the* Claimant/Witness/Beneficiary with my own unlimited commercial liability, do affirm that the following testimony in the form of affidavit under my biometric-seal by my belief and knowledge is true, correct, and complete, and not misleading, the truth, the whole truth, and nothing but the truth, and deliver this agreed on "staked" notice of **Verified Statement of Claims** by the following;

Verified by: *Douglas Vern Hulstedt*
The United States of America
Claimant/Witness/Injured
Beneficiary-Claimant *for*
DOUGLAS VERN HULSTED, M.D.
CORPORATION #3260008/A42397,
"**Copyright-Claimant**".

~ 6 ~

# CLAIMS NOW your "Affiant", Testimony of the Douglas Vern Hulstedt;

1. Your Affiant Testifies and makes these Claims by his //signature//verification and biometric-seal = thumb print/jurat;

2. Your Affiant makes this Testimony in the California state, Monterey county, on June 28 2023;

3. Your Affiant Testifies that he provides the four **(4)** *elements that gives jurisdiction to the court/or appropriate officer to act* **(a)** who is the injured party **(b)** who is the identified that has breached a duty **(c)** what are the codes or violations that resulted in damages on the claimant as fact **(d)** the factual sufficiency of the claim(s) that only a witness can testify about authenticated evidence and subject to cross examination;

    (a) **Douglas Vern Hulstedt** is the injured party/claimant/witness/beneficiary;
    (b) **Robert Andres Bonta, Attorneys, #202668,** *et.al.* **Violations:** DECEPTIVE PRACTICES AND PROCEDURES 15 USC § 45, PERJURY OF OATH 18 USC § 1621, HONEST SERVICES FRAUD 18 USC § 1346, SIMULATED LEGAL PROCESS CAL.CIV. CODE § 1788.16 VIA UNITED STATES POST OFFICE/WIRE 18 USC § 1343, DEPRIVATION OF RIGHTS UNDER COLOR OF LAW 18 USC § 241, 242, REFUSAL TO PROVIDE DUE PROCESS DISCOVERY 5th AMENDMENT VIOLATIONS SEE VERIFIED ATTACHMENTS 1-6, CONSPIRACY ACTING TO DEPRIVE RIGHTS 42 § 1985, Take Notice of 28 USC §§ 1346, 1491 and "Tucker Act of 1887" as Sovereign Immunity Waiver *et. al.*, **Case No.800-2021-079497 Before the Medical Board of California, Department of Consumer Affairs, State of California;**
    (c) **Douglas Vern Hulstedt,** *a man* and first-hand factual witness;
    (d) Your Affiant now testifies that he will state the **factual sufficiency of claims 1 thru 7** = statement of claim/facts against **Robert Andres Bonta, Attorneys, #202668,** *et.al.* by the following claim sets 1-7 including **(EXHIBIT 1) STATEMENTS, (EXHIBIT 2) which is a main controversy concerning these matters;**

~ 7 ~

**OBJECTION TO DOCUMENT #38, VERIFIED STATEMENT OF CLAIMS**
**Copyrighted-Works this Document-Contract-Claims by the Douglas Vern Hulstedt**

# CLAIM SETS 1-7 STATEMENTS

(1) **WHO DID WHAT** = Robert Andres Bonta, Attorneys, #202668, *et.al.* has "Perjured his Oath of Office" in the ongoing movements *with* actors/attorneys in concert to **EXTORT** my beneficial interests and property assets, *see* above   **Violations**;

(2) **WHERE DID IT HAPPEN** = 455 Golden Gate Avenue, Suite 11000, San Francisco, California and Office of Administrative Hearings, 1515 Clay Street, Suite 206, Oakland, California;

(3) **WHEN DID IT HAPPEN** =  August 1, 2022 ongoing;

(4) **HOW WAS IT DONE** = Deceptive and unfair business practices and procedures, i.e. **FRAUD** *et. al.*, 1st, 4th, 5th, 6th amendment violations ;

