| | |
|---|---|
| 1 | Douglas Vern Hulstedt |
| 2 | ℅ 2511 Garden Road, Building - C # 100 |
|   | Monterey, California 93940 |
| 3 | Tel: (831) 899-5900 |
|   | *Claimant/Witness/Beneficiary and* |
| 4 | *Wishing for an "Honest-Attorney"* |

FILED
JUL 05 2023
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

By-Registered-Mail # Rf108581445US
:Paid-Fee-Dock-et:

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Douglas Vern Hulstedt** | ) Case No: 23CV02003-JSC |
| *Claimant/Witness/Beneficiary;* | ) |
| *Adversely Affected and Aggrieved* | ) RE: DOCUMENT 37 DEFENDANT |
| | ) GREG W. (?) CHAMBERS |
| Vs. | ) OPPOSITION TO MOTION FOR |
| | ) SUMMARY JUDGMENT, WHICH |
| **Robert Andres Bonta, Attorneys,** | ) WAS IMPROPERLY SERVED BY |
| **#202668, Laurie Rose Lubiano,** | ) CERTIFIED MAIL IN WHICH WAS |
| **Attorneys #152171, STATE BAR OF** | ) NOT RECEIVED BY ME AS |
| **CALIFORNIA [CHARTER]** = | ) SOMEONE ELSE TOOK |
| | ) POSSESSION, DEFENDANTS |
| *Insurance-Guarantors by the* | ) "MERITLESS" CLAIM IS |
| *Bar # Policies,* | ) UNFOUNDED AND STILL A |
| *Defendants et.al;* | ) REFUSAL TO ANSWER BY |
| | ) DEFENDANTS IS ONGOING, BUT |
| | ) THE "STANDARD" GO TO 12B6 |
| | ) MOTION WAS EXPECTED, THIS |
| Does/Roes 1-25; | ) SERVES AS NOTICE FOR THE |
| | ) HEARING ON = |
| | ) DATE: JULY 27, 2023 |
| | ) TIME: 1:30 P.M. |
| **Greg W.(?) Chambers,** | ) ROOM: 8-19TH FLOOR; |
| **Attorneys, #237509** | ) JUDGE, Jacqueline Scott Corley |
| *Defendant/Trespasser* | ) |
| *Doe #1 et.al;* | ) EXHIBIT 1, |
| | ) METHOD OF PROCESS; |

~ 1 ~

RE: DOCUMENT 37 DEFENDANT GREG W. (?) CHAMBERS OPPOSITION
Copyrighted-Works this Document-Contract-Claims by the Douglas Vern Hulstedt

*To All Officers and Employees of the UNITED STATES DISTRICT COURTS; I, a man in the Name of Lord Almighty I accept your Oath(s), bind you to the same and command you do justice. I waive all customary rules of law and other procedural impediments, I am not an attorney nor am I trained in law and I expect my rights to be protected by thee Public-Fiduciaries…….."Witnesses";*

**RE: DOCUMENT 37 DEFENDANT CHAMBERS** *by the Beneficiary having the Right to Claim about Wrongs being Committed by Attorneys/Trustees/Publishers/Copyright-Works-Trespassers/Witnesses and* by accepting the "**Valid**" "**Oath of Office**" of any Public-Fiduciary-Trustee or "**Placeholder-Witness**" concerning these matters for the equal protections of the law with my Adoption of the Bill of Rights for the Due-Processes and by accepting the public record "**Official-Bonds**" or any other "**Insurance-Policies**" that may apply concerning fraud or employee misconduct/dishonesty and by entering and the making of this **DOCUMENT 37 DEFENDANT GREG W. (?) CHAMBERS OPPOSITION** before this Court of Record by the Article III Venue as the Claimant/Witness/Beneficiary to protect my Beneficial Property Rights against Trespass or **Breach of Fiduciary-Trust, "Dishonest-Services",** *continuing*, "I", Douglas Vern Hulstedt, *a man* stake this **Claim** for **"Right to Due-Process before Property *is taken or damaged or slandered or placed in custody or else or done*"**, by the *knowledge of this* **DOCUMENT 37 DEFENDANT GREG W. (?) CHAMBERS OPPOSITION** for the **"Due-Process to be Restored and Compensated for the Damages"**. **NOTE:** The citation of state and federal statutes, codes, rules, regulations, and court citations, within any document-contract created by me and not copyrighted by me, is only to notice my servants that which is applicable to them and is not intended, nor shall be construed, to mean that I confer, submit to, claim rights to or have entered into any jurisdiction alluded to thereby, by the following *11.1 Grade-Comprehension-Level per the Flesch-*

