1

2

3

4

5

**Douglas Vern Hulstedt**
**℅ 2511 Garden Road, Building - C # 100**
**Monterey, California 93940**
**Tel: (831) 899-5900**
*Claimant/Witness/Beneficiary and*
*Wishing for an "Honest-Attorney"*

FILED

JUL 05 2023

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

*By-Registered-Mail #*
R F /0858/ 437US

*:Paid-Fee-Dock-et:*

6

7

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

**Douglas Vern Hulstedt**

*Claimant/Witness/Beneficiary;*
*Adversely Affected and Aggrieved*

*Vs.*

**Robert Andres Bonta, Attorneys,**

**#202668, Laurie Rose Lubiano,**

**Attorneys #152171,  STATE BAR OF**

**CALIFORNIA *[CHARTER]* =**

***Insurance-Guarantors by the***

***Bar # Policies,***

*Defendants et.al;*

**Does/Roes 1-25;**

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

**Case No: 23CV02003-JSC**

# MOTION-NOTICE

**MANDATORY JUDICIAL NOTICED**
**EVIDENCE CONCERNING "FORCED**
**REPRESENTATION" OF A**
**CORPORATION BY  THE ATTORNEYS**
**WHO ACT IN CONCERT TO DEPRIVE**
**RIGHTS FOR THE JUDGE TO STOP AND**
**NOTICE AND MAKE AN APPEALABLE**
**RULING ON THE HEARING DATE**
**BELOW AS TO WHY RIGHTS WERE**
**NOT PROTECTED AND TO STOP AND**
**CORRECT THE WRONGS AND AS**
**NOTED THAT THE CALIFORNIA**
**COURTS ROUTINELY USE AND FORCE**
**NON-ATTORNEYS TO HIRE A SO**
**CALLED LICENSED ATTORNEYS TO**
**REPRESENT THEIR CORPORATIONS,**
**SEE MERCO CONSTRUCTION**
**ENGINEERS V. MUNICIPAL COURT,**

23

24

25

26

27

**Greg W.(?) Chambers,**

**Attorneys, #237509**

*Defendant/Trespasser*

*Doe #1 et.al;*

)
)
)
)
)
)
)
)
)

**EXHIBIT 1,**

**METHOD OF PROCESS,**

**DATE: AUGUST 3, 2023**
**TIME: 10:00 A.M.**
**ROOM: 8-19TH FLOOR;**

28

~ 1 ~

**MOTION-NOTICE CONCERNING FORCED REPRESENTATION**
**Copyrighted-Works this Document-Contract-Claims by the Douglas Vern Hulstedt**

*__To All Officers and Employees of the UNITED STATES DISTRICT COURTS; I, a__*
*__man in the Name of Lord Almighty I accept your Oath(s), bind you to the same and__*
*__command you do justice. I waive all customary rules of law and other procedural__*
*__impediments, I am not an attorney nor am I trained in law and I expect my rights to be__*
*__protected by thee Public-Fiduciaries……..."Witnesses";__*

*__MOTION-NOTICE__*  *__by the Beneficiary having the Right to Claim about__*
*__Wrongs being Committed by Attorneys/Trustees/Publishers/Copyright-Works-__*
*__Trespassers/Witnesses__* *and* by accepting the "**Valid" "Oath of Office"** of any <u>Public-</u>
<u>Fiduciary-Trustee</u> or "**Placeholder-Witness**" concerning these matters for the equal
protections of the law with my Adoption of the Bill of Rights for the Due-Processes and
by accepting the public record **"Official-Bonds"** or any other **"Insurance-Policies"**
that may apply concerning fraud or employee misconduct/dishonesty and by entering
and the making of this **MOTION-NOTICE CONCERNING FORCED**
**REPRESENTATION** before this Court of Record by the Article III Venue as the
Claimant/Witness/Beneficiary to protect my Beneficial Property Rights against Trespass
or **Breach of Fiduciary-Trust, "Dishonest-Services",** *continuing*, "I", Douglas Vern
Hulstedt, *a man* stake this **Claim** for **"Right to Due-Process before Property** *is taken*
*or damaged or slandered or placed in custody or else or done***,** by the *__knowledge of__*
*__this__* **MOTION-NOTICE CONCERNING FORCED REPRESENTATION** for the
**"<u>Due-Process to be Restored and Compensated for the Damages</u>". NOTE:** The
citation of state and federal statutes, codes, rules, regulations, and court citations, within
any document-contract created by me and not copyrighted by me, is only to notice my
servants that which is applicable to them and is not intended, nor shall be construed, to
mean that I confer, submit to, claim rights to or have entered into any jurisdiction

~ 2 ~

alluded to thereby, by the following *11.4 Grade-Comprehension-Level per the Flesch-Kincaid this Document-Contract-Claims;* **MOTION-NOTICE MANDATORY JUDICIAL NOTICED EVIDENCE CONCERNING "FORCED REPRESENTATION" OF A CORPORATION BY THE ATTORNEYS WHO ACT IN CONCERT TO DEPRIVE RIGHTS FOR THE JUDGE TO TAKE NOTICE AND MAKE AN APPEALABLE RULING ON THE HEARING DATE BELOW AS TO WHY RIGHTS WERE NOT PROTECTED AND TO STOP AND CORRECT THE WRONGS AND AS NOTED THAT THE CALIFORNIA COURTS ROUTINELY USE AND FORCE NON-ATTORNEYS TO HIRE A SO CALLED LICENSED ATTORNEYS TO REPRESENT THEIR CORPORATIONS, SEE MERCO CONSTRUCTION ENGINEERS V. MUNICIPAL COURT, EXHIBIT 1, METHOD OF PROCESS, DATE: AUGUST 3, 2023, TIME: 10:00 A.M., ROOM: 8-19TH FLOOR;**

**ALL RIGHTS RESERVED WAIVE-NONE;**
*RESERVATION FOR ALL WRITS;*
*"FOR RESTRAINT OF LIBERTIES, NOW IN CUSTODY"*;
*and Wishing for Honest-Attorney-Re-Presentations;*



:Flag: Title: ~4, Section: ~1-3

**Verified by**:___*Douglas Vern Hulstedt*
The United States of America
Claimant/Witness/Injured
Beneficiary-Claimant *for*
DOUGLAS VERN HULSTEDT, M.D.
**CORPORATION #3260008/A42397,**
**"Copyright-Claimant".**

~ 3 ~

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 1

~ 4 ~

**MOTION-NOTICE CONCERNING FORCED REPRESENTATION**
Copyrighted-Works this Document-Contract-Claims by the Douglas Vern Hulstedt

1 | **Douglas Vern Hulstedt**
2 | **℅ 2511 Garden Road, Building-C #100**
| **Monterey, California 93940**                *By-Registered-Mail #*
3 | **Tel: (831) 899-5900**                     $\mathcal{RE}$108581352US.
| *Claimant/Witness/Beneficiary*                *:Paid-Fee-Dock-et:*
4 |
5 | *Robert Andres Bonta et.al. as*
| *Attorneys/Trustees for the Accused*
6 |
7 |
8 |                     **BEFORE THE**
|            **MEDICAL BOARD OF CALIFORNIA**
9 |          **DEPARTMENT OF CONSUMER AFFAIRS**
10 |                **STATE OF CALIFORNIA**
11 |
12 | In the Matter of the Accusations Against:  )      **Case No. 800-2021-079497**
| )
13 | **DOUGLAS HULSTEDT, M.D.,**        )  **CLAIM FOR RECONSIDERATION BY**
| ***CORPORATION # 3260008***          ) **THE 5ᵀᴴ AMENDMENT IN WHICH DUE-**
14 | )      **PROCESS HAS BEEN GROSSLY**
| )   **VIOLATED AFTER THE FACT, THE**
15 | *Accused*                 ) **DECISION BY THE BOARD IS VOID OF**
16 | _____ ) **THE "PANOPLY" OF DUE-PROCESS IN**
| )   **DIRECT CONTRIDICTION TO THE**
17 | **Douglas Vern Hulstedt**        ) **BOARDS SO CALLED TRIGGERING OF**
| *Counter-Claimant-Beneficiary*     )**DUE PROCESS WHEN AN ACCUSATION**
18 | *vs.*                   ) **IS MADE, THIS NON-ATTORNEY HAS**
19 | **Robert Andres Bonta, William Prasifka** ) **BEEN FORCED INTO REPRESENTING**
| )      **HIS INTERESTS BY THE**
20 | *Respondents et.al. as Actors in Concert* )**CORPORATION #3260008 WHILE BEING**
| )   **EXTORTED WITHOUT THE NATURE**
21 | _____ ) **AND CAUSES, "A CORPORATION**
| )   **CANNOT REPRESENT ITSELF IN**
22 | *NOTICE TO THE FIDUCIARIES; 18 U.S.C § 2071,* )  **COURT", ROBERT ANDRES BONTA,**
| *Concealment, removal, or mutilation generally (a)* )***ET.AL.*  DID NOT INFORM OR PROTECT**
23 | *Whoever, willfully and unlawfully conceals, removes,* )  **MY INTERESTS OR RIGHTS (SEE)**
| *mutilates, obliterates, or destroys, or attempts to do so,* )***MERCO CONSTRUCTION ENGINEERS V.***
24 | *or, with intent to do so takes and carries away any* )      ***MUNICIPAL COURT;***
| *record, proceeding, map, book, paper, document, or other* )
25 | *thing, filed or deposited with any clerk of officer of any* )
| *court of the United States, shall be fined under this title or* )      **EXHIBITS 1, 2, 3, 4,**
26 | *imprisoned not more than three years, or both.* )
| *Cal Gov Code §6200/6201, Cal Pen Code § 135* )      **METHOD OF PROCESS;**
27 | _____ )
28 |

|                **CASE NO. 800-2021-079497 CLAIM FOR RECONSIDERATION BY THE 5ᵀᴴ AMENDMENT**
|                **Copyrighted-Works this Document-Contract by the Douglas Vern Hulstedt, Author**

Page 1

1
2
3
4   *CLAIM FOR RECONSIDERATION <u>by the Beneficiary having the right</u>*

5   *<u>to complain about wrongs being committed by Attorneys/Trustees</u> and* by accepting the

6   "Valid" "Oath of Office" of any Public-Fiduciary-Trustee or **"Placeholder"** concerning

7   this matter for the equal protections of the law with my Adoption of the Bill of Rights for

8   the Due-Processes and by accepting the public record **"Official Bond"** or any other

9   insurance-policies that may apply concerning fraud or employee misconduct/dishonesty

10  and by entering and the making of this **special-appearance-visitation-notice** before this

11  administrative-court as the Claimant/Witness/Beneficiary to protect my Beneficial

12  Property Rights against Trespass or Breach of Fiduciary-Trust, "I", Douglas Vern

13  Hulstedt, *a man* stake this Claim for Reconsideration, acknowledgement, **EXHIBITS 1,**

14  **2, 3, 4** and Method of Process for the **"Due-Process"** *<u>Guaranteed by the Bill of Rights</u>.*

15  **NOTE:** The citation of state and federal statutes, codes, rules, regulations, and court

16  citations, within any document-contract created by me and not copyrighted by me, is only

17  to notice my servants that which is applicable to them and is not intended, nor shall be

18  construed, to mean that I confer, submit to, claim rights to or have entered into any

19  jurisdiction alluded to thereby, by the following; **CLAIM FOR RECONSIDERATION**

20  **BY THE 5ᵀᴴ AMENDMENT IN WHICH DUE-PROCESS HAS BEEN GROSSLY**

21  **VIOLATED AFTER THE FACT, THE DECISION BY THE BOARD IS VOID OF**

22  **THE "PANOPLY" OF DUE-PROCESS IN DIRECT CONTRIDICTION TO THE**

23  **BOARDS SO CALLED TRIGGERING OF DUE PROCESS WHEN AN**

24  **ACCUSATION IS MADE, THIS NON-ATTORNEY HAS BEEN FORCED INTO**

25  **REPRESENTING HIS INTERESTS BY THE CORPORATION #3260008 WHILE**

26  **BEING EXTORTED WITHOUT THE NATURE AND CAUSES, "A**

27  **CORPORATION CANNOT REPRESENT ITSELF IN COURT", ROBERT**

28  **ANDRES BONTA, *ET.AL.* DID NOT INFORM OR PROTECT MY INTERESTS**

Page 2

1   OR RIGHTS (SEE) *MERCO CONSTRUCTION ENGINEERS V. MUNICIPAL*

2   *COURT,* EXHIBITS 1, 2, 3, 4, METHOD OF PROCESS;

3

4

5   ## MERCO CONSTRUCTION ENGINEERS V. MUNICIPAL COURT

6

7   **New found information,** the cite for the Attorneys/Witnesses is: 21 Cal. 3d 725. This
    rule of "Entities must hire an Attorney" applies even though a particular corporation

8   **(HULSTEDT CORPORATION #3260008)** or limited-liability-company is just you.

9   The rule also applies even if the case your entity is involved in a super simple or
    completely frivolous claim, etc;

10

11  California statutes provide for two exceptions to this rule that a legal entity cannot
    represent itself in court and must hire an Attorney;

12

13      1.  First, a legal entity may be represented by a Non-Attorney in a small claims court
            action. This is under Code of Civil Procedure section 116.540(b). Under Code of

14          Civil Procedure section 116.530, Attorneys in California generally cannot
            represent clients in small claims court actions [**"Ostly" Case No. 22SC018927**

15          ***"Bait and Switch" Unlawfully* moved into Federal-Court by *Unknown Actors*].**

16      2.  Second, a Non-Attorney can appear for a legal entity at a debtor's exam under
            Code of Civil Procedure section 708.150(d).

