1  **Douglas Vern Hulstedt**
2  **℅ 2511 Garden Road, Building - C # 100**
   **Monterey, California 93940**
3  **Tel: (831) 899-5900**
   *Claimant/Witness/Beneficiary and*
4  *Wishing for an "Honest-Attorney"*



**FILED**

**JUL 06 2023**

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

5

6          **UNITED STATES DISTRICT COURT**
7          **NORTHERN DISTRICT OF CALIFORNIA**

8  **Douglas Vern Hulstedt**                )      **Case No: 23CV02003-JSC**
                                            )
9                                           )
10  *Claimant/Witness/Beneficiary;*         )      **MOTION-NOTICE**
    *Adversely Affected and Aggrieved*      )
11                                          )
                                            )      **LAWFUL DIRECTIONS AND NOTICE**
12          *Vs.*                           )      **TO THE CLERK OF THE COURT FOR A**
                                            )      **F.O.I.A. "ORDER" TO BE ENTERED ON**
13  **Robert Andres Bonta, Attorneys,**     )      **TO THIS DOCKET = OATH OF OFFICES**
                                            )      **FOR THE DUE-PROCESS AND FOR**
14  **#202668, Laurie Rose Lubiano,**       )      **PROOF OF CLAIM FOR THE**
                                            )      **PROTECTION OF RIGHTS,**
15  **Attorneys #152171,  STATE BAR OF**    )      **JUSTIFICATION HEREIN AS EXHIBIT 1**
                                            )      **AND TAKE SPECIAL NOTICE OF**
16  **CALIFORNIA *[CHARTER]* =**            )      **TITLE 18 U.S.C. §3332 BY THE POWERS**
                                            )      **AND DUTIES AND TITLE 18 U.S.C. §1918**
17  ***Insurance-Guarantors by the***       )      **REMOVAL FROM OFFICE AS EXHIBIT**
                                            )      **2, CONFLICT OF INTEREST WAIVER**
18          ***Bar # Policies,***           )      **FORM AS THE EXHIBIT 3, A WRITTEN**
                                            )      **APPEALABLE RULING IN LAW AND**
19          *Defendants et.al;*             )      **FINDINGS OF FACT ARE APPLICABLE**
                                            )      **TO THIS MOTION,**
20                                          )
                                            )
21          **Does/Roes 1-25;**             )
                                            )
22  _____        )
                                            )
23  **Greg W.(?) Chambers,**                )      **METHOD OF PROCESS,**
                                            )
24          **Attorneys, #237509**          )
                                            )
25  *Defendant/Trespasser*                  )      **DATE: JULY 27, 2023**
                                            )      **TIME: 1:30 P.M.**
26          *Doe #1 et.al;*                 )      **ROOM: 8-19TH FLOOR;**
                                            )      **JUDGE: Jacqueline Scott Corley, #173752;**
27  _____        )

28                          ~ 1 ~

**MOTION-NOTICE F.O.I.A. "ORDER" FOR OATHS OF OFFICES/CONFLICT-WAIVER**
**Copyrighted-Works this Document-Contract-Claims by the Douglas Vern Hulstedt**

*__To All Officers and Employees of the UNITED STATES DISTRICT COURTS; I, a__*
*__man in the Name of Lord Almighty I accept your Oath(s), bind you to the same and__*
*__command you do justice. I waive all customary rules of law and other procedural__*
*__impediments, I am not an attorney nor am I trained in law and I expect my rights to be__*
*__protected by thee Public-Fiduciaries……..“Witnesses”;__*

## *__MOTION-NOTICE-F.O.I.A. "ORDER"__* *by the Beneficiary having*

*__the Right to Claim about Wrongs being Committed by Attorneys/Trustees/Publishers__*
*__/Copyright-Works-Trespassers/Witnesses__* *and* by accepting the "**Valid**" "**Oath of**
**Office**" of any Public-Fiduciary-Trustee or "**Placeholder-Witness**" concerning these
matters for the equal protections of the law with my Adoption of the Bill of Rights for
the Due-Processes and by accepting the public record "**Official-Bonds**" or any other
"**Insurance-Policies**" that may apply concerning fraud or employee misconduct/
dishonesty and by entering and the making of this **MOTION-NOTICE F.O.I.A.**
**ORDER FOR OATHS OF OFFICES AND CONFLICT OF INTEREST FORM**
before this Court of Record by the Article III Venue as the Claimant/Witness/
Beneficiary to protect my Beneficial Property Rights against Trespass or **Breach of**
**Fiduciary-Trust, "Dishonest-Services"**, *continuing*, "I", Douglas Vern Hulstedt, *a*
*man* stake this **Claim** for "**Right to Due-Process before Property *is taken or damaged***
***or slandered or placed in custody or else or done",*** by the *__knowledge of this__*
**MOTION-NOTICE F.O.I.A. ORDER FOR OATHS OF OFFICES AND**
**CONFLICT OF INTEREST FORM** for the "**Due-Process to be Restored and**
**Compensated for the Damages".** **NOTE:** The citation of state and federal statutes,
codes, rules, regulations, and court citations, within any document-contract created by
me and not copyrighted by me, is only to notice my servants that which is applicable to

~ 2 ~

them and is not intended, nor shall be construed, to mean that I confer, submit to, claim rights to or have entered into any jurisdiction alluded to thereby, by the following ***11.7 Grade-Comprehension-Level per the Flesch-Kincaid this Document-Contract-Claims;*** **MOTION-NOTICE LAWFUL DIRECTIONS AND NOTICE TO THE CLERK OF THE COURT FOR A F.O.I.A. "ORDER" TO BE ENTERED ON TO THIS DOCKET = OATH OF OFFICES FOR THE DUE-PROCESS AND FOR PROOF OF CLAIM FOR THE PROTECTION OF RIGHTS, JUSTIFICATION HEREIN AS EXHIBIT 1 AND TAKE SPECIAL NOTICE OF TITLE 18 U.S.C. §3332 BY THE POWERS AND DUTIES AND TITLE 18 U.S.C. §1918 REMOVAL FROM OFFICE AS EXHIBIT 2, CONFLICT OF INTEREST WAIVER FORM AS THE EXHIBIT 3, A WRITTEN APPEALABLE RULING IN LAW AND FINDINGS OF FACT ARE APPLICABLE TO THIS MOTION, METHOD OF PROCESS, DATE: JULY 27, 2023, TIME: 1:30 P.M., ROOM: 8-19TH FLOOR; JUDGE: Jacqueline Scott Corley, #173752;**

# F.O.I.A. "ORDER"

### TO BE *DOCKETED* BY THE CLERK OF THE COURT
### FOR THE DUE-PROCESS-PROTECTION-EVIDENCES

1. **Haywood Stirling Gilliam, Jr., Attorneys, #172732;** documents to be produced are the **(1)** certified copy of his/your **"Oath of Office"** that conforms to the official-lawful and procedural-requirements by the **Federal-Article 6/Title 4 U.S.C. §101, "Oath of Office"** proving your authority ***"Quo-Warranto",*** *or* provide your FOREIGN RELATIONSHIP AND INTERCOURSE, *as* a Foreign-Agent information per USC Title 22 per Chapter 11 ***or confess to B.A.R. LOYALTY…..with the execution of the conflict of interest waiver-contract-form as*** **EXHIBIT 3;**

~ 3 ~

2. **Jacqueline Scott Corley, Attorneys, #173752;** documents to be produced are the **(1)** certified copy of her/your **"Oath of Office"** that conforms to the official-lawful and procedural-requirements by the **Federal-Article 6/Title 4 U.S.C. §101, "Oath of Office"** proving your authority ***"Quo-Warranto",*** *or* provide your FOREIGN RELATIONSHIP AND INTERCOURSE, *as* a Foreign-Agent information per USC Title 22 per Chapter 11 ***or confess to B.A.R. LOYALTY…..with the execution of the conflict of interest waiver-contract-form as*** **EXHIBIT 3;**

# JUSTIFICATION-CLAIM

**It is now well documented and claimed in and on the records by the Constructive-Trust-Case-No. Medical Board of California # 800-2021-079497** *and* **State Case No. Small-Claims #22SC018927,** *and* **Federal Case Nos. 22CV07438/22CV06688-HSG/23CV02003-JSC that an ongoing and outright-defiant-attempt** *after the fact* **to** ***"overthrow"*** **The United States Government** ***"ex. rel."*** **is being acted out by the** ***"Attorneys et.al."*** **who refuse to** ***"identify and protect"*** **concerning these matters/contracts and at the same time** ***"damaging"*** **one of the people's rights, beneficial-interests and property in** plain-view **to** *SEE/WITNESSES*! **EXHIBIT 1;**

**MOTION-NOTICE F.O.I.A. "ORDER" FOR OATHS OF OFFICES/CONFLICT-WAIVER**
Copyrighted-Works this Document-Contract-Claims by the Douglas Vern Hulstedt

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ALL RIGHTS RESERVED WAIVE-NONE;**
*RESERVATION FOR ALL WRITS;*
*"FOR RESTRAINT OF LIBERTIES, NOW IN CUSTODY";*
*and Wishing for Honest-Attorney-Re-Presentations;*



:Flag; Title: ~4, Section: ~1~3

**Verified by:**   *Douglas Vern Hulstedt*
The United States of America
Claimant/Witness/Injured
Beneficiary-Claimant *for*
DOUGLAS VERN HULSTED, M.D.
**CORPORATION #3260008/A42397,**
**"Copyright-Claimant".**

