1

2  **Douglas Vern Hulstedt**
   **℅ 2511 Garden Road, Building - C # 100**
3  **Monterey, California 93940**
   **Tel: (831) 899-5900**
4  *Claimant/Witness/Beneficiary and*
   *Wishing for an "Honest-Attorney"*

FILED

JUL 06 2023

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

5

6              **UNITED STATES DISTRICT COURT**
7             **NORTHERN DISTRICT OF CALIFORNIA**

8

9   **Douglas Vern Hulstedt**              )        **Case No: 23CV02003-JSC**
                                           )
10   *Claimant/Witness/Beneficiary;*       )
     *Adversely Affected and Aggrieved*    )        **MOTION-NOTICE**
11                                         )        **FOR WRIT**
                                           )
12           *Vs.*                         )        **HABEAS-CORPUS-AD-TESTIFICANDUM**
                                           )
13   **Robert Andres Bonta, Attorneys,**   )        **COVER PAGE,**
                                           )        **(1) PETITION,**
14   **#202668, Laurie Rose Lubiano,**     )        **(2) WRIT,**
                                           )        **(3) PRAECIPE TO THE CLERK,**
15   **Attorneys #152171,  STATE BAR OF**  )        **(4) HEARING NOTICE,**
                                           )        **(5) ORDER,**
16   **CALIFORNIA [CHARTER] =**            )
                                           )
17   **Insurance-Guarantors by the**       )        **EXHIBIT 1 UN-IDENTIFIED VENUES,**
                                           )        **EXHIBIT 2 DISHONORED SUBPOENA,**
18   **Bar # Policies,**                   )        **EXHIBIT 3 CONFLICT WAIVER FORM,**
     *Defendants et.al;*                   )        **EXHIBIT 4 FORM 56 REPRESENTATION,**
19                                         )        **EXHIBIT 5 RULE 27 MARINO NOTICE,**
                                           )
20                                         )
21         **Does/Roes 1-25;**            )        **METHOD OF PROCESS,**
                                           )
22   _____       )
                                           )
23   **Greg W.(?) Chambers,**             )        **DATE: JULY 27, 2023,**
                                           )        **TIME: 1:30 P.M.,**
24   **Attorneys, #237509**               )        **ROOM: 8-19TH FLOOR,**
                                           )        **JUDGE: Jacqueline Scott Corley, #173752;**
25   *Defendant/Trespasser*                )
                                           )
26       *Doe #1 et.al;*                  )
                                           )
27   _____       )

28                              ~ 1 ~

**MOTION-NOTICE HABEAS-CORPUS-AD-TESTIFICANDUM**
**Copyrighted-Works this Document-Contract-Claims by the Douglas Vern Hulstedt**

*To All Officers and Employees of the UNITED STATES DISTRICT COURTS; I, a man in the Name of Lord Almighty I accept your Oath(s), bind you to the same and command you do justice. I waive all customary rules of law and other procedural impediments, I am not an attorney nor am I trained in law and I expect my rights to be protected by thee Public-Fiduciaries……..."Witnesses";*

*MOTION-NOTICE HABEAS-CORPUS-AD-TESTIFCANDUM by the Beneficiary having the Right to Claim about Wrongs being Committed by Attorneys/Trustees/Publishers /Copyright-Works-Trespassers/Witnesses* and by accepting the "**Valid**" "**Oath of Office**" of any <u>Public-Fiduciary-Trustee</u> or "**Placeholder-Witness**" concerning these matters for the equal protections of the law with my Adoption of the Bill of Rights for the Due-Processes and by accepting the public record **"Official-Bonds"** or any other **"Insurance-Policies"** that may apply concerning fraud or employee misconduct/ dishonesty and by entering and the making of this ***MOTION-NOTICE HABEAS-CORPUS-AD-TESTIFICANDUM*** before this Court of Record by the Article III Venue as the Claimant/Witness/ Beneficiary to protect my Beneficial Property Rights against Trespass or **Breach of Fiduciary-Trust, "Dishonest-Services",** *continuing,* "I", Douglas Vern Hulstedt, *a man* stake this **Claim** for ***"Right to Due-Process before Property is taken or damaged or slandered or placed in custody or else or done",*** by the ***knowledge of this MOTION-NOTICE HABEAS-CORPUS-AD-TESTIFICANDUM*** for the **"Due-Process to be Restored and Compensated for the Damages".** **NOTE:** The citation of state and federal statutes, codes, rules, regulations, and court citations, within any document-contract created by me and not copyrighted by me, is only to notice my servants that which is applicable to them and is not intended, nor shall be construed, to mean that I confer, submit to, claim rights to or have entered into any jurisdiction alluded to thereby, by the following ***12.1 Grade-Comprehension-Level per the Flesch-Kincaid this Document-Contract-Claims;***

~ 2 ~

1  **MOTION-NOTICE FOR WRIT HABEAS-CORPUS-AD-TESTIFICANDUM,**

2  **COVER PAGE, (1)PETITION, (2)WRIT, (3)PRAECIPE TO THE CLERK,**

3  **(4)HEARING NOTICE, (5)ORDER, EXHIBIT 1 UN-IDENTIFIED VENUES,**

4  **EXHIBIT 2 DISHONORED SUBPOENA, EXHIBIT 3 CONFLICT WAIVER**

5  **FORM, EXHIBIT 4 FORM 56 REPRESENTATION, EXHIBIT 5 RULE 27**

6  **MARINO NOTICE, METHOD OF PROCESS, DATE: JULY 27, 2023, TIME:**

7  **1:30 P.M., ROOM: 8-19TH FLOOR, JUDGE: Jacqueline Scott Corley, #173752;**

8

9

10

11

12  **ALL RIGHTS RESERVED WAIVE-NONE;**

13  ***RESERVATION FOR ALL WRITS;***
   ***"FOR RESTRAINT OF LIBERTIES, NOW IN CUSTODY";***

14  *and Wishing for Honest-Attorney-Re-Presentations;*

15

16  

17  :Flag: Title: ~4, Section: ~1-3

18

19  Verified by:  **_Douglas Vern Hulstedt_**

20  The United States of America

21  Claimant/Witness/Injured

   Beneficiary-Claimant *for*

22  DOUGLAS VERN HULSTED, M.D.

23  **CORPORATION #3260008/A42397,**
   **"Copyright-Claimant".**

24

25

26

27

28  ~ 3 ~

**MOTION-NOTICE HABEAS-CORPUS-AD-TESTIFICANDUM**
**Copyrighted-Works this Document-Contract-Claims by the Douglas Vern Hulstedt**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# COVER

~ 4 ~

**MOTION-NOTICE HABEAS-CORPUS-AD-TESTIFICANDUM**
**Copyrighted-Works this Document-Contract-Claims by the Douglas Vern Hulstedt**

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### *A PLACE "WITH MY" TRUST-PROPERTY NOW "IN" CUSTODY*

-o0o-

## Writ for *HABEAS-CORPUS-AD-TESTIFICANDUM,*
### UNITED STATES DISTRICT COURT FOR THE NORTHERN,
*after* Exhaustion in State Court, 28 U.S.C. §2254, Constitutional-Issues;

## TRUST = Case No. 23CV02003-JSC; Testimonial-Writ;

-o0o-

### Douglas Vern Hulstedt, *a living man/sole-proprietor;*
### Petitioner/Witness/Beneficiary *and the sole* Claimant
### to the Rights of the DOUGLAS VERN HULSTEDT, M.D.,
### *A CORPORATE-BODY* #3260008/A42397, *NOW "IN" CUSTODY;*
### vs.

### JUDGE: Jacqueline Scott Corley, #173752, *acting as* "Fiduciary-Trustee"
*for the* Claimant/Defendants, *et.al, or her Successors/Assigns for*
TRUST = Case Nos. 23CV02003-JSC, *et.al.;*

-o0o-

### PETITIONED/CLAIMED BY THE *"RESTRAINED" Who's Property is "in"*
*Custody by the Defendants,* Robert Andres Bonta, Attorneys, #202668, *et.al.,*
*by the* Constructive-Trust-Case-No. Medical Board of California # 800-2021-079497
*and* State Case No. Small-Claims #22SC018927, *and* Federal Case Nos.
22CV07438/22CV06688-HSG/23CV02003-JSC;

-o0o-

### Douglas Vern Hulstedt
℅ 2511 Garden Road, Building - C # 100
Monterey, California 93940
Tel: (831) 899-5900
### Claimant/Witness/Beneficiary/Restrained

Copyrighted-Works this Document-Contract-Claims by the Douglas Vern Hulstedt

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# PETITION

~ 5 ~

MOTION-NOTICE HABEAS-CORPUS-AD-TESTIFICANDUM
Copyrighted-Works this Document-Contract-Claims by the Douglas Vern Hulstedt

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### *A PLACE "WITH MY" TRUST-PROPERTY NOW "IN" CUSTODY*

### INSURED-CLAIM # RE527008770US
#### *ACTION "WITH THE" COMMON LAW*

## Writ for the *HABEAS-CORPUS-AD-TESTIFICANDUM*

In re:  Restraint of Liberties/Property/Rights *caused* by **Robert Andres Bonta, Attorneys, #202668,** *et.al., acting with intent, acting in concert, acting after the fact to intentionally-damage, et.al.,* D.B.A., THE STATE OF CALIFORNIA, DUNS # 071549000 – D.B.A., The "United States" Government; DUNS # 052714196;

### Douglas Vern Hulstedt, *a living man/sole-proprietor;*
**Petitioner/Witness/Beneficiary** *and the sole* **Claimant**
**to the Rights of the DOUGLAS VERN HULSTEDT, M.D.,**
*A CORPORATE-BODY* **#3260008/A42397,** *NOW "IN" CUSTODY;*

### *vs.*

**Robert Andres Bonta, Attorneys, #202668,** *et.al.,* **Defendants** *who have,* **"Perjured their Oaths of Offices"** *in the* **Constructive-Trust-Case-No. Medical Board of California # 800-2021-079497** *and* **State Case No. Small-Claims #22SC018927,** *and* **Federal Case Nos. 22CV07438/22CV06688-HSG/23CV02003-JSC;**

Lawful Direction Delivered *to*;
**JUDGE: Jacqueline Scott Corley, #173752,**
*as the* **Placeholder-Fiduciary-Trustee,** *or her Successors/Assigns*;
*By-The-Registered-Insured-Mail* # RE527008770US;

### CLAIMANT/WITNESS/BENEFICIARY/RESTRAINED
### "TESTIFIES" NOW by the **Douglas Vern Hulstedt**, *a living-man/sole-proprietor*, real-party in interest *being* the beneficial rightful owner of the Trust-Property-Corporation-Assets = **DOUGLAS VERN HULSTEDT, M.D., TRUST,** *A CORPORATE-BODY* **#3260008/A42397** which is presently unlawfully **restrained** of liberty, property, rights and due-process by said above Defendants,

said restraints/custody being committed unlawfully upon the land/soil-jurisdiction within the California [state] Republic and The United States of America (*unincorporated*)/The "United States" as "Guarantors" *ex.rel. and* **SERVICE-PROVIDER-INSURERS** by way of THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFONRIA, A PLACE OF "TRUST";

