1
2
3
4

**Douglas Vern Hulstedt**
**℅ 2511 Garden Road, Building - C # 100**
**Monterey, California 93940**
**Tel: (831) 899-5900**
*Claimant/Witness/Beneficiary and*
*Wishing for an "Honest-Attorney"*

**FILED**

**JUL 21 2023**

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

5
6
7

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

8
9

**Douglas Vern Hulstedt**

10
11

*Claimant/Witness/Beneficiary;*
*Adversely Affected and Aggrieved*

12

*Vs.*

13
14
15
16
17
18
19

**Robert Andres Bonta, Attorneys,**

**#202668, Laurie Rose Lubiano,**

**Attorneys #152171,  STATE BAR OF**

**CALIFORNIA *[CHARTER]* =**

*Insurance-Guarantors by the*

*Bar # Policies,*

*Defendants et.al;*

20
21

**Does/Roes 1-25;**

22
23
24
25
26
27

**Greg W.(?) Chambers,**

**Attorneys, #237509**

*Defendant/Trespasser*

*Doe #1 et.al;*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

**Case No: 23CV02003-JSC**

**MANDATORY JUDICIAL NOTICED
EVIDENCE REQUEST FOR
DISCLOSURES REFUSED BY
ATTORNEYS FOR THE JUDGE TO
REVIEW AND MAKE APPEALABLE
RULING AS TO DUE-PROCESS
VIOLATIONS OF RIGHTS OF THIS NON-
ATTORNEY, DEFENDANTS THEY
"ADMIT" EXHIBIT 1 EVIDENCE FOR
THE RECORD**

**METHOD OF PROCESS,**

**DATE: JULY 27, 2023,
TIME: 1:30 P.M.,
ROOM: 8-19TH FLOOR,
JUDGE: Jacqueline Scott Corley, #173752;**

28

~ 1 ~

**MJN DISCLOSURES 1 THRU 28 VIOLATED BY NO RESPONSE**
**Copyrighted-Works this Document-Contract-Claims by the Douglas Vern Hulstedt**

***To All Officers and Employees of the UNITED STATES DISTRICT COURTS; I, a man in the Name of Lord Almighty I accept your Oath(s), bind you to the same and command you do justice. I waive all customary rules of law and other procedural impediments, I am not an attorney nor am I trained in law and I expect my rights to be protected by thee Public-Fiduciaries…….."Witnesses";***

# *MANDATORY JUDICIAL NOTICED EVIDENCE*  by the

***Beneficiary having the Right to Claim about Wrongs being Committed by Attorneys/Trustees/Publishers/Copyright-Works-Trespassers/Witnesses*** and by accepting the "**Valid**" "**Oath of Office**" of any <u>Public-Fiduciary-Trustee</u> or "**Placeholder-Witness**" concerning these matters for the equal protections of the law with my Adoption of the Bill of Rights for the Due-Processes and by accepting the public record **"Official-Bonds"**  or any other **"Insurance-Policies"** that may apply concerning fraud or employee misconduct/ dishonesty and by entering and the making of this **MJN DISCLOSURES 1 THRU 28 VIOLATED BY NO RESPONSE** before this Court of Record by the Article III Venue as the Claimant/Witness/ Beneficiary to protect my Beneficial Property Rights against Trespass or **Breach of Fiduciary-Trust, "Dishonest-Services",** ***continuing***, "I", Douglas Vern Hulstedt, *a man* stake this **Claim** for **"Right to Due-Process before Property *is taken or damaged or slandered or placed in custody or else or done"*,** by the ***knowledge of this*** **MJN DISCLOSURES 1 THRU 28 VIOLATED BY NO RESPONSE for the "Due-Process to be Restored and Compensated for the Damages".** **NOTE:** The citation of state and federal statutes, codes, rules, regulations, and court citations, within any document-contract created by me and not copyrighted by me, is only to notice my servants that which is applicable to them and is not intended, nor shall be construed, to mean that I confer, submit to, claim rights to or have entered into any jurisdiction alluded to thereby, by the following ***11.5 Grade-Comprehension-Level per the Flesch-Kincaid this***

*Document-Contract-Claims;* **MANDATORY JUDICIAL NOTICED EVIDENCE REQUEST FOR DISCLOSURES REFUSED BY ATTORNEYS FOR THE JUDGE TO REVIEW AND MAKE APPEALABLE RULING AS TO DUE-PROCESS VIOLATIONS OF RIGHTS OF THIS NON-ATTORNEY, DEFENDANTS THEY "ADMIT" EXHIBIT 1 EVIDENCE FOR THE RECORD, METHOD OF PROCESS, DATE: JULY 27, 2023, TIME: 1:30 P.M., ROOM: 8-19TH FLOOR, JUDGE: Jacqueline Scott Corley, #173752;**

**ALL RIGHTS RESERVED WAIVE-NONE;**
*__RESERVATION FOR ALL WRITS;__*
*__"FOR RESTRAINT OF LIBERTIES, NOW IN CUSTODY";__*
*and Wishing for Honest-Attorney-Re-Presentations;*



:Flag: Title: ~4, Section: ~1-3

**Verified by: *Douglas Vern Hulstedt***
The United States of <u>America</u>
Claimant/Witness/Injured
Beneficiary-Claimant *for*
DOUGLAS VERN HULSTED, M.D.
**CORPORATION #3260008/A42397,**
**"Copyright-Claimant".**

~ 3 ~

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 1

~ 4 ~

**MJN DISCLOSURES 1 THRU 28 VIOLATED BY NO RESPONSE**
**Copyrighted-Works this Document-Contract-Claims by the Douglas Vern Hulstedt**

1  **Douglas Vern Hulstedt**
2  **℅ 2511 Garden Road, Building-C #100**
   **Monterey, California 93940**                    *By Registered Mail #*
3  **Tel: (831) 899-5900**                           *RE527008727US/*
   *Claimant/Witness/Beneficiary*
4  *Without Counsel at this Time*

5

6

7                        **BEFORE THE**
8              **MEDICAL BOARD OF CALIFORNIA**
              **DEPARTMENT OF CONSUMER AFFAIRS**
9                   **STATE OF CALIFORNIA**

