Douglas Vern Hulstedt
℅ 2511 Garden Road, Building - C # 100
Monterey, California 93940
Tel: (831) 899-5900
*Claimant/Witness/Beneficiary and Wishing for an "Honest-Attorney"*

**FILED**

JUL 21 2023

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Douglas Vern Hulstedt** *Claimant/Witness/Beneficiary; Adversely Affected and Aggrieved* Vs. **Robert Andres Bonta, Attorneys, #202668, Laurie Rose Lubiano, Attorneys #152171, STATE BAR OF CALIFORNIA *[CHARTER]* =** *Insurance-Guarantors by the Bar # Policies,* Defendants et.al; Does/Roes 1-25; **Greg W.(?) Chambers, Attorneys, #237509** *Defendant/Trespasser Doe #1 et.al;* | Case No: 23CV02003-JSC **MANDATORY JUDICIAL NOTICED EVIDENCE ATTEMPTS TO RETAIN COUNSEL WITH NO AVAILABILITY, DEFENDANTS AS ATTORNEYS *ET.AL* REFUSE TO PROTECT RIGHTS, REFUSE TO OBEY THEIR OATH OF OFFICES THEY "ADMIT" EXHIBIT 1 EVIDENCE FOR THE RECORD,** **METHOD OF PROCESS,** DATE: JULY 27, 2023, TIME: 1:30 P.M., ROOM: 8-19ᵀᴴ FLOOR, JUDGE: Jacqueline Scott Corley, #173752; |

~ 1 ~

**MJN ATTEMPTS TO RETAIN COUNSEL WITH NO AVAILABLITY**
**Copyrighted-Works this Document-Contract-Claims by the Douglas Vern Hulstedt**

*<u>To All Officers and Employees of the UNITED STATES DISTRICT COURTS; I, a man in the Name of Lord Almighty I accept your Oath(s), bind you to the same and command you do justice. I waive all customary rules of law and other procedural impediments, I am not an attorney nor am I trained in law and I expect my rights to be protected by thee Public-Fiduciaries……..</u>"Witnesses";*

*<u>MANDATORY JUDICIAL NOTICED EVIDENCE</u>  by the <u>Beneficiary having the Right to Claim about Wrongs being Committed by Attorneys/Trustees/Publishers/Copyright-Works-Trespassers/Witnesses</u>, and* by accepting the "**Valid**" "**Oath of Office**" of any <u>Public-Fiduciary-Trustee</u> or "**Placeholder-Witness**" concerning these matters for the equal protections of the law with my Adoption of the Bill of Rights for the Due-Processes and by accepting the public record **"Official-Bonds"**  or any other **"Insurance-Policies"** that may apply concerning fraud or employee misconduct/ dishonesty and by entering and the making of this **MJN ATTEMPTS TO RETAIN COUNSEL WITH NO AVAILABLITY** before this Court of Record by the Article III Venue as the Claimant/Witness/ Beneficiary to protect my Beneficial Property Rights against Trespass or **Breach of Fiduciary-Trust,** **"Dishonest-Services",** *continuing*, "I", Douglas Vern Hulstedt, *a man* stake this **Claim** for **<u>"Right to Due-Process before Property</u>** *<u>is taken or damaged or slandered or placed in custody or else or done</u>***",** by the *<u>knowledge of this</u>* **MJN ATTEMPTS TO RETAIN COUNSEL WITH NO AVAILABLITY** for the **"Due-Process to be Restored and Compensated for the Damages".** **NOTE:** The citation of state and federal statutes, codes, rules, regulations, and court citations, within any document-contract created by me and not copyrighted by me, is only to notice my servants that which is applicable to them and is not intended, nor shall be construed, to mean that I confer, submit to, claim rights to or have entered into any jurisdiction alluded to thereby, by the following *<u>11.3 Grade-Comprehension-Level per the Flesch-</u>*

~ 2 ~

*Kincaid this Document-Contract-Claims;* MANDATORY JUDICIAL NOTICED EVIDENCE ATTEMPTS TO RETAIN COUNSEL WITH NO AVAILABILITY, DEFENDANTS AS ATTORNEYS *ET.AL* REFUSE TO PROTECT RIGHTS, REFUSE TO OBEY THEIR OATH OF OFFICES THEY "ADMIT" EXHIBIT 1 EVIDENCE FOR THE RECORD, METHOD OF PROCESS, DATE: JULY 27, 2023, TIME: 1:30 P.M., ROOM: 8-19TH FLOOR, JUDGE: Jacqueline Scott Corley, #173752;

