Douglas Vern Hulstedt
℅ 2511 Garden Road, Building - C # 100
Monterey, California 93940
Tel: (831) 899-5900
*Claimant/Witness/Beneficiary and*
*Wishing for an "Honest-Attorney"*

**FILED**

**JUL 2 1 2023**

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Douglas Vern Hulstedt** | **Case No: 23CV02003-JSC** |
| *Claimant/Witness/Beneficiary;* *Adversely Affected and Aggrieved* | **PROOF OF CLAM BY DEFAULT** |
| *Vs.* | **MANDATORY JUDICIAL NOTICED EVIDENCE TORT CLAIM AGAINST THE ATTORNEYS COX *ET.AL.*, DEFAULTED AFTER 6 MONTHS, THE STATE OF CALIFORNIA AND THE UNITED STATES "ADMIT" AS INSURERS TORT CLAIM AFTER BEING DULY SERVED AND DELIVERED TO THEM WITH THE KNOWLEDGE, EXHIBIT 1,** |
| **Robert Andres Bonta, Attorneys, #202668, Laurie Rose Lubiano, Attorneys #152171, STATE BAR OF CALIFORNIA *[CHARTER]* = *Insurance-Guarantors by the Bar # Policies,*** *Defendants et.al;* | |
| | **METHOD OF PROCESS,** |
| **Does/Roes 1-25;** | **DATE: JULY 27, 2023, TIME: 1:30 P.M., ROOM: 8-19TH FLOOR, JUDGE: Jacqueline Scott Corley, #173752;** |
| **Greg W.(?) Chambers, Attorneys, #237509** *Defendant/Trespasser* *Doe #1 et.al;* | |

~ 1 ~

**MJN EVIDENCE TORT CLAIM AGAINST COX ATTORNEY DEFAULTED**
**Copyrighted-Works this Document-Contract-Claims by the Douglas Vern Hulstedt**

*To All Officers and Employees of the UNITED STATES DISTRICT COURTS; I, a man in the Name of Lord Almighty I accept your Oath(s), bind you to the same and command you do justice. I waive all customary rules of law and other procedural impediments, I am not an attorney nor am I trained in law and I expect my rights to be protected by thee Public-Fiduciaries……..“Witnesses”;*

# *MJN PROOF OF CLAIM TORT/COX* by the Beneficiary having the *Right to Claim about Wrongs being Committed by Attorneys/Trustees/Publishers/ Copyright-Works-Trespassers/Witnesses and* by accepting the "**Valid**" "**Oath of Office**" of any <u>Public-Fiduciary-Trustee</u> or "**Placeholder-Witness**" concerning these matters for the equal protections of the law with my Adoption of the Bill of Rights for the Due-Processes and by accepting the public record **"Official-Bonds"** or any other **"Insurance-Policies"** that may apply concerning fraud or employee misconduct/ dishonesty and by entering and the making of this **MJN EVIDENCE TORT CLAIM AGAINST COX ATTORNEY DEFAULTED** before this Court of Record by the Article III Venue as the Claimant/Witness/ Beneficiary to protect my Beneficial Property Rights against Trespass or **Breach of Fiduciary-Trust, "Dishonest-Services"**, *continuing*, "I", Douglas Vern Hulstedt, *a man* stake this **Claim** for **"Right to Due-Process before Property *is taken or damaged or slandered or placed in custody or else or done*",** by the *knowledge of this* **MJN EVIDENCE TORT CLAIM AGAINST COX ATTORNEY DEFAULTED** for the **"Due-Process to be Restored and Compensated for the Damages".** **NOTE:** The citation of state and federal statutes, codes, rules, regulations, and court citations, within any document-contract created by me and not copyrighted by me, is only to notice my servants that which is applicable to them and is not intended, nor shall be construed, to mean that I confer, submit to, claim rights to or have entered into any jurisdiction alluded to thereby, by the following *11.3 Grade-Comprehension-Level per the Flesch-Kincaid this Document-Contract-Claims;*

~ 2 ~

PROOF OF CLAM BY DEFAULT, MANDATORY JUDICIAL NOTICED EVIDENCE TORT CLAIM AGAINST THE ATTORNEYS COX *ET.AL.*, DEFAULTED AFTER 6 MONTHS, THE STATE OF CALIFORNIA AND THE UNITED STATES "ADMIT" AS INSURERS TORT CLAIM AFTER BEING DULY SERVED AND DELIVERED TO THEM WITH THE KNOWLEDGE, EXHIBIT 1, METHOD OF PROCESS, DATE: JULY 27, 2023, TIME: 1:30 P.M., ROOM: 8-19TH FLOOR, JUDGE: Jacqueline Scott Corley, #173752;

ALL RIGHTS RESERVED WAIVE-NONE;
*RESERVATION FOR ALL WRITS;*
*"FOR RESTRAINT OF LIBERTIES, NOW IN CUSTODY";*
*and Wishing for Honest-Attorney-Re-Presentations;*



:Flag: Title: ~4, Section: ~1-3

Verified by: **_Douglas Vern Hulstedt_**
The United States of America
Claimant/Witness/Injured
Beneficiary-Claimant *for*
DOUGLAS VERN HULSTED, M.D.
**CORPORATION #3260008/A42397,**
**"Copyright-Claimant".**

~ 3 ~

**MJN EVIDENCE TORT CLAIM AGAINST COX ATTORNEY DEFAULTED**
**Copyrighted-Works this Document-Contract-Claims by the Douglas Vern Hulstedt**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 1

~ 4 ~

**MJN EVIDENCE TORT CLAIM AGAINST COX ATTORNEY DEFAULTED**
**Copyrighted-Works this Document-Contract-Claims by the Douglas Vern Hulstedt**

# FORMAL-CLAIM

## FOR THE GOVERNMENTAL TORT

:VERIFIED-CLAIMS-AGAINST-INSURED:

### Juliet Elizabeth Cox, Attorneys # 214401, *et.al;*
*"90-Day-Respondents" whom committed "Breach of Duties"*

*Against The*

## Douglas Vern Hulstedt, a man *as the*
Claimant/Witness/Injured;

:INSURANCE-PRESENTMENTS: FOR "NOTICE TO INSURER" DELIVERED TO:

**"The State of California"**
**c/o Attorney General/Robert Andres Bonta #202668** *et.al.*
455 Golden Gate Avenues, Suite 11000
San Francisco, California 94102
*By-Registered-Mail #* RC iD2 c8i 2cc i)S  ;

**"The United States"**
**c/o Attorney General/Merrick Garland** *et.al.*
950 Pennsylvania Ave., NW
Washington, DC 20530
*By-Registered-Mail #* RF iD8c8i z33 US  ;

---

*State Case No. Ref: Small Claims 22SC018927*
*State Case No. Ref: Medical Board of California # 800-2021-079497*
*Federal Case No. Ref: 22CV07439/Federal Case No. Ref: 22CV06688*

---

:Claimant-Contact-Payee:
**Douglas Vern Hulstedt**
% 2511 Garden Road, Building - C # 100
Monterey, California 93940
Tel: (831) 899-5900
**Claimant/Witness/Injured**

# TESTIMONY NOTICE OF TORT CLAIM
# STATEMENT OF THE CLAIM

I, **Douglas Vern Hulstedt, a man** *as the* Claimant/Witness/Injured, deliver/post the following **FORMAL CLAIM FOR THE GOVERNMENTAL "TORT"** (*intentional*) that is a verified and registered claim/living testimony in the form of an affidavit (claims) to "The State of California" and "The United States" for *insurance-presentments* to the body (*public trustees*) for review and action "To Insure" ***and or*** Cancel Policy(s)/***dis-bar by the 90-day-warranty-response***. All the factual claims against policy(s) *et.al.*, contained in this claim(s) are based upon my first-hand eyewitness accounts, information's, and beliefs; I, **Douglas Vern Hulstedt, a man** *as the* Claimant/Witness/Injured stake and post notice to agents for notice to principals as "INSURER/GUARANTOR" the enclosed **FORMAL CLAIM FOR THE GOVERNMENTAL "TORT"**, by the Verified-Sworn-Claims against: **Juliet Elizabeth Cox, Attorneys # 214401** *et.al.* as follows: **1. Perjury of Oath, 18 U.S.C. § 1621, 18 U.S.C. § 3571, 28 U.S.C. § 3002 (15)** *et. al.* **EXHIBIT 1** = Oath of Office Requirements, **EXHIBIT 2** = Transgression Fee Schedule for the *add* of extra-fraudulent-acts-ongoing, **EXHIBIT 3** = Proof of Claims-Evidence of the **"Perjury of Oaths"** *by the* **Registration-Postal-Fees-Paid**;

The factual basis for this **FORMAL-CLAIM "TORT"** (*intentional*)/**STATEMENT OF THE CLAIM** is by first hand eyewitness accounts of Douglas Vern Hulstedt, a man having knowledge of court documents, hearings, postal-mail and the court reporter transcripts of the November 8, 2022 hearing before the Medical Board of California # 800-2021-079497 whereas due-process was trampled on and intentionally denied by the Fiduciary-Agents *et. al.* = Attorneys **EXHIBIT 3;**

