1
2
3
4
5

**Douglas Vern Hulstedt**
**% 2511 Garden Road, Building - C # 100**
**Monterey, California 93940**
**Tel: (831) 899-5900**
*Claimant/Witness/Beneficiary and*
*Wishing for an "Honest-Attorney"*

# FILED

**JUL 21 2023**

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

6
7

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

8
9

**Douglas Vern Hulstedt**

10
11

*Claimant/Witness/Beneficiary;*
*Adversely Affected and Aggrieved*

12

*Vs.*

13
14
15
16
17
18
19
20
21

**Robert Andres Bonta, Attorneys,**

**#202668, Laurie Rose Lubiano,**

**Attorneys #152171,  STATE BAR OF**

**CALIFORNIA *[CHARTER]* =**

***Insurance-Guarantors by the***

***Bar # Policies,***

*Defendants et.al;*

**Does/Roes 1-25;**

22
23
24
25
26
27

**Greg W.(?) Chambers,**

**Attorneys, #237509**

*Defendant/Trespasser*

*Doe #1 et.al;*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

**Case No: 23CV02003-JSC**

**PROOF OF CLAM BY DEFAULT**

**MANDATORY JUDICIAL NOTICED**
**EVIDENCE TORT CLAIM AGAINST THE**
**ATTORNEYS SCHARF *ET.AL.*,**
**DEFAULTED AFTER 6 MONTHS, THE**
**STATE OF CALIFORNIA AND THE**
**UNITED STATES "ADMIT" AS INSURERS**
**TORT CLAIM AFTER BEING DULY**
**SERVED AND DELIVERED TO THEM**
**WITH THE KNOWLEDGE, EXHIBIT 1,**

**METHOD OF PROCESS,**

**DATE: JULY 27, 2023,**
**TIME: 1:30 P.M.,**
**ROOM: 8-19TH FLOOR,**
**JUDGE: Jacqueline Scott Corley, #173752;**

28

~ 1 ~

*To All Officers and Employees of the UNITED STATES DISTRICT COURTS; I, a man in the Name of Lord Almighty I accept your Oath(s), bind you to the same and command you do justice. I waive all customary rules of law and other procedural impediments, I am not an attorney nor am I trained in law and I expect my rights to be protected by thee Public-Fiduciaries........ "Witnesses";*

**MJN PROOF OF CLAIM TORT/SCHARF** *by the Beneficiary having the Right to Claim about Wrongs being Committed by Attorneys/Trustees/ Publishers/Copyright-Works-Trespassers/Witnesses* and by accepting the "**Valid**" "**Oath of Office**" of any Public-Fiduciary-Trustee or "**Placeholder-Witness**" concerning these matters for the equal protections of the law with my Adoption of the Bill of Rights for the Due-Processes and by accepting the public record "**Official-Bonds**" or any other "**Insurance-Policies**" that may apply concerning fraud or employee misconduct/ dishonesty and by entering and the making of this **MJN EVIDENCE TORT CLAIM AGAINST SCHARF ATTORNEY DEFAULTED** before this Court of Record by the Article III Venue as the Claimant/Witness/ Beneficiary to protect my Beneficial Property Rights against Trespass or **Breach of Fiduciary-Trust, "Dishonest-Services"**, *continuing*, "I", Douglas Vern Hulstedt, *a man* stake this **Claim** for **"Right to Due-Process before Property** *is taken or damaged or slandered or placed in custody or else or done***"**, by the *knowledge of this* **MJN EVIDENCE TORT CLAIM AGAINST SCHARF ATTORNEY DEFAULTED** for the **"Due-Process to be Restored and Compensated for the Damages"**. NOTE: The citation of state and federal statutes, codes, rules, regulations, and court citations, within any document-contract created by me and not copyrighted by me, is only to notice my servants that which is applicable to them and is not intended, nor shall be construed, to mean that I confer, submit to, claim rights to or have entered into any jurisdiction alluded to thereby, by the following *11.3 Grade-Comprehension-Level per the Flesch-*

~ 2 ~

1   *__Kincaid this Document-Contract-Claims;__*  **PROOF OF CLAM BY DEFAULT,**

2   **MANDATORY JUDICIAL NOTICED EVIDENCE TORT CLAIM AGAINST**

3   **THE ATTORNEYS SCHARF *ET.AL.*, DEFAULTED AFTER 6 MONTHS, THE**

4   **STATE OF CALIFORNIA AND THE UNITED STATES "ADMIT" AS**

5   **INSURERS TORT CLAIM AFTER BEING DULY SERVED AND DELIVERED**

6   **TO THEM WITH THE KNOWLEDGE, EXHIBIT 1, METHOD OF PROCESS,**

7   **DATE: JULY 27, 2023,**

8   **TIME: 1:30 P.M., ROOM: 8-19TH FLOOR, JUDGE: Jacqueline Scott Corley,**

9   **#173752;**

**ALL RIGHTS RESERVED WAIVE-NONE;**
*__RESERVATION FOR ALL WRITS;__*
*__"FOR RESTRAINT OF LIBERTIES, NOW IN CUSTODY";__*
*and Wishing for Honest-Attorney-Re-Presentations;*



:Flag: Title: ~4, Section: ~1-3

**Verified by: *__Douglas Vern Hulstedt__***
The United States of America
Claimant/Witness/Injured
Beneficiary-Claimant *for*
DOUGLAS VERN HULSTED, M.D.
**CORPORATION #3260008/A42397,**
**"Copyright-Claimant".**

~ 3 ~

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 1

MJN EVIDENCE TORT CLAIM AGAINST SCHARF ATTORNEY DEFAULTED
Copyrighted-Works this Document-Contract-Claims by the Douglas Vern Hulstedt

# FORMAL-CLAIM

## FOR THE GOVERNMENTAL TORT

:VERIFIED-CLAIMS-AGAINST-INSURED:

### James A.(?) Scharf, Attorneys# 152171, *et.al;*
*"90-Day-Respondents" whom committed "Breach of Duties"*

*Against The*

### Douglas Vern Hulstedt, a man *as the*
Claimant/Witness/Injured;

:INSURANCE-PRESENTMENTS: FOR "NOTICE TO INSURER" DELIVERED TO:

**"The State of California"**
**c/o Attorney General/Robert Andres Bonta #202668** *et.al.***, Agents**
455 Golden Gate Avenues, Suite 11000
San Francisco, California 94102
*By-Registered-Mail #* RP108 58/ 304 US         ;

**"The United States"**
**c/o Attorney General/Merrick Garland** *et.al.***, Agents**
950 Pennsylvania Ave., NW
Washington, DC 20530
*By-Registered-Mail #* RF108 58/ 281 US.       ;

*State Case No. Ref: Small Claims 22SC018927*
*State Case No. Ref: Medical Board of California # 800-2021-079497*
*Federal Case No. Ref: 22CV07439/Federal Case No. Ref: 22CV06688*

:Claimant-Contact-Payee:
**Douglas Vern Hulstedt**
℅ 2511 Garden Road, Building - C # 100
Monterey, California 93940
Tel: (831) 899-5900
**Claimant/Witness/Injured**

# TESTIMONY NOTICE OF TORT CLAIM
# STATEMENT OF THE CLAIM

I, **Douglas Vern Hulstedt, a man** *as the* Claimant/Witness/Injured, deliver/post the following **FORMAL CLAIM FOR THE GOVERNMENTAL "TORT"** (*intentional*) that is a verified and registered claim/living testimony in the form of an affidavit (claims) to "The State of California" and "The United States" for *insurance-presentments* to the Agents (*public trustees*) for review and action "To Insure" *and or* Cancel Policy(s)/*Dis-Bar by the 90-day-Warranty-Response*. All the factual claims against policy(s) *et.al.*, contained in this claim(s) are based upon my first-hand eyewitness accounts, information's, and beliefs; I, **Douglas Vern Hulstedt, a man** *as the* Claimant/Witness/Injured stake and post notice to Agents for Notice to Principals/Brokers/Producers/Risk-Management/Underwriters to Notice "INSURER/GUARANTOR" about the enclosed **FORMAL CLAIM FOR THE GOVERNMENTAL "TORT"** (*intentional*), by the Verified-Sworn-Claims against: **James A.(?) Scharf, Attorneys # 152171** *et.al.* as follows: **1. Perjury of Oath, 18 U.S.C. § 1621, 18 U.S.C. § 3571, 28 U.S.C. § 3002 (15) and imposing as a Judicial Officer with failure to prove standing by the various representations of entities, wrongful acts, employee misconducts, acts of domestic terrorism, strict-product-liability** *et. al.* **EXHIBIT 1** = Oath of Office Requirements, **EXHIBIT 2** = Transgression Fee Schedule for the *add* of Extra-Fraudulent-Acts-Ongoing, **EXHIBIT 3** = Representations of different entities by an Attorney, **EXHIBIT 4** = Clarifications of entities *(WHICH ONE? WHERE IS YOUR OATH BY WHICH ENTITY?);*

