Douglas Vern Hulstedt
℅ 2511 Garden Road, Building - C # 100
Monterey, California 93940
Tel: (831) 899-5900
*Claimant/Witness/Beneficiary and*
*Wishing for an "Honest-Attorney"*

**FILED**

JUL 21 2023

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

**Douglas Vern Hulstedt**

*Claimant/Witness/Beneficiary;*
*Adversely Affected and Aggrieved*

*Vs.*

**Robert Andres Bonta, Attorneys,**

**#202668, Laurie Rose Lubiano,**

**Attorneys #152171,  STATE BAR OF**

**CALIFORNIA *[CHARTER]* =**

***Insurance-Guarantors by the***

***Bar # Policies,***

*Defendants et.al;*

**Does/Roes 1-25;**

**Greg W.(?) Chambers,**

**Attorneys, #237509**

*Defendant/Trespasser*

*Doe #1 et.al;*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

**Case No: 23CV02003-JSC**

**REPLY OPPOSTION TO DOCUMENT
ENTRY # 49, A CONTROVERSY IS
STAKED AS TO THE IDENTITY OF THE
MEDICAL LICENSE WHICH IS IN FACT
A CORPORATION, DEFENDANTS FAIL
AGAIN TO IDENTIFY POSITIONS AS
WHO IS THE TRUSTEE, WHO IS THE
MAN AND WHO IS THE CORPORATION,
DEFENDANTS ALSO FAILED THE DUE-
PROCESS CHALLENGE OF "ENACTING
CLAUSE" FROM THE BEGINNING AB
INITIO AND CONTINUING TO
DISCRIMINATE AGAINST A NON-
ATTORNEY WHILE IGNORING AND
DISTRACTING WITH ATTORNEY
LEGAL EASE AT EVERY LEVEL WHEN
IN FACT THE LICENSE WAS TAKEN
WITHOUT DUE-PROCESS, EXHIBIT 1 =
CORPORATION, EXHIBIT 2 = DUE-
PROCESS MOTION FOR ENACTING
CLAUSE WITH NO RESPONSE FROM
ATTORNEYS, JUDICIAL SIGNIFICANCE,**

**METHOD OF PROCESS,**

**DATE: JULY 27, 2023,**
**TIME: 1:30 P.M.,**
**ROOM: 8-19TH FLOOR,**
**JUDGE: Jacqueline Scott Corley, #173752;**

~ 1 ~

**REPLY OPPOSTION TO DOCUMENT #49 CONTROVERSY-CORPORATION**
**Copyrighted-Works this Document-Contract-Claims by the Douglas Vern Hulstedt**

***To All Officers and Employees of the UNITED STATES DISTRICT COURTS; I, a man in the Name of Lord Almighty I accept your Oath(s), bind you to the same and command you do justice. I waive all customary rules of law and other procedural impediments, I am not an attorney nor am I trained in law and I expect my rights to be protected by thee Public-Fiduciaries…….."Witnesses";***

# REPLY OPPOSTIONS DOCUMENT ENTRY #49" *by the*

***Beneficiary having the Right to Claim about Wrongs being Committed by Attorneys/Trustees/Publishers/Copyright-Works-Trespassers/Witnesses*** and by accepting the **"Valid" "Oath of Office"** of any <u>Public-Fiduciary-Trustee</u> or "**Placeholder-Witness**" concerning these matters for the equal protections of the law with my Adoption of the Bill of Rights for the Due-Processes and by accepting the public record **"Official-Bonds"** or any other **"Insurance-Policies"** that may apply concerning fraud or employee misconduct/ dishonesty and by entering and the making of this <u>**REPLY OPPOSTION TO DOCUMENT #49 CONTROVERSY-CORPORATION**</u> before this Court of Record by the Article III Venue as the Claimant/Witness/Beneficiary to protect my Beneficial Property Rights against Trespass or **Breach of Fiduciary-Trust, "Dishonest-Services",** *continuing*, "I", Douglas Vern Hulstedt, *a man* stake this **Claim** for <u>**"Right to Due-Process before Property** *is taken or damaged or slandered or placed in custody or else or done"***</u>, by the ***knowledge of this*** **REPLY OPPOSTION TO DOCUMENT #49 CONTROVERSY-CORPORATION** for the <u>**"Due-Process to be Restored and Compensated for the Damages".**</u> **NOTE:** The citation of state and federal statutes, codes, rules, regulations, and court citations, within any document-contract created by me and not copyrighted by me, is only to notice my servants that which is applicable to them and is not intended, nor shall be construed, to mean that I confer, submit to, claim rights to or have entered into any jurisdiction alluded to thereby, by the following ***11.5 Grade-Comprehension-***

~ 2 ~

*Level per the Flesch-Kincaid this Document-Contract-Claims;* **REPLY OPPOSITION TO DOCUMENT ENTRY # 49, A CONTROVERSY IS STAKED AS TO THE IDENTITY OF THE MEDICAL LICENSE WHICH IS IN FACT A CORPORATION, DEFENDANTS FAIL AGAIN TO IDENTIFY POSITIONS AS WHO IS THE TRUSTEE, WHO IS THE MAN AND WHO IS THE CORPORATION, DEFENDANTS ALSO FAILED THE DUE-PROCESS CHALLENGE OF "ENACTING CLAUSE" FROM THE BEGINNING AB INITIO AND CONTINUING TO DISCRIMINATE AGAINST A NON-ATTORNEY WHILE IGNORING AND DISTRACTING WITH ATTORNEY LEGAL EASE AT EVERY LEVEL WHEN IN FACT THE LICENSE WAS TAKEN WITHOUT DUE-PROCESS, EXHIBIT 1 = CORPORATION, EXHIBIT 2 = DUE-PROCESS MOTION FOR ENACTING CLAUSE WITH NO RESPONSE FROM ATTORNEYS, JUDICIAL SIGNIFICANCE, METHOD OF PROCESS, DATE: JULY 27, 2023, TIME: 1:30 P.M., ROOM: 8-19TH FLOOR, JUDGE: Jacqueline Scott Corley, #173752;**

