**Douglas Vern Hulstedt**
**℅ 2511 Garden Road, Building - C #100**
**Monterey, California 93940**
**Tel: (831) 899-5900**
*Claimant/Witness/Beneficiary and*
*Wishing for an "Honest-Attorney"*

FILED

AUG 29 2023

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

**Douglas Vern Hulstedt**

*Claimant/Witness/Beneficiary;*
*Adversely Affected and Aggrieved*

*Vs.*

**Robert Andres Bonta, Attorneys,**
**#202668, Laurie Rose Lubiano,**
**Attorneys #152171,  STATE BAR OF**
**CALIFORNIA *[CHARTER]* =**
**℅ Leah Tamu Wilson, Attorneys,**
**# 222790,**

***Insurance-Guarantors by the***
***Bar # Policies,***

**Greg W.(?) Chambers,**
**Attorneys, #237509**

*Defendants et al;*

**Does/Roes 1-25;**

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

**Case No: 23CV02003-JSC**

**1ST AMENDED CLAIM FOR RELIEF**
**BY THE RIGHT OF REVIEW BY THE**
**5 U.S.C. § 702-706, DUE PROCESS**
**VIOLATIONS CAUSING SUFFERING**
**OF LEGAL WRONGS, AGENCIES**
**AND OFFICERS FAILED TO ACT IN**
**AN OFFICIAL CAPACITY UNDER**
**COLOR OF LEGAL AUTHORITY,**
**THEREFORE A DISMISSAL SHALL**
**NOT BE GRANTED NOR RELIEF BE**
**DENIED AND THAT THE UNITED**
**STATES IS AN INDISPENSABLE**
**PARTY PER THE "OATH OF**
**OFFICES" ESSENTIAL ELEMENTS**
**OF CLAIMS ENTERED HEREIN,**
**SWORN AND VERIFIED BY SHORT**
**PLAIN STATEMENTS AT A**
**12TH GRADE LEVEL OF**
**COMPREHENSION,**
**TITLE 28, §1331 FEDERAL**
**QUESTIONS,**

**EXHIBITS 1-4,**

**METHOD OF PROCESS;**

~ 1 ~

1st Amended Claim Right of Review by the 5 USC §702-706, Denial of Due Process
Copyrighted-Works this Document-Contract-Claims by the Douglas Vern Hulstedt

*To All Officers and employees of the UNITED STATES DISTRICT COURTS; I, a man in the Name of Lord Almighty I accept your oath(s), bind you to the same and command you do justice. I waive all customary rules of law and other procedural impediments, I am not an attorney nor am I trained in law and I expect my rights to be protected by Public-Fiduciaries……...*

## *CLAIMS FOR REVIEW AND RELIEF* by the Beneficiary having the *Right to Claim about Wrongs being Committed by Attorneys/Trustees* and by accepting

the "Valid" "Oath of Office" of any Public-Fiduciary-Trustee or "**Placeholder**" concerning this matter for the equal protections of the law with my Adoption of the Bill of Rights for the Due-Processes and by accepting the public record **"Official Bond"** or any other insurance-policies that may apply concerning fraud or employee misconduct/dishonesty and by entering and the making of this "**Judicial-Review-Claim for Relief"** before this Court of Record as the Claimant/Witness/Beneficiary to protect my Beneficial Property Rights against Trespass or Breach of Fiduciary-Trust, with intended-damage-done "I", Douglas Vern Hulstedt, *a natural man* stake this Claim for **"Judicial-Review",** by the Knowledge, **EXHIBITS 1, 2, 3, 4** and Method of Process for the "**Due-Process"** *Guaranteed by the Bill of Rights*. **NOTE:** The citation of state and federal statutes, codes, rules, regulations, and court citations, within any document-contract created by me and not copyrighted by me, is only to notice my servants, that which is applicable to them and is not intended, nor shall be construed to mean that I confer, submit to, claim rights to or have entered into any jurisdiction alluded to thereby, by the following; **1ST AMENDED CLAIM FOR RELIEF BY THE RIGHT OF REVIEW BY THE 5 U.S.C. § 702-706, DUE PROCESS VIOLATIONS CAUSING SUFFERING OF LEGAL WRONGS, AGENCIES AND OFFICERS FAILED TO**

~ 2 ~

**ACT IN AN OFFICIAL CAPACITY UNDER COLOR OF LEGAL AUTHORITY, THEREFORE A DISMISSAL SHALL NOT BE GRANTED NOR RELIEF BE DENIED AND THAT THE UNITED STATES IS AN INDISPENSABLE PARTY PER THE "OATH OF OFFICES" ESSENTIAL ELEMENTS OF CLAIMS ENTERED HEREIN, SWORN AND VERIFIED BY SHORT PLAIN STATEMENTS AT A 12TH GRADE LEVEL OF COMPREHENSION, TITLE 28, §1331 FEDERAL QUESTIONS, EXHIBITS 1-4, METHOD OF PROCESS;**

# FOR THIS COURT OF RECORD
### *Review of Process against Defendants et al. = Precursor;*

***CLAIMS NOW*** *being ripe for review by the Abbott test* *[**Abbott Laboratories v. Gardner, 387 U.S. 136 (1967)**]* after having been **REFUSED/DENIED/RESTRAINED** Due-Process/Constitutional-Rights by the disobedience of Due-Process and the denial of lawful directions and for motion hearings (*denied*) by **Attorneys,** *et al. as sworn officers* concerning **800-2021-079497** **Medical Board of California** *et al.* **A great concern for Due-Process has risen, a written determination(s) by this administrative proceeding has a critical role to play in the subsequent imposition(s) by the complaint-trust 800-2021-079497, California Medical Board as Constitutional rights/property are/is involved and a provide for relief is ordered by this court of record to determine Due-Process violations. Time is of necessity, as a "type" of press-ganging continues by "Attorneys" against my interests as the Attorneys/Defendants** *et al.* **continue to act in concert while the irreparable-damage, and** *Theft* **by way of** *Treason* **committed by the trampling of the 5th Amendment,** *inter alia* **for Due-Process**

~ 3 ~

1st Amended Claim Right of Review by the 5 USC §702-706, Denial of Due Process
Copyrighted-Works this Document-Contract-Claims by the Douglas Vern Hulstedt

1  **consistent with the Bill of Rights. A concern as to why at every level regarding**
2  **these matters in *5 different cases, inter alia,*  I am being denied hearings, Due-**
3  **Process along with forced-silence-threats of sanctions in  case #'s 800-2021-079479,**
4  **22cv06688, 22cv07439, 23cv02002, 22sc018927, See (EXHIBIT 4) of the 1st**
5  **Amendment by Judicial Officers? And why is it that I am being told that "They"**
6  **the Attorneys cannot comprehend my Claims when in fact they are written at a 12th**
7  **grade comprehension level? Why do the Attorneys refused to answer and protect**
8  **rights while being paid by the public-interest? Why do the Attorneys refuse to**
9  **identify their jurisdiction and venue after it has been duly challenged on record**
10 **(EXHIBIT 2)? WHY AM I BEING TREATED UNFAIRLY/DISCRIMINATED**
11 **BY DISHONEST-OFFICERS AS A NON-ATTORNEY? (EXHIBIT 4) WHY**
12 **HAVE ALL MY MOTIONS BEEN SHUT DOWN WITH NO HEARINGS**
13 **AFTER TENDER OF FEES? WHAT IS GOING ON HERE? *NOW THEN THE***
14 ***FOLLOWING CLAIMS*;**

## PLAIN STATEMENTS OF JURISDICTION

**By the following Jurisdictional Claims;** this matter should be deemed of the highest public policy significance and for [civil] injunctive/declaratory relief, not for myself alone, but also for the People of The United States of America, since it holds at bay the prospect of any "Honest-Court-Services" in the **STATE OF CALIFORNIA**, *a federal-franchise of The United States which receives federal funding*;

**SUBJECT MATTER JURISDICTION:** That this Claimant/Witness/ Beneficiary hereby brings this action and invokes this **"Court of Record"** subject matter jurisdiction under authority with reasonable expectations of protections of the trust/agency = **DOUGLAS VERN HULSTEDT, M.D, *TRUST, CORPORATION #3260008/A42397,*** including, but not limited to;

~ 4 ~

**1st Amended Claim Right of Review by the 5 USC §702-706, Denial of Due Process**
**Copyrighted-Works this Document-Contract-Claims by the Douglas Vern Hulstedt**

**(a)** The Civil Rights Act of 1871;
**(b)** 18 USC, §242 – Deprivation of rights under color of law;
**(c)** 18 USC, §1964(a) (c) – Civil remedies (R.I.C.O);
**(d)** 28 USC, §1331 – Federal Question;
**(e)** 28 USC, §1332(a) (1) – Diversity of citizenship; amount in controversy;
**(f)** 28 USC, §1343(3) (4) - Civil rights and elective franchises;
**(g)** 42 USC, §1983 – Civil action for deprivation of rights;
**(h)** 42 USC, §1988 – Proceedings in vindication of civil rights;
**(i)** U.S.A. Constitution, Article III, Section 2, First, Second, Fourth, Fifth, Sixth, Seventh thereto;
**(j)** 28 USC, §1391(e) – Suit against an Officer

**IN PERSONAM JURISDICTION:** That this Court of Record has jurisdiction subject to review over all Defendants as all Defendants are known to have committed the acts herein described within the geographic boundaries of the California and being *federal franchisees* of The United States government;

**SUPPLEMENTAL JURISDICTION: STATE CLAIMS;** That this Claimant/Witness/Beneficiary also invokes supplemental jurisdiction of this Court of Record over State Claims against Defendants for common law violations pursuant to 28 USC, §1367 as the common law claims form part of the same case or controversy;

**DECLARATORY JUDGMENT:** That jurisdiction to grant declaratory judgment is conferred by 28 USC, §2201, §2202;

**VENUE:** Is proper, pursuant 28 USC, §1391(b) in that the Claimant/Witness/ Beneficiary Claims arose in California on the Land by way of the **STATE OF CALIFORNIA (Duns #071549000)** which is a *sub-federal franchise/municipality* (*Clearfield-Doctrine*) of The United States **(Duns # 052714196) (EXHIBIT 2)** which *also* receives federal funding;

**CLAIMANT:** That this *Natural-Right-Claimant, Living-Breathing-Man, Competent-Fact-Witness as* **Douglas Vern Hulstedt** who now stands on the Land by "**specially appearing/visitations-only**" into this foreign-port *on a vessel in dry-dock* [*court*] by my verification and bio-metric seal identified and presented herein for the protection of my property, assets, and rights;

~ 5 ~

**That upon knowledge and belief, and at all times mentioned each Defendant herein is a "CITIZEN" OF THE STATE OF CALIFORNIA, FRANCHISEE OF THE FEDERAL GOVERNMENT who/they/it receives federal funding or a "FOREIGN CORPORATION/BAR-AGENT AS A PERSON" =** *Non-Identified-Allegiances-Authority by the Bar-Agent-Attorneys = Diversity?* **(EXHIBIT 2);**

\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*

# **VERIFIED STATEMENT OF CLAIMS**

*NOW THEN* **Douglas Vern Hulstedt**, *a natural man* to propound his Testimony

**SUFFICIENT TESTIMONY**
**FOR THE SHORT PLAIN STATEMENTS OF CLAIMS**
**IN THE FORM OF AFFIDAVIT OF FACTS FOR RELIEF**

# **VERIFICATION**

I, **Douglas Vern Hulstedt** *as the* Claimant/Witness/Beneficiary with my own unlimited commercial liability, do affirm that the following testimony in the form of affidavit under my biometric-seal by my belief and knowledge is true, correct, and complete, and not misleading, the truth, the whole truth, and nothing but the truth, and deliver this agreed on "contractual" notice of **Verified Short Plain Statement of Claims** by the following;

