✎AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

_____ **District of** _____

|  |  |
|---|---|
| _____ Plaintiff (s), <br> V. <br> _____ Defendant (s), | **CONSENT ORDER GRANTING** <br> **SUBSTITUTION OF ATTORNEY** <br><br> **CASE NUMBER:** _____ |

Notice is hereby given that, subject to approval by the court, _____ substitutes
(Party (s) Name)

_____, State Bar No. _____ as counsel of record in
(Name of New Attorney)

place of _____.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name: _____

    Address: _____

    Telephone: _____ Facsimile _____

    E-Mail (Optional): _____

I consent to the above substitution.

Date: September 11, 2023

*Laurie Rose Lubiano*
*[signature]*
(Signature of Party (s))

I consent to being substituted.

Date: 9/11/2023

*Greg W. Chambers*
(Signature of Former Attorney (s))

I consent to the above substitution.

Date: 9/11/2023

*[signature]*
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____

_____
Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**

# CERTIFICATE OF SERVICE

Case Name:  **Hulstedt v. Bonta et al.**             No.   **3:23-cv-02003-JSC**

I hereby certify that on <u>September 12, 2023</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made.  I am 18 years of age or older and not a party to this matter.  I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service.  In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users.  On <u>September 12, 2023</u>, I have caused to be mailed in the Office of the Attorney General's internal mail system, the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

Douglas Vern Hulstedt, M.D.
2511 Garden Road, Suite C100
Monterey, CA  93940-5333
***Plaintiff In Pro Per***

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>September 12, 2023</u>, at Fresno, California.

|         Lisa Gaad          |         */s/ Lisa Gaad*          |
|:--------------------------:|:--------------------------------:|
|         Declarant          |            Signature             |

SF2023400897
95521738.docx