1  R<small>OB</small> B<small>ONTA</small>
   Attorney General of California
2  S<small>TEVE</small> D<small>IEHL</small>
   Supervising Deputy Attorney General
3  L<small>YNETTE</small> D. H<small>ECKER</small>
   Deputy Attorney General
4  State Bar No. 182198
   2550 Mariposa Mall, Room 5090
5  Fresno, CA  93721
     Telephone:  (559) 705-2320
6    Facsimile:  (559) 445-5106
   *Attorneys for Defendants Rob Bonta Attorney General,*
7  *Laurie Rose Lubiano, and Greg Chambers*

8

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **DOUGLAS VERN HULSTEDT,** | Case No. 3:23-cv-02003-NC |
| Plaintiff, | **NOTICE OF REASSIGNMENT OF COUNSEL** |
| v. | Judge:  Hon. Jacqueline Scott Corley |
| **ROBERT ANDRES BONTA, ET AL.,** | Action Filed: April 25, 2023 |
| Defendants. | |

PLEASE TAKE NOTICE that the Deputy Attorney General assigned to represent Defendants Bonta, Lubiano, and Chambers in this case has been changed.  Please amend your proof of service and files to reflect the Deputy Attorney General currently assigned to represent these Defendants in this case is as follows:

   Lynette D. Hecker
   Deputy Attorney General
   2550 Mariposa Mall, Room 5090
   Fresno, CA  93721
   Telephone:  (559) 705-2320
   Facsimile:  (559) 445-5106

Additionally, please remove Supervising Deputy Attorney General Greg W. Chambers as

counsel of record for Defendants.

Dated: September 11, 2023

Respectfully Submitted,

ROB BONTA
Attorney General of California
STEVE DIEHL
Supervising Deputy Attorney General

*/s/ Lynette D. Hecker*

LYNETTE D. HECKER
Deputy Attorney General
*Attorneys for Defendants Rob Bonta, Attorney General, Laurie Rose Lubiano, and Greg Chambers*

SF2023400897
95521816.docx

# CERTIFICATE OF SERVICE

Case Name:  **Hulstedt v. Bonta et al.**        No.   **3:23-cv-02003-JSC**

I hereby certify that on September 12, 2023, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

NOTICE OF REASSIGNMENT OF COUNSEL

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made.  I am 18 years of age or older and not a party to this matter.  I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service.  In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users.  On September 12, 2023, I have caused to be mailed in the Office of the Attorney General's internal mail system, the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

Douglas Vern Hulstedt, M.D.
2511 Garden Road, Suite C100
Monterey, CA  93940-5333
*Plaintiff In Pro Per*

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on September 12, 2023, at Fresno, California.

| Lisa Gaad | /s/ Lisa Gaad |
|---|---|
| Declarant | Signature |

SF2023400897
95521830.docx