AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

| | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. |
| | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

_____ .

Date: _____                              _____
                                                                                        *Attorney's signature*

                                                                                        _____
                                                                                        *Printed name and bar number*

                                                                                        _____
                                                                                        *Address*

                                                                                        _____
                                                                                        *E-mail address*

                                                                                        _____
                                                                                        *Telephone number*

                                                                                        _____
                                                                                        *FAX number*

# CERTIFICATE OF SERVICE

Case Name:   **Hulstedt v. Bonta et al.**          No.   **3:23-cv-02003-JSC**

I hereby certify that on September 12, 2023, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

APPEARANCE OF COUNSEL

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made.  I am 18 years of age or older and not a party to this matter.  I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service.  In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users.  On September 12, 2023, I have caused to be mailed in the Office of the Attorney General's internal mail system, the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

Douglas Vern Hulstedt, M.D.
2511 Garden Road, Suite C100
Monterey, CA  93940-5333
***Plaintiff In Pro Per***

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on September 12, 2023, at Fresno, California.

| Lisa Gaad | */s/ Lisa Gaad* |
|---|---|
| Declarant | Signature |

SF2023400897
95521739.docx