IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **DOUGLAS VERN HULSTEDT,**<br><br>　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>**ROB ANDREAS BONTA, et al.,**<br><br>　　　　　　　　　　　　Defendants. | Case No. 3:23-cv-02003-NC<br><br>**[PROPOSED] ORDER ON MOTION OF DEFENDANTS ROB ANDREAS BONTA, LAURIE ROSE LUBIANO, and GREG CHAMBERS TO DISMISS FIRST AMENDED COMPLAINT**<br><br>Date:　　　　October 19, 2023<br>Time:　　　　10:00 a.m.<br>Courtroom:　8 – 19th Floor<br>Judge:　　　Hon. Jacqueline Scott Corley<br>Trial Date:　None Set<br>Action Filed: April 25, 2023 |

**[PROPOSED] ORDER**

　　The Motion of Defendants Rob Bonta, Attorney General of California, Laurie Rose Lubiano, member of the Medical Board of California, and Greg W. Chambers, Supervising Deputy Attorney General to Dismiss Plaintiff's First Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6) came on for regular hearing before this Court on October 19, 2023, at 10:00 a.m.  After considering the moving papers filed in support

1

1  thereof, the opposition to the motion, the arguments at the hearing, and all other matters
2  properly presented to the Court, and good cause appearing, the Court rules as follows:
3
4      IT IS HEREBY ORDERED that Defendants' Motion to Dismiss is GRANTED in its
5  entirety, with prejudice and without leave to amend. The Clerk of the Court is ordered to close
   the case.
6
7  Dated: _____          _____
                                            Hon. Jacqueline Scott Corley
8                                           United States District Judge

# CERTIFICATE OF SERVICE

Case Name: **Hulstedt v. Bonta et al.**    No. **3:23-cv-02003-JSC**

I hereby certify that on September 12, 2023, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

[PROPOSED] ORDER ON MOTION OF DEFENDANTS ROB ANDREAS BONTA, LAURIE ROSE LUBIANO, and GREG CHAMBERS TO DISMISS FIRST AMENDED COMPLAINT

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users. On September 12, 2023, I have caused to be mailed in the Office of the Attorney General's internal mail system, the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

Douglas Vern Hulstedt, M.D.
2511 Garden Road, Suite C100
Monterey, CA  93940-5333
*Plaintiff In Pro Per*

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on September 12, 2023, at Fresno, California.

| Lisa Gaad | */s/ Lisa Gaad* |
|---|---|
| Declarant | Signature |

SF2023400897
95522020.docx