(5) **WHAT LAWS WERE VIOLATED** = DECEPTIVE PRACTICES AND PROCEDURES 15 USC § 45, PERJURY OF OATH 18 USC § 1621, HONEST SERVICES FRAUD 18 USC § 1346, SIMULATED LEGAL PROCESS CAL.CIV. CODE § 1788.16 VIA UNITED STATES POST OFFICE/WIRE 18 USC § 1343, DEPRIVATION OF RIGHTS UNDER COLOR OF LAW 18 USC § 241, 242, REFUSAL TO PROVIDE DUE PROCESS DISCOVERY 5th AMENDMENT VIOLATIONS SEE VERIFIED ATTACHMENTS 1-6, CONSPIRACY ACTING TO DEPRIVE RIGHTS 42 § 1985, Take Notice of 28 USC §§ 1346, 1491 and "Tucker Act of 1887" as Sovereign Immunity Waiver *et. al.*, <u>*Case No.800-2021-079497 Before the Medical Board of California, Department of Consumer Affairs, State of California;*</u>

(6) **WHO IS THE VICTIM** = Douglas Vern Hulstedt as *Beneficiary*;

(7) **WHAT MAY BE SOME CAUSES OF ACTIONS AS TO LAWS VIOLATED** = Disbarment, Criminal Indictments, Damage Payments by the "Guarantors" *et. al*;

~ 8 ~

4. Your Affiant Testifies that he has met the sufficiency of stating claims **1-7** against **Robert Andres Bonta, Attorneys, #202668,** *et.al.* and it is now up to the public-trustees to apply the law accordingly by their public duties and public trust;

5. Your Affiant Testifies that he made these claims freely;

6. Your Affiant Testifies that these claims are true, complete, and not misleading by the best of my knowledge/beliefs;

7. Your Affiant Testifies and has personal first-hand knowledge of all the facts/claims reasonable reliance's which are stated herein;

8. Your Affiant refers the public fiduciaries to document 1, review claims 1 thru 16 of this *trust case no. 23CV02003 JSC;*

# CONCLUSION

I, Douglas Vern Hulstedt, with my reasonable witnessing conclude that it is clear and precise that my due-process is and has been violated from the beginning and any person with a reasonable 12th grade comprehension would also conclude the same. I will not standby and allow the *unethical/unclean handed* **Robert Andres Bonta, Attorneys, #202668,** *et.al.* to deprive me of my 43 years plus life's work as a Medical Doctor without due-process. Further this matter by the (EXHIBIT 1) STATEMENTS has already been agreed upon, this support-statement of claim is now staked on this record. <u>WHATS REALLY AT STAKE HERE IS THE ATTEMPT TO STOP ANY DEPOSITIONS OF THE DEFENDANTS BY USING THE 12 B 6 MOTION</u>

~ 9 ~

**TO DIVERT THE REAL ISSUES OF CONSTITUTIONAL RIGHTS TRAMPLINGS CAUSED AND ORCHASTRATED BY ATTORNEYS!**

# VERIFICATION

I, **Douglas Vern Hulstedt**, "One of the People" of California, makes this Verification based on personal knowledge of matters set forth herein and appearing as a man without waiving any rights or remedies, being competent in mind and body to testify, do hereby declare, verify and affirm that the facts stated herein are true, correct, and complete in all material fact, not misrepresented based on my own knowledge to the best of my current information, knowledge and belief under the penalty of perjury of the laws of The United States of America (*unincorporated*) and the laws of California and is admissible as evidence in a court of law or equity, except as to those matters that are therein made upon information and belief, and as to those claims or facts, I believe them to be true and admissible as evidence, and if called upon as a witness, I will testify as to the veracity of this **OBJECTION TO DOCUMENT #38, VERIFIED STATEMENT OF CLAIMS**;

**ALL RIGHTS RESERVED WAIVE-NONE;**
*RESERVATION FOR ALL WRITS;*
*"FOR RESTRAINT OF LIBERTIES, NOW IN CUSTODY";*
and Wishing for Honest-Attorney-Re-Presentations;



:Flag: Title: ~4, Section: ~1-3

Verified by: *Douglas Vern Hulstedt*
The United States of America
Claimant/Witness/Injured
Beneficiary-Claimant *for*
DOUGLAS VERN HULSTED, M.D.
**CORPORATION #3260008/A42397**,
"Copyright-Claimant".