~ 2 ~

*Kincaid this Document-Contract-Claims;* **RE: DOCUMENT 37 DEFENDANT GREG W. (?) CHAMBERS OPPOSITION TO MOTION FOR SUMMARY JUDGMENT, WHICH WAS IMPROPERLY SERVED BY CERTIFIED MAIL IN WHICH WAS NOT RECEIVED BY ME AS SOMEONE ELSE TOOK POSSESSION, DEFENDANTS "MERITLESS" CLAIM IS UNFOUNDED AND STILL A REFUSAL TO ANSWER BY DEFENDANTS IS ONGOING, BUT THE "STANDARD" GO TO 12B6 MOTION WAS EXPECTED, THIS SERVES AS NOTICE FOR THE HEARING ON = DATE: JULY 27, 2023, TIME: 1:30 P.M., ROOM: 8-19TH FLOOR; JUDGE, Jacqueline Scott Corley; EXHIBIT 1, METHOD OF PROCESS;**

**NOTE**: A certificate of mailing only proves that mail was shipped on a certain date, but does not prove or confirm that the mail was delivered, hence my motion for summary judgement, so in fact my motion is not "meritless" in fact this shows the continued chicanery type tactics used by attorneys who take advantage of a non-attorney while they sit back and extort rights. *[SERIOULSLY THESE ATTORNEYS KNOW THAT THEY HAVE VIOLATED MY BENEFICIAL INTERESTS TO THE MAX WITH ZERO DUE-PROCESS AND ARE TRYING TO GET AWAY WITH IT WITH HELP FROM OTHER ATTORNEYS WITH GROSS MISDIRECTIONS AND DAMAGES OF WHAT HAS ALREADY BEEN DONE BY THEM]*

**ALSO NOTE**: I have never contracted to receive service of process by electronic means please correct this mistake………………..

~ 3 ~

**ALL RIGHTS RESERVED WAIVE-NONE;**
*RESERVATION FOR ALL WRITS;*
*"FOR RESTRAINT OF LIBERTIES, NOW IN CUSTODY";*
and Wishing for Honest-Attorney-Re-Presentations;



:Flag: Title: ~4, Section: ~1-3

Verified by: *Douglas Vern Hulstedt*
The United States of America
Claimant/Witness/Injured
Beneficiary-Claimant *for*
DOUGLAS VERN HULSTEDT, M.D.
**CORPORATION #3260008/A42397,**
"Copyright-Claimant".

~ 4 ~

RE: DOCUMENT 37 DEFENDANT GREG W. (?) CHAMBERS OPPOSITION
Copyrighted-Works this Document-Contract-Claims by the Douglas Vern Hulstedt

# EXHIBIT 1

~ 5 ~

**RE: DOCUMENT 37 DEFENDANT GREG W. (?) CHAMBERS OPPOSITION**
Copyrighted-Works this Document-Contract-Claims by the Douglas Vern Hulstedt

**Return Receipt (Form 3811) Barcode**

9590 9266 9904 2197 6699 38

1. Article Addressed to:
Douglas Vern Hulstedt, M.D.
c/o 2511 Garden Rd., Bldg. C # 100
Monterey, CA 93940-5333

Notice of Appearance
Hulstedt v. Bonta et al. (Civil-Federal) (9497)
SF2023400897

2. Certified Mail (Form 3800) Article Number
9414 7266 9904 2197 6699 35

PS Form 3811, Facsimile, July 2015

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]
☐ Agent
☒ Addressee

B. Received by (Printed Name): Dennise Hueramo
C. Date of Delivery: 5/15/23

D. Is delivery address different from item 1? ☐ Yes ☒ No
If YES, enter delivery address below:

3. Service Type:
☒ Certified Mail

Reference Information
SF2023400897
Greg W. Chambers

Domestic Return Receipt

---

**Return Receipt (Form 3811) Barcode**

9590 9266 9904 2210 1552 57

1. Article Addressed to:

Douglas Vern Hulstedt, M.D.
2511 Garden Road, Building - C#100
Monterey, CA 93940