17

18  The Judicial Significance is a serious **Breach of Trust** has and is continuing to occur,

19  Attorneys *et.al.* are refusing to protect Rights in an outright violation of Constitutional
    Rights specifically but not limited to the 4th and 5th Amendments by the Due-Process.

20  Standard of care was in fact followed despite the unfounded "opinion" of Deborah
    Lehman (*a paid informant who only is "one" so called expert witness with her opinion of*

21  *the "practice" of medicine*) who has perjured her Hippocratic Oath. The notion that Dr.

22  Lehman's opinion is persuasive is nonsensical as there are many doctors that see it
    otherwise;

23

24  As far as the refusal to produce Medical Records in which are my private copyrighted
    professional product works, I have not seen any verified sworn complaint authorizing the

25  Board to seek records from "Patient 1's Mother who is only an "Informant" when

26  actually the State using deceptive-practices is the Trustee of the Patient 1 until the age of
    18. Whereas the Father now deceased would have had the authority as the creator

27  "Father" of the Patient 1 = Estate. The Medical Board and the Attorneys *et.al.* have

28  refused to protect Rights concerning my interests specifically the 4th and 5th

Page 3

Amendments. I am not an Attorney and not trained in law but it is clear on the record that Rob Andres Bonta, Attorneys/Public-Fiduciary-Trustees in this matter by their representations of my interests have clearly breached their fiduciary duties not providing me Due-Process, using deceptive practices and procedures by their attempts to extort monies and bankrupt my corporate business #3260008/A42397 without any proof of claims against a Doctor with 43 years plus experience of "Practice". To this day none of the actors involved in this matter have provided me with any verified written ruling in law or findings of facts as to the issues concerning Medical Records and Constitutional Rights even though it has been clearly challenged in this record at a **12th grade comprehension level**, *see* **(EXHIBIT 2);**

And as far as the "Refusal to Participate in Hearing in Good Faith" *in line* 31, "*documents that did not state any cognizable pre hearing motions*" this statement is a **fraud** as I am not an Attorney but several motions were entered on record by the questions 1-28, Enacting Clauses for any laws that were violated, subpoena for Robert Andres Bonta *etc.* some 15 plus inquires to the Medical Board were entered-docketed, none were answered, all 5th Amendment violations of the Law. Robert Andres Bonta, Attorneys have perjured their Oaths of Offices. This Medical Board and its Attorneys *et.al.* have discriminated against me and my interests in a scheme to extort my property assets by violating Due-Process. *In line* 33, "*He did not mean by this phrase that he lacked comprehension*" here we have Medical Board Fiduciaries now claiming what my thought process is! I have attempted to retain counsel with no availability it seems that no Attorneys want to touch this matter so I had to rely on Robert Andres Bonta, Attorney(s) *et.al.* to protect my rights in which they did not;

To this date on the issue of "Costs" **no** Bill of Particulars **no** Proof of Claims or requirements on payments have been served upon me therefore **I OBJECT TO THE "PROPOSED" DECISION!** for cause;

## NOTE:ADMINISTRATIVE PROCEDURES ACT 1946

The significance of the Administrative Procedures Act 1946 is that **Robert Andres Bonta** *a supposed* highly trained Attorney(s) **(EXHIBIT 3)** who are supposed to know the Law and to protect the Law have violated my Rights for Due-Process (5th Amendment) and continues to do so after being duly noticed of their acts. They and **William Prasifka** *et.al.* refuse to answer, the damage is done! This is **"Ripe and Ready for Review"** in Federal Court on many Federal questions;

CASE NO. 800-2021-079497 CLAIM FOR RECONSIDERATION BY THE 5TH AMENDMENT
Copyrighted-Works this Document-Contract by the Douglas Vern Hulstedt, Author

1
2
3

# <u>CONCLUSION</u>

4
5

**Robert Andres Bonta, Attorneys** *et.al.* have perjured their Oath of Offices against The United States, The State of California = ***Respondeat Superiors*** and to their insurance company commonly known as The State Bar of California with accusations in this matter that are unfounded and without Due-Process, this is nothing more than a <u>**Malicious-Prosecution using Negligent-Abuse of Process under Color of Law by Strict Liabilities for Defective-Product-Works including Intentional-Conspiracy to Commit-Extortion by the Witnesses**</u> by him and his <u>**co-actors**</u> for a *secret agenda* concerning the medical industry and current events. It seems that no Honest Attorney will protect the Constitution or my Rights, as Proof of Claim *see* **(EXHIBIT 2)** in which no Substantial-Due-Process was given, *therefore* <u>**I OBJECT TO THESE MATTERS IN ITS ENTIRETY!**</u>

6
7
8
9
10
11
12
13

        **EXHIBIT 1 = Medical Board Decision**
        **EXHIBIT 2 = 5TH Amendment Violations**

14
15

        **EXHIBIT 3 = Form 56, Attorney Representation**
        **EXHIBIT 4 = Fee Schedule for Ongoing Damages**

16
17

        **ALL RIGHTS RESERVED WAIVE-NONE**
        ***RESERVATION FOR ALL WRITS***

18
19

        ***"FOR RESTRAINT OF LIBERTIES"***

20
21

    Verified by: ***Douglas Vern Hulstedt***

22

        The United States of America

23

        Claimant/Witness/Injured

24

        Beneficiary-Complainant *for*

        DOUGLAS VERN HULSTEDT, M.D.,

25

        **CORPORATION #3260008/A42397**

26
27
28

**CASE NO. 800-2021-079497 CLAIM FOR RECONSIDERATION BY THE 5TH AMENDMENT**
Copyrighted-Works this Document-Contract by the Douglas Vern Hulstedt, Author

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 1

BEFORE THE
MEDICAL BOARD OF CALIFORNIA
DEPARTMENT OF CONSUMER AFFAIRS
STATE OF CALIFORNIA

In the Matter of the Accusation Against:

Douglas Vern Hulstedt, M.D.

Case No.  800-2021-079497

Physician's and Surgeon's
Certificate No.  A 42397

Respondent.

## DECISION

The attached Proposed Decision is hereby adopted as the Decision and Order of the Medical Board of California, Department of Consumer Affairs, State of California.

This Decision shall become effective at 5:00 p.m. on February 17, 2023.

IT IS SO ORDERED January 18, 2023.

MEDICAL BOARD OF CALIFORNIA

Laurie Rose Lubiano, J.D., Chair
Panel A

DCU'55 (Rev 67-2021)



**MEDICAL BOARD**
OF CALIFORNIA

Protecting consumers by advancing high quality, safe medical care.

**Enforcement Program**
2005 Evergreen Street, Suite 1200
Sacramento, CA 95815-5401
Phone: (916) 263-2525
Fax: (916) 263-2473
www.mbc.ca.gov

Gavin Newsom, Governor, State of California | Business, Consumer Services and Housing Agency | Department of Consumer Affairs

January 18, 2023

Douglas Vern Hulstedt, M.D.
2511 Garden Rd # C100
Monterey, CA 93940-5333

Dear Dr. Hulstedt:

Enclosed is a copy of the Decision in the matter of the Accusation filed against you. Please note that this Decision shall become effective at 5:00 p.m. on February 17, 2023.

If you wish to file a Petition for Reconsideration pursuant to Government Code section 11521, the petition must be received prior to the effective date of the Decision. However, please be aware the Board needs approximately one week to process a petition for reconsideration. Attached is a copy of the Government Code section for your review.

Sincerely,

Regina Rodriguez
Associate Governmental Program Analyst
Discipline Coordination Unit

Attachment

CERTIFIED MAIL

cc:     Thomas Ostly, Deputy Attorney General, San Francisco
        Juliet E. Cox, Administrative Law Judge, Oakland

MBC Case # 800-2021-079497

BEFORE THE
MEDICAL BOARD OF CALIFORNIA
DEPARTMENT OF CONSUMER AFFAIRS
STATE OF CALIFORNIA

In the Matter of the Accusation Against:

DOUGLAS VERN HULSTEDT, M.D.,

Physician's and Surgeon's Certificate No. A 42397

Respondent.

Agency Case No. 800-2021-079497

OAH No. 2022100013

PROPOSED DECISION

Administrative Law Judge Juliet E. Cox, State of California, Office of Administrative Hearings, heard this matter on November 8, 2022, by videoconference.

Deputy Attorney General Thomas Ostly appeared for complainant William Prasifka, Executive Director of the Medical Board of California.

Respondent Douglas Vern Hulstedt, M.D., appeared representing himself.

The matter was submitted for decision on November 8, 2022.

## FACTUAL FINDINGS

1.      The Medical Board of California (Board) issued Physician's and Surgeon's Certificate No. A 42397 to respondent Douglas Vern Hulstedt, M.D., on December 30, 1985. At the time of the hearing, this certificate was active and was scheduled to expire December 31, 2023.

2.      Acting in his official capacity as Executive Director of the Board, complainant William Prasifka signed an accusation against respondent on July 27, 2022. Respondent timely requested a hearing.

3.      Complainant alleges that respondent committed extreme departures from the medical standard of care by giving advice and issuing statements exempting a child (Patient 1) on medical grounds from all vaccination, and that respondent violated Business and Professions Code section 2225.5 by refusing to release Patient 1's medical records to the Board in response to a request accompanied by parental authorization and later in response to a court order. On these grounds, complainant seeks revocation of respondent's certificate, civil monetary penalties, and reimbursement of enforcement costs.

### Vaccination Exemptions for Patient 1

4.      Patient 1 was born in mid-2011. He received some early childhood vaccinations between 2011 and 2013.

5.      Patient 1's parents disagreed as to whether Patient 1 should receive additional vaccinations. A family court order regarding Patient 1 required his parents to make his medical decisions jointly, however.

2

6.    On August 19, 2015, when Patient 1 was four years old, Patient 1's father took Patient 1 to respondent, a pediatrician in Monterey.[1] Respondent gave Patient 1's father a note, written on a prescription form and signed by respondent, stating, "Pt. family [with] autoimmune issues. 0 further vaccines recommended." Patient 1's parents used this note to satisfy a preschool's requirement that they demonstrate either that Patient 1 was up to date on his routine childhood vaccinations or that he met one of the then-existing criteria for exemption from those vaccinations. (See Health & Saf. Code, § 120325 et seq.) Respondent knew when he gave Patient 1's father this note that Patient 1's father intended to use it in this manner.

7.    Medical records from the San Francisco pediatric practice where Patient 1's mother took him regularly (GetzWell Personalized Pediatrics) include a few records about Patient 1 from respondent. A note by respondent from his evaluation of Patient 1 on August 19, 2015, states "Mother Graves Disease."[2] It references no other autoimmune disease in Patient 1's family.

8.    On May 22, 2017, in preparation for enrolling Patient 1 in full-day school, Patient 1's mother conferred by telephone with GetzWell Personalized Pediatrics pediatrician Julia Getzelman, M.D., about additional vaccinations. Dr. Getzelman recommended them, noting that Patient 1's mother said he had "not had any trouble" with prior vaccines and that Patient 1 had "no neuro-developmental concerns."

---

[1] No evidence established whether respondent ever had met Patient 1 or his family before August 19, 2015.

[2] Graves' disease is an autoimmune disorder that causes hyperthyroidism.

3

9.    The next day, Patient 1's father again took Patient 1 to respondent. Respondent gave Patient 1's father another note, written on a prescription form and signed by respondent, stating, "Pt. [with] family hx of autoimmune [disease]. No vaccines recommended." Respondent also gave Patient 1's father a signed letter stating that Patient 1 "is exempt from vaccinations until 21 years of age, due to family autoimmune disease. This includes DTAP, Hep A, Hep B, Tdap, IPV, HIB, PREVNAR, MMR, VARICELLA, Meningococcal, Flu Vaccine, and Gardasil."

10.    Records in evidence from respondent's examination of Patient 1 on May 23, 2017, are only partially legible. Handwritten notes state that Patient 1 sometimes has "puffy eyes," and "strong reactions" to "bug bites." They also state, "Autoimm. dad and mom," "from time he was born constantly throwing up," "psoriasis, eczema, hyperhidrosis," "food allergies," and "celiac disease." These notes reflect a discussion with Patient 1's father, not any primary diagnoses by respondent based on examination, health history reflected in medical records, or laboratory testing.

11.    Patient 1's mother conferred several times during the next few years with pediatricians at GetzWell Personalized Pediatrics and with Patient 1's father about vaccinating Patient 1. Patient 1 underwent extensive allergy testing, including testing specifically to identify potential allergies to various common vaccine preparations, which did not show that Patient 1 was likely to have any allergic reaction to any vaccine. Dr. Getzelman and her colleague Nicole Glynn, M.D., advised Patient 1's parents on multiple occasions that Patient 1 was a generally healthy child who had no medical reason not to receive routine childhood vaccinations. Nevertheless, no one was able to persuade Patient 1's father to consent to Patient 1's receiving further vaccines.

///

4

12.   Eventually, the family court overseeing custody issues between Patient 1's parents addressed their conflict over whether Patient 1 should receive additional vaccinations. In January 2021, respondent provided a declaration to the family court supporting Patient 1's father's wish that Patient 1 receive no further vaccinations. Respondent's declaration emphasized his medical credentials and long experience as a pediatrician. He explained his beliefs that vaccination already had harmed Patient 1 and that further vaccination would be medically risky.[3]

## Standard of Care Regarding Childhood Vaccinations

13.   Deborah Lehman, M.D., testified on complainant's behalf, after having reviewed records about Patient 1 and prepared a report. Dr. Lehman holds a California physician's and surgeon's certificate and is board-certified in pediatrics and pediatric infectious diseases. She is a clinical professor at the University of California, Los Angeles, School of Medicine.