~ 5 ~

**MOTION-NOTICE F.O.I.A. "ORDER" FOR OATHS OF OFFICES/CONFLICT-WAIVER**
**Copyrighted-Works this Document-Contract-Claims by the Douglas Vern Hulstedt**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 1

~ 6 ~

**MOTION-NOTICE F.O.I.A. "ORDER" FOR OATHS OF OFFICES/CONFLICT-WAIVER**
**Copyrighted-Works this Document-Contract-Claims by the Douglas Vern Hulstedt**

1  **Douglas Vern Hulstedt**
2  **℅ 2511 Garden Road, Building - C # 100**
   **Monterey, California 93940**
3  **Tel: (831) 899-5900**
   *Claimant/Witness*
4

*By-Registered-Mail #*
RF 1085 8 / 180 US
*:Paid-Fee-Dock-et:*  FILED

DEC 20 2022

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

6  **UNITED STATES DISTRICT COURT**
7  **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
8  **SAN FRANCISCO 450 GOLDEN GATE AVENUE**

10  **Douglas Vern Hulstedt**          )  **Case No. 22CV07439 ~~VC~~**   HSC~
11  *Claimant/Witness*                 )
                                       )
12  *Vs.*                              )  **[MOTION/NOTICE]**
                                       )  **LAWFUL DIRECTION IN THE**
13  **Thomas Andrew Ostly**            )  **FORM OF A MOTION FOR THE**
                                       )  **CONSTITUTIONAL CONTRACT "OATH**
14  **# 209234, et. al.**              )  **OF OFFICE" BY THE UNIDENTIFIED**
                                       )  **"AGENT" AS JAMES A. (?) SCHARF**
15  *Defendants*                       )  **#152171 WHO HAS CLAIMED TO**
                                       )  **REPRESENT 4 DIFFERENT ENTITIES**
16  *Does, Roes 1-20*                  )  **"JURISDICTIONS" IN SOME SORT OF**
                                       )  **SIMULATED LEGAL PROCESS,**
17                                     )  **JAMES A. (?) SCHARF #152171 REFUSES**
                                       )  **DUE-PROCESS, NOW A WRITTEN**
18  **THE STATE BAR OF CALIFORNIA**    )  **APPEALABLE RULING IN LAW AND**
19  **c/o Leah Tamu Wilson # 222790**  )  **FINDINGS OF FACTS ON THIS RECORD**
                                       )  **IS REQUIRED TO PROTECT RIGHTS,**
20  **180 Howard Street**              )  **JAMES A. (?) SCHARF #152171 IS TO**
21  **San Francisco, California 94105** )  **PLACE HIS ARTICLE 6 OATH OF**
                                       )  **OFFICE INTO THIS RECORD BY HIS 15**
22  *"Third-Party of Interest"*        )  **DAY RETURN RESPONSE OTHERWISE**
                                       )  **"HE ADMITS" HE IS A FOREIGN**
23  *"Noticed-Witness"*               )  **AGENT, SANCTIONS WILL APPLY**
24  *"About Attorney Transgressions"*  )
25  *#154284 Hinds, #152171 Scharf, #214401 Cox,* )  **TIME:** ~~TBD~~
                                       )  **DATE:** _____
26  *#202668 Bonta, #209234 Ostly,*    )  **ROOM:** _____
27  *#279218 Ovsepyan et. al. =*       )
                                       )  **METHOD OF PROCESS**
28  **# Membership-Insurance-Policy-Numbers** )

**MOTION/NOTICE FOR CONSTITUTIONAL CONTRACT "OATH OF OFFICE", 22CV07439 VC**
**Copyrighted-Work-Product this Document-Contract by the Douglas Vern Hulstedt**

(TBD) To Be Determined Motion to be heard prior to 11/9/2023, 15 days of further, filing clerk to notify all parties of Motion Date

Page 1

Doug Hulstedt 12/20/2022

_**MOTION/NOTICE**_ LAWFUL DIRECTION IN THE FORM OF A
MOTION FOR THE CONSTITUTIONAL CONTRACT "OATH OF OFFICE" BY
THE UNIDENTIFIED "AGENT" AS JAMES A. (?) SCHARF #152171 WHO HAS
CLAIMED TO REPRESENT 4 DIFFERENT ENTITIES "JURISDICTIONS" IN
SOME SORT OF SIMULATED LEGAL PROCESS, JAMES A. (?) SCHARF
#152171 REFUSES DUE-PROCESS, NOW A WRITTEN APPEALABLE RULING
IN LAW AND FINDINGS OF FACTS ON THIS RECORD IS REQUIRED TO
PROTECT RIGHTS, JAMES A. (?) SCHARF #152171 IS TO PLACE HIS
ARTICLE 6 OATH OF OFFICE INTO THIS RECORD BY HIS 15 DAY RETURN
RESPONSE OTHERWISE "HE ADMITS" HE IS A FOREIGN AGENT,
SANCTIONS WILL APPLY, METHOD OF PROCESS;

**NOTE:** The citation of state and federal statutes, codes, rules, regulations, and court
citations, within any document-contract created by me, is only to notice my servants that
which is applicable to them and is not intended, nor shall be construed, to mean that I
confer, submit to, or have entered into any jurisdiction alluded to thereby, by the
following;

### CONSTITUTIONAL CONTRACTUAL CONTRACT VIOLATIONS AND CRIMES
being addressed in the form of a Motion/Notice for Facts and Claims:

# JURISDICTION

All people, all public servants, and all court agents, under oath or affirmation, are under the
Constitution of "The" United States as a contract and law. All people are obligated to report
constitutional contract violations that are crimes against the people. Article 6 of the Constitution
of "The" United States confirms that this document is the supreme Law of the Land or ultimate
contract that supersedes all others. This Motion/Notice for Facts and Claims shows constitutional

contractual violations that come with criminal charges, which every judge and public servant is required to prosecute or report the crimes for prosecution by this motion for Facts for the Record;

**Douglas Vern Hulstedt**, *a man* standing in God's Kingdom, without the UNITED STATES, a foreign national, accept for honor, value, fact and consideration your sworn Oath of Office. Now you, **James A. (?) Scharf #152171** and **Douglas Vern Hulstedt** have a private binding contract that you will honor, protect, and defend all my God given and Constitutionally declared, and protected inherent Rights, as agreed to by the contract between the parties, your Oath of Office and/or duty to support and defend the Constitutions. This contract created your very office and public employment and was authorized with limited jurisdiction;

## OATH OF OFFICE IS A QUID PRO QUO CONTRACT

The Oath of Office is a quid pro quo contract of [U.S. Constitution, Art. 6, Clauses 1, 2, and 3, Davis Vs. Lawyers Surety Corporation., 459 S.W. nd. 655, 657., Tex. Civ. App.] in which clerks, officials, or officers of the government pledge to perform (support, defend and uphold "The" United States and state Constitutions) in return for substance (wages, perks, benefits). It's a contract with the people to honor and uphold and protect their posterity of life, liberty, and property;

For government to contract with the sovereign, **Douglas Vern Hulstedt**, when a government agency is assuming legislative jurisdiction outside its constitutional authority, this violates geographical territorial limitations (legislative/public) to make a contract. Therefore, entering as pirates into geographical boundaries of Common Law/ common right (private) is unconstitutional;

## OATH REQUIRED BY LAW

Nunc Pro Tunc: **DATED; November 23, 2022** from the beginning, violations of the contract. As a public servant your Oath is required by Article 6, Clause 2, 3;  5 USC 3333;  5 USC 7311;  5 USC 3331, to be employed by "The" United States on behalf of the people. **Please send your Oath of Office of allegiance contract to**, **Douglas Vern Hulstedt**, showing prima facie evidence of your employment status agreement. Otherwise, one is not granted a privilege to serve or be endowed an employment contract by the people, or "The" United States. Without an Oath of Office, the person is in their private capacity; an imposter/counterfeit.  **Provide your evidence of Oath of Office to the Constitution of "The" United States or by default judgment you are in a private capacity for lack of contract/agreement and place it into this record otherwise you agree to sanctions;**

# FACTS OF CONTRACT LAW

Whether you're acting in your private capacity or as a public servant, you're violating the foundational law established by the Constitution of "The" United States for this Country, "The" United States of America, "The" United States, and defying the people as author of the Constitution, and kingship of the people by the Treaty of Paris (1783), as private citizens/free inhabitants and nationals of "The" United States of America, (*unincorporated*); not subjects to "The" United States or any division thereof. We are free people and private citizens of free states, and "The" United States of America, (*unincorporated*) as recognized by your contract: Article 6, Clause 1& 2 (supremacy Clause).  Furthermore, demanded that the People's Constitution creation by contract/charter, that a trial by jury could not be abolished, is the supreme Law of the Land to hold the constitutional government creation in check:  See Federalist Paper 81; Amendment 7; Article 6, Clause 1; and FRCP 38 (a);

# PRIVATE

In your private capacity as **imposter**, one is violating the Creator's common law/common right of all people being equal before their Creator and amongst each other with equal Rights. Requiring one a trial by jury is required before loss of life, liberty, or property.  **Douglas Vern Hulstedt** has not been notified of a claim to be resolved or notified to report for a trial by jury (FRCP 38 (a)). This is evidence of a private matter that needs to be resolved. A valid claim has not been received to show violation of a common right for redress and grievances against the government. Clearfield Doctrine, 1943: states that if one contracts with a living man, they lose their servant immunity. Because the public servants render servant immunity and now are under the common law of common rights of/by contracts;

# NOTICE PUBLIC SERVANT

You as a public servant are violating the following; not mentioning if you are an **imposter** without an Oath, which is counterfeiting and a fraud. You are an **imposter** without an Oath of Office being produced to show your valid employment contract/agreement:

1. 18 USC 241; Article 1, Section 8, Clause 6: color of law and/or counterfeiting, outside one's statutory jurisdiction.
2. FRCP 38 (a); The right of a trial by jury "is preserved to the parties inviolate."
3. Treason: denying a trial by jury; Article 3, Section 3; Amendment 7; Federalist Paper 81. A trial by jury was adamantly declared not to be ABOLISHED!
4. All legislative statutes are geographically restricted by Article 1, Section 8, Clause 17. This duty or limited right was defined for all their jurisdictional boundaries.