This **Claimant/Witness/Beneficiary/Restrained**, *a living man/sole-proprietor* appearing "specially" as **Douglas Vern Hulstedt without the UNITED STATES CORPORATION(S)** which fail to "identify" after challenge of jurisdiction and venue of entity asserts **in fact** that my liberty/rights/claims/benefits/property *has* and continues being restrained by **Robert Andres Bonta, Attorneys, #202668, *et.al., acting with intent, acting in concert, acting after the fact to intentionally-damage, et.al.,*** D.B.A., THE STATE OF CALIFORNIA; DUNS # 071549000 – D.B.A., The "United States" Government; DUNS # 052714196 = legal fictions, operating for profit and gain in an unlimited liability maritime insurance scheme. **Claimant/Witness/Beneficiary/Restrained** has exhausted his administrative remedies in this matter, and there is no plain, speedy or adequate in law remedy available, see **28 U.S.C. §2254, Constitutional-Issues**. **The actions Robert Andres Bonta, Attorneys, #202668,** *et.al. acting with intent, acting in concert, acting after the fact to intentionally-damage, et.al.,* **have placed Douglas Vern Hulstedt** *a living man/sole-proprietor* **in jeopardy by harm, trespass, threat and extortion** *and* **without "immediate-intervention" by way of "PERJURY OF OATHS OF OFFICE"** **by "their-causes" whilst** *using-gang-pressing* **fraud type tactics** *using* **deceptive procedures and practices against a non-attorney including** *and* **by refusing to protect rights-acting together with the continued false and fraudulent offers to DEFRAUD/OVERTHROW "The United States"** *ex. rel.* **by way of Trespass and Breach of Trust.**

# JURISDICTION AND VENUE

1. **Claimant/Witness/Beneficiary/Restrained**, *a living man/sole-proprietor* appearing by "specially" as **Douglas Vern Hulstedt** is without the UNITED STATES CORPORATION(S)/STATE OF CALIFORNIA = UN-IDENTIFIED-POSITIONS **(see EXHIBIT 1)** BY REFUSAL OF SUBJECT-MATTER , REFUSAL OF DUE-PROCESS BY THE "ATTORNEYS" *et.al.* **by the Constructive-Trust-Case-No. Medical Board of California # 800-2021-079497** *and* **State Case No. Small-Claims #22SC018927,** *and* **Federal Case Nos. 22CV07438/22CV06688-HSG/23CV02003-JSC;**

Copyrighted-Works this Document-Contract-Claims by the Douglas Vern Hulstedt

1.  The **"Federal Courts"** in California [state] Republic *and or (see Treaty of Guadalupe Hidalgo, 1848*) predate the "STATE OF CALIFORNIA", *a State of State (erected within a state) and Bankrupt Municipal Franchise, Inferior Corporation of the Federal Government who "funds" them/it* and have original cognizance of this matter, and are courts of general jurisdiction when proven as admitted by Defendants, in these cases/ contracts we have 1st, 4th, 5th, 14th *et.al.* Amendment "Trampling's/ Violations" which is in fact under Federal Jurisdiction. Jurisdiction in this instant matter is guaranteed to the "Courts" by **"We the People"** as Sovereigns and *see the* **Supremacy Clause**;

2.  The restraint/custody of liberties, property and due-process, rights by Defendants *et.al.* acting as un-identified "Attorneys" in concert conspiratorially, is **in fact** an ongoing restraint against this **Claimant/Witness/Beneficiary/Restrained**, within the jurisdiction and venue of the Federal Court as the Tortuous-Acts of Defendants *et.al.* continue to occur within Federal-Zip-Codes 95060, 94612 *et.al.,* **by the Constructive-Trust-Case-No. Medical Board of California # 800-2021-079497** *and* **State Case No. Small-Claims #22SC018927,** *and* **Federal Case Nos. 22CV07438/ 22CV06688-HSG/23CV02003-JSC;**

## RESTRAINT/CUSTODY OF LIBERTIES

3.  Defendants *et.al.* are **in fact** restraining/took custody and conspiring to restrain the liberties, property and due-process, rights of **Claimant/ Witness/Beneficiary/Restrained** based on an unconscionable acts without due-process **by the Constructive-Trust-Case-No. Medical Board of California # 800-2021-079497** *and* **State Case No. Small-Claims #22SC018927,** *and* **Federal Case Nos. 22CV07438/ 22CV06688-HSG/23CV02003-JSC;** created and orchestrated by *a State of State, Bankrupt Municipal Franchise, Inferior Courts of the Federal Government* actions alleged assumpsit, presumed and operated in fraud/fiction for profit and gain under an unlimited liability maritime insurance scheme. (*see California Rules of Civil Procedure = C. R. C. P. rule 29.5 questions of state law certified "Certified-Questions" /California Codes of Civil Procedure sections 387 – 388, INTERVENTION, Title 8 U.S.C. 1481= Foreign-Agents, Title 28 U.S.C. 1330 Actions against foreign states, Title 28 U.S.C. 1608 Immunity as a Corporation, Title 28 U.S.C. 1602-1611 Foreign Sovereign Immunities Act, Trinsey v. Pagliaro). Further under the F.R.C.P. 12b6 the prosecution has failed to provide adequate proof that the parties involved in this situation are actually corporate entities. I have provided ample proof that the prosecution and other foreign-agents are*

Copyrighted-Works this Document-Contract-Claims by the Douglas Vern Hulstedt

*actually corporations. 1950 81ˢᵗ Congress Investigated the Lawyers Guild and determined that the B.A.R. Association by definition is founded and run by communists. Thus any elected official who is a member of the B.A.R. will only be loyal to the B.A.R. entity and never have allegiance to the people.* **Here we have individuals posing as Judicial Officers who refuse to identify……..),** (see **EXHIBIT 1**);

4.   **Claimant/Witness/Beneficiary/Restrained**, who is without the UNITED STATES CORPORATION(S)/STATE OF CALIFORNIA = *governments defacto, absence of law, under war powers act, a State of State, Bankrupt Municipal Franchise, Inferior Court of the Federal Government* is not an "Enemy of the State" as described in the USC Title 50, commonly known as the Trading with the Enemy Act, and is in fact at peace with everyone and everything;

5.   Defendants *et.al.* are **in fact** restraining/took custody of **Claimant/Witness/ Beneficiary/Restrained "Property"** based on "invisible/concealed/ deceptive" contracts, all of which are adhesion contracts and unconscionable through deceit and fraud and **for failure of consideration and full disclosure of the nature and cause by the due-process.** There is not now, nor has there ever been in the matters between **Claimant/ Witness/Beneficiary/Restrained** and Defendants *et.al*. *any justiciable issues/sworn or certified nor has jurisdiction been proven in the record on the part of the "Attorneys" after being duly challenged and on my part they the "Attorneys" have violated 1ˢᵗ, 4ᵗʰ, 5ᵗʰ, 14th Amendments et.al. and other violations of rights continually after the fact with intent therefore establishing jurisdiction on my interests for the duty of the public-trust to act and correct the fraud as federal questions to restore rights;*

6.   Defendants *et.al.* are **in fact** restraining the liberties and the rights to my property assets as this **Claimant/Witness/Beneficiary/Restrained** is forced **under color of law, without due process, without proof of standing, without jurisdiction, foreign-agents/attorneys without office** who are **not** under the Foreign Sovereigns Immunity Act (no immunity), under presumed agreements of assumpsit, where no debt in fact lies, and where Defendants *et.al.* **have no insurable interest** (see Federal False Claims Act) **_and no bond posted in record by them for my immediate remedy, the facts are concealed by the actors = Attorneys _et.al;_**

# RESTRAINT OF LIBERTY IS UNLAWFUL

7.  **Claimant/Witness/Beneficiary/Restrained**, without the UNITED
    STATES CORPORATION(S)/STATE OF CALIFORNIA, *a State of State
    (erected within a state) and Bankrupt Municipal Franchise, Inferior
    Corporation of the Federal Government who "funds" them* is **in fact**
    restrained under the unlimited liability of Defendants *et.al.* to convert
    colorable fictional accusations/claims/removals, all unregistered quasi-
    security 'chose-in-action', into a security interest to the property ownership
    of this **Claimant/Witness/Beneficiary/Restrained**, causing restraints and
    custody for debt where no actual debt lies, the whole of the matter being in
    **Unlimited-Liability-Maritime-Insurance-Scheme by Attorneys** *et.al.,*
    color of law. **Claimant/Witness/Beneficiary/Restrained** <u>believes
    conversion of a fictional security and conspiracy to do so to be a felony
    (Misprision of Felony 18 USC 4)</u>;

8.  The actions of Defendants *et.al.* are unlawful in that Attorneys *et.al.* can-
    not exert a "Blue Sky" remedy where there does not exist <u>any</u> cause of
    action and/or right of action **in fact**. There is no right of lien/removal in
    evidence **in fact** or by mutual agreement, hence <u>there is no claim for relief
    available by the 12b (6) to Defendants *et.al.* in these instant matters as
    "they"</u> *et.al.,* <u>continue to act in fraud as they have admitted and refused to
    answer to their *treasonous acts*</u>;

9.  Defendants *et.al.,* **"Attorneys"** continue to damage and are in bad faith
    with unclean hands and are <u>attempting to overthrow The United States
    government to cover up their scandalous activities</u>;

# EXHAUSTION OF REMEDY

10. **Claimant/Witness/Beneficiary/Restrained** has exhausted his
    administrative remedies **(28 U.S.C. §2254)** (*to know the nature and cause
    of these proceedings*) and completed his due process in this matter having
    undergone extensive administrative procedures to gain discovery with
    continual denials on all levels even to the level of concealment of the
    record/mail-tampering by the Clerk of the Court by the **Title 18 §2071
    §2076** *being* ordered not to file my due-process contracts in **Case No.
    22CV07439-HSG document 41**;

11.     **Claimant/Witness/Beneficiary/Restrained** and Defendants *et.al.* have reached prior agreements, all of which have been filed in "this" public court of record with full knowledge and agreements of Defendants *et.al.* The agreements are stare decisis and res judicata, and Defendants are in collateral estoppel, but are moving past the estoppel in contempt of Defendants' own agreements and their refusal to answer/pay/return my claims with any meaningful response thereby failing/trampling due-process, all they seem to do is call me a "*vexatious litigant*" or state that this non-attorneys contracts are "*unintelligible*" even though they are written and proofed as 12th grade comprehension level;