10

11

12  In the Matter of the Accusation Against:  )    **Case No. 800-2021-079497**
                                             )
13  **DOUGLAS VERN HULSTEDT, M.D.**           )
                                             )    **RE: STATEMENT TO RESPONDENT**
14          *Respondent*                      )    [Gov. Code §§ 1504, 11505(b)]
                                             )
15                                            )
                                             )      **"VERIFIED"**
16  _____      )
                                             )
17     **Douglas Vern Hulstedt**              )    **NOTICE OF REQUEST FOR**
                                             )    **DISCLOSURES PRE HEARING TO**
18    *Claimant/Witness/Beneficiary*          )    **KNOW THE NATURE AND CAUSE**
           *Third-Party-Rule*                 )    **BY THE DUE PROCESS BY THE**
19                                            )    **NUMBER POINTS 1 THRU 28,**
                                             )    **ADMISSIONS OR DENIALS,**
20  _____      )    **REQUEST PLACED ON RECORD**
                                             )    **BEFORE THE FIDUCIARIES, I.E.**
21  *NOTICE TO THE FIDUCIARIES; 18 U.S.C § 2071,* )  **ATTORNEYS MAKING CLAIMS**
    *Concealment, removal, or mutilation generally (a)* )  **CONCERNING THIS MATTER**
22  *Whoever, willfully and unlawfully conceals,* )  **WHICH IS A MIS-UNDERSTANDING**
    *removes, mutilates, obliterates, or destroys, or* )  **BY BOTH SIDES AND**
23  *attempts to do so, or, with intent to do so takes and* )  **UNINTENTIONAL BY ME AS TO MY**
    *carries away any record, proceeding, map, book,* )  **BENEFICIAL INTERESTS**
24  *paper, document, or other thing, filed or deposited* )
    *with any clerk of officer of any court of the United* )
25  *States, shall be fined under this title or imprisoned* )
    *not more than three years, or both.*         )
26                                            )
    _____      )
27

28

**CASE NO. 800-2021-079497 NOTICE OF REQUEST FOR DISCLOSURES PRE HEARING**
Copyrighted-Works this document by the Douglas Vern Hulstedt

*VERIFIED NOTICE OF REQUEST* by accepting the "Valid" "Oath of Office" of any Public-Fiduciary-Trustee or "**Placeholder**" concerning this matter for the equal protections of the law with my Adoption of the Bill of Rights for the Due-Processes and by accepting the public record **"Official Bond"** or any other insurance-policies that may apply concerning fraud or employee misconduct/dishonesty and by entering and the making of this **special-appearance-visitation-notice** before this administrative-court as the Claimant/Witness/Beneficiary to protect my Beneficial Property Rights against Trespass or Breach of Fiduciary-Trust, "I", Douglas Vern Hulstedt, *a man* Claim this Verified-Notice-Request, acknowledgement, **EXHIBITS 1-3** and Method of Process for the "**Due-Process**" *Guaranteed by the Bill of Rights*. **NOTE:** The citation of state and federal statutes, codes, rules, regulations, and court citations, within any document-contract created by me, is only to notice my servants that which is applicable to them and is not intended, nor shall be construed, to mean that I confer, submit to, or have entered into any jurisdiction alluded to thereby, by the following; **NOTICE OF REQUEST FOR DISCLOSURES PRE HEARING TO KNOW THE NATURE AND CAUSE BY THE DUE PROCESS BY THE NUMBER POINTS 1 THRU 28, ADMISSIONS OR DENIALS, REQUEST PLACED ON RECORD BEFORE THE FIDUCIARIES, I.E. ATTORNEYS MAKING CLAIMS CONCERNING THIS MATTER WHICH IS A MIS-UNDERSTANDING BY BOTH SIDES AND UNINTENTIONAL BY ME AS TO MY BENEFICIAL INTERESTS, EXHIBITS 1-3, METHOD OF PROCESS;**

Page 2

# TO THIS COURT A PLACE IN "TRUST"

***CLAIMING NOW*** "I" Douglas Vern Hulstedt <u>as Beneficiary who has the right to complain about breach of trust</u> am not an Attorney nor am I trained in Law as to these matters but, I do have a basic understanding and a lot of mis-understandings as to my rights. It appears on the face of this matter that in which I believe my rights have been violated and a breach of trust has occurred by the Attorneys making claims against my beneficial-interests and intangible-rights. It is my belief that deceptive practices/honest services fraud 18 U.S.C § 1346, communications moving through the post-office by unknown authorities and unidentified jurisdictions are being used against my interests in a scheme of Simulated-Legal-Processes and possible attempts of *extortion*, therefore I make this claim and I command that all my rights are protected even the ones I might not be aware of by all parties/fiduciaries who may insert themselves in this construction of **Case No. 800-2021-079497 by the unsworn and unverified accuser(s). As to any mis-understandings or my valid confusions in which I believe are on both sides, it is my wish to clear up these matters while retaining my medical license and settling this without clogging up the tax-payer funded legal system which is beneficial to our society for both to occur in these negotiations;**

# REQUEST FOR DISCLOSURES BY THE NUMBER POINTS

1.  **Is Case No. 800-2021-079497, filed in any Lawful Court of Record, (EXHIBT 1) is the offer which has no file stamp? Yes_____ NO_____; if yes please provide a copy of said file stamp by your return;**
2.  **What is the Jurisdiction of this Judicial Proceeding?**

Page 3

3.  What is the authority by the Judicial Officers involved with their movements and testimonies? (*See Trinsey vs. Pagliaro*);

4.  What do the "Brackets" signify [ ] as [Gov. §§ 11504, 11505(b)] by the language syntax and federal styles manual which purport that brackets remove from the page as if it is not really there. ADMIT_____ DENY_____;

5.  What and where is the "Enacting Clause" concerning positive laws that the unsworn claimants "accusers" are making against my interests including but not limited to [Gov. §§ 11504, 11505(b)], <u>please return the laws that were enacted by the California Legislature, all that are being claimed;</u>