**ALL RIGHTS RESERVED WAIVE-NONE;**
*RESERVATION FOR ALL WRITS;*
*"FOR RESTRAINT OF LIBERTIES, NOW IN CUSTODY";*
*and Wishing for Honest-Attorney-Re-Presentations;*



:Flag: Title: ~4, Section: ~1-3

Verified by: *Douglas Vern Hulstedt*
The United States of America
Claimant/Witness/Injured
Beneficiary-Claimant *for*
DOUGLAS VERN HULSTED, M.D.
**CORPORATION #3260008/A42397,**
"Copyright-Claimant".

~ 3 ~

# EXHIBIT 1

~ 4 ~

**MJN ATTEMPTS TO RETAIN COUNSEL WITH NO AVAILABLITY**
**Copyrighted-Works this Document-Contract-Claims by the Douglas Vern Hulstedt**

1  **Douglas Vern Hulstedt**
2  ℅ 2511 Garden Road, Building-C #100
   Monterey, California 93940
3  Tel: (831) 899-5900
   *Claimant/Witness/Beneficiary*
4  *Without Counsel at this Time*

*By-Registered-Mail #*
*RE527008749US*

# BEFORE THE
# MEDICAL BOARD OF CALIFORNIA
# DEPARTMENT OF CONSUMER AFFAIRS
# STATE OF CALIFORNIA

| In the Matter of the Accusation Against: | ) | Case No. 800-2021-079497 |
|---|---|---|
| **DOUGLAS VERN HULSTEDT, M.D.** | ) ) ) | **RE: STATEMENT TO RESPONDENT** [Gov. Code §§ 1504, 11505(b)] |
| *Respondent* | ) ) ) | |
| | ) | |
| **Douglas Vern Hulstedt** | ) ) | **JUDICIAL NOTICE OF ATTEMPTS TO RETAIN COUNSEL WITH NO AVAILABLITY TO CONTRACT FOR THE PROTECTION OF RIGHTS** |
| *Claimant/Witness/Beneficiary* *Third-Party-Rule* | ) ) ) ) | |
| | ) | |
| *NOTICE TO THE FIDUCIARIES; 18 U.S.C § 2071,* *Concealment, removal, or mutilation generally (a)* *Whoever, willfully and unlawfully conceals, removes, mutilates, obliterates, or destroys, or attempts to do so, or, with intent to do so takes and carries away any record, proceeding, map, book, paper, document, or other thing, filed or deposited with any clerk of officer of any court of the United States, shall be fined under this title or imprisoned not more than three years, or both.* | ) ) ) ) ) ) ) ) ) ) ) ) | **EXHIBITS 1-2** **METHOD OF PROCESS** |

Page 1

*JUDICIAL NOTICE* by accepting the "Valid" "Oath of Office" of any Public-Fiduciary-Trustee or **"Placeholder"** concerning this matter for the equal protections of the law with my Adoption of the Bill of Rights for the Due-Processes and by accepting the public record **"Official Bond"** or any other insurance-policies that may apply concerning fraud or employee misconduct/dishonesty and by entering and the making of this **special-appearance-visitation-notice** before this **administrative-court** as the Claimant/Witness/Beneficiary to protect my Beneficial Property Rights against Trespass or Breach of Fiduciary-Trust, "I", Douglas Vern Hulstedt, *a man* Claim this Verified-Motion/Notice-Return, Acknowledgement, and Method of Process for the "**Due-Process**" *Guaranteed by the Bill of Rights.* **NOTE:** The citation of state and federal statutes, codes, rules, regulations, and court citations, within any document-contract created by me, is only to notice my servants that which is applicable to them and is not intended, nor shall be construed, to mean that I confer, submit to, or have entered into any jurisdiction alluded to thereby, by the following; **JUDICIAL NOTICE OF ATTEMPTS TO RETAIN COUNSEL WITH NO AVAILABLITY TO CONTRACT FOR THE PROTECTION OF RIGHTS, EXHIBITS 1-2, METHOD OF PROCESS;**