This **Claimant/Witness/Injured** delivering forth this **FORMAL-CLAIM "TORT"** (*intentional*) /**STATEMENT OF THE CLAIM** for insurance coverage by the "Insurer/Guarantor". This **Claimant/Witness/Injured** who is not trained in law, but who has the reasonable expectation of rights being protected relies on but not limited to the following added laws codes rules and regulations etc. that apply to **Juliet Elizabeth Cox, Attorneys # 214401** *et.al* = 90 day **"Respondents";**

1. The Supremacy Clause of The United States *(state constitutions subordinate)*

2. Title 18 U.S.C. § 241, §242, *(deprivation of rights/conspiracy)*

3. Title 18 U.S.C. § 2071 *(concealment of the record)*

4. California Code Penal Code § 422.6, *(oppression etc)*.

5. Screws v. United States 325 US 91 (1945) *(officials being held to high standard)*

6. Penal Code Section 141(c) *(prosecutorial misconduct)*

7. Brady v. Maryland, 373 US 83 (1963) *(disclosure of exculpatory evidence and identification)*

8. California Code CIV § 3294 *(oppression and malice)*

9. California Constitution Articles VI § 18 and 18.5 *(judicial misconduct without subject-matter)*

10. California Penal Code § 1424.5 and 6068.7 *(zero tolerance for suppressed evidence "Oaths")*

11. **White Washing (1)** Ignore the Law, **(2)** Cite Invalid Law, **(3)** Ignore the Facts, **(4)** Ignore Issues as no subject-matter, **(5)** Conceal Evidence, **(6)** Say Nothing in Orders **(7)** Block/Deny Motions and Evidence, **(8)** Violate and Ignore the Rules of Procedure, **(9)** Automatically Rule against Certain Classes of People *(self-represented)* **(10)** Order Monetary Sanctions against Parties they *et.al.* want to Damage *(excessive or unfounded or undefined as to required speci* of *payment)* **(11)** Refuse to Disqualify themselves, **(12)** Violate their Oath of Office *(if any)* and Code of Judicial Conduct, **(13)** Conspire with fellow Judges/Attorneys and Judicial Employees, **(14)** Allow and Condone Perjury while Witnessing the ongoing acts while failing to stop and correct, **(15)** Deny Hearing/Motions *etc*, **(16)** Allow Fraud on the Court by its Officers, **(17)** Simulated Legal Process with intent to extort;

# STATEMENT OF THE CLAIM

**NOW THEN** Douglas Vern Hulstedt, a man to propound his Testimony

### SUFFICIENT TESTIMONY
### FOR THE STATEMENT OF THE CLAIM
### IN THE FORM OF AFFIDAVIT

# VERIFICATION

I, **Douglas Vern Hulstedt,** a man *as the* Claimant/Witness/Injured with my own unlimited commercial liability foreswear against **all** foreign-agents, do affirm that the following testimony in the form of affidavit under my biometric-seal by my belief and knowledge is true, correct, and complete, and not misleading, the truth, the whole truth, and nothing but the truth, and deliver this agreed on "staked" notice of Claim "TORT" (*intentional*) by the following;

Verified by: *Douglas Vern Hulstedt*
The United States of America
Claimant/Witness/Injured
Beneficiary-Agent *for*
DOUGLAS VERN HULSTEDT, M.D

# CLAIMS NOW your "Affiant", Testimony of the **Douglas Vern Hulstedt**;

1.  Your Affiant Testifies and makes these Claims by his //signature//verification and biometric-seal = thumb print;

2.  Your Affiant makes this Testimony in the California state, Monterey county, on December 28, 2022;

3.  Your Affiant Testifies that he provides the four **(4)** *elements that gives jurisdiction to the court/or appropriate officer to act* **(a)** who is the injured **(b)** who is the identified that has breached a duty **(c)** what are the codes or violations that resulted in damages on the claimant

as fact **(d)** the factual sufficiency of the claim(s) that only a witness can testify about authenticated evidence and subject to cross examination;

**(a) Douglas Vern Hulstedt,** a man is the injured/claimant/witness;
**(b) Juliet Elizabeth Cox, Attorneys # 214401** *et.al.* Whom Breached-Fiduciary-Duties;
**(c) Violations: Perjury of Oath, 18 U.S.C. § 1621, 18 U.S.C. § 3571, 28 U.S.C. § 3002 (15)** *et. al;*
**(d)** Your Affiant now testifies that he will state the **factual sufficiency of claims 1 thru 7** = statement of claim/facts against **Juliet Elizabeth Cox, Attorneys # 214401** *et.al.* **by the following claim sets 1-7 including EXHIBITS 1, 2, 3;**

# CLAIM SETS 1-7 STATEMENTS

(1) <u>**WHO DID WHAT**</u> = **Juliet Elizabeth Cox, Attorneys # 214401** *et.al.* has "Perjured her Oath of Office" in the ongoing movements *with* actors/attorneys in concert to **EXTORT** my beneficial interests and property assets, *see* above **Violations;**

(2) <u>**WHERE DID IT HAPPEN**</u> = Office of Administrative Hearings, 1515 Clay Street, Suite 206, Oakland, California and other ongoing, # **800-2021-079497-Record;**

(3) <u>**WHEN DID IT HAPPEN**</u> = November 8, 2022 ongoing;

(4) <u>**HOW WAS IT DONE**</u> = Perjury of Oath *with the way of* **FRAUD AND DECEPTIVE PRACTICES AND REFUSAL TO PROTECT RIGHTS;**

(5) <u>**WHAT LAWS WERE VIOLATED**</u> = **Perjury of Oath, 18 U.S.C. § 1621, 18 U.S.C. § 3571, 28 U.S.C. § 3002 (15)** *et. al;*

(6) <u>**WHO IS THE VICTIM**</u> = **Douglas Vern Hulstedt,** *a man as Beneficiary;*

(7) <u>**WHAT ARE THE CAUSES OF CLAIMS AS TO LAWS VIOLATED**</u> = Disbarment, Criminal Indictments, Insurance-Payments by the "Guarantors" *et. al.* by the **250,000.00** damages *times two* **Juliet Elizabeth Cox, Attorneys # 214401 /Robert Andres Bonta, Attorneys # 202668** *as actors in concert* for the **500,000.00 in damages for Perjury of Oath by** *attempting* **to Overthrow the Government "We the People";**

4. Your Affiant Testifies that he has met the sufficiency of stating of a claim **1-7** against **Juliet Elizabeth Cox, Attorneys # 214401** *et.al.* and it is now up to the public-trustees to ACT accordingly by their public duties and public trust to "Insure" or "Deny" <u>Claim</u> by the

Actors/Attorneys *et. al.* acting outside their scope of authority and employment in which they refuse to protect rights and due-process by the 5th Amendment, 90 day response to identify "positions of claim" before suit of this insurance-claim is entered for summary judgement against the "Insurer/Guarantor" or if denied the **private capacities** and assets of **Juliet Elizabeth Cox and Robert Andres Bonta;**

5. Your Affiant Testifies that for the investigation by the duty of the "Insurers/Guarantors" it is required disclosure to "Identify" the Individuals above by the placement and notice to this Claimant/Witness/Injured the certified copies of the "Oaths of Offices' by the Article 6 (1 stat.28) Constitutional Oath of Office for the proof of claim that they are not imposing as Judicial Officers;

6. Your Affiant Testifies that he made these claims freely;

7. Your Affiant Testifies that these claims are true, complete, and not misleading by the best of my knowledge/beliefs;

8. Your Affiant Testifies and has personal first-hand knowledge of all the facts/claims reasonable reliance's which are stated herein;

9. **Your Affiant Testifies it is so Claimed-Damages for 500,000.00;**

# CONCLUSION

I, **Douglas Vern Hulstedt**, a man with my reasonable witnessing conclude that it is clear and precise that my due process is and has been violated *ab initio* and any person with reasonable comprehension would also conclude the same. I will not standby and allow the *unethical* **Juliet Elizabeth Cox, Attorneys # 214401** *et.al.* to deprive me of my 43 years plus life's work as a Medical Doctor without Due-Process. **UNDERLINE TAKE NOTICE THIS IS A 90 NOTICE TO RESPONDENTS TO RESPOND TO "INSURE" OR TO "DENY" CLAIM BEFORE SUIT IS ENTERED. ALSO NOTE: I AM READY AND WILLING FOR ANY REQUEST FOR SETTLEMENTS OUTSIDE OF THE TAXPAYER FUNDED LEGAL SYSTEM;**

# VERIFICATION

I, **Douglas Vern Hulstedt**, "One of the People" of California, makes this Verification based on personal knowledge of matters set forth herein and appearing as a man without waiving any rights or remedies, being competent in mind and body to testify, do hereby declare, verify and affirm that the claims stated herein are true, correct, and complete in all material fact, not misrepresented based on my own knowledge to the best of my current information, knowledge and belief under the penalty of perjury of the laws of The United States of America (*Unincorporated/Land Jurisdiction*) and the laws of California republic and is admissible as evidence in a court of law or equity, except as to those matters that are therein made upon information and belief, and as to those claims or facts, I believe them to be true and admissible as evidence, and if called upon as a witness, I will testify as to the veracity of this **STATEMENT OF THE CLAIM (TORT), EXHIBITS 1, 2, 3;**

**ALL RIGHTS REVERVED WAIVE-NONE**
***RESERVATION FOR WRIT FOR HABEAS CORPUS***
***"FOR RESTRAINT OF LIBERTIES"***

Verified by: ***Douglas Vern Hulstedt***
The United States of America
Claimant/Witness/Injured
Beneficiary-Agent *for*
DOUGLAS VERN HULSTEDT, M.D

# EXHIBIT 1

# ATTORNEY'S OATH OF OFFICE

## CALIFORNIA BUSINESS AND PROFESSIONS CODE

**6067.  Oath.**  Every person on his admission shall take an oath to support the Constitution of the United States and the Constitution of the State of California, and faithfully to discharge the duties of any attorney at law to the best of his knowledge and ability. A certificate of the oath shall be indorsed upon his license.(Added by Stats. 1939, c 34. p. 354, Sec. 1.)