The factual basis for this **FORMAL-CLAIM "TORT"** (*intentional*)/**STATEMENT OF THE CLAIM** is by first hand eyewitness accounts of Douglas Vern Hulstedt, a man having knowledge of court documents/instruments delivered to me by **James A.(?) Scharf, Attorneys # 152171** *et.al.* (*his unidentified-representations that have been challenged on record*) whereas due-process was/is trampled on and intentionally denied by the Fiduciary-Agents *et. al.* = Attorneys by "his" failure to "Identify" and prove authority and failure to provide his Oath of Office by the **Article 6/Title 4 U.S.C. §101** Constitutional requirement for Officers and other due-process-violations;

This **Claimant/Witness/Injured** delivering forth this **FORMAL-CLAIM "TORT"** (*intentional*) /**STATEMENT OF THE CLAIM** for insurance coverage by the "Insurer/Guarantor" for the "Occurrences" ongoing. This **Claimant/Witness/Injured** who is not trained in law, but who has the reasonable expectation of rights being protected relies on but not limited to the following added laws codes rules and regulations etc. that apply to **James A.(?) Scharf, Attorneys # 152171** *et.al.*= 90 day **"Respondents"**;

1. The Supremacy Clause of The United States *(state constitutions subordinate)*

2. Title 18 U.S.C. § 241, §242, *(deprivation of rights/conspiracy)*

3. Title 18 U.S.C. § 2071 *(concealment of the record)*

4. California Code Penal Code § 422.6, *(oppression etc)*.

5. Screws v. United States 325 US 91 (1945) *(officials being held to high standard)*

6. Penal Code Section 141(c) *(prosecutorial misconduct)*

7. Brady v. Maryland, 373 US 83 (1963) *(disclosure of exculpatory evidence and identification)*

8. California Code CIV § 3294 *(oppression and malice)*

9. California Constitution Articles VI § 18 and 18.5 *(judicial misconduct without subject-matter)*

10. California Penal Code § 1424.5 and 6068.7 *(zero tolerance for suppressed evidence "Oaths")*

11. **White Washing (1)** Ignore the Law, **(2)** Cite Invalid Law, **(3)** Ignore the Facts, **(4)** Ignore Issues as no subject-matter, **(5)** Conceal Evidence, **(6)** Say Nothing in Orders **(7)** Block/Deny Motions and Evidence, **(8)** Violate and Ignore the Rules of Procedure, **(9)** Automatically Rule against Certain Classes of People *(self-represented)* **(10)** Order Monetary Sanctions against Parties they *et.al.* want to Damage *(excessive or unfounded or undefined as to required speci* of *payment)* **(11)** Refuse to Disqualify themselves, **(12)** Violate their Oath of Office *(if any)* and Code of Judicial Conduct, **(13)** Conspire with fellow Judges/Attorneys and Judicial Employees, **(14)** Allow and Condone Perjury while Witnessing the ongoing acts while failing to stop and correct, **(15)** Deny Hearing/Motions *etc*, **(16)** Allow Fraud on the Court by its Officers, **(17)** Simulated Legal Process with intent to extort;

# STATEMENT OF THE CLAIM

### NOW THEN Douglas Vern Hulstedt, a man to propound his Testimony

**SUFFICIENT TESTIMONY
FOR THE STATEMENT OF THE CLAIM
IN THE FORM OF AFFIDAVIT**

## VERIFICATION

I, **Douglas Vern Hulstedt,** a man *as the* Claimant/Witness/Injured with my own unlimited commercial liability foreswear against **all** foreign-agents, do affirm that the following testimony in the form of affidavit under my biometric-seal by my belief and knowledge is true, correct, and complete, and not misleading, the truth, the whole truth, and nothing but the truth, and underline this agreed on "staked" notice of Claim "TORT" (*intentional*) by the following;

Verified by: **_Douglas Vern Hulstedt_**
The United States of America
Claimant/Witness/Injured
"Mortgagee/Insured"
Beneficiary-Agent *for*
DOUGLAS VERN HULSTEDT, M.D

## CLAIMS NOW your "Affiant", Testimony of the Douglas Vern Hulstedt;

1. Your Affiant Testifies and makes these Claims by his //signature//verification and biometric-seal = thumb print;

2. Your Affiant makes this Testimony in the California state, Monterey county, on December 30, 2022;

**3.** Your Affiant Testifies that he provides the four (4) *elements that gives jurisdiction to the court/or appropriate officer to act* **(a)** who is the injured **(b)** who is the identified that has breached a duty **(c)** what are the codes or violations that resulted in damages on the claimant as fact **(d)** the factual sufficiency of the claim(s) that only a witness can testify about authenticated evidence and subject to cross examination;

**(a)** **Douglas Vern Hulstedt,** a man is the Injured/Witness/Claimant;
**(b)** **James A.(?) Scharf, Attorneys # 152171 *et.al.*** Whom Breached-Fiduciary-Duties;
**(c)** **Violations: Perjury of Oath, 18 U.S.C. § 1621, 18 U.S.C. § 3571, 28 U.S.C. § 3002 (15) and imposing as a Judicial Officer with** failure to prove standing by the various **representations of entities, wrongful acts, employee misconducts, acts of domestic terrorism, strict-product-liability *et. al.***
**(d)** Your Affiant now testifies that he will state the **factual sufficiency of claims 1 thru 7 =** statement of claim/facts against **James A.(?) Scharf, Attorneys # 152171 *et.al.* by the following claim sets 1-7 including, JUSTIFICATION RECITAL, CONCLUSION, EXHIBITS 1, 2, 3, 4;**

# CLAIM SETS 1-7 STATEMENTS

**(1)** <u>**WHO DID WHAT**</u> = **James A.(?) Scharf, Attorneys # 152171 *et.al.*** has "Perjured his Oath of Office" in the ongoing movements *with* actors/attorneys in concert to **EXTORT** my beneficial interests and property assets, *see* above **Violations (c);**

**(2)** <u>**WHERE DID IT HAPPEN**</u> = UNITES STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA, **Removal** *(by his own hand)* **Case No. 22CV07439-TSH, HSG;**

**(3)** <u>**WHEN DID IT HAPPEN**</u> = November 23, 2022 ongoing;

**(4)** <u>**HOW WAS IT DONE**</u> = Perjury of Oath *with the way of* **FRAUD AND DECEPTIVE PRACTICES AND REFUSAL TO PROTECT RIGHTS, REFUSAL TO IDENTIFY AFTER THE FACT;**

**(5)** <u>**WHAT LAWS WERE VIOLATED**</u> = **Perjury of Oath, 18 U.S.C. § 1621, 18 U.S.C. § 3571, 28 U.S.C. § 3002 (15) and imposing as a Judicial Officer with failure to prove standing by the various representations of entities, wrongful acts, employee misconducts, acts of domestic terrorism, strict-product-liability *et. al;***

**(6)** <u>**WHO IS THE VICTIM**</u> = **Douglas Vern Hulstedt,** *a man as Beneficiary, Mortgagee;*

**(7) WHAT ARE THE CAUSES OF CLAIMS AS TO LAWS VIOLATED =**
Disbarment, Criminal Indictments, Insurance-Payments by the "Guarantors" *et.al.* by
the **250,000.00** damages *times two* **James A.(?) Scharf, Attorneys # 152171**
*et.al.*/**Robert Andres Bonta, Attorneys # 202668** *et.al. as actors in concert* for the
**500,000.00 in damages for Perjury of Oath by** *attempting* **to Overthrow the
Government "We the People" by the blocking of due-processes after the fact;**