# <u>JUDICIAL SIGNIFICANCE</u>

**The Attorneys *et.al.* continue and refuse to protect rights of a non-attorney from the first 2 verified-motion-challenges 1 thru 28 request for disclosures pre hearing in Case No. 800-2021-079497 by Registered-Mail # RE27008721US (NO ANSWER). Then the Defendant Greg W. (?) Chambers an Attorney deceives this court with other issues that don't apply as due-process was violated from the beginning i.e. <u>SUBJECT-MATTER-JURISDICTION WAS LOST AT THAT POINT.</u> And a verified motion for enacting clause <u>EXHIBIT 2</u> refused due-process (NO ANSWER). The Medical Boards decision is <u>VOID</u>, the Attorneys *et.al.* refused Due-Process from the beginning this is in fact what this Right of Review is about,**

the so called "Panoply of Due-Process" hence a federal question, 5ᵗʰ Amendment *et.al.*

**ALL RIGHTS RESERVED WAIVE-NONE;**
*<u>RESERVATION FOR ALL WRITS;</u>*
*"FOR RESTRAINT OF LIBERTIES, NOW IN CUSTODY";*
*and Wishing for Honest-Attorney-Re-Presentations;*



:Flag Title: ~4, Section: ~1- 3

**Verified by:** ***<u>Douglas Vern Hulstedt</u>***
The United States of America
Claimant/Witness/Injured
Beneficiary-Claimant *for*
DOUGLAS VERN HULSTED, M.D.
**CORPORATION #3260008/A42397,**
**"Copyright-Claimant".**

~ 4 ~

**REPLY OPPOSTION TO DOCUMENT #49 CONTROVERSY-CORPORATION**
**Copyrighted-Works this Document-Contract-Claims by the Douglas Vern Hulstedt**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 1

~ 5 ~

**3260008**

FILED

In the Office of the Secretary of State
of the State of California

OCT 2 0 2009

## ARTICLES OF INCORPORATION

ONE: The name of this corporation is _DOUGLAS HULSTEDT MD INC_____.

TWO: The purpose of the corporation is to engage in any lawful act or activity for which a corporation may be organized under the General Corporation Law of California other than the banking business, the trust company business, or the practice of a profession permitted to be incorporated by the California Corporations Code.

THREE: The name and address in the State of California of this corporation's initial agent for service of process is __Douglas Hulstedt_

498 Van Buren Street

Monterey CA 93940_____.

FOUR: This corporation is authorized to issue only one class of shares of stock, which shall be designated common stock. The total number of shares which this corporation is authorized to issue is __10,000_____ shares.

FIVE: The liability of the directors of the corporation for monetary damages shall be eliminated to the fullest extent permissible under California law.

SIX: The corporation is authorized to indemnify the directors and officers of the corporation to the fullest extent permissible under California law.

Douglas Hulstedt _~~Douglas Hulstedt~~_____.

Incorporator

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 2

~ 6 ~

1

**Douglas Vern Hulstedt**

2  ℅ **2511 Garden Road, Building-C #100**
**Monterey, California 93940**

3  **Tel: (831) 899-5900**
*Claimant/Witness/Beneficiary*

4  *Without Counsel at this Time*

*By-Registered-Mail #*
*RE52700871504*

5

6

7

8  **BEFORE THE**
**MEDICAL BOARD OF CALIFORNIA**
**DEPARTMENT OF CONSUMER AFFAIRS**
**STATE OF CALIFORNIA**

9

10

11

12  In the Matter of the Accusation Against:        )        **Case No. 800-2021-079497**
                                                    )
13  **DOUGLAS VERN HULSTEDT, M.D.**                  )
                                                    )  **RE: STATEMENT TO RESPONDENT**
14            *Respondent*                          )  [Gov. Code §§ 1504, 11505(b)]
                                                    )
15  _____        )  **"VERIFIED"**
                                                    )  **[MOTION/NOTICE]**
16                                                  )
17      **Douglas Vern Hulstedt**                   )  **LAWFUL DIRECTION IN THE FORM**
                                                    )  **OF A MOTION DELIVERED TO**
18     *Claimant/Witness/Beneficiary*               )  **THOMAS OSTLY AN ATTORNEY**
              *Third-Party-Rule*                    )  **FOR THE RETURN OF EVIDENCE**
19                                                  )  **ON THE RECORD TO PROVIDE**
                                                    )  **DUE-PROCESS AND PROVE THE**
20  _____        )  **ENACTING CLAUSES AS**
                                                    )  **MANDATED BY THE CALIFORNIA**
21  ***NOTICE TO THE FIDUCIARIES; 18 U.S.C § 2071,*** )  **CONSTITUTION FOR THE CLAIMS**
22  *Concealment, removal, or mutilation generally (a)* )  **MADE AGAINST MY BENEFICIAL**
    *Whoever, willfully and unlawfully conceals,*   )  **INTERESTS TO BE RETURNED**
23  *removes, mutilates, obliterates, or destroys, or* )  **WITHIN 15 DAYS WITH**
    *attempts to do so, or, with intent to do so takes and* )  **VERIFICATION BY THIS**
24  *carries away any record, proceeding, map, book,* )  **JURISDICTION INQUIRY**
    *paper, document, or other thing, filed or deposited* )
25  *with any clerk of officer of any court of the United* )
    *States, shall be fined under this title or imprisoned* )
26  *not more than three years, or both.*           )  **MEMORANDUM OF LAW**
                                                    )
27  _____        )