~ 6 ~

*__RESERVATION FOR ALL WRITS;__*
*"__FOR RESTRAINT OF LIBERTIES, NOW IN CUSTODY__";*
*and Wishing for Honest-Attorney-Re-Presentations;*



:Flag: Title: ~4, Section: ~1-3

**Verified by**: _Douglas Vern Hulsted_

The United States of America
Claimant/Witness/Injured
Beneficiary-Claimant *for*
DOUGLAS VERN HULSTED, M.D.
**CORPORATION #3260008/A42397,**
**"Copyright-Claimant",**

# CLAIMS NOW your "Affiant", Testimony of the **Douglas Vern Hulstedt**;

1. Your Affiant Testifies and makes these Claims by his //signature//verification and biometric-seal = thumb print/acknowledgement-witnesses;

2. Your Affiant makes this Testimony in the California state, Monterey county, on August, 28 2023;

3. Your Affiant Testifies that he provides four **(4)** *elements that give jurisdiction to the court/or appropriate officer to act* **(a)** who is the injured party **(b)** who is the identified that has breached a fiduciary-duty **(c)** what are the codes or violations that resulted in damages on the claimant as fact **(d)** the factual sufficiency of the claim(s) that only a witness can testify with authenticated evidence, subject to cross examination;

   **(a) Douglas Vern Hulstedt** is the injured claimant/witness/beneficiary;
   **(b) Robert Andres Bonta, Attorneys, #202668,** *et al.* **"DEFENDANTS"**
       **Violations:** DECEPTIVE PRACTICES AND PROCEDURES 15 USC, §

~ 7 ~

**1ˢᵗ Amended Claim Right of Review by the 5 USC §702-706, Denial of Due Process**
**Copyrighted-Works this Document-Contract-Claims by the Douglas Vern Hulstedt**

45; PERJURY OF OATH; 18 USC, §1621; HONEST SERVICES FRAUD 18 USC, §1346; SIMULATED LEGAL PROCESS CAL. CIV. CODE §1788.16 VIA UNITED STATES POST OFFICE/WIRE 18 USC § 1343; DEPRIVATION OF RIGHTS UNDER COLOR OF LAW; 18 USC §241, 242; REFUSAL TO PROVIDE DUE PROCESS DISCOVERY; 5th AMENDMENT VIOLATIONS, *SEE* **VERIFIED JUDICIAL EVIDENCE (EXHIBIT 1), 1-16;** CONSPIRACY OF ACTING TO DEPRIVE RIGHTS 42, §1985, Take Notice of 28 USC, §§1346, 1491 and "Tucker Act of 1887" as Sovereign Immunity Waiver *et al., **Case No.800-2021-079497 et.al. before the Medical Board of California, Department of Consumer Affairs, State of California = a corporation represented by "Attorneys" who are supposed to know the law and to protect it;***

(c) **Douglas Vern Hulstedt**, *a natural man* and first-hand factual witness;

(d) Your Affiant now testifies that he will state the **factual sufficiency of element claims 1 thru 7** = statement of claim/facts against **Robert Andres Bonta, Attorneys, #202668,** *et al.* **by the following elementary claims 1-7,  including (EXHIBIT 1) VERIFIED JUDICIAL EVIDENCE STATEMENTS = QUESTIONS; (EXHIBIT 2) which** *is* **a main-noticed-challenged controversy of jurisdiction, and venue, concerning these matters is and has been the charge as to "their" unwarranted movements/damage; (EXHIBIT 3) fake ruling without Due-Process; (EXHIBIT 4) Civil Rights Claim;**

# ELEMENT CLAIMS 1-7 STATEMENTS

(1) **WHO DID WHAT** = **Robert Andres Bonta, Attorneys, #202668,** *et al.* **"DEFENDANTS"** have "Perjured their Oath of Offices" in the ongoing movements *with* actors/attorneys/clerks/judges in concert to **EXTORT-DAMAGE "WITHOUT DUE-PROCESS" after the fact** my beneficial interests and property assets, *see* above **(b)Violations**;

(2) **WHERE DID IT HAPPEN** = 455 Golden Gate Avenue, Suite 11000, San Francisco, California and Office of Administrative Hearings, 1515 Clay Street, Suite 206, Oakland, California;

(3) **WHEN DID IT HAPPEN** =  August 1, 2022 ongoing;

~ 8 ~

(4) **HOW WAS IT DONE** = Deceptive and unfair business practices and procedures, i.e. **FRAUD** *et. al.*, 1st , 4th , 5th , 6th , 7TH , 14TH **Amendment Violations** *inter alia;*

(5) **WHAT LAWS WERE VIOLATED** = DECEPTIVE PRACTICES AND PROCEDURES 15 USC § 45, PERJURY OF OATH 18 USC § 1621, HONEST SERVICES FRAUD 18 USC § 1346, SIMULATED LEGAL PROCESS CAL.CIV. CODE § 1788.16 VIA UNITED STATES POST OFFICE/WIRE 18 USC § 1343, DEPRIVATION OF RIGHTS UNDER COLOR OF LAW 18 USC § 241, 242, REFUSAL TO PROVIDE DUE PROCESS DISCOVERY 5th AMENDMENT VIOLATIONS SEE VERIFIED ATTACHMENTS 1-6, CONSPIRACY ACTING TO DEPRIVE RIGHTS 42 § 1985, Take Notice of 28 USC §§ 1346, 1491 and "Tucker Act of 1887" as Sovereign Immunity Waiver *et al.*, ***Case No.800-2021-079497 Before the Medical Board of California, Department of Consumer Affairs, State of California, inter alia;***

(6) **WHO IS THE VICTIM** = Douglas Vern Hulstedt *as Beneficiary***;**

(7) **WHAT MAY BE SOME CAUSES OF ACTIONS AS TO LAWS VIOLATED** = Disbarment, Criminal Indictments, Damage Payments by the "Guarantors/Insurers", *inter alia*;

4. Your Affiant Testifies that he has met the sufficiency of stating claims **1-7** against **Robert Andres Bonta, Attorneys, #202668,** *et al.* and it is now up to the public-trustees to apply the law accordingly by their public duties and public trust;

5. Your Affiant Testifies that he made these claims freely;

6. Your Affiant Testifies that these claims are true, complete, and not misleading by the best of my knowledge/beliefs;

7. Your Affiant Testifies and has personal first-hand knowledge of all the facts/claims reasonable reliance's which are stated herein;

**1st Amended Claim Right of Review by the 5 USC §702-706, Denial of Due Process Copyrighted-Works this Document-Contract-Claims by the Douglas Vern Hulstedt**

**8.** Your Affiant refers the public-fiduciaries to **(EXHIBIT 1),** *ripe* review claims 1 thru 16 of this ***trust case no. 23CV02003 JSC;***

**9.** <u>**Conclusion** *and* **Acknowledgement-Witness follows**</u>*;*

# <u>**REASONABLE CONCLUSION**</u>

I, Douglas Vern Hulstedt, with my reasonable witnessing conclude that it is clear and precise that my Due-Process is and has been violated from the beginning and any person with a reasonable 12th grade comprehension would also conclude the same. I will not standby and allow the *unethical/unclean handed* **Robert Andres Bonta, Attorneys, #202668,** *et al.* **to deprive me of my 43 years plus life's work as a Medical Doctor without Due-Process. Further this matter by the <u>(EXHIBIT 1)</u> STATEMENTS OF CLAIMS/QUESTIONS has already been agreed upon, this 1st Amended-Statement of Claims is now and again staked on this record. <u>WHATS REALLY AT STAKE HERE IS THE ATTEMPT TO STOP ANY DEPOSITIONS OF THE DEFENDANTS BY USING THE 12 B 6 MOTION ORCHASTRATED BY ATTORNEYS AND THE B.A.R. TO DIVERT THE REAL ISSUES OF CONSTITUTIONAL RIGHTS TRAMPLINGS CAUSED AND ORCHASTRATED BY ATTORNEYS WHO WANT TO CONCEAL "THEIR" CRIMES DONE IN CONCERT! YOU ALL KNOW IT! A DEPOSTION ON BONTA WILL END THIS NOW, IT'S THAT SIMPLE! BUT BECAUSE IM NOT PART OF THE CLOSED UNION SHOP, "THE B.A.R." I'M BEING DENIED RIGHTS BY "CHICANERY-METHODS" BY ATTORNEYS WHO REFUSE TO PROTECT RIGHTS IN BREACH OF PUBLIC TRUST. OBVIOUSLY THE B.A.R. DOES NOT WANT TO ANSWER THIS ON THE PUBLIC RECORD FOR EVERYONE TO SEE THE SCAM! RULES FOR THEE BUT NOT FOR</u>**

$\sim 10 \sim$

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT**                    **CIVIL CODE § 1189**

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California                                )
County of Monterey                                 )

On August 28, 2023 before me, Oscar Cervantes, Notary Public
_____Date_____                        Here Insert Name and Title of the Officer

personally appeared _____Douglas Vern Hulstedt_____
                                    Name(s) of Signer(s)

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

OSCAR CERVANTES
Notary Public - California
Monterey County
Commission # 2397131
My Comm. Expires Apr 7, 2026

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____
                    Signature of Notary Public

Place Notary Seal Above

━━━━━━━━━━━━━━━━━ **OPTIONAL** ━━━━━━━━━━━━━━━━━
*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**
Title or Type of Document: claim Statement
Document Date: 8-28-22 _____ Number of Pages: _____
Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**

| | |
|---|---|
| Signer's Name: _____ | Signer's Name: _____ |
| ☐ Corporate Officer — Title(s): _____ | ☐ Corporate Officer — Title(s): _____ |
| ☐ Partner — ☐ Limited ☐ General | ☐ Partner — ☐ Limited ☐ General |
| ☑ Individual ☐ Attorney in Fact | ☐ Individual ☐ Attorney in Fact |
| ☐ Trustee ☐ Guardian or Conservator | ☐ Trustee ☐ Guardian or Conservator |
| ☐ Other: _____ | ☐ Other: _____ |
| Signer Is Representing: _____ | Signer Is Representing: _____ |

©2016 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)   Item #5907

**THEM…………. "A MOCKERY" AGAINST THE PEOPLE, WOW! ONE
CANNOT CONTRACT WITHOUT PROPER HEARINGS AND
EXPLAINATIONS FOR CLARIFICATION OF WHY THE ATTORNEYS
DON'T WANT TO UNDERSTAND MY CLAIMS! AND "HELPED" BY THE
COURTS, OVERT AND OUTRAGEOUS!**

# RIGHT OF REVIEW CLAIMS
### (Subject to Amendments *by the* Copyright-Claimant)

1. On July 27, 2022 "Accusation" was made by Attorneys against my interests;
2. On  August 8, 2022 <u>NOTICE OF DEFENSE</u> was responded;
3. On August 26, 2022 <u>VERIFIED REQUEST</u> FOR DISCLOSURES PRE HEARING 1-28 TO THOMAS OSTLY along with notice of adoption of the "Bill of Rights" was served by Registered-Mail (fee-paid) RE527008721US and by Certified-Mail # 7019 1120 0001 1161 5527 = *Fiduciary review by written ruling findings of facts and conclusions of law as to why due-process was denied by the non-answer of fiduciary agents per administrative procedures act of 1946;* **NO REASON TO SAY THAT THIS ORDER FOR DUE-PROCESS IS NOT COMPREHENSIBLE (12TH GRADE), AS A NON-ATTORNEY I HAVE THE RIGHT TO KNOW THE "PLAYING FIELD" RULES VENUE ETC. WHATS SO HARD TO UNDERSTAND? THIS IS AN ORDER FOR THE ATTORNEYS TO "ANSWER"; DID YOU VIOLATE ADMINSTRATIVE DUE-PROCESS? YES OR NO!**
4. On September 6, 2022 VERIFIED MOTION NOTICE  TO THOMAS OSTLY TO PROVIDE DUE-PROCESS "ENACTING CLAUSES" was served by registered mail (fee-paid) RE527008735US and by Certified-Mail #