~ 10 ~

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT**  CIVIL CODE § 1189

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California )
County of __Monterey__ )

On __June 28, 2023__ before me, __Madelyn Hailey Ortega, Notary Public__,
       Date                                Here Insert Name and Title of the Officer

personally appeared __Douglas Vern Hulsted__
                                  Name(s) of Signer(s)

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

[Notary Seal: MADELYN HAILEY ORTEGA, Notary Public - California, Monterey County, Commission # 2389559, My Comm. Expires Jan 5, 2026]

Signature __Madelyn Ortega__
             Signature of Notary Public

Place Notary Seal Above

─────────── OPTIONAL ───────────

*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**
Title or Type of Document: __Verification__
Document Date: _____ Number of Pages: _____
Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**
Signer's Name: _____
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited  ☐ General
☐ Individual       ☐ Attorney in Fact
☐ Trustee          ☐ Guardian or Conservator
☐ Other: _____
Signer Is Representing: _____

Signer's Name: _____
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited  ☐ General
☐ Individual       ☐ Attorney in Fact
☐ Trustee          ☐ Guardian or Conservator
☐ Other: _____
Signer Is Representing: _____

©2016 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)   Item #5907

# EXHIBIT 1

~ 11 ~

**OBJECTION TO DOCUMENT #38, VERIFIED STATEMENT OF CLAIMS**
**Copyrighted-Works this Document-Contract-Claims by the Douglas Vern Hulstedt**

**DOUGLAS VERN HULSTEDT, MD**  **STATEMENT-PAST-DUE**
c/o 2511 Garden Road, Building – C #100
Monterey, California 93940
Phone (831) 899-5900

DATED: September 24, 2022

**Bill To:**
Thomas Ostly *an Attorney as Lien Debtor*
United States *as Guarantor*
State of California *as Guarantor*
455 Golden Gate Avenues, Suite 11000
San Francisco, California 94102
By Certified-Mail # 70220410000174541914

Comments: Reference Cases # 800-2021-079497, See 6 page Attachment-Admissions

| DESCRIPTION OF DISHONORABLE ACTS BY A FIDUCIARY | UNIT PRICE | AMOUNT |
|---|---|---|
| DECEPTIVE PRACTICES AND PROCEDURES 15 USC § 45 | | $ 10,000.00 |
| PERJURY OF OATH 18 USC § 1621 | | |
| HONEST SERVICES FRAUD 18 USC § 1346 | | |
| SIMULATED LEGAL PROCESS CAL.CIV. CODE § 1788.16 VIA UNITED STATES POST OFFICE/WIRE 18 USC § 1343 | | |
| DEPRIVATION OF RIGHTS UNDER COLOR OF LAW 18 USC § 241, 242 | | |
| REFUSAL TO PROVIDE DUE PROCESS DISCOVERY 5th AMENDMENT VIOLATIONS SEE VERIFIED ATTACHMENTS 1-6 | | |
| CONSPIRACY ACTING TO DEPRIVE RIGHTS 42 § 1985 | | |
| To: "United States" *as Guarantor* c/o Attorney General/Merrick Garland 950 Pennsylvania Ave., NW Washington, DC 20530 By Certified-Mail # 70220410000174542058 | | |
| To: "State of California" *as Guarantor* c/o Attorney General/Rob Bonta 1300 "I" Street Sacramento, California 95814 By Certified-Mail # 70220410000174542041 | | |
| | | |
| Take Notice of 28 USC §§ 1346, 1491 and "Tucker Act of 1887" as Sovereign Immunity Waiver | | |
| PRE NOTICE ATTEMPT TO SETTLE FOR VIOLATION OF RIGHTS | | |
| TOTAL Past Due 3 Day Settlement-Agreement DUE upon Receipt | | $ 10,000.00 |
| SEE ADDITIONAL NOTICED BY METHOD OF PROCESS | | |

Make Payment to Douglas Vern Hulstedt
If you have any questions concerning this True-Bill/Invoice
Contact Douglas Vern Hulstedt *as Creditor* at **(831) 899-5900**

//Copyright//

**DOUGLAS VERN HULSTEDT, M.D.**         **TRUE-BILL-INVOICE # 9**
c/o 2511 Garden Road, Building – C #100
Monterey, California 93940
Phone (831) 899-5900

DATED: May 13, 2023

Bill-To:
Greg W.(?) Chambers, Attorneys, #237509 *as*
*COPYRIGHT-TRESPASS-LIBELLEES*
455 Golden Gate Avenues, Suite 11000
San Francisco, California 94102
By-Certified-Mail # 7022 0410 0001 7450 5640