2. Certified Mail (Form 3800) Article Number
9414 7266 9904 2210 1552 54

PS Form 3811, Facsimile, July 2015

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]
☐ Agent
☒ Addressee

B. Received by (Printed Name): Dennise Hueramo
C. Date of Delivery: 5/15/23

D. Is delivery address different from item 1? ☐ Yes ☒ No
If YES, enter delivery address below:

3. Service Type:
☒ Certified Mail

Reference Information
SF2023400897, Waiver of Service
Greg Chambers, SDAG

Domestic Return Receipt

# METHOD OF PROCESS/WITNESSES

In the California state, on the Monterey county. I, the undersigned, herein declare that I am over the age of eighteen years and **NOT** a *Claimant [yet] but am Witnessing /Deliveries* to the within entitled "*Claims et.al.*" My business address is:

1180 Forest Avenue #B Pacific Grove California 93950

I, hereby declare under the penalty of perjury of the California Republic and The United States of America that I served the foregoing document as entitled: on the party(s) by mailing with the Post-Office maintained by the United States, Postal Service with postage paid, titled and addressed as follows *and or* by the file stamp/banking-postmasters: **RE: DOCUMENT 37 DEFENDANT GREG W. (?) CHAMBERS OPPOSITION TO MOTION FOR SUMMARY JUDGMENT, WHICH WAS IMPROPERLY SERVED BY CERTIFIED MAIL IN WHICH WAS NOT RECEIVED BY ME AS SOMEONE ELSE TOOK POSSESSION, DEFENDANTS "MERITLESS" CLAIM IS UNFOUNDED AND STILL A REFUSAL TO ANSWER BY DEFENDANTS IS ONGOING, BUT THE "STANDARD" GO TO 12B6 MOTION WAS EXPECTED, THIS SERVES AS NOTICE FOR THE HEARING ON = DATE: JULY 27, 2023, TIME: 1:30 P.M., ROOM: 8-19TH FLOOR; JUDGE, Jacqueline Scott Corley; EXHIBIT 1, METHOD OF PROCESS;**

**UNITED STATES DISTRICT COURT**
**c/o Clerk of the Court, Mark B. Busby**
450 Golden Gate Avenue
San Francisco, California 94102
*Registered-Mail or By-File-Stamp*

~ 6 ~

**RE: DOCUMENT 37 DEFENDANT GREG W. (?) CHAMBERS OPPOSITION**
**Copyrighted-Works this Document-Contract-Claims by the Douglas Vern Hulstedt**

**STATE BAR OF CALIFORNIA *[CHARTER]***
**"DEFENDANTS"** *et.al;*
*c/o* **Leah Tamu Wilson, Attorneys #222790/AGENTS OR SUCCESSORS**
180 Howard Street
San Francisco, California 94105
*By-Certified-Mail #*
7022 0410 0003 2755 1289

**Greg W. (?) Chambers, Attorneys #237509, Witnesses/Accused/Doe #1,**
**"DEFENDANTS"** *et.al;*
455 Golden Gate Avenues, Suite 11000
San Francisco, California 94102
*By-Certified-Mail #*
7022 0410 0003 2755 1272

*CC:* Military-Post-Office; *Office of the Counsel.*

I declare under the penalty of perjury of the Laws of the California Republic and The United States of America that the foregoing is correct and complete to the best of my knowledge, information and belief, and that this bill of process is executed by the voluntary act of my own hand on Monterey county and is dated below;

Date: June 30 2023    By: _____
                          Gloria Chavez

~ 7 ~

RE: DOCUMENT 37 DEFENDANT GREG W. (?) CHAMBERS OPPOSITION
Copyrighted-Works this Document-Contract-Claims by the Douglas Vern Hulstedt

Doug Hulstett
c/o 2511 Garden Rd Bldg C #100
Monterey California
93940

RECE

JUL 0 5

CLERK, U.S. DIST
NORTH DISTRICT C






Retail

94102

RDC 99

U.S. POSTAGE PAID
FCM LG ENV
MONTEREY, CA 93940
JUN 30, 2023

$19.80

R2305K141372-69

~~ITED STATES DISTRICT COURT
~~rk of the Court, Mark B. Busby
~~olden Gate Avenue
~~rancisco California
        94102