14.   The American Academy of Pediatrics (AAP) and the United States Centers for Disease Control and Prevention (CDC) issue and regularly update guidance for clinicians regarding diagnosing, treating, and preventing infectious disease. This guidance explains these organizations' recommendations for achieving effective

---

[3] Based on Patient 1's mother's complaint to the Board, complainant alleges that the family court ordered that Patient 1's mother could arrange vaccinations for Patient 1. Complainant alleges further that Patient 1's father reacted to this order by killing both Patient 1 and himself. No non-hearsay evidence addressed these allegations.

5

immunity to infectious disease through vaccination,[4] and also their recommendations regarding circumstances in which a patient should not receive vaccination.

15. Dr. Lehman gave several examples of vaccine "contraindications," which are circumstances in which the AAP and CDC guidelines would counsel against vaccinating a particular patient with a particular product or at a particular time. These guidelines identify no circumstances in which every vaccine would be contraindicated for a patient during the patient's entire childhood, no matter what disease the vaccine targets, what mechanism of action it uses, or what specific ingredients it has.

16. Dr. Lehman noted that neither a family history of autoimmune disease generally, nor a parental history of Graves' disease specifically, is a contraindication to any vaccination. Although a history of extreme allergic reaction to a specific vaccine preparation or ingredient may be a contraindication to further vaccination with the offending product, ordinary environmental or seasonal allergies (such as to pollen, dander, dust, insect bites, or foods) are not vaccine contraindications. Finally, Dr. Lehman noted that Patient 1's documented medical history of eczema would have put him at greater risk of serious harm from some vaccine-preventable diseases (such as chicken pox) than a child without eczema; as to these diseases, Patient 1's eczema was a strong personal reason for him to receive vaccination, not to avoid it.

---

[4] "Vaccination," as Dr. Lehman used that term, means use of a pharmaceutical product to induce immune response to one or more infectious microorganisms. Dr. Lehman explained that vaccine products vary widely with respect to their ingredients, and also with respect to the mechanisms by which they cause recipients to develop immune response.

6

17.     Dr. Lehman testified that the standard of care in California for pediatricians is to follow the AAP and CDC guidelines with respect to vaccination. A pediatrician should recommend and administer vaccines to children in accordance with the guidelines, modifying the guidelines' vaccination schedules only for patients as to whom the pediatrician diagnoses and documents vaccine contraindications that also conform to the guidelines.

18.     Upon review of all medical records available to her about Patient 1, Dr. Lehman identified no contraindication to Patient 1's receiving vaccinations in accordance with the AAP and CDC guidelines. In particular, in reviewing the sparse, cryptic records available from respondent, she identified no basis for him to have advised Patient 1's father against vaccinating Patient 1, and no basis for respondent to have issued "medical" exemptions for Patient 1's parents to present to his schools. In Dr. Lehman's opinion, respondent's advice to Patient 1's father and the medical exemptions respondent issued were extreme departures from the standard of care.

19.     Respondent did not testify to explain his medical reasoning with respect to the recommendations he made regarding Patient 1. Furthermore, respondent offered no expert opinion to contradict Dr. Lehman's opinion. Finally, as described below in Findings 21 through 30, if respondent had any other medical records about Patient 1 that might have explained his reasoning,[5] he refused to provide them.

///

---

[5] Records from GetzWell Personalized Pediatrics include a note from a "Well Child Visit" among respondent, Patient 1, and Patient 1's father on October 22, 2020, stating respondent's view that "vaccines always have unavoidable risks."

20.     Dr. Lehman's opinion is persuasive. The standard of care for a California pediatrician considering whether a child should or should not receive any particular childhood vaccination is to evaluate the child in accordance with the AAP and CDC guidelines.

a.      By issuing long-term exemptions from all vaccination to Patient 1 on putative "medical" grounds, without evaluating Patient 1 carefully and thoroughly in accordance with the AAP and CDC guidelines, respondent committed extreme departures from the standard of care.

b.      Moreover, the medical records about Patient 1 that were in evidence from GetzWell Personalized Pediatrics showed that if respondent had evaluated Patient 1 in accordance with the AAP and CDC guidelines, he could have satisfied the standard of care only by recommending routine vaccinations to Patient 1. On this basis as well, respondent committed extreme departures from the standard of care by granting, rather than refusing, Patient 1's father's request for "medical" exemptions to vaccination.

## Refusal to Produce Medical Records

21.     Patient 1's mother complained to the Board that respondent had grossly misinformed Patient 1's father, and had issued unwarranted vaccination exemptions for Patient 1. She provided some documents with her complaint, and authorized the Board to seek records about Patient 1 from several physicians, including respondent.

22.     On October 4, 2021, Board Special Investigator Chris Jensen mailed Patient 1's mother's authorization to respondent, and requested certified copies of all respondent's medical records regarding Patient 1.

8

23.     Respondent replied to this request by letter dated October 22, 2021, titled, "CONDITIONAL ACCEPTANCE READ CAREFULLY." He provided no records, no statement to the effect that he had no records, and no comprehensible or potentially meritorious objection to Jensen's request.[6]

24.     On November 18, 2021, a Board staff member personally served an investigative subpoena to respondent, demanding that he produce his complete medical records regarding Patient 1.

25.     In response to the subpoena described in Finding 24, respondent sent Jensen a letter reminding Jensen that respondent had made the demands in the letter identified above in Finding 23 and offering Jensen an additional three days to reply to these demands. He provided no records, no statement to the effect that he had no records, and no comprehensible or potentially meritorious objection to the subpoena.

26.     In January 2022, acting in her official capacity as Director of the California Department of Consumer Affairs, Kimberly Kirchmeyer filed a petition in the San Francisco Superior Court for an order compelling respondent to comply with the subpoena described in Finding 24.

27.     Respondent did not oppose the petition described in Finding 26 in the court. He did send Jensen a document on February 16, 2022, titled, "NOTICE OF

---

[6] The response included 35 numbered paragraphs, beginning with a demand that Jensen prove "that this a proper venue for me to testify in" and ending with a lengthy statement purporting to be an excerpt from a *British Medical Journal* article regarding medical experimentation on human subjects. It instructed Jensen to reply "under your full commercial liability, rebutting each of the points of the undersigned."

9

VIOLATION OF ESTOPPEL AND LAWFUL CLAIM FOR DAMAGES," demanding that Jensen cease all efforts to require any action from respondent and enclosing respondent's "fee schedule" for any further "violation of my natural, unalienable, constitutionally protected and secured Rights."

28.     On April 5, 2022, the San Francisco Superior Court entered an order directing respondent to comply on or before April 18, 2022, with the subpoena described in Finding 24. A Board staff member served that order to respondent the same day.

29.     On April 16, 2022, respondent sent notice to Jensen and to Kirchmeyer's counsel that he needed "leave of court for 45 days" to provide a proper response to the order described in Finding 28. He decorated this notice with two-cent postage stamps, and styled himself as "Douglas-Vern: Hulstedt, Beneficiary."

30.     As of the hearing date, respondent had provided no medical records regarding Patient 1 to the Board, and no statement or testimony to the effect that he has no such records.

**Refusal to Participate in Hearing in Good Faith**

31.     Before the hearing, respondent barraged complainant's counsel as well as the Office of Administrative Hearings by mail with documents that did not state any cognizable prehearing motions. At the hearing, he repeatedly demanded that the administrative law judge and complainant's counsel answer irrelevant or incomprehensible questions, and asserted the same objections over and over.

32.     Despite having clearly requested a hearing, respondent declined at the hearing to offer any documents into evidence, and also declined to testify or to offer

10

testimony from any other witnesses. Respondent attempted only to call witnesses to whom he had not served subpoenas in accordance with the Administrative Procedure Act, and who could not in any event have offered relevant testimony.

33.     Respondent stated repeatedly throughout the hearing that he did not "understand" the proceedings. He did not mean by this phrase that he lacked comprehension. Rather, he meant that he did not acknowledge either the Board's or the administrative law judge's authority.

## Costs

34.     Since January 1, 2022, the Board has incurred $520 in costs for investigative services relating to this matter. Complainant's claim for reimbursement of these costs is supported by a declaration that complies with California Code of Regulations, title 1, section 1042, subdivision (b)(1). The costs are reasonable.

35.     Since January 1, 2022, the Board also has incurred $49,040 in costs for legal services provided to complainant by the California Department of Justice in this matter. Complainant's claim for reimbursement of these costs is supported by a declaration that complies with California Code of Regulations, title 1, section 1042, subdivision (b)(2). The costs are reasonable in light of the matters summarized in Findings 31 through 33.

## LEGAL CONCLUSIONS

1.     The Board may take disciplinary action against respondent only if clear and convincing evidence establishes cause for such action. The factual findings above rest on clear and convincing evidence.

11

## Unprofessional Conduct

2.     The Board may suspend or revoke respondent's physician's and surgeon's certificate if he has engaged in unprofessional conduct (Bus. & Prof. Code, §§ 2227, 2234.)

### VACCINE RECOMMENDATIONS AND EXEMPTIONS

3.     Unprofessional conduct includes medical practice reflecting gross negligence, repeated negligence, or incompetence. (Bus. & Prof. Code, § 2234, subds. (b), (c), (d).) The matters stated in Findings 4 through 20 constitute cause for discipline against respondent for gross negligence, repeated negligence, and incompetence.

### FAILURE TO PRODUCE MEDICAL RECORDS

4.     Unprofessional conduct also includes failing or refusing to comply with a court order directing a physician to produce medical records for a Board investigation. (Bus. & Prof. Code, §§ 2225.5, subd. (d), 2234, subd. (a).) The matters stated in Findings 21 through 30 constitute cause for discipline against respondent for such failure.

## Civil Monetary Penalties

5.     Business and Professions Code section 2225.5., subdivisions (a)(1) and (e), authorize the Board to impose a civil monetary penalty of $1,000 per day, up to a maximum of $10,000, for a physician's failure or refusal to provide records to the Board in response to a request that includes the patient's authorization to release the records. The matters stated in Findings 21 through 23, 25, and 30 constitute cause to impose the maximum penalty of $10,000 for respondent's failure to provide the requested records to the Board.

12

6.      Business and Professions Code section 2225.5., subdivisions (b)(1) and (e), also authorize the Board to impose a civil monetary penalty of $1,000 per day, up to a maximum of $10,000, for a physician's failure or refusal to provide records to the Board in response to a court order enforcing a subpoena for those records. The matters stated in Findings 24 through 30 constitute cause to impose the maximum penalty of $10,000 for respondent's failure to provide the requested records to the Board in response to the court order enforcing the subpoena.

## Costs

7.      A physician who has committed a violation of the laws governing medical practice in California may be required to pay the Board the reasonable costs of the investigation and enforcement of the case, but only as incurred on and after January 1, 2022. (Bus. & Prof. Code, § 125.3.) The matters stated in Findings 34 and 35 establish that these costs for this matter total $49,560.

8.      In *Zuckerman v. State Bd. of Chiropractic Examiners* (2002) 29 Cal.4th 32, the California Supreme Court set forth the standards by which a licensing board or bureau must exercise its discretion to reduce or eliminate cost awards to ensure that the board or bureau does not deter licensees with potentially meritorious claims from exercising their administrative hearing rights. The court held that a licensing board requesting reimbursement for costs relating to a hearing must consider the licensee's "subjective good faith belief" in the merits of his position and whether the licensee has raised a "colorable challenge" to the proposed discipline. (*Id.*, at p. 45.) The board also must consider whether the licensee will be "financially able to make later payments." (*Ibid.*) Last, the board may not assess full costs of investigation and enforcement when it has conducted a "disproportionately large investigation." (*Ibid.*)

13

9.     All these matters have been considered. They do not justify any reduction in respondent's obligation to reimburse the Board for its reasonable costs.

## Disciplinary Considerations

10.     The matters stated in Findings 4 through 20 establish that respondent did not base his medical recommendations for Patient 1 on any principle reflecting the community standard of care. He fails to understand, or has affirmatively rejected, scientific concepts regarding disease transmission, immunity, and public health. The Board cannot allow respondent to continue holding himself out to the community as a licensed medical professional.

11.     Moreover, the matters stated in Findings 21 through 33 confirm respondent's belief that the Board lacks authority to investigate or to control his medical practice. Even if respondent's unprofessional conduct arguably might warrant an order placing him on probation, these matters show that the Board could not reasonably expect respondent to comply with any probation conditions or monitoring.

12.     Finally, respondent argued that revocation of his certificate would be overly harsh, because even if his recommendations against vaccinating Patient 1 were unprofessional conduct they caused Patient 1 no actual harm. To the contrary, and as summarized in Findings 4 through 20, respondent not only delayed Patient 1's receipt of immunizations that would have protected Patient 1 and his community against common childhood diseases, but also contributed to conflict between Patient 1's parents. Respondent's failure to appreciate the profound harm he caused confirms that public safety requires the Board to revoke his medical license.

///

14

## ORDER

1.      Physician's and Surgeon's Certificate No. A 42397, held by respondent Douglas Vern Hulstedt, M.D., is revoked.

2.      Respondent shall pay a total civil monetary penalty of $20,000 to the Board: $10,000 under Business and Professions Code section 2225.5, subdivision (a)(1), and $10,000 under Business and Professions Code section 2225.5, subdivision (b)(1).

3.      Respondent shall pay the Board $49,560 to reimburse the Board for its reasonable costs to investigate and prosecute this matter.