**MOTION/NOTICE FOR CONSTITUTIONAL CONTRACT "OATH OF OFFICE", 22CV07439 VC**
**Copyrighted-Work-Product this Document-Contract by the Douglas Vern Hulstedt**

5. Privateering: Clearfield Doctrine 1943: "State of" or "STATE OF" CALIFORNIA is a private foreign corporation to the sovereign people: bound by Article 1, Section 8, Clause 17 territory.

6. Your Oath of allegiance contract is required by you: Article 6, Clause 2, 3; 5 USC 3331;

# **FACTS OF CRIMINALITY**

Violating Parties are subjected to the penalties and remedies for Breach of Contract:

Article 1, Section 10, Clause 1

1. Counterfeiting: Article 1, Section 8, Clause 10; 5 U.S. Code § 706.  FindLaw Dictionary defines security: evidence of indebtedness, ownership, or the right to ownership. Using the enfranchised **CORPORATE** name **DOUGLAS VERN HULSTEDT** is claiming a right to a subject, which is fraud. **Douglas Vern Hulstedt** did not create and is not the fictitious enfranchised corporate entity.  Denying the sovereign, **Douglas Vern Hulstedt**, as a free inhabitant and claiming authority over one is a fraudulent security without showing documents of ownership. . Show a contract or ownership papers, or acknowledge fraud.

2. CHAPTER 115—TREASON, SEDITION, AND SUBVERSIVE ACTIVITIES
   a. Sec. 2381.Treason; 2382.Misprision of treason; 2383.Rebellion or insurrection; 2384.Seditious conspiracy; 2385.Advocating overthrow of Government; 2386.Registration of certain organizations; Article 3, Section 3; 18 U.S.C. 2381. For judges, attorneys, sheriffs, cops, and all other public employees/servants, is to collude in this matter by denying a trial by jury, by their oath, and registration to the bar association is rebellion, insurrection,  and seditious conspiracy; starting with executive order 100, Lieber Code, Article 13, declaring the people under (War Power) court-martial legislative law. Every court with the gold fringe flag is declaring martial-law against the free people, as sovereigns.

Congress by, 4 U.S.C. chapter 1, §§1, 2, & 3, the flag does not have a gold fringe. Only by executive order as military chief commander, and Executive Order 10834, August21, 1959; 24 F.R.6865, the flag was given 3 sides a gold fringe. This flag is seen in every court house or room and other U.S. public establishments. Therefore, declaring war on the sovereign people, denying the trial by jury, rebelling and changing our de-jure form of Constitutional government, which violates the supreme Law of the Land.

3. Privateering: Article 6, Section 8, Clause 10; 18 U.S. Code Chapter 81 - PIRACY AND PRIVATEERING
   a. § 1651. Piracy under law of nations
   b. § 1652. Citizens as pirates
   c. § 1653. Aliens as pirates
   d. § 1654. Arming or serving on privateers

**MOTION/NOTICE FOR CONSTITUTIONAL CONTRACT "OATH OF OFFICE", 22CV07439 VC**
**Copyrighted-Work-Product this Document-Contract by the Douglas Vern Hulstedt**

e.  § 1655. Assault on commander as piracy
f.  § 1656. Conversion or surrender of vessel
g.  § 1658. Plunder of distressed vessel
h.  § 1659. Attack to plunder vessel
i.  § 1661. Robbery ashore

Coming ashore with private legislative law, as color of law, is restricted to the private territorial boundaries of Article 1, Section 8, Clause 17.  To assault, being armed, converting one's private vessel to public domain is to plunder the private vessel.

4.  Intrinsic Fraud of [Auerbach v Samuels, 10 Utah 2nd. 152, 349 P. 2nd. 1112,1114. Alleghany Corp v Kirby., D.C.N.Y. 218 F. supp. 164, 183., and Keeton Packing co. v state., 437 S.W.];

# LAWFUL NOTIFICATION CLAIM OF ACCEPTANCE OF OATH–YOUR RESPONSE IS REQUIRED OR DEFAULT WILL ENTER AND SANCTIONS WILL APPLY

This Motion/Notice is made in good faith and justified as a lawful notification Motion/Notice to you, **which requires your written response within 15 calendar days**, specific to the subject-matter. This subject-matter must be **filed** in a competent court of Record to recognize your Oath and criminality, and to be reported of Record when violated.

Notification of legal/lawful responsibility is the first essential of **due process of law**. As silence is acquiescence under the law, silence can only be equated with fraud, where there is a legal or moral duty to speak or where an inquiry left unanswered would be misleading, whether intentionally or not. Responses that are immaterial or irrelevant to the subject-matter, or that are non-substantive, will be treated merely as avoidance, a provision of information and legally as a non-response with willful intent to defraud. **No response is default judgment against the private individual parties and sanctions will apply.**

In order to ensure unequivocal clarity, and to effect the removal of any and all assumptions and presumptions, **you are hereby put on notice that this notification/motion is not directed to be ATTACHED TO YOUR LEGAL FICTION PERSON, in all caps name on Oath document;** but to you, a living man, with a proper name format as a signature with upper and lower case letters, of the name on Oath in proper format with a hand signature by you, in your private capacity as a non-fictional entity who has sworn/affirmed an Oath of Office. Who by virtue of that Oath has a mandate to serve the People that are in or of the Public.

The People's contracts, being the Ancient Charters and Statutes, confirming the liberties of the subjects (Biblical Law), Treaty of Paris 1783, the Maxims of Common Law, the Constitution of "The" United States of America, (*unincorporated*) Constitution of "The" United States with the

Bill of Rights, the Constitution of the state and/or State of California; every additional ordinance of man that inherently recognizes the supremacy of Creator God and of the pre-eminence of **His** Law, and man's sovereignty, and together with the mandated Oath of Office of the above named party;

**PUBLIC SERVANT**, constitutes an irrevocable and unconditional offer of intent by the respective and adoptive governments and their officers to act, or refrain from acting in a specified way toward private citizens/free inhabitants, and for other purposes, and is binding upon those who choose to be subject to it, as your Oath of Office has so bound you, as a **PUBLIC SERVANT** of our constitutional government. You are a servant to the people who created your limited authority for man's posterity of life, liberty, and pursuit of happiness. You're an employee and servant to the people as authors of "The" United States and all entities created thereby, under the authority of the Constitution of "The" United States;

Be it therefore known by these presents, that **Douglas Vern Hulstedt**, a competent natural born man upon the Land, do hereby and herein give formal Notice of Acceptance of the mandated Oath of Office of the above-named **PUBLIC SERVANT, caps and small letter name on Oath document as written by a living man.** The said Oath of Office being your open, binding and irrevocable contract offer, to which my acceptance does hereby ratify into a firm and binding, private, bilateral contract between us, by which you agree to uphold, support and defend the supreme Law of the Land, also known as the Constitution of "The" United States with the Bill of Rights.  Therefore, you agree to perform all of your duties as a **PUBLIC SERVANT**, and to uphold and to protect all of my inherent Birth Rights, by which I agree to receive the said implied protections and provisions of that Law.  This applies to my Rights, both as/of the services of your office, as the valuable consideration passing between us that consummate the acceptance of the contract as it was offered;

This, my official Motion/Notice of Acceptance of your Oath of Office (when received) is made in good faith and explicitly without recourse. **"The contract now between us, now irrevocably consummated",** pertains to your having knowledge of the law, and having the power to stop a wrong, and thus the duty to stop a wrong from being done, particularly where such a wrong results in or causes any deprivations to my religious beliefs, protection and inherent capitol Rights.  **Misprision does apply to all parties conspiring in the criminal violations** *i.e.* **Attorneys** *et. al.;*

# RESOLUTION

At this point this case/matter of fraud has no standing in a court of law to render **Douglas Vern Hulstedt** to be in jeopardy of a dismissal by a 12 (B) (1)(6) motion to dismiss; except by theft and other criminal behavior. This subject-matter requires it to be rescinded on the record immediately for acting under the color of law, and other sworn oath contractual violations. A

**MOTION/NOTICE FOR CONSTITUTIONAL CONTRACT "OATH OF OFFICE", 22CV07439 VC**
**Copyrighted-Work-Product this Document-Contract by the Douglas Vern Hulstedt**

1   crime may exist and must be reported for the Record with criminal charges filed against the
2   wrong doers == **Attorneys who are acting in concert to deprive rights**.