12.     **Claimant/Witness/Beneficiary/Restrained** has no other plain, speedy, or adequate in law remedy available in this instant matter, Defendants refused to deposit a remedy into the **Constructive-Trust-Case-No. Medical Board of California # 800-2021-079497** one of which was created by them without due-process, this whole matter being totally in an unlimited liability and admiralty/maritime insurance doctrine, "**they admit**";

13.     **Claimant/Witness/Beneficiary/Restrained** is being and has been offered/extorted to "pay a debt" **"Constructive-Trust-Case No. 800-2021-079497" before the Medical Board of California where there is no debt in fact/no subject-matter-jurisdiction**, and the possibility of "paying a debt" is ludicrous in the extreme as all payment of debt is under the Common Law of England and the Constitution *for* The United States of America, the remedies of which have been denied to **Claimant/Witness /Beneficiary/Restrained** by the Federal Government of the UNITED STATES CORPORATION(S)/ DISTRICT OF COLUMBIA/STATE OF CALIFORNIA, *a State of State (erected within a state) and Bankrupt Municipal Franchise, Inferior Corporation of the Federal Government who "funds" them* under the doctrine of House Joint Resolution 192 of June 5, 1933 and the subsequent bankruptcies of the UNITED STATES CORPORATION(S)/STATE OF CALIFORNIA, *a State of State, Bankrupt Municipal Franchise, Inferior Court of the Federal Government =* fictional corporations acting for profit and gain in an unlimited liability maritime insurance scheme;

# **CONCLUSION**

14.      **Claimant/Witness/Beneficiary/Restrained** knows of no other course of action as *a non-attorney not trained in law* in this instant matter except to issue a **Writ for Habeas-Corpus-Ad-Testificandum** to determine the nature and cause of Defendants' *et.al.* actions under sworn testimony, **if there are any in fact**;

15.      **This issue of Writ for Habeas-Corpus-Ad-Testificandum is fundamental to a collateral attack** on the Tortuous Actions of Defendants *et.al.,* and for <u>judicial review of their criminal acts</u> of Defendants *et.al;*

16.      **NOTICE:**  For this court to refuse to issue the Great Writ would be a <u>suspension of the Writ with and by Prejudice,</u> *and* **would work a tort upon Claimant/Witness/Beneficiary/Restrained,** *a living man/sole-proprietor;*

# **VERIFICATION**

I, **Douglas Vern Hulstedt,** *a man* **Claimant/Witness/Beneficiary/Restrained,** on my own unlimited commercial liability, do affirm and foreswear against any foreign-agents that I have read the above/below Claim for **Writ of Habeas-Corpus-Ad-Testificandum** and do know the contents to be true, correct, and complete, and not misleading, the truth, the whole truth, and nothing but the truth, and <u>do believe the above/below described acts to have been committed contrary to law, reserving all rights, waiving-none;</u>

:Flag Title:~4, Section:~1-3

Verified <u>by</u>: *Douglas Vern Hulstedt*
The United States of America
Claimant/Witness/Injured
Beneficiary-Claimant *for*
DOUGLAS VERN HULSTED, M.D.
**CORPORATION #3260008/A42397,**
**"Copyright-Claimant".**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# WRIT

~ 6 ~

**MOTION-NOTICE HABEAS-CORPUS-AD-TESTIFICANDUM**
Copyrighted-Works this Document-Contract-Claims by the Douglas Vern Hulstedt

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### *A PLACE "WITH MY" TRUST-PROPERTY NOW "IN" CUSTODY*

### INSURED-CLAIM # RE527008770US
#### *ACTION "WITH THE" COMMON LAW*

## Writ for the *HABEAS-CORPUS-AD-TESTIFICANDUM*

In re:  Restraint of Liberties/Property/Rights *caused* by **Robert Andres Bonta, Attorneys, #202668,** *et.al., acting with intent, acting in concert, acting after the fact to intentionally-damage, et.al.,* D.B.A., THE STATE OF CALIFORNIA, DUNS # 071549000 – D.B.A., The "United States" Government; DUNS # 052714196;

**Douglas Vern Hulstedt,** *a living man/sole-proprietor;*
**Petitioner/Witness/Beneficiary** *and the sole* **Claimant**
**to the Rights of the DOUGLAS VERN HULSTEDT, M.D.,**
*A CORPORATE-BODY* **#3260008/A42397,** *NOW "IN" CUSTODY;*

### *vs.*

**Robert Andres Bonta, Attorneys, #202668,** *et.al.,* **Defendants** *who have,* **"Perjured their Oaths of Offices"** *in the* **Constructive-Trust-Case-No. Medical Board of California # 800-2021-079497** *and* **State Case No. Small-Claims #22SC018927,** *and* **Federal Case Nos. 22CV07438/22CV06688-HSG/23CV02003-JSC;**

Lawful Direction Delivered *to*;
**JUDGE: Jacqueline Scott Corley, #173752,**
*as the* **Placeholder-Fiduciary-Trustee,** *or her Successors/Assigns*;
*By-The-Registered-Insured-Mail #* RE527008770US;

## WRIT FOR HABEAS-CORPUS-AD-TESTIFICANDUM

**Robert Andres Bonta, Attorneys, #202668,** *et.al. acting as* **Attorney-General** *and his* **Commissioned-Officers = Greg W.(?) Chambers, "Attorneys" #237509 and Pam Marino as "Defamatory-Publisher-Witness"**

by the docket #18 *as the* **Respondents/Defendants who act in concert,** *et.al.,* you/they are hereby commanded under this Writ for Habeas-Corpus-Ad-Testificandum to appear in the following court at the location of the **UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, 450 Golden Gate Avenue, San Francisco, California with the Federal-Zip-Code 94102** to testify by the Date: 20 days *additional-time* after dock-*et*-filing date, to be noticed by the Clerk of the Court for the particulars by this lawful direction served upon you and to **return** this Writ verified true, correct, and complete, and not misleading by your **testimony** under oath;

**DATE: JULY 27, 2023**
**TIME: 1:30 P.M.**
**ROOM: 8-19TH FLOOR;**
**JUDGE: Jacqueline Scott Corley, #173752;**

# COMMANDS FOR WRIT AGAINST THE RESPONDENTS/DEFENDANTS "SETS"
### *Title 28 USC §2243 return within 20 days-additional-time for good cause;*

   **Robert Andres Bonta, Attorneys, #202668,** *et.al. acting as* **Attorney-General** *and his* **Commissioned-Officers = Greg W.(?) Chambers, "Attorneys" #** *as the* **Respondents/Defendants who act in concert,** *et.al.,* you/they are hereby commanded under this Writ for Habeas-Corpus-Ad-Testifcandum to there and then produce and disclose the following **original signature/genuine/certified/sworn documents and to testify** that lawfully justify your restraints/custody of my liberties/rights/property/due-process denials in regards to "your" **Constructive-Trust-Case-No. Medical Board of California # 800-2021-079497** *and* **State Case No. Small-Claims #22SC018927,** *and* **Federal Case Nos. 22CV07438/22CV06688-HSG/23CV02003-JSC** as to the lawful nature and cause of the restraints/custody of liberties/rights/property/due-process denials by the following **"Set-Commands"** 1 thru 6 *or confess to* **"CHARGES"** *herein*, **RETURN DATE: Title 28 U.S.C. § 2243 and bring the corporate "Body"** *i.e.* **the medical license that is in your custody = DOUGLAS VERN HULSTEDT, M.D.,** *CORPORATE-BODY* **#3260008/ A42397,** *NOW "IN"* YOUR *CUSTODY UNDER RESTRAINT;*

Copyrighted-Works this Document-Contract-Claims by the Douglas Vern Hulstedt

1.  **"Set 1-Command"** the first set of documents to be produced are the **(1)** certified copy and **verified-testimony** of your **"Oath of Office"** that conforms to the official **California Constitutional Oath Article XX Section 3** *and by the* **Federal-Article 6/Title 4 U.S.C. §101** proving your authority ***"Quo-Warranto",*** or provide your FOREIGN RELATIONSHIP AND INTERCOURSE, as a Foreign-Agent information per USC Title 22 per Chapter 11 *or* **Robert Andres Bonta, Attorneys, #202668,** *et.al. acting as* **Attorney-General** *and his* **Commissioned-Officers = Greg W.(?) Chambers, "Attorneys", #237509  as the Respondents/ Defendants who act in concert,** *et.al., or confess to be* **CHARGED with Breaches = VIOLATION OF OATH OF OFFICE, 18 USC 3571, DENIED RIGHT OF REASONABLE DEFENSE ARGUMENTS, 18 USC 3571, DENIED DEFENSE EVIDENCE, DENIED RIGHT TO TRUTH, 18 USC 3571, SLAVERY (*Forced Compliance to Contracts not Held*), 18 USC 3571, DENIED PROVISIONS IN THE CONSTITUTION, 18 USC 3571, TREASON, 18 USC 3571, MISPRISION OF FELONY, 18 USC 4, CONSPIRACY, 18 USC 241, EXTORTION, 18 USC 872, FRAUD, 18 USC 1001, FALSIFICATION OF DOCUMENTS, 18 USC 1001, PERJURY, 18 USC 1621, SUBORNATION OF PERJURY, 18 USC 1622;**

2.  **"Set 2-Command"** the second set of documents to be produced are **(2)** answers and a finding of facts by "your" **verified-testimony** and written ruling in law as to the **Subject-Matter-Jurisdiction** of this Court of Record in regards to **Constructive-Trust-Case-No. Medical Board of California # 800-2021-079497** *and* **State Case No. Small-Claims #22SC018927,** *and* **Federal Case Nos. 22CV07438/22CV06688-HSG/23CV02003-JSC** in which you are the "Placeholder" *i.e.* Public-Trustee with duty to protect the law by your TRUSTEE Position, prove that you are not in "total absence" of jurisdiction by your false testimony/false witness and prove that you are not without immunity. FRCP Rule 4, Rule 18.1 right to challenge Jurisdiction *or you* **Robert Andres Bonta, Attorneys, #202668,** *et.al. acting as* **Attorney-General** *and his* **Commissioned-Officers = Greg W.(?) Chambers, "Attorneys", #237509  as the Respondents/Defendants who act in concert,** *et.al., or confess to be* **CHARGED with Breaches = VIOLATION OF OATH OF OFFICE, 18 USC 3571, DENIED RIGHT OF REASONABLE DEFENSE ARGUMENTS, 18 USC 3571, DENIED DEFENSE EVIDENCE, DENIED RIGHT TO TRUTH, 18 USC 3571, SLAVERY**