6.  Who is the "Real-Party in Interest concerning these matters, <u>provide the name so I have due-process to question them under oath;</u>

7.  What is DOUGLAS VERN HULSTEDT, M.D.?  is this a corporation or some sort of entity other than *the man*, Douglas Vern Hulstedt; Yes_____ NO_____;

8.  Do codes rules and regulations apply to corporations? Yes_____ NO_____;

9.  Do codes rules and regulations apply to living men? Yes_____ NO_____;

10.  Are codes rules and regulations law? Yes_____ NO_____;

11.  Do these proceedings fall under the Administrative Procedures Act (APA)? Yes_____ NO_____;

12.  Do the Fiduciary-Trustees i.e. Attorneys concerning these matters have an Oath of Office? Yes_____ NO_____;

13.  Do the Fiduciary-Trustees i.e. Attorneys concerning these matters follow and abide by the Federal Rules of Civil Procedures (FRCP)? Yes_____ NO_____;

14.  Who is the Attorney of Record concerning this matter? Please provide name for the record; _____;

**CASE NO. 800-2021-079497 NOTICE OF REQUEST FOR DISCLOSURES PRE HEARING**
**Copyrighted-Works this document by the Douglas Vern Hulstedt**

15. **Did the Attorney of Record make an appearance in accordance to the Federal Rules of Civil Procedures (FRCP)? Yes_____ NO_____;**

16. **Provide the sworn "concrete actions" per the Administrative Procedures Act (APA) in written response by the obligations and duties to disclose by the Fiduciary-Trustees concerning this matter;**

17. **Is the Administrative Procedures Act (APA) considered Federal Law? Yes_____ NO_____; Apparently the APA became Law in 1946, please confirm in writing that this is true since all attorneys are supposed to know the law: Title 5 United States Code beginning at section 500, please correct me if I have misunderstood this code as I am not trained in law?**

18. **Do the Attorneys in this matter guarantee the protection of all my beneficial rights and safeguards? Yes_____ NO_____;**

19. **Are the Attorneys in accordance with the law concerning this matter? Yes_____ NO_____;**

20. **Is the Medical Board of California considered an "Agency"? The APA in section 551(1) defines "Agency" as each authority of the Government of the United States.......Yes_____ NO_____;**

21. **Are the Attorneys acknowledging in this matter that they will provide me with all Constitutional Safeguards? Yes_____ NO_____;**

22. **William Prasifka (Complainant) is he the "Real-Party in Interest"? Yes_____ NO_____;**

23. **Did William Prasifka (Complainant) make these accusations under oath? Yes_____ NO_____; if Yes please provide evidence of his sworn testimony with certifications and filed stamped dated copies;**

24. **Did the Attorneys in this matter falsely present through the mail accusations on behalf of William Prasifka? Yes_____ NO_____;**

25. **Do the Attorneys Rob Bonta, Mary Cain Simon, Thomas Ostly and Jane Zack Simon who are acting in "concert" acknowledge the Law *Trinsey vs. Pagliaro?***

Copyrighted-Works this document by the Douglas Vern Hulstedt

which in summation accounts that Attorneys cannot testify and constitutes a "Fraudulent Conveyance" Yes_____ NO_____;

26. Are the Attorneys Rob Bonta, Mary Cain Simon, Thomas Ostly and Jane Zack Simon going to provide me with due-process and *or* provide me with competent counsel to protect my rights since they are the ones making the claim and are obligated to provide me with a remedy? Yes_____ NO_____;

27. Are the Attorneys Rob Bonta, Mary Cain Simon, Thomas Ostly and Jane Zack Simon going to allow me through due-process during these negotiations make a movement to "OFFER TO PAY AND OR SETTLE" if these matters cannot be agreed upon? Yes_____ NO_____;

28. On page 3 of "STATEMENT TO RESPONDENT" date June 3, 2022 who has signed over THOMAS OSTLY'S name? it says ("for" with a scribble mark);

# CONCLUSION

As I claimed before I am not an Attorney nor am I trained in Law, but after review and some study on these matters it is my belief that rights are and have been violated causing unclean hands by the alleged accuser(s) in **Case No. 800-2021-079497.** It is also my belief that there has been a grave misunderstanding to these matters on both sides. I also want to notice that I do not, did not have any ill-intent as I was just trying to protect my rights and others rights that may have been to my detriment as I have very little Legal experience. At this point I have attempted to interview and find a competent attorney for representation that will ensure the protection of all my rights and beneficial interests including my livelihood to make a living and be a positive-helpful member of society. It is my wish that the Attorneys' Rob Bonta, Mary Cain Simon, Thomas Ostly and Jane Zack Simon *as* Public-Fiduciary-Trustees protect me to the fullest extent and or until I can retain a contract with an Attorney that will do so. I would like to settle this matter in a way and outcome that benefits all. I reserve the right to amend or add discovery questions after this initial disclosure request is completed for due-process. **(EXHIBIT 1)** = STATEMENT TO RESPONSE, **(EXHIBIT 2)**

= <u>ADOPTION OF BILL RIGHTS,</u> **(EXHIBIT 3)** = <u>ATTORNEY CONTRACT FOR RETENTION;</u>

**ALL RIGHTS RESERVED WAIVE NONE**
**Adopter of the Bill of Rights**
**Reservations for Writ of Habeas Corpus**

By: *Douglas Vern Hulstedt*
**Douglas Vern Hulstedt**
**Claimant/Witness/Beneficiary**
**Author/Publisher**

# <u>VERIFICATION</u>

I, **Douglas Vern Hulstedt**, *a man,* and One of the People of California, makes this Verification based on personal knowledge of matters set forth herein and appearing by special-appearance-visitation-notice without waiving any rights or remedies, being competent in mind and body to testify, do hereby declare, verify and affirm that the facts stated herein are true, correct, and complete in all material fact, not misrepresented based on my own knowledge to the best of my current information, knowledge and belief under the penalty of perjury of the laws of The United States of America and the laws of California and is admissible as evidence in a court of law or equity, except as to those matters that are therein made upon information and belief, and as to those claims or facts, I believe them to be true and admissible as evidence, and if called upon as a witness, I will testify as to the veracity of my <u>verified-disclosure-request-claims;</u>