*CLAIMING AGAIN AND NOW* "I" Douglas Vern Hulstedt *as Beneficiary who has the right to complain about breach of trust* am not an Attorney nor am I trained in Law as to these matters but, I do have a basic understanding and a lot of mis-understandings as to my rights. It appears on the face of this matter that in which I believe my rights have been violated and a breach of trust has occurred by the Attorneys making claims against my beneficial-interests and intangible-rights. It is my belief that deceptive practices/honest services fraud 18 U.S.C § 1346, communications moving through the post-office by unknown authorities and unidentified jurisdictions are being used against my interests in a scheme of Simulated-Legal-Processes and possible

Page 2

attempts of *extortion*, therefore I make this claim and I command that all my rights are protected even the ones I might not be aware of by all parties/fiduciaries who may insert themselves in this construction of **Case No. 800-2021-079497 by the unsworn and unverified accuser(s). As to any mis-understandings or my valid confusions in which I believe are on both sides, it is my wish to clear up these matters while retaining my medical license and settling this without clogging up the tax-payer funded legal system which is beneficial to our society for both to occur in these negotiations;** *AND* **I, have attempted multiple times to retain counsel concerning these matters, I have shown the documents to several Attorneys (EXHIBIT 1) that I have entered into this record in order to represent my interests and during our conversations it was told and known to me that the Attorney General had violated my rights. The retainer fees started with $5000.00 start fee with no guarantee of the outcome. I then presented them with (EXHIBIT 2) Attorney contract to protect my rights. All the Attorneys contacted decided that they could not do business with me, I was shocked! I DON'T FULLY UNDERSTAND WHAT IS GOING ON HERE? Therefore, I ask that the MEDICAL BOARD and the Attorney General ensure that all of my rights are protected as they are "Public-Fiduciary-Trustees" by their duties to protect. And or direct me to the right location of where I can get my "contract" signed by an Honest-Attorney that will protect me to the fullest.**

ALL RIGHTS RESERVED WAIVE NONE
Adopter of the Bill of Rights
Reservations for Writ of Habeas Corpus


By: *Douglas Vern Hulstedt*
Douglas Vern Hulstedt
Claimant/Witness/Beneficiary
Author/Publisher

Page 3

# EXHIBIT 1

CASE NO. 800-2021-079497 JUDICIAL NOTICE OF ATTEMPTS TO RETAIN COUNSEL
Copyrighted-Works this document by the Douglas Vern Hulstedt

Douglas Vern Hulstedt
℅ 2511 Garden Road, Building-C #100
Monterey, California 93940
Tel: (831) 899-5900
*Claimant/Witness/Beneficiary*
*Without Counsel at this Time*

By-Registered-Mail #
RE527008721US

## BEFORE THE
## MEDICAL BOARD OF CALIFORNIA
## DEPARTMENT OF CONSUMER AFFAIRS
## STATE OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Accusation Against:<br><br>**DOUGLAS VERN HULSTEDT, M.D.**<br><br>*Respondent*<br><br>―――――――――――――――――<br><br>**Douglas Vern Hulstedt**<br><br>*Claimant/Witness/Beneficiary*<br>*Third-Party-Rule*<br><br>―――――――――――――――――<br>***NOTICE TO THE FIDUCIARIES; 18 U.S.C § 2071**, Concealment, removal, or mutilation generally (a) Whoever, willfully and unlawfully conceals, removes, mutilates, obliterates, or destroys, or attempts to do so, or, with intent to do so takes and carries away any record, proceeding, map, book, paper, document, or other thing, filed or deposited with any clerk of officer of any court of the United States, shall be fined under this title or imprisoned not more than three years, or both.* | **Case No. 800-2021-079497**<br><br>**RE: STATEMENT TO RESPONDENT**<br>[Gov. Code §§ 1504, 11505(b)]<br><br>**"VERIFIED"**<br><br>**NOTICE OF REQUEST FOR DISCLOSURES PRE HEARING TO KNOW THE NATURE AND CAUSE BY THE DUE PROCESS BY THE NUMBER POINTS 1 THRU 28, ADMISSIONS OR DENIALS, REQUEST PLACED ON RECORD BEFORE THE FIDUCIARIES, I.E. ATTORNEYS MAKING CLAIMS CONCERNING THIS MATTER WHICH IS A MIS-UNDERSTANDING BY BOTH SIDES AND UNINTENTIONAL BY ME AS TO MY BENEFICIAL INTERESTS** |

Page 1

**CASE NO. 800-2021-079497 NOTICE OF REQUEST FOR DISCLOSURES PRE HEARING**
Copyrighted-Works this document by the Douglas Vern Hulstedt