# EXHIBIT 2

# Claim of Damages/Transgression fee schedule

I, Douglas Vern Hulstedt, a living flesh and blood man, charge these fees for violations of my God-given rights, this is a copy of my True-Bill.

I swear under penalty of perjury these fees will be billed to any transgressor of my rights and I command restitution to be paid to me in legal tender .999 one ounce silver coinage no later than 14 days upon receipt of my True-Bill (*I do accept other forms of payment*).

By Respondent(s)' silence, they have agreed to the following PROOF OF CLAIM(S), for determining/calculating actual/compensatory damages to the Claimant: **Juliet Elizabeth Cox, Attorneys # 214401 *et.al,* Respondents;**

PROOF OF CLAIM, *"actual"* or *"compensatory damages"* in actions/claims for false arrest/false imprisonment have not been established at 25,000 dollars per twenty-three (23) minutes, 1,600,000 million dollars per day; and, punitive damages may not be set by the injured party; and specifically, the Undersigned as the injured party within the above referenced alleged Criminal Case/Cause. [See: *Trezevant v. City of Tampa, 741 F.2d 336 (1984),* wherein damages were set as 25,000 dollars per twenty-three 23 minutes in a false imprisonment case.]

PROOF OF CLAIM, the above cited case; i.e., Trezevant v. City of Tampa, can be utilized by the Undersigned in determining actual/compensatory damages should Respondent(s) agree the Undersigned has been falsely imprisoned; and, Respondent(s) can provide any valid, lawful, and reasonable objection as to why it should not, or cannot, be so utilized and applied in this matter.

Furthermore;

The AUTHORITY FOR FINES (DAMAGES) CAUSED BY CRIMES BY GOVERNMENT OFFICERS: PERPETRATORS INCLUDING AUTHORIZING BODIES, CAPTAINS, CHIEFS, SUPERVISORS, EMPLOYERS, AGENTS, CLERKS, ADMINISTRATORS, and JUDGES is my power as unlimited as cited in the 9th and 10th Amendment.

These Damages to my rights, in part, were determined by GOVERNMENT itself for the violation listed:

Emoluments Violations – 18 U.S.C. §§§ 241, 242, 643, / 28 U.S.C. § 1927, / 29 U.S.C. § 1109

*He has erected a multitude of New Offices, and sent hither swarms of Officers to harass our people, and eat out their substance.*

EXECUTIVE ORDER 13818 ON HUMAN TRAFFICKING, (Public Law 114-328) section 212(f),

8 U.S.C. 1182(f), (INA), 3 U.S.C. section 301, 28 U.S.C. §§ 1608, 1330 / Qui Tam 31 U.S. Code, § 3730(b),(c)

| Breach | Penalty | Authority |
|---|---|---|
| To attend meetings, hearings under duress, against my consent | $1,000.00 per minute | |
| A-VIOLATION OF OATH OF OFFICE: 3002 (15) | $250,000.00 | 18 USC 3571, 28 USC |
| B-ARMED ABUSE OF OFFICE: | $200,000.00 | |
| C-ARMED ABUSE OF AUTHORITY: | $200,000.00 | |
| D-ARMED USE OF EMERGENCY LIGHTING IN A NON-EMERGENCY: | $200,000.00 | |
| E-ARMED USE OF EMERGENCY SIREN IN A NON-EMERGENCY: | $200,000.00 | |
| F-ARMED ASSAULT AND BATTERY: | $200,000.00 | |
| G-ARMED THREAT OF VIOLENCE: | $200,000.00 | |
| H-ARMED COERCION: | $200,000.00 | |
| I-DENIED PROPER WARRANT(S): | $250,000.00 | 18 USC 3571 |
| J-DENIED RIGHT OF REASONABLE DEFENSE ARGUMENTS: | $250,000.00 | 18 USC 3571 |
| K-DEFENSE EVIDENCE (RECORDS): | $250,000.00 | 18 USC 3571 |
| L-DENIED RIGHT TO TRUTH IN EVIDENCE: | $250,000.00 | 18 USC 3571 |
| M-ARMED VIOLATION OF DUE PROCESS: | $200,000.00 | |
| N-SLAVERY (Forced Compliance to contracts not held): | $250,000.00 | 18 USC 3571 |
| O-DENIED PROVISIONS IN THE CONSTITUTION: | $250,000.00 | 18 USC 3571 |
| P-ARMED TREASON, WAR AGAINST AMERICANS: | $250,000.00 | 18 USC 3571 |
| Q-GENOCIDE AGAINST HUMANITY: | $1,000,000.00 | 18 USC 1091 |
| R-APARTHEID: | $1,000,000.00 | |
| S-ARMED DEPRIVATION OF RIGHTS UNDER COLOR OF LAW: | $200,000.00 $200,000.00 | 18 USC 242 |

| | | |
|---|---|---|
| T-EMOTIONAL DISTRESS:<br>(vii) | $200,000.00 | 32 CFR 536.77(a) (3) |
| U-MENTAL ANGUISH ABUSE: | $200,000.00 | 42 CFR 488.301 |
| V-PEONAGE (Felony):<br>1994 | $200,000.00 | 18 USC 1581, 42 USC |
| W-UNLAWFUL INCARCERATION: | $200,000.00 | |
| X-MALICIOUS PROSECUTION: | $200,000.00 | |
| Y-DEFAMATION OF CHARACTER: | $200,000.00 | |
| Z-SLANDER: | $200,000.00 | |
| AA-LIBEL: | $200,000.00 | |
| BB-ARMED TRESPASS: | $200,000.00 | |
| CC-NEGLECT/FAILURE TO PROTECT/ACT:<br>1986 | $200,000.00 | 18 USC 1621, 42 USC |
| DD-ARMED GANG PRESSING: | $200,000.00 | |
| EE-ARMED LAND PIRACY/PLUNDER: | $200,000.00 | |
| FF-UNAUTHORIZED BOND PRODUCTION: | $200,000.00 | |
| GG-ARMED FORGERY: | $200,000.00 | |
| HH-ARMED EMBEZZLEMENT: | $200,000.00 | |
| II-GENOCIDE: | $1,000,000.00 | |
| JJ-ARMED STALKING: | $200,000.00 | |
| KK-ARMED IMPERSONATING A PUBLIC OFFICIAL: | $200,000.00 | |
| LL-ACTING AS AGENTS OF FOREIGN PRINCIPLES: | $200,000.00 | 18 USC 219 |
| MM-ARMED TORTURE: | $200,000.00 | |
| NN-ARMED OPERATING STATUTES WITHOUT BOND: | $200,000.00 | |
| OO-EXPLOITATION OF A LEGAL JUSTICE MINORITY GROUP | $500,000.00 | |
| BY BAR CLOSED UNION COURTS- CIVIL RIGHTS: | $1,000,000.00 | |
| PP-BAR VIOLATION OF ANTI-TRUST LAWS: | $200,000.00 | |
| QQ-FICTITIOUS CONVEYANCE OF LANGUAGE: | $200,000.00 | Chap. 2b 78FF |
| RR-MISAPPROPRIATION OF TAXPAYER FUNDS: | $200,000.00 | 18 USC 641-664 |
| VIOLATIONS OF THE UNIVERSAL DECLARATION OF HUMAN RIGHTS | | |
| SS-ARMED BREACH OF TRUST: | $200,000.00 | |

| | | |
|---|---|---|
| TT-ARMED DISTURBING THE PEACE: | $200,000.00 | |
| UU-ARMED KIDNAPPING: | $200,000.00 | 18 USC 1201 |
| VV-ARMED MALFEASANCE/MALPRACTICE: | $200,000.00 | 22 CFR 13.3 |
| WW-ARMED MISREPRESENTATION/PERSONAGE: | $200,000.00 | |
| XX-MIS-PRISON OF FELONY: | $500.00 | 18 USC 4 |
| YY-ARMED CONSPIRACY AGAINST RIGHTS OF PEOPLE: | $200,000.00 | 18 USC 241 |
| ARMED CRIMINAL EXTORTION/ | | |
| ZZ-ECONOMIC OPPRESSION: CFR 11.417 | $200,000.00 | 18 USC 141, 872, 25 |
| AB-ARMED EXTORTION OF RIGHTS: | $200,000.00 | Title 15 |
| AC-ARMED ROBBERY: | $200,000.00 | |
| AD-ARMED THEFT BY FORCED REGISTRATION: | $200,000.00 | |
| AE-MAIL THREATS: | $5,000.00 | 18 USC 876 |
| AF-MAIL FRAUD: | $10,000.00 | 18 USC 1341 |
| AG-ARMED FRAUD: | $10,000.00 | 18 USC 1001 |
| AH-ARMED VIOLATION OF LIEBER CODE | | |
| AGAINST NON-COMBATANTS: | $200,000.00 | |
| AI-ARMED WRONGFUL ASSUMPTION | | |
| OF STATUS/STANDING: | $200,000.00 | |
| AJ-ARMED FALSIFICATION OF DOCUMENTS/RECORD: 7701(a) (1) | $10,000.00 | 18 USC 1001, 26 USC |
| AK-ARMED FICTITIOUS OBLIGATIONS: | $200,000.00 | 18 USC 514 |
| AL-ARMED PERJURY: | $2,000.00 | 18 USC 1621 |
| AM-ARMED SUBORDINATION OF PERJURY: | $2,000.00 | 18 USC 1622 |
| AN-To determine multiply no. of counts by damage | | |
| AO-ARMED RACKETEERING (Criminal, Felony): | $200,000.00 | 18 USC 1961-1968 |
| AP-ARMED RACKETEERING (Civil): | $200,000.00 | |
| AQ-Wages Taken $x3= | | 18 USC 1964 (c) |
| (Sustained Damages [total] x3) | | |

The lien debtors will be responsible for any IRS obligations resulting from the discharge or cancellation of any debts, as well as earned income resulting from accepted settlements.