4. Your Affiant Testifies that he has met the sufficiency of stating of a claim **1-7** against **James
A.(?) Scharf, Attorneys # 152171** *et.al.* and it is now up to the public-trustees to **ACT**
accordingly by their public duties and public trust to "Insure" or "Deny" CLAIM by the
Actors/Attorneys *et. al.* acting outside their scope of authority and employment in which
they refuse to protect rights and due-process by the 5th Amendment and cause other non-
faithful-performances and personal injuries, 90 day response to identify "Positions of Claim"
30 days for **James A.(?) Scharf, Attorneys # 152171** *et.al.* to respond with his Oath before
suit of this Insurance-Claim **"TORT"** (*intentional*) is docketed for summary judgement
against the "Insurer/Guarantor" and or if denied by "Insurer/Guarantor" then the **private
capacities** and assets of **James Alan Scharf and Robert Andres Bonta**;

5. Your Affiant Testifies that for the investigation by the **duty** of the "Insurers/Guarantors" who
are required to disclose/investigate to "Identify" the Individuals/Facts above by the
placement and notice to this Claimant/Witness/Injured the certified copies of the "Oaths of
Offices' by the **Article 6/Title 4 U.S.C. §101** Constitutional Oath of Office for the proof of
claim that they are not *imposing* as Judicial Officers, to check compliance by the mandated
law and under The-General-Liabilities-Clause for insurance coverage;

6. Your Affiant Testifies that he made these claims freely;

7. Your Affiant Testifies that these claims are true, complete, and not misleading by the best of
my knowledge/beliefs;

8. Your Affiant Testifies and has personal first-hand knowledge of all the facts/claims
reasonable reliance's which are stated herein;

9. **Your Affiant Testifies IT IS SO CLAIMED-DAMAGES for 500,000.00,** *further
damages* **T.B.D by the responses;**

# JUSTIFICATION RECITAL

1. On October 4, 2022 Plaintiff's Claim and ORDER to Go to Small Claims Court by the Case Number: 22SC018927 in the Superior Court of California, County of Alameda against **Thomas Ostly, The "State of California"** *as Guarantor and* The **"United States"** *as Guarantor* for Perjury of Oath *et.al. (witnesses et.al. have knowledge of this);*

2. On the November 23, 2022 *by his own hands* JAMES A.(?) SCHARF removed the Small Claims Case to Federal Court **NOTICE OF REMOVAL OF CIVIL ACTION** by the Case Number 22CV07439-TSH claiming to be the Attorneys for Defendant **"United States of America"**, Attorneys for Defendant **"United States"**, Attorneys for Defendant USA appearing to be some sort of "Triple-Agent"/Foreign-Agent? JAMES A.(?) SCHARF **refuses to identify his standing after being duly challenged in the record multiple times in** Case Number 22CV07439-TSH, HSG *(causing a subject-matter-jurisdiction-controversy);*

3. **James A.(?) Scharf, Attorneys# 152171 refuses to enter his Oath of Office into the record to provide due-process of the law, James A.(?) Scharf, Attorneys# 152171 is aiding and abetting the extortion scheme against my beneficial interests;**

   (a) **James A.(?) Scharf, Attorneys# 152171 will not provide his middle name by lawful government identification as there are no initials in law;**
   (b) **James A.(?) Scharf, Attorneys# 152171 does not have an Oath of Office to The "United States of America";**
   (c) **James A.(?) Scharf, Attorneys# 152171 does not have a valid Oath of Office as mandated by the <u>Article 6/Title 4 U.S.C. §101</u> Constitutional Oath of Office;**
   (d) **James A.(?) Scharf, Attorneys# 152171 is imposing a Judicial Officer in a simulated-legal-process;**
   (e) **James A.(?) Scharf, Attorneys# 152171 has not made a proper appearance in Case Number 22CV07439-TSH, HSG, F.R.C.P. 11B** *(causing a subject-matter-jurisdiction-controversy);*
   (f) **James A.(?) Scharf, Attorneys# 152171 has not filed his registration as a foreign-agent;**
   (g) **James A.(?) Scharf, Attorneys# 152171 removal is fraudulent** *ab initio;*
   (h) **James A.(?) Scharf, Attorneys# 152171 is unethical and refuses to protect my rights;**
   (i) **James A.(?) Scharf, Attorneys# 152171** *if he* **provides a valid Oath of Office it will prove without doubt that he has Perjured his Oath of Office,** *if valid if he has one?*
   (j) **James A.(?) Scharf, Attorneys# 152171 is supposedly a well-trained "Attorney" who's product-works by his writings and his deliveries through the mail service making him liable for his "Strict-Product-Liability" his product-works;**
   (k) **James A.(?) Scharf, Attorneys# 152171 either works in concert with the government or he acts outside the scope of his authority as a privateer;**

# **CONCLUSION**

I, **Douglas Vern Hulstedt**, a man with my reasonable witnessing conclude that it is clear and precise that my due process is and has been violated *ab initio* and any person with reasonable comprehension would also conclude the same.  I will not standby and allow the *unethical* **James A.(?) Scharf, Attorneys # 152171 *et.al.* to deprive me of my 43 years plus life's work as a Medical Doctor without Due-Process 5th Amendment.  TAKE NOTICE THIS IS A 90 NOTICE TO RESPONDENTS/AGENTS TO RESPOND TO "INSURE" OR TO "DENY" CLAIM BEFORE SUIT IS DOCKETED. James A.(?) Scharf, Attorneys # 152171 *et.al.* TO RESPOND WITH IN 30 DAYS BY HIS RESPONSE OR HE CONFESSES TO A CRIMINAL CLAIM BEING LODGED WITH THE FEDERAL GRAND JURY. ALSO NOTE: I AM READY AND WILLING FOR ANY REQUEST FOR SETTLEMENTS OUTSIDE OF THE TAXPAYER FUNDED LEGAL SYSTEM, OFFER TO SETTLE TO BE SENT BY RESPONDENTS IN WRITING;**

# **VERIFICATION**

I, **Douglas Vern Hulstedt**, "One of the People" of California, makes this Verification based on personal knowledge of matters set forth herein and appearing as a man without waiving any rights or remedies, being competent in mind and body to testify, do hereby declare, verify and affirm that the claims stated herein are true, correct, and complete in all material fact, not misrepresented based on my own knowledge to the best of my current information, knowledge and belief under the penalty of perjury of the laws of The United States of America (*Unincorporated/Land Jurisdiction*) and the laws of California republic and is admissible as evidence in a court of law or equity, except as to those

matters that are therein made upon information and belief, and as to those claims or facts, I believe them to be true and admissible as evidence, and if called upon as a witness, I will testify as to the veracity of this **STATEMENT OF THE CLAIM (TORT)** (*intentional*), **against James A.(?) Scharf, Attorneys# 152171** *et.al.*, **JUSTIFICATION RECITAL, CONCLUSION, EXHIBITS 1, 2, 3, 4;**


**ALL RIGHTS RESERVED WAIVE-NONE**
***RESERVATION FOR WRIT FOR HABEAS CORPUS***
***"FOR RESTRAINT OF LIBERTIES"***


**Verified by:** ***Douglas Vern Hulstedt***
The United States of America
Claimant/Witness/Injured
Beneficiary-Agent *for*
DOUGLAS VERN HULSTEDT, M.D

# EXHIBIT 1

# ATTORNEY'S OATH OF OFFICE

## CALIFORNIA BUSINESS AND PROFESSIONS CODE

**6067.  Oath.**  Every person on his admission shall take an oath to support the Constitution of the United States and the Constitution of the State of California, and faithfully to discharge the duties of any attorney at law to the best of his knowledge and ability. A certificate of the oath shall be indorsed upon his license.(Added by Stats. 1939, c 34. p. 354, Sec. 1.)