28

Page 1

*VERIFIED MOTION NOTICE* by accepting the "Valid" "Oath of Office" of any Public-Fiduciary-Trustee or "**Placeholder**" concerning this matter for the equal protections of the law with my Adoption of the Bill of Rights for the Due-Processes and by accepting the public record **"Official Bond"** or any other insurance-policies that may apply concerning fraud or employee misconduct/dishonesty and by entering and the making of this **special-appearance-visitation-notice** before this **administrative-court** as the Claimant/Witness/Beneficiary to protect my Beneficial Property Rights against Trespass or Breach of Fiduciary-Trust, "I", Douglas Vern Hulstedt, *a man* Claim this Verified-Motion/Notice-Return, Acknowledgement,  and Method of Process for the "**Due-Process**" *Guaranteed by the Bill of Rights*. **NOTE:** The citation of state and federal statutes, codes, rules, regulations, and court citations, within any document-contract created by me, is only to notice my servants that which is applicable to them and is not intended, nor shall be construed, to mean that I confer, submit to, or have entered into any jurisdiction alluded to thereby, by the following;  **"VERIFIED" MOTION NOTICE LAWFUL DIRECTION IN THE FORM OF A MOTION DELIVERED TO THOMAS OSTLY AN ATTORNEY FOR THE RETURN OF EVIDENCE ON THE RECORD TO PROVIDE DUE-PROCESS AND PROVE THE ENACTING CLAUSES AS MANDATED BY THE CALIFORNIA CONSTITUTION FOR THE CLAIMS MADE AGAINST MY BENEFICIAL INTERESTS TO BE RETURNED WITHIN 15 DAYS WITH VERIFICATION BY THIS JURISDICTION INQUIRY, MEMORANDUM OF LAW, METHOD OF PROCESS;**

*CLAIMING AGAIN AND NOW* "I" Douglas Vern Hulstedt *as Beneficiary who has the right to complain about breach of trust* am not an Attorney nor am I trained in Law as to these matters but, I do have a basic understanding and a lot of mis-understandings as to my rights. It appears on the face of this matter that in which I

Page 2

believe my rights have been violated and a breach of trust has occurred by the Attorneys making claims against my beneficial-interests and intangible-rights. It is my belief that deceptive practices/honest services fraud 18 U.S.C § 1346, communications moving through the post-office by unknown authorities and unidentified jurisdictions are being used against my interests in a scheme of Simulated-Legal-Processes and possible attempts of *extortion*, therefore I make this claim and I command that all my rights are protected even the ones I might not be aware of by all parties/fiduciaries who may insert themselves in this construction of **Case No. 800-2021-079497 by the unsworn and unverified accuser(s). As to any mis-understandings or my valid confusions in which I believe are on both sides, it is my wish to clear up these matters while retaining my medical license and settling this without clogging up the tax-payer funded legal system which is beneficial to our society for both to occur in these negotiations;**

# CALIFORNIA ENACTING CLAUSE

Article IV, Section I: Enacting clause of bills; laws enacted only by bill. The enacting clause of all bills shall be "Be it enacted by the Legislature of the State of California". No law shall be enacted except by bill. Section I; that states in part no law shall be enacted except by bill. Almost all constitutions prescribe the mode and process of making laws. Generally, these include:

• Giving the bill a Title that is reflective of the purpose set forth in the bill

• Placing the Enacting Clause between the Title and the Body of the Bill

 • Reading the FULL bill on each of three different days in each Legislative House, including the Title and the Enacting Clause

 • If Passed, the bill must be signed by the Speaker of the House of Representatives and by the President of the Senate

• The votes must be recorded in the Journal for the specific House

The bill must be signed by the governor of the State, or the president of the United States,

as the case may be

• The completed bill must be recorded in the office of the Secretary of State

• The completed bill must be announced, by publication, by the Secretary of State

• And, it is extremely important that every publication of the Law must contain the Title, the Enacting Clause, and the full Body of the Law.

• If the publication does not contain everything, then there is no evidence on the face of the Law to prove that it was lawfully established, who created the Law, and what authority they claim to be entitled to create the Law. If the publication does not contain these items, then the Law has not been properly published, as required, therefore, the Law is null and void and has no effect on anyone. Written Laws, in all times and all countries, whether the edicts of absolute monarchs, decrees of Kings and Councils, or the enactments of representative bodies, have almost invariably, in some form, expressed upon their face the authority by which they were promulgated or enacted. The almost unbroken custom of centuries has been to preface laws with a statement declaring the enacting authority-Sjoberg v Security Savings & Loan Assn. 73 Minn. 203,212,213, (1898)-State v Kozer, 239 pac. 805, 807, (Ore. 1925)- Joiner v State, 155 S.E.2d 8, 9, 223 GA 367 (1967)- 25 Ruling Case Law, "Statutes," 22, p 775,776- City of Carlyle Nicolay, 165 N.E. 211, 216, 217 (TIL 1929). The derivative power cannot be greater than the original from which it is derived. Noy, Max.;Wing. Max 66; Finch, Law, b.l, c.3. Power can never be delegated which authority said to delegate never possessed itself. N.J. Steam Co. V. Merch Bank, 6 How. (47 U.S.) 344, 407.