~ 11 ~

7018 1830 0001 6246 5790 = *Fiduciary review by written ruling findings of facts and conclusions of law as to why due-process was denied by the non-answer of fiduciary agents per administrative procedures act of 1946;* **NO REASON TO SAY THAT THIS ORDER FOR DUE-PROCESS IS NOT COMPREHENSIBLE (12TH GRADE), AS A NON-ATTORNEY I HAVE THE RIGHT TO KNOW THE "PLAYING FIELD" VALID LAWS ETC. WHATS SO HARD TO UNDERSTAND? THIS IS AN ORDER FOR THE ATTORNEYS TO "ANSWER"; DID YOU VIOLATE ADMINSTRATIVE DUE-PROCESS? YES OR NO!**

5. **On September 10, 2022 JUDICIAL NOTICE OF ATTEMPTS TO RETAIN COUNSEL TO THOMAS OSTLY TO PROVIDE DUE-PROCESS was served by registered mail (fee-paid) RE527008749US and by** Certified-Mail # 7017 1070 0000 2046 6225 = *Fiduciary review by written ruling findings of facts and conclusions of law as to why due-process was denied by the non-answer of fiduciary agents per administrative procedures act of 1946;* **NO REASON TO SAY THAT THIS ORDER FOR DUE-PROCESS IS NOT COMPREHENSIBLE (12TH GRADE), AS A NON-ATTORNEY I HAVE THE RIGHT TO KNOW THE "PLAYING FIELD" RULES VENUE ETC. WHATS SO HARD TO UNDERSTAND? THIS IS AN ORDER FOR THE ATTORNEYS TO "ANSWER"; DID YOU VIOLATE ADMINSTRATIVE DUE-PROCESS? YES OR NO! FORCED CORPORATE-REPRESENTATIOS?**

6. **On October 3, 2022 CLAIM FOR GUARANTEES MOTION FOR CERTIFICATION TO ROB BONTA PROCESS "HE ADMITS" was served by registered mail (fee-paid) RF108580958US and by** Certified-Mail # 7022 0410 0001 7454 2065 = *Fiduciary review by written ruling findings of facts and conclusions of law as to why due-process was denied by the non-answer of*

~ 12 ~

*fiduciary agents per administrative procedures act of 1946;* **NO REASON TO SAY THAT THIS ORDER FOR DUE-PROCESS IS NOT COMPREHENSIBLE (12TH GRADE), AS A NON-ATTORNEY I HAVE THE RIGHT TO KNOW THE "PLAYING FIELD" RULES VENUE ETC. WHATS SO HARD TO UNDERSTAND? THIS IS AN ORDER FOR THE ATTORNEYS TO "ANSWER"; DID YOU VIOLATE ADMINSTRATIVE DUE-PROCESS? YES OR NO! BONTA "HE" ADMITTED!**

7. **On October 3, 2022 NOTICE OF OBJECTION AND DISQUALIFICATION OF THOMAS OSTLY, ROB BONTA AND DEBORAH LEHMAN, M.D., "THEY ADMIT" was served by registered mail (fee-paid) RF290639639US and by** Certified-Mail # 7020 0090 0000 2683 2285 = *Fiduciary review by written ruling findings of facts and conclusions of law as to why due-process was denied by the non-answer of fiduciary agents per administrative procedures act of 1946;* **NO REASON TO SAY THAT THIS ORDER FOR DUE-PROCESS IS NOT COMPREHENSIBLE (12TH GRADE), AS A NON-ATTORNEY I HAVE THE RIGHT TO KNOW THE "PLAYING FIELD" RULES VENUE ETC. WHATS SO HARD TO UNDERSTAND? THIS IS AN ORDER FOR THE ATTORNEYS TO "ANSWER"; DID YOU VIOLATE ADMINSTRATIVE DUE-PROCESS? YES OR NO!**

8. **On October 4, 2022 LAWSUIT FILED AGAINST THOMAS OSTLY, STATE OF CALIFORNIA AND United States** *as Guarantors* **for "agreements" in which Thomas Ostly perjured his oath of office by his total disregard for due-process by his deceptive practices and procedures acting in conspiracy with other actors/attorneys =** *suit is already agreed upon, now judgement entry is required;* **NO REASON TO SAY THAT THIS ORDER FOR DUE-PROCESS IS NOT COMPREHENSIBLE (12TH GRADE), AS A**

~ 13 ~

**NON-ATTORNEY I HAVE THE RIGHT TO KNOW THE "PLAYING FIELD" RULES VENUE ETC. WHATS SO HARD TO UNDERSTAND? THIS IS AN ORDER FOR THE ATTORNEYS TO "ANSWER"; DID YOU VIOLATE ADMINSTRATIVE DUE-PROCESS? YES OR NO!**

9. **On October 5, 2022 bar complaint response letter;**

10. **On October 8, 2022  DUE PROCESS CLAIM ENTRY OF W-9 TO IDENTIFIY WHO THE INJURED PARTY IS/VIOLATION OF SPENDING CLAUSE/15 DAY RETURN was served by registered mail (fee-paid) RF108580961US and by** Certified-Mail # 7022 0410 0001 7454 2102 = *Fiduciary review by written ruling findings of facts and conclusions of law as to why due-process was denied by the non-answer of fiduciary agents per administrative procedures act of 1946;* **NO REASON TO SAY THAT THIS ORDER FOR DUE-PROCESS IS NOT COMPREHENSIBLE (12TH GRADE), AS A NON-ATTORNEY I HAVE THE RIGHT TO KNOW THE "PLAYING FIELD" RULES VENUE ETC. WHATS SO HARD TO UNDERSTAND? THIS IS AN ORDER FOR THE ATTORNEYS TO "ANSWER"; DID YOU VIOLATE ADMINSTRATIVE DUE-PROCESS? YES OR NO!**

11. **On October 9, 2022 MURGIA MOTION TO COMPEL DISCOVERY BY THE RESPONDENTS ROB BONTA, WILLIAM PRASIFKA/15 DAY RETURN was served by registered mail (fee-paid) RF108580989US and by** Certified-Mail # 7022 0410 0001 7454 2157 = *Fiduciary review by written ruling findings of facts and conclusions of law as to why due-process was denied by the non-answer of fiduciary agents per administrative procedures act of 1946;* **NO REASON TO SAY THAT THIS ORDER FOR DUE-PROCESS IS NOT COMPREHENSIBLE (12TH GRADE), AS A NON-ATTORNEY I HAVE THE RIGHT TO KNOW THE "PLAYING FIELD" RULES**

~ 14 ~

**VENUE ETC. WHATS SO HARD TO UNDERSTAND? THIS IS AN ORDER FOR THE ATTORNEYS TO "ANSWER"; DID YOU VIOLATE ADMINSTRATIVE DUE-PROCESS? YES OR NO!**

12. **On October 10, 2022 MANDATORY NOTICE BREACH OF MEDICAL BOARD GUIDELINES/CONSTITUTIONAL RIGHTS "PANOPLY" OF DUE-PROCESS THAT HAS BEEN TRIGGERED was served by registered mail (fee-paid) RF108580992US and by** Certified-Mail # 7022 0410 0001 7454 2195 = *Fiduciary review by written ruling findings of facts and conclusions of law as to why due-process was denied by the non-answer of fiduciary agents per administrative procedures act of 1946;* **NO REASON TO SAY THAT THIS ORDER FOR DUE-PROCESS IS NOT COMPREHENSIBLE (12TH GRADE), AS A NON-ATTORNEY I HAVE THE RIGHT TO KNOW THE "PLAYING FIELD" RULES VENUE ETC. WHATS SO HARD TO UNDERSTAND? THIS IS AN ORDER FOR THE ATTORNEYS TO "ANSWER"; DID YOU VIOLATE ADMINSTRATIVE DUE-PROCESS? YES OR NO! THIS IS THE REAL "KICKER" AS THE "PANOPLY" IS VOID, THEY ADMITTED BY PUBLICATION!**

13. **On October 12, 2022 CHALLENGE NOTICE BY THE VOID OF PROBABLE CAUSE SUFFICIENT TO SUPPORT SUBPOENA FOR DOCUMENTS, NO CAUSE EXISTS was served by registered mail (fee-paid) RF108580975US and by** Certified-Mail # 7022 0410 0001 7454 2126 = *Fiduciary review by written ruling findings of facts and conclusions of law as to why due-process was denied by the non-answer of fiduciary agents per administrative procedures act of 1946;* **NO REASON TO SAY THAT THIS ORDER FOR DUE-PROCESS IS NOT COMPREHENSIBLE (12TH GRADE), AS A NON-ATTORNEY I HAVE THE RIGHT TO KNOW THE "PLAYING FIELD" RULES VENUE ETC. WHATS SO HARD TO**

~ 15 ~

**UNDERSTAND? THIS IS AN ORDER FOR THE ATTORNEYS TO "ANSWER"; DID YOU VIOLATE ADMINSTRATIVE DUE-PROCESS? YES OR NO! I WIN AS SOON AS I GET TO DEPOSE BONTA *ET.AL!*

14. **On October 13, 2022 CHALLENGE NOTICE CLAIM ENTRY AS THE SPENDING CLAUSE/"LITTLE TUCKER ACT"/ADMININSTRATIVE PROCEDURES ACT OF 1946 was served by registered mail (fee-paid) RF108581012US and by** Certified-Mail # 7022 0410 0001 7454 2218 = *Fiduciary review by written ruling findings of facts and conclusions of law as to why due-process was denied by the non-answer of fiduciary agents per administrative procedures act of 1946;* **NO REASON TO SAY THAT THIS ORDER FOR DUE-PROCESS IS NOT COMPREHENSIBLE (12TH GRADE), AS A NON-ATTORNEY I HAVE THE RIGHT TO KNOW THE "PLAYING FIELD" RULES VENUE ETC. WHATS SO HARD TO UNDERSTAND? THIS IS AN ORDER FOR THE ATTORNEYS TO "ANSWER"; DID YOU VIOLATE ADMINSTRATIVE DUE-PROCESS? YES OR NO!**

15. **On October 13, 2022 SUMMONS TO APPEAR ROB BONTA TO GIVE ORAL SWORN TESTIMONY AS A CRITICAL WITNESS, ROB BONTA "ADMITS"/PARTIAL TRANSCRIPT was served by registered mail (fee-paid) RF198581026US and by** Certified-Mail # 7022 0410 0001 7454 2256 = *Fiduciary review by written ruling findings of facts and conclusions of law as to why due-process was denied by the [non]-answer of fiduciary agents per administrative procedures act of 1946;* **NO REASON TO SAY THAT THIS ORDER FOR DUE-PROCESS IS NOT COMPREHENSIBLE (12TH GRADE), AS A NON-ATTORNEY I HAVE THE RIGHT TO KNOW THE "PLAYING FIELD" RULES VENUE ETC. WHATS SO HARD TO UNDERSTAND? THIS IS AN ORDER FOR THE ATTORNEYS TO**