Comments: Reference Case 4:22-CV-06688-HSG Document 19-1 Filed 05/05/23,

| DESCRIPTION OF DISHONORABLE ACTS BY A FIDUCIARY | UNIT PRICE | AMOUNT |
|---|---|---|
| COPYRIGHT-TRESPASS #1 | EXHIBIT 1 | 10,000.00 |
| COPYRIGHT-TRESPASS #2 | EXHIBIT 2 | 10,000.00 |
| COPYRIGHT-TRESPASS #3 | EXHIBIT 3 | 10,000.00 |
| "ENVELOPE AS EVIDENCE" | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL Past Due 3 Day Settlement-Agreement DUE upon Receipt** | | **30,000.00** |
| SEE ADDITIONAL NOTICED BY METHOD OF PROCESS/WITNESSES | | |

Make Payment to Douglas Vern Hulstedt
If you have any questions concerning this True-Bill/Invoice
Contact Douglas Vern Hulstedt *as Creditor* at **(831) 899-5900**

~COPYRIGHT~

# EXHIBIT 2

~ 12 ~

**OBJECTION TO DOCUMENT #38, VERIFIED STATEMENT OF CLAIMS**
**Copyrighted-Works this Document-Contract-Claims by the Douglas Vern Hulstedt**

## ***** Our Actual Sovereign Government *****
## "The united States of America"

Created by the agreement known as: "The Unanimous Declaration of Independence of the united States of America" 04 July 1776.
These "States" were the original geographically defined "estates" formed by the United Colonies.
They are guaranteed a "republican form of government". Together, they formed – a Union, a Federation, and a Confederation:

.........................................................................................

| "The United States" | + | "The United States of America" | > | "The States of America" |
|---|---|---|---|---|
| **Union** of States | | **Federation** of States | | **Confederation** of States of States |
| 09 September 1776 | | 07 September 1776 | | 01 March 1781 |
| Holds the **National Soil Jurisdiction** | | Holds the **International Jurisdictions** | | **Global Jurisdiction** Business for the States |
| States: Virginia, Maine, New York…. | | States: Virginia, Maine, New York…. | | The State of Virginia, The State of Maine…. |
| **State Nationals (people) – Private Persons** | | **State Citizens (People) - Lawful Persons** | | **Legal Persons of State** |
| County Courts | | State Courts | | The State of _____ Courts (Missing) |
| Local Common Law | | American State Common Law | | International Mercantile Law |

---------------------------------------- With the Flowchart of Authority, The Above is Separate From Below ----------------------------------------

## ***** The Federal (Subcontractor) Government *****

19 **Enumerated Powers** of our Sovereign Government were **delegated** to **three (3) Service Companies** below.
Together, they formed the three branches of the Federal Government – a Federal, a Territorial, and a Municipal:

.........................................................................................

| **Federal Government (American)** | > | **Territorial Government (British)** | > | **Municipal Government (Papist)** |
|---|---|---|---|---|
| dba: "**the**" States of America  1787 | | dba: "**the**" United States of America  1789 | | dba: "**the**" United States  1790 |
| Republic | | Democracy | | Plenary Oligarchy |
| Part of International Land and Sea Jurisdictions | | Part of International Sea Jurisdiction | | Part of Global Air (Commerce) Jurisdiction |
| The Constitution **for the u**nited States of America | | The Constitution **of the U**nited States of America | | The Constitution **of the** United States |
| "the" Georgia State, "the" Maine State…. | | "the" State of Georgia, "the" State of Maine…. | | "the" STATE OF GEORGIA, "the" STATE OF…. |
| Legal Persons - United States Citizens | | Legal Persons – U.S. Citizens | | Legal PERSONS – "citizens of the United States" |
| "Vacant" Offices periodically filled by "Representatives" | | Federal Military and Dependents | | Federal Civil Service and Dependents |
| | | | | |
| This portion of "Federal" Government | | Part of Navy, Tariffs, and Trade Policies | | Washington, DC, Municipal Government |
| has been "missing" since 1860 | | Northern mercenaries in the Civil War | | Southern mercenaries in the Civil War |
| | | | | |
| United States Statutes-at-Large and Organic Law | | Federal Code and Statutory Law | | Municipal Law and Uniform Commercial Code |
| Published upon the **Congressional Record** | | Published upon the **Federal Register** | | Published as **Municipal Code** and **UCC** |
| (International Land and Mercantile Law) | | (Admiralty and Equity Law) | | (Roman Civil and UCC COMMERCIAL Law) |
| Postal District Court | | First Judicial District Court | | UNITED STATES DISTRICT COURT |