DATE: **11/17/2022**

*Juliet E. Cox*

JULIET E. COX
Administrative Law Judge
Office of Administrative Hearings

15

## DECLARATION OF SERVICE BY CERTIFIED AND FIRST-CLASS MAIL

### IN THE MATTER OF THE ACCUSATION AGAINST:

Douglas Vern Hulstedt, M.D.    Case No.  800-2021-079497

I, the undersigned, declare that I am over 18 years of age and not a party to the within cause; my business address is 2005 Evergreen Street, Suite 1200, Sacramento, California 95815. I served a true copy of the attached:

### DECISION AND ORDER

by mail on each of the following, by placing same in an envelope (or envelopes) addressed (respectively) as follows:

### NAME AND ADDRESS

Douglas Vern Hulstedt, M.D.
2511 Garden Rd # C100
Monterey, CA 93940-5333

Thomas Ostly
Deputy Attorney General
California Department of Justice
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004

Juliet E. Cox
Administrative Law Judge
Office of Administrative Hearings

### CERTIFIED MAIL TRACKING NO.

7021 1970 0001 3930 1848
And First-Class Mail

### ELECTRONIC MAIL

**E-File:**
OAHSecureEFile@dgs.ca.gov

Each said envelope was then, on January 18, 2023, sealed and deposited in the United States mail at Sacramento, California, the county in which I am employed, either as certified mail or first-class U.S. mail with the postage thereon fully prepaid and return receipt requested for the certified mail.

Executed on January 18, 2023, at Sacramento, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Regina Rodriguez, Declarant

**Government Code Section 11521**

(a) The agency itself may order a reconsideration of all or part of the case on its own motion or on petition of any party. The agency shall notify a petitioner of the time limits for petitioning for reconsideration. The power to order a reconsideration shall expire 30 days after the delivery or mailing of a decision to a respondent, or on the date set by the agency itself as the effective date of the decision if that date occurs prior to the expiration of the 30-day period or at the termination of a stay of not to exceed 30 days which the agency may grant for the purpose of filing an application for reconsideration. If additional time is needed to evaluate a petition for reconsideration filed prior to the expiration of any of the applicable periods, an agency may grant a stay of that expiration for no more than 10 days, solely for the purpose of considering the petition. If no action is taken on a petition within the time allowed for ordering reconsideration, the petition shall be deemed denied.

(b) The case may be reconsidered by the agency itself on all the pertinent parts of the record and such additional evidence and argument as may be permitted, or may be assigned to an administrative law judge. A reconsideration assigned to an administrative law judge shall be subject to the procedure provided in Section 11517. If oral evidence is introduced before the agency itself, no agency member may vote unless he or she heard the evidence.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 2

Page 7

1   ROB BONTA
    Attorney General of California
2   MARY CAIN SIMON
    Supervising Deputy Attorney General
3   THOMAS OSTLY
    Deputy Attorney General
4   State Bar No. 209234
    455 Golden Gate Avenue, Suite 11000
5   San Francisco, CA 94102-7004
    Telephone: (415) 510-3871
6   Facsimile: (415) 703-5480
    *Attorneys for Complainant*
7

8                          BEFORE THE
                  MEDICAL BOARD OF CALIFORNIA
9             DEPARTMENT OF CONSUMER AFFAIRS
                    STATE OF CALIFORNIA
10

11

12   In the Matter of the Accusation Against:        Case No. 800-2021-079497

13   Douglas Vern Hulstedt, M.D.                      A C C U S A T I O N
     2511 Garden Rd # C100
14   Monterey, CA 93940-5333

15
     Physician's and Surgeon's Certificate
16   No. A 42397,

17                              Respondent.

18

19                              **PARTIES**

20         1.     William Prasifka (Complainant) brings this Accusation solely in his official capacity

21   as the Executive Director of the Medical Board of California, Department of Consumer Affairs

22   (Board).

23         2.     On or about December 30, 1985, the Medical Board issued Physician's and Surgeon's

24   Certificate Number A 42397 to Douglas Vern Hulstedt, M.D. (Respondent). The Physician's and

25   Surgeon's Certificate was in full force and effect at all times relevant to the charges brought

26   herein and will expire on December 31, 2023, unless renewed.

27

28

                                               1

**FROM THE OFFICES OF
DOUGLAS VERN HULSTEDT, M.D.
2511 GARDEN ROAD, BUILDING-C #100
MONTEREY, CALIFORNIA 93940
TEL: (831) 899-5900**

## <u>NOTICE OF DEFENSE</u>

To: **Thomas Ostly,**
**Deputy Attorney General**
455 Golden Gate Avenue, Suite 11000
San Francisco, California 94102
**By Certified-Mail #** *7 2 0 0/0 0 0 7 4 5 4 1 9 2 1*

Dear Sir, I am in receipt of **STATEMENT TO RESPONDENT**, I am responding to your legal instrument as **ATTACHMENT "A"**, 11 pages with this **NOTICE OF DEFENSE**.

I received this Monday August 1, 2022 as it had been signed for by one of the office personnel. My Medical assistant has been on vacation since Monday when I received the legal instrument. I will formally respond and attempt to find competent counsel concerning these accusations and would request 60 days or more to interview several attorneys. Also I hereby request a letter of acknowledgement in noting your understanding.

Sincerely,

By: *Douglas Vern Hulstedt*
**Douglas Vern Hulstedt**

1
2
3
4
5

**Douglas Vern Hulstedt**
**℅ 2511 Garden Road, Building-C #100**
**Monterey, California 93940**
**Tel: (831) 899-5900**
*Claimant/Witness/Beneficiary*
*Without Counsel at this Time*

*By-Registered-Mail #*
*RE527008721US*

6
7
8
9
10
11

## BEFORE THE
## MEDICAL BOARD OF CALIFORNIA
## DEPARTMENT OF CONSUMER AFFAIRS
## STATE OF CALIFORNIA

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

In the Matter of the Accusation Against:

**DOUGLAS VERN HULSTEDT, M.D.**

*Respondent*

_____

**Douglas Vern Hulstedt**

*Claimant/Witness/Beneficiary*
*Third-Party-Rule*

_____

*NOTICE TO THE FIDUCIARIES; 18 U.S.C § 2071,*
*Concealment, removal, or mutilation generally (a)*
*Whoever, willfully and unlawfully conceals,*
*removes, mutilates, obliterates, or destroys, or*
*attempts to do so, or, with intent to do so takes and*
*carries away any record, proceeding, map, book,*
*paper, document, or other thing, filed or deposited*
*with any clerk of officer of any court of the United*
*States, shall be fined under this title or imprisoned*
*not more than three years, or both.*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

**Case No. 800-2021-079497**

**RE: STATEMENT TO RESPONDENT**
[Gov. Code §§ 1504, 11505(b)]

**"VERIFIED"**

**NOTICE OF REQUEST FOR
DISCLOSURES PRE HEARING TO
KNOW THE NATURE AND CAUSE
BY THE DUE PROCESS BY THE
NUMBER POINTS 1 THRU 28,
ADMISSIONS OR DENIALS,
REQUEST PLACED ON RECORD
BEFORE THE FIDUCIARIES, I.E.
ATTORNEYS MAKING CLAIMS
CONCERNING THIS MATTER
WHICH IS A MIS-UNDERSTANDING
BY BOTH SIDES AND
UNINTENTIONAL BY ME AS TO MY
BENEFICIAL INTERESTS**

Page 1

**CASE NO. 800-2021-079497 NOTICE OF REQUEST FOR DISCLOSURES PRE HEARING**
Copyrighted-Works this document by the Douglas Vern Hulstedt

1
2
3
4

**Douglas Vern Hulstedt**
℅ **2511 Garden Road, Building-C #100**
**Monterey, California 93940**
**Tel: (831) 899-5900**
*Claimant/Witness/Beneficiary*
*Without Counsel at this Time*

*By-Registered-Mail #*
*RE527008735US*

5
6
7

## BEFORE THE
## MEDICAL BOARD OF CALIFORNIA
## DEPARTMENT OF CONSUMER AFFAIRS
## STATE OF CALIFORNIA

8
9
10
11
12

In the Matter of the Accusation Against:

**DOUGLAS VERN HULSTEDT, M.D.**

*Respondent*

13
14
15
16

_____

17
18
19

**Douglas Vern Hulstedt**

*Claimant/Witness/Beneficiary*
*Third-Party-Rule*

20

_____

21
22
23
24
25
26
27

***NOTICE TO THE FIDUCIARIES; 18 U.S.C § 2071,***
*Concealment, removal, or mutilation generally (a)*
*Whoever, willfully and unlawfully conceals,*
*removes, mutilates, obliterates, or destroys, or*
*attempts to do so, or, with intent to do so takes and*
*carries away any record, proceeding, map, book,*
*paper, document, or other thing, filed or deposited*
*with any clerk of officer of any court of the United*
*States, shall be fined under this title or imprisoned*
*not more than three years, or both.*

28

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

**Case No. 800-2021-079497**

**RE: STATEMENT TO RESPONDENT**
[Gov. Code §§ 1504, 11505(b)]

## "VERIFIED"
## [MOTION/NOTICE]
LAWFUL DIRECTION IN THE FORM
OF A MOTION DELIVERED TO
THOMAS OSTLY AN ATTORNEY
FOR THE RETURN OF EVIDENCE
ON THE RECORD TO PROVIDE
DUE-PROCESS AND PROVE THE
ENACTING CLAUSES AS
MANDATED BY THE CALIFORNIA
CONSTITUTION FOR THE CLAIMS
MADE AGAINST MY BENEFICIAL
INTERESTS TO BE RETURNED
WITHIN 15 DAYS WITH
VERIFICATION BY THIS
JURISDICTION INQUIRY

**MEMORANDUM OF LAW**

Page 1

Copyrighted-Works this document by the Douglas Vern Hulstedt

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Douglas Vern Hulstedt**
**℅ 2511 Garden Road, Building-C #100**
**Monterey, California 93940**
**Tel: (831) 899-5900**
*Claimant/Witness/Beneficiary*
*Without Counsel at this Time*

*By-Registered-Mail #*
*RE527008749US*

## BEFORE THE
## MEDICAL BOARD OF CALIFORNIA
## DEPARTMENT OF CONSUMER AFFAIRS
## STATE OF CALIFORNIA

In the Matter of the Accusation Against:

**DOUGLAS VERN HULSTEDT, M.D.**

*Respondent*

_____

**Douglas Vern Hulstedt**

*Claimant/Witness/Beneficiary*
*Third-Party-Rule*

_____

*NOTICE TO THE FIDUCIARIES; 18 U.S.C § 2071,*
*Concealment, removal, or mutilation generally (a)*
*Whoever, willfully and unlawfully conceals,*
*removes, mutilates, obliterates, or destroys, or*
*attempts to do so, or, with intent to do so takes and*
*carries away any record, proceeding, map, book,*
*paper, document, or other thing, filed or deposited*
*with any clerk of officer of any court of the United*
*States, shall be fined under this title or imprisoned*
*not more than three years, or both.*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

**Case No. 800-2021-079497**

**RE: STATEMENT TO RESPONDENT**
[Gov. Code §§ 1504, 11505(b)]

**JUDICIAL NOTICE OF**
**ATTEMPTS TO RETAIN**
**COUNSEL WITH NO**
**AVAILABLITY TO**
**CONTRACT FOR THE**
**PROTECTION OF RIGHTS**

**EXHIBITS 1-2**

**METHOD OF PROCESS**

CASE NO. 800-2021-079497 JUDICIAL NOTICE OF ATTEMPTS TO RETAIN COUNSEL
Copyrighted-Works this document by the Douglas Vern Hulstedt

1
2
3
4
5
6

Douglas Vern Hulstedt
℅ 2511 Garden Road, Building-C #100
Monterey, California 93940
Tel: (831) 899-5900
*Claimant/Witness/Beneficiary*
*Without Counsel at this Time*

*By-Registered-Mail #*
R F 108 580 958 US

7
8
9
10
11

## BEFORE THE
## MEDICAL BOARD OF CALIFORNIA
## DEPARTMENT OF CONSUMER AFFAIRS
## STATE OF CALIFORNIA

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

In the Matter of the Accusation Against:

DOUGLAS VERN HULSTEDT, M.D.