3   I declare under the penalty of perjury of the Laws of "The" United States of America
    (*unincorporated*) to be true and accurate by my beliefs;

4

5

6                          ALL RIGHTS RESERVED WAIVE-NONE
7                   *RESERVATION FOR WRIT FOR HABEAS CORPUS*
8                           *"FOR RESTRAINT OF LIBERTIES"*
9

10

11                              Verified by: *Douglas Vern Hulstedt*
12                                          Claimant/Witness
                                        Beneficiary-Agent *for*
13                                  DOUGLAS VERN HULSTEDT, M.D.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MOTION/NOTICE FOR CONSTITUTIONAL CONTRACT "OATH OF OFFICE", 22CV07439 VC
Copyrighted-Work-Product this Document-Contract by the Douglas Vern Hulstedt

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# MEMORANDUM AND POINTS OF AUTHORITIES

**MOTION/NOTICE FOR CONSTITUTIONAL CONTRACT "OATH OF OFFICE", 22CV07439 VC**
**Copyrighted-Work-Product this Document-Contract by the Douglas Vern Hulstedt**

## MEMORANDUM AND POINTS OF AUTHORITIES OF SOVEREIGNTY AND GOVERNMENT' AS IT RELATES TO THE PUBLIC SERVANT/AGENT

It is a well understood fact Of American history that the most dynamic document that set the course of America is the Declaration of Independence. It was/is the document that disclosed the tyranny of English government. It expressed the 'elements' of the 'Rights of Men,' within any society, and that *"all Men are created equal."* The Declaration of Independence stipulated the chain of Authority within 'governments,' and of the obvious fact that the people 'created' government. That it was the 'people' who instituted government and in so doing, the people *"secured these rights,"* and that government (at every level) derives their *"just powers from the consent of the governed."*

It is also a well-established fact that the people did not give up all their 'power' to government(s). The Declaration of Independence created the sovereignty in the people, not in government. Therefore, the people are above the creature(s) they created (government) and that those who work for/in government(s) are 'Public Servants' and have placed themselves in a subservient position to serve the people within their function/office/position via their 'Oath of Office.'

In regards the principles established in The Declaration of Independence and the subsequent 'constitutions' written and created after it, and the true sovereignty is written constitution is not only the direct and basic expression of the sovereign will, it is also the absolute rule of action and decision for all departments and offices of government with respect to all matters covered by it, and it must control as it is written until it is changed by the authority which established it. (the people!) See: State ex rel. Crenshaw v. Joseph, 175 Ala. 579, 57 So. 942; Schmitt v. F.W. Cook Brewing Co., 187 Ind. 623, 120 N.E. 19, 3 A.LR 270; Collins v. Martin, 209 Pa. 388, 139 A 122, 55 A.LR. 311; Travelers' Insurance co. v. Marshall, 124 Tex. 45, 76 S.W. 2d 1007, 96 A.L.R. 802; state ex rel. Lemon v. langlie, 45 Wash. 2d 82, 273 P.2d 464.

*"The (state) constitution is the supreme law, written by the supreme power of the state. the people themselves."* Re Gorham-Fayette Local School Dist., 20 Ohio Misc. 222, 49 Ohio ops. 2d 143, 250 N.E. 2d 104; state ex rel. Weinberger v. Miller, 87 Ohio SL 12, 99 N.E. 1078.

*"The Constitution is the voice of the people speaking in their sovereignty capacity, and it must be heeded; when the Constitution speaks with reference to a particular matter, it must be given effect as the paramount law of the land."* People v. Parks, 58 cal. 624.

*"Sovereignty itself is, of course, not subject to law, for it the author and source of law; but in our system, while sovereign powers are delegated to the agencies of government, itself remains with the people, by whom and for whom all government exists and acts. And the law is the definition and limitation of power."* Yick wo v. Hopkins, 118 US 356.

*"Local laws or ordinances enacted by a city must be consistent with the state constitution."* Bell Y. Vaughn 155 Fla. 551, 21 so. 2d 31, Evans v. Berry, 262 N.Y. 61, 186 N.E. 203, 89 A.L.R.

*"It is the duty of all officials, whether legislative, judicial, executive, administrative, or ministerial, to so perform every official function as not to violate constitutional provisions."* Montgomery v. state, 55 Fla. 97, 45 so. 879.

*"The provisions of the constitution must be given effect even if in doing so a statute is held to be inoperative."* State ex rel. West v. Butler, 70 Fla. 102, 69 So. 771.

*"The Constitution was made not to act upon the legislative department alone, but upon every department of the government."* Way v. Hillier, 16 Ohio 105.

*"Courts should not tolerate or condone disregard of law and arbitrary usurpation of power on the part of any officer."* AND NEITHER SHOULD THE PEOPLE! Ex parte Owen,10 Okla Crim Rep 284, 136, P 197, Ann Cas 1916A 522.

*"The officers of the law, in the execution of process, are obliged to know the requirements of the law, and if they mistake them, whether through ignorance or design, and anyone is harmed by their error, THEY MUST RESPOND IN DAMAGES."* v. Marshall (United States use of Rogers v. Conklin) 1 Wall. (US) 644, 17 L ed 714.

*"It is a general rule that an officer- executive, administrative, quasi-judicial, ministerial, or otherwise— who acts outside the scope of his jurisdiction and without authorization of law may thereby render himself amenable to personal liability"* Cooper v. O'Connor, 69 App DC 100, 99 F 2d 135, 118 ALR 1440; Chamberlain v. Clayton, 56 Iowa 331, 9 237, 41 Am Rep 10

*"If a public officer authorizes the doing of an act not within the scope of his authority, he will be held liable."* Bailey v. New York, 3 Hill (NY) 531, 38 Am Dec 669, affirmed in 2 Denio 433.

*"[I]n our country the people are sovereign....and the government cannot sever its relationship to the people...."* AfroYim 387 U.s. at 257, 87 s.ct. at 1662.

*"In common usage, the term "person" does not include the sovereign, and statutes employing it will ordinarily not be construed to do so."* U.S. v. United Mine Workers, 330 VS 258 (1947), 91 L. ed 884, 67 s.CL 677.

*"Where rights secured by the Constitution are involved, there can be no rulemaking of legislation which would abrogate them."* Miranda v. Arizona. *Congress cannot revoke the Sovereign Power of the People."* Perry v. United States, 294 US 330, 353 (1935).

*"All that government does and provides legitimately is in pursuit of its duty to provide protection for private rights (Wynhammer v. People, 13 NY 378), which duty is a debt owed to its creator, WE THE PEOPLE and the private unenfranchised individual, which debt and duty is never extinguished nor discharged and is perpetual. No matter what the government/state provides for us in manner of convenience and safety, the unenfranchised individual owes nothing to the government."* Hale v. Henkel U.S. 43.

*"We the people have discharged any debt which may be said to exist or be owed to the state/government. The governments are, however, indebted continually to the people, because the people (the sovereigns) created the government corporation and because we suffer its continued existence. The continued debt owed to the people is discharged only as it continues not to violate our private rights, and when government fails in its duty to provide protection-discharge its debt to the people, it is an abandonment (an INJURY) of any and all power, authority or vestige of 'sovereignty' which it possessed, and the laws remain the same, the sovereignty reverting to the people whence it came."* Down v. Bidwell, 182 U.S. 277 "Optima •est lex, quae minimum relinquishes arbitrio judicis".

That is, the best system of law which confides as little as possible to the discretion of the judge!

**VIOLATION OF OATH OF OFFICE:**

Let us be noticeably clear here, there is a remedy on the books that addresses the violation of the oath of office by members of Congress. Based on my personal observations it is my view that all members of Congress at minimum have violated this statute and therefore are subject to the remedy as specified:

The law requires the removal of the office holder as well a prison term or fine for the offender. 18 U.S.C. 1918: 5 U.S.C. 3333:....an individual who accepts office or employment in the Government of "The" United States...shall execute an affidavit within 60 days after accepting the office or employment that his acceptance and holding of the office or employment does not or will not violate section 7311 of this title.

The affidavit is prima facie evidence that the acceptance and holding of office or employment by the affiant does not or will not violate section 7311 of this title. *"Federal Criminal Penalty for Violation of Oath of Office. Federal criminal law is explicit and direct regarding a violation of oath of office by federal officials which includes all members of Congress. The law requires the removal of the office holder as well a prison term or fine for the offender".*18 U.S.C. 1918:

*"Whoever violates the provisions of section 7311 of title 5 that an individual may not accept or hold a position in the Government of the United States or the government of the District of Columbia if he (1) advocates the overthrow of our constitutional form of government [and] shall be fined under this title or imprisoned not more than one year and a day or both."*

Oath of Office for Federal Officials Employees of "The" United States Government including all members of Congress are required to take the following oath before assuming elected or appointed office. 5 U.S.C. 3331: *"An individual, except the President, elected or appointed to an office of honor or profit in the civil service or uniformed services shall take the following oath:"*

*"I, [Public employee Name], do solemnly swear (or affirm) that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. So, help me God."*

*5 U.S.C. 3333: "...an individual who accepts office or employment in the Government of "The" United States...shall execute an affidavit within 60 days after accepting the office or employment that his acceptance and holding of the office or employment does not or will not violate section 7311 of this title. The affidavit is prima facie evidence that the acceptance and holding of office or employment by the affiant does not or will not violate section 7311 of this title."*

Federal Law Prohibiting Federal Officials From Advocating Overthrow of Government Federal law specifically prohibits any individual from accepting or holding any position (including elected office) in "The" United States Government if he advocates the overthrow of our constitutional form of government.5 U.S.C. 7311 (1):

*"An individual may not accept or hold a position in the Government of "The" United States of the government of the District of Columbia if he (1) advocates the overthrow of our constitutional form of government..."*

**Advocate:**
To plead in favor of defend by argument before a tribunal or the public: support or recommend publicly. Webster's Third New International Dictionary

**Advocate:**
To speak in favor of or defend by argument. To support, vindicate, or recommend publicly. Black's Law Dictionary

## Federal Criminal Penalty for Violation of Oath of Office:

Federal criminal law is explicit and direct regarding a violation of oath of office by federal officials which includes all members of Congress. The law requires the removal of the office holder as well a prison term or fine for the offender. 18 U.S.C. 1918:

*"Whoever violates the provisions of section 7311 of title 5 that an individual may not accept or hold a position in the Government of "The" United States or the government of the District of Columbia if he (1) advocates the overthrow of our constitutional form of government [and] shall be fined under this title or imprisoned not more than one year and a day or both."* freedoms, and/or my civil rights, and/or my natural rights and liberties, the deprivation of which in whole or in part, shall be deemed a breach of contract, a violation of substantive due process, a breach of public trust, and a breach of fiduciary duty, all or any of which you shall be held liable for, without recourse and without further notice.