Copyrighted-Works this Document-Contract-Claims by the Douglas Vern Hulstedt

(*Forced Compliance to Contracts not Held*), 18 USC 3571, **DENIED PROVISIONS IN THE CONSTITUTION, 18 USC 3571, TREASON, 18 USC 3571, MISPRISION OF FELONY, 18 USC 4, CONSPIRACY, 18 USC 241, EXTORTION, 18 USC 872, FRAUD, 18 USC 1001, FALSIFICATION OF DOCUMENTS, 18 USC 1001, PERJURY, 18 USC 1621, SUBORNATION OF PERJURY, 18 USC 1622;**

3.   **"Set 3-Command"** the third command is for "your" **verified-testimony** by the **(3)** **EXHIBIT 2**  in which due-process was ignored by "you" for sworn testimony and other questioning as to why you continue to violate rights after the fact, **Robert Andres Bonta, Attorneys, #202668, *et.al. acting as* Attorney-General *and his* Commissioned-Officers = Greg W.(?) Chambers, "Attorneys", #237509  *as the* Respondents/Defendants who act in concert, *et.al., or confess to be* CHARGED with Breaches = VIOLATION OF OATH OF OFFICE, 18 USC 3571, DENIED RIGHT OF REASONABLE DEFENSE ARGUMENTS, 18 USC 3571, DENIED DEFENSE EVIDENCE, DENIED RIGHT TO TRUTH, 18 USC 3571, SLAVERY (*Forced Compliance to Contracts not Held*), 18 USC 3571, DENIED PROVISIONS IN THE CONSTITUTION, 18 USC 3571, TREASON, 18 USC 3571, MISPRISION OF FELONY, 18 USC 4, CONSPIRACY, 18 USC 241, EXTORTION, 18 USC 872, FRAUD, 18 USC 1001, FALSIFICATION OF DOCUMENTS, 18 USC 1001, PERJURY, 18 USC 1621, SUBORNATION OF PERJURY, 18 USC 1622;**

4.   **"Set 4-Command"** the fourth set of documents to be produced are the **(4)** entries by the denials of rights and your **verified-testimony** on all the dock-*ets*/manifests for the lawful direction motion challenges by the due-process: **Constitutional Rights Motion, Enacting Clause Motion, Identity Motions, Certification Motion, 1-28 Discovery Motion and this Writ for Habeas Corpus *et.al.* concerning these matters. Failure to comply is your *confession of posing as a Judicial-Officers et.al. by way of Simulated-Legal-Processes with  your Perjury of Oaths* and Robert Andres Bonta, Attorneys, #202668, *et.al. acting as* Attorney-General *and his* Commissioned-Officers = Greg W.(?) Chambers, "Attorneys", #237509  *as the* Respondents/Defendants who act in concert, *et.al., also confesses to be* CHARGED with Breaches = VIOLATION OF OATH OF OFFICE, 18 USC 3571, DENIED RIGHT OF REASONABLE DEFENSE ARGUMENTS, 18 USC 3571, DENIED DEFENSE EVIDENCE, DENIED RIGHT TO TRUTH, 18 USC 3571, SLAVERY (*Forced Compliance to Contracts not Held*), 18 USC 3571, DENIED PROVISIONS IN THE CONSTITUTION, 18 USC 3571, TREASON,**

**18 USC 3571, MISPRISION OF FELONY, 18 USC 4, CONSPIRACY, 18 USC 241, EXTORTION, 18 USC 872, FRAUD, 18 USC 1001, FALSIFICATION OF DOCUMENTS, 18 USC 1001, PERJURY, 18 USC 1621, SUBORNATION OF PERJURY, 18 USC 1622;**

5.   **"Set 5-Command"** the fifth set of documents to be produced are the **(5)** <u>verified-testimony</u> of authorities by the **Oaths of Offices by the following Commissioned-Judicial-Officers** *et.al.*, under your <u>**BOND**</u> *by the* **"Oath of Office"** that conforms to the official <u>**California Constitutional Oath Article XX Section 3** *and by the* **Federal-Article 6/Title 4 U.S.C. §101, per B.A.R. # insurance-policies as follows *a thru g*; *[for dis-bar and liquidation by the chapter 7 bankruptcy per agreement]*;**</u>

   **(a) # 237509 = CHAMBERS;**
   **(b) # 152171 = SCHARF;**
   **(c) # 214401 = COX;**
   **(d) # 209234 = OSTLY;**
   **(e) # 279218 = OVSEPYAN;**
   **(f)  # 222790 = WILSON;**
   **(g) # 202668 = BONTA, *et.al*;**

6.   **"Set 6-Command"** the sixth set **(6)** is for **Pam Marino** *as* **"Defamatory-Publisher-Witness"** by the docket **#18** to come forth to be put under oath for questioning by the rule **27** as a due-process-right;

   **IT IS SO ORDERED FOR THE RETURN OF THIS WRIT;**



:Flag: Title: ~4, Section: ~1-3

Verified by: *Douglas Vern Hulstedt*
The United States of America
Claimant/Witness/Injured
Beneficiary-Claimant *for*
DOUGLAS VERN HULSTED, M.D.
**CORPORATION #3260008/A42397,**
**"Copyright-Claimant".**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# PRAECIPE

~ 7 ~

**MOTION-NOTICE HABEAS-CORPUS-AD-TESTIFICANDUM**
**Copyrighted-Works this Document-Contract-Claims by the Douglas Vern Hulstedt**

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### *A PLACE "WITH MY" TRUST-PROPERTY NOW "IN" CUSTODY*

### INSURED-CLAIM # RE527008770US
#### *ACTION "WITH THE" COMMON LAW*

## Writ for the *HABEAS-CORPUS-AD-TESTIFICANDUM*

In re:  Restraint of Liberties/Property/Rights *caused* by **Robert Andres Bonta, Attorneys, #202668,** *et.al., acting with intent, acting in concert, acting after the fact to intentionally-damage, et.al.,* D.B.A., THE STATE OF CALIFORNIA, DUNS # 071549000 – D.B.A., The "United States" Government; DUNS # 052714196;

**Douglas Vern Hulstedt,** *a living man/sole-proprietor;*
**Petitioner/Witness/Beneficiary** *and the sole* **Claimant**
**to the Rights of the DOUGLAS VERN HULSTEDT, M.D.,**
*A CORPORATE-BODY* **#3260008/A42397,** *NOW "IN" CUSTODY;*

### *vs.*

**Robert Andres Bonta, Attorneys, #202668,** *et.al.,* **Defendants** *who have,* **"Perjured their Oaths of Offices"** *in the* **Constructive-Trust-Case-No. Medical Board of California # 800-2021-079497** *and* **State Case No. Small-Claims #22SC018927,** *and* **Federal Case Nos. 22CV07438/22CV06688-HSG/23CV02003-JSC;**

Lawful Direction Delivered *to*;
**JUDGE: Jacqueline Scott Corley, #173752,**
*as the* **Placeholder-Fiduciary-Trustee,** *or her Successors/Assigns*;
*By-The-Registered-Insured-Mail #* RE527008770US;

## PRAECIPE TO CLERK OF THE COURT

### *NOTICE NOW TO THE CLERK OF THE COURT* by the **Douglas Vern Hulstedt,** *a living-man/sole-proprietor* who is foreign to and without the UNITED STATES CORPORATION(S)/STATE OF CALIFORNIA = UN-IDENTIFIED-POSITIONS **(EXHIBIT 1)** BY REFUSAL OF SUBJECT-

MATTER BY "ATTORNEYS" *et.al. and* real-party in interest and *being* the beneficial rightful owner of the Trust-Property-Corporation-Assets = **DOUGLAS VERN HULSTEDT, M.D.,** *A CORPORATE-BODY* **#3260008/A42397,** *NOW "IN" CUSTODY,* in this *instant-matter-contract,* appearing "specially" under "restricted appearance" exercising my right for Petition the general government servants who are paid by to provide nineteen enumerated services for "We the People" for redress of grievance **Guaranteed** from the days of the Magna Carta and subsequent **Guarantees** of rights including the Constitution = The United States of America (*unincorporated-land/soil-jurisdiction*) a remedy provided by the extraordinary Writ for Habeas-Corpus, the Great Writ for Liberty, which is within the collective heritage of the people of The United States of America (*unincorporated-land/soil-jurisdiction*) and England;

1.  The history of the Great Writ is encapsulated in the statement that: Every person restrained of his Liberty **under any pretense whatever,** may prosecute a Writ of Habeas Corpus to inquire into the cause of the restraint, and shall be delivered therefrom when found unlawful;

2.  The term "Liberty" means Freedom, exemption from extraneous control, the power of the will to follow the dictates of its unrestricted choice, and to direct the external acts of the individual without restrain, coercion, or control from other parties.  The term "Liberty" includes and comprehends all personal rights and their enjoyment;

3.  The Great Writ can be used for judicial review of administrative processes or judicial processes;

4.  The Great Writ can be used as the first action for collateral attack on administrative or judicial processes;

5.  The Great Writ is used to determine the nature and cause of restraint by Respondents/Defendants/Attorneys *et.al.*;

6.  The Clerk of Court is **noticed** by way of the ancient Writ of Praecipe (*Writ of instruction to the Clerk of Court*) to take notice of the attached Pe-tition for a Writ for Habeas-Corpus-Ad-Testificandum and Notice of Hearing originating from **Claimant/Witness/Beneficiary/Restrained**;

7.  The Clerk of Court is **noticed** to serve the Writ for Habeas-Corpus-Ad-Testificandum on the Respondents/Defendants by whatever means is provided by the practices of the court, **without delay. Clerk of the Court as a Co-Postmaster of this Contract;**

Copyrighted-Works this Document-Contract-Claims by the Douglas Vern Hulstedt

8.   **Claimant/Witness/Beneficiary/Restrained notices** the Clerk of Court that no Public Official is liable for civil action for obeying a Writ for Habeas Corpus or order of discharge made thereon;

9.   **Claimant/Witness/Beneficiary/Restrained notices** the Clerk of Court of Article 1 sec 9 of the Constitution = The United States of America. [**Habeas-Corpus**] The privilege of the Writ of Habeas Corpus shall not be suspended, unless, in case of rebellion or invasion, the public safety requires it;

10.  **Claimant/Witness/Beneficiary/Restrained** has no knowledge of rebellion or invasion in The United States of America, and this Writ for Habeas-Corpus-Ad-Testificandum poses no threat to the public;

11.  **Claimant/Witness/Beneficiary/Restrained** has no other plain, speedy or adequate remedy in law;