Date-Claim-Staked: _____

**ALL RIGHTS RESERVED WAIVE NONE**
**Adopter of the Bill of Rights**
**Reservations for Writ of Habeas Corpus**

**Verified by: _____**
**Douglas Vern Hulstedt**
**Claimant/Witness/Beneficiary**
**Author/Publisher**

**//NOTARY WITNESS AKNOWLEDGEMENT FOLLOWS//**

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT**                                    CIVIL CODE § 1189

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California                                          )

County of _____ )

On _____ before me, _____,
          *Date*                                    *Here Insert Name and Title of the Officer*

personally appeared _____

_____
                                    *Name(s) of Signer(s)*

_____,

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

> I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.
>
> WITNESS my hand and official seal.
>
>
> Signature _____
>                          *Signature of Notary Public*

*Place Notary Seal Above*

—————————————— **OPTIONAL** ——————————————

*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**
Title or Type of Document: _____
Document Date: _____ Number of Pages: _____
Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**

| Signer's Name: _____ | Signer's Name: _____ |
|---|---|
| ☐ Corporate Officer — Title(s): _____ | ☐ Corporate Officer — Title(s): _____ |
| ☐ Partner — ☐ Limited ☐ General | ☐ Partner — ☐ Limited ☐ General |
| ☐ Individual        ☐ Attorney in Fact | ☐ Individual        ☐ Attorney in Fact |
| ☐ Trustee           ☐ Guardian or Conservator | ☐ Trustee           ☐ Guardian or Conservator |
| ☐ Other: _____ | ☐ Other: _____ |
| Signer Is Representing: _____ | Signer Is Representing: _____ |

©2016 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)   Item #5907

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT 1

CASE NO. 800-2021-079497 NOTICE OF REQUEST FOR DISCLOSURES PRE HEARING
Copyrighted-Works this document by the Douglas Vern Hulstedt

1  ROB BONTA
   Attorney General of California
2  JANE ZACK SIMON
   Supervising Deputy Attorney General
3  THOMAS OSTLY
   Deputy Attorney General
4  State Bar No. 209234
   455 Golden Gate Avenue, Suite 11000
5  San Francisco, CA  94102-7004
   Telephone: (415) 510-3871
6  Facsimile: (415) 703-5480
   E-mail: Thomas.Ostly@doj.ca.gov
7  *Attorneys for Complainant*

8

9  **BEFORE THE**
   **MEDICAL BOARD OF CALIFORNIA**
10 **DEPARTMENT OF CONSUMER AFFAIRS**
   **STATE OF CALIFORNIA**

11

12

13 In the Matter of the Accusation Against:       Case No. 800-2021-079497

14 **DOUGLAS VERN HULSTED, M.D.**               **STATEMENT TO RESPONDENT**

                                                 [Gov. Code §§ 11504, 11505(b)]
15                              Respondent.

16

17     TO RESPONDENT:

18     Enclosed is a copy of the Accusation that has been filed with the Medical Board of

19 California of the Department of Consumer Affairs (Board), and which is hereby served on you.

20     Unless a written request for a hearing signed by you or on your behalf is delivered or

21 mailed to the Board, represented by Deputy Attorney General Thomas Ostly, within fifteen (15)

22 days after a copy of the Accusation was personally served on you or mailed to you, you will be

23 deemed to have waived your right to a hearing in this matter and the Board may proceed upon the

24 Accusation without a hearing and may take action thereon as provided by law.

25     The request for hearing may be made by delivering or mailing one of the enclosed forms

26 entitled "Notice of Defense," or by delivering or mailing a Notice of Defense as provided in

27 section 11506 of the Government Code, to

28

                                        1

Thomas Ostly
Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, California 94102

You may, but need not, be represented by counsel at any or all stages of these proceedings.

The enclosed Notice of Defense, if signed and filed with the Board, shall be deemed a specific denial of all parts of the Accusation, but you will not be permitted to raise any objection to the form of the Accusation unless you file a further Notice of Defense as provided in section 11506 of the Government Code within fifteen (15) days after service of the Accusation on you.

If you file any Notice of Defense within the time permitted, a hearing will be held on the charges made in the Accusation.

The hearing may be postponed for good cause. If you have good cause, you are obliged to notify the Office of Administrative Hearings, 1515 Clay Street, Suite 206, Oakland, CA 94612, within ten (10) working days after you discover the good cause. Failure to notify the Office of Administrative Hearings within ten (10) days will deprive you of a postponement.

Copies of sections 11507.5, 11507.6, and 11507.7 of the Government Code are enclosed.

If you desire the names and addresses of witnesses or an opportunity to inspect and copy the items mentioned in section 11507.6 of the Government Code in the possession, custody or control of the Board you may send a Request for Discovery to the above designated Deputy Attorney General.

### NOTICE REGARDING STIPULATED SETTLEMENTS

It may be possible to avoid the time, expense and uncertainties involved in an administrative hearing by disposing of this matter through a stipulated settlement. A stipulated settlement is a binding written agreement between you and the government regarding the matters charged and the discipline to be imposed. Such a stipulation would have to be approved by the Medical Board of California but, once approved, it would be incorporated into a final order.

Any stipulation must be consistent with the Board's established disciplinary guidelines; however, all matters in mitigation or aggravation will be considered. A copy of the Board's

2

1    Disciplinary Guidelines will be provided to you on your written request to the state agency

2    bringing this action.

3        If you are interested in pursuing this alternative to a formal administrative hearing, or if you

4    have any questions, you or your attorney should contact Deputy Attorney General Thomas Ostly

5    at the earliest opportunity.