1  Douglas Vern Hulstedt
2  ℅ 2511 Garden Road, Building-C #100
   Monterey, California 93940
3  Tel: (831) 899-5900
   *Claimant/Witness/Beneficiary*
4  *Without Counsel at this Time*

By-Registered-Mail #
RE527008735US

## BEFORE THE
## MEDICAL BOARD OF CALIFORNIA
## DEPARTMENT OF CONSUMER AFFAIRS
## STATE OF CALIFORNIA

| In the Matter of the Accusation Against: | ) Case No. 800-2021-079497 |
|---|---|
| DOUGLAS VERN HULSTEDT, M.D. | ) RE: STATEMENT TO RESPONDENT |
| *Respondent* | ) [Gov. Code §§ 1504, 11505(b)] |
| | ) |
| Douglas Vern Hulstedt | ) **"VERIFIED"** |
| *Claimant/Witness/Beneficiary* | ) **[MOTION/NOTICE]** |
| *Third-Party-Rule* | ) LAWFUL DIRECTION IN THE FORM |
| | ) OF A MOTION DELIVERED TO |
| *NOTICE TO THE FIDUCIARIES; 18 U.S.C § 2071,* | ) THOMAS OSTLY AN ATTORNEY |
| *Concealment, removal, or mutilation generally (a)* | ) FOR THE RETURN OF EVIDENCE |
| *Whoever, willfully and unlawfully conceals,* | ) ON THE RECORD TO PROVIDE |
| *removes, mutilates, obliterates, or destroys, or* | ) DUE-PROCESS AND PROVE THE |
| *attempts to do so, or, with intent to do so takes and* | ) ENACTING CLAUSES AS |
| *carries away any record, proceeding, map, book,* | ) MANDATED BY THE CALIFORNIA |
| *paper, document, or other thing, filed or deposited* | ) CONSTITUTION FOR THE CLAIMS |
| *with any clerk of officer of any court of the United* | ) MADE AGAINST MY BENEFICIAL |
| *States, shall be fined under this title or imprisoned* | ) INTERESTS TO BE RETURNED |
| *not more than three years, or both.* | ) WITHIN 15 DAYS WITH |
| | ) VERIFICATION BY THIS |
| | ) JURISDICTION INQUIRY |
| | ) |
| | ) MEMORANDUM OF LAW |

Page 1

# EXHIBIT 2

CASE NO. 800-2021-079497 JUDICIAL NOTICE OF ATTEMPTS TO RETAIN COUNSEL
Copyrighted-Works this document by the Douglas Vern Hulstedt

## ATTORNEY / CLIENT CONTRACT

**1. PARTIES:** This one (1) page contract is between the below-named Licensed Attorney and Client. Attorney has a valid license to practice law in the appropriate jurisdiction(s). Attorney agrees to provide Client a copy of said license upon request. Attorney knows and understands the law and has sworn to uphold it. Attorney has no conflict of interest. Attorney shall act and conduct themselves in good faith at all times, whilst prioritizing the Clients best interests in higher honor than any adversarial party(s).

**2. DUTIES:** Attorney knowingly and fully agrees to:

    a. **[check one]( )** Zealously represent Client within the bounds of the law
                  **( )** Provide Client with assistance of counsel, in the matter of:

       **Case or Cause Number:** _____ ("the Business").
       All work shall be done timely and in a professional workman like manner.

    b. Protect all Client's Constitutional and other rights, including ones Client is not aware of. Attorney agrees to provide a complete list of Client's rights upon request.

    c. Abide by all applicable laws, Administrative Rules, Rules of Conduct, Ethical Rules and Court Rules. Any deviation or violation of any law or rule constitutes a breach of this contract.

    d. Client agrees to timely pay Attorney's retainer, fees and expenses in:
    **[check one] ( )** lawful money of the United States **( )** Federal Reserve Notes

**3. TIME LIMIT:** This contract shall go into effect immediately upon signature and is revocable by either party immediately upon notice to the other party. If Attorney revokes this contract before completing any work, the retainer shall be immediately refunded.

**4. CONSIDERATION:** Consideration shall consist of Attorney's retainer fee in the sum of $_____, paid in: **[check one] ( )** lawful money of the United States **( )** Federal Reserve Notes.

**5. NOT AN ADHESION CONTRACT:** The terms of this contract are not dictated by a party with superior bargaining power, but are negotiable. (Client does not have superior bargaining power. Attorney possesses superior bargaining power due to their membership in a labor union called the Bar Association, their special status, and their knowledge of the law, court, court procedure/proceedings.) If Attorney objects to any clause, or part thereof, Attorney shall provide as part of the negotiating process, a written explanation to which clause or clauses is/are not acceptable.