**Dealing with claims of "Immunity"~ Any claim of "Immunity"** is a fraud by fact, if valid, it would prevent removal from office for crimes against the people, which removal is authorized or mandated under U.S. Constitution Article 2, Section IV; as well as 18 USC 241, 42 USC 1983, 1985, 1986, and other state Constitutions. ~Precedents of Law established by Court cases which are in violation of law render violations of law legally unassailable. Such a situation violates several specifically stated intents and purposes of the Constitution set forth in the Preamble; to establish justice, insure domestic tranquility, and secure the blessings of liberty.

All These factual fees for transgressions of my God-given rights are true and correct to the best of my memory and all statements/claims are made in good faith and sworn to under penalty of perjury in common law. All my God given rights are reserved and none waived.

By: _Douglas Vern Hulstedt_

The United States of America
Douglas Vern Hulstedt
c/o 2511 Garden Road, Building – C #100
Monterey, California 93940

California state

Monterey county

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document

On December 29 , 2022 before me, Oscar Cervantes, Notary Public,
      Date                            Name of Notary

personally appeared **Douglas Vern Hulstedt**, who proved to me on the basis of satisfactory evidence to the persons whose names are subscribed to the within instrument and acknowledged to me that they executed the same in their authorized capacities and that by their signature on this instrument are the person or the entity upon behalf of which they acted.

I certify under PENALTY OF PERJURY under the laws of the California state that the foregoing paragraph is true and correct.

By: _____
           Public Notary:

OSCAR CERVANTES
Notary Public - California
Monterey County
Commission # 2397131
My Comm. Expires Apr 7, 2026

# EXHIBIT 3

ROB BONTA
Attorney General of California
MARY CAIN SIMON
Supervising Deputy Attorney General
THOMAS OSTLY
Deputy Attorney General
State Bar No. 209234
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 510-3871
  Facsimile:  (415) 703-5480
Attorneys for Complainant

BEFORE THE
MEDICAL BOARD OF CALIFORNIA
DEPARTMENT OF CONSUMER AFFAIRS
STATE OF CALIFORNIA

| In the Matter of the Accusation Against: | Case No. 800-2021-079497 |
| --- | --- |
| Douglas Vern Hulstedt, M.D. 2511 Garden Rd # C100 Monterey, CA 93940-5333 | A C C U S A T I O N |
| Physician's and Surgeon's Certificate No. A 42397, | |
| Respondent. | |

## PARTIES

1.    William Prasifka (Complainant) brings this Accusation solely in his official capacity

as the Executive Director of the Medical Board of California, Department of Consumer Affairs

(Board).

2.    On or about December 30, 1985, the Medical Board issued Physician's and Surgeon's

Certificate Number A 42397 to Douglas Vern Hulstedt, M.D. (Respondent).  The Physician's and

Surgeon's Certificate was in full force and effect at all times relevant to the charges brought

herein and will expire on December 31, 2023, unless renewed.

1

**FROM THE OFFICES OF
DOUGLAS VERN HULSTEDT, M.D.
2511 GARDEN ROAD, BUILDING-C #100
MONTEREY, CALIFORNIA 93940
TEL: (831) 899-5900**

## NOTICE OF DEFENSE

To: **Thomas Ostly,**
    **Deputy Attorney General**
    455 Golden Gate Avenue, Suite 11000
    San Francisco, California 94102
    **By Certified-Mail #** 7022 0410 0001 7954 1921

Dear Sir, I am in receipt of **STATEMENT TO RESPONDENT,** I am responding to your legal instrument as **ATTACHMENT "A",** 11 pages with this **NOTICE OF DEFENSE.**

I received this Monday August 1, 2022 as it had been signed for by one of the office personnel. My Medical assistant has been on vacation since Monday when I received the legal instrument. I will formally respond and attempt to find competent counsel concerning these accusations and would request 60 days or more to interview several attorneys. Also I hereby request a letter of acknowledgement in noting your understanding.

                                 Sincerely,

                            **By:** *Douglas Vern Hulstedt all rights reserved*
                            **Douglas Vern Hulstedt**

1  **Douglas Vern Hulstedt**
2  **℅ 2511 Garden Road, Building-C #100**
   **Monterey, California 93940**
3  **Tel: (831) 899-5900**
   *Claimant/Witness/Beneficiary*
4  *Without Counsel at this Time*

*By-Registered-Mail #*
*RE527008721US*

5

6

7

8

9

**BEFORE THE**
**MEDICAL BOARD OF CALIFORNIA**
**DEPARTMENT OF CONSUMER AFFAIRS**
**STATE OF CALIFORNIA**

10

11

12  In the Matter of the Accusation Against:

13  **DOUGLAS VERN HULSTEDT, M.D.**

14        *Respondent*

15

16  ─────────────────────────

17        **Douglas Vern Hulstedt**

18      *Claimant/Witness/Beneficiary*
          *Third-Party-Rule*

19

20

21  *NOTICE TO THE FIDUCIARIES; 18 U.S.C § 2071,*
   *Concealment, removal, or mutilation generally (a)*
22  *Whoever, willfully and unlawfully conceals,*
   *removes, mutilates, obliterates, or destroys, or*
23  *attempts to do so, or, with intent to do so takes and*
   *carries away any record, proceeding, map, book,*
24  *paper, document, or other thing, filed or deposited*
   *with any clerk of officer of any court of the United*
25  *States, shall be fined under this title or imprisoned*
   *not more than three years, or both.*
26

27

28

**Case No. 800-2021-079497**

**RE: STATEMENT TO RESPONDENT**
[Gov. Code §§ 1504, 11505(b)]

**"VERIFIED"**

**NOTICE OF REQUEST FOR**
**DISCLOSURES PRE HEARING TO**
**KNOW THE NATURE AND CAUSE**
**BY THE DUE PROCESS BY THE**
**NUMBER POINTS 1 THRU 28,**
**ADMISSIONS OR DENIALS,**
**REQUEST PLACED ON RECORD**
**BEFORE THE FIDUCIARIES, I.E.**
**ATTORNEYS MAKING CLAIMS**
**CONCERNING THIS MATTER**
**WHICH IS A MIS-UNDERSTANDING**
**BY BOTH SIDES AND**
**UNINTENTIONAL BY ME AS TO MY**
**BENEFICIAL INTERESTS**

Page 1

**CASE NO. 800-2021-079497 NOTICE OF REQUEST FOR DISCLOSURES PRE HEARING**
**Copyrighted-Works this document by the Douglas Vern Hulstedt**

1

2   **Douglas Vern Hulstedt**
**℅ 2511 Garden Road, Building-C #100**                    *By-Registered-Mail #*
**Monterey, California 93940**                              *RE537008735US*
3   **Tel: (831) 899-5900**
*Claimant/Witness/Beneficiary*
4   *Without Counsel at this Time*

5

6

7                          **BEFORE THE**
8              **MEDICAL BOARD OF CALIFORNIA**
             **DEPARTMENT OF CONSUMER AFFAIRS**
9                    **STATE OF CALIFORNIA**

10

11

12   In the Matter of the Accusation Against:   )      **Case No. 800-2021-079497**
                                            )
13   **DOUGLAS VERN HULSTEDT, M.D.**            )
                                            )      **RE: STATEMENT TO RESPONDENT**
14              *Respondent*                   )      [Gov. Code §§ 1504, 11505(b)]
                                            )
15                                            )
                                            )      **"VERIFIED"**
16   ─────────────────────────────────        )      **[MOTION/NOTICE]**
                                            )   **LAWFUL DIRECTION IN THE FORM**
17       **Douglas Vern Hulstedt**            )    **OF A MOTION DELIVERED TO**
                                            )    **THOMAS OSTLY AN ATTORNEY**
18     *Claimant/Witness/Beneficiary*         )    **FOR THE RETURN OF EVIDENCE**
            *Third-Party-Rule*               )     **ON THE RECORD TO PROVIDE**
19                                            )    **DUE-PROCESS AND PROVE THE**
                                            )      **ENACTING CLAUSES AS**
20                                            )   **MANDATED BY THE CALIFORNIA**
   ─────────────────────────────────        )   **CONSTITUTION FOR THE CLAIMS**
21   *NOTICE TO THE FIDUCIARIES; 18 U.S.C § 2071,* )  **MADE AGAINST MY BENEFICIAL**
22   *Concealment, removal, or mutilation generally (a)* )  **INTERESTS TO BE RETURNED**
   *Whoever, willfully and unlawfully conceals,* )      **WITHIN 15 DAYS WITH**
23   *removes, mutilates, obliterates, or destroys, or* )   **VERIFICATION BY THIS**
   *attempts to do so, or, with intent to do so takes and* )  **JURISDICTION INQUIRY**
24   *carries away any record, proceeding, map, book,* )
   *paper, document, or other thing, filed or deposited* )
25   *with any clerk of officer of any court of the United* )   **MEMORANDUM OF LAW**
   *States, shall be fined under this title or imprisoned* )
26   *not more than three years, or both.*        )
                                            )
27                                            )      **MEMORANDUM OF LAW**
   ─────────────────────────────────        )