# 4 U.S. Code § 101 - Oath by members of legislatures and officers

U.S. Code

Every member of a <u>State</u> legislature, and every executive and judicial officer of a <u>State,</u> shall, before he proceeds to execute the duties of his office, take an oath in the following form, to wit: "I, A B, do solemnly swear that I will support the Constitution of the United <u>States."</u>

(July 30, 1947, ch. 389, <u>61 Stat. 643.)</u>

# EXHIBIT 2

# Claim of Damages/Transgression fee schedule

I, Douglas Vern Hulstedt, a living flesh and blood man, charge these fees for violations of my God-given rights, this is a copy of my True-Bill.

I swear under penalty of perjury these fees will be billed to any transgressor of my rights and I command restitution to be paid to me in legal tender .999 one ounce silver coinage no later than 14 days upon receipt of my True-Bill (*I do accept other forms of payment*).

By Respondent(s)' silence, they have agreed to the following PROOF OF CLAIM(S), for determining/calculating actual/compensatory damages to the Claimant **James A.(?) Scharf, Attorneys # 152171** *et.al,* **= Respondents;**

PROOF OF CLAIM, *"actual"* or *"compensatory damages"* in actions/claims for false arrest/false imprisonment have not been established at 25,000 dollars per twenty-three (23) minutes, 1,600,000 million dollars per day; and, punitive damages may not be set by the injured party; and specifically, the Undersigned as the injured party within the above referenced alleged Criminal Case/Cause. [See: *Trezevant v. City of Tampa, 741 F.2d 336 (1984),* wherein damages were set as 25,000 dollars per twenty-three 23 minutes in a false imprisonment case.]

PROOF OF CLAIM, the above cited case; i.e., Trezevant v. City of Tampa, can be utilized by the Undersigned in determining actual/compensatory damages should Respondent(s) agree the Undersigned has been falsely imprisoned; and, Respondent(s) can provide any valid, lawful, and reasonable objection as to why it should not, or cannot, be so utilized and applied in this matter.

Furthermore;

The AUTHORITY FOR FINES (DAMAGES) CAUSED BY CRIMES BY GOVERNMENT OFFICERS: PERPETRATORS INCLUDING AUTHORIZING BODIES, CAPTAINS, CHIEFS, SUPERVISORS, EMPLOYERS, AGENTS, CLERKS, ADMINISTRATORS, and JUDGES is my power as unlimited as cited in the 9th and 10th Amendment.

These Damages to my rights, in part, were determined by GOVERNMENT itself for the violation listed:

Emoluments Violations – 18 U.S.C. §§§ 241, 242, 643, / 28 U.S.C. § 1927, / 29 U.S.C. § 1109

*He has erected a multitude of New Offices, and sent hither swarms of Officers to harass our people, and eat out their substance.*

EXECUTIVE ORDER 13818 ON HUMAN TRAFFICKING, (Public Law 114-328) section 212(f),

8 U.S.C. 1182(f), (INA), 3 U.S.C. section 301, 28 U.S.C. §§ 1608, 1330 / Qui Tam 31 U.S. Code, § 3730(b),(c)

| Breach | Penalty | Authority |
|---|---|---|
| To attend meetings, hearings under duress, against my consent | $1,000.00 per minute | |
| A-VIOLATION OF OATH OF OFFICE: 3002 (15) | $250,000.00 | 18 USC 3571, 28 USC |
| B-ARMED ABUSE OF OFFICE: | $200,000.00 | |
| C-ARMED ABUSE OF AUTHORITY: | $200,000.00 | |
| D-ARMED USE OF EMERGENCY LIGHTING IN A NON-EMERGENCY: | $200,000.00 | |
| E-ARMED USE OF EMERGENCY SIREN IN A NON-EMERGENCY: | $200,000.00 | |
| F-ARMED ASSAULT AND BATTERY: | $200,000.00 | |
| G-ARMED THREAT OF VIOLENCE: | $200,000.00 | |
| H-ARMED COERCION: | $200,000.00 | |
| I-DENIED PROPER WARRANT(S): | $250,000.00 | 18 USC 3571 |
| J-DENIED RIGHT OF REASONABLE DEFENSE ARGUMENTS: | $250,000.00 | 18 USC 3571 |
| K-DEFENSE EVIDENCE (RECORDS): | $250,000.00 | 18 USC 3571 |
| L-DENIED RIGHT TO TRUTH IN EVIDENCE: | $250,000.00 | 18 USC 3571 |
| M-ARMED VIOLATION OF DUE PROCESS: | $200,000.00 | |
| N-SLAVERY (Forced Compliance to contracts not held): | $250,000.00 | 18 USC 3571 |
| O-DENIED PROVISIONS IN THE CONSTITUTION: | $250,000.00 | 18 USC 3571 |
| P-ARMED TREASON, WAR AGAINST AMERICANS: | $250,000.00 | 18 USC 3571 |
| Q-GENOCIDE AGAINST HUMANITY: | $1,000,000.00 | 18 USC 1091 |
| R-APARTHEID: | $1,000,000.00 | |
| S-ARMED DEPRIVATION OF RIGHTS UNDER COLOR OF LAW: | $200,000.00 | |
| | $200,000.00 | 18 USC 242 |

| | | |
|---|---|---|
| T-EMOTIONAL DISTRESS: (vii) | $200,000.00 | 32 CFR 536.77(a) (3) |
| U-MENTAL ANGUISH ABUSE: | $200,000.00 | 42 CFR 488.301 |
| V-PEONAGE (Felony): 1994 | $200,000.00 | 18 USC 1581, 42 USC |
| W-UNLAWFUL INCARCERATION: | $200,000.00 | |
| X-MALICIOUS PROSECUTION: | $200,000.00 | |
| Y-DEFAMATION OF CHARACTER: | $200,000.00 | |
| Z-SLANDER: | $200,000.00 | |
| AA-LIBEL: | $200,000.00 | |
| BB-ARMED TRESPASS: | $200,000.00 | |
| CC-NEGLECT/FAILURE TO PROTECT/ACT: 1986 | $200,000.00 | 18 USC 1621, 42 USC |
| DD-ARMED GANG PRESSING: | $200,000.00 | |
| EE-ARMED LAND PIRACY/PLUNDER: | $200,000.00 | |
| FF-UNAUTHORIZED BOND PRODUCTION: | $200,000.00 | |
| GG-ARMED FORGERY: | $200,000.00 | |
| HH-ARMED EMBEZZLEMENT: | $200,000.00 | |
| II-GENOCIDE: | $1,000,000.00 | |
| JJ-ARMED STALKING: | $200,000.00 | |
| KK-ARMED IMPERSONATING A PUBLIC OFFICIAL: | $200,000.00 | |
| LL-ACTING AS AGENTS OF FOREIGN PRINCIPLES: | $200,000.00 | 18 USC 219 |
| MM-ARMED TORTURE: | $200,000.00 | |
| NN-ARMED OPERATING STATUTES WITHOUT BOND: | $200,000.00 | |
| OO-EXPLOITATION OF A LEGAL JUSTICE MINORITY GROUP | $500,000.00 | |
| BY BAR CLOSED UNION COURTS- CIVIL RIGHTS: | $1,000,000.00 | |
| PP-BAR VIOLATION OF ANTI-TRUST LAWS: | $200,000.00 | |
| QQ-FICTITIOUS CONVEYANCE OF LANGUAGE: | $200,000.00 | Chap. 2b 78FF |
| RR-MISAPPROPRIATION OF TAXPAYER FUNDS: | $200,000.00 | 18 USC 641-664 |
| VIOLATIONS OF THE UNIVERSAL DECLARATION OF HUMAN RIGHTS | | |
| SS-ARMED BREACH OF TRUST: | $200,000.00 | |