# **MEMORANDUM OF LAW**

An invalid law cannot be used to force compliance, the invalid law also negates subject matter jurisdiction by the sheer fact that it fails to create a cause of action. "Subject matter is the thing in controversy." Holmes v. Mason, 115 N.W. 770, 80 Neb. 454, citing Black's Law Dictionary. Without a valid law, there is no issue or controversy for a court to decide upon. Thus, where a law does not exist or does not constitutionally exist, or

where the law is invalid, void or unconstitutional, there is no subject matter jurisdiction for the court to force compliance. If a statute is unconstitutional, the court lacks subject-matter jurisdiction and cannot proceed to try the case. 22 C.J.S. "Criminal Law,"§ 157, p. 189; citing People v. Katrinak, 185 Cal. Rptr. 869,136 Cal. App.3d 145 (1982). Where the offense charged does not exist, the court lacks jurisdiction. State v. Christensen, 329 N.W.2d 382, 383, 110 Wis.2d 538 (1983). There must be a valid law in order for subject matter to exist. Without a valid law there can be no crime charged under that law, and where there is no crime or offense there is no controversy or cause of action, and without a cause of action, there can be no subject matter jurisdiction to try a person accused of violating said law. The court then has no power or right to hear and decide a particular case involving such invalid or nonexistent laws. These authorities and others make it clear that if there are no valid laws charged against a person, there is nothing that can be deemed a crime, and without a crime, there is no subject matter jurisdiction. Further, invalid or unlawful laws make the order fatally defective and insufficient, and without a valid order, there is a lack of subject matter jurisdiction. The [Accused] asserts that the laws charged against [him] are not valid or do not constitutionally exist as they do not conform to certain constitutional prerequisites, and thus are no law at all, which prevents subject matter jurisdiction to the above-named court. I have been informed that these laws or statutes used in the order against myself are located in and derived from a collection of books entitled "California Statutes." Upon looking up these laws in this publication, I realized that they do not adhere to several constitutional provisions of the California Constitution. By California Annotated statutes all lawmaking authority for the State is vested in the California Legislature. This statute also prescribes certain forms, modes, and procedures that must be followed in order for a valid law to exist under California Constitution. It is fundamental that nothing can be a law that is not by the bill and enacted by the California Legislature prescribed in the Constitution, and which fails to conform to constitutional forms, prerequisites or prohibitions. These are the grounds for challenging the subject-matter-jurisdiction of this

CASE NO. 800-2021-079497 VERIFIED MOTION NOTICE ENACTING CLAUSES
Copyrighted-Works this document by the Douglas Vern Hulstedt

court since the validity of a law on the order goes to the jurisdiction of a court. The following explains in authoritative detail why the laws cited in the order against the Accused are not a constitutionally valid laws. By Constitutional Mandate, all Laws Must Have an Enacting Clause. One of the forms that all laws are required to follow by the Constitution of California is that they contain an enacting style or clause. This provision is stated as follows: Article IV, Section I, Enacting clause of bills; laws enacted only by bill. The enacting clause of all bills shall be "Be it enacted by the Legislature of the State of California". No law shall be enacted except by bill. None of the laws cited in the complaints against the defendant, as found in the California statutes, contain any enacting clauses. The constitutional provision which prescribes an enacting clause for all laws is not directory but is mandatory. This provision is to be strictly adhered to as asserted by the Supreme Court of California. What is the Purpose of the Constitutional Provision for an Enacting Clause: To determine the validity of using laws without an exacting clause against people, we need to determine the purpose and function of an enacting clause; and also to see what problems or evils were intended to be avoided by including such a provision in our State Constitution. One object of the constitutional mandate for an enacting clause is to show that the law is one enacted by the legislative body which has been given the lawmaking authority under the Constitution. The purpose of thus prescribing an enacting clause-"the style of the acts"-is to establish it; to give it permanence, uniformity, and certainty; to identify the act of legislation as of the general assembly; to afford evidence of its legislative statutory nature; and to secure uniformity of identification, and thus prevent inadvertence, possibly mistake and fraud. See: State v. Patterson, 4 S.E. 350, 352, 98 N.C. 660 (1887); 82 C.J.S. "Statutes,"§ 65, p. 104; Joiner v. State, 155 S.E.2d 8, 10, 223 Ga. 367 (1967). What is the object of the style of a bill or enacting clause anyway? To show the authority by which the bill is enacted into law; to show that the act comes from a place pointed out by the Constitution as the source of legislation. Ferrill v. Keel, 151 S.W. 269, 272, 105 Ark. 380 (1912). To fulfill the purpose of identifying the lawmaking authority of a law, it has been repeatedly