~ 16 ~

**"ANSWER"; DID YOU VIOLATE ADMINSTRATIVE DUE-PROCESS? YES OR NO! I WIN AS SOON AS I GET TO DEPOSE BONTA *ET.AL!***

16. **On October 28, 2022 TAKE NOTICE MEMBERS OF THE MEDICAL BOARD AND DEPARTMENT OF CONSUMER AFFAIRS I.E. PUBLIC FIDUCIARIES "ICAN" INFORMED CONSENT ACTION NETWORK was served by registered mail (fee-paid) RF108581091US and by** Certified-Mail # 7022 0410 0001 7454 8401 = *Fiduciary review by written ruling findings of facts and conclusions of law as to why due-process was denied by the non-answer of fiduciary agents per administrative procedures act of 1946* **NO REASON TO SAY THAT THIS ORDER FOR DUE-PROCESS IS NOT COMPREHENSIBLE (12TH GRADE), AS A NON-ATTORNEY I HAVE THE RIGHT TO KNOW THE "PLAYING FIELD" RULES VENUE ETC. WHATS SO HARD TO UNDERSTAND? THIS IS AN ORDER FOR THE ATTORNEYS TO "ANSWER"; DID YOU VIOLATE ADMINSTRATIVE DUE-PROCESS? YES OR NO!**

Respectfully claimed for review under my own Commercial-Liability as *knowing* to be True and Correct; **ORDER is made for an Appealable Written Ruling in Law and Findings of Facts of all Matters (EXHIIBT 1) = 1 thru 16 above and for the right to correct or amend these Claims *if necessary again* (EXHIBIT 2) = Venue and Jurisdiction Challenge Information (EXHIBIT 3) = Order written by an "Attorney" without Due-Process witnessed by other "Attorneys" acting in concert, (EXHIBIT 4) Civil Rights Claim;**

~ 17 ~

# **VERIFICATION**

I, **Douglas Vern Hulstedt**, "One of the People" of California, makes this Verification based on personal knowledge of matters set forth herein and appearing as a man without waiving any rights or remedies, being competent in mind and body to testify, do hereby declare, verify and affirm that the facts/plain statements stated herein are true, correct, and complete in all material fact, not misrepresented based on my own knowledge to the best of my current information, knowledge and belief under the penalty of perjury of the laws of The United States of America and the laws of California and is admissible as evidence in a court of law or equity, except as to those matters that are therein made upon information and belief, and as to those claims or facts, I believe them to be true and admissible as evidence, and if called upon as a witness, I will testify as to the veracity of my <u>verified-claims 1-16 by the</u> **Right of Review, Administrative Procedures Act 1946**;

**ALL RIGHTS RESERVED WAIVE-NONE;**
*RESERVATION FOR ALL WRITS;*
*"FOR RESTRAINT OF LIBERTIES, NOW IN CUSTODY";*
*and Wishing for Honest-Attorney-Re-Presentations;*



:Flag: Title: ~4, Section: ~1- 3

**Verified by**: *Douglas Vern Hulstedt*
The United States of America
Claimant/Witness/Injured
Beneficiary-Claimant *for*
DOUGLAS VERN HULSTED, M.D.
**CORPORATION #3260008/A42397,**
**"Copyright-Claimant".**

~ 18 ~

**1st Amended Claim Right of Review by the 5 USC §702-706, Denial of Due Process Copyrighted-Works this Document-Contract-Claims by the Douglas Vern Hulstedt**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 1

~ 19 ~

**1st Amended Claim Right of Review by the 5 USC §702-706, Denial of Due Process Copyrighted-Works this Document-Contract-Claims by the Douglas Vern Hulstedt**

1  ROB BONTA
   Attorney General of California
2  MARY CAIN SIMON
   Supervising Deputy Attorney General
3  THOMAS OSTLY
   Deputy Attorney General
4  State Bar No. 209234
   455 Golden Gate Avenue, Suite 11000
5  San Francisco, CA  94102-7004
   Telephone:  (415) 510-3871
6  Facsimile:  (415) 703-5480
   *Attorneys for Complainant*
7

8                          BEFORE THE
                  **MEDICAL BOARD OF CALIFORNIA**
9               **DEPARTMENT OF CONSUMER AFFAIRS**
                     **STATE OF CALIFORNIA**
10

11

12  In the Matter of the Accusation Against:        Case No. 800-2021-079497

13  **Douglas Vern Hulstedt, M.D.**                 **A C C U S A T I O N**
    **2511 Garden Rd # C100**
14  **Monterey, CA 93940-5333**

15
    **Physician's and Surgeon's Certificate**
16  **No. A 42397,**

17                          Respondent.

18

19                          **PARTIES**

20        1.      William Prasifka (Complainant) brings this Accusation solely in his official capacity

21  as the Executive Director of the Medical Board of California, Department of Consumer Affairs

22  (Board).

23        2.      On or about December 30, 1985, the Medical Board issued Physician's and Surgeon's

24  Certificate Number A 42397 to Douglas Vern Hulstedt, M.D. (Respondent). The Physician's and

25  Surgeon's Certificate was in full force and effect at all times relevant to the charges brought

26  herein and will expire on December 31, 2023, unless renewed.

27

28

                                    1

**FROM THE OFFICES OF**
**DOUGLAS VERN HULSTEDT, M.D.**
**2511 GARDEN ROAD, BUILDING-C #100**
**MONTEREY, CALIFORNIA 93940**
**TEL: (831) 899-5900**

# NOTICE OF DEFENSE

To: **Thomas Ostly,**
   **Deputy Attorney General**
   455 Golden Gate Avenue, Suite 11000
   San Francisco, California 94102
   **By Certified-Mail #** 7022 0410 0001 7454 1921

Dear Sir, I am in receipt of **STATEMENT TO RESPONDENT,** I am responding to your legal instrument as **ATTACHMENT "A",** 11 pages with this **NOTICE OF DEFENSE.**

I received this Monday August 1, 2022 as it had been signed for by one of the office personnel. My Medical assistant has been on vacation since Monday when I received the legal instrument. I will formally respond and attempt to find competent counsel concerning these accusations and would request 60 days or more to interview several attorneys. Also I hereby request a letter of acknowledgement in noting your understanding.

Sincerely,

By: Douglas Vern Hulstedt all rights reserved
**Douglas Vern Hulstedt**

1
2
3
4

**Douglas Vern Hulstedt**
**℅ 2511 Garden Road, Building-C #100**
**Monterey, California 93940**
**Tel: (831) 899-5900**
*Claimant/Witness/Beneficiary*
*Without Counsel at this Time*

*By-Registered-Mail #*
*RE527008721US*

5
6
7
8
9
10
11

# BEFORE THE
# MEDICAL BOARD OF CALIFORNIA
# DEPARTMENT OF CONSUMER AFFAIRS
# STATE OF CALIFORNIA

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

In the Matter of the Accusation Against:

**DOUGLAS VERN HULSTEDT, M.D.**

*Respondent*

_____

**Douglas Vern Hulstedt**

*Claimant/Witness/Beneficiary*
*Third-Party-Rule*

_____

*NOTICE TO THE FIDUCIARIES; 18 U.S.C § 2071,*
*Concealment, removal, or mutilation generally (a)*
*Whoever, willfully and unlawfully conceals,*
*removes, mutilates, obliterates, or destroys, or*
*attempts to do so, or, with intent to do so takes and*
*carries away any record, proceeding, map, book,*
*paper, document, or other thing, filed or deposited*
*with any clerk of officer of any court of the United*
*States, shall be fined under this title or imprisoned*
*not more than three years, or both.*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

**Case No. 800-2021-079497**

**RE: STATEMENT TO RESPONDENT**
[Gov. Code §§ 1504, 11505(b)]

## "VERIFIED"

**NOTICE OF REQUEST FOR
DISCLOSURES PRE HEARING TO
KNOW THE NATURE AND CAUSE
BY THE DUE PROCESS BY THE
NUMBER POINTS 1 THRU 28,
ADMISSIONS OR DENIALS,
REQUEST PLACED ON RECORD
BEFORE THE FIDUCIARIES, I.E.
ATTORNEYS MAKING CLAIMS
CONCERNING THIS MATTER
WHICH IS A MIS-UNDERSTANDING
BY BOTH SIDES AND
UNINTENTIONAL BY ME AS TO MY
BENEFICIAL INTERESTS**

Page 1

**CASE NO. 800-2021-079497 NOTICE OF REQUEST FOR DISCLOSURES PRE HEARING**
**Copyrighted-Works this document by the Douglas Vern Hulstedt**

**Douglas Vern Hulstedt**
**℅ 2511 Garden Road, Building-C #100**
**Monterey, California 93940**
**Tel: (831) 899-5900**
*Claimant/Witness/Beneficiary*
*Without Counsel at this Time*

*By-Registered-Mail #*
*RE527008735US*

# BEFORE THE
## MEDICAL BOARD OF CALIFORNIA
## DEPARTMENT OF CONSUMER AFFAIRS
## STATE OF CALIFORNIA

In the Matter of the Accusation Against:

**DOUGLAS VERN HULSTEDT, M.D.**

*Respondent*

_____

**Douglas Vern Hulstedt**

*Claimant/Witness/Beneficiary*
*Third-Party-Rule*

_____

*NOTICE TO THE FIDUCIARIES; 18 U.S.C § 2071,*
*Concealment, removal, or mutilation generally (a)*
*Whoever, willfully and unlawfully conceals,*
*removes, mutilates, obliterates, or destroys, or*
*attempts to do so, or, with intent to do so takes and*
*carries away any record, proceeding, map, book,*
*paper, document, or other thing, filed or deposited*
*with any clerk of officer of any court of the United*
*States, shall be fined under this title or imprisoned*
*not more than three years, or both.*

**Case No. 800-2021-079497**

**RE: STATEMENT TO RESPONDENT**
[Gov. Code §§ 1504, 11505(b)]

## "VERIFIED"
## [MOTION/NOTICE]
**LAWFUL DIRECTION IN THE FORM**
**OF A MOTION DELIVERED TO**
**THOMAS OSTLY AN ATTORNEY**
**FOR THE RETURN OF EVIDENCE**
**ON THE RECORD TO PROVIDE**
**DUE-PROCESS AND PROVE THE**
**ENACTING CLAUSES AS**
**MANDATED BY THE CALIFORNIA**
**CONSTITUTION FOR THE CLAIMS**
**MADE AGAINST MY BENEFICIAL**
**INTERESTS TO BE RETURNED**
**WITHIN 15 DAYS WITH**
**VERIFICATION BY THIS**
**JURISDICTION INQUIRY**

**MEMORANDUM OF LAW**

Page 1

**CASE NO. 800-2021-079497 VERIFIED MOTION NOTICE ENACTING CLAUSES**
**Copyrighted-Works this document by the Douglas Vern Hulstedt**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Douglas Vern Hulstedt**
**℅ 2511 Garden Road, Building-C #100**
**Monterey, California 93940**
**Tel: (831) 899-5900**
*Claimant/Witness/Beneficiary*
*Without Counsel at this Time*

*By-Registered-Mail #*
*RE527008749US*

## BEFORE THE
## MEDICAL BOARD OF CALIFORNIA
## DEPARTMENT OF CONSUMER AFFAIRS
## STATE OF CALIFORNIA

In the Matter of the Accusation Against:

**DOUGLAS VERN HULSTEDT, M.D.**

*Respondent*

**Douglas Vern Hulstedt**

*Claimant/Witness/Beneficiary*
*Third-Party-Rule*

*NOTICE TO THE FIDUCIARIES; 18 U.S.C § 2071,*
*Concealment, removal, or mutilation generally (a)*
*Whoever, willfully and unlawfully conceals,*
*removes, mutilates, obliterates, or destroys, or*
*attempts to do so, or, with intent to do so takes and*
*carries away any record, proceeding, map, book,*
*paper, document, or other thing, filed or deposited*
*with any clerk of officer of any court of the United*
*States, shall be fined under this title or imprisoned*
*not more than three years, or both.*

**Case No. 800-2021-079497**

**RE: STATEMENT TO RESPONDENT**
[Gov. Code §§ 1504, 11505(b)]

**JUDICIAL NOTICE OF**
**ATTEMPTS TO RETAIN**
**COUNSEL WITH NO**
**AVAILABLITY TO**
**CONTRACT FOR THE**
**PROTECTION OF RIGHTS**