# **METHOD OF PROCESS/WITNESSES**

In the California state, on the Monterey county. I, the undersigned, herein declare that I am over the age of eighteen years and **NOT** a *Claimant [yet] but am Witnessing /Deliveries* to the within entitled *"Claims et.al."* My business address is:

1180 Forest Ave #8 Pacific Grove California 93950

I, hereby declare under the penalty of perjury of the California Republic and The United States of America that I served the foregoing document as entitled: on the party(s) by mailing with the Post-Office maintained by the United States, Postal Service with postage paid, titled and addressed as follows *and or* by the file stamp/banking- postmasters: **OBJECTION TO DOCUMENT #38 TO DISMISS COMPLAINT WITH THE VERIFIED STATEMENT OF CLAIMS IN SUPPORT AS TO ADMINISTRATIVE DUE-PROCESSES FOR A WRITTEN APPEALABLE RULING AND FINDINGS OF FACTS BY THE LAW FAVORABLE TO THIS CLAIMANT AS DEFENDANTS BY THE CLAIMS IN DOCUMENT 1, 1 THRU 16 = CLAIMS ADMIT THAT THEY HAVE TOTAL DISREGARD FOR DUE-PROCESS/CONSTITUTIONAL RIGHTS AS TO THE NATURE AND CAUSES OF "THEIR" CONTINUED EXTORTION SCHEMES AND UNETHICAL MOVEMENTS REFUSING TO PROTECT RIGHTS WHILE USING DISCRIMINTORY ACTS, UNFAIR BUSINESS PRACTICES AGAINST A NON-ATTORNEY BY A "SUPPOSED" HIGHLY TRAINED ATTORNEY WHO REFUSES TO PROTECT MY INTERESTS, EXHIBIT 1 STATEMENT OF CLAIMS PERTAINING TO THIS MATTER AS SAME ISSUES, HEARING ON, DATE: AUGUST 3, 2023, TIME: 10:00 A.M., ROOM: 8-19TH FLOOR;**

UNITED STATES DISTRICT COURT
c/o Clerk of the Court, Mark B. Busby
450 Golden Gate Avenue
San Francisco, California 94102
***Registered-Mail or By-File-Stamp***

~ 13 ~

OBJECTION TO DOCUMENT #38, VERIFIED STATEMENT OF CLAIMS
Copyrighted-Works this Document-Contract-Claims by the Douglas Vern Hulstedt

**STATE BAR OF CALIFORNIA** *[CHARTER]*
*"DEFENDANTS" et.al;*
*c/o* **Leah Tamu Wilson, Attorneys #222790/AGENTS OR SUCCESSORS**
180 Howard Street
San Francisco, California 94105
*By-Certified-Mail #*
7022 0410 0003 2755 1535

**Greg W. (?) Chambers, Attorneys #237509**, Witnesses/Accused/Doe #1,
*"DEFENDANTS" et.al;*
455 Golden Gate Avenues, Suite 11000
San Francisco, California 94102
*By-Certified-Mail #*
7022 0410 0003 2755 1562 ;

**CC: Military-Post-Office;** *Office of the Counsel.*

I declare under the penalty of perjury of the Laws of the California Republic and The United States of America that the foregoing is correct and complete to the best of my knowledge, information and belief, and that this bill of process is executed by the voluntary act of my own hand on Monterey county and is dated below;

Date: June 28-2023         By: _____

~ 14 ~

**OBJECTION TO DOCUMENT #38, VERIFIED STATEMENT OF CLAIMS**
**Copyrighted-Works this Document-Contract-Claims by the Douglas Vern Hulstedt**



Retail



94102

RDC 99

U.S. POSTAGE PAID
FCM LG ENV
MONTEREY, CA 93940
JUN 30, 2023

**$20.28**

R2305K141372-69

ITED STATES DISTRICT COURT
Clerk of the Court, Mark B. Busby
Golden Gate Avenue
Francisco California
        94102

Doug Hulsted
c/o 2511 Garden Rd Bldg C
#100
Monterey California
93940

**RECEIVED**

JUL 0 5 2023

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA



UNITED STATES POSTAL SERVICE
**REGISTERED MAIL**™

RF 108 581 423 US

Label 200, August 2005     PSN 7690-03-000-9311

RF 108 581 423 US