*Respondent*

Douglas Vern Hulstedt

*Claimant/Witness/Beneficiary*
*Third-Party-Rule*

*NOTICE TO THE FIDUCIARIES; 18 U.S.C § 2071,*
*Concealment, removal, or mutilation generally (a)*
*Whoever, willfully and unlawfully conceals,*
*removes, mutilates, obliterates, or destroys, or*
*attempts to do so, or, with intent to do so takes and*
*carries away any record, proceeding, map, book,*
*paper, document, or other thing, filed or deposited*
*with any clerk or officer of any court of the United*
*States, shall be fined under this title or imprisoned*
*not more than three years, or both.*
*CalGovCode §6200/6201, CalPenCode § 135*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 800-2021-079497
RE: UN-CERTIFIED ACCUSATIONS

CLAIM FOR GUARANTEES

LAWFUL DIRECTION IN THE FORM OF
A MOTION FOR ROB BONTA AN
ATTORNEY TO CERTIFY ALL
ACCUSATIONS/CLAIMS CONCERNING
THIS MATTER, THIS IS IN FACT A
CLAIM AND EXERCISE OF MY
CONSTITUTIONAL RIGHTS FOR MY
BENEFICIAL INTERESTS OF MY
PROPERTY ASSETS, ITS COMMANDED
THAT PROOF OF CLAIMS ENTER IN
ON THIS RECORD, I.E. "ENACTING
CLAUSES" AND PROOF THAT THERE
IS NO ABSENSE OF REMEDY
OTHERWISE THE UNITED STATES
MUST INTERVENE AND CHARGE FOR
PERJURY OF OATH "HE ADMITS" =
15 DAYS FOR THE RETURN

EXHIBITS 1, 2, 3, 4, 5,

METHOD OF PROCESS

Page 1

CASE NO. 800-2021-079497 CLAIM FOR GUARANTEES/INTERVENTION CHALLENGE
Copyrighted-Works this document by the Douglas Vern Hulstedt

1
2
3
4
5
6

Douglas Vern Hulstedt
℅ 2511 Garden Road, Building-C #100
Monterey, California 93940
Tel: (831) 899-5900
*Claimant/Witness/Beneficiary*
*Without Counsel at this Time*

*By-Registered-Mail #*
RE290 839 639 US

7
8
9
10
11

# BEFORE THE
# MEDICAL BOARD OF CALIFORNIA
# DEPARTMENT OF CONSUMER AFFAIRS
# STATE OF CALIFORNIA

12
13
14
15
16

In the Matter of the Accusation Against:

**DOUGLAS VERN HULSTEDT, M.D.**

*Respondent*

17
18
19
20

**Douglas Vern Hulstedt**

*Claimant/Witness/Beneficiary*
*Third-Party-Rule*

21
22
23
24
25
26
27

*NOTICE TO THE FIDUCIARIES; 18 U.S.C § 2071,*
*Concealment, removal, or mutilation generally (a)*
*Whoever, willfully and unlawfully conceals,*
*removes, mutilates, obliterates, or destroys, or*
*attempts to do so, or, with intent to do so takes and*
*carries away any record, proceeding, map, book,*
*paper, document, or other thing, filed or deposited*
*with any clerk of officer of any court of the United*
*States, shall be fined under this title or imprisoned*
*not more than three years, or both.*
*CalGovCode §6200/6201, CalPenCode § 135*

**Case No. 800-2021-079497**

**RE: STATEMENT TO RESPONDENT**
[Gov. Code §§ 1504, 11505(b)]

**EVIDENCE FOR THE RECORD**

**NOTICE OF OBJECTION AND
DISQUALIFICATION OF THE ACTORS
THOMAS OSTLY, ROB BONTA AND
DEBORAH LEHMAN, M.D., ALL THREE
USING DECEPTIVE PRACTICES TO
EXTORT MY BENEFICIAL PROPERTY
ASSETS, ALL THREE HAVE PERJURED
THEIR OATHS NOW HAVING
UNCLEAN HANDS BUT YET THEIR
MOVEMENTS CONTINUE ON IN
VIOLATION OF DUE PROCESS IN
DIRECT CONFLICT OF THE
BILL OF RIGHTS "THEY ADMIT"**

**EXHIBITS 1, 2, 3, 4, 5**

**METHOD OF PROCESS**

28

Page 1

CASE NO. 800-2021-079497 EVIDENCE FOR THE RECORD, OBJECTION/DISQUALIFICATION
Copyrighted-Works this document by the Douglas Vern Hulstedt

**SC-100**

## Plaintiff's Claim and ORDER to Go to Small Claims Court

**Notice to the person being sued:**

- You are the defendant if your name is listed in ② on page 2 of this form or on form SC-100A. The person suing you is the plaintiff, listed in ① on page 2.
- You and the plaintiff must go to court on the trial date listed below. If you do not go to court, you may lose the case. If you lose, the court can order that your wages, money, or property be taken to pay this claim.
- Bring witnesses, receipts, and any evidence you need to prove your case.
- Read this form and all pages attached to understand the claim against you and to protect your rights.

**Aviso al Demandado:**

- Usted es el Demandado si su nombre figura en ② de la página 2 de este formulario, o en el formulario SC-100A. La persona que lo demanda es el Demandante, la que figura en ① de la página 2.
- Usted y el Demandante tienen que presentarse en la corte en la fecha del juicio indicada a continuación. Si no se presenta, puede perder el caso. Si pierde el caso, la corte podría ordenar que le quiten de su sueldo, dinero u otros bienes para pagar este reclamo.
- Lleve testigos, recibos y cualquier otra prueba que necesite para probar su caso.
- Lea este formulario y todas las páginas adjuntas para entender la demanda en su contra y para proteger sus derechos.

*Clerk stamps date here when form is filed.*

ENDORSED
FILED
ALAMEDA COUNTY

OCT - 4 2022

CLERK OF THE SUPERIOR COURT
By _____ **K Ghee** _____

*Fill in court name and street address:*

**Superior Court of California, County of**
**Alameda Civil Small Claims**
**1225 Fallon Street**
**Oakland, California 94612**
**Tel: (510)-891-6003**

*Court fills in case number when form is filed.*

**Case Number:**

2SC 018927

**Case Name:**
**Douglas Vern Hulstedt vs.**
**Thomas Ostly et. al. Does 1-20**

**Order to Go to Court**

**The people in ① and ② must attend court:** *(Clerk fills out section below.)*

| Trial Date | | Date | Time | Department | Name and address of court, if different from above |
|---|---|---|---|---|---|
| | 1. | 2/8/23 | 1:30pm | 105 | 661 Washington St., Oakland |
| | 2. | | | | |
| | 3. | | | | |

Date: OCT - 4 2022    Clerk, by _____ **K Ghee** _____, Deputy

**Instructions for the person suing:**

**Do not use this form to recover COVID-19 rental debt**, which is unpaid rent or other financial obligations under a tenancy due between March 1, 2020, and September 30, 2021. (See Code of Civil Procedure, §1179.02.) To recover COVID-19 rental debt, use form SC-500, *Plaintiff's Claim and ORDER to Go to Small Claims Court*.

- You are the plaintiff. The person you are suing is the defendant.
- **Before** you fill out this form, read form SC-100-INFO, *Information for the Plaintiff*, to know your rights. You can get form SC-100-INFO at any courthouse or county law library, or go to *www.courts.ca.gov/forms*.
- **Fill out pages 2, 3, and 4 of this form.** Make copies of all the pages of this form and any attachments—one for each party named in this case and an extra copy for yourself. Take or mail the original and the copies to the court clerk's office and pay the filing fee. The clerk will write the date of your trial in the box above. Your court may allow electronic filing. Check your local court website for information: *www.courts.ca.gov/find-my-court.htm*.
- You must have someone at least 18—not you or anyone else listed in this case—give each defendant a court-stamped copy of all pages of this form and any pages this form tells you to attach. There are special rules for "serving," or delivering, this form to public entities, associations, and some businesses. See forms SC-104, SC-104B, and SC-104C.
- **Go to court on your trial date listed above.** Bring witnesses, receipts, and any evidence you need to prove your case.

Judicial Council of California, www.courts.ca.gov
Rev. November 1, 2021, Mandatory Form
Code of Civil Procedure, §§ 116.110 et seq.,
116.220(c), 116.340(g)

**Plaintiff's Claim and ORDER
to Go to Small Claims Court**

SC-100, Page 1 of 6
→



**The State Bar
of California**

**OFFICE OF CHIEF TRIAL COUNSEL**

180 Howard Street, San Francisco, CA 94105

October 05, 2022

Douglas Vern Hulstedt
2511 Garden Road
Building C #100
Monterey CA  93940

RE:   Case Number:      22-O-13124 Thomas Andrew Ostly

Dear Douglas Vern Hulstedt:

We have received your complaint against one or more California attorney(s).  We have assigned the number shown above to this matter; please reference this number in your communications with us.

Your complaint will first be reviewed by an attorney in the Intake Unit.  If we need further information, we will contact you.  We will also advise you of any determination in this matter.  If you want to know the status of your complaint, you may contact us by calling the State Bar's toll-free complaint line at 800-843-9053.

Thank you for your patience.

Sincerely,


OFFICE OF CHIEF TRIAL COUNSEL/INTAKE

San Francisco Office
180 Howard Street
San Francisco, CA 94105

www.calbar.ca.gov

Los Angeles Office
845 S. Figueroa Street
Los Angeles, CA 90017

1

2   Douglas Vern Hulstedt
    % 2511 Garden Road, Building-C #100          *By-Registered-Mail #*
3   Monterey, California 93940                   *RF 105880 761 US*
    Tel: (831) 899-5900
4   *Claimant/Witness/Beneficiary*
    *Without Counsel at this Time*

5

6

7                        **BEFORE THE**
8            **MEDICAL BOARD OF CALIFORNIA**
9            **DEPARTMENT OF CONSUMER AFFAIRS**
                 **STATE OF CALIFORNIA**
10

11   In the Matter of the Accusation Against:        **Case No. 800-2021-079497**
12
     **DOUGLAS VERN HULSTEDT, M.D.**             **FOR THE DUE PROCESS CLAIM**
13                                               **ENTRY OF W-9 FORM FOR "COST**
           *Respondent*                          **RECOVERY" TO IDENTITFY WHO**
14                                               **THE INJURED PARTY IS IF ANY**
                                                 **EXISTS AND THE MEDICAL BOARD**
15                                               **TRUSTEES *ARE* TO TAKE LAWFUL**
                                                 **NOTICE THAT THEY ARE**
16                                               **ATTEMPTING TO TAKE**
17        **Douglas Vern Hulstedt**               **JURISIDICTION WITHOUT AN**
                                                 **INJURED PARTY VIOLATING DUE**
18        *Claimant/Witness/Beneficiary*          **PROCESSES UNDER FALSE**
              *Third-Party-Rule*                  **ACCUSATIONS, AT THE SAME TIME**
19                                               **BENEFITING AND RECEIVING**
20                                               **FEDERAL FUNDING IN VIOLATION**
     *NOTICE TO THE FIDUCIARIES; 18 U.S.C § 2071,* **OF THE SPENDING CLAUSE, W-9 TO**
21   *Concealment, removal, or mutilation generally (a)* **BE PLACED INTO THIS RECORD**
     *Whoever, willfully and unlawfully conceals,* **UNDER PENALTIES OF PERJURY**
22   *removes, mutilates, obliterates, or destroys, or* **BY THE SWORN TESTIMONY OF**
     *attempts to do so, or, with intent to do so takes and* **ANY CLAIMANTS, 15 DAY RETURN**
23   *carries away any record, proceeding, map, book,*
     *paper, document, or other thing, filed or deposited*
24   *with any clerk of officer of any court of the United*   **EXHIBIT 1, W-9**
     *States, shall be fined under this title or imprisoned*
25   *not more than three years, or both.*
     *CalGovCode §6200/6201, CalPenCode § 135*         **METHOD OF PROCESS**
26

27

28

1  Douglas Vern Hulstedt
2  ℅ 2511 Garden Road, Building-C #100
   Monterey, California 93940
3  Tel: (831) 899-5900
   *Claimant/Witness/Beneficiary*
4  *Without Counsel at this Time*

5

6

*By-Registered-Mail #*
RE 108580 989 US

7                          **BEFORE THE**
8              **MEDICAL BOARD OF CALIFORNIA**
              **DEPARTMENT OF CONSUMER AFFAIRS**
9                      **STATE OF CALIFORNIA**

10

11  In the Matter of the Accusation Against:    )    **Case No. 800-2021-079497**
                                                )
12  DOUGLAS VERN HULSTEDT, M.D.                  )
                                                )    **CHALLENGE NOTICE BY THIS**
13                                              )    **LAWFUL DIRECTION FOR DUE-**
       *Respondent*                             )    **PROCESS IN THE "FORM" OF A**
14                                              )    ***MURGIA* MOTION TO COMPEL**
                                                )    **DISCOVERY BY THE RESPONDENTS**
15  _____        )    **ROB BONTA, WILLIAM PRASIFKA**
                                                )    **REQUIRED TO SUBSTANTIATE**
16      Douglas Vern Hulstedt                    )    **THEIR CLAIMS BY THEIR**
       *Counter-Claimant-Beneficiary*           )    **UNFOUNDED SELECTIVE**
17              *vs.*                            )    **CONTINUED MALICIOUS**
18  Rob Bonta, William Prasifka                  )    **PROSECUTION WHICH IS VOID OF**
                                                )    **MANY DUE-PROCESSES, 15 DAY**
19  *Respondents as Actors in Concert*           )    **RETURN ON THIS RECORD BEFORE**
                                                )    **THIS MEDICAL BOARD AND ITS**
20                                              )    **FIDUCIARY TRUSTEES**
21  _____        )
                                                )
22  *NOTICE TO THE FIDUCIARIES; 18 U.S.C § 2071,* )    **EXHIBIT 1**
   *Concealment, removal, or mutilation generally (a)* )
23  *Whoever, willfully and unlawfully conceals, removes,* )    **METHOD OF PROCESS**
   *mutilates, obliterates, or destroys, or attempts to do so,* )
24  *or, with intent to do so takes and carries away any* )
   *record, proceeding, map, book, paper, document, or other* )
25  *thing, filed or deposited with any clerk of officer of any* )
   *court of the United States, shall be fined under this title or* )
26  *imprisoned not more than three years, or both.* )
   *CalGovCode §6200/6201, CalPenCode § 135* )
27                                              )

28

CASE NO. 800-2021-079497 LAWFUL DIRECTION IN THE FORM OF A MURGIA MOTION
Copyrighted-Works this document by the Douglas Vern Hulstedt

1  **Douglas Vern Hulstedt**
2  ℅ 2511 Garden Road, Building-C #100
3  Monterey, California 93940
   Tel: (831) 899-5900
4  *Claimant/Witness/Beneficiary*
   *Without Counsel at this Time*
5

*By-Registered-Mail #*
Rf 108 980 99 2US.