### Proponents are subjected to the penalties and remedies for Breach of Contract:

1. Counterfeiting: Article 1, Section 8, Clause 10; 5 U.S. Code § 706. FindLaw dictionary defines security: evidence of indebtedness, ownership, or the right to ownership. Using the name JOHN DOE FICTION is claiming a right to a subject. Show papers of ownership. Denying Douglas Vern Hulstedt as a free inhabitant and claiming authority over Douglas Vern Hulstedt is imposing jurisdiction as a fraudulent security.
2. CHAPTER 115—TREASON, SEDITION, AND SUBVERSIVE ACTIVITIES
   a. Sec. 2381.Treason; 2382.Misprision of treason; 2383.Rebellion or insurrection; 2384.Seditious conspiracy; 2385.Advocating overthrow of Government; 2386.Registration of certain organizations; Article 3, Section 3; 18 U.S.C. 2381 and 18 U.S.C. 1001.
   b. Using the State of or County of **limited** authority to impose and enforce foreign laws **outside** geographical boundaries apply to all the above; including the bar association denying a trial by jury.
3. Privateering: Article 6, Section 8, Clause 10; 18 U.S. Code Chapter 81 - PIRACY AND PRIVATEERING
   a. § 1651. Piracy under the law of nations       b. §1652. Citizens as pirate
   c. § 1653. Aliens as pirates                            d. §1654. Arming or serving on privateers
   e. § 1655. Assault on commander as piracy     f. §1656. Conversion or surrender of vessel
   g. § 1658. Plunder of distressed vessel            h. §1659. Attack to plunder vessel
   i. §1661. Robbery ashore
4. Intrinsic Fraud of : Auerbach v Samuels, 10 Utah 2nd. 152, 349 P. 2nd. 1112,1114. Alleghany Corp v Kirby., D.C.N.Y. 218 F. supp. 164, 183., and Keeton Packing co. v state., 437 S.W.
5. Financial Restoration by 18 U.S. Code § 3571;

Verified by: ***Douglas Vern Hulstedt***
Claimant/Witness
Beneficiary-Agent *for*
DOUGLAS VERN HULSTEDT, M.D.

# METHOD OF PROCESS

In the California state, of the Monterey county. I, the undersigned, herein declare that I am over the age of eighteen years and NOT a party to the within entitled action. My business address is: 1180 fourut Ave #B Pacific Grove California 93950

I hereby declare under the penalty of perjury of the California Republic and The United States of America that I served the foregoing document as entitled: on the party(s) by mailing with the Post Office maintained by the United States, Postal Service with postage paid, titled and addressed as follows and or by file stamp/banking postmasters:

**MOTION/NOTICE LAWFUL DIRECTION IN THE FORM OF A MOTION FOR THE CONSTITUTIONAL CONTRACT "OATH OF OFFICE" BY THE UNIDENTIFIED "AGENT" AS JAMES A. (?) SCHARF #152171 WHO HAS CLAIMED TO REPRESENT 4 DIFFERENT ENTITIES "JURISDICTIONS" IN SOME SORT OF SIMULATED LEGAL PROCESS, JAMES A. (?) SCHARF #152171 REFUSES DUE-PROCESS, NOW A WRITTEN APPEALABLE RULING IN LAW AND FINDINGS OF FACTS ON THIS RECORD IS REQUIRED TO PROTECT RIGHTS, JAMES A. (?) SCHARF #152171 IS TO PLACE HIS ARTICLE 6 OATH OF OFFICE INTO THIS RECORD BY HIS 15 DAY RETURN RESPONSE OTHERWISE "HE ADMITS" HE IS A FOREIGN AGENT, SANCTIONS WILL APPLY, METHOD OF PROCESS;**

**UNITED STATES DISTRICT COURT**
**c/o Clerk of the Court, Mark B. Busby**
450 Golden Gate Avenue
San Francisco, California 94102
*Registered-Mail or By-File-Stamp*

**Medical Board of California** *as its Trustees*
**c/o Juliet Elizabeth Cox, Attorney # 214401**
1515 Clay Street, Suite 206
●akland, California  94612
*By-First-Class-Mail*

**State of California**
**Robert Andres Bonta, Attorney-General #202668**
455 Golden Gate Avenues, Suite 11000
San Francisco, California 94102
*By-First-Class-Mail*

**MOTION/N●TICE FOR CONSTITUTI●NAL C●NTRACT "OATH OF OFFICE", 22CV07439 VC**
**Copyrighted-Work-Product this Document-Contract by the Douglas Vern Hulstedt**

Page 10

**Thomas Andrew Ostly, Attorney # 209234**
455 Golden Gate Avenue, Suite 11000
San Francisco, California 94102
*By-First-Class-Mail*

**Iveta Ovsepyan #279218**
**Supervising Deputy Attorney General**
300 South Spring Street, Suite 1702
Los Angeles, California 90013-1230
*By-First-Class-Mail*

**United States**
**James A. (?) Scharf, Attorney # 152171**
150 Almaden Boulevard, Suite 900
San Jose, California 95113
*By-First-Class-Mail*

**THE STATE BAR OF CALIFORNIA**
**c/o Leah Tamu Wilson #222790 = Witness**
180 Howard Street
San Francisco, California 94105
*By-First-Class-Mail*

I declare under the penalty of perjury of the Laws of the California Republic and The United States of America that the foregoing is correct and complete to the best of my knowledge, information and belief, and that this process is executed by the voluntary act of my own hand on Monterey county and is dated below;

Date: December 19-2022          By: _____
                                    Gloria Chavez

Page 11

MOTION/NOTICE FOR CONSTITUTIONAL CONTRACT "OATH OF OFFICE", 22CV07439 VC
Copyrighted-Work-Product this Document-Contract by the Douglas Vern Hulstedt

**BLANK SPACER PAGE**

# FILED

JUN 0 5 2023

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  Douglas Vern Hulstedt
2  ℅ 2511 Garden Road, Building - C #100
   Monterey, California 93940
3  Tel: (831) 899-5900
   *Claimant/Witness/Beneficiary*

:Re-Registered-Mail #
RF 108 581 406 US

:Paid-Fee-Dock-et:

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND, CALIFORNIA 1301 CLAY STREET, 94612

| | |
|---|---|
| **Douglas Vern Hulstedt** *Claimant/Witness/Beneficiary* <br><br> *Vs.* <br><br> **Thomas Andrew Ostly** <br><br> **# 209234, et. al.** <br><br> *Defendants* <br> *Does, Roes 1-20* | **Case No. 22CV07439-HSG** <br><br> # NOTICE OF APPEAL <br> **DOCKET # 54 ORDER "AGAIN" MADE WITHOUT SUBJECT-MATTER-JURISDICTION, WITHOUT DUE-PROCESS AND WITHOUT IMMUNITIES AFTER BEING DULY CHALLENGED BY THE 1ST AMENDMENT CLAIM FOR THE REDRESS AND GRIEVENCES AGAINST THE GOVERNMENT AND THAT HONEST SERVICES WERE NOT PROVIDED AFTER PAID FEES WERE TENDERED, SEE CLEARFIELD DOCTRINE,** <br><br> **GOVERNMENT AUTHORITIES,** <br><br> **REQUEST FOR FEE WAIVER AS PREVIOUSLY ENTERED FOR SAME REASONS DOCKETS # 41, 42,** <br><br> **DESIGNATION OF THE RECORD,** <br><br> **METHOD OF PROCESS;** |

NOTICE OF APPEAL DOCKET # 54, 22CV07439-HSG
Copyrighted-Works this Document-Contract-Claims by the Douglas Vern Hulstedt

Page 1

1
2
3
4
5
6   *To All Officers and Employees of the UNITED STATES DISTRICT COURTS; I, a*
7   *man in the Name of Lord Almighty I accept your Oath(s), bind you to the same and*
8   *command you do justice. I waive all customary rules of law and other procedural*
9   *impediments, I am not an attorney nor am I trained in law and I expect my rights to be*
10  *protected by thee Public-Fiduciaries……..."Witnesses";*
11
12
13  ***NOTICE OF APPEAL*** DOCKET # 54 ORDER "AGAIN" MADE
14  WITHOUT SUBJECT-MATTER-JURISDICTION, WITHOUT DUE-PROCESS
15  AND WITHOUT IMMUNITIES AFTER BEING DULY CHALLENGED BY THE
16  1ST AMENDMENT CLAIM FOR THE REDRESS AND GRIEVENCES AGAINST
17  THE GOVERNMENT AND THAT HONEST SERVICES WERE NOT
18  PROVIDED AFTER PAID FEES WERE TENDERED, SEE CLEARFIELD
19  DOCTRINE, GOVERNMENT AUTHORITIES, REQUEST FOR FEE WAIVER
20  AS PREVIOUSLY ENTERED FOR SAME REASONS DOCKETS # 41, 42,
21  DESIGNATION OF THE RECORD, METHOD OF PROCESS; NOTE: The
22  citation of state and federal statutes, codes, rules, regulations, and court citations, within
23  any document-contract created by me and not copyrighted by me, is only to notice my
24  servants that which is applicable to them and is not intended, nor shall be construed, to
25  mean that I confer, submit to, claim rights to or have entered into any jurisdiction alluded
26  to thereby, by the following;
27
28

# GOVERNMENT AUTHORITIES ON SUBJECT-MATTER-JURISDICTION

"Once jurisdiction is challenged, it must be proven:" *Hagens v. Lavine,* 415 U. S. 528, 94 S. Ct. 1278, 39 L. Ed. 2d. 577.