*12.*  **Claimant/Witness/Beneficiary/Restrained notices** the Clerk of Court by way of the ancient Writ of Praecipe to take special notice that **Claimant/Witness/Beneficiary/Restrained** Pe-tition for a Writ for Habeas-Corpus-Ad-Testifcandum makes the Clerk of Court knowledgeable of the wrongs mentioned in 42 USC 1985 and unless it can be shown in writing by the Clerk of Court that the conditions exist as prescribed by the Constitution = The United States of America, that is, that due to a national or state rebellion or invasion the Great Writ, Writ for Habeas Corpus, has been suspended, it is the duty and obligation of the Clerk of Court the **issue and deliver the attached Writ for Habeas-Corpus-Ad-Testificandum without delay.** Failure to do so would create a dishonor of presentments of this **Claimant/Witness/Beneficiary/Restrained** to the Court for the right of petition for redress of grievance, a denial of due-process giving rise to a Federal-Question. Failure to do so would establish the Clerk of Court in Non-Feasance of Office in Fact, and would be a Tort against **Douglas Vern Hulstedt**, *a living-man/sole-proprietor;*



.Flag: Title: ~4, Section: ~1-3

Verified by: *__Douglas Vern Hulstedt__*
The United States of America
Claimant/Witness/Injured
Beneficiary-Claimant *for*
DOUGLAS VERN HULSTED, M.D.
**CORPORATION #3260008/A42397,**
**"Copyright-Claimant".**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# HEARING

~ 8 ~

**MOTION-NOTICE HABEAS-CORPUS-AD-TESTIFICANDUM**
**Copyrighted-Works this Document-Contract-Claims by the Douglas Vern Hulstedt**

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### *A PLACE "WITH MY" TRUST-PROPERTY NOW "IN" CUSTODY*

### INSURED-CLAIM # RE527008770US
*ACTION "WITH THE" COMMON LAW*

### Hearing for the *HABEAS-CORPUS-AD-TESTIFICANDUM*
In re:  Restraint of Liberties/Property/Rights *caused* by **Robert Andres Bonta, Attorneys, #202668,** *et.al., acting with intent, acting in concert, acting after the fact to intentionally-damage, et.al.,* D.B.A., THE STATE OF CALIFORNIA, DUNS # 071549000 – D.B.A., The "United States" Government; DUNS # 052714196;

**Douglas Vern Hulstedt,** *a living man/sole-proprietor;*
**Petitioner/Witness/Beneficiary** *and the sole* **Claimant**
**to the Rights of the DOUGLAS VERN HULSTEDT, M.D.,**
*A CORPORATE-BODY* **#3260008/A42397,** *NOW "IN" CUSTODY;*

### *vs.*

**Robert Andres Bonta, Attorneys, #202668,** *et.al.,* **Defendants** *who have,* **"Perjured their Oaths of Offices"** *in the* **Constructive-Trust-Case-No. Medical Board of California # 800-2021-079497** *and* **State Case No. Small-Claims #22SC018927,** *and* **Federal Case Nos. 22CV07438/22CV06688-HSG/23CV02003-JSC;**

Lawful Direction Delivered *to*;
**JUDGE: Jacqueline Scott Corley, #173752,**
*as the* **Placeholder-Fiduciary-Trustee,** *or her Successors/Assigns*;
*By-The-Registered-Insured-Mail #* RE527008770US;

### NOTICE FOR IMMEDIATE HEARING OF NECESSITY

### *NOTICE NOW TO THE CLERK OF THE COURT by the* **Douglas Vern Hulstedt,** *a living-man/sole-proprietor* who is foreign to and without the UNITED STATES CORPORATION(S)/STATE OF CALIFORNIA = UN-IDENTIFIED-POSITIONS **(EXHIBIT 1)** BY REFUSAL OF SUBJECT-

MATTER BY "ATTORNEYS" *et.al. and* real-party in interest and *being* the beneficial rightful owner of the Trust-Property-Corporation-Assets = **DOUGLAS VERN HULSTEDT, M.D.,** *A CORPORATE-BODY* **#3260008/A42397,** *NOW "IN" CUSTODY,* in this *instant-matter-contract*, appearing "specially" under "restricted appearance" exercising my right for Petition the general government servants who are paid by to provide nineteen enumerated services for "We the People" for redress of grievance **Guaranteed** from the days of the Magna Carta and subsequent **Guarantees** of rights including the Constitution = The United States of America (*unincorporated-land/soil-jurisdiction*) a remedy provided by the extraordinary Writ for Habeas-Corpus, the Great Writ for Liberty, which is within the collective heritage of the people of The United States of America (*unincorporated-land/soil-jurisdiction*) and England;

1.     **Claimant/Witness/Beneficiary/Restrained** is suffering under continuous Tort and Restraints of Liberties and deprivation of rights under the color of law while his property is in "custody";

2.     To allow the Tortuous-Actions of the Respondents/Defendants, **Robert Andres Bonta, Attorneys, #202668,** *et.al. acting as* **Attorney-General** *and his* **Commissioned-Officers = Greg W.(?) Chambers, "Attorneys", #237509** *acting with intent, acting in concert, acting after the fact to intentionally-damage, et.al.* = D.B.A. as legal fictions operating in commerce without immunity for profit and gain under a limited liability insurance scheme, who continue "their" restraints/custody of the Liberties of this **Claimant/Witness/Beneficiary/Restrained** will cause/has caused irreparable injury/damage to **Douglas Vern Hulstedt**, *a living-man/sole-proprietor* of the Trust-Estate-Property = **DOUGLAS VERN HULSTEDT, M.D.,** *CORPORATE-BODY* **#3260008/ A42397,** *NOW "IN" YOUR CUSTODY UNDER RESTRAINT,* requiring a <u>Hearing of Necessity;</u>

3.     To enter the **Hearing of Necessity** immediately <u>will pose no danger or injury to the public as a right of due-process;</u>

4.     This Court is noticed for an immediate hearing with the  **UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, 450 Golden Gate Avenue, San Francisco, California with the Federal-Zip-Code 94102** by the <u>Date: 20 days</u> *additional-time*

after dock-*et*-filing date, to be noticed by the Clerk of the Court for the
particulars;

5.   **Title 28 USC §2243/2254;**


   **DATE: JULY 27, 2023**
   **TIME: 1:30 P.M.**
   **ROOM: 8-19TH FLOOR;**
   **JUDGE: Jacqueline Scott Corley, #173752;**


   **IT IS SO ORDERED;**




:Flag: Title:~4, Section:~1-3


Verified by: ***Douglas Vern Hulsted***
The United States of America
Claimant/Witness/Injured
Beneficiary-Claimant *for*
DOUGLAS VERN HULSTED, M.D.
**CORPORATION #3260008/A42397,**
**"Copyright-Claimant".**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# ORDER

~ 9 ~

**MOTION-NOTICE HABEAS-CORPUS-AD-TESTIFICANDUM**
**Copyrighted-Works this Document-Contract-Claims by the Douglas Vern Hulstedt**

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### *A PLACE "WITH MY" TRUST-PROPERTY NOW "IN" CUSTODY*

## INSURED-CLAIM # RE527008770US
### *ACTION "WITH THE" COMMON LAW*

## Order for the *HABEAS-CORPUS-AD-TESTIFICANDUM*

In re:  Restraint of Liberties/Property/Rights *caused* by **Robert Andres Bonta, Attorneys, #202668,** *et.al., acting with intent, acting in concert, acting after the fact to intentionally-damage, et.al.,* D.B.A., THE STATE OF CALIFORNIA, DUNS # 071549000 – D.B.A., The "United States" Government; DUNS # 052714196;

**Douglas Vern Hulstedt,** *a living man/sole-proprietor;*
**Petitioner/Witness/Beneficiary** *and the sole* **Claimant**
**to the Rights of the DOUGLAS VERN HULSTEDT, M.D.,**
*A CORPORATE-BODY* **#3260008/A42397,** *NOW "IN" CUSTODY;*

### *vs.*

**Robert Andres Bonta, Attorneys, #202668,** *et.al.,* **Defendants** *who have,* **"Perjured their Oaths of Offices"** *in the* **Constructive-Trust-Case-No. Medical Board of California # 800-2021-079497** *and* **State Case No. Small-Claims #22SC018927,** *and* **Federal Case Nos. 22CV07438/22CV06688-HSG/23CV02003-JSC;**

Lawful Direction Delivered *to*;
**JUDGE: Jacqueline Scott Corley, #173752,**
*as the* **Placeholder-Fiduciary-Trustee,** *or her Successors/Assigns*;
*By-The-Registered-Insured-Mail* # RE527008770US;

# <u>ORDER</u>

On this _____ day of the _____ month, 2023, **Douglas Vern Hulstedt,** *a living-man/sole-proprietor*, presented/claimed a verified Pe-tition for Writ for Habeas-Corpus-Ad-Testificandum without the UNITED STATES CORPORATION(S), and on examination of the Pe-tition, this Court orders that such Writ be issued;

It is therefore ordered that **Robert Andres Bonta, Attorneys, #202668, *et.al. acting as* Attorney-General *and his* Commissioned-Officers = Greg W.(?) Chambers, "Attorneys", #237509 *and* Pam Marino *as* "Defamatory-Publisher-Witness" by the docket #18 *as the* Respondents/Defendants who act in concert, *et.al.,*** produce a return on this Writ, verified-true, correct, and complete, and not misleading, the truth, the whole truth and nothing but the truth, before this court at the location of the **UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, 450 Golden Gate Avenue, San Francisco, California with the Federal-Zip-Code 94102** by the Date: 20 days *additional-time* after dock-*et*-filing date, to be noticed by the Clerk of the Court for the particulars; to show cause if any be had for lawful cause "Custody" by the Restraints of Liberties against the interests of **Douglas Vern Hulstedt**, *a living-man/sole-proprietor*, his property/assets/benefits and concerns;

      **DATE: JULY 27, 2023**
      **TIME: 1:30 P.M.**
      **ROOM: 8-19TH FLOOR;**
      **JUDGE: Jacqueline Scott Corley, #173752;**

**Let the Writ issue accordingly**;

                                 _____

                                  **JUDGE: Jacqueline Scott Corley, #173752**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 1

~ 10 ~

**MOTION-NOTICE HABEAS-CORPUS-AD-TESTIFICANDUM**
**Copyrighted-Works this Document-Contract-Claims by the Douglas Vern Hulstedt**

***** Our Actual Sovereign Government *****
### "The united States of America"

Created by the agreement known as: "The Unanimous Declaration of Independence of the united States of America" 04 July 1776.
These "States" were the original geographically defined "estates" formed by the United Colonies.
They are guaranteed a "republican form of government". Together, they formed – a Union, a Federation, and a Confederation:

| "The United States" | + | "The United States of America" | > | "The States of America" |
|---|---|---|---|---|
| **Union** of States | | **Federation** of States | | **Confederation** of States of States |
| 09 September 1776 | | 07 September 1776 | | 01 March 1781 |
| Holds the **National Soil Jurisdiction** | | Holds the **International Jurisdictions** | | **Global Jurisdiction** Business for the States |
| States: Virginia, Maine, New York…. | | States: Virginia, Maine, New York…. | | The State of Virginia, The State of Maine…. |
| **State Nationals (people) – Private Persons** | | **State Citizens (People) - Lawful Persons** | | **Legal Persons of State** |
| **County Courts** | | **State Courts** | | **The State of _____ Courts (Missing)** |
| **Local Common Law** | | **American State Common Law** | | **International Mercantile Law** |