6

7    Dated: June 3, 2022                          ROB BONTA
                                                    Attorney General of California
                                                    JANE ZACK SIMON
8                                                   Supervising Deputy Attorney General

9

10                                                  THOMAS OSTLY
                                                    Deputy Attorney General
11                                                  *Attorneys for Complainant*

12

13

14   SF2022400748

15   Accusation Packet - Accusation Packet.docx

16

17

18

19

20

21

22

23

24

25

26

27

28

3

ROB BONTA
Attorney General of California
MARY CAIN SIMON
Supervising Deputy Attorney General
THOMAS OSTLY
Deputy Attorney General
State Bar No. 209234
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 510-3871
  Facsimile:  (415) 703-5480
*Attorneys for Complainant*

## BEFORE THE
## MEDICAL BOARD OF CALIFORNIA
## DEPARTMENT OF CONSUMER AFFAIRS
## STATE OF CALIFORNIA

| In the Matter of the Accusation Against: | Case No. 800-2021-079497 |
|---|---|
| **Douglas Vern Hulstedt, M.D.**<br>**2511 Garden Rd # C100**<br>**Monterey, CA 93940-5333** | **A C C U S A T I O N** |
| **Physician's and Surgeon's Certificate**<br>**No. A 42397,** | |
| Respondent. | |

## **PARTIES**

1.     William Prasifka (Complainant) brings this Accusation solely in his official capacity as the Executive Director of the Medical Board of California, Department of Consumer Affairs (Board).

2.     On or about December 30, 1985, the Medical Board issued Physician's and Surgeon's Certificate Number A 42397 to Douglas Vern Hulstedt, M.D. (Respondent). The Physician's and Surgeon's Certificate was in full force and effect at all times relevant to the charges brought herein and will expire on December 31, 2023, unless renewed.

1

1

**JURISDICTION**

2      3.     This Accusation is brought before the Board, under the authority of the following

3    laws. All section references are to the Business and Professions Code (Code) unless otherwise

4    indicated.

5      4.     Section 2227 of the Code states:

6          (a) A licensee whose matter has been heard by an administrative law judge of
     the Medical Quality Hearing Panel as designated in Section 11371 of the Government
7     Code, or whose default has been entered, and who is found guilty, or who has entered
     into a stipulation for disciplinary action with the board, may, in accordance with the
8     provisions of this chapter:

9          (1) Have his or her license revoked upon order of the board.

10         (2) Have his or her right to practice suspended for a period not to exceed one
     year upon order of the board.
11
          (3) Be placed on probation and be required to pay the costs of probation
12    monitoring upon order of the board.

13         (4) Be publicly reprimanded by the board. The public reprimand may include a
     requirement that the licensee complete relevant educational courses approved by the
14    board.

15         (5) Have any other action taken in relation to discipline as part of an order of
     probation, as the board or an administrative law judge may deem proper.
16
          (b) Any matter heard pursuant to subdivision (a), except for warning letters,
17    medical review or advisory conferences, professional competency examinations,
     continuing education activities, and cost reimbursement associated therewith that are
18    agreed to with the board and successfully completed by the licensee, or other matters
     made confidential or privileged by existing law, is deemed public, and shall be made
19    available to the public by the board pursuant to Section 803.1.

20     5.     Section 2234 of the Code, states:

21         The board shall take action against any licensee who is charged with
     unprofessional conduct. In addition to other provisions of this article, unprofessional
22    conduct includes, but is not limited to, the following:

23         (a) Violating or attempting to violate, directly or indirectly, assisting in or
     abetting the violation of, or conspiring to violate any provision of this chapter.
24
          (b) Gross negligence.
25
          (c) Repeated negligent acts. To be repeated, there must be two or more
26    negligent acts or omissions. An initial negligent act or omission followed by a
     separate and distinct departure from the applicable standard of care shall constitute
27    repeated negligent acts.

28         (1) An initial negligent diagnosis followed by an act or omission medically

2

appropriate for that negligent diagnosis of the patient shall constitute a single negligent act.

(2) When the standard of care requires a change in the diagnosis, act, or omission that constitutes the negligent act described in paragraph (1), including, but not limited to, a reevaluation of the diagnosis or a change in treatment, and the licensee's conduct departs from the applicable standard of care, each departure constitutes a separate and distinct breach of the standard of care.

(d) Incompetence.

(e) The commission of any act involving dishonesty or corruption that is substantially related to the qualifications, functions, or duties of a physician and surgeon.

(f) Any action or conduct that would have warranted the denial of a certificate.

6.    Section 2225.5 of the Code states:

(a) (1) A licensee who fails or refuses to comply with a request for the certified medical records of a patient, that is accompanied by that patient's written authorization for release of records to the board, within 15 days of receiving the request and authorization, shall pay to the board a civil penalty of one thousand dollars ($1,000) per day for each day that the documents have not been produced after the 15th day, up to ten thousand dollars ($10,000), unless the licensee is unable to provide the documents within this time period for good cause.

. . . (b) (1) A licensee who fails or refuses to comply with a court order, issued in the enforcement of a subpoena, mandating the release of records to the board shall pay to the board a civil penalty of one thousand dollars ($1,000) per day for each day that the documents have not been produced after the date by which the court order requires the documents to be produced, up to ten thousand dollars ($10,000), unless it is determined that the order is unlawful or invalid. Any statute of limitations applicable to the filing of an accusation by the board shall be tolled during the period the licensee is out of compliance with the court order and during any related appeals.

(2) Any licensee who fails or refuses to comply with a court order, issued in the enforcement of a subpoena, mandating the release of records to the board is guilty of a misdemeanor punishable by a fine payable to the board not to exceed five thousand dollars ($5,000). The fine shall be added to the licensee's renewal fee if it is not paid by the next succeeding renewal date. Any statute of limitations applicable to the filing of an accusation by the board shall be tolled during the period the licensee is out of compliance with the court order and during any related appeals.

. . . (3)(c) Multiple acts by a licensee in violation of subdivision (b) shall be punishable by a fine not to exceed five thousand dollars ($5,000) or by imprisonment in a county jail not exceeding six months, or by both that fine and imprisonment. Multiple acts by a health care facility in violation of subdivision (b) shall be punishable by a fine not to exceed five thousand dollars ($5,000) and shall be reported to the State Department of Public Health and shall be considered as grounds for disciplinary action with respect to licensure, including suspension or revocation of the license or certificate.