**Printed Name:** _____  **Printed Name:** _____

X_____ _____  X_____ _____
(Attorney)                       (date)    (Client)                         (date)

# METHOD OF PROCESS

In the California state, of the Monterey county. I, the undersigned, herein declare that I am over the age of eighteen years and NOT a party to the within entitled action. My business address is: 1180 Forest Ave ste c Pacific Grove California 93950

I hereby declare under the penalty of perjury of the California Republic and The United States of America (unincorporated) that I served the foregoing document as entitled: on the party(s) by mailing with the Post Office maintained by the United States, Postal Service with postage paid, titled and addressed as follows and or by file stamp/banking postmasters: **JUDICIAL NOTICE OF ATTEMPTS TO RETAIN COUNSEL WITH NO AVAILABLITY TO CONTRACT FOR THE PROTECTION OF RIGHTS, EXHIBITS 1-2, METHOD OF PROCESS;**

**Office of Administrative Hearings**
c/o Clerk of Administrative-Court
1515 Clay Street, Suite 206
Oakland, California  94612
By-Registered-Insured-Mail #
RE527008749US

**Thomas Ostly**
Deputy Attorney General
455 Golden Gate Avenues, Suite 11000
San Francisco, California 94102
By-Certified-Mail #
7017 1070 0000 2046 6225

I declare under the penalty of perjury of the Laws of the California Republic and The United States of America (unincorporated) that the foregoing is correct and complete to the best of my knowledge, information and belief, and that this process is executed by the voluntary act of my own hand on Monterey county and is dated below;

Date: September 10-2022                    By: _____

Page 6

CASE NO. 800-2021-079497 JUDICIAL NOTICE OF ATTEMPTS TO RETAIN COUNSEL
Copyrighted-Works this document by the Douglas Vern Hulstedt

# METHOD OF PROCESS/WITNESSES

In the California state, on the Monterey county. I, the undersigned, herein declare that I am over the age of eighteen years and **NOT** a *Claimant [yet] but am Witnessing/ Deliveries* to the within entitled "*Claims et.al.*" My business address is:

*1180 Forest Ave #8 Pacific Grove California 93950*

I, hereby declare under the penalty of perjury of the California Republic and The United States of America that I served the foregoing document as entitled: on the party(s) by mailing with the Post-Office maintained by the United States, Postal Service with postage paid, titled and addressed as follows *and or* by the file stamp/banking-postmasters **MANDATORY JUDICIAL NOTICED EVIDENCE ATTEMPTS TO RETAIN COUNSEL WITH NO AVAILABILITY, DEFENDANTS AS ATTORNEYS *ET.AL* REFUSE TO PROTECT RIGHTS, REFUSE TO OBEY THEIR OATH OF OFFICES THEY "ADMIT" EXHIBIT 1 EVIDENCE FOR THE RECORD, METHOD OF PROCESS, DATE: JULY 27, 2023, TIME: 1:30 P.M., ROOM: 8-19TH FLOOR, JUDGE: Jacqueline Scott Corley, #173752;**

**UNITED STATES DISTRICT COURT**
c/o Clerk of the Court, Mark B. Busby
450 Golden Gate Avenue
San Francisco, California 94102
*Insured-Registered-Mail or By-Postmaster-File-Stamp*;

**Greg W. (?) Chambers, Attorneys #237509, Witnesses/Accused/Doe #1, "DEFENDANTS"** *et.al;*
455 Golden Gate Avenues, Suite 11000
San Francisco, California 94102

~ 5 ~

**MJN ATTEMPTS TO RETAIN COUNSEL WITH NO AVAILABLITY**
**Copyrighted-Works this Document-Contract-Claims by the Douglas Vern Hulstedt**

I declare under the penalty of perjury of the Laws of the California Republic and The United States of America that the foregoing is correct and complete to the best of my knowledge, information and belief, and that this bill of process is executed by the voluntary act of my own hand on Monterey county and is dated below;

Date: July 21, 2023            By: *[signature]* Gloria Chavez

~ 6 ~

**MJN ATTEMPTS TO RETAIN COUNSEL WITH NO AVAILABLITY**
**Copyrighted-Works this Document-Contract-Claims by the Douglas Vern Hulstedt**