28

Page 1

**Douglas Vern Hulstedt**
**℅ 2511 Garden Road, Building-C #100**
**Monterey, California 93940**
**Tel: (831) 899-5900**
*Claimant/Witness/Beneficiary*
*Without Counsel at this Time*

*By-Registered-Mail #*
*RE⸢⸣⸢⸣749US*

## BEFORE THE
## MEDICAL BOARD OF CALIFORNIA
## DEPARTMENT OF CONSUMER AFFAIRS
## STATE OF CALIFORNIA

In the Matter of the Accusation Against:

**DOUGLAS VERN HULSTEDT, M.D.**

*Respondent*

—————————————————

**Douglas Vern Hulstedt**

*Claimant/Witness/Beneficiary*
*Third-Party-Rule*

—————————————————

*NOTICE TO THE FIDUCIARIES; 18 U.S.C § 2071,*
*Concealment, removal, or mutilation generally (a)*
*Whoever, willfully and unlawfully conceals,*
*removes, mutilates, obliterates, or destroys, or*
*attempts to do so, or, with intent to do so takes and*
*carries away any record, proceeding, map, book,*
*paper, document, or other thing, filed or deposited*
*with any clerk of officer of any court of the United*
*States, shall be fined under this title or imprisoned*
*not more than three years, or both.*

**Case No. 800-2021-079497**

**RE: STATEMENT TO RESPONDENT**
[Gov. Code §§ 1504, 11505(b)]

**JUDICIAL NOTICE OF
ATTEMPTS TO RETAIN
COUNSEL WITH NO
AVAILABLITY TO
CONTRACT FOR THE
PROTECTION OF RIGHTS**

**EXHIBITS 1-2**

**METHOD OF PROCESS**

Page 1

1
2
3
4

**Douglas Vern Hulstedt**
℅ 2511 Garden Road, Building-C #100
Monterey, California 93940
Tel: (831) 899-5900
*Claimant/Witness/Beneficiary*
*Without Counsel at this Time*

*By Registered Mail #*
R F 108 380 958 US

5
6
7
8
9
10
11

## BEFORE THE
## MEDICAL BOARD OF CALIFORNIA
## DEPARTMENT OF CONSUMER AFFAIRS
## STATE OF CALIFORNIA

12
13
14
15

In the Matter of the Accusation Against:

DOUGLAS VERN HULSTEDT, M.D.

*Respondent*

**Case No. 800-2021-079497**
**RE: UN-CERTIFIED ACCUSATIONS**

**CLAIM FOR GUARANTEES**

16
17
18
19
20

**Douglas Vern Hulstedt**

*Claimant/Witness/Beneficiary*
*Third-Party-Rule*

**LAWFUL DIRECTION IN THE FORM OF
A MOTION FOR ROB BONTA AN
ATTORNEY TO CERTIFY ALL
ACCUSATIONS/CLAIMS CONCERNING
THIS MATTER, THIS IS IN FACT A
CLAIM AND EXERCISE OF MY
CONSTITUTIONAL RIGHTS FOR MY
BENEFICIAL INTERESTS OF MY
PROPERTY ASSETS, ITS COMMANDED**

21
22
23
24
25
26
27

*NOTICE TO THE FIDUCIARIES; 18 U.S.C § 2071,
Concealment, removal, or mutilation generally (a)
Whoever, willfully and unlawfully conceals,
removes, mutilates, obliterates, or destroys, or
attempts to do so, or, with intent to do so takes and
carries away any record, proceeding, map, book,
paper, document, or other thing, filed or deposited
with any clerk or officer of any court of the United
States, shall be fined under this title or imprisoned
not more than three years, or both.
CalGovCode §6200/6201, CalPenCode § 135*

**THAT PROOF OF CLAIMS ENTER IN
ON THIS RECORD, I.E. "ENACTING
CLAUSES" AND PROOF THAT THERE
IS NO ABSENSE OF REMEDY
OTHERWISE THE UNITED STATES
MUST INTERVENE AND CHARGE FOR
PERJURY OF OATH "HE ADMITS" =
15 DAYS FOR THE RETURN**

**EXHIBITS 1, 2, 3, 4, 5,**

28

**METHOD OF PROCESS**

Page 1

1
2
3
4

Douglas Vern Hulstedt
℅ 2511 Garden Road, Building-C #100
Monterey, California 93940
Tel: (831) 899-5900
*Claimant/Witness/Beneficiary*
*Without Counsel at this Time*

*By-Registered-Mail #*
R E 2 1 6 9 8 3 9 6 3 9 US

5
6
7
8
9
10
11

**BEFORE THE**
**MEDICAL BOARD OF CALIFORNIA**
**DEPARTMENT OF CONSUMER AFFAIRS**
**STATE OF CALIFORNIA**

12
13
14
15
16

In the Matter of the Accusation Against:  )
)
**DOUGLAS VERN HULSTEDT, M.D.**  )
)
*Respondent*  )
)
)
—————————————————  )

17
18
19
20

**Douglas Vern Hulstedt**  )
)
*Claimant/Witness/Beneficiary*  )
*Third-Party-Rule*  )
)
—————————————————  )

21
22
23
24
25
26
27

*NOTICE TO THE FIDUCIARIES; 18 U.S.C.§ 2071*  )
*Concealment, removal, or mutilation generally (a)*  )
*Whoever, wilfully and unlawfully conceals,*  )
*removes, mutilates, obliterates, or destroys, or*  )
*attempts to do so, or, with intent to do so takes and*  )
*carries away any record, proceeding, map, book,*  )
*paper, document, or other thing, filed or deposited*  )
*with any clerk of officer of any court of the United*  )
*States, shall be fined under this title or imprisoned*  )
*not more than three years, or both.*  )
*CalGovCode §6200/6201, CalPenCode § 135*  )
)

28

**Case No. 800-2021-079497**

**RE: STATEMENT TO RESPONDENT**
[Gov. Code §§ 1504, 11505(b)]

**EVIDENCE FOR THE RECORD**

**NOTICE OF OBJECTION AND
DISQUALIFICATION OF THE ACTORS
THOMAS OSTLY, ROB BONTA AND
DEBORAH LEHMAN, M.D., ALL THREE
USING DECEPTIVE PRACTICES TO
EXTORT MY BENEFICIAL PROPERTY
ASSETS, ALL THREE HAVE PERJURED
THEIR OATHS NOW HAVING
UNCLEAN HANDS BUT YET THEIR
MOVEMENTS CONTINUE ON IN
VIOLATION OF DUE PROCESS IN
DIRECT CONFLICT OF THE
BILL OF RIGHTS "THEY ADMIT"**

**EXHIBITS 1, 2, 3, 4, 5**

**METHOD OF PROCESS**

Page 1

## SC-100  Plaintiff's Claim and ORDER to Go to Small Claims Court

*Clerk stamps date here when form is filed.*

ENDORSED
FILED
ALAMEDA COUNTY

OCT - 4 2022

CLERK OF THE SUPERIOR COURT
By_____ **K Ghee** _____ Deputy

### Notice to the person being sued:

- You are the defendant if your name is listed in ② on page 2 of this form or on form SC-100A. The person suing you is the plaintiff, listed in ① on page 2.
- You and the plaintiff must go to court on the trial date listed below. If you do not go to court, you may lose the case. If you lose, the court can order that your wages, money, or property be taken to pay this claim.
- Bring witnesses, receipts, and any evidence you need to prove your case.
- Read this form and all pages attached to understand the claim against you and to protect your rights.

### Aviso al Demandado:

- Usted es el Demandado si su nombre figura en ② de la página 2 de este formulario, o en el formulario SC-100A. La persona que lo demanda es el Demandante, la que figura en ① de la página 2.
- Usted y el Demandante tienen que presentarse en la corte en la fecha del juicio indicada a continuación. Si no se presenta, puede perder el caso. Si pierde el caso, la corte podría ordenar que le quiten de su sueldo, dinero u otros bienes para pagar este reclamo.
- Lleve testigos, recibos y cualquier otra prueba que necesite para probar su caso.
- Lea este formulario y todas las páginas adjuntas para entender la demanda en su contra y para proteger sus derechos.