| | | |
|---|---|---|
| TT-ARMED DISTURBING THE PEACE: | $200,000.00 | |
| UU-ARMED KIDNAPPING: | $200,000.00 | 18 USC 1201 |
| VV-ARMED MALFEASANCE/MALPRACTICE: | $200,000.00 | 22 CFR 13.3 |
| WW-ARMED MISREPRESENTATION/PERSONAGE: | $200,000.00 | |
| XX-MIS-PRISON OF FELONY: | $500.00 | 18 USC 4 |
| YY-ARMED CONSPIRACY AGAINST RIGHTS OF PEOPLE: | $200,000.00 | 18 USC 241 |
| ARMED CRIMINAL EXTORTION/ | | |
| ZZ-ECONOMIC OPPRESSION: <br> CFR 11.417 | $200,000.00 | 18 USC 141, 872, 25 |
| AB-ARMED EXTORTION OF RIGHTS: | $200,000.00 | Title 15 |
| AC-ARMED ROBBERY: | $200,000.00 | |
| AD-ARMED THEFT BY FORCED REGISTRATION: | $200,000.00 | |
| AE-MAIL THREATS: | $5,000.00 | 18 USC 876 |
| AF-MAIL FRAUD: | $10,000.00 | 18 USC 1341 |
| AG-ARMED FRAUD: | $10,000.00 | 18 USC 1001 |
| AH-ARMED VIOLATION OF LIEBER CODE | | |
| AGAINST NON-COMBATANTS: | $200,000.00 | |
| AI-ARMED WRONGFUL ASSUMPTION | | |
| OF STATUS/STANDING: | $200,000.00 | |
| AJ-ARMED FALSIFICATION OF DOCUMENTS/RECORD: <br> 7701(a) (1) | $10,000.00 | 18 USC 1001, 26 USC |
| AK-ARMED FICTITIOUS OBLIGATIONS: | $200,000.00 | 18 USC 514 |
| AL-ARMED PERJURY: | $2,000.00 | 18 USC 1621 |
| AM-ARMED SUBORDINATION OF PERJURY: | $2,000.00 | 18 USC 1622 |
| AN-To determine multiply no. of counts by damage | | |
| AO-ARMED RACKETEERING (Criminal, Felony): | $200,000.00 | 18 USC 1961-1968 |
| AP-ARMED RACKETEERING (Civil): | $200,000.00 | |
| AQ-Wages Taken $x3= | | 18 USC 1964 (c) |
| (Sustained Damages [total] x3) | | |

The lien debtors will be responsible for any IRS obligations resulting from the discharge or cancellation of any debts, as well as earned income resulting from accepted settlements.

**Dealing with claims of "Immunity"**~ Any claim of **"Immunity"** is a fraud by fact, if valid, it would prevent removal from office for crimes against the people, which removal is authorized or mandated under U.S. Constitution Article 2, Section IV; as well as 18 USC 241, 42 USC 1983, 1985, 1986, and other state Constitutions. ~Precedents of Law established by Court cases which are in violation of law render violations of law legally unassailable. Such a situation violates several specifically stated intents and purposes of the Constitution set forth in the Preamble; to establish justice, insure domestic tranquility, and secure the blessings of liberty.

All These factual fees for transgressions of my God-given rights are true and correct to the best of my memory and all statements/claims are made in good faith and sworn to under penalty of perjury in common law. All my God given rights are reserved and none waived.

By: ~~Douglas Hulstedt~~

The United States of America
Douglas Vern Hulstedt
c/o 2511 Garden Road, Building – C #100
Monterey, California 93940

Monterey county

California state

| A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document |
| --- |

On __December 3)__, 2022 before me, __Leslie Bittermann__

Date                                                    Name of Notary

personally appeared **Douglas Vern Hulstedt**, who proved to me on the basis of satisfactory evidence to the persons whose names are subscribed to the within instrument and acknowledged to me that they executed the same in their authorized capacities and that by their signature on this instrument are the person or the entity upon behalf of which they acted.

I certify under PENALTY OF PERJURY under the laws of the California state that the foregoing paragraph is true and correct.

By: _____

Public Notary:

LESLIE BITTERSMANN
Notary Public - California
Monterey County
Commission # 2412292
My Comm. Expires Aug 3, 2026

# EXHIBIT 3

1 | STEPHANIE M. HINDS (CABN 154284)
United States Attorney
2 | MICHELLE LO (NYBN 4325163)
Chief, Civil Division
3 | JAMES A. SCHARF (CABN 152171)

4 | Assistant United States Attorney
150 Almaden Boulevard, Suite 900
5 | San Jose, California 95113
Telephone: (408) 535-5044
6 | FAX: (408) 535-5081
James.Scharf@usdoj.gov

7

8 | Attorneys for Defendant
United States of America

9

10 | **UNITED STATES DISTRICT COURT**

11 | **NORTHERN DISTRICT OF CALIFORNIA**

12

13 | DOUGLAS VERN HULSTEDT ) Case No. 3:22-cv-07439-TSH
)
14 | Plaintiff, )
)
15 | v. ) **PROOF OF SERVICE RE: NOTICE OF**
) **REMOVAL OF CIVIL ACTION**
16 | THOMAS OSTLY, *et al.*, )
)
17 | Defendants. )
)
18 | )
)
19 | _____ )

20 | The undersigned hereby certifies that she is an employee of the Office of the United States

21 | Attorney for the Northern District of California and is a person of such age and discretion to be

22 | competent to serve papers. The undersigned further certifies that she caused a copy of:

23 | 1. Notice of Removal of Civil Action with Exhibit 1 (filed 11/23/22)

24 | 2. Civil Case Cover sheet (filed 11/23/22)

25 | 3. ECF Registration Information (2017)

26 | 4. ECF Guide to E-filing New Civil Cases (updated for 2019)

27 | 5. U.S. District Court for NDCA Dropbox Filing Procedures

28

PROOF OF SERVICE RE: NOTICE OF REMOVAL
Case No. 3:22-cv-07439-TSH

1

1 | DATED: November 23, 2022

Respectfully submitted,

2

STEPHANIE M. HINDS
United States Attorney

3

4

/s/ James A. Scharf

5

JAMES A. SCHARF
Assistant United States Attorney

6

Attorneys for Defendant
United States of America

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1  STEPHANIE M. HINDS (CABN 154284)
   United States Attorney
2  MICHELLE LO (NYRN 4315163)
   Chief, Civil Division
3  JAMES A. SCHARF (CABN 152171)
   Assistant United States Attorney
4
        U.S. Attorney's Office/Civil Division
5       150 Almaden Blvd., Ste. 900
        San Jose, California 95113
6       Telephone: (415) 912-6370
        FAX: (408)535-5081
7       James.scharf@usdoj.gov

8  Attorneys for Defendant United States of America

9
                    UNITED STATES DISTRICT COURT
10
                  NORTHERN DISTRICT OF CALIFORNIA
11
                        OAKLAND DIVISION
12

13  DOUGLAS VERN HULSTEDT,                ) CASE NO. 3:22-cv-07439-HSG
                                          )
14         Plaintiff,                     ) **DEFENDANT USA'S CORRECTED SECOND**
                                          ) **AMENDED NOTICE OF MOTION TO DISMISS**
15      v.                                )
                                          ) Date: March 30, 2023
16  THOMAS OSTLY, et al.,                 ) Time: 10:00 a.m.
                                          ) Place: Oakland Courthouse
17         Defendants.                    ) Courtroom 2 – 4th Floor
                                          ) Judge: Hon. Haywood S. Gilliam
18                                        )
                                          ) Related Action:
19                                        ) HULSTEDT v. MEDICAL BOARD OF
                                          ) CALIFORNIA, Case No. 22-cv-06688-HSG
20  _____)

21
            CORRECTED SECOND AMENDED NOTICE OF MOTION TO DISMISS
22
        PLEASE TAKE NOTICE THAT, pursuant to the Order Reassigning Case, Dkt. No. 25, on
23
    Thursday, March 30, 2023, at 2:00 p.m., or soon thereafter as the matter may be heard, before the Hon.
24
    Haywood S. Gilliam, in the Oakland Courthouse, Courtroom 2 – 4th Floor, Defendant United States of
25
    America will move this Court to dismiss Plaintiff's Complaint pursuant to Federal Rules of Civil
26
    Procedure 8(a), 12(b)(1), and 12(b)(6).
27