**CASE NO. 800-2021-079497 VERIFIED MOTION NOTICE ENACTING CLAUSES**
**Copyrighted-Works this document by the Douglas Vern Hulstedt**

declared by the courts of this land that an enacting clause is to appear on the face of every law which the people are expected to follow and obey. The almost unbroken custom of centuries has been to preface laws with a statement in some form declaring the enacting authority. The purpose of an enacting clause of a statute is to identify it as an act of legislation by expressing on its face the authority behind the act. 73 Am. Jur.2d, "Statutes," § 93, p. 319, 320; Preckel v. Byrne, 243 N.W. 823, 826, 62 N.D. 356 (1932). For an enacting clause to appear on the face of a law, it must be recorded or published with the law so that the public can readily identify the authority for that particular law which they are expected to follow. The "statutes" used in the **STATEMENT TO RESPONDENT** against the **Respondent** have no enacting clauses. They thus cannot be identified as acts of legislation of the State of California pursuant to its lawmaking authority under Article IV, Section I, California Constitution, since a law is mainly identified as a true and Constitutional law by way of its enacting clause. The Supreme Court of California asserted that a statute must have an enacting clause. The Court stated that an enacting clause establishes a law or statute as being a true and authentic law of the State. The enacting clause is that portion of a statute which gives it jurisdictional identity and constitutional authenticity. Joiner v. State, 155 S.E.ld 8, 10 (Ga. t967).

The failure of a law to display on its face an enacting clause deprives it of essential legality, and renders a statute which omits such clause as "a nullity and of no force of law." Joiner v. State, supra. The statutes/codes cited in the complaint have no jurisdictional identity and are not authentic laws under the Constitution of The State of California. The Court of Appeals of California held that the constitutional provision requiring an enacting clause is a basic concept which has a direct effect upon the validity of a law. The Court, in dealing with a law that had contained no enacting clause, stated: The alleged act or law in question is unnamed; it shows no sign of authority; it carries with it no evidence that the California State Legislator or any other lawmaking power is responsible or answerable for it. By an enacting clause, the makers of the Constitution intended that the State Legislator should make its impress or seal, as it were, upon each

Page 7

enactment for the sake of identity, and to assume and show responsibility. While the Constitution makes this a necessity, it did not originate it. The custom is in use practically everywhere and is as old as parliamentary government, as old as king's decrees, and even they borrowed it. The decrees of Cyrus, King of Persia, which Holy Writ records, were not the first to be prefaced with a statement of authority. The law was delivered to Moses in the name of the Great I Am, and the prologue to the Great Commandments is no less majestic and impelling. But, whether these edicts and commands be promulgated by the Supreme Ruler or by petty kings, or by the sovereign people themselves, they have always begun with some such form as an evidence of power and authority. Commonwealth v lllinois Cent. R. Co., 170 S.W. 171, 172, 175, 160 Ky. 745 (1914). The "laws" used against the Accused are unnamed. They show no sign of authority on their face as recorded in the "California Statutes." They carry with them no evidence that the Leg1s1ature of California, pursuant to Article IV, Section I, of the California Constitution is responsible for these alleged laws. Without an enacting clause, the laws referenced to in the complaint have no official evidence that they are from an authority which the **Respondent**, is subject to or required to obey. When the question of the "objects intended to be secured by the enacting clause provision" was before the Supreme Court, the Court held that such a clause was necessary to show the people who are to obey the law, the authority for their obedience. It was revealed that historically this was a main use for an enacting clause, and thus its use is a fundamental concept of law. The Court stated: All written laws, in all times and in all countries, whether in the form of decrees issued by absolute monarchs, or statutes enacted by king and council, or by a representative body, have, as a rule, expressed upon their face the authority by which they were promulgated or enacted. The almost unbroken custom of centuries has been to preface laws with a statement in some form declaring the enacting authority. If such an enacting clause is a mere matter of form, a relic of antiquity, serving no useful purpose, why should the constitutions of so many of our states require that all laws must have an enacting clause, and prescribe its form? If an enacting clause is useful and important, if it

**CASE NO. 800-2021-079497 VERIFIED MOTION NOTICE ENACTING CLAUSES**
**Copyrighted-Works this document by the Douglas Vern Hulstedt**

is desirable that laws shall bear upon their face the authority by which they are enacted, so that the people who are to obey them need not search legislative and other records to ascertain the authority, then it is not beneath the dignity of the framers of a constitution, or unworthy of such an instrument, to prescribe a uniform style for such enacting clause. The words of the constitution, that the style of all laws of this state shall be, "Be it enacted by the Legislature of the State of California". The purported laws in the complaints, which the [A]ccused is said to have violated, are referenced to various laws found printed in the "California Annotated" book. I have looked up the laws charged against the **Respondent** in this book and found no enacting clause for any of these laws. The People are not expected or required to search through other records or books for the enacting authority. If such enacting authority is not "on the face" of the laws which are referenced in a complaint, then 'they are not laws of this state;" and thus are not laws to which the **Respondent** is subject to obey. Since they are not laws of this State, the above named Court has no subject-matter-jurisdiction, as there can be no crime or penalty which can exist from failing to follow laws which do not constitutionally exist. In speaking on the necessity and purpose that each law be prefaced with an enacting clause, the Supreme Court of Tennessee quoted the first portion of the Sjoberg case, and then stated: *The purpose of provisions of this character is that all statutes may bear upon their faces a declaration of sovereign authority by which they are enacted and declared to be the law and to promote and preserve uniformity in legislation. Such clauses also import a command of obedience and clothe the statute with a certain dignity, believed at all times to command respect and aid in the enforcement of laws.* State v. Burrow, 104 S.W. 526, 529, 119 Tenn. 376 (1907). The use of an enacting clause does not merely serve as a "flag" under which bills run the course through the legislative machinery. Vaughn & Ragsdale Co. v. State Bd. of Eq., 96 P.2d 420, 424 (Mont. 1939). The enacting clause of a law goes to its substance and is not merely procedural. Morgan v. Muay, 328 P.2d 644, 654 (Mont. 1958). Any purported statute which has no enacting clause on its face, is not legally binding and obligatory upon the people, as it is not constitutionally a law at all.