**EXHIBITS 1-2**

**METHOD OF PROCESS**

Page 1

1

2  **Douglas Vern Hulstedt**
   **℅ 2511 Garden Road, Building-C #100**
   **Monterey, California 93940**                    *By-Registered-Mail #*
3  **Tel: (831) 899-5900**                           RF 108 580 958 US
   *Claimant/Witness/Beneficiary*
4  *Without Counsel at this Time*

5

6

7                               **BEFORE THE**
8                    **MEDICAL BOARD OF CALIFORNIA**
                     **DEPARTMENT OF CONSUMER AFFAIRS**
9                          **STATE OF CALIFORNIA**

10

11

12     In the Matter of the Accusation Against:   )   **Case No. 800-2021-079497**
                                                  )   **RE: UN-CERTIFIED ACCUSATIONS**
13     **DOUGLAS VERN HULSTEDT, M.D.**            )
                                                  )
14                                                )   **CLAIM FOR GUARANTEES**
                    *Respondent*                  )
15                                                )
                                                  )**LAWFUL DIRECTION IN THE FORM OF**
16     ───────────────────────────────────       )   **A MOTION FOR ROB BONTA AN**
                                                  )   **ATTORNEY TO CERTIFY ALL**
17          **Douglas Vern Hulstedt**             )   **ACCUSATIONS/CLAIMS CONCERNING**
                                                  )   **THIS MATTER, THIS IS IN FACT A**
18        *Claimant/Witness/Beneficiary*          )   **CLAIM AND EXERCISE OF MY**
                 *Third-Party-Rule*               )   **CONSTITUTIONAL RIGHTS FOR MY**
19                                                )   **BENEFICIAL INTERESTS OF MY**
20     ───────────────────────────────────       )   **PROPERTY ASSETS, ITS COMMANDED**
       *NOTICE TO THE FIDUCIARIES; 18 U.S.C § 2071,* ) **THAT PROOF OF CLAIMS ENTER IN**
21     *Concealment, removal, or mutilation generally (a)* ) **ON THIS RECORD, I.E. "ENACTING**
       *Whoever, willfully and unlawfully conceals,* )   **CLAUSES" AND PROOF THAT THERE**
22     *removes, mutilates, obliterates, or destroys, or* ) **IS NO ABSENSE OF REMEDY**
       *attempts to do so, or, with intent to do so takes and* ) **OTHERWISE THE UNITED STATES**
23     *carries away any record, proceeding, map, book,* ) **MUST INTERVENE AND CHARGE FOR**
       *paper, document, or other thing, filed or deposited* ) **PERJURY OF OATH "HE ADMITS" =**
24     *with any clerk of officer of any court of the United* ) **15 DAYS FOR THE RETURN**
       *States, shall be fined under this title or imprisoned* )
25     *not more than three years, or both.*          )
       *CalGovCode §6200/6201, CalPenCode § 135*      )   **EXHIBITS 1, 2, 3, 4, 5,**
26                                                    )
27                                                    )   **METHOD OF PROCESS**
28

Page 1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Douglas Vern Hulstedt**
**℅ 2511 Garden Road, Building-C #100**
**Monterey, California 93940**
**Tel: (831) 899-5900**
*Claimant/Witness/Beneficiary*
*Without Counsel at this Time*

*By-Registered-Mail #*
R E Z 9 0 6 3 9 6 3 9 U S

## BEFORE THE
## MEDICAL BOARD OF CALIFORNIA
## DEPARTMENT OF CONSUMER AFFAIRS
## STATE OF CALIFORNIA

In the Matter of the Accusation Against:

**DOUGLAS VERN HULSTEDT, M.D.**

*Respondent*

_____

**Douglas Vern Hulstedt**

*Claimant/Witness/Beneficiary*
*Third-Party-Rule*

*NOTICE TO THE FIDUCIARIES; 18 U.S.C § 2071,*
*Concealment, removal, or mutilation generally (a)*
*Whoever, willfully and unlawfully conceals,*
*removes, mutilates, obliterates, or destroys, or*
*attempts to do so, or, with intent to do so takes and*
*carries away any record, proceeding, map, book,*
*paper, document, or other thing, filed or deposited*
*with any clerk of officer of any court of the United*
*States, shall be fined under this title or imprisoned*
*not more than three years, or both.*
*CalGovCode §6200/6201, CalPenCode § 135*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

**Case No. 800-2021-079497**

**RE: STATEMENT TO RESPONDENT**
[Gov. Code §§ 1504, 11505(b)]

**EVIDENCE FOR THE RECORD**

**NOTICE OF OBJECTION AND
DISQUALIFICATION OF THE ACTORS
THOMAS OSTLY, ROB BONTA AND
DEBORAH LEHMAN, M.D., ALL THREE
USING DECEPTIVE PRACTICES TO
EXTORT MY BENEFICIAL PROPERTY
ASSETS, ALL THREE HAVE PERJURED
THEIR OATHS NOW HAVING
UNCLEAN HANDS BUT YET THEIR
MOVEMENTS CONTINUE ON IN
VIOLATION OF DUE PROCESS IN
DIRECT CONFLICT OF THE
BILL OF RIGHTS "THEY ADMIT"**

**EXHIBITS 1, 2, 3, 4, 5**

**METHOD OF PROCESS**

Page 1

**CASE NO. 800-2021-079497 EVIDENCE FOR THE RECORD, OBJECTION/DISQUALIFICATION**
**Copyrighted-Works this document by the Douglas Vern Hulstedt**

| **SC-100** | **Plaintiff's Claim and ORDER to Go to Small Claims Court** |

*Clerk stamps date here when form is filed.*

ENDORSED
FILED
ALAMEDA COUNTY

OCT − 4 2022

CLERK OF THE SUPERIOR COURT
By_____ **K Ghee** _____ Deputy

## Notice to the person being sued:

- You are the defendant if your name is listed in ② on page 2 of this form or on form SC-100A. The person suing you is the plaintiff, listed in ① on page 2.
- You and the plaintiff must go to court on the trial date listed below. If you do not go to court, you may lose the case. If you lose, the court can order that your wages, money, or property be taken to pay this claim.
- Bring witnesses, receipts, and any evidence you need to prove your case.
- Read this form and all pages attached to understand the claim against you and to protect your rights.

## Aviso al Demandado:

- Usted es el Demandado si su nombre figura en ② de la página 2 de este formulario, o en el formulario SC-100A. La persona que lo demanda es el Demandante, la que figura en ① de la página 2.
- Usted y el Demandante tienen que presentarse en la corte en la fecha del juicio indicada a continuación. Si no se presenta, puede perder el caso. Si pierde el caso, la corte podría ordenar que le quiten de su sueldo, dinero u otros bienes para pagar este reclamo.
- Lleve testigos, recibos y cualquier otra prueba que necesite para probar su caso.
- Lea este formulario y todas las páginas adjuntas para entender la demanda en su contra y para proteger sus derechos.

*Fill in court name and street address:*

**Superior Court of California, County of**
**Alameda Civil Small Claims**
**1225 Fallon Street**
**Oakland, California 94612**
**Tel: (510)-891-6003**

*Court fills in case number when form is filed.*

**Case Number:**
22SC  0 18927

**Case Name:**
**Douglas Vern Hulstedt vs.**
**Thomas Ostly et. al. Does 1-20**

### Order to Go to Court

**The people in ① and ② must attend court:** *(Clerk fills out section below.)*

| Trial Date | → Date | Time | Department | Name and address of court, if different from above |
|---|---|---|---|---|
| 1. | 2/8/23 | 1:30pm | 105 | 661 Washington St., Oakland |
| 2. | | | | |
| 3. | | | | |

Date: OCT − 4 2022    Clerk, by _____ **K Ghee** _____, Deputy

## Instructions for the person suing:

**Do not use this form to recover COVID-19 rental debt,** which is unpaid rent or other financial obligations under a tenancy due between March 1, 2020, and September 30, 2021. (See Code of Civil Procedure, §1179.02.) To recover COVID-19 rental debt, use form SC-500, *Plaintiff's Claim and ORDER to Go to Small Claims Court.*

- You are the plaintiff. The person you are suing is the defendant.
- **Before** you fill out this form, read form SC-100-INFO, *Information for the Plaintiff,* to know your rights. You can get form SC-100-INFO at any courthouse or county law library, or go to *www.courts.ca.gov/forms.*
- **Fill out pages 2, 3, and 4 of this form.** Make copies of all the pages of this form and any attachments—one for each party named in this case and an extra copy for yourself. Take or mail the original and the copies to the court clerk's office and pay the filing fee. The clerk will write the date of your trial in the box above. Your court may allow electronic filing. Check your local court website for information: *www.courts.ca.gov/find-my-court.htm.*
- You must have someone at least 18—not you or anyone else listed in this case—give each defendant a court-stamped copy of all pages of this form and any pages this form tells you to attach. There are special rules for "serving," or delivering, this form to public entities, associations, and some businesses. See forms SC-104, SC-104B, and SC-104C.
- **Go to court on your trial date listed above.** Bring witnesses, receipts, and any evidence you need to prove your case.

Judicial Council of California, www.courts.ca.gov
Rev, November 1, 2021, Mandatory Form
Code of Civil Procedure, §§ 116.110 et seq.,
116.220(c), 116.340(g)

**Plaintiff's Claim and ORDER**
**to Go to Small Claims Court**

**SC-100**, Page 1 of 6
→



## The State Bar
### of California

**OFFICE OF CHIEF TRIAL COUNSEL**

180 Howard Street, San Francisco, CA 94105

October 05, 2022

Douglas Vern Hulstedt
2511 Garden Road
Building C #100
Monterey CA  93940

RE:    Case Number:        22-O-13124 Thomas Andrew Ostly

Dear Douglas Vern Hulstedt:

We have received your complaint against one or more California attorney(s).  We have assigned the number shown above to this matter; please reference this number in your communications with us.

Your complaint will first be reviewed by an attorney in the Intake Unit.  If we need further information, we will contact you.  We will also advise you of any determination in this matter.  If you want to know the status of your complaint, you may contact us by calling the State Bar's toll-free complaint line at 800-843-9053.

Thank you for your patience.

Sincerely,

OFFICE OF CHIEF TRIAL COUNSEL/INTAKE

San Francisco Office
180 Howard Street
San Francisco, CA 94105

www.calbar.ca.gov

Los Angeles Office
845 S. Figueroa Street
Los Angeles, CA 90017

**Douglas Vern Hulstedt**
**℅ 2511 Garden Road, Building-C #100**
**Monterey, California 93940**
**Tel: (831) 899-5900**
*Claimant/Witness/Beneficiary*
*Without Counsel at this Time*

*By-Registered-Mail #*

RF1085809610S

# BEFORE THE
## MEDICAL BOARD OF CALIFORNIA
## DEPARTMENT OF CONSUMER AFFAIRS
## STATE OF CALIFORNIA

In the Matter of the Accusation Against:

**DOUGLAS VERN HULSTEDT, M.D.**

*Respondent*

_____

**Douglas Vern Hulstedt**

*Claimant/Witness/Beneficiary*
*Third-Party-Rule*

_____

*NOTICE TO THE FIDUCIARIES; 18 U.S.C § 2071,*
*Concealment, removal, or mutilation generally (a)*
*Whoever, willfully and unlawfully conceals,*
*removes, mutilates, obliterates, or destroys, or*
*attempts to do so, or, with intent to do so takes and*
*carries away any record, proceeding, map, book,*
*paper, document, or other thing, filed or deposited*
*with any clerk of officer of any court of the United*
*States, shall be fined under this title or imprisoned*
*not more than three years, or both.*
*CalGovCode §6200/6201, CalPenCode § 135*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

**Case No. 800-2021-079497**

**FOR THE DUE PROCESS CLAIM
ENTRY OF W-9 FORM FOR "COST
RECOVERY" TO IDENTITFY WHO
THE INJURED PARTY IS IF ANY
EXISTS AND THE MEDICAL BOARD
TRUSTEES *ARE* TO TAKE LAWFUL
NOTICE THAT THEY ARE
ATTEMPTING TO TAKE
JURISIDICTION WITHOUT AN
INJURED PARTY VIOLATING DUE
PROCESSES UNDER FALSE
ACCUSATIONS, AT THE SAME TIME
BENEFITING AND RECEIVING
FEDERAL FUNDING IN VIOLATION
OF THE SPENDING CLAUSE, W-9 TO
BE PLACED INTO THIS RECORD
UNDER PENALTIES OF PERJURY
BY THE SWORN TESTIMONY OF
ANY CLAIMANTS, 15 DAY RETURN**

# EXHIBIT 1, W-9

**METHOD OF PROCESS**

Page 1

**CASE NO. 800-2021-079497 CLAIM FOR W-9 UNDER PENALTIES OF PERJURY**
**Copyrighted-Works this document by the Douglas Vern Hulstedt**

1

2

3

**Douglas Vern Hulstedt**
**℅ 2511 Garden Road, Building-C #100**
**Monterey, California 93940**
**Tel: (831) 899-5900**
*Claimant/Witness/Beneficiary*
*Without Counsel at this Time*

*By-Registered-Mail #*
RF 108580989 US.