6

7                        **BEFORE THE**
8              **MEDICAL BOARD OF CALIFORNIA**
             **DEPARTMENT OF CONSUMER AFFAIRS**
9                    **STATE OF CALIFORNIA**

10

11  In the Matter of the Accusation Against:        )        **Case No. 800-2021-079497**
                                                     )
12  **DOUGLAS VERN HULSTEDT, M.D.**                  )        **MANDATORY NOTICE TO THE**
                                                     )        **MEDICAL BOARD OF CALIFORNIA**
13                                                   )        **DEPARTMENT OF CONSUMER**
           *Respondent*                              )        **AFFAIRS STATE OF CALIFORNIA**
14                                                   )        **AND THE RESPONDENTS ROB**
                                                     )        **BONTA, WILLIAM PRASIFKA WHO**
15  ─────────────────────────────                   )        **HAVE BREACHED THE MEDICAL**
                                                     )        **BOARDS GUIDELINES FOR DUE-**
16         **Douglas Vern Hulstedt**                 )        **PROCESS ON THEIR UNFOUNDED**
       *Counter-Claimant-Beneficiary*                )        **CLAIMS BUT YET CONTINUE TO**
17               *vs.*                                )        **ACT AGAINST CONSTITUTIONAL**
18   **Rob Bonta, William Prasifka**                 )        **GUARANTEES AND "PANOPLY" OF**
                                                     )        **DUE-PROCESS THAT HAS BEEN**
19   *Respondents as Actors in Concert*              )        **TRIGGERED CONCERNING THIS**
                                                     )        **MATTER BY THE UNVERIFIED**
20                                                   )        **ACCUSATIONS OF WILLIAM**
                                                     )        **PRASIFKA "A TRAINED LAWYER"**
21  ─────────────────────────────                   )        **= SANCTIONS ARE APPROPRIATE**
    ***NOTICE TO THE FIDUCIARIES; 18 U.S.C § 2071,*** )       **BY THEIR PERJURED OATHS**
22  *Concealment, removal, or mutilation generally (a)* )
    *Whoever, willfully and unlawfully conceals, removes,* )
23  *mutilates, obliterates, or destroys, or attempts to do so,* )      **EXHIBIT 1**
    *or, with intent to do so takes and carries away any* )
24  *record, proceeding, map, book, paper, document, or other* )
    *thing, filed or deposited with any clerk of officer of any* )      **METHOD OF PROCESS**
25  *court of the United States, shall be fined under this title or* )
    *imprisoned not more than three years, or both.* )
26  *CalGovCode §6200/6201, CalPenCode § 135* )
27  ─────────────────────────────                   )
28

                **CASE NO. 800-2021-079497 MANDATORY NOTICE "PANOPLY" OF DUE-PROCESS**
                    Copyrighted-Works this document by the Douglas Vern Hulstedt

1
2 **Douglas Vern Hulstedt**
 **℅ 2511 Garden Road, Building-C #100**
3 **Monterey, California 93940**
 **Tel: (831) 899-5900**
4 *Claimant/Witness/Beneficiary*
 *Without Counsel at this Time*

*By-Registered-Mail #*
KF1086880 975 US.

5

6
        **BEFORE THE**
7     **MEDICAL BOARD OF CALIFORNIA**
8   **DEPARTMENT OF CONSUMER AFFAIRS**
      **STATE OF CALIFORNIA**
9

10

11 In the Matter of the Accusation Against: )  **Case No. 800-2021-079497**
               )
12 **DOUGLAS VERN HULSTEDT, M.D.** )
               ) **CHALLENGE NOTICE BY THE VOID**
13              ) **OF PROBABLE CAUSE SUFFICIENT**
     *Respondent*     ) **TO SUPPORT THE SUBPOENA FOR**
14              )**DOCUMENTS, NO CAUSE EXISTS FOR**
              ) **STANDARD OF CARE DEVIATION AS**
15              )  **STANDARD OF CARE WAS**
16   **Douglas Vern Hulstedt**  ) **FOLLOWED "AT THAT TIME" SEE**
   *Counter-Claimant-Beneficiary* )  **WOLFSOHN CASE HEREIN,**
17       *vs.*      ) **FURTHER NO EVIDENCE EXISTS AS**
18  **Rob Bonta, William Prasifka** )**TO THE MOTHERS RELEASE/RIGHTS**
              )  **AS THE MOTHER WAS AN**
19  *Respondents as Actors in Concert* ) **INFORMANT/GUARDIAN ONLY, THE**
              )  **FATHER IS NOW DECEASED IN**
20              ) **WHICH THE CHILD WAS PART OF**
21              )**HIS ESTATE THEREFORE THE STATE**
 *NOTICE TO THE FIDUCIARIES; 18 U.S.C § 2071,* )  **OF CALIFORNIA MUST BE THE**
22 *Concealment, removal, or mutilation generally (a)* )  **CLAIMANT WHO HAS NO STANDING**
 *Whoever, willfully and unlawfully conceals, removes,* )  **OR CLAIM PER THE 5TH**
23 *mutilates, obliterates, or destroys, or attempts to do so,* )
 *or, with intent to do so takes and carries away any* )**AMENDMENT ROB BONTA, WILLIAM**
24 *record, proceeding, map, book, paper, document, or other* ) **PRASIFKA RESPONDENTS "ADMIT"**
 *thing, filed or deposited with any clerk of officer of any* )
25 *court of the United States, shall be fined under this title or* )
 *imprisoned not more than three years, or both.* )   **EXHIBITS 1, 2,**
26 *CalGovCode §6200/6201, CalPenCode § 135* )
              )   **METHOD OF PROCESS**
27              )

28

    **CASE NO. 800-2021-079497 CHALLENGE CLAIM BY THE VOID OF PROBABLE CAUSE**
       Copyrighted-Works this document by the Douglas Vern Hulstedt

1   **Douglas Vern Hulstedt**
2   ℅ 2511 Garden Road, Building-C #100      *By-Registered Mail #*
    Monterey, California 93940               ℀F  /88⁵ʃ8/ Dʃ₂US
3   Tel: (831) 899-5900                      **:Paid-Fee-Dock-et:**
    *Claimant/Witness/Beneficiary*
4   *Without Counsel at this Time*

5

6

7                          **BEFORE THE**
                  **MEDICAL BOARD OF CALIFORNIA**
8              **DEPARTMENT OF CONSUMER AFFAIRS**
                     **STATE OF CALIFORNIA**
9

10

11  In the Matter of the Accusation Against:   )        **Case No. 800-2021-079497**
                                               )
12  **DOUGLAS VERN HULSTEDT, M.D.**            )
                                               )   **CHALLENGE NOTICE CLAIM ENTRY**
13                                             )   **ON THIS DOCK-ET AS THE SPENDING**
              *Respondent*                     )   **CLAUSE ARTICLE 1 § 8 ALL CLAUSES,**
14                                             )   **TUCKER ACT OF 1887, 28 U.S.C. § §**
                                               )   **1346(A), 1491, "LITTLE TUCKER ACT"**
15  ───────────────────────────────           )   **AND THE ADMINISTRATIVE**
                                               )   **PROCEDURES ACT OF 1946,**
16         **Douglas Vern Hulstedt**           )   **RESPONDENTS CONTINUE TO MOVE**
           *Counter-Claimant-Beneficiary*      )   **FORWARD AFTER JURISDICTION WAS**
17                  *vs.*                       )   **LOST DUE TO THE MANY VIOLATIONS**
18     **Rob Bonta, William Prasifka**         )   **OF RIGHTS CAUSED BY THE**
                                               )   **RESPONDENTS ROB BONTA, WILLIAM**
19    *Respondents as Actors in Concert*       )   **PRASIFKA WHOM ARE ATTEMPTING**
                                               )   **TO TAKE THE MEDICAL BOARD OF**
20                                             )   **CALIFORNIA INTO A SCHEME TO**
21  ───────────────────────────────           )   **EXTORT RIGHTS WITHOUT DUE-**
                                               )   **PROCESS = DEPRIVATION OF RIGHTS**
22  *NOTICE TO THE FIDUCIARIES; 18 U.S.C § 2071,*  )  **UNDER THE COLOR OF LAW 18 U.S.C.**
    *Concealment, removal, or mutilation generally (a)*  )  **§241, § 242 "THEY ADMIT" AND**
23  *Whoever, willfully and unlawfully conceals, removes,*  )  **CANNOT MOVE FORWARD CASE**
    *mutilates, obliterates, or destroys, or attempts to do so,*  )  **MUST BE DISMISSED AS**
24  *or, with intent to do so takes and carries away any*  )  **ACCUSATIONS ARE UNFOUNDED**
    *record, proceeding, map, book, paper, document, or other*  )
25  *thing, filed or deposited with any clerk of officer of any*  )
    *court of the United States, shall be fined under this title or*  )        **EXHIBITS 1, 2, 3**
26  *imprisoned not more than three years, or both.*  )
    *CalGovCode §6200/6201, CalPenCode § 135*  )
27                                             )        **METHOD OF PROCESS**
28

                    **CASE NO. 800-2021-079497 CHALLENGE NOTICE CLAIM ENTRY ON THIS DOCK-ET**
                          **Copyrighted-Works this document by the Douglas Vern Hulstedt**

Page 1

1

2  Douglas Vern Hulstedt
   ℅ 2511 Garden Road, Building-C #100
3  Monterey, California 93940
   Tel: (831) 899-5900
4  *Claimant/Witness/Beneficiary*
   *Without Counsel at this Time*

5



By-Registered-Mail #

:Paid-Fee-Dock-et:

6

7                    **BEFORE THE**
8          **MEDICAL BOARD OF CALIFORNIA**
           **DEPARTMENT OF CONSUMER AFFAIRS**
9              **STATE OF CALIFORNIA**

10

11   In the Matter of the Accusation Against:    )    **Case No. 800-2021-079497**
                                                 )
12   DOUGLAS VERN HULSTEDT, M.D.                  )    **SUMMONS**
                                                 )
13                                                )  **SUBPOENA AD TESTIFICANDUM TO**
           *Respondent*                           )   **APPEAR ROB BONTA TO GIVE**
14                                                )    **ORAL SWORN TESTIMONY AT**
                                                 )    **HEARING OR TRIAL, IT IS**
15                                                )   **COMMANDED TO SHOW ON**
   ──────────────────────────────               )  **NOVEMBER 8, 2022 AT 9:00 A.M.**
16        **Douglas Vern Hulstedt**               )  **VIRTUAL HEARING NO. 833 568 8864**
       *Counter-Claimant-Beneficiary*             )   **CONFERENCE ID: 161 740 2173**
17              *vs.*                              )    **CONTINUING ON A DAY TO DAY**
       **Rob Bonta, William Prasifka**            )  **BASIS ROB BONTA "ADMITS" THAT**
18                                                )   **HE IS A CRITICAL WITNESS**
       *Respondents as Actors in Concert*         )   **HAVING SERVED AS A CHAIRMAN**
19                                                )    **DURING 2015 SB 277 HEARINGS**
                                                 )   **ASSEMBLY MEMBER ROB BONTA**
20   ──────────────────────────────               )
21                                                )
     *NOTICE TO THE FIDUCIARIES; 18 U.S.C § 2071,* )
22   *Concealment, removal, or mutilation generally (a)* )
     *Whoever, willfully and unlawfully conceals, removes,* )
23   *mutilates, obliterates, or destroys, or attempts to do so,* )  **EXHIBIT 1 PARTIAL TRANSCRIPT**
     *or, with intent to do so takes and carries away any* )
24   *record, proceeding, map, book, paper, document, or other* )
     *thing, filed or deposited with any clerk of officer of any* )
25   *court of the United States, shall be fined under this title or* )   **METHOD OF PROCESS**
     *imprisoned not more than three years, or both.* )
26   *CalGovCode §6200/6201, CalPenCode § 135* )
                                                 )
27                                                )

28

          CASE NO. 800-2021-079497 SUMMONS SUBPOENA AD TESTIFICANDUM ROB BONTA
              Copyrighted-Works this document by the Douglas Vern Hulstedt

1

2 **Douglas Vern Hulstedt**
℅ 2511 Garden Road, Building-C #100

3 Monterey, California 93940
Tel: (831) 899-5900

4 *Claimant/Witness/Beneficiary*
*Without Counsel at this Time*

5

6

7

8

9

*By-Registered-Mail #*
~~RF10858I091US~~
*:Paid-Fee-Dock-et:*

## BEFORE THE
## MEDICAL BOARD OF CALIFORNIA
## DEPARTMENT OF CONSUMER AFFAIRS
## STATE OF CALIFORNIA

10

11 In the Matter of the Accusation Against:  )

12 **DOUGLAS VERN HULSTEDT, M.D.**  )
  )

13  )
*Respondent*  )

14  )

15  )

16  )
**Douglas Vern Hulstedt**  )

17 *Counter-Claimant-Beneficiary*  )
*vs.*  )

18 **Rob Bonta, William Prasifka**  )
  )

19 *Respondents as Actors in Concert*  )

20  )

21  )

22 *NOTICE TO THE FIDUCIARIES; 18 U.S.C § 2071,*  )
*Concealment, removal, or mutilation generally (a)*  )

23 *Whoever, willfully and unlawfully conceals, removes,*  )
*mutilates, obliterates, or destroys, or attempts to do so,*  )

24 *or, with intent to do so takes and carries away any*  )
*record, proceeding, map, book, paper, document, or other*  )