"Where plaintiff's preliminary objections raised the question of jurisdiction over the subject matter, although improperly, the court was bound to decide it, since the court was bound to decide such issue on its own motion if necessary." *Department of Highways v. Di Joseph,* 41 Pa. D. & C. 2d 435 (1967)

"Sworn allegations not denied are established." *60 C. J. S.* Section 37 (5) Motions and Orders; see also *California Title Insurance & Trust Co. v. Consolidated Piedmont Cable Co.* 49 P 1., 117 Cal. 237

"Indeed, no more than (affidavits) is necessary to make the prima facie case." *United States v. Kis,* 658 F. 2d, 526 (7th Cir. 1981)

"Uncontested allegations of fact in affidavit must be accepted as true." *Morris v. National Cash Register Co.* 44 S.W. 2d 433
"Presumptions are indulged to supply the absence of facts, but never against ascertained and established facts:" *Boggs v. Merced Mining Co.,* 70 U. S. 304, 3 Wall. 304, 18 L. Ed. 245 (1859).

"There is no presumption in favor of jurisdiction, and the basis for jurisdiction must be affirmatively shown." *Hanford v. Davis,* 163 U. S. 273, 16 S. Ct. 1051, 41 L. Ed. 157 (1896).

"The requirement that jurisdiction be established as a threshold matter…is 'inflexible and without exception,' " *Steel Co. v. Citizens for Better Environment,* 523 U. S. 83 118 S. Ct. 1003, 140 L. Ed. 2d 210 (1998) (quoting *Mansfield, C. & L. M. R. Co. v. Swan,* 111 U. S. 379, 4 S. Ct. 510, 28 L. Ed. 462 (1884).

"Without jurisdiction the court cannot proceed at all in any cause. Jurisdiction is power to declare the law, and when it ceases to exist, the only function remaining is that of announcing the fact and dismissing the cause:" 523 U. S. at 94 (quoting

NOTICE OF APPEAL DOCKET # 54, 22CV07439-HSG
Copyrighted-Works this Document-Contract-Claims by the Douglas Vern Hulstedt

Page 3

1    *Ex parte Mc Cardle*, 7 Wall. 506, 514 (1869).

2

3        "Once jurisdiction is challenged, the court cannot proceed when it clearly appears that the

4    court lacks jurisdiction, the court has no authority to reach merits, but, rather, should dismiss the

5    action." *Melo* v. *US*, 505 F2d 1026.

6

7        "Where there is no jurisdiction over the subject matter, there is no discretion to ignore

8    that lack of jurisdiction." *Joyce* v. *US*, 474 F2d 215.

9

10       "Judgment rendered by court which did not have jurisdiction to hear cause is void ab

11   initio." *In Re Application of Wyatt*, 300 P. 132; *Re Cavitt*, 118 P2d 846.  "It is elementary that

12   the first question which must be determined by the trial court in every case is that of

     jurisdiction." *Clary v. Hoagland*, 6 Cal.685; *Dillon v. Dillon*, 45 Cal. App. 191,187P. 27.

13

14        "A departure by a court from those recognized and established requirements of law,

15   however close the apparent adherence to mere form in method of procedure, which has the effect

16   of depriving one of a constitutional right, is as much an "excess of jurisdiction" as where there

17   exists an inceptive lack of power." *Wuest* v. *Wuest*, 53 Cal. App. 2d 339,127P.2d 934.

18

19        "A court has no jurisdiction to determine its own jurisdiction for a basic issue in any case

20   before a tribunal is its power to act, and a court must have the authority to decide that question in

21   the first instance." *Rescue Army v. Municipal Court of Los Angeles*, 171 P2d; 331 US 549, 91

22   L. ed. 1666, 67 S. Ct. 1409.

23

24        "Where there is no jurisdiction there is no judge; the proceeding is as nothing.  Such has

25   been the law from the days of the Marshalsea." 10 Coke 68; also *Bradley v. Fisher*, 13 Wall

     335,351." *Manning v. Ketcham*, 58 F.2d 948.

26

27        "A distinction must be here observed between **excess of jurisdiction** and the clear

28   absence of all jurisdiction over the subject-matter any authority exercised is a **usurped authority**

Page 4

**NOTICE OF APPEAL DOCKET # 54, 22CV07439-HSG**
**Copyrighted-Works this Document-Contract-Claims by the Douglas Vern Hulstedt**

1   and for the exercise of such authority, <u>when the **want of jurisdiction is known** to the judge, **no**</u>

2   <u>**excuse** is permissible.</u>" *Bradley v.Fisher*,13 Wall 335, 351, 352.

3

4   "**Jurisdiction**, once challenged, **is to be proven**, not by the court, but **by the party**

5   **attempting to assert jurisdiction**. The burden of proof of jurisdiction lies with the asserter. The

6   court is only to rule on the sufficiency of the proof tendered." *McNutt v. GMAC*, 298 US 178.

7   Emphasis added.  The origins of this doctrine of law may be found in Maxfield's <u>Lessee V Levy,</u>

8   4 US 308.

9

10   All orders or judgments issued by a judge in a court of limited jurisdiction must contain

    the findings of the court showing that the court has subject-matter jurisdiction, <u>not allegations</u>

11   <u>that the court has jurisdiction.</u> *[IN THIS CASE IT WAS TOTALLY IGNORED]*

12

13

            Appeals.
14                  Any person aggrieved by an adjudication of a local agency who
            has a direct interest in such adjudication shall
15           have the right to appeal there from to the court vested with
             jurisdiction of such appeals by or pursuant to Title 42 (relating to
16          judiciary and judicial procedure).

17

18

19

20

21

22

23

24

25

26

27

28

**NOTICE OF APPEAL DOCKET # 54, 22CV07439-HSG**
**Copyrighted-Works this Document-Contract-Claims by the Douglas Vern Hulstedt**

# REQUEST FOR FEE WAIVER

Fees for Honest Services were tendered by the Docket #45 on the same exact Claims concerning many Subject-Matter-Jurisdiction challenges, therefore I should not be extorted to pay again for Honest Services by Public-Fiduciary-Officers;

# DESIGNATION OF THE RECORD

**By the Dockets;**

**#1** Notice of Removal;

**#21** Motion for the Identification of Entities;

**#22** Judicial Notice;

**#34** Motion for Constitutional Contract;

**#35** Objection Claim for "Strike";

**#36** Statement of the Claim;

**#41** Order Prohibiting Filings;

**# 54** Order Granting Motion to Dismiss and Remanding;

**AND RESERVING ALL RIGHTS TO AMEND DESIGNATIONS**

NOTICE OF APPEAL DOCKET # 54, 22CV07439-HSG
Copyrighted-Works this Document-Contract-Claims by the Douglas Vern Hulstedt

# CONCLUSION BY REASON

The "Attorneys" **James Alan Scharf, Attorneys # 152171** *et. al.* **REFUSE** to identify

themselves *etc.* after being duly challenged on this record, this fact is <u>absurd</u> by the denial

of due-process! Subject-Matter-Jurisdiction is **VOID** *ab initio* **on the part** of the

"Attorneys" *et.al.,* therefore **AGAIN** **NOTICE OF APPEAL**. Further the [*threats of*]

imposition of sanctions Docket #41 are inappropriate based on discrimination and the

silencing of 1st Amendment rights for the redress and grievances against a non-attorneys

ability to respond as this Claimant/Witness/Beneficiary in fact did <u>**not**</u> remove and delay

this case to federal court, the un-identified-agent **James Alan Scharf, Attorneys #**

**152171** *et.al.* did, "they" caused it. <u>I had docketed my **MOTION/NOTICES** to be</u>

<u>heard prior to the **MOTIONS TO DISMISS** by the defendants as there was more</u>

<u>than plenty of time to do so</u>……. The judge *errored* in the protection of rights, *see*

Clearfield Doctrine, The United States is a bankrupt corporation with the <u>Duns and</u>

<u>Bradstreet Number 052714196</u> "it" being without immunity by the EXHIBIT 1, *see*

Honest Services Fraud by the EXHIBIT 2;