-------------------------------------- With the Flowchart of Authority, The Above is Separate From Below --------------------------------------

***** The Federal (Subcontractor) Government *****
**19 Enumerated Powers** of our Sovereign Government were **delegated** to **three (3) Service Companies** below.
Together, they formed the three branches of the Federal Government – a Federal, a Territorial, and a Municipal:

| Federal Government (American) | > | Territorial Government (British) | > | Municipal Government (Papist) |
|---|---|---|---|---|
| dba: **"the" States of America** 1787 | | dba: **"the" United States of America** 1789 | | dba: **"the" United States** 1790 |
| **Republic** | | **Democracy** | | **Plenary Oligarchy** |
| **Part of International Land and Sea Jurisdictions** | | **Part of International Sea Jurisdiction** | | **Part of Global Air (Commerce) Jurisdiction** |
| The Constitution **for the u**nited States of America | | The Constitution **of the U**nited States of America | | The Constitution **of the** United States |
| "the" Georgia State, "the" Maine State…. | | "the" State of Georgia, "the" State of Maine…. | | "the" STATE OF GEORGIA, "the" STATE OF…. |
| **Legal Persons - United States Citizens** | | **Legal Persons – U.S. Citizens** | | **Legal PERSONS – "citizens of the United States"** |
| **"Vacant" Offices periodically filled by "Representatives"** | | **Federal Military and Dependents** | | **Federal Civil Service and Dependents** |
| This portion of "Federal" Government **has been "missing"** since 1860 | | Part of Navy, Tariffs, and Trade Policies Northern mercenaries in the Civil War | | Washington, DC, Municipal Government Southern mercenaries in the Civil War |
| United States Statutes-at-Large and Organic Law Published upon the **Congressional Record** (International Land and Mercantile Law) Postal District Court | | Federal Code and Statutory Law Published upon the **Federal Register** (Admiralty and Equity Law) First Judicial District Court | | Municipal Law and Uniform Commercial Code Published as **Municipal Code** and **UCC** (Roman Civil and UCC COMMERCIAL Law) UNITED STATES DISTRICT COURT |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 2

~ 11 ~

**MOTION-NOTICE HABEAS-CORPUS-AD-TESTIFICANDUM**
**Copyrighted-Works this Document-Contract-Claims by the Douglas Vern Hulstedt**

1  Douglas Vern Hulstedt
2  % 2511 Garden Road, Building-C #100     *By-Registered-Mail #*
   Monterey, California 93940              *X F 1085810246 US*
3  Tel: (831) 899-5900                     *:Paid-Fee-Dock-et:*
   *Claimant/Witness/Beneficiary*
4  *Without Counsel at this Time*

5

6

7              **BEFORE THE**
         **MEDICAL BOARD OF CALIFORNIA**
8       **DEPARTMENT OF CONSUMER AFFAIRS**
              **STATE OF CALIFORNIA**
9

10

11  In the Matter of the Accusation Against:  )   **Case No. 800-2021-079497**
                                             )
12  **DOUGLAS VERN HULSTEDT, M.D.**          )
                                             )   **SUMMONS**
13                                           )**SUBPOENA AD TESTIFICANDUM TO**
            *Respondent*                     )**APPEAR ROB BONTA TO GIVE**
14                                           )**ORAL SWORN TESTIMONY AT**
                                             )**HEARING OR TRIAL, IT IS**
15  _____      )**COMMANDED TO SHOW ON**
                                             )**NOVEMBER 8, 2022 AT 9:00 A.M.**
16      **Douglas Vern Hulstedt**            )**VIRTUAL HEARING NO. 833 568 8864**
       *Counter-Claimant-Beneficiary*        )**CONFERENCE ID: 161 740 2173**
17              *vs.*                         )**CONTINUING ON A DAY TO DAY**
    **Rob Bonta, William Prasifka**          )**BASIS ROB BONTA "ADMITS" THAT**
18                                           )**HE IS A CRITICAL WITNESS**
    *Respondents as Actors in Concert*       )**HAVING SERVED AS A CHAIRMAN**
19                                           )**DURING 2015 SB 277 HEARINGS**
                                             )**ASSEMBLY MEMBER ROB BONTA**
20  _____      )
                                             )
21  *NOTICE TO THE FIDUCIARIES; 18 U.S.C § 2071,* )
22  *Concealment, removal, or mutilation generally (a)* )
    *Whoever, willfully and unlawfully conceals, removes,* )
23  *mutilates, obliterates, or destroys, or attempts to do so,* )
    *or, with intent to do so takes and carries away any* )   **EXHIBIT 1 PARTIAL TRANSCRIPT**
24  *record, proceeding, map, book, paper, document, or other* )
    *thing, filed or deposited with any clerk of officer of any* )
25  *court of the United States, shall be fined under this title or* )   **METHOD OF PROCESS**
    *imprisoned not more than three years, or both.* )
26  *CalGovCode §6200/6201, CalPenCode § 135* )
                                             )
27

28

         **CASE NO. 800-2021-079497 SUMMONS SUBPOENA AD TESTIFICANDUM ROB BONTA**
                **Copyrighted-Works this document by the Douglas Vern Hulstedt**

*SUMMONS = ROB BONTA* by accepting the "Valid" "Oath of Office" of any Public-Fiduciary-Trustee or **"Placeholder"** concerning this matter for the equal protections of the law with my Adoption of the Bill of Rights for the Due-Processes and by accepting the public record **"Official Bond"** or any other insurance-policies that may apply concerning fraud or employee misconduct/dishonesty and by entering and the making of this **special-appearance-visitation-notice** before this administrative-court as the Claimant/Witness/Beneficiary to protect my Beneficial Property Rights against Trespass or Breach of Fiduciary-Trust, "I", Douglas Vern Hulstedt, *a man* Claim this SUMMONS, acknowledgement, **EXHIBIT 1** and Method of Process for the **"Due-Process"** *Guaranteed by the Bill of Rights*. **NOTE:** The citation of state and federal statutes, codes, rules, regulations, and court citations, within any document-contract created by me, is only to notice my servants that which is applicable to them and is not intended, nor shall be construed, to mean that I confer, submit to, or have entered into any jurisdiction alluded to thereby, by the following; **SUMMONS SUBPOENA AD TESTIFICANDUM TO APPEAR ROB BONTA TO GIVE ORAL SWORN TESTIMONY AT HEARING OR TRIAL, IT IS COMMANDED TO SHOW ON NOVEMBER 8, 2022 AT 9:00 A.M. VIRTUAL HEARING NO. 833 568 8864 CONFERENCE ID: 161 740 2173 CONTINUING ON A DAY TO DAY BASIS ROB BONTA "ADMITS" THAT HE IS A CRITICAL WITNESS HAVING SERVED AS A CHAIRMAN DURING 2015 SB 277 HEARINGS ASSEMBLY MEMBER ROB BONTA, EXHIBIT 1 PARTIAL TRANSCRIPT, METHOD OF PROCESS;**

Page 2

**ALL RIGHTS RESERVED WAIVE NONE**
**Adopter of the Bill of Rights**
**Reservations for Writ of Habeas Corpus**


Verified by: _Douglas Vern Hulstedt_
                   **Douglas Vern Hulstedt**
            **Counter-Claimant-Beneficiary**
                 **Author/Publisher**

Page 3

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 1

Page 4

Chairman Bonta: Thank you, Dr. Pan. And then finally,

we have an amendment regarding the medical exemption in a

physician's judgment. And I've heard from a number of

24

25

constituents and Californians regarding concerns that a

medical exemption is difficult to obtain or was difficult

to obtain. I believe that current law states that a

physician has complete professional discretion over the

writing of a medical exemption.

However, I have asked the author to take an

amendment to clarify that a medical exemption is entirely

within the professional judgment of a physician. And we

have agreement on that amendment?

Senator Pan: Yes.

Chairman Bonta: Okay. Thank you. So at this time,

we're going to go to -- you have eight minutes left. You

don't have to use the eight minutes. Is there any desire

to address further issues or for witnesses to speak? I

want to make sure you're aware of your allotted time and

how much you have left. We're going to -- the plan next

is to go to witnesses in opposition and then to member

questions.

Senator Pan: Okay.

Chairman Bonta: But you have more time if you wish to

use it.

Senator Pan: No, I think -- we'll save time for the

committee. We're good.

Chairman Bonta: Okay. Thank you. Thank you very much,

Dr. Pan, expert witnesses in support. We will now invite

-33-

our witnesses in opposition. Please come forward. You
will have 25 minutes as well. Thank you, witnesses in
opposition. Proceed, please, when you're ready.

Three Co-Authors of SB277
# Speak Out Against SB276



### Senator Ben Allen (Joint author SB277)

"My core concern is the promise behind SB277. It was that we were going to preserve the right of the doctor to give out the exemption. I think that goes beyond what I committed to people in regards to my involvement with SB277. So I am not supportive of the bill."



### Senator Jeff Stone (Co-author SB277)

"SB 276 directly undermines the previous decision of the legislature. It makes it look like we're going back on our word. And to me, as an elected official, you need to keep your word."



### Assembly Member Nazarian (Co-author SB277)

"This is not a black and white issue, and science changes. This is overreaching... there is a better way of doing this."

SB276 Goes Back on
# Promises Made with SB277



### Senator Richard Pan

"The medical exemption is at the professional judgment of the physician"

"If a physician feels that there is a genetic association, a sibling a cousin, some other relative if it is not safe for vaccine. They can provide a medical exemption for that vaccine. There is no limitation."

"Any licensed physician in the state of California can grant a medical exemption...at their professional judgment. There is not a specific list of things that they can or cannot exempt for."

"We have left that discretion to licensed physicians in the state of California. We have left that discretion open. There are no limitations in the law."



### Governor Brown

"Thus, SB277, while requiring that school children be vaccinated, explicitly provides an exception when a physician believes that circumstances-in the judgment and sound discretion of the physician -so warrant."



**PERK**   Protection of the Educational Rights of Kids  |  Studio City, CA 91604  |  www.PERK-GROUP.com

dissuaded from pursuing a particular career, but when people are forced out of a particular profession for ideological reasons, it's hard not to begin seeing this as something of a purge. It certainly starts to smell like that...we'll have to see how some of these events continue to unfold, but as somebody who is on the receiving end of what happens when you try to challenge a particular narrative or try to challenge a particular health care policy that your institution has adopted and the punishment is rather swift and severe, something is afoot I think that is, that doesn't have the well being of patients and the functioning of health care providers as its first priority."