(d) A failure or refusal of a licensee to comply with a court order, issued in the enforcement of a subpoena, mandating the release of records to the board constitutes unprofessional conduct and is grounds for suspension or revocation of his or her

3

license.

(e) Imposition of the civil penalties authorized by this section shall be in accordance with the Administrative Procedure Act (Chapter 5 (commencing with Section 11500) of Division 3 of Title 2 of the Government Code).

(f) For purposes of this section, certified medical records means a copy of the patient's medical records authenticated by the licensee or health care facility, as appropriate, on a form prescribed by the board.

(g) For purposes of this section, a "health care facility" means a clinic or health facility licensed or exempt from licensure pursuant to Division 2 (commencing with Section 1200) of the Health and Safety Code.

## COST RECOVERY

7.      Section 125.3 of the Code provides, in pertinent part, that the Board may request the administrative law judge to direct a licensee found to have committed a violation or violations of the licensing act to pay a sum not to exceed the reasonable costs of the investigation and enforcement of the case, with failure of the licensee to comply subjecting the license to not being renewed or reinstated.  If a case settles, recovery of investigation and enforcement costs may be included in a stipulated settlement.

## FACTUAL ALLEGATIONS

8.      At all relevant times, Respondent was a physician with a specialization in pediatrics.

9.      At all relevant times, the standard of care for physicians and pediatricians was to follow the guidance on vaccines and vaccine safety provided by the Centers for Disease Control and Prevention (CDC), through the Advisory Council on Immunization Practices (ACIP), and the American Academy of Pediatrics (AAP), as disseminated in the Red Book.

Patient 1[1]:

10.     Patient 1, a male child born on July 27, 2011, had been under the care of multiple pediatricians and had been administered some but not all of the vaccines recommended for the prevention of communicable childhood diseases. Patient 1's parents had divorced and were not in agreement regarding the administration of standard pediatric vaccines; Patient 1's father was opposed to the boy receiving any vaccines.

---

[1] Patients are referred to by number to protect privacy.

4

11.     Beginning on or about December 30, 2014, Patient 1's father brought him to Respondent's Monterey office for a well-child visit. Respondent's record of the encounter documented a normal examination. On August 19, 2015, Patient 1 and his father returned. At that time, Respondent recorded a one-line family history: "Mother Graves Disease." The examination was noted to be normal for all areas examined by Respondent. Nevertheless, Respondent issued an exemption from all vaccines which read: "Pt. family with autoimmune issues. 0 further vaccines recommended."

12.     In 2015, Patient 1's mother relocated to San Francisco and he came under the care of a pediatric office there. Records of examinations for 2015-2016 by those physicians confirmed that Patient 1 was a healthy male child with no medical condition that would contraindicate any specific vaccine. On May 22, 2017, Patient 1 and his mother presented for a discussion of vaccinations. At that visit, the mother stated that the child was "mostly vaccinated" and had no trouble with any of the vaccines administered. A modified schedule of vaccines, which was intended to allay the father's concerns, was discussed and the pediatrician reassured the mother that vaccines were safe for children.

13.     On May 23, 2017, Patient 1's father took him back to Respondent in Monterey. Respondent's note of the visit states that the child's father presented a family history that included celiac disease and psoriasis and advised that the child had food allergies, including dairy. At that time, Respondent provided an exemption from all vaccines based on "family autoimmune disease" and stated that the child should not receive any vaccines at all until he reached 21 years of age. The exemption also stated that school authorities were prohibited from disclosing the exemption to third parties.

14.     A family history of autoimmune disease is not a recognized contraindication to any specific vaccine per CDC ACIP and AAP guidelines. There is no component common to all childhood vaccines and a valid medical indication that would contraindicate all vaccines is medically improbable.

15.     Patient 1's San Francisco pediatrician encouraged the child's mother to bring the boy up to date on his vaccinations and advised her that the exemptions issued by Respondent did not

1   appear to be valid. In late 2020, after negotiations with the child's father failed, the mother

2   brought the matter to Family Court, seeking a court order that the child receive all recommended

3   vaccines.

4       16.      &#9679;n October 22, 2020, Patient 1's father returned with him to Respondent's office to

5   discuss the vaccinations. At that time, Respondent advised that contrary to information from the

6   CDC "vaccines <u>always</u> have unavoidable risks."

7       17.    In September and November 2020, Patient 1's mother took him to Stanford for

8   allergy testing, including skin tests for any allergies to pediatric vaccines. On November 20,

9   2020, the Stanford physician reported that he had no allergies to any of the vaccines tested. On

10   December 2, 2020, the San Francisco pediatrician recommended that his parents bring Patient 1

11   up to date on required vaccinations and proposed a schedule for accomplishing this over the

12   months before the boy would begin his 2021 Fall semester.

13       18.    On January 5, 2021, Respondent provided a sworn statement that vaccinating the

14   child "would be dangerous, and that such an ill-informed step may cause lifelong and extreme

15   detriment to [him]." In support of his assertion, Respondent recited a history of "negative"

16   vaccine reactions which were not supported by the child's other medical records, a family history

17   of autoimmune disease and a history of common and medically irrelevant pediatric conditions and

18   allergies. Respondent's discussion was neither evidence-based nor consistent with sound medical

19   and scientific principles.

20       19.    On January 12, 2021, a Family Court judge agreed with the mother's position and

21   ordered that Patient 1 should be vaccinated as approved by his San Francisco pediatrician. On

22   January 13, 2021, Patient 1 was killed by his father, who also killed himself.

23       <u>Respondent's Refusal to Provide Records:</u>

24       20.    On October 4, 2021, Patient 1's mother provided a release for his medical

25   information to the Board's investigator and that release was sent to Respondent the same day.

26   Respondent failed and refused to comply with the parent's medical release and did not provide

27   the requested records.

28

6

21.     On November 18, 2021, Respondent was duly served with an investigation subpoena for the records of Patient 1. Respondent did not comply with the subpoena by the due date of December 20, 2021, as he was required to do.