*Fill in court name and street address:*

**Superior Court of California, County of**
**Alameda Civil Small Claims**
**1225 Fallon Street**
**Oakland, California 94612**
**Tel: (510)-891-6003**

*Court fills in case number when form is filed.*

**Case Number:**
22SC 018927

**Case Name:**
**Douglas Vern Hulstedt vs.**
**Thomas Ostly et. al. Does 1-20**

### Order to Go to Court

The people in ① and ② must attend court: *(Clerk fills out section below.)*

| Trial Date | Date | Time | Department | Name and address of court, if different from above |
|---|---|---|---|---|
| 1. | 2/8/23 | 1:30pm | 105 | 661 Washington St, Oakland |
| 2. | | | | |
| 3. | | | | |

Date: **OCT - 4 2022**     Clerk, by     **K Ghee**    , Deputy

### Instructions for the person suing:

**Do not use this form to recover COVID-19 rental debt,** which is unpaid rent or other financial obligations under a tenancy due between March 1, 2020, and September 30, 2021. (See Code of Civil Procedure, §1179.02.) To recover COVID-19 rental debt, use form SC-500, *Plaintiff's Claim and ORDER to Go to Small Claims Court.*

- You are the plaintiff. The person you are suing is the defendant.
- **Before** you fill out this form, read form SC-100-INFO, *Information for the Plaintiff,* to know your rights. You can get form SC-100-INFO at any courthouse or county law library, or go to *www.courts.ca.gov/forms.*
- **Fill out pages 2, 3, and 4 of this form.** Make copies of all the pages of this form and any attachments—one for each party named in this case and an extra copy for yourself. Take or mail the original and the copies to the court clerk's office and pay the filing fee. The clerk will write the date of your trial in the box above. Your court may allow electronic filing. Check your local court website for information: *www.courts.ca.gov/find-my-court.htm.*
- You must have someone at least 18—not you or anyone else listed in this case—give each defendant a court-stamped copy of all pages of this form and any pages this form tells you to attach. There are special rules for "serving," or delivering, this form to public entities, associations, and some businesses. See forms SC-104, SC-104B, and SC-104C.
- Go to court on your trial date listed above. Bring witnesses, receipts, and any evidence you need to prove your case.

Judicial Council of California, www.courts.ca.gov
Rev. November 1, 2021, Mandatory Form
Code of Civil Procedure, §§ 116.110 et seq.,
116.220(c), 116.340(g)



## The State Bar
## *of California*

**OFFICE OF CHIEF TRIAL COUNSEL**

180 Howard Street, San Francisco, CA 94105

October 05, 2022

Douglas Vern Hulstedt
2511 Garden Road
Building C #100
Monterey CA  93940

RE:   Case Number:      22-O-13124 Thomas Andrew Ostly

Dear Douglas Vern Hulstedt:

We have received your complaint against one or more California attorney(s).  We have assigned the number shown above to this matter; please reference this number in your communications with us.

Your complaint will first be reviewed by an attorney in the Intake Unit.  If we need further information, we will contact you.  We will also advise you of any determination in this matter.  If you want to know the status of your complaint, you may contact us by calling the State Bar's toll-free complaint line at 800-843-9053.

Thank you for your patience.

Sincerely,

OFFICE OF CHIEF TRIAL COUNSEL/INTAKE

San Francisco Office
180 Howard Street
San Francisco, CA 94105

www.calbar.ca.gov

Los Angeles Office
845 S. Figueroa Street
Los Angeles, CA 90017

1   **Douglas Vern Hulstedt**
2   **℅ 2511 Garden Road, Building-C #100**                    *By-Registered-Mail #*
    **Monterey, California 93940**                             *RE MB#RO 96 I U S*
3   **Tel: (831) 899-5900**
    *Claimant/Witness/Beneficiary*                      .
4   *Without Counsel at this Time*

5

6

7                          **BEFORE THE**
8               **MEDICAL BOARD OF CALIFORNIA**
                **DEPARTMENT OF CONSUMER AFFAIRS**
9                    **STATE OF CALIFORNIA**

10

11  In the Matter of the Accusation Against:   )   **Case No. 800-2021-079497**
                                               )
12  **DOUGLAS VERN HULSTEDT, M.D.**            )
                                               )   **FOR THE DUE PROCESS CLAIM**
13                                             )   **ENTRY OF W-9 FORM FOR "COST**
          *Respondent*                         )   **RECOVERY" TO IDENTITFY WHO**
14                                             )   **THE INJURED PARTY IS IF ANY**
                                               )   **EXISTS AND THE MEDICAL BOARD**
15                                             )   **TRUSTEES** *ARE* **TO TAKE LAWFUL**
                                               )   **NOTICE THAT THEY ARE**
16  _____       )   **ATTEMPTING TO TAKE**
                                               )   **JURISIDICTION WITHOUT AN**
17      **Douglas Vern Hulstedt**              )   **INJURED PARTY VIOLATING DUE**
                                               )   **PROCESSES UNDER FALSE**
18      *Claimant/Witness/Beneficiary*         )   **ACCUSATIONS, AT THE SAME TIME**
           *Third-Party-Rule*                  )   **BENEFITING AND RECEIVING**
19                                             )   **FEDERAL FUNDING IN VIOLATION**
                                               )   **OF THE SPENDING CLAUSE, W-9 TO**
20  _____       )   **BE PLACED INTO THIS RECORD**
    *NOTICE TO THE FIDUCIARIES; 18 U.S.C § 2071,* )  **UNDER PENALTIES OF PERJURY**
21  *Concealment, removal, or mutilation generally (a)* )  **BY THE SWORN TESTIMONY OF**
    *Whoever, willfully and unlawfully conceals,* )  **ANY CLAIMANTS, 15 DAY RETURN**
22  *removes, mutilates, obliterates, or destroys, or* )
    *attempts to do so, or, with intent to do so takes and* )
23  *carries away any record, proceeding, map, book,* )   **EXHIBIT 1, W-9**
    *paper, document, or other thing, filed or deposited* )
24  *with any clerk of officer of any court of the United* )
    *States, shall be fined under this title or imprisoned* )  **METHOD OF PROCESS**
25  *not more than three years, or both.* )
    *CalGovCode §6200/6201, CalPenCode § 135* )
26                                             )
27                                             )

28

Page 1

_____
        CASE NO. 800-2021-079497 CLAIM FOR W-9 UNDER PENALTIES OF PERJURY
        Copyrighted-Works this document by the Douglas Vern Hulstedt

1
2  **Douglas Vern Hulstedt**
℅ 2511 Garden Road, Building-C #100
3  Monterey, California 93940
Tel: (831) 899-5900
4  *Claimant/Witness/Beneficiary*
*Without Counsel at this Time*

*By-Registered-Mail #*


5

6

7  **BEFORE THE**
**MEDICAL BOARD OF CALIFORNIA**
8  **DEPARTMENT OF CONSUMER AFFAIRS**
**STATE OF CALIFORNIA**
9

10

11  In the Matter of the Accusation Against:  )    **Case No. 800-2021-079497**
)
12  **DOUGLAS VERN HULSTEDT, M.D.**  )
)    **CHALLENGE NOTICE BY THIS**
13  )    **LAWFUL DIRECTION FOR DUE-**
*Respondent*  )    **PROCESS IN THE "FORM" OF A**
14  )    ***MURGIA* MOTION TO COMPEL**
)    **DISCOVERY BY THE RESPONDENTS**
15  )    **ROB BONTA, WILLIAM PRASIFKA**
——————————————  )    **REQUIRED TO SUBSTANTIATE**
16  **Douglas Vern Hulstedt**  )    **THEIR CLAIMS BY THEIR**
*Counter-Claimant-Beneficiary*  )    **UNFOUNDED SELECTIVE**
17  *vs.*  )    **CONTINUED MALICIOUS**
**Rob Bonta, William Prasifka**  )    **PROSECUTION WHICH IS VOID OF**
18  )    **MANY DUE-PROCESSES, 15 DAY**
*Respondents as Actors in Concert*  )    **RETURN ON THIS RECORD BEFORE**
19  )    **THIS MEDICAL BOARD AND ITS**
)    **FIDUCIARY TRUSTEES**
20  )
——————————————  )
21  *NOTICE TO THE FIDUCIARIES; 18 U.S.C § 2071,*  )    **EXHIBIT 1**
22  *Concealment, removal, or mutilation generally (a)*  )
*Whoever, willfully and unlawfully conceals, removes,*  )    **METHOD OF PROCESS**
23  *mutilates, obliterates, or destroys, or attempts to do so,*  )
*or, with intent to do so takes and carries away any*  )
24  *record, proceeding, map, book, paper, document, or other*  )
*thing, filed or deposited with any clerk of officer of any*  )
25  *court of the United States, shall be fined under this title or*  )
*imprisoned not more than three years, or both.*  )
26  *CalGovCode §6200/6201, CalPenCode § 135*  )
——————————————  )
27

28

Page 1

**CASE NO. 800-2021-079497 LAWFUL DIRECTION IN THE FORM OF A MURGIA MOTION**
**Copyrighted-Works this document by the Douglas Vern Hulstedt**

1 | **Douglas Vern Hulstedt**
2 | ℅ **2511 Garden Road, Building-C #100**
   | **Monterey, California 93940**
3 | **Tel: (831) 899-5900**
   | *Claimant/Witness/Beneficiary*
4 | *Without Counsel at this Time*

*By-Registered-Mail #*
*RF108880 99 2US,*

5

6

7 | **BEFORE THE**
8 | **MEDICAL BOARD OF CALIFORNIA**
   | **DEPARTMENT OF CONSUMER AFFAIRS**
9 | **STATE OF CALIFORNIA**