28
    DEFENDANT USA'S CORRECTED SECOND AMENDED NOTICE OF MOTION TO DISMISS
    CASE NO. 3:22-CV-07439-HSG

                                    1

# EXHIBIT 4

# * * * * * Our Actual Sovereign Government * * * * *
## "The united States of America"

Created by the agreement known as: "The Unanimous Declaration of Independence of the united States of America", 04 July 1776.
These "States" were the original geographically defined "estates" formed by the United Colonies.
They are guaranteed a "republican form of government". Together, they formed — a Union, a Federation, and a Confederation:

| | | |
|---|---|---|
| **"The United States"** | **+** **"The United States of America"** | **> "The States of America"** |
| **Union** of States | **Federation** of States | **Confederation** of States of States |
| 09 September 1776 | 07 September 1776 | 01 March 1781 |
| Holds the **National Soil Jurisdiction** | Holds the **International Jurisdictions** | **Global Jurisdiction** Business for the States |
| States: Virginia, Maine, New York... | States: Virginia, Maine, New York... | The State of Virginia, The State of Maine... |
| **State Nationals (people) — Private Persons** | **State Citizens (People) — Lawful Persons** | **Legal Persons of State** |
| **County Courts** | **State Courts** | **The State of _____ Courts (Missing)** |
| **Local Common Law** | **American States Common Law** | **International Mercantile Law** |

## With the Flowchart of Authority, The Above is Separate From Below

# * * * * * The Federal (Subcontractor) Government * * * * *
**19 Enumerated Powers** of our Sovereign Government were **delegated to three (3) Service Companies** below.
Together, they formed the three branches of the Federal Government — a Federal, a Territorial, and a Municipal:

| **Federal Government (American)** | **> Territorial Government (British)** dba: | **> Municipal Government (Papist)** dba: |
|---|---|---|
| dba: **"the" States of America** 1787 | **"the" United States of America** 1789 | **"the" United States** 1790 |
| **Republic** | **Democracy** | **Plenary Oligarchy** |
| **Part of International Land and Sea Jurisdictions** | **Part of International Sea Jurisdiction** | **Part of Global Air (Commerce) Jurisdiction** |
| The Constitution **for the united States of America** | The Constitution **of the United States of America** | The Constitution **of the United States** |
| "the" Georgia State, "the" Maine State... | "the" State of Georgia, "the" State of Maine... | "the" STATE OF GEORGIA, "the" STATE OF... |
| **Legal Persons - United States Citizens** | **Legal Persons — U.S. Citizens** | Legal PERSONS – **"citizens of the United States"** |
| **"Vacant" Offices periodically filled by "Representatives"** | **Federal Military and Dependents** | **Federal Civil Service and Dependents** |
| This portion of "Federal" Government **has been "missing" since 1860** | Part of Navy, Tariffs, and Trade Policies Northern mercenaries in the Civil War | Washington, DC, Municipal Government Southern mercenaries in the Civil War |
| United States Statutes-at-Large and Organic Law Published upon the **Congressional Record** (International Land and Mercantile Law) Postal District Court | Federal Code and Statutory Law Published upon the **Federal Register** (Admiralty and Equity Law) First Judicial District Court | Municipal Law and Uniform Commercial Code Published as **Municipal Code and UCC** (Roman Civil and UCC COMMERCIAL Law) UNITED STATES DISTRICT COURT |

Translation Key for Everyone

The United States is the Proper Name of our Union of republican states.

Capital T on The.

But "the" United States is the Municipal United States, an independent international city state, a franchise of the Holy Roman Empire on our shores. This entity is a plenary oligarchy run by the crooked members of Congress.

The United States of America is the Proper Name of our Federation of States. It is an unincorporated business organization of which our States are members.

Notice again—Capital T on The.

But "the" United States of America is the name of a British Territorial Government that is responsible for the mutual defense of our States.

For an entity to become a corporation under federal law, there must be an Act of Congress creating that corporation.

There are no Acts of Congress expressly incorporating either the "United States" or the "United States of America".

In 1871 Congress did expressly incorporate the District of Columbia, but D.C. and the "United States" are not one and the same.  In that Act of 1871, Congress also expressly extended the U.S. Constitution into D.C.:

http://www.supremelaw.org/cc/gilberts/intentm3.filed.htm#1871

In United States v. Cooper Corporation, 312 U.S. 600 (1941), the Supreme Court wrote:

http://caselaw.findlaw.com/us-supreme-court/312/600.html

**"We may say in passing that the argument that the United States may be treated as a corporation organized under its own laws, that is, under the Constitution as the fundamental law, seems so strained as not to merit serious consideration ."**

Some of the confusion rampant on this subject may have originated in the definition of "UNITED STATES OF AMERICA" in Bouvier's Law Dictionary here:

http://www.supremelaw.org/ref/dict/bldu1.htm#union

See Paragraph 5 quoted here:

**"5.  The United States of America are a corporation endowed with the capacity to sue and be sued, to convey and receive property.  1 Marsh. Dec. 177, 181.
But it is proper to observe that no suit can be brought against the United States without authority of law."**

Note that the plural verb "are" was used, providing further
evidence that the "United States of America" are plural,
as implied by the plural term "States".  Also, the author
of that definition switches to "United States" in the second
sentence.  This only adds to the confusion, because the
term "United States" has three (3) different legal meanings:

http://www.supremelaw.org/decs/hooven/hooven.htm#united.states

However, the decision cited above is Justice Marshall issuing dictum,
and it is NOT an Act of Congress.  Here, again,
be very wary of courts attempting to "legislate" in the absence
of a proper Act of Congress.  See 1 U.S.C. 101 for the
statute defining the required enacting clause:

http://www.law.cornell.edu/uscode/1/101.html

And, pay attention to what was said in that definition here:
**"no suit can be brought against the United States
without authority of law"**.  That statement is not only
correct;  it also provides another important clue:
Congress has conferred legal standing on the "United States"
to sue and be sued at 28 U.S.C. 1345 and 1346, respectively:

http://www.law.cornell.edu/uscode/28/1345.html
http://www.law.cornell.edu/uscode/28/1346.html

Congress has NOT conferred comparable legal standing
upon the "United States of America" to sue, or be sued,
as such.

Furthermore, under the Articles of Confederation, the term
"United States of America" is the "stile" or phrase that was used
to describe the Union formed legally by those Articles:

**Articles of Confederation and perpetual Union between the States
of New Hampshire, Massachusetts bay, Rhode Island and Providence
Plantations, Connecticut, New York, New Jersey, Pennsylvania,
Delaware, Maryland, Virginia, North Carolina, South Carolina and**

**Georgia.**

**Article I.  The Stile of this Confederacy shall be
"The United States of America."**

**Article II.  Each state retains its sovereignty, freedom,
and independence, and every power, jurisdiction, and right,
which is not by this Confederation expressly delegated
to the United States, in Congress assembled."**

[end excerpt]

When they came together the first time to form
a Union of several (plural) States, they decided
to call themselves the "United States of America".

Note also that those Articles clearly distinguished
"United States of America" from "United States"
in Congress assembled.  The States formally
delegated certain powers to the federal government,
which is clearly identified in those Articles as the
"United States".

**Therefore, the "United States of America" now refer to
the 50 States of the Union, and the term "United States"
refers to the federal government.**

The term "United States" is the term that is used consistently now
throughout Title 28 to refer to the federal government domiciled
in D.C.  There is only ONE PLACE in all of Title 28 where the
term "United States of America" is used, and there it is used
in correct contradistinction to "United States":

http://www.law.cornell.edu/uscode/28/1746.html

Because Title 28 contains statutes which govern all federal courts,
the consistent use of "United States" to refer to the federal
government carries enormous weight.  Title 28 is the latest word
on this subject, as revised, codified and enacted into positive law

on June 25, 1948.  Moreover, the Supremacy Clause elevates
Title 28 to the status of supreme Law of the Land.

To make matters worse and to propagate more confusion,
the entity "UNITED STATES OF AMERICA"
incorporated twice in the State of Delaware:

http://www.supremelaw.org/cc/usa.inc
http://www.supremelaw.org/cc/usa.corp

The main problem that arises from these questions is that
United States Attorneys are now filing lawsuits and
prosecuting criminal INDICTMENTS in the name of the
"UNITED STATES OF AMERICA" [*sic*]
but without any powers of attorney to do so.  Compare
28 U.S.C. 547 (which confers powers of attorney to represent
the "United States" and its agencies in federal courts):

http://www.law.cornell.edu/uscode/28/547.html

They are NOT "United States of America Attorneys", OK?