Page 9

The Supreme Court of Michigan, inciting numerous authorities, said that an enacting clause was a requisite to a valid law since the enacting provision was mandatory: It is necessary that every law should show on its face the authority by which it is adopted and promulgated, and that it should clearly appear that it is intended by the legislative power that enacts it that it should take effect as a law. People v. Dettenthaler, 77 N.W. 450, 451, 118 Mich. 595 (1898); citing Swann v. Buck, 40 Miss. 270. The laws in the "California Annotated Statutes" do not show on their face the authority by which they are adopted and promulgated. There is nothing on their face which declares they should be law, or that they are of the proper legislative authority in this State. These and other authorities all hold that the enacting clause of a law is to be "on its face." It must appear directly above the content or body of the law. To be on the face of the law does not and cannot mean that the enacting clause can be buried away in some other volume or some other book or records. The surface of anything, especially the front, upper, or outer part or surface. That which particularly offers itself to the view of a spectator. That which is shown by the language employed, without any explanation, modification, or addition from extrinsic facts or evidence. Black's Law Dictionary, 5th ed.., p. 530. The enacting clause must be intrinsic to the law, and not "extrinsic" to 1t, that is, it cannot be hidden away in other records or books. Thus the enacting clause is regarded as part of the law, and has to appear directly with the law, on its face, so that one charged with said law knows the authority by which it exists. Laws must be Published and Recorded with Enacting Clauses: Since it has been repeatedly held that an enacting clause must appear "on the face" of a law, such a requirement affects the printing and publishing of laws. The fact that the Constitution requires "all laws" to have an enacting clause makes it a requirement on not just bills within the legislature, but on published laws as well. If the constitution said "all bills" shall have an enacting clause, it probably could be said that their use in publications would not be required. But the historical usage and application of an enacting clause have been for them to be printed and published along with the body of the law, thus appearing "on the face" of the law. It is obvious, then, that the enacting

Page 10

clause must be readily visible on the face of a statute in the common mode in which it is published so that citizens don't have to search through the legislative journals or other records and books to see the kind of clause used, or if any exists at all. Thus a law in a statute book without an enacting clause is not a valid publication of the law. In regards to the validity of a law that was found in their statute books with a defective enacting clause, the Supreme Court of Nevada held: *Our Constitution expressly provided that the enacting clause of every law shall be, "The people of the state of Nevada, represented in senate and assembly, do enact as follows." This language is susceptible to but one interpretation. There is no doubtful meaning as to the intention. It is, in our judgment, an imperative mandate of the people, in their sovereign capacity, to the legislature, requiring that all laws, to be binding upon them, shall, upon their face, express the authority by which they were enacted; and, since this act comes to us without such authority appearing upon its face, it is not a law.* State of Nevada v. Rogers, 10 Nev. 120~ 261 (1875); approved in Caine v. Robbins, 131 P.2d 516~ 518, 61 Nev. 416 (1942); Kefauver v. Spurling, 290 S.W. 14, 15 (Tenn. 1926). The preceding examples and declarations on the use and purpose of enacting clauses shows beyond doubt that nothing can be called or regarded as a law of this State which is published without an enacting clause on its face. Nothing can exist as a State Jaw except in the manner prescribed by the State Constitution. One of those provisions is that "all Laws" must bear on their face a specific enacting style- "Be it enacted by the Legislature of the State of California, Constitution states all laws must be published with this clause in order to be valid laws, and since the "statutes" in the "California Statutes" are not so published, they are not valid laws of this State.

The Laws Referenced to in the **STATEMENT TO RESPONDENT** Contain no Titles: The laws listed in the **STATEMENT TO RESPONDENT (EXHIBIT 1)** in question, as cited from the "California Revised Codes and Statutes" contain no titles. AD laws are to have titles indicating the subject matter of the law, as required by the Constitution of California: No law shall embrace more than one subject, which shall be expressed in its

Page 11

title. By this provision, a title is required to be on all laws. The title is another one of the forms of a law required by the Constitution. This type of constitutional provision "makes the title an essential part of every law," thus the title "is as much a part of the act as the body itself."Leininger v. Alger, 26 N.W.2d 348, 351, 316 Mich. 644 (1947). The title of a legislative act is a part thereof, and must clearly express the subject of legislation. State v. Burlington & M. R.R. Co., 60 Neb. 741, 84 N.W. 254 (1900). Nearly all legal authorities have held that the title is part of the act, especially when a constitutional provision for a title exists. 37 A.L.R. Annotated, pp. 948, 949. What then can be said of a law in which an essential part of it is missing, except that it is not a law under the State Constitution?