4

5

6

7

8

9

## BEFORE THE
## MEDICAL BOARD OF CALIFORNIA
## DEPARTMENT OF CONSUMER AFFAIRS
## STATE OF CALIFORNIA

10

11      In the Matter of the Accusation Against:      )      **Case No. 800-2021-079497**
                                                       )
12      **DOUGLAS VERN HULSTEDT, M.D.**                )
                                                       )      **CHALLENGE NOTICE BY THIS**
13                                                     )      **LAWFUL DIRECTION FOR DUE-**
               *Respondent*                            )      **PROCESS IN THE "FORM" OF A**
14                                                     )      ***MURGIA* MOTION TO COMPEL**
                                                       )      **DISCOVERY BY THE RESPONDENTS**
15      _____               )      **ROB BONTA, WILLIAM PRASIFKA**
                                                       )      **REQUIRED TO SUBSTANTIATE**
16           **Douglas Vern Hulstedt**                 )      **THEIR CLAIMS BY THEIR**
           *Counter-Claimant-Beneficiary*              )      **UNFOUNDED SELECTIVE**
17                                                     )      **CONTINUED MALICIOUS**
                   *vs.*                                )      **PROSECUTION WHICH IS VOID OF**
18      **Rob Bonta, William Prasifka**                )      **MANY DUE-PROCESSES, 15 DAY**
                                                       )      **RETURN ON THIS RECORD BEFORE**
19      *Respondents as Actors in Concert*             )      **THIS MEDICAL BOARD AND ITS**
                                                       )      **FIDUCIARY TRUSTEES**
20                                                     )
                                                       )
21      _____               )      **EXHIBIT 1**
                                                       )
22      ***NOTICE TO THE FIDUCIARIES; 18 U.S.C § 2071,***  )   **METHOD OF PROCESS**
        *Concealment, removal, or mutilation generally (a)*  )
23      *Whoever, willfully and unlawfully conceals, removes,*  )
        *mutilates, obliterates, or destroys, or attempts to do so,*  )
24      *or, with intent to do so takes and carries away any*  )
        *record, proceeding, map, book, paper, document, or other*  )
25      *thing, filed or deposited with any clerk of officer of any*  )
        *court of the United States, shall be fined under this title or*  )
26      *imprisoned not more than three years, or both.*  )
        ***CalGovCode §6200/6201, CalPenCode § 135***  )
27

28

**CASE NO. 800-2021-079497 LAWFUL DIRECTION IN THE FORM OF A MURGIA MOTION**
**Copyrighted-Works this document by the Douglas Vern Hulstedt**

1

2

3

4

**Douglas Vern Hulstedt**
**℅ 2511 Garden Road, Building-C #100**
**Monterey, California 93940**
**Tel: (831) 899-5900**
*Claimant/Witness/Beneficiary*
*Without Counsel at this Time*

*By-Registered-Mail #*
RF 108 580 99 ZUS,

5

6

7

8

9

**BEFORE THE**
**MEDICAL BOARD OF CALIFORNIA**
**DEPARTMENT OF CONSUMER AFFAIRS**
**STATE OF CALIFORNIA**

10

11    In the Matter of the Accusation Against:    )

12    **DOUGLAS VERN HULSTEDT, M.D.**    )

13    )
      *Respondent*    )

14    )

15    ————————————————————    )

16    **Douglas Vern Hulstedt**    )

17    *Counter-Claimant-Beneficiary*    )
      *vs.*    )

18    **Rob Bonta, William Prasifka**    )

19    *Respondents as Actors in Concert*    )

20    )

21    ————————————————————    )

22    ***NOTICE TO THE FIDUCIARIES; 18 U.S.C § 2071,***    )
      *Concealment, removal, or mutilation generally (a)*    )

23    *Whoever, willfully and unlawfully conceals, removes,*    )
      *mutilates, obliterates, or destroys, or attempts to do so,*    )

24    *or, with intent to do so takes and carries away any*    )
      *record, proceeding, map, book, paper, document, or other*    )

25    *thing, filed or deposited with any clerk of officer of any*    )
      *court of the United States, shall be fined under this title or*    )

26    *imprisoned not more than three years, or both.*    )
      ***CalGovCode §6200/6201, CalPenCode § 135***    )

27    )

28

**Case No. 800-2021-079497**

**MANDATORY NOTICE TO THE**
**MEDICAL BOARD OF CALIFORNIA**
**DEPARTMENT OF CONSUMER**
**AFFAIRS STATE OF CALIFORNIA**
**AND THE RESPONDENTS ROB**
**BONTA, WILLIAM PRASIFKA WHO**
**HAVE BREACHED THE MEDICAL**
**BOARDS GUIDELINES FOR DUE-**
**PROCESS ON THEIR UNFOUNDED**
**CLAIMS BUT YET CONTINUE TO**
**ACT AGAINST CONSTITUTIONAL**
**GUARANTEES AND "PANOPLY" OF**
**DUE-PROCESS THAT HAS BEEN**
**TRIGGERED CONCERNING THIS**
**MATTER BY THE UNVERIFIED**
**ACCUSATIONS OF WILLIAM**
**PRASIFKA "A TRAINED LAWYER"**
**= SANCTIONS ARE APPROPRIATE**
**BY THEIR PERJURED OATHS**

**EXHIBIT 1**

**METHOD OF PROCESS**

Page 1

**CASE NO. 800-2021-079497 MANDATORY NOTICE "PANOPLY" OF DUE-PROCESS**
**Copyrighted-Works this document by the Douglas Vern Hulstedt**

Douglas Vern Hulstedt
% 2511 Garden Road, Building-C #100
Monterey, California 93940
Tel: (831) 899-5900
*Claimant/Witness/Beneficiary*
*Without Counsel at this Time*

*By-Registered-Mail #*
RE 108580 975US.

**BEFORE THE**
**MEDICAL BOARD OF CALIFORNIA**
**DEPARTMENT OF CONSUMER AFFAIRS**
**STATE OF CALIFORNIA**

| | |
|---|---|
| In the Matter of the Accusation Against: | **Case No. 800-2021-079497** |
| **DOUGLAS VERN HULSTEDT, M.D.** | **CHALLENGE NOTICE BY THE VOID OF PROBABLE CAUSE SUFFICIENT TO SUPPORT THE SUBPOENA FOR DOCUMENTS, NO CAUSE EXISTS FOR STANDARD OF CARE DEVIATION AS STANDARD OF CARE WAS FOLLOWED "AT THAT TIME" SEE WOLFSOHN CASE HEREIN, FURTHER NO EVIDENCE EXISTS AS TO THE MOTHERS RELEASE/RIGHTS AS THE MOTHER WAS AN INFORMANT/GUARDIAN ONLY, THE FATHER IS NOW DECEASED IN WHICH THE CHILD WAS PART OF HIS ESTATE THEREFORE THE STATE OF CALIFORNIA MUST BE THE CLAIMANT WHO HAS NO STANDING OR CLAIM PER THE 5TH AMENDMENT ROB BONTA, WILLIAM PRASIFKA RESPONDENTS "ADMIT"** |
| *Respondent* | |
| **Douglas Vern Hulstedt** *Counter-Claimant-Beneficiary* *vs.* **Rob Bonta, William Prasifka** *Respondents as Actors in Concert* | |
| *NOTICE TO THE FIDUCIARIES; 18 U.S.C § 2071, Concealment, removal, or mutilation generally (a) Whoever, willfully and unlawfully conceals, removes, mutilates, obliterates, or destroys, or attempts to do so, or, with intent to do so takes and carries away any record, proceeding, map, book, paper, document, or other thing, filed or deposited with any clerk of officer of any court of the United States, shall be fined under this title or imprisoned not more than three years, or both. CalGovCode §6200/6201, CalPenCode § 135* | **EXHIBITS 1, 2,** **METHOD OF PROCESS** |

Page 1

**CASE NO. 800-2021-079497 CHALLENGE CLAIM BY THE VOID OF PROBABLE CAUSE**
Copyrighted-Works this document by the Douglas Vern Hulstedt

1

Douglas Vern Hulstedt

2  ℅ 2511 Garden Road, Building-C #100

Monterey, California 93940          *By-Registered-Mail #*

3  Tel: (831) 899-5900                 *RF 108 581 D12US*

*Claimant/Witness/Beneficiary*        *:Paid-Fee-Dock-et:*

4  *Without Counsel at this Time*

5

6

7                    **BEFORE THE**
           **MEDICAL BOARD OF CALIFORNIA**
8          **DEPARTMENT OF CONSUMER AFFAIRS**
                 **STATE OF CALIFORNIA**
9

10

11  In the Matter of the Accusation Against:  )   **Case No. 800-2021-079497**
                                             )
12  **DOUGLAS VERN HULSTEDT, M.D.**           )   **CHALLENGE NOTICE CLAIM ENTRY**
                                             )   **ON THIS DOCK-ET AS THE SPENDING**
13          *Respondent*                      )   **CLAUSE ARTICLE 1 § 8 ALL CLAUSES,**
                                             )   **TUCKER ACT OF 1887, 28 U.S.C. § §**
14                                           )   **1346(A), 1491, "LITTLE TUCKER ACT"**
                                             )   **AND THE ADMINISTRATIVE**
15  ─────────────────────────────            )   **PROCEDURES ACT OF 1946,**
                                             )   **RESPONDENTS CONTINUE TO MOVE**
16       **Douglas Vern Hulstedt**            )   **FORWARD AFTER JURISDICTION WAS**
        *Counter-Claimant-Beneficiary*        )   **LOST DUE TO THE MANY VIOLATIONS**
17              *vs.*                          )   **OF RIGHTS CAUSED BY THE**
        **Rob Bonta, William Prasifka**       )   **RESPONDENTS ROB BONTA, WILLIAM**
18                                           )   **PRASIFKA WHOM ARE ATTEMPTING**
        *Respondents as Actors in Concert*    )   **TO TAKE THE MEDICAL BOARD OF**
19                                           )   **CALIFORNIA INTO A SCHEME TO**
                                             )   **EXTORT RIGHTS WITHOUT DUE-**
20  ─────────────────────────────            )   **PROCESS = DEPRIVATION OF RIGHTS**
                                             )   **UNDER THE COLOR OF LAW 18 U.S.C.**
21  *NOTICE TO THE FIDUCIARIES; 18 U.S.C § 2071,*  )  **§241, § 242 "THEY ADMIT" AND**
22  *Concealment, removal, or mutilation generally (a)*  )  **CANNOT MOVE FORWARD CASE**
    *Whoever, willfully and unlawfully conceals, removes,*  )  **MUST BE DISMISSED AS**
23  *mutilates, obliterates, or destroys, or attempts to do so,*  )  **ACCUSATIONS ARE UNFOUNDED**
    *or, with intent to do so takes and carries away any*  )
24  *record, proceeding, map, book, paper, document, or other*  )  **EXHIBITS 1, 2, 3**
    *thing, filed or deposited with any clerk of officer of any*  )
25  *court of the United States, shall be fined under this title or*  )
    *imprisoned not more than three years, or both.*  )  **METHOD OF PROCESS**
26  *CalGovCode §6200/6201, CalPenCode § 135*  )