25 *thing, filed or deposited with any clerk of officer of any*  )
*court of the United States, shall be fined under this title or*  )

26 *imprisoned not more than three years, or both.*  )
*CalGovCode §6200/6201, CalPenCode § 135*  )

27  )

28

Case No. 800-2021-079497

# TAKE NOTICE
**MEMBERS OF THE MEDICAL
BOARD AND DEPARTMENT OF
CONSUMER AFFAIRS I.E. PUBLIC
FIDUCIARIES IN TRUST WITH
THE KNOWLEDGE OF
ICAN, INFORMED CONSENT
ACTION NETWORK, THE
CDC'S STILL DISCUSSING
HOW TO RESPOND TO
VACCINE SAFETY DEBATE
IT LOST TO ICAN OVER
A YEAR PRIOR!**

**EXHIBIT 1**

**METHOD OF PROCESS**

**CASE NO. 800-2021-079497 TAKE NOTICE INFORMED CONSENT ACTION NETWORK**
Copyrighted-Works this document by the Douglas Vern Hulstedt

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 3

CASE NO. 800-2021-079497 CLAIM FOR RECONSIDERATION BY THE 5TH AMENDMENT
Copyrighted-Works this Document-Contract by the Douglas Vern Hulstedt, Author

| Form **56** | Notice Concerning Fiduciary Relationship | |
|---|---|---|
| (Rev. December 2015) | | OMB No. 1545-0013 |

Department of the Treasury
Internal Revenue Service

## Notice Concerning Fiduciary Relationship

▶ Information about Form 56 and its separate instructions is at www.irs.gov/form56.
(Internal Revenue Code sections 6036 and 6903)

**Part I   Identification**

| | | |
|---|---|---|
| Name of person for whom you are acting (as shown on the tax return) | Identifying number | Decedent's social security no. |
| DOUGLAS HULSTEDT, M.D., CORPORATION | 32600008 | N/A |

Address of person for whom you are acting (number, street, and room or suite no.)
c/o 2511 Garden Road, Building-C #100

City or town, state, and ZIP code (if a foreign address, see instructions.)
Monterey, California 93940

Fiduciary's name
Robert Andres Bonta, #202668, Attorneys et.al.

Address of fiduciary (number, street, and room or suite no.)
455 Golden Gate Avenues, Suite 11000

| City or town, state, and ZIP code | Telephone number (optional) |
|---|---|
| San Francisco, California | ( 415 ) 510-3871 |

**Section A.   Authority**

1   Authority for fiduciary relationship. Check applicable box:

a ☐ Court appointment of testate estate (valid will exists)
b ☐ Court appointment of intestate estate (no valid will exists)
c ☐ Court appointment as guardian or conservator
d ☐ Valid trust instrument and amendments
e ☐ Bankruptcy or assignment for the benefit or creditors
f ☑ Other, Describe ▶ Attorney/Trustee for DOUGLAS HULSTEDT, M.D. # 326008, Constructed-Trust-Case-Number #800-2021-0794

2a   If box 1a or 1b is checked, enter the date of death ▶

b   If box 1c–1f is checked, enter the date of appointment, taking office, or assignment or transfer of assets ▶

**Section B.   Nature of Liability and Tax Notices**

3   Type of taxes (check all that apply): ☐ Income ☐ Gift ☐ Estate ☐ Generation-skipping transfer ☐ Employment ☐ Excise ☑ Other (describe) ▶ W-9, 1099, PROOF OF CLAIM PROVIDED TO ATTORNEYS PRIOR TO BANKRUPTCY 11 U.S.C.

4   Federal tax form number (check all that apply): a ☑ 706 series b ☑ 709 c ☐ 940 d ☐ 941, 943, 944 e ☑ 1040, 1040-A, or 1040-EZ f ☑ 1041 g ☑ 1120 h ☐ Other (list) ▶ Other ☑ "All forms that may be necessary"

5   If your authority as a fiduciary does not cover all years or tax periods, check here and list the specific years or tax periods ▶ · · · · · ☐

6   If the fiduciary has a CAF number and wants a copy of notices and correspondence (see the instructions) check this box and enter the year(s) or period(s) for the corresponding line 4 item checked. If more than one form entered on line 4h, enter the form number. ▶ ☐

**Complete only if the line 6 box is checked.**

| If this item is checked: | Enter year(s) or period(s) | If this item is checked: | Enter year(s) or period(s) |
|---|---|---|---|
| 4a | | 4b | |
| 4c | | 4d | |
| 4e | | 4f | |
| 4g | | 4h: | |
| 4h: | | 4h: | |

For Paperwork Reduction Act and Privacy Act Notice, see separate instructions.    Cat. No. 16375I    Form **56** (Rev. 12-2015)

Form 56 (Rev. 12-2015)                                                                                                   Page **2**

| **Part II** | **Revocation or Termination of Notice** |

### Section A—Total Revocation or Termination

7   Check this box if you are revoking or terminating all prior notices concerning fiduciary relationships on file with the Internal
Revenue Service for the same tax matters and years or periods covered by this notice concerning fiduciary relationship  ▶ ☐
Reason for termination of fiduciary relationship. Check applicable box:

a   ☐   Court order revoking fiduciary authority

b   ☐   Certificate of dissolution or termination of a business entity

c   ☐   Other. Describe ▶ ---------------------------------------------------------------------------------------------------------------

### Section B—Partial Revocation

8a  Check this box if you are revoking earlier notices concerning fiduciary relationships on file with the Internal Revenue Service
for the same tax matters and years or periods covered by this notice concerning fiduciary relationship  .   .   .   .   .   .  ▶ ☐

b   Specify to whom granted, date, and address, including ZIP code.
▶ -----------------------------------------------------------------------------------------------------------------------

### Section C—Substitute Fiduciary

9   Check this box if a new fiduciary or fiduciaries have been or will be substituted for the revoking or terminating fiduciary and
specify the name(s) and address(es), including ZIP code(s), of the new fiduciary(ies)  .   .   .   .   .   .   .   .   .   .   .  ▶ ☑
▶ All Attorneys/Trustees associated with Constructed-Trust-Case-Number #800-2021-079497 = MEDICAL BOARD OF CALIFORNIA

| **Part III** | **Court and Administrative Proceedings** |

| Name of court (if other than a court proceeding, identify the type of proceeding and name of agency) | | | | Date proceeding initiated | |
|---|---|---|---|---|---|
| MEDICAL BOARD OF CALIFORNIA, c/o Laurie Rose Lubiano #256695, Attorneys et.al. | | | | 07/01/2022 | |
| Address of court | | | | Docket number of proceeding | |
| 2005 Evergreen Street, Suite 1200 | | | | 800-2021-079497 | |
| City or town, state, and ZIP code | Date | Time | | a.m. | Place of other proceedings |
| Sacramento , California 95815 | 01/29/2023 | 3:30 | ☑ | p.m. | The United States |

| **Part IV** | **Signature** |

I certify that I have the authority to execute this notice concerning fiduciary relationship on behalf of the taxpayer.

**Please
Sign
Here**

▶  *Douglas Vern Hulstedt*      Beneficiary        **01/29/2023**

Fiduciary's signature            Title, if applicable         Date

Form **56** (Rev. 12-2015)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 4

CASE NO. 800-2021-079497 CLAIM FOR RECONSIDERATION BY THE 5TH AMENDMENT
Copyrighted-Works this Document-Contract by the Douglas Vern Hulstedt, Author

# Claim of Damages/Transgression fee schedule

I, Douglas Vern Hulstedt, a living flesh and blood man, charge these fees for violations of my God-given rights, this is a copy of my True-Bill.

I swear under penalty of perjury these fees will be billed to any transgressor of my rights and I command restitution to be paid to me in legal tender .999 one ounce silver coinage no later than 14 days upon receipt of my True-Bill (*I do accept other forms of payment*).

By Respondent(s)' silence, they have agreed to the following PROOF OF CLAIM(S), for determining/calculating actual/compensatory damages to the Claimant **James A.(?) Scharf, Attorneys # 152171** *et.al,* **= Respondents;**

PROOF OF CLAIM, *"actual"* or *"compensatory damages"* in actions/claims for false arrest/false imprisonment have not been established at 25,000 dollars per twenty-three (23) minutes, 1,600,000 million dollars per day; and, punitive damages may not be set by the injured party; and specifically, the Undersigned as the injured party within the above referenced alleged Criminal Case/Cause. [See: *Trezevant v. City of Tampa, 741 F.2d 336 (1984),* wherein damages were set as 25,000 dollars per twenty-three 23 minutes in a false imprisonment case.]

PROOF OF CLAIM, the above cited case; i.e., Trezevant v. City of Tampa, can be utilized by the Undersigned in determining actual/compensatory damages should Respondent(s) agree the Undersigned has been falsely imprisoned; and, Respondent(s) can provide any valid, lawful, and reasonable objection as to why it should not, or cannot, be so utilized and applied in this matter.

Furthermore;

The AUTHORITY FOR FINES (DAMAGES) CAUSED BY CRIMES BY GOVERNMENT OFFICERS: PERPETRATORS INCLUDING AUTHORIZING BODIES, CAPTAINS, CHIEFS, SUPERVISORS, EMPLOYERS, AGENTS, CLERKS, ADMINISTRATORS, and JUDGES is my power as unlimited as cited in the 9th and 10th Amendment.

These Damages to my rights, in part, were determined by GOVERNMENT itself for the violation listed:

Emoluments Violations – 18 U.S.C. §§§ 241, 242, 643, / 28 U.S.C. § 1927, / 29 U.S.C. § 1109

*He has erected a multitude of New Offices, and sent hither swarms of Officers to harass our people, and eat out their substance.*

EXECUTIVE ORDER 13818 ON HUMAN TRAFFICKING, (Public Law 114-328) section 212(f),

8 U.S.C. 1182(f), (INA), 3 U.S.C. section 301, 28 U.S.C. §§ 1608, 1330 / Qui Tam 31 U.S. Code, § 3730(b),(c)

| Breach | Penalty | Authority |
|---|---|---|
| To attend meetings, hearings under duress, against my consent | $1,000.00 per minute | |
| A-VIOLATION OF OATH OF OFFICE: 3002 (15) | $250,000.00 | 18 USC 3571, 28 USC |
| B-ARMED ABUSE OF OFFICE: | $200,000.00 | |
| C-ARMED ABUSE OF AUTHORITY: | $200,000.00 | |
| D-ARMED USE OF EMERGENCY LIGHTING IN A NON-EMERGENCY: | $200,000.00 | |
| E-ARMED USE OF EMERGENCY SIREN IN A NON-EMERGENCY: | $200,000.00 | |
| F-ARMED ASSAULT AND BATTERY: | $200,000.00 | |
| G-ARMED THREAT OF VIOLENCE: | $200,000.00 | |
| H-ARMED COERCION: | $200,000.00 | |
| I-DENIED PROPER WARRANT(S): | $250,000.00 | 18 USC 3571 |
| J-DENIED RIGHT OF REASONABLE DEFENSE ARGUMENTS: | $250,000.00 | 18 USC 3571 |
| K-DEFENSE EVIDENCE (RECORDS): | $250,000.00 | 18 USC 3571 |
| L-DENIED RIGHT TO TRUTH IN EVIDENCE: | $250,000.00 | 18 USC 3571 |
| M-ARMED VIOLATION OF DUE PROCESS: | $200,000.00 | |
| N-SLAVERY (Forced Compliance to contracts not held): | $250,000.00 | 18 USC 3571 |
| O-DENIED PROVISIONS IN THE CONSTITUTION: | $250,000.00 | 18 USC 3571 |
| P-ARMED TREASON, WAR AGAINST AMERICANS: | $250,000.00 | 18 USC 3571 |
| Q-GENOCIDE AGAINST HUMANITY: | $1,000,000.00 | 18 USC 1091 |
| R-APARTHEID: | $1,000,000.00 | |
| S-ARMED DEPRIVATION OF RIGHTS UNDER COLOR OF LAW: | $200,000.00 | 18 USC 242 |

| | | |
|---|---|---|
| T-EMOTIONAL DISTRESS: (vii) | $200,000.00 | 32 CFR 536.77(a) (3) |
| U-MENTAL ANGUISH ABUSE: | $200,000.00 | 42 CFR 488.301 |
| V-PEONAGE (Felony): 1994 | $200,000.00 | 18 USC 1581, 42 USC |
| W-UNLAWFUL INCARCERATION: | $200,000.00 | |
| X-MALICIOUS PROSECUTION: | $200,000.00 | |
| Y-DEFAMATION OF CHARACTER: | $200,000.00 | |
| Z-SLANDER: | $200,000.00 | |
| AA-LIBEL: | $200,000.00 | |
| BB-ARMED TRESPASS: | $200,000.00 | |
| CC-NEGLECT/FAILURE TO PROTECT/ACT: 1986 | $200,000.00 | 18 USC 1621, 42 USC |
| DD-ARMED GANG PRESSING: | $200,000.00 | |
| EE-ARMED LAND PIRACY/PLUNDER: | $200,000.00 | |
| FF-UNAUTHORIZED BOND PRODUCTION: | $200,000.00 | |
| GG-ARMED FORGERY: | $200,000.00 | |
| HH-ARMED EMBEZZLEMENT: | $200,000.00 | |
| II-GENOCIDE: | $1,000,000.00 | |
| JJ-ARMED STALKING: | $200,000.00 | |
| KK-ARMED IMPERSONATING A PUBLIC OFFICIAL: | $200,000.00 | |
| LL-ACTING AS AGENTS OF FOREIGN PRINCIPLES: | $200,000.00 | 18 USC 219 |
| MM-ARMED TORTURE: | $200,000.00 | |
| NN-ARMED OPERATING STATUTES WITHOUT BOND: | $200,000.00 | |
| OO-EXPLOITATION OF A LEGAL JUSTICE MINORITY GROUP | $500,000.00 | |
| BY BAR CLOSED UNION COURTS- CIVIL RIGHTS: | $1,000,000.00 | |
| PP-BAR VIOLATION OF ANTI-TRUST LAWS: | $200,000.00 | |
| QQ-FICTITIOUS CONVEYANCE OF LANGUAGE: | $200,000.00 | Chap. 2b 78FF |
| RR-MISAPPROPRIATION OF TAXPAYER FUNDS: | $200,000.00 | 18 USC 641-664 |
| VIOLATIONS OF THE UNIVERSAL DECLARATION OF HUMAN RIGHTS | | |
| SS-ARMED BREACH OF TRUST: | $200,000.00 | |