**NOTICE OF APPEAL DOCKET # 54, 22CV07439-HSG**
**Copyrighted-Works this Document-Contract-Claims by the Douglas Vern Hulstedt**

**ALL RIGHTS RESERVED WAIVE-NONE;**
*RESERVATION FOR ALL WRITS;*
*"FOR RESTRAINT OF LIBERTIES";*
*and Wishing for Honest-Attorney-Re-presentations;*



:Flag: Title:~4, Section: ~4- 3

Verified by: *Douglas Vern Hulstedt*
The United States of America
Claimant/Witness/Injured
Beneficiary-Claimant *for*
DOUGLAS VERN HULSTED, M.D.
**CORPORATION #3260008/A42397,**
**"Copyright-Claimant".**

**NOTICE OF APPEAL DOCKET # 54, 22CV07439-HSG**
**Copyrighted-Works this Document-Contract-Claims by the Douglas Vern Hulstedt**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 1

**NOTICE OF APPEAL DOCKET # 54, 22CV07439-HSG**
**Copyrighted-Works this Document-Contract-Claims by the Douglas Vern Hulstedt**

## Clearfield Doctrine

All courts where dissolved in 2008 under the clearfield doctrine then became registered companies on Dunn and Bradstreet company search. When governments enter the world of commerce, they are subject to the same burdens as any private firm or corporation U.S v Burr 309 U.S 22. See 22, U.S CA 286 e Bank of US v Planters Bank of Georgia 6L Ed (Wheat 244.) NOTE: Under the Clearfield Doctrine, the courts are no longer government entities in that they are demanding private monies and must have a contract with you to compel performance. They are no more special as a normal business than your local Jack In The Box. Clearfield Doctrine - "private commercial paper is used by corporate government, then government loses its sovereignty status and becomes no different than a mere private corporation" . Government create and enforce CIVIL LAWS known as statues, acts and legislation created by the Bar Association (set up by Rothschilds) which are duty bound to comply with the LAW of CONTRACTS. The Law of Contracts requires signed written agreements and complete transparency!

## Governments Have Descended to the Level of Mere Private Corporations

Clearfield Doctrine Supreme Court Annotated Statute, Clearfield Trust Co. v. United States 318 U.S. 363- 371 1942 Whereas defined pursuant to Supreme Court Annotated Statute: Clearfield Trust Co. v. United States 318 U.S. 363-371 1942: "Governments descend to the level of a mere private corporation, and take on the characteristics of a mere private citizen . . . where private corporate commercial paper [Federal Reserve Notes] and securities [checks] is concerned . . . For purposes of suit, such corporations and individuals are regarded as entities entirely separate from government." What the Clearfield Doctrine is saying is that when private commercial paper is used by corporate government, then government loses its sovereignty status and becomes no different than a mere private corporation. As such, government then becomes bound by the rules and laws that govern private corporations which means that if they intend to compel an individual to some specific performance based upon its corporate statutes or corporation rules, then the government, like any private corporation, must be the holder-in-due-course of a contract or other commercial agreement between it and the one upon who demands for specific performance are made. And further, the government must be willing to enter the contract or commercial agreement into evidence before trying to get the court to enforce its demands, called statutes. This case is very important because it is a 1942 case

that was decided after the UNITED STATES CORPORATION COMPANY filed its "CERTIFICATE OF INCORPORATION" in the State of Florida (July 15, 1925). And it was decided AFTER the 'corporate government' agreed to use the currency of the private corporation, the FEDERAL RESERVE. The private currency, the Federal Reserve Note, is still in use today.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 2

**NOTICE OF APPEAL DOCKET # 54, 22CV07439-HSG**
**Copyrighted-Works this Document-Contract-Claims by the Douglas Vern Hulstedt**

Page 10

**Title 18 Sec. 1346**

Honest services from a public servant.
The statute has been applied by federal prosecutors in cases of public corruption as well as in cases in which private individuals breached a <u>fiduciary</u> duty to another.

------------------------------------------------------------

https://www.google.com/search?q=18+u.s.c.+1346+elements&sa=X&ved=2ahUKEwiK1Y3jo_H4AhW4omoFHWwDBpIQ1QJ6BAgeEAE&biw=1182&bih=545&dpr=1.5

Honest services fraud is defined in federal statute 18 U.S.C. §1346 as **a scheme to defraud another of the intangible right to honest services through a scheme to violate a fiduciary duty by bribery or kickbacks.** A fiduciary duty is a duty to act only for the benefit of the public, an employer, shareholders, or a union.

------------------------------------------------------------

https://www.federalcriminallawyer.us/honest-services-fraud/

## 18 U.S.C. §1346: What is Honest Services Fraud?

The term "honest services fraud" has been making its way through the news due to a string of high profile federal criminal cases involving celebrities and other wealthy parents essentially bribing their children's admission to certain universities. But what is honest services fraud? *Honest services fraud* is defined in federal statute **18 U.S.C. §1346** as a scheme to defraud another of the intangible right to honest services through a scheme to violate a fiduciary duty by bribery or kickbacks. A fiduciary duty is a duty to act only for the benefit of the public, an employer, shareholders, or a union. The statute was created by congress as a response to the governments limitation in its use of the wire fraud statute.

------------------------------------------------------------

https://werksmanjackson.com/blog/what-is-honest-services-fraud/

## What Are Intangible Rights?

Originally, you were denied your intangible rights when government officials did not function "openly and faithfully" in their service to their constituents. Now, most fiduciary, privileged, or employment relationships – in which any kind of breach would have been covered by tort law – are held to a similar standard. No money or property needs to change hands, and the attempt to deprive someone of honest services does not need to be successful. A breach of fiduciary duty, or a failure to disclose a conflict of interest, can now be charged as wire or <u>mail fraud.</u>

In 2010, the Supreme Court ruled in a case called *Skilling vs. United States* that this statute can be applied only to "bribery and kickback schemes," not to "undisclosed self-dealing by a public official or private employee." Though this helped narrow down the letter of the law, many people are still being charged with a vague offense that is left up to the courts to define.

------------------------------------------------------------

https://en.wikipedia.org/wiki/Honest_services_fraud

The First, Fourth, Ninth, and Eleventh Circuit Courts have all held that the federal statute does not limit the meaning of "honest services" to violations of state law.[4] As the Ninth Circuit decided in *United States v. Weyhrauch* in 2008,

## US SUPREME COURT CASES:

- *Skilling v. United States*, 561 U.S. 358 (2010)
- *Black v. United States*, 561 U.S. 465 (2010)
- *Weyhrauch v. United States*, 561 U.S. 476 (2010)
- *McDonnell v. United States*, No. 15-474, 579 U.S. ___ (2016)
- *Percoco v. United States*, No. 21-1158, 599 U.S. ___ (2023)

In its 2009-2010 term, there were three appeals against the statute at the United States Supreme Court, all challenging its constitutionality. All three appellants were convicted of honest services fraud in 2006 or 2007.[41]

*Weyhrauch v. United States*, by former Alaska state legislator Bruce Weyhrauch, deals with whether a public official can be charged with honest services fraud without violating his duty under state law.

*Black v. United States*, by newspaper magnate Conrad Black, deals with whether there must be proof that the defendant knew his actions would cause economic harm to the company.[42]

*Skilling v. United States*, by former Enron CEO Jeffrey Skilling, deals with whether the honest services statute requires proof of personal gain.[41] He is also contending that the statute is unconstitutionally vague and unfair.[43]

In December 2009, the Associated Press reported that the Justices of the Court "seemed to be in broad agreement that the law is vague and has been used to make a crime out of mistakes, minor transgressions and mere ethical violations."[44] Both liberal and conservative justices have criticized the law.[44] Richard Thornburgh, a former United States Attorney General, has remarked that he expects the court to issue "something fairly sweeping...without doing violence to proper law enforcement."[26]

On June 24, 2010, the Supreme Court ruled unanimously in the cases of Black and Skilling that the law against "honest services" fraud is too vague to constitute a crime unless a bribe or kickback was involved.[45]

# METHOD OF PROCESS

In the California state, of the Monterey county. I, the undersigned, herein declare that I am over the age of eighteen years and NOT a party to the within entitled action. My business address is: *1180 forest Avenue Pacific Grove California 93950*

I hereby declare under the penalty of perjury of the California Republic and The United States of America that I served the foregoing document as entitled: on the party(s) by mailing with the Post Office maintained by the United States, Postal Service with postage paid, titled and addressed as follows and or by file stamp/banking postmasters:

**_NOTICE OF APPEAL_ DOCKET # 54 ORDER "AGAIN" MADE WITHOUT SUBJECT-MATTER-JURISDICTION, WITHOUT DUE-PROCESS AND WITHOUT IMMUNITIES AFTER BEING DULY CHALLENGED BY THE 1ST AMENDMENT CLAIM FOR THE REDRESS AND GRIEVENCES AGAINST THE GOVERNMENT AND THAT HONEST SERVICES WERE NOT PROVIDED AFTER PAID FEES WERE TENDERED, SEE CLEARFIELD DOCTRINE, GOVERNMENT AUTHORITIES, REQUEST FOR FEE WAIVER AS PREVIOUSLY ENTERED FOR SAME REASONS DOCKETS # 41, 42, DESIGNATION OF THE RECORD, METHOD OF PROCESS;**

**UNITED STATES DISTRICT COURT**
**c/o Clerk of the Court, Mark B. Busby/Trustee**
1301 Clay Street
Oakland, California 94612
*By-Registered-Mail # RF108 581 406 US*