\*\*\*\*\*\*\*\*\*\*\*\*
3) Posted 09/03/2019
https://twitter.com/circleofmamas/status/1169085779336810501
2015 SB 277 Hearings-Video Clips

Assemblymember Marie Waldron:  Would you say that SB 277 would still conform to the CDC guidelines regarding a medical exemption?

Senator Pan:  There is no requirement in the law.  I challenge you to find any text in the existing code or in the bill that states that the physician has to exercise anymore than their own professional judgement, that professional judgement of course subject to review by the Medical Board and I mentioned the Medical Board has never investigated or removed the license for someone for granting medical exemptions for immunizations.  So the law very clearly states it is up to the physician's judgement, to the existing law we've taken an amendment to clarify that point, the Department of Public Health doesn't review the exemption and (doesn't) have to approve or review it.  It's simply the physician writes a note to the school saying what's the reason, the duration, which could be indefinite, it could be forever if it's an ongoing condition, and they sign it and the child now has a medical exemption.  It is very straight forward, very simple, and again it's the physician exercising their professional judgement.  The CDC has guidelines, but those are guidelines from the CDC, the CDC has guidelines for a lot of things they are used by physicians to help us be able to be sure we are applying the best science and knowledge, right, and that's what they provide but it's not a mandate or requirement that physicians, there's nothing again in the bill or existing code I challenge you to find it, that says a physician has to apply only the CDC guidelines.

Assemblymember Ron Bonta:
And then finally, we have an amendment regarding the medical exemption in a physician's judgement and I've heard from a number of constituents in California regarding concerns that a medical exemption is difficult to obtain or was difficult to obtain.  I believe the current law states that a physician has complete professional discretion over the writing of a medical exemption, however, I have asked the author to take an amendment to clarify that a medical exemption is entirely within the professional judgement of a physician.  And we have agreement on that amendment?

Senator Pan:  Yes.

Assemblymember Rob Bonta:  Thank you.

Assemblymember Adrin Nazarian:  So yet, this area concerns me somewhat only because I want to know given, if we lose the opportunity to have Personal Beliefs not available, in the case of the gentleman who was talking about his daughter who is perfectly healthy, um, if the first child has a reaction would there be a medical exemption for the second child?

Senator Pan:  So, medical exemptions

Assemblymember Adrin Nazarian:  Does it clearly allow that?

Senator Pan:  Yes, let me answer that.  What the bill and the law clearly states is that the medical exemption is at (End)

\*\*\*\*\*\*\*\*\*\*\*\*
**CBS 13-Sacramento News Segment**
4) 11/17/2017
https://www.youtube.com/watch?v=w013Izjrudg

Minute 1:35
This is an interview with Dr. Sutton explaining that her medical exemption process is scientific and thorough.  The reporter says, "Dr. Pan just wants to make sure all doctors are as thorough."

**CBS 13-Sacramento News Segment**
5) 09/21/2020
https://www.youtube.com/watch?v=qqVM0LF6I8c

\*\*\*\*\*\*\*\*\*\*\*\*
6) 09/03/2019
California Is Killing Medical Exemptions:
https://www.youtube.com/watch?v=yNNVVCqqVLM&t=2s

In parentheses is writing included in video. Italics are voices transcribed.


[SB 276- Existing law prohibits the governing authority of a school or other institution from admitting for attendance any pupil who fails to obtain required immunizations within the time limits prescribed by the State Department of Public Health. Medical Exemptions under SB 276- who will get one? OR Who will get a Medical Exemption under SB 276?]

# CALIFORNIA LEGISLATURE

*Senate Committee Floor Session*

## Senate Health Committee
### Senator Ed Hernandez, Chair

# *Senate Bill 277*
# *Public Health Vaccinations*

## State Capitol, Sacramento
## April 8, 2015

**MR. CHAIR:** So, with that, we are going to move to item number one, SB 277, Pan, Public Health Vaccinations. And I believe Senator Allen is here. I'd like to invite him down to the dais as well. My understanding is they're joint authored.

**SENATOR RICHARD PAN:** Yes. Thank you. Good afternoon, Senator Chair, Senators. Senator Allen and I are pleased to present SB 277. SB 277 is a bill that protects children and the public from preventable contagions by abolishing the personal belief exemption to legally required vaccinations for enrollment in school. SB 277 also empowers parents by requiring schools to provide immunization rates for their child's school at enrollment.

As this bill will also be heard in the Education and Judiciary Committees, our remarks today will be focused on the public's interest in protecting public health and safety engendered in this bill.

1

# <u>METHOD OF PROCESS</u>

In the California state, of the Monterey county. I, the undersigned, herein declare that I am over the age of eighteen years and NOT a party to the within entitled action. My business address is: _1180 Forest Ave #8 Pacific Grove California 93950_

I hereby declare under the penalty of perjury of the California Republic and The United States of America (unincorporated) that I served the foregoing document as entitled: on the party(s) by mailing with the Post Office maintained by the United States, Postal Service with postage paid, titled and addressed as follows and or by file stamp/banking postmasters: **SUMMONS SUBPOENA AD TESTIFICANDUM TO APPEAR ROB BONTA TO GIVE ORAL SWORN TESTIMONY AT HEARING OR TRIAL, IT IS COMMANDED TO SHOW ON NOVEMBER 8, 2022 AT 9:00 A.M. VIRTUAL HEARING NO. 833 568 8864 CONFERENCE ID: 161 740 2173 CONTINUING ON A DAY TO DAY BASIS ROB BONTA "ADMITS" THAT HE IS A CRITICAL WITNESS HAVING SERVED AS A CHAIRMAN DURING 2015 SB 277 HEARINGS ASSEMBLY MEMBER ROB BONTA, EXHIBIT 1 PARTIAL TRANSCRIPT, METHOD OF PROCESS;**

**Office of Administrative Hearings**
**c/o Clerk of Administrative-Court**
**1515 Clay Street, Suite 206**
**Oakland, California 94612**
**By-Registered-Mail #** _RF 108581026US_
~~7022 0410 0001 7484 2089~~
*:Paid-Fee-Dock-et:*

**Rob Bonta**
**Witness**
455 Golden Gate Avenues, Suite 11000
San Francisco, California 94102
**By-Certified-Mail #**
_7022 0410 0001 7454 2256_

Page 5

CASE NO. 800-2021-079497 SUMMONS SUBPOENA AD TESTIFICANDUM ROB BONTA
Copyrighted-Works this document by the Douglas Vern Hulstedt

1

2

3  **United States Attorney Executive Office**

4  **c/o Executive Officer *in* Charge**
   450 Golden Gate Ave. #20

5  San Francisco, California 94102

6  **By-Certified-Mail #**
   70220410 0001 7454 2249

7

8

9

10 I declare under the penalty of perjury of the Laws of the California Republic and The
   United States of America (unincorporated)  that the foregoing is correct and complete to

11 the best of my knowledge, information and belief, and that this process is executed by the

12 voluntary act of my own hand on Monterey county and is dated below;

13

14

15 Date: October 13. 2022                    By:

16

17 

18 Gloria Chavez

19

20

21

22

23

24

25

26

27

28

**CASE NO. 800-2021-079497 SUMMONS SUBPOENA AD TESTIFICANDUM ROB BONTA**
**Copyrighted-Works this document by the Douglas Vern Hulstedt**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 3

~ 12 ~

**MOTION-NOTICE HABEAS-CORPUS-AD-TESTIFICANDUM**
**Copyrighted-Works this Document-Contract-Claims by the Douglas Vern Hulstedt**

# CONFLICT OF INTEREST WAIVER-FORM

**Concerning the matters/contracts in and on the records by the Constructive-Trust-Case-No. Medical Board of California # 800-2021-079497** *and* **State Case No. Small-Claims #22SC018927,** *and* **Federal Case Nos. 22CV07438/22CV06688-HSG/23CV02003-JSC, I,** **Judge: Jacqueline Scott Corley, Attorneys, #173752,**

**Claim the following, check one;**


**_____   I, have the proper Oath of Office by the** **Federal-Article 6/Title 4 U.S.C. §101, "Oath of Office"** **and will obey it as sworn to as a Fiduciary-Trustee.**


**_____   I, am B.A.R. LOYAL,** **#173752**




By: _____     _____
         Judge, Jacqueline Scott Corley            Thumb Print




By: _____     _____
         Clerk of the Court/Witness            COURT SEAL

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 4

~ 13 ~

**MOTION-NOTICE HABEAS-CORPUS-AD-TESTIFICANDUM**
**Copyrighted-Works this Document-Contract-Claims by the Douglas Vern Hulstedt**

Form **56**
(Rev. December 2015)
Department of the Treasury
Internal Revenue Service

## Notice Concerning Fiduciary Relationship
▶ Information about Form 56 and its separate instructions is at *www.irs.gov/form56*.
(Internal Revenue Code sections 6036 and 6903)

OMB No. 1545-0013

**Part I**   Identification

| Name of person for whom you are acting (as shown on the tax return) | Identifying number | Decedent's social security no. |
|---|---|---|
| DOUGLAS HULSTEDT, M.D., CORPORATION | 3260008 | N/A |

Address of person for whom you are acting (number, street, and room or suite no.)

c/o 2511 Garden Road, Building-C #100

City or town, state, and ZIP code (If a foreign address, see instructions.)

Monterey, California 93940

Fiduciary's name

Robert Andres Bonta, #202668, Attorneys et.al.

Address of fiduciary (number, street, and room or suite no.)

455 Golden Gate Avenues, Suite 11000

| City or town, state, and ZIP code | Telephone number (optional) |
|---|---|
| San Francisco, California | ( 415 )    510-3871 |

### Section A. Authority

**1** Authority for fiduciary relationship. Check applicable box:
**a** ☐ Court appointment of testate estate (valid will exists)
**b** ☐ Court appointment of intestate estate (no valid will exists)
**c** ☐ Court appointment as guardian or conservator
**d** ☐ Valid trust instrument and amendments
**e** ☐ Bankruptcy or assignment for the benefit or creditors
**f** ☑ Other. Describe ▶ Attorney/Trustee for DOUGLAS HULSTEDT, M.D. # 326008, Constructed-Trust-Case-Number #800-2021-0794
**2a** If box 1a or 1b is checked, enter the date of death ▶ --------------------------------------
**b** If box 1c—1f is checked, enter the date of appointment, taking office, or assignment or transfer of assets ▶ ------------------------

### Section B. Nature of Liability and Tax Notices

**3** Type of taxes (check all that apply): ☐ Income ☐ Gift ☐ Estate ☐ Generation-skipping transfer ☐ Employment
☐ Excise ☑ Other (describe) ▶ W-9, 1099, PROOF OF CLAIM PROVIDED BY ATTORNEYS PRIOR TO BANKRUPTCY 11 U.S.C.