22.     On April 4, 2022, a judge of the San Francisco Superior Court issued an order compelling Respondent to comply with the subpoena for Patient 1's records within 15 days. Respondent did not comply with the court order.

## FIRST CAUSE FOR DISCIPLINE

### (Gross Negligence/Incompetence/Repeated Negligent Acts)

23.     Respondent Douglas Vern Hulstedt, M.D. is subject to disciplinary action under section 2234 and/or 2234(b) and/or 2234(c) and/or 2234(d) of the Code in that Respondent was grossly negligent and/or lacked basic medical knowledge and/or engaged in repeated negligent acts in providing vaccine exemptions for Patient 1. The circumstances are as follows:

24.     Paragraphs 8-19, inclusive are incorporated herein by reference.

## SECOND CAUSE FOR DISCIPLINE

### (Failure to Comply with Medical Release)

25.     Respondent Douglas Vern Hulstedt, M.D. is subject to disciplinary action under section 2234 and/or 2234(e) and/or 2225.5 in that, as alleged in Paragraph 20 above, Respondent failed to comply with an authorization for release of medical records signed by Patient 1's mother.

26.     By reason of his violation of section 2225.5(a)(1), Respondent is subject to a civil penalty of up to ten thousand dollars ($10,000.00).

## THIRD CAUSE FOR DISCIPLINE

### (Failure to Comply with Court Order)

27.     Respondent Douglas Vern Hulstedt, M.D. is subject to disciplinary action under section 2234 and/or 2234(e) and/or 2225.5 in that, as alleged in Paragraphs 21-22 above, Respondent failed to comply with a court order that he produce his records for Patient 1 to the Board.

28.    By reason of his failure to comply with a court order issued in the enforcement of a subpoena and mandating the release of the records to the Board, Respondent is in violation of section 2225.5(b)(1) and is subject to a civil penalty of up to ten thousand dollars ($10,000.00). Pursuant to section 2225.5(d). Respondent's license is subject to suspension or revocation.

## DISCIPLINARY CONSIDERATIONS

29.    To determine the degree of discipline, if any, to be imposed on Respondent Douglas Vern Hulstedt, M.D., Complainant alleges that on or about April 25, 2016, in a prior disciplinary action titled In the Matter of the Accusation Against Douglas Vern Hulstedt, M.D. before the Medical Board of California, in Case Number 800-2014-007854, Respondent's license was placed on probation for aiding and abetting the unlicensed practice of medicine.  That decision is now final and is incorporated by reference as if fully set forth herein.

## PRAYER

WHEREFORE, Complainant requests that a hearing be held on the matters herein alleged, and that following the hearing, the Medical Board of California issue a decision:

1.    Revoking or suspending Physician's and Surgeon's Certificate Number A 42397, issued to Douglas Vern Hulstedt, M.D.;

2.    Revoking, suspending or denying approval of Douglas Vern Hulstedt, M.D.'s authority to supervise physician assistants and advanced practice nurses;

3.    Ordering Douglas Vern Hulstedt, M.D., to pay the Board the costs of the investigation, including subpoena enforcement, and prosecution of this case, and if placed on probation, the costs of probation monitoring;

4.    Ordering Respondent Douglas Vern Hulstedt, M.D., to pay all fines and penalties for failure to comply with an authorization for release of medical records and failure to comply with a court order to provide subpoenaed records.

8

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Page 10

# EXHIBIT 2

# Bill of Rights-Adoption

## Amendment I

Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press; or the right of the people peaceably to assemble, and to petition the government for a redress of grievances.

## Amendment II

A well-regulated militia, being necessary to the security of a free state, the right of the people to keep and bear arms, shall not be infringed.

## Amendment III

No soldier shall, in time of peace be quartered in any house, without the consent of the owner, nor in time of war, but in a manner to be prescribed by law.

## Amendment IV

The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated, and no warrants shall issue, but upon probable cause, supported by oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized.

## Amendment V

No person shall be held to answer for a capital, or otherwise infamous crime, unless on a presentment or indictment of a grand jury, except in cases arising in the land or naval forces, or in the militia, when in actual service in time of war or public danger; nor shall any person be subject for the same offense to be twice put in jeopardy of life or limb; nor shall be compelled in any criminal case to be a witness against himself, nor be

deprived of life, liberty, or property, without due process of law; nor shall private property be taken for public use, without just compensation.

## Amendment VI

In all criminal prosecutions, the accused shall enjoy the right to a speedy and public trial, by an impartial jury of the state and district wherein the crime shall have been committed, which district shall have been previously ascertained by law, and to be informed of the nature and cause of the accusation; to be confronted with the witnesses against him; to have compulsory process for obtaining witnesses in his favor, and to have the assistance of counsel for his defense.

## Amendment VII

In suits at common law, where the value in controversy shall exceed twenty dollars, the right of trial by jury shall be preserved, and no fact tried by a jury, shall be otherwise reexamined in any court of the United States, than according to the rules of the common law.

## Amendment VIII

Excessive bail shall not be required, nor excessive fines imposed, nor cruel and unusual punishments inflicted. The enumeration in the Constitution, of certain rights, shall not be construed to deny or disparage others retained by the people.

## Amendment X

The powers not delegated to the United States by the Constitution, nor prohibited by it to the states, are reserved to the states respectively, or to the people.

**All Rights Reserved-Waive None**

**By:**  _Douglas Vern Hulstedt_

**Adopter**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 3

Page 11

## ATTORNEY / CLIENT CONTRACT

**1. PARTIES:** This one (1) page contract is between the below-named Licensed Attorney and Client. Attorney has a valid license to practice law in the appropriate jurisdiction(s). Attorney agrees to provide Client a copy of said license upon request. Attorney knows and understands the law and has sworn to uphold it. Attorney has no conflict of interest. Attorney shall act and conduct themselves in good faith at all times, whilst prioritizing the Clients best interests in higher honor than any adversarial party(s).