10

11 | In the Matter of the Accusation Against:    )    **Case No. 800-2021-079497**
                                              )
12 | **DOUGLAS VERN HULSTEDT, M.D.**            )    **MANDATORY NOTICE TO THE**
                                              )    **MEDICAL BOARD OF CALIFORNIA**
13 |                                           )    **DEPARTMENT OF CONSUMER**
   | *Respondent*                             )    **AFFAIRS STATE OF CALIFORNIA**
14 |                                           )    **AND THE RESPONDENTS ROB**
                                              )    **BONTA, WILLIAM PRASIFKA WHO**
15 | ─────────────────────────────            )    **HAVE BREACHED THE MEDICAL**
                                              )    **BOARDS GUIDELINES FOR DUE-**
16 | **Douglas Vern Hulstedt**                 )    **PROCESS ON THEIR UNFOUNDED**
   | *Counter-Claimant-Beneficiary*           )    **CLAIMS BUT YET CONTINUE TO**
17 | *vs.*                                     )    **ACT AGAINST CONSTITUTIONAL**
   | **Rob Bonta, William Prasifka**           )    **GUARANTEES AND "PANOPLY" OF**
18 |                                           )    **DUE-PROCESS THAT HAS BEEN**
   | *Respondents as Actors in Concert*       )    **TRIGGERED CONCERNING THIS**
19 |                                           )    **MATTER BY THE UNVERIFIED**
                                              )    **ACCUSATIONS OF WILLIAM**
20 |                                           )    **PRASIFKA "A TRAINED LAWYER"**
                                              )    **= SANCTIONS ARE APPROPRIATE**
21 | ─────────────────────────────            )    **BY THEIR PERJURED OATHS**
   | ***NOTICE TO THE FIDUCIARIES; 18 U.S.C § 2071,*** )
22 | *Concealment, removal, or mutilation generally (a)* )
   | *Whoever, willfully and unlawfully conceals, removes,* )   **EXHIBIT 1**
23 | *mutilates, obliterates, or destroys, or attempts to do so,* )
   | *or, with intent to do so takes and carries away any* )   **METHOD OF PROCESS**
24 | *record, proceeding, map, book, paper, document, or other* )
   | *thing, filed or deposited with any clerk of officer of any* )
25 | *court of the United States, shall be fined under this title or* )
   | *imprisoned not more than three years, or both.* )
26 | *CalGovCode §6200/6201, CalPenCode § 135* )

27 | ─────────────────────────────

28

Page 1

Copyrighted-Works this document by the Douglas Vern Hulstedt

1  **Douglas Vern Hulstedt**
2  **% 2511 Garden Road, Building-C #100**
   **Monterey, California 93940**
3  **Tel: (831) 899-5900**
   *Claimant/Witness/Beneficiary*
4  *Without Counsel at this Time*

By-Registered Mail # 

5

6

7                    **BEFORE THE**
8          **MEDICAL BOARD OF CALIFORNIA**
           **DEPARTMENT OF CONSUMER AFFAIRS**
9              **STATE OF CALIFORNIA**

10

11  In the Matter of the Accusation Against:   )   **Case No. 800-2021-079497**
                                              )
12  **DOUGLAS VERN HULSTEDT, M.D.**           )
                                              )   **CHALLENGE NOTICE BY THE VOID**
13                                            )   **OF PROBABLE CAUSE SUFFICIENT**
              *Respondent*                    )   **TO SUPPORT THE SUBPOENA FOR**
14                                            )   **DOCUMENTS, NO CAUSE EXISTS FOR**
                                              )   **STANDARD OF CARE DEVIATION AS**
15  _____       )   **STANDARD OF CARE WAS**
                                              )   **FOLLOWED "AT THAT TIME" SEE**
16     **Douglas Vern Hulstedt**              )   **WOLFSOHN CASE HEREIN,**
       *Counter-Claimant-Beneficiary*         )   **FURTHER NO EVIDENCE EXISTS AS**
17            *vs.*                            )   **TO THE MOTHERS RELEASE/RIGHTS**
       **Rob Bonta, William Prasifka**        )   **AS THE MOTHER WAS AN**
18                                            )   **INFORMANT/GUARDIAN ONLY, THE**
   *Respondents as Actors in Concert*         )   **FATHER IS NOW DECEASED IN**
19                                            )   **WHICH THE CHILD WAS PART OF**
                                              )   **HIS ESTATE THEREFORE THE STATE**
20  _____           )   **OF CALIFORNIA MUST BE THE**
                                              )   **CLAIMANT WHO HAS NO STANDING**
21  *NOTICE TO THE FIDUCIARIES; 18 U.S.C § 2071,*   )  **OR CLAIM PER THE 5TH**
22  *Concealment, removal, or mutilation generally (a)*   )  **AMENDMENT ROB BONTA, WILLIAM**
    *Whoever, willfully and unlawfully conceals, removes,*   )  **PRASIFKA RESPONDENTS "ADMIT"**
23  *mutilates, obliterates, or destroys, or attempts to do so,*   )
    *or, with intent to do so takes and carries away any*   )   **EXHIBITS 1, 2,**
24  *record, proceeding, map, book, paper, document, or other*   )
    *thing, filed or deposited with any clerk of officer of any*   )   **METHOD OF PROCESS**
25  *court of the United States, shall be fined under this title or*   )
    *imprisoned not more than three years, or both.*   )
26  *CalGovCode §6200/6201, CalPenCode § 135*   )

27  _____

28

Page 1

1

2

3

4

Douglas Vern Hulstedt
℅ 2511 Garden Road, Building-C #100
Monterey, California 93940
Tel: (831) 899-5900
*Claimant/Witness/Beneficiary*
*Without Counsel at this Time*

*By-Registered-Mail #*
RF 009 581 017 US
*:Paid-Fee-Dock-et:*

5

6

7

8

9

**BEFORE THE
MEDICAL BOARD OF CALIFORNIA
DEPARTMENT OF CONSUMER AFFAIRS
STATE OF CALIFORNIA**

10

11

12

13

14

15

In the Matter of the Accusation Against:

**DOUGLAS VERN HULSTEDT, M.D.**

*Respondent*

16

17

18

19

20

**Douglas Vern Hulstedt**
*Counter-Claimant-Beneficiary*
*vs.*
**Rob Bonta, William Prasifka**

*Respondents as Actors in Concert*

21

22

23

24

25

26

*NOTICE TO THE FIDUCIARIES; 18 U.S.C § 2071,
Concealment, removal, or mutilation generally (a)
Whoever, willfully and unlawfully conceals, removes,
mutilates, obliterates, or destroys, or attempts to do so,
or, with intent to do so takes and carries away any
record, proceeding, map, book, paper, document, or other
thing, filed or deposited with any clerk of officer of any
court of the United States, shall be fined under this title or
imprisoned not more than three years, or both.
CalGovCode §6200/6201, CalPenCode § 135*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

**Case No. 800-2021-079497**

**CHALLENGE NOTICE CLAIM ENTRY
ON THIS DOCK-ET AS THE SPENDING
CLAUSE ARTICLE 1 § 8 ALL CLAUSES,
TUCKER ACT OF 1887, 28 U.S.C. § §
1346(A), 1491, "LITTLE TUCKER ACT"
AND THE ADMINISTRATIVE
PROCEDURES ACT OF 1946,
RESPONDENTS CONTINUE TO MOVE
FORWARD AFTER JURISDICTION WAS
LOST DUE TO THE MANY VIOLATIONS
OF RIGHTS CAUSED BY THE
RESPONDENTS ROB BONTA, WILLIAM
PRASIFKA WHOM ARE ATTEMPTING
TO TAKE THE MEDICAL BOARD OF
CALIFORNIA INTO A SCHEME TO
EXTORT RIGHTS WITHOUT DUE-
PROCESS = DEPRIVATION OF RIGHTS
UNDER THE COLOR OF LAW 18 U.S.C.
§241, § 242 "THEY ADMIT" AND
CANNOT MOVE FORWARD CASE
MUST BE DISMISSED AS
ACCUSATIONS ARE UNFOUNDED**

**EXHIBITS 1, 2, 3**

**METHOD OF PROCESS**

27

28

Page 1

**CASE NO. 800-2021-079497 CHALLENGE NOTICE CLAIM ENTRY ON THIS DOCK-ET**
**Copyrighted-Works this document by the Douglas Vern Hulstedt**

1

2   **Douglas Vern Hulstedt**
    ℅ 2511 Garden Road, Building-C #100
3   **Monterey, California 93940**
    **Tel: (831) 899-5900**
4   *Claimant/Witness/Beneficiary*
    *Without Counsel at this Time*

*By-Registered-Mail #*
*X F 10R58X02L US*
*:Paid-Fee-Dock-et:*

5

6

7                           **BEFORE THE**
8                   **MEDICAL BOARD OF CALIFORNIA**
                **DEPARTMENT OF CONSUMER AFFAIRS**
9                       **STATE OF CALIFORNIA**