First of all, they do NOT have any powers of attorney
to represent Delaware corporations in federal courts;
Congress never appropriated funds for them to do so
and Congress never conferred any powers of attorney
on them to do so either.

Secondly, the 50 States are already adequately represented
by their respective State Attorneys General;  therefore,
U.S. Attorneys have no powers of attorney to represent
any of the 50 States of the Union, or any of their agencies,
either.

They are "U.S. Attorneys" NOT "U.S.A. Attorneys", OK?

Accordingly, it is willful misrepresentation for any U.S. Attorney
to attempt to appear in any State or federal court on behalf
of the "UNITED STATES OF AMERICA" [*sic*].  And,

such misrepresentation is actionable under the McDade Act
at 28 U.S.C. 530B:

http://www.law.cornell.edu/uscode/28/530B.html

There are quite a few "activists" running around the Internet
claiming that the "United States" and the "United States of
America" are both corporations. These claims are not correct,
for the reasons already stated above.

A similar error occurs when these so-called "activists" cite
the federal statute at 28 U.S.C. 3002 as their only "proof"
that the "United States" was incorporated by Congress.
Here's the pertinent text of that statute:

http://www.law.cornell.edu/uscode/28/3002.html

**As used in this chapter:**

**...**

**(15)  "United States" means --**

**(A)  a Federal corporation;**

**(B)  an agency, department, commission, board, or
other entity of the United States;  or**

**(C)  an instrumentality of the United States.**

[end excerpt]

First of all, note well that the stated scope of this definition
is limited to "this chapter" *i.e.* CHAPTER 176 of Title 28 –
Federal Debt Collection Procedures. Overlooking the
limited scope of such definitions is a very common error
among many, if not all self-styled experts. At best, this section
cannot be used as evidence that the federal government
should be treated as a valid corporation for all other intents
and purposes. It takes a LOT more text than this one limited
definition to create *any* federal corporation! Compare the
original Statutes at Large that created the Union Pacific
Railroad Company, for example.

Secondly, from the evidence above it should already
be clear that the "United States" (federal government)
is not now, and never has been, a federal corporation.
The statute at 28 U.S.C. 3002 merely defines the
term "United States" to embrace all *existing* federal
corporations. Because the United States was not
an existing corporation when Congress enacted
section 3002, that statute did not create and could
not have created the United States as a federal
corporation in the first instance.

Thirdly, in Eisner v. Macomber the U.S. Supreme Court
told Congress that it was barred from re-defining
*any* terms that are used in the federal Constitution.
"United States" occurs in several places, because it is central
to the entire purpose of that Constitution. Therefore,
the legislative attempt to re-define "United States" at
section 3002 is necessarily unconstitutional, because
it violates the Eisner Prohibition.

Fourthly, section 3002 also exhibits 2 subtle tautologies,
which render it null and void for vagueness. Here they are,
in case you missed them:

**"United States" means ... an agency, department, commission,
board, or other entity of the United States;
or
"United States" means ... an instrumentality of the United States.**

It is a fundamental violation of proper English grammar to use
the term being defined in any definition of that term, and such a
violation has clearly happened here. If you don't yet recognize
the tautologies, then change one part of this definition to read:

*The term "United States" here also embraces any instrumentality
of the federal government.*

At the very least, this minor change eliminates the tautology and
removes the vagueness. Nevertheless, such an attempt to re-define

the term "United States" *still* violates the Eisner Prohibition.

For a newspaper-level Press Release which further explores some of the many legal ramifications of these widespread errors, please see this Internet URL:

http://www.supremelaw.org/press/rels/cracking.title.28.htm

# THE UNITED STATES OF AMERICA CORPORATION LISTINGS – LAUGH OR WEEP ...???

**FIVE images copied from www.Delaware.gov and www.CompaniesHouse.gov.uk**

The UNITED STATES OF AMERICA is a British corporation based in **Edinburgh, Scotland**. It is the parent-company of the UNITED STATES OF AMERICA sub-corporations in America under various names (which it changes on ongoing basis by re-incorporating them),  The company was first incorporated within America **in 1868 in the state of Delaware as a PRIVATE company** and seized control of the District of Columbia when Congress passed the **District of Columbia Act of 1871**.

he United States of America Corporation Listings

# Listings on www.Delaware.gov

**22 Matches found**

Frequent Questions
Related Links
Contact Us
Office Location

**SERVICES**
Pay Taxes
File UCC's
Delaware Laws Online
Name Reservation
Entity Search
Status
Validate Certificate
Customer Service Survey

**INFORMATION**
Corporate Forms
Corporate Fees
UCC Forms and Fees
Taxes
Expedited Services
Service of Process
Registered Agents
Get Corporate Status
Submitting a Request  How
to Form a New Business
Entity  Certifications,
Apostilles & Authentication
of Documents

* Required Field

* Entity Name:  UNITED STATES OF AMERICA     or File Number:
This field is not case sensitive.

Search

| FILE NUMBER | ENTITY NAME |
|---|---|
| 2509028 | UNITED STATES OF AMERICA AUCTION CO. |
| 2306876 | UNITED STATES OF AMERICA AUTO CLUB |
| 2339378 | UNITED STATES OF AMERICA & AZERBAIJAN FRIENDSHIP & CULTURAL ASSOCIATION |
| 3081058 | THE UNITED STATES OF AMERICA-CHINA CHAMBER OF COMMERCE, INC. |
| 2325736 | UNITED STATES OF AMERICA CITIZENSHIP SCHOOL INC. CORRESPONDENCE COURSE |
| 2025923 | UNITED STATES OF AMERICA CORPORATION |
| 2712738 | UNITED STATES OF AMERICA CRICKET ASSOCIATION |
| 3178004 | UNITED STATES OF AMERICA DISTRIBUTION SERVICES, INC. |
| 4311929 | UNITED STATES OF AMERICA FIDUCIARY INTERNATIONAL, LLC |
| 2537607 | UNITED STATES OF AMERICA FOUNDATION |
| 2193946 | UNITED STATES OF AMERICA, INC. |
| 4525682 | THE UNITED STATES OF AMERICA, INC. |
| 2057326 | UNITED STATES (OF AMERICA) INTELLIGENCE MILITIA (FOUNDED 1947) INC. |
| 3732756 | UNITED STATES OF AMERICA MEDICAL CORPORATION |

**Department of State: Division of Corporations**

HOME
About Agency
Secretary's Letter
Newsroom
Frequent Questions
Related Links
Contact Us
Office Location

**SERVICES**
Pay Taxes
File UCC's
Delaware Laws Online
Name Reservation
Entity Search
Status
Validate Certificate
Customer Service Survey

**INFORMATION**
Corporate Forms
Corporate Fees
UCC Forms and Fees
Taxes
Expedited Services
Service of Process
Registered Agents
Get Corporate Status
Submitting a Request  How
to Form a New Business
Entity  Certifications,
Apostilles & Authentication
of Documents

Privacy Policy  **from www.Delaware.gov**

## Entity Details

### THIS IS NOT A STATEMENT OF GOOD STANDING

| | | | |
|---|---|---|---|
| File Number: | 2025923 | Incorporation Date / Formation Date: | 01/16/1984 (mm/dd/yyyy) |
| Entity Name: | UNITED STATES OF AMERICA CORPORATION | | |
| Entity Kind: | CORPORATION | Entity Type: | CLOSED CORP |
| Residency: | DOMESTIC | State: | DE |

#### REGISTERED AGENT INFORMATION

| | | | |
|---|---|---|---|
| Name: | THE COMPANY CORPORATION | | |
| Address: | 2711 CENTERVILLE RD STE 400 | | |
| City: | WILMINGTON | County: | NEW CASTLE |
| State: | DE | Postal Code: | 19808 |
| Phone: | (302)636-5440 | | |

# First incorporated in 1868

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.