This provision of the State Constitution, providing that every law is to have a title expressing one subject, is mandatory and is to be followed in all laws, as stated by the Supreme Court of California. We pointed out that our constitutional debates indicated that the constitutional requirements relating to enactment of statutes were intended to be remedial and mandatory, remedies as guarding against recognized evils arising from loose and dangerous methods of conducting legislation, and mandatory, as requiring compliance by the legislature without discretion on its part to protect the public interest against such recognized evils, and that the validity of statutes should depend on compliance with such requirements. Bull v. King, 286 N.W. 311,313 (Minn. 1939). The constitutional provisions for a title have been held in many other states to be mandatory in the highest sense. State v. Beckman, 185 S.W.2d 810, 816 (Mo. 1945); Leininger v. Alger, 26 N.W.Zd 384, 316 Mich. 644; 82 C.J.S. "Statutes,"§ 64, p. 102. The provision for a title in the constitution "renders a title indispensable" 73 Am. Jur. Zd, "Statutes,"§ 99, p. 325, citing People v. Monroe, 349 IlL 270, 182 N.E. 439. Since such provisions regarding a title are mandatory and indispensable, the existence of a title is necessary to the validity of the act. In speaking of the constitutional provision requiring one subject to be embraced in the title of each law, the Supreme Court of Tennessee stated: That requirement of the organic law is mandatory, and, unless obeyed in every

Page 12

instance, the legislation attempted is invalid and of no effect whatever. State v. Yardley, 32 S.W. 481,482,95 Tenn. 546 (1895). To further determine the validity of citing laws in a complaint which have no titles, we must also look at the purpose of this constitutional provision, and the evils and problems which it was intended to prevent or defeat. One of the aims and purposes for a title or caption to an act is to convey to the people who are to obey it the legislative intent behind the law. The constitution has made the title the conclusive index to the legislative intent as to what shall have operation. Begins v. City of Duluth, 106 N.W. 89, 90, 97 Minn. 23 (1906); Hyman v. State, 9 S.W. 372, 373, 87 Tenn. 109 (1888). In ruling as to the precise meaning of the language employed in a statute, nothing, as we have said before, is more pertinent towards ascertaining the true intention of the legislative mind in the passage of the enactment than the legislature's own interpretation of the scope and purpose of the act, as contained in the caption. Wimberly v. Georgia S. & F.R. Co., 63 S.E. 29, 5 Ga. App. 263 (1908).

Under a constitutional provision requiring the subject of the legislation to be expressed in the title, that portion of an act is often the very window through which the legislative intent may be seen. State v. Clinton County, 76 N.E. 986, 166 Ind.l62 (1906).

# IN SUMMARY

Without valid laws, the court has no controversy and no subject-matter-jurisdiction that exists for the court to do anything but dismiss this case. Where a statute charges no crime the court lacked jurisdiction. See: people v. Hardiman, 347 NW. 2d. 460.462.132 Mich. App. 382 (1984). The laws stated in the statute books without enacting clauses or titles are not a valid publication of Law.. A court lacking jurisdiction. cannot render judgment but must vacate the cause at any stage of the proceedings in which it becomes apparent that jurisdiction is lacking. United States v. Siviglia, 686 Fed.Id 832,835 (1981), cases cited. Nothing can be regarded as a law in this State which fails to conform to the constitutional prerequisites which calls for an enacting clause and title. There was nothing in the complaint which can constitutionally be regarded as laws, and thus there

nothing to which the **Respondent** is answerable for or which can be charged against him or his property assets. Since there are no valid or constitutional laws charged against the **Respondent** there are no crimes that exist, consequently, there was no subject-matter-jurisdiction by which one could be compelled to act in the above-named court.

# CAVEAT

I regard it as just and necessary to give fair warning to this court of the consequences of its failure to follow the Constitution of (California) and uphold its oath and duty in this matter, being that it can result in this court committing acts of treason, usurpation, and tyranny. Such trespasses would be clearly evident to the public, especially in light of the clear and unambiguous provisions of the Constitution that are involved here which leave no room for construction, and in light of the numerous adjudications upon them, as herein stated. The possible breaches of law that may result in denying this lawful direction motion are enumerated as follows:

**1.** The failure to uphold these clear and plain provisions of our Constitution cannot be regarded as a mere error in judgment, but deliberate USURPATION. "Usurpation is defined as an unauthorized arbitrary assumption and exercise of power." State ex rel. Danielson v. Village of Mound, 234 Minn. 531,543, 48 N.W.2d 855, 863 (1951). While the error is only voidable, such usurpation is void. The boundary between an error in judgment and the usurpation of judicial power is this: The former is reversible by an appellate court and is, therefore, only voidable, which the latter is a nullity. State v. Mandehr, 209 N.W. 750, 752 (Minn. 1926). To take jurisdiction where it clearly does not exist is usurpation, and no one is bound to follow acts of usurpation, and in fact, it is a duty of citizens to disregard and disobey them since they are void and unenforceable. [N]o authority need be cited for the proposition that, when a court lacks jurisdiction, any judgment rendered by it is void and unenforceable. Hooker v. Boles, 346 Fed .2d 285, 286 (1965). The fact that the "California Statutes" have been in use for more than eighty years cannot be held as a justification to continue to usurp power and set aside the

constitutional provisions which are contrary to such usurpation, as Judge Cooley stated: Acquiescence for no length of time can legalize a clear usurpation of power, where the people have plainly expressed their will in the Constitution. Cooley, Constitutional Limitations, p. 71.