27

28

─────────────────────────────────────────────────────
**CASE NO. 800-2021-079497 CHALLENGE NOTICE CLAIM ENTRY ON THIS DOCK-ET**
**Copyrighted-Works this document by the Douglas Vern Hulstedt**

1

**Douglas Vern Hulstedt**

2      **℅ 2511 Garden Road, Building-C #100**                    *By-Registered-Mail #*
       **Monterey, California 93940**                             X F 108581026 US
3      **Tel: (831) 899-5900**                                    :Paid-Fee-Dock-et:
       *Claimant/Witness/Beneficiary*
4      *Without Counsel at this Time*

5

6
                              **BEFORE THE**
7                     **MEDICAL BOARD OF CALIFORNIA**
                    **DEPARTMENT OF CONSUMER AFFAIRS**
8                          **STATE OF CALIFORNIA**

9

10

11     In the Matter of the Accusation Against:  )    **Case No. 800-2021-079497**
                                                 )
12     **DOUGLAS VERN HULSTEDT, M.D.**           )
                                                 )          **SUMMONS**
13                                               )
              *Respondent*                       ) **SUBPOENA AD TESTIFICANDUM TO**
14                                               )   **APPEAR ROB BONTA TO GIVE**
                                                 )    **ORAL SWORN TESTIMONY AT**
15     _____  )    **HEARING OR TRIAL, IT IS**
                                                 )   **COMMANDED TO SHOW ON**
16          **Douglas Vern Hulstedt**            ) **NOVEMBER 8, 2022 AT 9:00 A.M.**
          *Counter-Claimant-Beneficiary*         ) **VIRTUAL HEARING NO. 833 568 8864**
17                   *vs.*                        )  **CONFERENCE ID: 161 740 2173**
          **Rob Bonta, William Prasifka**        )  **CONTINUING ON A DAY TO DAY**
18                                               ) **BASIS ROB BONTA "ADMITS" THAT**
       *Respondents as Actors in Concert*        )   **HE IS A CRITICAL WITNESS**
19                                               ) **HAVING SERVED AS A CHAIRMAN**
                                                 )   **DURING 2015 SB 277 HEARINGS**
20     _____  ) **ASSEMBLY MEMBER ROB BONTA**
                                                 )
21     *NOTICE TO THE FIDUCIARIES; 18 U.S.C § 2071,* )
22     *Concealment, removal, or mutilation generally (a)* )
       *Whoever, willfully and unlawfully conceals, removes,* )
23     *mutilates, obliterates, or destroys, or attempts to do so,* )
       *or, with intent to do so takes and carries away any* ) **EXHIBIT 1 PARTIAL TRANSCRIPT**
24     *record, proceeding, map, book, paper, document, or other* )
       *thing, filed or deposited with any clerk of officer of any* )
25     *court of the United States, shall be fined under this title or* )
       *imprisoned not more than three years, or both.* ) **METHOD OF PROCESS**
26     *CalGovCode §6200/6201, CalPenCode § 135*  )
                                                 )
27     _____  )

28

               **CASE NO. 800-2021-079497 SUMMONS SUBPOENA AD TESTIFICANDUM ROB BONTA**
                   **Copyrighted-Works this document by the Douglas Vern Hulstedt**

**Douglas Vern Hulstedt**
**℅ 2511 Garden Road, Building-C #100**
**Monterey, California 93940**
**Tel: (831) 899-5900**
*Claimant/Witness/Beneficiary*
*Without Counsel at this Time*

*By-Registered-Mail #*
  RF108581091US
:*Paid-Fee-Dock-et:*

## BEFORE THE
## MEDICAL BOARD OF CALIFORNIA
## DEPARTMENT OF CONSUMER AFFAIRS
## STATE OF CALIFORNIA

In the Matter of the Accusation Against:

**DOUGLAS VERN HULSTEDT, M.D.**

*Respondent*

---

**Douglas Vern Hulstedt**
*Counter-Claimant-Beneficiary*
*vs.*
**Rob Bonta, William Prasifka**

*Respondents as Actors in Concert*

---

*NOTICE TO THE FIDUCIARIES; 18 U.S.C § 2071,*
*Concealment, removal, or mutilation generally (a)*
*Whoever, willfully and unlawfully conceals, removes,*
*mutilates, obliterates, or destroys, or attempts to do so,*
*or, with intent to do so takes and carries away any*
*record, proceeding, map, book, paper, document, or other*
*thing, filed or deposited with any clerk of officer of any*
*court of the United States, shall be fined under this title or*
*imprisoned not more than three years, or both.*
***CalGovCode §6200/6201, CalPenCode § 135***

Case No. 800-2021-079497

# TAKE NOTICE
**MEMBERS OF THE MEDICAL
BOARD AND DEPARTMENT OF
CONSUMER AFFAIRS I.E. PUBLIC
FIDUCIARIES IN TRUST WITH
THE KNOWLEDGE OF
ICAN, INFORMED CONSENT
ACTION NETWORK, THE
CDC'S STILL DISCUSSING
HOW TO RESPOND TO
VACCINE SAFETY DEBATE
IT LOST TO ICAN OVER
A YEAR PRIOR!**

**EXHIBIT 1**

**METHOD OF PROCESS**

Page 1

**CASE NO. 800-2021-079497 TAKE NOTICE INFORMED CONSENT ACTION NETWORK**
**Copyrighted-Works this document by the Douglas Vern Hulstedt**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 2

~ 20 ~

**1st Amended Claim Right of Review by the 5 USC §702-706, Denial of Due Process Copyrighted-Works this Document-Contract-Claims by the Douglas Vern Hulstedt**

# * * * * * Our Actual Sovereign Government * * * * *
## "The united States of America"

Created by the agreement known as: "The Unanimous Declaration of Independence of the united States of America", 04 July 1776.
These "States" were the original geographically defined "estates" formed by the United Colonies.
They are guaranteed a "republican form of government". Together, they formed — a Union, a Federation, and a Confederation:

**"The United States"**
Union of States
09 September 1776
Holds the **National Soil Jurisdiction**
States: Virginia, Maine, New York…
State Nationals (people) — **Private Persons**
County Courts
Local Common Law

**+**

**"The United States of America"**
Federation of States
07 September 1776
Holds the **International Jurisdictions**
States: Virginia, Maine, New York…
State Citizens (People) — **Lawful Persons**
State Courts
American States Common Law

**∧**

**"The States of America"**
Confederation of States of States
01 March 1781
**Global Jurisdiction** Business for the States
The State of Virginia, The State of Maine…
**Legal Persons of State**
The State of _____ Courts (Missing)
International Mercantile Law

---

With the Flowchart of Authority, The Above is Separate From Below

---

### * * * * * The Federal (Subcontractor) Government * * * * *

**19 Enumerated Powers** of our Sovereign Government were **delegated** to three (3) **Service Companies** below.
Together, they formed the three branches of the Federal Government — a Federal, a Territorial, and a Municipal:

**Federal Government (American)**
dba: **"the" States of America** 1787
Republic
**Part of International Land and Sea Jurisdictions**
The Constitution for the united States of America
"the" Georgia State, "the" Maine State…
**Legal Persons - United States Citizens**
**"Vacant" Offices** periodically filled by **"Representatives"**

This portion of "Federal" Government
**has been "missing"** since 1860

United States Statutes-at-Large and Organic Law
Published upon the **Congressional Record**
(International Land and Mercantile Law)
Postal District Court

**∧**

**Territorial Government (British)** dba:
**"the" United States of America** 1789
Democracy
**Part of International Sea Jurisdiction**
The Constitution of the United States of America
"the" State of Georgia, "the" State of Maine…
**Legal Persons — U.S. Citizens**
**Federal Military and Dependents**

Part of Navy, Tariffs, and Trade Policies
Northern mercenaries in the Civil War

Federal Code and Statutory Law
Published upon the **Federal Register**
(Admiralty and Equity Law)
First Judicial District Court

**∧**

**Municipal Government (Papist)** dba:
**"the" United States** 1790
Plenary Oligarchy
**Part of Global Air (Commerce) Jurisdiction**
The Constitution of the United States
"the" STATE OF GEORGIA, "the" STATE OF…
**Legal PERSONS – "citizens of the United States"**
**Federal Civil Service and Dependents**

Washington, DC, Municipal Government
Southern mercenaries in the Civil War

Municipal Law and Uniform Commercial Code
Published as **Municipal Code and UCC**
(Roman Civil and UCC COMMERCIAL Law)
UNITED STATES DISTRICT COURT

This explains why the people of the world are soon going to see sweeping constitutionally-based legal and law enforcement actions in all of the nations of the world against those who, unrepentantly abusing these ill-gotten gains, have perpetrated crimes against nature and humanity.  This also explains the honest transitional governments and financial systems that are going to be installed as the callous, corrupt human systems of the past collapse. The new transparent governmental and financial models now being tested in the nation of Iceland, as well as the likewise poorly publicized/contextualized mass resignations of government, banking and corporate officials now occurring worldwide are heralds of these imminent planetary events.

### DUNS Numbers of the US Corporate Government and Most of Its Major Agencies

United States Government-052714196
US Department of Defense (DOD)-030421397
US Department of the Treasury-026661067
US Department of Justice (DOJ)-011669674
US Department of State-026276622
US Department of Health & Human Services (HHS)-Office of the Secretary-112463521
US Department of Education-944419592
US Department of Energy-932010320
US Department of Homeland Security-932394187
US Department of the Interior-020949010
US Department of Labor-029536183
US Department of Housing & Urban Development (HUD)-Office of the Secretary-030945779
US Department of Veterans Affairs (VA)-931691211
US Transportation Security Administration (TSA)-050297655
US Federal Aviation Administration (FAA)-056622429
Bureau of Customs & Border Protection (CBP)-796730922
Federal Bureau of Immigration & Customs Enforcement (ICE)-130221646
US Environmental Protection Agency (EPA)-057944910
National Aeronautics & Space Administration (NASA)-003259074
National Oceanic & Atmospheric Administration (NOAA)-079933920
US Nuclear Regulatory Commission (NRC)-364281923
Federal Emergency Management Agency (FEMA)-037751583
Federal Communications Commission (FCC)-020309969
US Securities & Exchange Commission (SEC)-003475175
US Public Health Service (USPHS)-039294216
National Institutes of Health (NIH)-061232000
US Centers for Disease Control & Prevention (CDC)-927645465
US Food & Drug Administration (FDA)-138182175
US Internal Revenue Service (IRS)-040539587
Federal Reserve Board of Governors (Fed)-001959410
Federal Bureau of Investigation (FBI)-878865674
National Security Agency (NSA)-617395215
US Drug Enforcement Administration (DEA)-167247027
Federal Bureau of Alcohol, Firearms & Tobacco (BAFT)-132282310
Federal Bureau of Land Management (BLM)-926038563
Federal Bureau of Indian Affairs (BIA)-926038407

### DUNS Numbers of Each US Corporate State and Its Largest City

State of Alabama-004027553      City of Birmingham-074239450
State of Alaska-078198983       City of Fairbanks-079261830
State of Arizona-068300170      City of Phoenix-030002236
State of Arkansas-619312569     City of Little Rock-065303794