| | | |
|---|---|---|
| TT-ARMED DISTURBING THE PEACE: | $200,000.00 | |
| UU-ARMED KIDNAPPING: | $200,000.00 | 18 USC 1201 |
| VV-ARMED MALFEASANCE/MALPRACTICE: | $200,000.00 | 22 CFR 13.3 |
| WW-ARMED MISREPRESENTATION/PERSONAGE: | $200,000.00 | |
| XX-MIS-PRISON OF FELONY: | $500.00 | 18 USC 4 |
| YY-ARMED CONSPIRACY AGAINST RIGHTS OF PEOPLE: $200,000.00 | | 18 USC 241 |
| ARMED CRIMINAL EXTORTION/ | | |
| ZZ-ECONOMIC OPPRESSION:<br>CFR 11.417 | $200,000.00 | 18 USC 141, 872, 25 |
| AB-ARMED EXTORTION OF RIGHTS: | $200,000.00 | Title 15 |
| AC-ARMED ROBBERY: | $200,000.00 | |
| AD-ARMED THEFT BY FORCED REGISTRATION: | $200,000.00 | |
| AE-MAIL THREATS: | $5,000.00 | 18 USC 876 |
| AF-MAIL FRAUD: | $10,000.00 | 18 USC 1341 |
| AG-ARMED FRAUD: | $10,000.00 | 18 USC 1001 |
| AH-ARMED VIOLATION OF LIEBER CODE | | |
| AGAINST NON-COMBATANTS: | $200,000.00 | |
| AI-ARMED WRONGFUL ASSUMPTION | | |
| OF STATUS/STANDING: | $200,000.00 | |
| AJ-ARMED FALSIFICATION OF DOCUMENTS/RECORD:<br>7701(a)(1) | $10,000.00 | 18 USC 1001, 26 USC |
| AK-ARMED FICTITIOUS OBLIGATIONS: | $200,000.00 | 18 USC 514 |
| AL-ARMED PERJURY: | $2,000.00 | 18 USC 1621 |
| AM-ARMED SUBORDINATION OF PERJURY: | $2,000.00 | 18 USC 1622 |
| AN-To determine multiply no. of counts by damage | | |
| AO-ARMED RACKETEERING (Criminal, Felony): | $200,000.00 | 18 USC 1961-1968 |
| AP-ARMED RACKETEERING (Civil): | $200,000.00 | |
| AQ-Wages Taken $x3= | 18 USC 1964 (c) | |
| (Sustained Damages [total] x3) | | |

The lien debtors will be responsible for any IRS obligations resulting from the discharge or cancellation of any debts, as well as earned income resulting from accepted settlements.

**Dealing with claims of "Immunity"**~ Any claim of "Immunity" is a fraud by fact, if valid, it would prevent removal from office for crimes against the people, which removal is authorized or mandated under U.S. Constitution Article 2, Section IV; as well as 18 USC 241, 42 USC 1983, 1985, 1986, and other state Constitutions. ~Precedents of Law established by Court cases which are in violation of law render violations of law legally unassailable. Such a situation violates several specifically stated intents and purposes of the Constitution set forth in the Preamble; to establish justice, insure domestic tranquility, and secure the blessings of liberty.

All These factual fees for transgressions of my God-given rights are true and correct to the best of my memory and all statements/claims are made in good faith and sworn to under penalty of perjury in common law. All my God given rights are reserved and none waived.

By: _____

The United States of America
Douglas Vern Hulstedt
c/o 2511 Garden Road, Building – C #100
Monterey, California 93940

Monterey county

California state

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document

On __December 31__, 2022 before me, _____ Leslie Bittermann _____

Date                                          Name of Notary

personally appeared **Douglas Vern Hulstedt**, who proved to me on the basis of satisfactory evidence to the persons whose names are subscribed to the within instrument and acknowledged to me that they executed the same in their authorized capacities and that by their signature on this instrument are the person or the entity upon behalf of which they acted.

I certify under PENALTY OF PERJURY under the laws of the California state that the foregoing paragraph is true and correct.

By: _____

Public Notary:

> LESLIE BITTERSMANN
> Notary Public · California
> Monterey County
> Commission # 2412292
> My Comm. Expires Aug 5, 2026

Douglas Vern Hulstedt, Transgression Fee Schedule Page 5 of 5

# <u>METHOD OF PROCESS</u>

In the California state, of the Monterey county. I, the undersigned, herein declare that I am over the age of eighteen years and NOT a party to the within entitled action. My business address is: _1180 Forest Ave, Seut, B, Pacific Grove, California 93950_

I hereby declare under the penalty of perjury of the California Republic and The United States of America (unincorporated) that I served the foregoing document as entitled: on the party(s) by mailing with the Post Office maintained by the United States, Postal Service with postage paid, titled and addressed as follows and or by file stamp/banking postmasters: **CLAIM FOR RECONSIDERATION BY THE 5TH AMENDMENT IN WHICH DUE-PROCESS HAS BEEN GROSSLY VIOLATED AFTER THE FACT, THE DECISION BY THE BOARD IS VOID OF THE "PANOPLY" OF DUE-PROCESS IN DIRECT CONTRIDICTION TO THE BOARDS SO CALLED TRIGGERING OF DUE PROCESS WHEN AN ACCUSATION IS MADE, THIS NON-ATTORNEY HAS BEEN FORCED INTO REPRESENTING HIS INTERESTS BY THE CORPORATION #3260008 WHILE BEING EXTORTED WITHOUT THE NATURE AND CAUSES, "A CORPORATION CANNOT REPRESENT ITSELF IN COURT", ROBERT ANDRES BONTA, *ET.AL.* DID NOT INFORM OR PROTECT MY INTERESTS OR RIGHTS (SEE) *MERCO CONSTRUCTION ENGINEERS V. MUNICIPAL COURT,* EXHIBITS 1, 2, 3, 4, METHOD OF PROCESS;**

**MEDICAL BOARD OF CALIFORNIA**
**Enforcement Program**
**c/o Regina Rodriquez/Laurie Rose Lubiano, #256695, Witnesses/Trustees**
2005 Evergreen Street, Suite 1200
Sacramento, California 95815
**By-Registered-Mail #**
_RF108581352US_
_:Paid-Fee-Dock-et:_

**Gavin Newsom, Governor, Witnesses/Trustees**
1021 O Street, Suite 9000
Sacramento, California 95814
_By-Certified-Mail #7022 0410 0001 7455 0633_

CASE NO. 800-2021-079497 CLAIM FOR RECONSIDERATION BY THE 5TH AMENDMENT
Copyrighted-Works this Document-Contract by the Douglas Vern Hulstedt, Author

Page 10

**California Secretary of State**
**c/o Shirley N. Weber, Ph.D., Witnesses/Trustees/Record-Keepers**
1500 11th Street
Sacramento, California 95814
*By-Certified-Mail #* 7022 0410 0001 7455 0640


**Haywood Stirling Gilliam, Jr. Attorneys # 172732**
**United States District Judge/Witnesses/Trustees**
1301 Clay Street
Oakland, California 94612
*By-Certified-Mail #* 7022 0410 0001 7455 0657


**THE STATE BAR OF CALIFORNIA**
**c/o Leah Tamu Wilson, Attorneys #222790, Witnesses/Trustees**
180 Howard Street
San Francisco, California 94105
*By Certified-Mail #* 7022 0410 0001 7455 0664

**Juliet Elizabeth Cox, Attorneys # 214401, Witnesses/Trustees**
1515 Clay Street, Suite 206
Oakland, California 94612
*By Certified-Mail #* 7022 0410 0001 7455 0671


**Greg William Chambers, Attorneys # 237509, Witnesses/Trustees**
455 Golden Gate Avenues, Suite 11000
San Francisco, California 94102
*By Certified-Mail #* 7022 0410 0001 7455 0688


**Thomas Andrew Ostly, Attorneys # 209234, Witnesses/Trustees**
455 Golden Gate Avenue, Suite 11000
San Francisco, California 94102
*By Certified-Mail #* 7022 0410 0001 7455 0625

**Iveta Ovsepyan, Attorneys #279218, Witnesses/Trustees**
**Supervising Deputy Attorney General**
300 South Spring Street, Suite 1702
Los Angeles, California 90013-1230
*By Certified-Mail #* 7022 0410 0001 7455 0701

Page 11

**CASE NO. 800-2021-079497 CLAIM FOR RECONSIDERATION BY THE 5TH AMENDMENT**
**Copyrighted-Works this Document-Contract by the Douglas Vern Hulstedt, Author**

1

2          **James A.(?) Scharf, Attorneys# 152171, Witnesses/Trustees**
3                         150 Almaden Boulevard, Suite 900
                              San Jose, California 95113
4                    *By Certified-Mail #* 7022 0410 0001 7455 0718

5

6                           **"The State of California"**
7      **c/o Attorney General/Robert Andres Bonta #202668 *et.al.*, Agents**
                         455 Golden Gate Avenues, Suite 11000
8                          San Francisco, California 94102
9                    *By Certified-Mail #* 70 22 0410 0001 7455 0725

10

11
         I declare under the penalty of perjury of the Laws of the California Republic and The
12       United States of America (unincorporated)  that the foregoing is correct and complete to
13       the best of my knowledge, information and belief, and that this process is executed by the
         voluntary act of my own hand on Monterey county and is dated below;
14

15

16

17       Date: January 30, 2023                    By: 
18

19

20

21

22

23

24

25

26

27

28

CASE NO. 800-2021-079497 CLAIM FOR RECONSIDERATION BY THE 5TH AMENDMENT
Copyrighted-Works this Document-Contract by the Douglas Vern Hulstedt, Author

# <u>METHOD OF PROCESS/WITNESSES</u>

In the California state, on the Monterey county. I, the undersigned, herein declare that I am over the age of eighteen years and **<u>NOT</u>** a *Claimant [yet] but am Witnessing /Deliveries* to the within entitled "*Claims et.al*." My business address is:

---

I, hereby declare under the penalty of perjury of the California Republic and The United States of America that I served the foregoing document as entitled: on the party(s) by mailing with the Post-Office maintained by the United States, Postal Service with postage paid, titled and addressed as follows *and or* by the file stamp/banking-postmasters: **MOTION-NOTICE MANDATORY JUDICIAL NOTICED EVIDENCE CONCERNING "FORCED REPRESENTATION" OF A CORPORATION BY THE ATTORNEYS WHO ACT IN CONCERT TO DEPRIVE RIGHTS FOR THE JUDGE TO TAKE NOTICE AND MAKE AN APPEALABLE RULING ON THE HEARING DATE BELOW AS TO WHY RIGHTS WERE NOT PROTECTED AND TO STOP AND CORRECT THE WRONGS AND AS NOTED THAT THE CALIFORNIA COURTS ROUTINELY USE AND FORCE NON-ATTORNEYS TO HIRE A SO CALLED LICENSED ATTORNEYS TO REPRESENT THEIR CORPORATIONS, SEE MERCO CONSTRUCTION ENGINEERS V. MUNICIPAL COURT, EXHIBIT 1, METHOD OF PROCESS, DATE: AUGUST 3, 2023, TIME: 10:00 A.M., ROOM: 8-19TH FLOOR;**

**UNITED STATES DISTRICT COURT**
**c/o Clerk of the Court, Mark B. Busby**
450 Golden Gate Avenue
San Francisco, California 94102
*Registered-Mail or By-File-Stamp*

~ 5 ~

MOTION-NOTICE CONCERNING FORCED REPRESENTATION
Copyrighted-Works this Document-Contract-Claims by the Douglas Vern Hulstedt

**STATE BAR OF CALIFORNIA *[CHARTER]***
**"DEFENDANTS"** *et.al;*
*c/o* **Leah Tamu Wilson, Attorneys #222790/AGENTS OR SUCCESSORS**
180 Howard Street
San Francisco, California 94105
*By-Certified-Mail #*

_____

**Greg W. (?) Chambers, Attorneys #237509, Witnesses/Accused/Doe #1,**
**"DEFENDANTS"** *et.al;*
455 Golden Gate Avenues, Suite 11000
San Francisco, California 94102
*By-Certified-Mail #*

_____ ;

*CC:* **Military-Post-Office;** *Office of the Counsel.*

I declare under the penalty of perjury of the Laws of the California Republic and The United States of America that the foregoing is correct and complete to the best of my knowledge, information and belief, and that this bill of process is executed by the voluntary act of my own hand on Monterey county and is dated below;

Date: _____                    By: _____

~ 6 ~

**MOTION-NOTICE CONCERNING FORCED REPRESENTATION**
**Copyrighted-Works this Document-Contract-Claims by the Douglas Vern Hulstedt**