**UNITED STATES COURTS FOR THE NINTH CIRCUIT**
**c/o Molly C. Dwyer, Clerk of the Court/Trustee**
95 7th Street
San Francisco, California 94103
*By-Certified-Mail # 7022 0410 0001 7450 0027*

**NOTICE OF APPEAL DOCKET # 54, 22CV07439-HSG**
**Copyrighted-Works this Document-Contract-Claims by the Douglas Vern Hulstedt**

1

2

3

4

5

6   I declare under the penalty of perjury of the Laws of the California Republic and The
    United States of America that the foregoing is correct and complete to the best of my
7   knowledge, information and belief, and that this process is executed by the voluntary act
8   of my own hand on Monterey county and is dated below;

9

10

11

12

13   Date May 3/ 2023                    By: 

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**NOTICE OF APPEAL DOCKET # 54, 22CV07439-HSG**
**Copyrighted-Works this Document-Contract-Claims by the Douglas Vern Hulstedt**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 2

~ 7 ~

**MOTION-NOTICE F.O.I.A. "ORDER" FOR OATHS OF OFFICES/CONFLICT-WAIVER**
**Copyrighted-Works this Document-Contract-Claims by the Douglas Vern Hulstedt**

# 18 U.S. Code § 3332 - Powers and duties

**(a)** It shall be the duty of each such grand jury impaneled within any judicial district to inquire into offenses against the criminal laws of the United States alleged to have been committed within that district. Such alleged offenses may be brought to the attention of the grand jury by the court or by any attorney appearing on behalf of the United States for the presentation of evidence. Any such attorney receiving information concerning such an alleged offense from any other person shall, if requested by such other person, inform the grand jury of such alleged offense, the identity of such other person, and such attorney's action or recommendation.

**(b)** Whenever the district court determines that the volume of business of the special grand jury exceeds the capacity of the grand jury to discharge its

obligations, the district court may order an additional special grand jury for that district to be impaneled.

# 18 U.S. Code § 1918 - Disloyalty and asserting the right to strike against the Government

Whoever violates the provision of section 7311 of title 5 that an individual may not accept or hold a position in the Government of the United States or the government of the District of Columbia if he—

**(1)** advocates the overthrow of our constitutional form of government;

**(2)** is a member of an organization that he knows advocates the overthrow of our constitutional form of government;

**(3)** participates in a strike, or asserts the right to strike, against the Government of the United States or the government of the District of Columbia; or

**(4)** is a member of an organization of employees of the Government of the United States or of individuals employed by the government of the District of Columbia that he knows asserts the right to strike against the Government of the United States or the government of the District of Columbia;

shall be fined under this title or imprisoned not more than one year and a day, or both.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 3

~ 8 ~

**MOTION-NOTICE F.O.I.A. "ORDER" FOR OATHS OF OFFICES/CONFLICT-WAIVER**
**Copyrighted-Works this Document-Contract-Claims by the Douglas Vern Hulstedt**

# CONFLICT OF INTEREST WAIVER-FORM

**Concerning the matters/contracts in and on the records by the Constructive-Trust-Case-No. Medical Board of California # 800-2021-079497** *and* **State Case No. Small-Claims #22SC018927,** *and* **Federal Case Nos. 22CV07438/22CV06688-HSG/23CV02003-JSC, I, <u>Judge: Jacqueline Scott Corley, Attorneys, #173752,</u>**

**Claim the following, check one;**


**\_\_\_\_\_   I, have the proper Oath of Office by the <u>Federal-Article 6/Title 4 U.S.C. §101,</u> <u>"Oath of Office"</u> and will obey it as sworn to as a Fiduciary-Trustee.**


**\_\_\_\_\_   I, am B.A.R. LOYAL, <u>#173752</u>**


By: _____        _____
      Judge, Jacqueline Scott Corley        Thumb Print


By: _____        _____
      Clerk of the Court/Witness        COURT SEAL

# CONFLICT OF INTEREST WAIVER-FORM

**Concerning the matters/contracts in and on the records by the Constructive-Trust-Case-No. Medical Board of California # 800-2021-079497** *and* **State Case No. Small-Claims #22SC018927,** *and* **Federal Case Nos. 22CV07438/22CV06688-HSG/23CV02003-JSC, I, Judge: Haywood Stirling Gilliam, Jr., Attorneys, #172732,**

**Claim the following, check one;**


_____   **I, have the proper Oath of Office by the Federal-Article 6/Title 4 U.S.C. §101, "Oath of Office" and will obey it as sworn to as a Fiduciary-Trustee.**


_____   **I, am B.A.R. LOYAL, #172732**




By: _____     _____
    Judge, Haywood Stirling Gilliam, Jr.      Thumb Print




By: _____     _____
    Clerk of the Court/Witness        COURT SEAL

# **METHOD OF PROCESS/WITNESSES**

In the California state, on the Monterey county. I, the undersigned, herein declare that I am over the age of eighteen years and **NOT** a *Claimant [yet] but am Witnessing/Deliveries* to the within entitled "*Claims et.al.*" My business address is:

180 Forest Ave #B Pacific Grove California 93950

I, hereby declare under the penalty of perjury of the California Republic and The United States of America that I served the foregoing document as entitled: on the party(s) by mailing with the Post-Office maintained by the United States, Postal Service with postage paid, titled and addressed as follows *and or* by the file stamp/banking-postmasters **MOTION-NOTICE LAWFUL DIRECTIONS AND NOTICE TO THE CLERK OF THE COURT FOR A F.O.I.A. "ORDER" TO BE ENTERED ON TO THIS DOCKET = OATH OF OFFICES FOR THE DUE-PROCESS AND FOR PROOF OF CLAIM FOR THE PROTECTION OF RIGHTS, JUSTIFICATION HEREIN AS EXHIBIT 1 AND TAKE SPECIAL NOTICE OF TITLE 18 U.S.C. §3332 BY THE POWERS AND DUTIES AND TITLE 18 U.S.C. §1918 REMOVAL FROM OFFICE AS EXHIBIT 2, CONFLICT OF INTEREST WAIVER FORM AS THE EXHIBIT 3, A WRITTEN APPEALABLE RULING IN LAW AND FINDINGS OF FACT ARE APPLICABLE TO THIS MOTION, METHOD OF PROCESS, DATE: JULY 27, 2023, TIME: 1:30 P.M., ROOM: 8-19TH FLOOR; JUDGE: Jacqueline Scott Corley, #173752;**

**UNITED STATES DISTRICT COURT**
**c/o Clerk of the Court, Mark B. Busby**
450 Golden Gate Avenue
San Francisco, California 94102
*Insured-Registered-Mail or By-Postmaster-File-Stamp*;

~ 9 ~

**MOTION-NOTICE F.O.I.A. "ORDER" FOR OATHS OF OFFICES/CONFLICT-WAIVER**
**Copyrighted-Works this Document-Contract-Claims by the Douglas Vern Hulstedt**

**STATE BAR OF CALIFORNIA** *[CHARTER]*
**"DEFENDANTS"** *et.al;*
*c/o* **Leah Tamu Wilson, Attorneys, #222790/AGENTS OR SUCCESSORS**
180 Howard Street
San Francisco, California 94105
*By-Certified-Mail #*
7022 0410-0003-2755-1388:

**Greg W. (?) Chambers, Attorneys, #237509, Witnesses/Accused/Doe #1,**
**"DEFENDANTS"** *et.al;*
455 Golden Gate Avenues, Suite 11000
San Francisco, California 94102
*By-Certified-Mail #*
7022-0410-0003-2755-1456:

**Haywood Stirling Gilliam, Jr., Attorneys, #172732**
**United States District Judge/Witnesses**
1301 Clay Street
Oakland, California 94612
*By-Certified-Mail #*
7022-0410-0003-2755-1203:

**Gavin Newsom, Governor, Witnesses/Trustees**
1021 O Street, Suite 9000
Sacramento, California 95814
*By-Certified-Mail #*

7022 0410-0003-2755-1593:

**Arla Witte-Simpson, FOIA Public Liaison/Witness**
**FOIA/Privacy Staff**
**Executive Office for United States Attorneys**
**Department of Justice**
175 N Street, NE, Suite #5.400
Washington, DC 20530-0001
*By-Certified-Mail #*
7022-0410-0003-2755-1227:

~ 10 ~

**MOTION-NOTICE F.O.I.A. "ORDER" FOR OATHS OF OFFICES/CONFLICT-WAIVER**
**Copyrighted-Works this Document-Contract-Claims by the Douglas Vern Hulstedt**

**The Baez Law Firm**
**c/o Jose A. Baez, Attorneys [*"NEWS-WORTHY" = $$$*]**
**250 N. Orange Ave. Suite #750**
**Orlando, Florida 32801**
By Certified Mail #
7022 0410 0003 2755 1234;


**CC: Military-Post-Office; *Office of the Counsel.***


I declare under the penalty of perjury of the Laws of the California Republic and The United States of America that the foregoing is correct and complete to the best of my knowledge, information and belief, and that this bill of process is executed by the voluntary act of my own hand on Monterey county and is dated below;


Date: July 6 2023                                   By: _____

~ 11 ~                                    Gloria Chavez

**MOTION-NOTICE F.O.I.A. "ORDER" FOR OATHS OF OFFICES/CONFLICT-WAIVER**
**Copyrighted-Works this Document-Contract-Claims by the Douglas Vern Hulstedt**