**4** Federal tax form number (check all that apply): **a** ☑ 706 series **b** ☑ 709 **c** ☑ 940 **d** ☑ 941, 943, 944
**e** ☑ 1040, 1040-A, or 1040-EZ **f** ☑ 1041 **g** ☑ 1120 **h** ☐ Other (list) ▶ "All forms that may be necessary"

**5** If your authority as a fiduciary does not cover all years or tax periods, check here . . . . . . . . . . . . . . ▶ ☐
and list the specific years or periods ▶ -----------------------------------------------------------------------

**6** If the fiduciary has a CAF number and wants a copy of notices and correspondence **(see the instructions)** check this box . ▶ ☐
and enter the year(s) or period(s) for the corresponding line 4 item checked. If more than one form entered on line 4h, enter the
form number.

**Complete only if the line 6 box is checked.**

| If this item is checked: | Enter year(s) or period(s) | If this item is checked: | Enter year(s) or period(s) |
|---|---|---|---|
| 4a | | 4b | |
| 4c | | 4d | |
| 4e | | 4f | |
| 4g | | 4h: | |
| 4h: | | 4h: | |

For Paperwork Reduction Act and Privacy Act Notice, see separate instructions.          Cat. No. 16375I          Form **56** (Rev. 12-2015)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 5

~ 14 ~

MOTION-NOTICE HABEAS-CORPUS-AD-TESTIFICANDUM
Copyrighted-Works this Document-Contract-Claims by the Douglas Vern Hulstedt

Form 56 (Rev. 12-2015) | Page **2**

**Part II**    Revocation or Termination of Notice

### Section A—Total Revocation or Termination

**7**   Check this box if you are revoking or terminating all prior notices concerning fiduciary relationships on file with the Internal
Revenue Service for the same tax matters and years or periods covered by this notice concerning fiduciary relationship  ▶ ☐
Reason for termination of fiduciary relationship. Check applicable box:

**a**  ☐  Court order revoking fiduciary authority

**b**  ☐  Certificate of dissolution or termination of a business entity

**c**  ☐  Other. Describe ▶ -------------------------------------------------------------------------------------

### Section B—Partial Revocation

**8a**   Check this box if you are revoking earlier notices concerning fiduciary relationships on file with the Internal Revenue Service
for the same tax matters and years or periods covered by this notice concerning fiduciary relationship  . . . . . . ▶ ☐

**b**   Specify to whom granted, date, and address, including ZIP code.
▶ ------------------------------------------------------------------------------------------------------

### Section C—Substitute Fiduciary

**9**   Check this box if a new fiduciary or fiduciaries have been or will be substituted for the revoking or terminating fiduciary and
specify the name(s) and address(es), including ZIP code(s), of the new fiduciary(ies)  . . . . . . . . . . . ▶ ☑
▶ All Attorneys/Trustees associated with Constructed-Trust-Case-Number #800-2021-079497 = MEDICAL BOARD OF CALIFORNIA

**Part III**    Court and Administrative Proceedings

| Name of court (if other than a court proceeding, identify the type of proceeding and name of agency) | | Date proceeding initiated |
|---|---|---|
| MEDICAL BOARD OF CALIFORNIA, c/o Laurie Rose Lublano #256695, Attorneys et.al. | | 07/01/2022 |
| Address of court | | Docket number of proceeding |
| 2005 Evergreen Street, Suite 1200 | | 800-2021-079497 |

| City or town, state, and ZIP code | Date | Time | | Place of other proceedings |
|---|---|---|---|---|
| Sacramento , California 95815 | 01/29/2023 | 3:30 | ☐ a.m.  ☑ p.m. | The United States |

**Part IV**    Signature

| Please Sign Here | I certify that I have the authority to execute this notice concerning fiduciary relationship on behalf of the taxpayer. | | |
|---|---|---|---|
| | ▶ *Douglas Vern Hulstedt* | Beneficiary | 01/29/2023 |
| | Fiduciary's signature | Title, if applicable | Date |

Form **56** (Rev. 12-2015)



SCANNED FILED

MAY 12 2023

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  **Douglas Vern Hulstedt**
2  **℅ 2511 Garden Road, Building - C # 100**
   **Monterey, California 93940**
3  **Tel: (831) 899-5900**
   *Claimant/Witness/Beneficiary*
4

5

6         **IN THE UNITED STATES DISTRICT COURT**
7         **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

8

9    **Douglas Vern Hulstedt**          )    **:Case No: 23CV02003-NC;**
                                          )
10                                        )
     *Claimant/Witness/Beneficiary;*      )
11   *Adversely Affected and Aggrieved*   )    **VERIFIED-CLAIM**
                                          )    **BY THE FEDERAL RULE OF THE CIVIL**
12        *Vs.*                           )    **PROCEDURE 27 EXPECTED ADVERSE-**
                                          )    **PARTY-DEFENDANT, PAM MARINO,**
13   **Robert Andres Bonta, Attorneys,**  )    *ET.AL., LIBELLEES* **WITNESSES WHO**
                                          )    **ARE EMPLOYED BY MONTEREY**
14   **#202668, Laurie Rose Lubiano,**    )    **COUNTY WEEKLY, THIS IS A PRE-**
                                          )    **DEFENDANT NOTICE-CLAIM FOR**
15   **Attorneys #152171,  STATE BAR OF** )    **DISCOVERY-RIGHTS AS**
                                          )    **UNWARRANTED, DEFAMATORY AND**
16   **CALIFORNIA** *[CHARTER]* **=**     )    **FALSE PUBLICATIONS WERE MADE BY**
                                          )    **"THEM" BY LEAKED-INSIDE-**
17   *Insurance-Guarantors by the*        )    **INFORMATION PROVIDED TO "THEM"**
                                          )    **BY THE ATTORNEYS** *ET.AL.,* **WHO**
18        *Bar # Policies,*               )    **CONTINUE "THEIR" DISHONEST-ACTS**
                                          )    **IN SOME SORT OF "RACKET-SCHEME",**
19        *Defendants et.al;*             )    **VIOLATING RIGHTS AND ATTEMPTING**
                                          )    **TO OVERTHROW THE GOVERNMENT**
20                                        )    **WHILST-NOT, NONE RESPECTING DUE-**
                                          )    **PROCESS** *ET. AL.,* **5**^TH **AMENDMENT,**
21        **Does/Roes 1-25;**            )    **EXHIBIT 1, NOTICE-CLAIM FOR ORDER**
                                          )    **TO BE ISSUED AND ENTERED, PAM**
22  _____        )    **MARINO, #1 DEPONENTS,** *ET.AL., OR*
                                          )    *LIBELLEES,*
23                                        )
                                          )
24   **Greg W.(?) Chambers,**             )
                                          )
25   **Attorneys, #237509**              )
                                          )    **METHOD OF PROCESS;**
26   *Doe #1 et.al;*                      )
                                          )
27

28                   ~ 1 ~

# METHOD OF PROCESS/WITNESSES

In the California state, on the Monterey county. I, the undersigned, herein declare that I am over the age of eighteen years and **NOT** a *Claimant [yet] but am Witnessing/ Deliveries* to the within entitled "*Claims et.al.*" My business address is:

1180 Forest Ave #B Pacific Grove California 93950

I, hereby declare under the penalty of perjury of the California Republic and The United States of America that I served the foregoing document as entitled: on the party(s) by mailing with the Post-Office maintained by the United States, Postal Service with postage paid, titled and addressed as follows *and or* by the file stamp/banking-postmasters **MOTION-NOTICE FOR WRIT HABEAS-CORPUS-AD-TESTIFICANDUM, COVER PAGE, (1)PETITION, (2)WRIT, (3)PRAECIPE TO THE CLERK, (4)HEARING NOTICE, (5)ORDER, EXHIBIT 1 UN-IDENTIFIED VENUES, EXHIBIT 2 DISHONORED SUBPOENA, EXHIBIT 3 CONFLICT WAIVER FORM, EXHIBIT 4 FORM 56 REPRESENTATION, EXHIBIT 5 RULE 27 MARINO NOTICE, METHOD OF PROCESS, DATE: JULY 27, 2023, TIME: 1:30 P.M., ROOM: 8-19TH FLOOR, JUDGE: Jacqueline Scott Corley, #173752;**

**UNITED STATES DISTRICT COURT**
**c/o Clerk of the Court, Mark B. Busby**
450 Golden Gate Avenue
San Francisco, California 94102
*By-Postmaster-File-Stamp*;

**STATE BAR OF CALIFORNIA *[CHARTER]***
**"DEFENDANTS" *et.al;***
***c/o* Leah Tamu Wilson, Attorneys, #222790/AGENTS OR SUCCESSORS**
180 Howard Street
San Francisco, California 94105
By-Certified-Mail #
7022 0410 0003 2751 1388

~ 15 ~

**MOTION-NOTICE HABEAS-CORPUS-AD-TESTIFICANDUM**
**Copyrighted-Works this Document-Contract-Claims by the Douglas Vern Hulstedt**

**Greg W. (?) Chambers, Attorneys, #237509, Witnesses/Defendant**
**"DEFENDANTS"** *et.al;*
455 Golden Gate Avenues, Suite 11000
San Francisco, California 94102
*By-Certified-Mail #*
7022 0410 0003 2755 1395


**Robert Andres Bonta, Attorneys, #202668, Witnesses/Defendant**
**"DEFENDANTS"** *et.al;*
455 Golden Gate Avenues, Suite 11000
San Francisco, California 94102
*By-Certified-Mail #*
7022 0410 0003 2755 1463

**Pam Marino, Witness/Actor**
**c/o 1223 Lincoln Avenue**
**Pacific Grove, CA 93950-5518**
*By-the Certified-Mail #*
7022 0410 0003 2755 1470

**MONTEREY COUNTY WEEKLY**
**c/o DEFAMATORY-PUBLISHER-WITNESS-ACTOR**
**668 Williams Avenue**
**Seaside, CA 93955**
*By-the Certified-Mail #*
7022 0410 0003 2755 1487


**JUDGE: Jacqueline Scott Corley, Attorneys, #173752;**
450 Golden Gate Avenue
San Francisco, California 94102
*By-The-Registered-Insured-Mail #* <u>RE527008770US;</u>

~ 16 ~

**MOTION-NOTICE HABEAS-CORPUS-AD-TESTIFICANDUM**
**Copyrighted-Works this Document-Contract-Claims by the Douglas Vern Hulstedt**

*CC:* **Military-Post-Office;** *Office of the Counsel.*

I declare under the penalty of perjury of the Laws of the California Republic and The United States of America that the foregoing is correct and complete to the best of my knowledge, information and belief, and that this bill of process is executed by the voluntary act of my own hand on Monterey county and is dated below;

Date: July 6 2023                    By: _____

Gloria Chavez

~ 17 ~

**MOTION-NOTICE HABEAS-CORPUS-AD-TESTIFICANDUM**
**Copyrighted-Works this Document-Contract-Claims by the Douglas Vern Hulstedt**