**2. DUTIES:** Attorney knowingly and fully agrees to:

a. **[check one]( )** Zealously represent Client within the bounds of the law
   **( )** Provide Client with assistance of counsel, in the matter of:

   **Case or Cause Number:** _____ ("the Business").
   All work shall be done timely and in a professional workman like manner.

b. Protect all Client's Constitutional and other rights, including ones Client is not aware of. Attorney agrees to provide a complete list of Client's rights upon request.

c. Abide by all applicable laws, Administrative Rules, Rules of Conduct, Ethical Rules and Court Rules. Any deviation or violation of any law or rule constitutes a breach of this contract.

d. Client agrees to timely pay Attorney's retainer, fees and expenses in:
**[check one] ( )** lawful money of the United States **( )** Federal Reserve Notes

**3. TIME LIMIT:** This contract shall go into effect immediately upon signature and is revocable by either party immediately upon notice to the other party. If Attorney revokes this contract before completing any work, the retainer shall be immediately refunded.

**4. CONSIDERATION:** Consideration shall consist of Attorney's retainer fee in the sum of $_____, paid in: **[check one] ( )** lawful money of the United States **( )** Federal Reserve Notes.

**5. NOT AN ADHESION CONTRACT:** The terms of this contract are not dictated by a party with superior bargaining power, but are negotiable. (Client does not have superior bargaining power. Attorney possesses superior bargaining power due to their membership in a labor union called the Bar Association, their special status, and their knowledge of the law, court, court procedure/proceedings.) If Attorney objects to any clause, or part thereof, Attorney shall provide as part of the negotiating process, a written explanation to which clause or clauses is/are not acceptable.

**Printed Name:** _____     **Printed Name:** _____

**X**_____  _____     **X**_____  _____
(Attorney)                    (date)         (Client)                    (date)

# **METHOD OF PROCESS**

In the California state, of the Monterey county. I, the undersigned, herein declare that I am over the age of eighteen years and NOT a party to the within entitled action. My business address is: _1180 Cone the #8 Pacific Grove California 93950_

I hereby declare under the penalty of perjury of the California Republic and The United States of America (unincorporated) that I served the foregoing document as entitled: on the party(s) by mailing with the Post Office maintained by the United States, Postal Service with postage paid, titled and addressed as follows and or by file stamp/banking postmasters: **NOTICE OF REQUEST FOR DISCLOSURES PRE HEARING TO KNOW THE NATURE AND CAUSE BY THE DUE PROCESS BY THE NUMBER POINTS 1 THRU 28, ADMISSIONS OR DENIALS, REQUEST PLACED ON RECORD BEFORE THE FIDUCIARIES, I.E. ATTORNEYS MAKING CLAIMS CONCERNING THIS MATTER WHICH IS A MIS-UNDERSTANDING BY BOTH SIDES AND UNINTENTIONAL BY ME AS TO MY BENEFICIAL INTERESTS, EXHIBITS 1-3, METHOD OF PROCESS;**

**Office of Administrative Hearings**
**c/o Clerk of Administrative-Court**
**1515 Clay Street, Suite 206**
**Oakland, California  94612**
**By-Registered-Insured-Mail #**
**RE527008721US**

**Thomas Ostly**
Deputy Attorney General
455 Golden Gate Avenues, Suite 11000
San Francisco, California 94102
**By-Certified-Mail #**
7019 1120 0001 1161 5527

I declare under the penalty of perjury of the Laws of the California Republic and The United States of America (unincorporated)  that the foregoing is correct and complete to the best of my knowledge, information and belief, and that this process is executed by the voluntary act of my own hand on Monterey county and is dated below;

Date: _____          By:_____

Page 12

**CASE NO. 800-2021-079497 NOTICE OF REQUEST FOR DISCLOSURES PRE HEARING**
**Copyrighted-Works this document by the Douglas Vern Hulstedt**

# **METHOD OF PROCESS/WITNESSES**

In the California state, on the Monterey county. I, the undersigned, herein declare that I am over the age of eighteen years and **NOT** a *Claimant [yet] but am Witnessing/ Deliveries* to the within entitled "*Claims et.al.*" My business address is:

*1180 Forest Ave #B Pacific Grove California 93950*

I, hereby declare under the penalty of perjury of the California Republic and The United States of America that I served the foregoing document as entitled: on the party(s) by mailing with the Post-Office maintained by the United States, Postal Service with postage paid, titled and addressed as follows *and or* by the file stamp/banking-postmasters **MANDATORY JUDICIAL NOTICED EVIDENCE REQUEST FOR DISCLOSURES REFUSED BY ATTORNEYS FOR THE JUDGE TO REVIEW AND MAKE APPEALABLE RULING AS TO DUE-PROCESS VIOLATIONS OF RIGHTS OF THIS NON-ATTORNEY, DEFENDANTS THEY "ADMIT" EXHIBIT 1 EVIDENCE FOR THE RECORD, METHOD OF PROCESS, DATE: JULY 27, 2023, TIME: 1:30 P.M., ROOM: 8-19TH FLOOR, JUDGE: Jacqueline Scott Corley, #173752;**

**UNITED STATES DISTRICT COURT**
**c/o Clerk of the Court, Mark B. Busby**
450 Golden Gate Avenue
San Francisco, California 94102
*Insured-Registered-Mail or By-Postmaster-File-Stamp*;

**Greg W. (?) Chambers, Attorneys #237509, Witnesses/Accused/~~Doe~~ #1, "DEFENDANTS"** *et.al;*
455 Golden Gate Avenues, Suite 11000
San Francisco, California 94102

~ 5 ~

**MJN DISCLOSURES 1 THRU 28 VIOLATED BY NO RESPONSE**
**Copyrighted-Works this Document-Contract-Claims by the Douglas Vern Hulstedt**

1
2
3

I declare under the penalty of perjury of the Laws of the California Republic and The United States of America that the foregoing is correct and complete to the best of my knowledge, information and belief, and that this bill of process is executed by the voluntary act of my own hand on Monterey county and is dated below;

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



Date: July 21, 2021                                    By: _____

~ 6 ~

**MJN DISCLOSURES 1 THRU 28 VIOLATED BY NO RESPONSE**
**Copyrighted-Works this Document-Contract-Claims by the Douglas Vern Hulstedt**