10

11   In the Matter of the Accusation Against:  )      **Case No. 800-2021-079497**
                                               )
12   **DOUGLAS VERN HULSTEDT, M.D.**           )
                                               )        **SUMMONS**
13                                             )
            *Respondent*                       )  **SUBPOENA AD TESTIFICANDUM TO**
14                                             )    **APPEAR ROB BONTA TO GIVE**
                                               )    **ORAL SWORN TESTIMONY AT**
15   ──────────────────────────────           )      **HEARING OR TRIAL, IT IS**
                                               )    **COMMANDED TO SHOW ON**
16       **Douglas Vern Hulstedt**            )  **NOVEMBER 8, 2022 AT 9:00 A.M.**
17   *Counter-Claimant-Beneficiary*           )  **VIRTUAL HEARING NO. 833 568 8864**
             *vs.*                             )    **CONFERENCE ID: 161 740 2173**
18   **Rob Bonta, William Prasifka**          )    **CONTINUING ON A DAY TO DAY**
                                               )  **BASIS ROB BONTA "ADMITS" THAT**
19   *Respondents as Actors in Concert*       )    **HE IS A CRITICAL WITNESS**
                                               )  **HAVING SERVED AS A CHAIRMAN**
20                                             )    **DURING 2015 SB 277 HEARINGS**
21   ──────────────────────────────           )  **ASSEMBLY MEMBER ROB BONTA**
                                               )
22   *NOTICE TO THE FIDUCIARIES; 18 U.S.C § 2071,*  )
     *Concealment, removal, or mutilation generally (a)*  )
23   *Whoever, willfully and unlawfully conceals, removes,*  )
     *mutilates, obliterates, or destroys, or attempts to do so,*  )  **EXHIBIT 1 PARTIAL TRANSCRIPT**
24   *or, with intent to do so takes and carries away any*  )
     *record, proceeding, map, book, paper, document, or other*  )
25   *thing, filed or deposited with any clerk of officer of any*  )
     *court of the United States, shall be fined under this title or*  )  **METHOD OF PROCESS**
26   *imprisoned not more than three years, or both.*  )
     *CalGovCode §6200/6201, CalPenCode § 135*  )
27   ──────────────────────────────           )

28

Page 1

1

2

**Douglas Vern Hulstedt**
℅ **2511 Garden Road, Building-C #100**
**Monterey, California 93940**
**Tel: (831) 899-5900**
*Claimant/Witness/Beneficiary*
*Without Counsel at this Time*

*By-Registered Mail #*
**RF108581091US**
*:Paid-Fee-Dock-et:*

3

4

5

6

7

8

9

### BEFORE THE
### MEDICAL BOARD OF CALIFORNIA
### DEPARTMENT OF CONSUMER AFFAIRS
### STATE OF CALIFORNIA

10

11

12

13

14

In the Matter of the Accusation Against:

**DOUGLAS VERN HULSTEDT, M.D.**

*Respondent*

**Case No. 800-2021-079497**

## TAKE NOTICE
**MEMBERS OF THE MEDICAL
BOARD AND DEPARTMENT OF
CONSUMER AFFAIRS I.E. PUBLIC
FIDUCIARIES IN TRUST WITH
THE KNOWLEDGE OF
ICAN, INFORMED CONSENT
ACTION NETWORK, THE
CDC'S STILL DISCUSSING
HOW TO RESPOND TO
VACCINE SAFETY DEBATE
IT LOST TO ICAN OVER
A YEAR PRIOR!**

15

16

17

18

19

20

**Douglas Vern Hulstedt**
*Counter-Claimant-Beneficiary*
*vs.*
**Rob Bonta, William Prasifka**

*Respondents as Actors in Concert*

21

22

23

24

25

26

*NOTICE TO THE FIDUCIARIES; 18 U.S.C § 2071,
Concealment, removal, or mutilation generally (a)
Whoever, willfully and unlawfully conceals, removes,
mutilates, obliterates, or destroys, or attempts to do so,
or, with intent to do so takes and carries away any
record, proceeding, map, book, paper, document, or other
thing, filed or deposited with any clerk of officer of any
court of the United States, shall be fined under this title or
imprisoned not more than three years, or both.
CalGovCode §6200/6201, CalPenCode § 135*

**EXHIBIT 1**

**METHOD OF PROCESS**

27

28

**CASE NO. 800-2021-079497 TAKE NOTICE INFORMED CONSENT ACTION NETWORK
Copyrighted-Works this document by the Douglas Vern Hulstedt**

Page 1

# <u>ADDITIONAL NOTICE TO INSURED/WITNESSES</u>
# <u>BY THE METHOD OF PROCESS</u>

In the California state, of the Monterey county. I, the undersigned, herein declare that I am over the age of eighteen years and NOT a party to the within entitled action. My business address is:

*1180 Forest Ave #B Pacific Grove California 93950*

I hereby declare under the penalty of perjury of the California Republic and The United States of America that I served the foregoing document as entitled: on the party(s) by mailing with the Post Office maintained by the United States, Postal Service with postage paid, titled and addressed as follows and or by file stamp/banking postmasters: **STATEMENT OF THE CLAIM (TORT), against Juliet Elizabeth Cox, Attorneys # 214401** *et.al.* **EXHIBITS 1, 2, 3;**

**Haywood Stirling Gilliam, Jr. Attorneys # 172732**
**United States District Judge/Witnesses**
1301 Clay Street
Oakland, California 94612
*By-Certified-Mail #* 7022 0410 0001 7456 1790

**THE STATE BAR OF CALIFORNIA**
**c/o Leah Tamu Wilson, Attorneys #222790, Witnesses**
180 Howard Street
San Francisco, California 94105
*By Certified-Mail #* 7022 0410 7456 1813

**Juliet Elizabeth Cox, Attorneys # 214401, Witnesses/Respondent**
1515 Clay Street, Suite 206
Oakland, California 94612
*By Certified-Mail #* 7022 0410 0001 7456 1820

**Robert Andres Bonta, Attorneys #202668, Witnesses/Respondent**
455 Golden Gate Avenues, Suite 11000
San Francisco, California 94102
*By Certified-Mail #* 7022 0410 0001 7456 1806

**Thomas Andrew Ostly, Attorneys # 209234, Witnesses**
455 Golden Gate Avenue, Suite 11000
San Francisco, California 94102
*By Certified-Mail* #7022 0410 0001 7454 2409


**Iveta Ovsepyan, Attorneys #279218, Witnesses**
**Supervising Deputy Attorney General**
300 South Spring Street, Suite 1702
Los Angeles, California 90013-1230
*By Certified-Mail* #7022 0410 0001 7454 2492


**James Alan Scharf, Attorneys# 152171, Witnesses**
150 Almaden Boulevard, Suite 900
San Jose, California 95113
*By Certified-Mail* #7022 0410 0001 7454 2485


**FEDERAL GRAND JURY**
c/o Grand-Jury-Foreman, 17th Floor, Witness
450 Golden Gate Avenue
San Francisco, California 94102
*By Certified-Mail* # 7022 0410 0001 7454 2478


I declare under the penalty of perjury of the Laws of the California Republic and The United States of America that the foregoing is correct and complete to the best of my knowledge, information and belief, and that this process/notice is executed by the voluntary act of my own hand on Monterey county and is dated below;

Date: December 29, 2022                    By: Gloria Chavez

# **METHOD OF PROCESS/WITNESSES**

In the California state, on the Monterey county. I, the undersigned, herein declare that I am over the age of eighteen years and **NOT** a *Claimant [yet] but am Witnessing/ Deliveries* to the within entitled "*Claims et.al.*" My business address is:

1180 Forest Ave #B Pacific Grove California 93950

I, hereby declare under the penalty of perjury of the California Republic and The United States of America that I served the foregoing document as entitled: on the party(s) by mailing with the Post-Office maintained by the United States, Postal Service with postage paid, titled and addressed as follows *and or* by the file stamp/banking-postmasters **PROOF OF CLAM BY DEFAULT, MANDATORY JUDICIAL NOTICED EVIDENCE TORT CLAIM AGAINST THE ATTORNEYS COX *ET.AL.*, DEFAULTED AFTER 6 MONTHS, THE STATE OF CALIFORNIA AND THE UNITED STATES "ADMIT" AS INSURERS TORT CLAIM AFTER BEING DULY SERVED AND DELIVERED TO THEM WITH THE KNOWLEDGE, EXHIBIT 1, METHOD OF PROCESS, DATE: JULY 27, 2023, TIME: 1:30 P.M., ROOM: 8-19TH FLOOR, JUDGE: Jacqueline Scott Corley, #173752;**

**UNITED STATES DISTRICT COURT**
**c/o Clerk of the Court, Mark B. Busby**
450 Golden Gate Avenue
San Francisco, California 94102
*Insured-Registered-Mail or By-Postmaster-File-Stamp*;

**Greg W. (?) Chambers, Attorneys #237509, Witnesses/Accused/Doe #1,**
**"DEFENDANTS" *et.al;***
455 Golden Gate Avenues, Suite 11000
San Francisco, California 94102

~ 5 ~

**MJN EVIDENCE TORT CLAIM AGAINST COX ATTORNEY DEFAULTED**
**Copyrighted-Works this Document-Contract-Claims by the Douglas Vern Hulstedt**

1

2
I declare under the penalty of perjury of the Laws of the California Republic and The
United States of America that the foregoing is correct and complete to the best of my
3
knowledge, information and belief, and that this bill of process is executed by the
voluntary act of my own hand on Monterey county and is dated below;
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18
Date: July 21, 2023                                          By:

19

20

21                                               Gloria Chavez

22

23

24

25

26

27

28
~ 6 ~

**MJN EVIDENCE TORT CLAIM AGAINST COX ATTORNEY DEFAULTED**
**Copyrighted-Works this Document-Contract-Claims by the Douglas Vern Hulstedt**