Would you like ○ Status ○ Status Tax & History Information [ Submit ]

**Department of State: Division of Corporations**

Privacy Policy   Frequently Asked Questions   View Search Results

## Entity Details

### THIS IS NOT A STATEMENT OF GOOD STANDING

| | | | |
|---|---|---|---|
| File Number: | 4525682 | Incorporation Date / Formation Date: | 04/14/2008 (mm/dd/yyyy) |
| Entity Name: | THE UNITED STATES OF AMERICA, INC. | | |
| Entity Kind: | CORPORATION | Entity Type: | GENERAL |
| Residency: | DOMESTIC | State: | DE |

### REGISTERED AGENT INFORMATION

| | | | |
|---|---|---|---|
| Name: | SPIEGEL & UTRERA, P.A. | | |
| Address: | 9 EAST LOOCKERMAN ST STE 3A | | |
| City: | DOVER | County: | KENT |
| State: | DE | Postal Code: | 19901 |
| Phone: | (302)744-9800 | | |

Additional information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.

Would you like   ○ Status   ○ Status,Tax & History Information   [Submit]

**Department of State: Division of Corporations**

Privacy Policy  Frequently Asked Questions  View Search Results

## Entity Details

### THIS IS NOT A STATEMENT OF GOOD STANDING

HOME
About Agency
Secretary's Letter
Newsroom
Frequent Questions
Related Links
Contact Us
Office Location

**SERVICES**
Pay Taxes
File UCC's
Delaware Laws Online
Name Reservation
Entity Search
Status
Validate Certificate
Customer Service Survey

**INFORMATION**
Corporate Forms
Corporate Fees
UCC Forms and Fees
Taxes
Expedited Services
Service of Process
Registered Agents
Get Corporate Status
Submitting a Request  How
to Form a New Business
Entity Certifications,
Apostilles & Authentication
of Documents

| File Number: | 2193946 | Incorporation Date / Formation Date: | 04/19/1989 (mm/dd/yyyy) |
|---|---|---|---|
| Entity Name: | UNITED STATES OF AMERICA, INC. | | |
| Entity Kind: | CORPORATION | Entity Type: | NON-PROFIT OR RELIGIOUS |
| Residency: | DOMESTIC | State: | DE |

### REGISTERED AGENT INFORMATION

| Name: | THE COMPANY CORPORATION | | |
|---|---|---|---|
| Address: | 2711 CENTERVILLE RD STE 400 | | |
| City: | WILMINGTON | County: | NEW CASTLE |
| State: | DE | Postal Code: | 19808 |
| Phone: | (302)636-5440 | | |

Additional Information is available for a fee  You can retrieve Status for a fee of $10.00 or
more detailed information including current franchise tax assessment, current filing history

## Company Details

Name & Registered Office:
**THE UNITED STATES OF AMERICA LIMITED**
THE WHITE HOUSE
78 MONTGOMERY STREET
EDINBURGH
LOTHIAN
SCOTLAND
EH7 5JA
**Company No.** SC380798

**Status:** Active
**Date of Incorporation:** 22/06/2010

**Country of Origin:** United Kingdom

**Company Type:** Private Limited Company
**Nature of Business (SIC):**
9900 - Extra-territorial organisations
9999 - Dormant Company

# ADDITIONAL NOTICE TO WITNESSES WITH THE KNOWLEDGE BY THE METHOD OF PROCESS

In the California state, of the Monterey county. I, the undersigned, herein declare that I am over the age of eighteen years and NOT a party to the within entitled CLAIM. My business address is:

*1180 Forest Ave #B Pacific Grove California 93950*

I hereby declare under the penalty of perjury of the California Republic and The United States of America that I served the foregoing document as entitled: on the party(s) by mailing with the Post Office maintained by the United States, Postal Service with postage paid, titled and addressed as follows and or by file stamp/banking postmasters: **STATEMENT OF THE CLAIM (TORT)** (*intentional*), **against James A.(?) Scharf, Attorneys# 152171** *et.al.*, **JUSTIFICATION RECITAL, CONCLUSION, EXHIBITS 1, 2, 3, 4;**

**Haywood Stirling Gilliam, Jr. Attorneys # 172732**
**United States District Judge/Witnesses/Trustees**
1301 Clay Street
Oakland, California 94612
*By-Certified-Mail #* 7022 0410 0001 7456 1776

**THE STATE BAR OF CALIFORNIA**
**c/o Leah Tamu Wilson, Attorneys #222790, Witnesses**
180 Howard Street
San Francisco, California 94105
*By Certified-Mail #* 7022 0410 0001 7454 4960

**Juliet Elizabeth Cox, Attorneys # 214401, Witnesses**
1515 Clay Street, Suite 206
Oakland, California 94612
*By Certified-Mail #* 7022 0410 0001 7454 2461

**Greg William Chambers, Attorneys # 237509, Witnesses**
455 Golden Gate Avenues, Suite 11000
San Francisco, California 94102
*By Certified-Mail #* 7022 0410 0001 7454 4977

**Thomas Andrew Ostly, Attorneys # 209234, Witnesses**
455 Golden Gate Avenue, Suite 11000
San Francisco, California 94102
*By Certified-Mail #7022 0410 0001 7454 4984*

**Iveta Ovsepyan, Attorneys #279218, Witnesses**
**Supervising Deputy Attorney General**
300 South Spring Street, Suite 1702
Los Angeles, California 90013-1230
*By Certified-Mail #7022 0410 0001 7454 4991*

**James A.(?) Scharf, Attorneys# 152171, Witnesses/Respondent 30 Day**
150 Almaden Boulevard, Suite 900
San Jose, California 95113
*By Certified-Mail #7022 0410 0001 7454 5004*

**FEDERAL GRAND JURY**
**c/o Grand-Jury-Foreman, 17ᵗʰ Floor, Witnesses**
450 Golden Gate Avenue
San Francisco, California 94102
*By Certified-Mail #7022 0410 0001 7454 2287*

I declare under the penalty of perjury of the Laws of the California Republic and The United States of America that the foregoing is correct and complete to the best of my knowledge, information and belief, and that this process/notice is executed by the voluntary act of my own hand on Monterey county and is dated below;

Date: December 30-2022

By: _Gloria V. Chavez_

# <u>METHOD OF PROCESS/WITNESSES</u>

In the California state, on the Monterey county. I, the undersigned, herein declare that I am over the age of eighteen years and **<u>NOT</u>** a *Claimant [yet] but am Witnessing/ Deliveries* to the within entitled "*Claims et.al.*" My business address is:

*1180 Forest Ave #B Pacific Grove California 93950*

I, hereby declare under the penalty of perjury of the California Republic and The United States of America that I served the foregoing document as entitled: on the party(s) by mailing with the Post-Office maintained by the United States, Postal Service with postage paid, titled and addressed as follows *and or* by the file stamp/banking-postmasters **PROOF OF CLAM BY DEFAULT, MANDATORY JUDICIAL NOTICED EVIDENCE TORT CLAIM AGAINST THE ATTORNEYS SCHARF *ET.AL.,* DEFAULTED AFTER 6 MONTHS, THE STATE OF CALIFORNIA AND THE UNITED STATES "ADMIT" AS INSURERS TORT CLAIM AFTER BEING DULY SERVED AND DELIVERED TO THEM WITH THE KNOWLEDGE, EXHIBIT 1, METHOD OF PROCESS, DATE: JULY 27, 2023, TIME: 1:30 P.M., ROOM: 8-19TH FLOOR, JUDGE: Jacqueline Scott Corley, #173752;**

**UNITED STATES DISTRICT COURT**
**c/o Clerk of the Court, Mark B. Busby**
450 Golden Gate Avenue
San Francisco, California 94102
*Insured-Registered-Mail or By-Postmaster-File-Stamp*;

**Greg W. (?) Chambers, Attorneys #237509, Witnesses/Accused/Doe #1,**
**"DEFENDANTS" *et.al;***
455 Golden Gate Avenues, Suite 11000
San Francisco, California 94102

~ 5 ~

I declare under the penalty of perjury of the Laws of the California Republic and The United States of America that the foregoing is correct and complete to the best of my knowledge, information and belief, and that this bill of process is executed by the voluntary act of my own hand on Monterey county and is dated below;

Date: July 21, 2023

By: _____

Gloria Theus

~ 6 ~

**MJN EVIDENCE TORT CLAIM AGAINST SCHARF ATTORNEY DEFAULTED**
**Copyrighted-Works this Document-Contract-Claims by the Douglas Vern Hulstedt**