**2.** To assuming jurisdiction, in this case, resulted in TREASON. Chief Justice John Marshall once stated: We, Judges, have no more right to decline the exercise of jurisdiction which is given than to usurp that which is not given. The one or the other would be treason to the constitution. Cohen's v. Virginia, 6 Wheat. (19 U.S.) 264, 404 (1821). The judge of this court took an oath to uphold and support the Constitution of California, and his blatant disregard of that obligation and allegiance would only result in an act of treason. If this court departs from the clear meaning of the Constitution, it will be regarded as a blatant act of TYRANNY. Any exercise of power which is done without the support of law or beyond what the law allows is tyranny. It has been said, with much truth, "Where the law ends, tyranny begins." Merritt v. Welsh, 104 U.S. 694,702 (1881). The law, the Constitution, does not allow laws to exist without titles or enacting clauses. To go beyond that and allow the California Statutes" to exist as "law" is nothing but tyranny. Tyranny and despotism exist where the will and pleasure of those in government are followed rather than established law. It has been repeatedly said and affirmed as a most basic principle of our government that, "this is a government of laws and not of men; and that there is no arbitrary power located in any individual or body of individuals."Cotting v. Kansas City Stock Yards Co., 183 U.S. 79, 84 (1901). The Constitution requires that all laws have enacting clauses and titles. If these clear and unambiguous provisions of the State Constitution can be disregarded, then we no longer have a Constitution in this State, and we no longer live under a government of laws but a government of men, i.e., a system that is governed by the arbitrary will of those in office.

Page 15

**ALL RIGHTS RESERVED WAIVE NONE**
**Adopter of the Bill of Rights**
**Reservations for Writ of Habeas Corpus**


By: *Douglas Vern Hulstedt*
**Douglas Vern Hulstedt**
**Claimant/Witness/Beneficiary**
**Author/Publisher**


# <u>VERIFICATION</u>


I, **Douglas Vern Hulstedt**, *a man,* and One of the People of California, makes this Verification based on personal knowledge of matters set forth herein and appearing by special-appearance-visitation-notice without waiving any rights or remedies, being competent in mind and body to testify, do hereby declare, verify and affirm that the facts stated herein are true, correct, and complete in all material fact, not misrepresented based on my own knowledge to the best of my current information, knowledge and belief under the penalty of perjury of the laws of The United States of America and the laws of California and is admissible as evidence in a court of law or equity, except as to those matters that are therein made upon information and belief, and as to those claims or facts, I believe them to be true and admissible as evidence, and if called upon as a witness, I will testify as to the veracity of my <u>verified-disclosure-request-claims;</u>

Page 16

# **METHOD OF PROCESS/WITNESSES**

In the California state, on the Monterey county. I, the undersigned, herein declare that I am over the age of eighteen years and **NOT** a *Claimant [yet] but am Witnessing/ Deliveries* to the within entitled "*Claims et.al.*" My business address is:

1180 Forest Ave #B Pacific Grove California 93950

I, hereby declare under the penalty of perjury of the California Republic and The United States of America that I served the foregoing document as entitled: on the party(s) by mailing with the Post-Office maintained by the United States, Postal Service with postage paid, titled and addressed as follows *and or* by the file stamp/banking-postmasters **REPLY OPPOSTION TO DOCUMENT ENTRY # 49, A CONTROVERSY IS STAKED AS TO THE IDENTITY OF THE MEDICAL LICENSE WHICH IS IN FACT A CORPORATION, DEFENDANTS FAIL AGAIN TO IDENTIFY POSITIONS AS WHO IS THE TRUSTEE, WHO IS THE MAN AND WHO IS THE CORPORATION, DEFENDANTS ALSO FAILED THE DUE-PROCESS CHALLENGE OF "ENACTING CLAUSE" FROM THE BEGINNING AB INITIO AND CONTINUING TO DISCRIMINATE AGAINST A NON-ATTORNEY WHILE IGNORING AND DISTRACTING WITH ATTORNEY LEGAL EASE AT EVERY LEVEL WHEN IN FACT THE LICENSE WAS TAKEN WITHOUT DUE-PROCESS, EXHIBIT 1 = CORPORATION, EXHIBIT 2 = DUE-PROCESS MOTION FOR ENACTING CLAUSE WITH NO RESPONSE FROM ATTORNEYS, JUDICIAL SIGNIFICANCE, METHOD OF PROCESS, DATE: JULY 27, 2023, TIME: 1:30 P.M., ROOM: 8-19TH FLOOR, JUDGE: Jacqueline Scott Corley, #173752;**

**UNITED STATES DISTRICT COURT**
**c/o Clerk of the Court, Mark B. Busby**
450 Golden Gate Avenue
San Francisco, California 94102
*Insured-Registered-Mail or By-Postmaster-File-Stamp*;

~ 7 ~

**REPLY OPPOSTION TO DOCUMENT #49 CONTROVERSY-CORPORATION**
**Copyrighted-Works this Document-Contract-Claims by the Douglas Vern Hulstedt**

**Greg W. (?) Chambers, Attorneys #237509, Witnesses/Accused/Doe #1, "DEFENDANTS"** *et.al;*
455 Golden Gate Avenues, Suite 11000
San Francisco, California 94102

I declare under the penalty of perjury of the Laws of the California Republic and The United States of America that the foregoing is correct and complete to the best of my knowledge, information and belief, and that this bill of process is executed by the voluntary act of my own hand on Monterey county and is dated below;

Date: July 21, 2021                          By: _____
                                                   Gloria Chavez

~ 8 ~

**REPLY OPPOSTION TO DOCUMENT #49 CONTROVERSY-CORPORATION**
**Copyrighted-Works this Document-Contract-Claims by the Douglas Vern Hulstedt**