State of California-071549000
State of Colorado-076438621
State of Connecticut-016167285
State of Delaware-037802962
District of Columbia-949056860
State of Florida-004078374
State of Georgia-069230183
State of Hawaii-077676997
State of Idaho-071875734
State of Illinois-065232498
State of Indiana-071789435
State of Iowa-828089701
State of Kansas-827975009
State of Kentucky-828008883
State of Louisiana-0612389911
State of Maine-061207536
State of Maryland-847612442
State of Massachussetts-138090548
State of Michigan-054698428
State of Minnesota-050375465
State of Mississippi-008210692
State of Missouri-616963596
State of Montana-945782027
State of Nebraska-041472307
State of Nevada-123259447
State of New Hampshire-066760232
State of New Jersey-067373258
State of New Mexico-007111818
State of New York-041002973
State of North Carolina-830979667
State of North Dakota-098564300
State of Ohio-034309166
State of Oklahoma-050411726
State of Oregon-932534998
State of Pennsylvania-933882784
State of Rhode Island-008421763
State of South Carolina-067006072
State of Tennessee-04143882
State of Texas-002537595
State of Utah-009094301
State of Vermont-066760240
State of Virginia-047850373
State of Washington-079248936
State of West Virginia-828092515
State of Wisconsin-001778349
State of Wyoming-832826015

City of Los Angeles-159166271
City of Denver-066985480
City of Bridgeport-156280596
City of Wilmington-067393900
City of Washington-073010550
City of Miami-965299576
City of Atlanta-065372500
City of Honolulu-828979612
City of Boise-070017017
City of Chicago-556057206
City of Indianapolis-964647155
City of Davenport-963855494
City of Wichita-069862755
City of Louisville-943445093
City of New Orleans-033692404
City of Portland, Maine-071747802
City of Baltimore-052340973
City of Boston-007277284
City of Detroit-021733631
City of Minneapolis-009901959
City of Jackson-020864955
City of Kansas (City)-832496868
City of Billings-068925759
City of Omaha-926604690
City of Las Vegas-019342317
City of Manchester-045009073
City of Newark-019092531
City of Albuquerque-129962346
City of New York-021741036
City of Charlotte-809275006
City of Bismarck-080245640
City of Columbus-010611869
City of Oklahoma (City)-073131542
City of Portland (Oregon)-054971197
City of Philadelphia-929068737
City of Providence-069853752
City of Columbia-878281562
City of Memphis-051386258
City of Houston-967421590
City of Salt Lake City-017096780
City of Burlington-037442977
City of Virginia Beach-074736299
City of Seattle-009483561
City of Charleston (West Virginia)-197931681
City of Milwaukee-004779133
City of Cheyenne-021917273

**DUNS Numbers of the United Nations Corporation and Some of Its Major Corporate Agencies**

United Nations (UN)-824777304
UN Development Program (UNDP)-793511262
UN Educational, Scientific, & Cultural Organization (UNESCO)-053317819
UN World Food Program (UNWFP)-054023952
UN International Children's Education Fund (UNICEF)-017698452
UN World Health Organization (WHO)-618736326

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

# EXHIBIT 3

~ 21 ~

BEFORE THE
MEDICAL BOARD OF CALIFORNIA
DEPARTMENT OF CONSUMER AFFAIRS
STATE OF CALIFORNIA

In the Matter of the Accusation Against:

Douglas Vern Hulstedt, M.D.

Case No.  800-2021-079497

Physician's and Surgeon's
Certificate No.  A 42397

Respondent.

## DECISION

The attached Proposed Decision is hereby adopted as the Decision and Order of the Medical Board of California, Department of Consumer Affairs, State of California.

This Decision shall become effective at 5:00 p.m. on February 17, 2023.

IT IS SO ORDERED January 18, 2023.

MEDICAL BOARD OF CALIFORNIA

Laurie Rose Lubiano, J.D., Chair
Panel A

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 4

~ 22 ~

# INTAKE FORM / DISCRIMINATION BY STATE-OPERATED, FUNDED, OR FINANCIALLY-ASSISTED ENTITY (GC11135)

Civil Rights Department



The completion and submission of this Intake Form will initiate an intake interview with a Civil Rights Department (CRD) representative. The Intake Form is not a filed complaint. The CRD representative will determine if a formal complaint can be accepted for investigation. Your submission of this document acknowledges that you have read and agree to the CRD's Privacy Policy.

## ■ COMPLAINANT (YOUR INFORMATION)

Name: Douglas Vern Hulstedt

Phone: (831) 899-5900          Email:

Address: c/o 2511 Garden Road, Building C # 100

City: Monterey          State: California     Zip: 93940

Do you need an interpreter during the complaint process?     ◯ Yes    ⬤ No

If yes, indicate language:

Do you require disability-related accommodations when interacting with CRD?     ◯ Yes    ⬤ No

Select all that apply:     ☐ ASL/Video Remote Interpreting          ☐ Video Interview

☐ CART Services          ☐ Questions in advance

☐ Other (specify):

## ■ STATE BODY, STATE ENTITY, STATE AGENCY OR RECIPIENT OF STATE FUNDING OR FINANCIAL ASSISTANCE THAT YOU WISH TO FILE AGAINST (e.g., name of State agency or recipient of state funding or financial assistance being complained about, name of program or activity where violation occurred):

Name: Robert Andres Bonta          Phone Number:

Title: Attorney General          Email:

Address: 455 Golden Gate Avenues

City: San Francisco          State: California     Zip: 94102

Number of Employees:          Type of Employer: Employed by the People

■ **ALLEGATION**

Last Date of Harm: 08/01/2022

**I allege that I experienced discrimination or denial of full and equal access**

BECAUSE OF MY ACTUAL OR PERCEIVED:

☐ Age (40 and over)

☐ Ancestry

☐ Association with someone of a protected class

☐ Color

☐ Disability (physical, intellectual/developmental, mental health/psychiatric)

☐ Genetic Information or Characteristic

☐ Marital Status

☐ Medical Condition (cancer or genetic characteristic)

☐ National Origin (includes language restrictions)

☐ Race (includes hairstyle and hair texture)

☐ Religious creed (includes dress and grooming practices)

☐ Sex/Gender

☐ Sexual harassment – hostile environment

☐ Sexual harassment – quid pro quo

☐ Sexual Orientation

■ Other (specify): Violations of the Bill of Rights continuing after the fact

AS A RESULT, I was denied full or equal access to the benefits of, or subject to discrimination under, a program or activity that was conducted, operated, or administered by the state or a state agency, or a recipient funded or receiving financial assistance from the state or a state agency.

■ **COMPLAINANT'S REPRESENTATIVE**

Do you have an attorney who agreed to represent you in this matter?   ● Yes   ○ No

If yes, please provide the attorney's contact information:

Name: Robert Andres Bonta, Attorneys, #202668

Firm Name: STATE OF CALIFORNIA, DUNS # 07154900

Phone: _____   Email: _____

Address: 455 Golden Gate Avenues, Suite 11000

City: San Francisco   State: California   Zip: 94102


■ **ADDITIONAL INFORMATION (OPTIONAL)**

Briefly describe what happened:

Robert Andres Bonta, Attorneys, #202668, acting in concert REFUSES Due-Process and
continues to extort rights and property concerning the contract case #'s 800-2021-079497,
"Medical Board of California", 22cv06688, Federal Case "Injunction", 22cv07439, Federal Case
"Removal", 23cv02003, Federal Case "Right of Review", "Small Claims", 22sc018927. ALL
CASES VOID OF DUE-PROCESS.

# **METHOD OF PROCESS/WITNESSES**

In the California state, of the Monterey county. I, the undersigned, herein declare that I am over the age of eighteen years and NOT a party to the within entitled action. My business address is: 1180 Forest Ave #B Pacific Grove California 93950

I hereby declare under the penalty of perjury of the California Republic and The United States of America that I served the foregoing document as entitled: on the party(s) by mailing with the Post Office maintained by the United States, Postal Service with postage paid, titled and addressed as follows and or by file stamp/banking postmasters: **1ST AMENDED CLAIM FOR RELIEF BY THE RIGHT OF REVIEW BY THE 5 U.S.C. § 702-706, DUE PROCESS VIOLATIONS CAUSING SUFFERING OF LEGAL WRONGS, AGENCIES AND OFFICERS FAILED TO ACT IN AN OFFICIAL CAPACITY UNDER COLOR OF LEGAL AUTHORITY, THEREFORE A DISMISSAL SHALL NOT BE GRANTED NOR RELIEF BE DENIED AND THAT THE UNITED STATES IS AN INDISPENSABLE PARTY PER THE "OATH OF OFFICES" ESSENTIAL ELEMENTS OF CLAIMS ENTERED HEREIN, SWORN AND VERIFIED BY SHORT PLAIN STATEMENTS AT A 12TH GRADE LEVEL OF COMPREHENSION, TITLE 28, §1331 FEDERAL QUESTIONS, EXHIBITS 1-4, METHOD OF PROCESS;**

**UNITED STATES DISTRICT COURT**
**c/o Clerk of the Court, Mark B. Busby**
450 Golden Gate Avenue
San Francisco, California 94102
*By-Postmaster-File-Banking-Stamp;*

**Robert Andres Bonta, Attorneys, #202668,**
**"DEFENDANTS"** *et.al;*
455 Golden Gate Avenues, Suite 11000
San Francisco, California 94102
By-Certified-Mail #
7022 0410 0003 2756 0816

~ 23 ~

1st Amended Claim Right of Review by the 5 USC §702-706, Denial of Due Process
Copyrighted-Works this Document-Contract-Claims by the Douglas Vern Hulstedt

**Laurie Rose Lubiano, Attorneys #256695,**
**"DEFENDANTS"** *et.al;*
2005 Evergreen Street, Suite 1200
Sacramento, California 95815
By-Certified-Mail #
7022 0410 0003 2756 0823


**STATE BAR OF CALIFORNIA** *[CHARTER]*
**"DEFENDANTS"** *et.al;*
*c/o* **Leah Tamu Wilson, Attorneys #222790/AGENTS OR SUCCESSORS**
180 Howard Street
San Francisco, California 94105
By-Certified-Mail #
7022 0410 0003 2756 0830


**Greg W. (?) Chambers, Attorneys #237509**
**"DEFENDANTS"** *et.al;*
455 Golden Gate Avenues, Suite 11000
San Francisco, California 94102
By-Certified-Mail #
7022 0410 0003 2756 0847

**Civil Rights Department, Privacy Officer/Witnesses**
**c/o Discrimination Dept. (GC11135)**
2218 Kausen Drive, Suite 100
Elk Grove, California 95758
By-Certified-Mail #
7022 0410 0003 2756 0854

**Government Claims Program,**
**Office of Risk Management,**
**Department of General Services/Witnesses**
Post Office Box 989052
West Sacramento, California 95798-9052
By-Certified-Mail #
7022 0410 0003 2756 0861


~ 24 ~

**1st Amended Claim Right of Review by the 5 USC §702-706, Denial of Due Process**
**Copyrighted-Works this Document-Contract-Claims by the Douglas Vern Hulstedt**

1

2

*CC:* **Military-Post-Office;** *Office of the Counsel.*

3

4

I declare under the penalty of perjury of the Laws of the California Republic and The

5 United States of America that the foregoing is correct and complete to the best of my

6 knowledge, information and belief, and that this process is executed by the voluntary act

7 of my own hand on Monterey county and is dated below;

8

9

10

11 Date: Aug, 28, 2023                By:

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                    ~ 25 ~

**1st Amended Claim Right of Review by the 5 USC §702-706, Denial of Due Process
Copyrighted-Works this Document-Contract-Claims by the Douglas Vern Hulstedt**